UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE JEEP WRANGLER CLASS ACTION | : CIVIL NO. 3:02 CV 1219 (JBA) |
| ANGELA PHELAN, ADMINISTRATRIX OF THE ESTATE OF CHRISTOPHER PHELAN, CLASS MEMBER, AND INDIVIDUALLY | : |
| Plaintiffs | : |
| VS. | : |
| DAIMLERCHRYSLER CORPORATION | : NOVEMBER 3, 2003 |
| Defendant | : |

**PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANT'S MOTION TO EXCLUDE TESTIMONY BY PLAINTIFF'S EXPERTS AND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b), Plaintiff moves for an additional seven (7) day extension of time within which to reply to Defendant's Motions. Plaintiff needs this additional time because one of Plaintiff's attorneys was attending to a death in his immediate family, and another attorney has been on trial before the Connecticut Superior Court. Defendant has no objection to Plaintiff's Motion For Extension Of Time. This is Plaintiff's second request for an extension of time.

1

STANGER & ARNOLD, LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

Respectfully submitted,<br>
PLAINTIFF

BY _____

    Steven E. Arnold, ct07966
    sea@SAlaw.us
    Peter M. Van Dyke, ct24747
    pvd@SAlaw.us
    Stanger & Arnold, LLP
    29 South Main Street
    West Hartford, CT 06107
    Tel. (860) 561-0650
    Fax. (860) 561-0650
    Their Attorneys

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on November 3, 2003, postage prepaid, to all counsel and pro se parties of record as follows:

| | |
|---|---|
| Daniel Krisch, Esq.<br>Horton, Shields & Knox. P.C.<br>90 Gillett Street<br>Hartford, CT 06105 | Lewis H. Goldfarb, Esq.<br>Hogan & Hartson<br>875 Third Avenue<br>New York, NY 10022 |
| Peter M. Durney, Esq.<br>Marie E. Chafe, Esq.<br>James P. Kerr, Esq.<br>Cornell & Gollub<br>75 Federal Street<br>Boston, MA 02110 | Terri S. Reiskin, Esq.<br>James A. Hourihan, Esq.<br>Hogan & Hartson<br>555 Thirteenth Street, NW<br>Washington, DC 20004 |
| M. Sheila Jeffrey, Esq.<br>Miller, Canfield, Paddock and Stone, P.L.C.<br>840 West Long Lake Road, Suite 200<br>Troy, Michigan 48098 | _____<br>Peter M. Van Dyke |

2