FILED

2003 NOV 12 P 4:46

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE JEEP WRANGLER CLASS ACTION | : | CIVIL NO. 3:02 CV 1219 (JBA) |
| ANGELA PHELAN, ADMINISTRATRIX OF THE ESTATE OF CHRISTOPHER PHELAN, CLASS MEMBER, AND INDIVIDUALLY | : | |
| Plaintiffs | : | |
| VS. | : | |
| DAIMLERCHYSLER CORPORATION | : | NOVEMBER 12, 2003 |
| Defendant | : | |

## PLAINTIFFS' LOCAL RULE 56(a)2 STATEMENT

A.   **Plaintiffs' response to Defendant's numbered paragraphs:**

1. Admitted to the extent of Defendant's accident sequence description

2. Admitted

3. Admitted

4. Admitted

5. Admitted

6. Admitted

7. Admitted

1

8. Admitted (not "apparently")

9. Admitted, in addition to known and reconstructed accident input data

10. Admitted, in addition to other analyses and data

11. Admitted, as distinguished from vehicle rollover testing

12. Admitted

13. Admitted, see 11

14. Admitted

15. Admitted

16. Admitted that this was not simulated

17. Admitted

18. Denied. That was determined not to be necessary

19. Admitted, more was not necessary

20. Admitted

21. Admitted

22. Admitted, in that were done separately

23. Denied

24. Admitted

25. Admitted, but Dr. Ojalvo nonetheless is qualified

2

26. Admitted, plus photographs

27. Admitted

28. Denied re calculations to check certain output data

29. Admitted

30. Admitted

31. Admitted

32. Admitted

33. Denied

34. Denied

3

**STANGER & ARNOLD,** LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

**B. Plaintiff's statement concerning a list of each issue of material fact as to which it is contended there is a genuine issue to be tried:**

Plaintiffs respectfully represent that, except for the facts admitted above, Defendant has put in issueand has contested all other facts that may be material to this action.

PLAINTIFFS

BY _____
Steven E. Arnold, ct07966
sea@SAlaw.us
Peter M. Van Dyke, ct24747
pvd@SAlaw.us
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
Tel. (860) 561-0650
Fax. (860) 561-0646
Their Attorneys

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on November 12, 2003, postage prepaid, to all counsel and pro se parties of record as follows:

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

Daniel Krisch, Esq.
Horton, Shields & Knox
90 Gillett Street
Hartford, CT 06105

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson
555 Thirteenth Street
Washington, DC 20004

Lewis H. Goldfarb, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY 10022

M. Sheila Jeffrey, Esq.
Miller, Canfield, Paddock & Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI 48098

_____
Steven E. Arnold

**STANGER & ARNOLD**, LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042