FILED

Nov 14   1 30 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE JEEP WRANGLER CLASS ACTION | : CIVIL NO. 3:02 CV 1219 (JBA) |
| ANGELA PHELAN, ADMINISTRATRIX OF THE ESTATE OF CHRISTOPHER PHELAN, CLASS MEMBER, AND INDIVIDUALLY | : |
| Plaintiffs | : |
| VS. | : |
| DAIMLERCHRYSLER CORPORATION | : NOVEMBER 12, 2003 |
| Defendant | : |

### AFFIDAVIT OF WILSON C. HAYES, Ph.D.

STATE OF OREGON   )
                  ) ss: Corvallis (city)
COUNTY OF Benton  )

I, Wilson C. Hayes, Ph.D., being duly sworn, state:

1. I am over the age of eighteen and am competent to give this affidavit.

2. I have personal knowledge of the facts and circumstances set forth herein, and they are true and correct.

3. I have been retained as an expert in the above-captioned matter.

1

4. I have a comprehensive understanding of the facts and scientific principles involved in this case as set forth in my report and deposition testimony attached to Defendant's Motion for Summary Judgment, and as is further indicated in Plaintiff's Objection thereto.

5. I have reviewed portions of DaimlerChrysler's Motion for Summary Judgment and supplement my report and/or prior testimony with the following:

   a. The GATB simulation presented and subsequently used as the basis for my opinions are independent of any occupant dynamics simulation presented by Dr. Ojalvo. I did not accept Dr. Ojalvo's data blindly and every effort was made to independently validate Dr. Ojalvo's analysis.

   b. Prior to incorporating Dr. Ojalvo's data into the GATB simulation, Dr. Ojalvo's report and input files were reviewed in their entirety. The contents of the report and data files were then compared with, among other materials, the State of Connecticut Police Report, including the investigation officer's description of the scene, scene photographs, measurements of the scene, scale diagram of the scene, description of vehicle damage, vehicle photographs, vehicle schematics, witness statements, medical reports, and Chris Phelan's autopsy report and photographs.

   c. GATB is used to evaluate the three-dimensional dynamic response of the human body when subjected to an environment consisting of high-speed inertial and

2

**STANGER & ARNOLD**, LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646

contact forces. The software is used to compute occupant kinematics (position, velocity, and acceleration vs. time), joint angles and torques, and contact forces between the human occupant and contact panels attached to the interior of the vehicle.

/s/ Wilson C. Hayes, Ph.D. *

Subscribed and sworn to before me
This _12_ th day of November, 2003.

Notary Public

My Commission Expires: Sept. 28, 2004



OFFICIAL SEAL
T. J. ARTOFF
NOTARY PUBLIC-OREGON
COMMISSION NO. 338944
MY COMMISSION EXPIRES SEPT. 28, 2004

\*    The notarized copy of Dr. Hayes' Affidavit will be filed with the Court upon its receipt.

3