rotated nearly 180° before striking the ground, which receded downward and away from the vehicle as the Jeep rolled down the embankment.

The Jeep first made contact with the ground where the driver's side of the windshield and roll cage meet (i.e. what is normally considered the driver's side upper A-pillar). The contact with the ground ripped the hard top off the Jeep and seriously bent and crushed the lightweight windshield support structure, which pulled away from the roll cage. The hard top was discovered in the woods some distance from the vehicle (see Figure 5). The Jeep continued to rotate down and along the slope until it encountered a large tree, some 22 ft from the side of the road, which caused it to stop after having rotated such that the two driver's side tires were contacting the ground (see Figure 6).

Mr. Phelan suffered a fatal head injury as a result of the rollover and roll cage collapse, despite the fact that he was wearing his seatbelt. Shortly following this accident, he was pronounced dead at the scene (see Figure 7).

## INVESTIGATION

As part of our investigation, we reviewed the police accident report and photographs of the vehicle and accident scene. We also reviewed the depositions of the following individuals regarding this incident:

- Lori Atkins, a registered nurse and passerby who stopped at the scene and observed a bleeding Mr. Miller sitting near a guardrail post.
- Amy Bouchard, an Emergency Medical Technician
- Cassandra Daniels, a motorist on Rt. 2 who stopped at the accident scene
- Jamie Feldman, an EMT with the Glastonbury Volunteer Fire Department
- Richard Juda, M.D., responded with Glastonbury Volunteer Fire Department
- James A. Kennedy, a Patrol Officer with the Glastonbury Police Department
- James Kenny, a Police Officer with the Glastonbury Police Department
- Michael Pendleton, a CT State Trooper who took photographs at Mr. Phelan's autopsy and of the incident Jeep Wrangler
- Stephen Roy, a Connecticut State Trooper who prepared the accident report
- John Sawyer, a CT State Trooper who took photographs at the accident scene.
- Jeffrey Schaefer, a Detective in the CT State Police Major Crime Squad, asked to take photographs of the front end of the incident Ford Taurus

On 8 August and 18 November 2002, we inspected the incident Jeep Wrangler at CoPart Inc., an auto salvage yard, in New Britain, CT and took photographs and measurements of the damage (see Figures 8 and 9) and the driver's seat, with and without a surrogate seated in the driver's seat (see Figures 10 and 11). We also visited the accident site and took photographs and measurements (see Figures 12 and 13) in order to help prepare a scale diagram of the accident scene. While there, we determined the approximate location of the initial impact and identified the incident tree against which Mr. Phelan's vehicle came to rest (see Figure 14) as well as where the Ford came to rest. We also identified the light post that had replaced the one struck by Mr. Phelan's vehicle, its location, dimensions as well as guardrail details (cross section/number/etc; see Figures 15 and 16).

We next created a scale drawing of the accident scene that indicates the approximate point of impact, resting places of the vehicles, and post impact vehicle paths (see Figure 17). We also created a scale drawing of the magnitude and shape of the crush damage seen on the Jeep (see Figure 18). As part of our reconstruction, we estimated the impact crush damage to the Ford from photographs (see Figures 19 & 20).

Using energy conservation calculations and the resting places of the vehicles, we were able to work backwards to determine the pre and post impact speeds of each of the vehicles using standard conservation of momentum and energy principles of accident reconstruction (see Appendix 1). This established the speed at which the Jeep struck the guardrail and the speed at which the Jeep separated from it as it began to roll down the embankment. From our reconstruction, we were able to determine the average angular velocity necessary to complete the Jeep's 270° roll before striking the tree, terminating its motion. We computed the plastic hinge moment of the roll cage based on standard elastic/plastic beam analyses for the roll bar members and the windshield support structure assuming that the beam cross sections did not change shape during loading (see Appendix 2).

