- Thus, the roll cage provides little protection in a rollover at moderate speeds.

Figure 49 shows the head clearance that would have resulted had the Jeep met the FMVSS216 roof crush standard, requiring no more than 5 inches of crush under 1.5 times the vehicle's weight. Hence, had a proper structural roll cage been in place, Mr. Phelan, who was belted into his driver's seat, would have avoided a fatal head injury as evidenced by our simulation results. We base this opinion upon our analyses, simulations and review of the medical examiner's report, which indicated that this head wound was the only identified significant injury sustained.

Respectfully Submitted,

_____  
Kristopher J. Seluga, S.M.

_____  
Richard M. Obert, S.M.

_____  
Irving U. Ojalvo, Sc.D., Lic. P.E.

23

# FIGURES



Figure 1: In lane post impact skid marks from the Ford Taurus



Figure 2: Out of lane post impact skid marks from the Ford Taurus



Figure 3: Post impact skid marks from the Jeep Wrangler



Figure 4: Police sketch showing damaged guardrail



Figure 5: Jeep resting place with separated hard top further down the embankment



Figure 6: Jeep Wrangler resting place on the embankment



Figure 7: Mr. Phelan, fatally wounded inside Jeep Wrangler



Figure 10: Driver's seat and damage without surrogate



Figure 11: Driver's seat and roll-cage damage with surrogate

29



Figure 12: Accident scene as viewed when approaching Exit 10



Figure 13: Area of guardrail (replaced) that Mr. Phelan's vehicle traveled through and over

30



Figure 14: Tree on which Jeep came to rest (2 years, 8 months after accident)



Figure 15: Replaced light pole knocked down by Mr. Phelan's Jeep

31



Figure 16: Guardrail cross-section at accident site



Figure 17: Scale drawing of accident scene



Figure 18: Scale drawing of crush damage measured on subject Jeep Wrangler



Figure 19: Front crush on Ford Taurus, viewed from passenger's side



Figure 20: Front crush on Ford Taurus, viewed from driver's side



Figure 21: Test specimens created from exemplar roll cage



Figure 22: Roll cage test specimen in beam testing apparatus



Figure 23: Test specimens taken from exemplar windshield frame



Figure 24: Windshield test specimen in beam testing apparatus

Figure 25: Crush produced in windshield beam exemplar test



Figure 30: ATB generated force deflection curve for windshield frame impact during rollover



Figure 31: ATB computed force-time history for windshield frame impact during rollover

41



Figure 32: Windshield frame cross section before beam testing



Figure 33: Incident windshield frame centerline shape after rollover impact



Figure 34: Screen Capture of Overall Jeep-Guardrail Simulation



Figure 35: Screen Capture Close-up of Guardrail Post and Light Pole Base

Figure 36: Screen Capture Initial Jeep Position for Guardrail Simulation



Figure 37: Plot of Simulated Jeep Velocity During Guardrail Travel

44