We next created an Articulated Total Body (see Analysis Section) dynamic model of the Jeep and performed a computer-animated simulation that described its roll down the embankment. Based on the Jeep's rest position, we estimated its linear velocity and rotational speed as it began to roll down the embankment (see Appendix 3). The

5

simulation also modeled the impact of the Jeep's roll cage with the ground. The plastic crush energy absorbed in deforming the incident roll cage structure helped establish the roll cage/ground contact parameters used in the ATB simulation. A second ATB simulation was later developed to model the Jeep's travel along the guardrail prior to its roll down the hill to its resting place against a tree.

Following this, we created a finite element model (FEM) of the roll cage and determined the internal bending moment experienced by the windshield support (damaged section) during the rollover (see Appendix 4). The forces obtained from the ATB simulation determined the actual load applied to the damaged part of the windshield support structure in the finite element model.

As part of our investigation, we obtained exemplar roll bar and windshield support structures for the 1994 Jeep Wrangler and tested these to experimentally verify their plastic hinge (crush) properties. The 2 ½" O.D. roll bar was cut into test specimens (see Figure 21). The specimens were placed in a DP25-S test fixture at Stanford Testing of Stamford, CT, with a transverse load applied by a load cell at the center of the samples (see Figure 22). This helped establish the moments required to generate plastic hinges in the Jeep's hollow roll-cage sections. The process was repeated for two specimens taken from the windshield support structure (see Figure 23). The simple supports for all these specimens were 20" apart. Bending for the windshield support structure was induced about the horizontal axis of the top member, since this was the primary bending direction on the incident Jeep (see Figures 24 & 25).

Subsequent to running the Jeep guardrail and rollover simulations, we used the ATB software to simulate the dynamic motion of a biomechanical model of the seat belted driver during the accident to identify the source of his fatal injury.

We then analyzed our data, formed opinions, and prepared this report.

## TESTING

On 30, October 2002 we conducted beam testing at Stanford Technology in Stamford, CT on four specimens (see Appendix 5), which were prepared from exemplar sections of the 1994 Jeep Wrangler roll bar and windshield support structure. These provided the load-deflection curves presented in Figures 26 and 27. The test setups are shown in Figures 22 and 24. Care was taken to minimize local crush at the outside supports, specimen twisting and local buckling at the loaded beam's center. These tests revealed that the roll bar material and cross section were an order of magnitude stronger and stiffer than the windshield support frame, which bent severely during the subject vehicle roll impact.

## ANALYSIS

I. Accident Reconstruction (see Appendix 1)

Based upon data obtained from our investigation, (e.g. the resting position of the Ford, the area of impact and the damage to the front of the Ford and rear of the Jeep) we determined that the crush force between the Ford and Jeep at impact was approximately 86,000 lb. The energy lost to crush during the Ford-Jeep impact was approximately 120,000 ft-lb. The speed of the Ford prior to impact was approximately 100 mph while the Jeep's speed was approximately 52 mph. In addition, we determined that immediately following the impact between the two vehicles, the speed of the Ford was reduced to approximately 75 mph and the speed of the Jeep was increased to approximately 80 mph. There is skid mark evidence of braking after impact by Mr. Phelan, as such the speed of the Jeep as it first struck the guardrail was determined to be slightly reduced to approximately 76 mph. This also indicates that Mr. Phelan was alive and responsive just after the initial impact with the Ford. The Jeep further lost speed as it traveled straddling the guardrail, such that its speed when it struck the light post was approximately 65 mph. Before beginning to roll down the embankment, the Jeep continued along and through an additional 55 ft of guardrail. The Jeep's speed, when it began to roll down the embankment, was found to be approximately 40 mph.

II. Roll Cage Crush (see Appendix 2)

We computed the plastic hinge moment of the unbuckled windshield cross section to be 6,900 in-lb, as compared to our experimental test, which yielded a moment of 6,500 in-lb (see Appendix 5). We also computed the plastic hinge moment of an unbuckled tubular cross section of the Jeep's B-pillar to be 23,400 in-lb, as compared to our test

9

result of 60,000 in-lb, causing us to conclude that we used the wrong $\sigma_y$ in our plastic hinge analysis for the circular members of the roll cage.

It should be noted that the analytical calculations that we performed were based on classical elastic/perfectly plastic beam theory, which assumes that the beam cross section does not change its shape during loading. However, our testing (see Appendix 5) revealed that for the large deflections produced in the windshield frame structure during rollover, the cross sections became distorted and somewhat collapsed, such that our analyses exaggerated the frame's stiffness. Accordingly, our beam testing of the windshield frame cross section produced a somewhat reduced stiffness than what we had calculated. On the other hand, the roll bar stiffness obtained by testing produced a value that was over twice as great as the one we calculated. This was most likely due to the existence of a higher yield stress in the material than we had assumed.

These findings show that the windshield frame possessed an order of magnitude lower strength and stiffness than the Jeep's roll bar (see Figures 26 and 27). Consequently, had the roll bar cross section and material been used throughout the Jeep's roll cage design, including for the vehicle's A-pillar structure, the vehicle that Mr. Phelan was driving could have sustained almost ten times the load he encountered during rollover, without collapsing. Thus, had Mr. Phelan's vehicle been supplied with a roll bar cross section for the A-pillar he would have survived the rollover event.

III. Dynamic Simulation of Jeep Rollover

A. Background

The Articulated Total Body Program (ATB) is a computer program that models the dynamic response of systems of rigid bodies flexibly connected or separate during a

10

dynamic event[1]. It can be used to model a dynamic environment of surfaces and bodies that interact with one another according to Newton's Laws of motion. By incorporating an inertial model of a vehicle with a model of the surrounding environment, ATB can be used to predict the gross motions of a vehicle during dynamic events[2,3] such as object impacts and rollover. In addition to providing detailed numerical contact forces and kinematic data, the program can also produce a video animation of the simulation.

B. Approach

A model of the incident Jeep Wrangler and the surrounding roadway was constructed for our ATB application based upon measurements of the Jeep and roadway. These were used in the simulation of the Jeep's motion from the time it mounted the guardrail, up to roll initiation, and then restarted once it left the guardrail, rolled, impacted the ground and came to rest near a tree. The simulation was validated by comparing the predicted guardrail and vehicle damage and Jeep motion to the observed damage (see Figures 9 & 33) and the known positions of the points where the Jeep mounted the guardrail, left the roadway, and finally came to rest against a tree (see Figure 17). Once an accurate rollover model was developed (see Appendix 6), it was used, in conjunction with our crush energy (see Appendix 2) and roll cage structural calculations, to determine the location, direction and magnitude (see Appendices 4 & 11) of the forces experienced by the Jeep roll-cage during its critical impact with the ground. These simulations were then combined with a seat belted biomechanical model of the driver

---

[1] Cheng, Huaining, Rizer, Annette, <u>Articulated Total Body Model Version V User's Manual</u> Air Force Research Laboratory, Wright-Patterson Air Force Base, Ohio 45433-7901, February 1998.
[2] Cheng, Huaining, Rizer, Annette, Obergefell, Louise, Pickup truck rollover accident reconstruction using the ATB model, SAE 950133 Warrendale, PA 1995.
[3] Cheng, Huaining, Rizer, Annette, Obergefell, Louise, ATB model simulation of a rollover accident with occupant ejection, SAE 950134 Warrendale, PA 1995.

(see Figures 41-45) to predict the driver's motions in the Jeep during its guardrail travel and roll down the hill.

### C. Jeep Model

The Jeep was modeled as a rigid vehicle with appropriate inertial properties and 13 contact hyperellipsoids rigidly attached to it (see Figure 28). These hyperellipsoids were sized and positioned to approximate the exterior contact surfaces of the Jeep. Six of the hyperellipsoids represent the Jeep body and windshield and the remaining seven hyperellipsoids represent the portions of the roll-cage that remained after it was impacted by the Ford. (It is noted that the rear driver's side of the cage and driver's seatback were seriously deformed during that initial impact and this is reflected in our Jeep model). Four more rigid segments were attached to the primary vehicle segment to represent the four wheels of the vehicle. Each of these wheels was free to spin relative to the primary vehicle segment. The wheels were also free to move vertically under the influence of a spring-damper connection that modeled the suspension characteristics of the vehicle. In addition, each wheel had a single hyperellipsoid attached to it to represent the tire outer surface. When combined, these elements resulted in a Jeep model that was useful in studying the behavior of the vehicle during rollover.

### D. Simulation of Environment

A model of the accident scene was created to be used in conjunction with the Jeep vehicle model for our ATB simulation of this event. This environment was created by creating contact surfaces (planes and contact hyperellipsoids) representative of the roadway, guardrail, light pole, hillside, and tree near the accident, based on our site measurements and analyses. The roadway and embankment are modeled using flat contact planes and the incident tree is represented by two contact ellipsoids (see Figure

12

29). The remaining contact planes and ellipsoids (such as the guardrail and breakaway light pole representation) were also included as these interacted analytically with the vehicle contact surfaces.

### E. Initial Conditions and Contact Properties

The ATB simulation requires initial vehicle position and velocity starting input as well as certain parameters (to be defined shortly) that dictate the interaction between the vehicle surfaces and the environment. The initial vehicle conditions for each simulation were chosen based on the accident reconstruction previously discussed (see Appendix 1), and were then "fine-tuned" until the simulation results were consistent with one another, the observed guardrail, light pole and vehicle damage, as well as the Jeep's rest location and orientation. In addition to initial vehicle linear velocities, the simulated vehicle was assigned an initial angular roll velocity down the hill. During the actual rollover, this rotation would have resulted from a tripping impact event (which was not simulated) that converted some of the Jeep's linear momentum into a rotational roll velocity (as dictated by the conservation of moment of momentum principle), which initiated the rollover and caused the Jeep to depart from the guardrail and travel down the embankment. The roadway gouge marks noted by the police (see Figure 4) are indicative of violent forces on the roadway and show where the Jeep most probably started its roll down the hill. This, together with the rest location and position of the Jeep (see Figures 5 & 6), dictated the parameters to be matched in our simulation.

The friction and force-deflection functions, which determine the magnitude and duration of the ground to vehicle contact forces, were first approximated. These parameters were then fine-tuned so that the energy of the simulated rollover impact matched the computed crush energy required to cause the observed damage to the

13

windshield support structure and the remainder of the roll-cage (see Appendix 2). To calculate the energy of this simulated impact, the dynamic contact force obtained from the ATB simulation was integrated over the simulated roll cage-ground deflection (see Figure 30 and Appendix 7). The roll impact contact properties, such as the A-pillar/ground impact stiffness, were then adjusted until the total simulated windshield frame impact energy (1645 ft-lb) was consistent with the computed energy required to create the observed windshield frame deformation based on the calculated plastic hinge moment (1608 ft-lb). In this way, the conservation of energy principle was used to insure that the forces from the simulated impact were substantially similar to the forces experienced by the roll cage during the actual rollover impact.

F. Roll Simulation Results

Once the simulation was found to be consistent with the initial accident reconstruction, the observed vehicle damage, and the Jeep rest position, the angular and linear accelerations, velocities, and displacements of the vehicle and the ground-vehicle contact forces were noted. The results are summarized in Table 1 below.

Table 1: ATB Vehicle Roll Simulation Results

| Rollover Parameter | Range of Values Considered |
|---|---|
| Distance from initiation of roll to incident tree | 65 feet |
| Distance from initiation of roll to initial windshield impact | 48 feet |
| Distance from guardrail to initial windshield impact | 16 feet |
| Linear Jeep Speed at Departure from Guradrail | 38 - 40 mph |
| Rotational Jeep Speed (roll) at Departure from Guradrail | 330 - 360 deg/sec |
| Tire-Hill Coefficient of Friction | 0.55 - 0.65 |
| Jeep Body-Hill Coefficient of Friction | 0.3 - 0.8 |
| Jeep Windshield-Ground Average Impact Force | 2,100 - 2,600 lb |
| Jeep Windshield-Ground Deflection | 10 - 11 in |
| Linear Jeep Speed at Tree Impact | 26 - 28 mph |

The simulated contact force-deflection and force-time history data between the ground and the windshield is shown in Figures 30 and 31. A video of the simulation animation was also prepared.

### G. Rollover Impact Force

We determined the energy necessary to deform the windshield to its damaged shape based on an unbuckled cross section (see Figure 32) to be 1,608 ft-lb. This energy is derived from the plastic hinge moment computation cited previously and the angular displacements of the cross section at the plastic hinges (see Figure 33). This value was compared to the impact energy computed from the ATB simulation. The stiffness and coefficient of restitution of the roll cage (including the windshield frame) hill surface impact were then adjusted to approximately 26 lb/in and 0.10, respectively, to match the simulated crush energy to the energy that created the observed damage to the windshield frame. It should be noted that the stiffness is not a measure of the stiffness of the hillside, but rather a parameter that describes the stiffness of the impact between the roll cage and the hillside. Thus, its value was not measured or assumed, but resulted from our analytical conservation of energy procedure.

Based on a finite element dynamic analysis of the roll cage, we determined that the dynamic forces that produced this energy started at approximately 2,700 lb and decreased almost linearly over 80 milliseconds to approximately 1,300 lb (see Figure 31). The resulting crush energy computed for this data was 1,660 ft-lb.

15

## IV. Finite Element Analysis

Our Finite Element Analysis (FEA) of the roll cage (see Appendix 4) revealed that the collapse moment applied to the windshield frame A-pillar during its impact with the ground was greater than its complete plastic yield moment (see Appendix 2). This analysis indicated that the moment applied to the section during impact was 13,875 in-lb, which is much greater than the computed plastic moment of the unbuckled cross section, or 6,955 in-lb. When a tubular section similar to the one used in the B-pillar was substituted in our model for the A-pillar, the bending moment which resulted from a dynamic simulation was 16,100 in-lb, which is much less than the computed plastic moment of 23,400 in-lb and the test obtained value of 60,000 in-lb (see Appendix 5). This suggests that a tubular reinforcement of the A pillar in the Jeep Wrangler similar to that used for the B and C pillars, would have prevented the catastrophic failure of the roll cage that occurred during this accident.

## V. Roll Cage Strength

By comparison, the usual static test method for evaluating acceptable vehicle roof crush resistance[4] was considered for the Jeep Wrangler. The results of our finite element analysis, using the existing square windshield frame, indicated that this section would not pass the proposed test. However, if a tubular section, similar to that used for the B-pillar, were substituted for the A-pillar as well, the resulting roll cage would have been capable of passing the same test and preventing Mr. Phelan's fatal injury.

In the vehicle simulation, the Jeep CG travels down 4 feet from the initiation of the roll to the A-pillar impact with the hillside. This is not equivalent to turning the Jeep

---

[4] Rains, Glenn, Van Voorhis, Michael, "Quasi-Static and Dynamic Roof Crush Testing", *Accident Reconstruction Journal* September/October 2001.

16

upside down and dropping it from a height of 4 feet. In such a roof crush test, the vehicle would accelerate as it fell and then when it suddenly impacted the ground, an extremely high deceleration would result as its velocity dropped from 11 mph to zero upon impacting the ground. Such a velocity change would lead to rather large forces and roof crush as indicated in reference 4 on page 16. However, for the subject accident, our simulation indicated that the Jeep's vertical C.G. velocity did not change significantly during the A-pillar's impact with the hill, (see Figure 50, note that at the instant of A-pillar impact, the C.G. vertical velocity change is minimal). Therefore, the forces on the Jeep (approximately 2000-3000 lbs) were much less than what one would expect from a simple vertical drop of 4 feet onto a horizontal ground plane. The combination of the projectile motion of the Jeep CG sailing over the hillside and the Jeep's roll rotation as it fell, caused the A-pillar to graze the hill rather than the full weight of the Jeep coming down hard on the A-pillar.

## VI. Dynamic Simulation of Jeep Guardrail & Light Pole Impacts

To characterize the dynamic motions of the Jeep and its driver during the guardrail and light pole impacts (see Figures 34 & 35), we proceeded as follows:

### A. Modeling of Guardrail and Light Pole

The geometry and inertial properties of each simulated guardrail post were based on measurements taken at the accident scene. In this simulation, each post was modeled as a rigid body, connected to the ground by a hinge joint with rotational resistance. This hinge joint was assigned a coulomb friction equal to the calculated plastic hinge moment of a guardrail post (~24,000 in-lb, see Appendix 8). In this model, the wire connecting the guardrail posts was ignored because, after the first post was knocked down, the remaining wire could only be loaded in compression, to which wires can offer no

17

resistance. Following this, as the remaining posts are struck by the Jeep in succession, each one rotates about the pin joint and provides a resistive torque equal to the post's plastic hinge moment, until the post is rotated so far that it no longer contacts the underside of the Jeep. Thus, the resulting friction forces model the impact forces exerted on the Jeep as they deform and reduce the Jeep's speed.

Our simulation also includes a model of the incident light pole based on measurements of similar light poles near the accident scene. The main post is approximately 38 ft tall, 8" in diameter and weights 210 lb. The breakaway base and the concrete pedestal are also modeled (see Figure 35). Because the light pole base fractured, the pole disconnected from the concrete pedestal at impact. The pole is modeled as a free body with no joints connecting it to the ground. The force required to break the aluminum base is on the order of 140,000 lb (refer to Appendix 9 for force calculation). This impact force is modeled in ATB as a friction force between the concrete pedestal (rigidly attached to the ground) and the light pole aluminum base. By setting the friction coefficient sufficiently high, the ATB friction force models the base breakaway force during the impact.

B. Initial Conditions and Results

The initial vehicle speed for this simulation was taken as 76 mph based on our accident reconstruction calculations (see Appendix 1). In this simulation, the Jeep is initially parallel to the guardrail with its left wheels on the edge of the roadway and its right wheels on the dirt shoulder (see Figure 36). As the Jeep advances along the shoulder, it travels in a primarily straight path losing speed as it impacts each guardrail post and the light pole, experiencing a 2-6 mph loss per impact until it reaches the location where the roll began with a linear velocity of 49 mph (See Figure 37). We note

18

that some of this linear velocity was converted to rotational velocity as the Jeep tripped and the roll began, which is consistent with the previously described rollover simulation. This simulation is also consistent with the observed Jeep damage because the gouges observed on the Jeep undercarriage match the simulated guardrail post impacts and the dent in the front bumper matches the location of the simulated light post impact (Figures 38 & 39 photos of damage). The relevant parameters for this simulation are shown in Table 2.

Table 2: ATB guardrail/light pole simulation results

| Guardrail Impact Parameter | Values Considered |
|---|---|
| Linear Jeep Speed When First Mounting Guardrail | ~76 mph |
| Guardrail Post Plastic Moment | ~24,000 lb |
| Light Pole Breakaway Force | ~140,000 lb |
| Initial Lateral Position of Jeep Center to Guardrail | 10 - 11 inches towards hill |
| Linear Jeep Speed at End of Simulation | ~49 mph |

VII. Dynamic Biomechanical Simulation of Occupant Motion

A. Occupant Model Properties

Once we were satisfied with the guardrail impact and rollover simulations of the Jeep, we added a model of the Jeep interior surfaces and the driver to the simulation to characterize the motion of the driver inside the Jeep during these impacts. The Jeep floor, door, dashboard and driver's seat were modeled as planes based on measurements of the incident Jeep interior and the steering wheel was modeled as a hyperellipsoid (see Figure 40). The contact properties of these surfaces were based on stiffness measurements taken from the incident vehicle. The seatbelt anchor points of the incident Jeep were also measured and used in the ATB model to define the seatbelt geometry. Next GEBOD, a companion program to ATB that generates human geometric, inertial and joint data, was used to create an ATB model of Mr. Phelan (i.e. a 5' 7" tall, 166 lb

19

adult male). This human model was placed in the driver's seat with a 3-point seatbelt attached for the occupant simulations (see Figure 41).

### B. Occupant Model Results

The full Jeep-guardrail ATB simulation with occupant was then run from the initial guardrail impact until just prior to the rollover. The result was that the occupant's head and chest did not contact any part of the Jeep interior. In fact, the maximum head acceleration experienced by the driver was approximately 7 g's, well below serious injury thresholds (see Figure 42). This suggests that that Mr. Phelan was alive and primarily unharmed prior to the Jeep rollover.

Following this, we incorporated the occupant model into the rollover simulation to determine the survivability of this rollover if the roll cage had come close to maintaining its shape. During the rollover, centripetal forces initially thrust the driver into the driver's door. The primary rollover impact occurs while the driver's head is in contact with the doorframe but does not impart severe loadings to the head (see Figures 43 & 44). Later, as the Jeep strikes the tree, the driver is thrust forward towards the dashboard and is then pulled back towards the driver's seat by the seatbelt (see Figure 45). This simulation yielded a door-head collision force (at the time of the primary rollover impact) of approximately ~110 lb resulting in a head acceleration of ~12 g's (see Figures 46 & 47).

### C. Rollover Injury Assessment

Based upon SAE standard J 885, fracture loads for the human cranium are in the thousands of pounds range and brain impact tolerance is over 70 g's. In addition, the maximum head injury criterion score (HIC) for this simulation was calculated to be

20

approximately 65, well below 1,000, representing the lower threshold where recoverable concussions and skull fractures may appear[5]. Therefore, although the initial rear-end impact could have been severe enough to possibly cause soft tissue neck injury, the rollover head forces were not typical of fatal blows and suggests that the incident rollover impacts would have been survivable had the roll cage not failed during the rollover. When the roll cage failed catastrophically, it is likely that much of the force of the ground impact to the door and horizontal roll cage member connecting the A and B pillars (~2,000 lb peak force) was transmitted through the door to Mr. Phelan's head (see Figure 48). Were such forces applied directly to Mr. Phelan's head, they would have resulted in a calculated HIC in excess of 14,000, well above the threshold for skull fracture. Even if only half of this force was transmitted to Mr. Phelan's head, it would still result in an HIC of ~2,500, indicative of a fatal blow.

---

[5] W. R. Fan, "Internal Head Injury Assessment," Proceedings of the fifteenth Stapp Car Crash Conference, SAE Paper 710870, November 1971.

# CONCLUSIONS

It may be stated to a reasonable degree of engineering probability that the incident Jeep Wrangler was marketed and sold as a rugged off-road vehicle while in fact the roll cage design was inadequate and could not effectively protect belted occupants during a typical severe rollover event. Although its roll-cage appears sturdy, it is not strong enough to maintain its shape during a moderate (~40 mph) rollover accident.

It is also our opinion that during the subject accident, the lack of the Jeep Wrangler's roll cage structural integrity resulted in the death of Mr. Phelan. We base this statement upon our investigation and analyses, detailed herein, which revealed that:

- Mr. Phelan was alive and alert immediately after being rear ended as is evidenced by the braking of his vehicle following the first impact. Furthermore, he was not seriously injured during the guardrail and light pole impacts based on our biomechanical simulation.
- The Jeep roll cage could not have passed NHTSA proposed roof crush testing.
- The Jeep Wrangler was marketed and sold as if the roll cage was sufficiently sturdy to insure the safety of belted occupants during a rollover.
- The roll cage is not structurally adequate, primarily because of its reliance on the windshield frame, which is made of thin (0.05 in.) steel, as opposed to the roll bars, which are made with thicker (0.13 in.) steel (i.e. 260% thicker). The result is an A-pillar that is only approximately $1/10^{th}$ the strength of what it would be if the circular roll bar cross-section were used for the A-pillar and roof carry over structure instead of the windshield frame section.

22