

Figure 38: Photo of Jeep Bumper Damage



Figure 39: Photo of Scratches from Guardrail Posts on Jeep Underside

45



Figure 40: ATB Model of Jeep Interior Surfaces



Figure 41: ATB Jeep Interior Model with Seated Belted Driver

(Note: Driver's seat is shown tilted back to model its position after being rear-ended)



Figure 42: Plot of Driver Head Acceleration During Jeep Guardrail Simulation



Figure 43: Screen Capture of Rollover Simulation with Driver (t = 980 ms)



Figure 44: Close-up Screen Capture of Rollover Simulation with Driver (t = 940 ms)



Figure 45: Close-up Screen Capture of Rollover Simulation with Driver (t = 1300 ms)



Figure 46: Driver Head-Door Contact force during Rollover Impact

Figure 47: Driver Head Acceleration during Rollover Impact



Figure 48: Loads on Each Roll cage Member during Rollover Impact



Figure 49: Driver Head Clearance with 5" Crush to Roof

50



Figure 50: Simulated Jeep velocity during rollover

**Crush analysis for Jeep**

$$x_2 := \begin{pmatrix} 15.25 \\ 16.25 \\ 16.75 \\ 18.5 \\ 18.75 \\ 16.25 \\ 11 \\ 6.5 \\ 5.75 \\ 5.5 \end{pmatrix} \text{in} \quad \begin{matrix} \text{Driver's Side} \\ \\ \\ \\ \\ \\ \\ \\ \\ \text{Passenger's Side} \end{matrix}$$

$x_{2avg} := 13.05 \text{in}$

**Assume** $F_{Jeep} = F_{Ford}$

$F_{Jeep} := F_{mean}$

$E_{Jeep} := \frac{1}{2} F_{Jeep} \cdot x_{2avg}$  $\qquad E_{crush} := E_{Jeep} + E_{Ford}$

$E_{Jeep} = 4.69 \times 10^4 \text{ lbf·ft}$  $\qquad E_{crush} = 1.208 \times 10^5 \text{ lbf·ft}$

## Speed Analysis

Veh 1 - Jeep  
Veh 2 - Ford

**Assumed Values**

$m_{jt} = 3.26 \times 10^3 \, lb$

$m_{ft} = 3.485 \times 10^3 \, lb$

$\mu_{road} := 0.6 \quad \mu_{side} := 0.6$

$V_{21} := 90 \, mph \quad V_{11} := 55 \, mph \quad V_{22} := 75 \, mph \quad V_{12} := 75 \, mph \quad \mu_{GRP} := 1.5 \quad \mu_{jeepRoad} := 0.7$

$d_{fskid} := 310 \, ft \quad d_{Jskid} := 35 \, ft \quad d_{Jrail} := 100 \, ft \quad d_{Jside} := 60 \, ft \quad d_{offroad} := d_{Jrail} + d_{Jside}$

$V_{22} := \sqrt{2 \cdot g \cdot \mu_{road} \cdot d_{fskid}}$

$V_{Jtree} := 16 \, mph$

$V_{22} = 74.592 \, mph$ *Ford post impact speed*

$V_{12} := \sqrt{2 \cdot g \cdot (\mu_{jeepRoad} \cdot d_{Jskid} + \mu_{GRP} \cdot d_{Jrail} + \mu_{side} \cdot d_{Jside}) + (V_{Jtree})^2 - 2 \cdot g \cdot 10 \, ft}$

$V_{12} = 79.081 \, mph$

**Impact and Departure Angles**

$\theta_{11} := 0 \quad \theta_{12} := 5 \, deg$

$\theta_{21} := 0 \quad \theta_{22} := 5 \, deg$

$E_{crush} = 1.208 \times 10^5 \, lbf \cdot ft$    From crush analysis above

**Momentum and Energy**

Given

$\frac{1}{2} \cdot m_{jt} \cdot (V_{11}^2 - V_{12}^2) + \frac{1}{2} \cdot m_{ft} \cdot (V_{21}^2 - V_{22}^2) = 1.0 \cdot E_{crush}$    Energy balance

$V_{21} \cdot m_{ft} + V_{11} \cdot m_{jt} = V_{22} \cdot m_{ft} \cdot \cos(\theta_{22}) + V_{12} \cdot m_{jt} \cdot \cos(\theta_{12})$    x-direction

$0 = V_{22} \cdot m_{ft} \cdot \sin(\theta_{22}) - V_{12} \cdot m_{jt} \cdot \sin(\theta_{12})$    y-direction

$\begin{pmatrix} V_{11} \\ V_{12} \\ V_{21} \end{pmatrix} := Find(V_{11}, V_{12}, V_{21}) \quad V_{11} = 51.729 \, mph \quad V_{12} = 79.74 \, mph \quad V_{21} = 100.227 \, mph$

*Jeep initial speed*    *Jeep post-impact speed*    *Ford initial speed*

**Coefficient of Restitution**

$e_{impact} := \frac{V_{22} \cdot \cos(\theta_{22}) - V_{12} \cdot \cos(\theta_{12})}{V_{11} - V_{21}}$

$\sqrt{V_{12}^2 - 2 \cdot g \cdot \mu_{jeepRoad} \cdot d_{Jskid}} = 75.004 \, mph$    *Jeep at guardrail*

$e_{impact} = 0.106$

$\sqrt{V_{12}^2 - 2 \cdot g \cdot \mu_{jeepRoad} \cdot d_{Jskid} - 2 \cdot g \cdot \mu_{GRP} \cdot d_{Jrail}} = 33.742 \, mph$

**Equivalent Coefficient of Friction for Jeep post-impact travel**

$\sqrt{V_{Jtree}^2 + \mu_{side} \cdot 2 \cdot g \cdot d_{Jside} - 2 \cdot g \cdot 10 \, ft} = 32.152 \, mph$    *Approx. Jeep at start of Roll*

$\mu_{eq} := \frac{\frac{V_{12}^2 - V_{Jtree}^2 + 2 \cdot g \cdot 10 \, ft}{2 \cdot g} - d_{Jskid} \cdot \mu_{jeepRoad}}{d_{offroad}}$

$E_{loss} := \frac{1}{2} \cdot m_{ft} \cdot (V_{21}^2 - V_{22}^2) + \frac{1}{2} \cdot m_{jt} \cdot (V_{11}^2 - V_{12}^2)$

$\mu_{eq} = 1.184$

$E_{loss} = 1.208 \times 10^5 \, lbf \cdot ft$

A1-3

## Appendix 2: Plastic Moment Analysis of Rollcage Sections

**Rectangular Section**

$b := 1.95 \text{in}$

$h := 1.40 \text{in}$

$t := 0.05 \text{in}$

$I_r := \frac{1}{12} \left[ b \cdot h^3 - (b - 2t) \cdot (h - 2t)^3 \right]$

$I_r = 0.107 \text{ in}^4$

$M_{pr} := \frac{1}{4} \cdot \sigma_y \cdot \left[ h^2 \cdot b - (h - 2 \cdot t)^2 \cdot (b - 2 \cdot t) \right]$

$M_{pr} = 6955 \text{ lbf} \cdot \text{in}$

**Tube Section**

$R_o := 1.125 \text{in}$

$R_i := 0.995 \text{in}$

$I_t := \frac{\pi}{4} \cdot \left( R_o^4 - R_i^4 \right)$

$I_t = 0.488 \text{ in}^4$

$M_{pt} := \frac{4}{3} \cdot \sigma_y \cdot \left( R_o^3 - R_i^3 \right)$

$M_{pt} = 23400.17 \text{ lbf} \cdot \text{in}$

**Material Properties**

$E := 30 \, 10^6 \text{psi}$

$\sigma_y := 40000 \text{psi}$

$\theta_1 := 90 \text{deg} \qquad \theta_2 := 60 \text{deg} \qquad \theta_3 := 9 \text{deg}$

Energy of bending in square section

$E_{sq} := M_{pr} \cdot (\theta_1 + \theta_2 + \theta_3)$

$E_{sq} = 1608.39 \text{ lbf} \cdot \text{ft}$

# **Appendix 3**

### Jeep rollover velocity estimate

| | | |
|---|---|---|
| initial estimate of rollover velocity: | $V := 35 \cdot \text{mph}$ | |
| X distance- Jeep departure from road to tree: | $X := 60 \cdot \text{ft}$ | |
| Y distance- dirt shoulder to tree: | $Y := 20 \cdot \text{ft}$ | |
| total distance: | $D := \sqrt{X^2 + Y^2}$ | $D = 63 \, \text{ft}$ |
| time of rollover: | $T := \dfrac{D}{V}$ | $T = 1.2 \, \text{s}$ |
| total rotation: | $\theta := 270 \cdot \text{deg}$ | |
| Rotational velocity: | $\omega := \dfrac{\theta}{T}$ | $\omega = 219 \dfrac{\text{deg}}{\text{sec}}$ |

A3

# Appendix 4: ADINA Finite Element Model Creation Steps

1. Measure roll cage dimensions
2. Input roll cage dimensions as Points in ADINA
    a. See *rollcagepointsNM.txt*
3. Connect points with Lines to form representative geometry (see Figure A4.1)
4. Define Materials
    a. Material 1
        i. E = 30 Mpsi
        ii. $\nu = .33$
        iii. $\rho = 0.00073$
5. Define cross sections
    a. Section 1 – Tube
        i. D = 2.25 in    T = 0.125 in
    b. Section 2 – Tube
        i. D = 1.75 in    T = 0.1 in
    c. Section 3 – Box
        i. W = 1.40 in    $T_1 = 0.05$ in
        ii. H = 1.95 in    $T_2 = 0.05$ in
6. Define Beam Element Group – all elements are beams
7. Define nodes – same coordinates as Points (see Fig. A4.2-A4.4)
8. Define elements – same geometry as Lines (see Fig. A4.2-A4.4)
    a. See *elementnodes.txt*
    b. Assign material and section properties to each element
        i. See *elementdata.txt*
9. Apply boundary conditions to structure
    a. Roll cage fixed at each cage-body attachment point
10. Apply loading to structure
    a. Static loading
        i. 1 - 2,500 lb load ($0.422i-0.087j-0.902k$)
        ii. Applied at Node 5 and 7 (see Figure A4.2)
        iii. 1 – 386.4 in/sec² gravitational load
    b. Dynamic loading
        i. 1 - 2,000 lb load ($0.544i-0.017j-0.839k$) – from ATB
        ii. Applied at Node 7 (see Figure A4.4)
        iii. 1 – 386.4 in/sec² gravitational load
        iv. Define Time Step – 20 steps @ 0.004 sec/step
        v. Define Time Function 1 (Multiple of 2,000 lb load at each step) (see Figure A4.5)
        vi. Define Time Function 2 (Constant load)



A4-2

KEY
Black – Structure
Red – Loading
Green – Element Number
Blue – Node Number



Figure 1: Base roll-cage structure showing element orientations



Figure 2: Accident Reconstruction Journal Proposed Static Test Model
(Full Cage Shown)



Figure 3: Dynamic loading of full roll-cage structure



Figure 4: Dynamic loading of deformed roll-cage structure

A4-3



Figure 5: Dynamic loading time function

rollcagepointsnm.txt
**Rollcage Points**

| Point # | X1 | X2 | X3 | System... |
|---|---|---|---|---|
| 1 | 0 | 0 | 0 | 0 |
| 2 | 25.5 | 0 | 0 | 0 |
| 3 | -25.5 | 0 | 0 | 0 |
| 4 | 23.5 | 0 | 48 | 0 |
| 5 | -23.5 | 0 | 48 | 0 |
| 6 | 26 | 36 | 48 | 0 |
| 7 | -26 | 36 | 48 | 0 |
| 8 | 28 | 44.13 | 29.69 | 0 |
| 9 | -28 | 44.13 | 29.69 | 0 |
| 10 | 19 | 0 | 48 | 0 |
| 11 | -19 | 0 | 48 | 0 |
| 12 | 22 | -24 | 48 | 0 |
| 14 | 25.5 | -33 | 17.5 | 0 |

elementnodes.txt
**Element Nodes**

| Element # | Node 1 | Node 2 | Node 3 |
|---|---|---|---|
| 1 | 1 | 2 | 4 |
| 2 | 1 | 4 | 10 |
| 3 | 1 | 10 | 11 |
| 4 | 1 | 11 | 5 |
| 5 | 1 | 5 | 3 |
| 6 | 14 | 10 | 12 |
| 7 | 10 | 12 | 14 |
| 8 | 5 | 4 | 6 |
| 9 | 4 | 5 | 7 |
| 10 | 4 | 5 | 7 |
| 11 | 9 | 6 | 7 |
| 12 | 7 | 8 | 9 |
| 13 | 7 | 6 | 8 |
| 14 | 6 | 7 | 9 |
| 15 | 15 | 11 | 13 |
| 16 | 11 | 13 | 15 |

elementdata.txt
**Element Data**

| Beam Element # | Material | Cross-Section # |
|---|---|---|
| 1 | 1 | 1 |
| 2 | 1 | 1 |
| 3 | 1 | 1 |
| 4 | 1 | 1 |
| 5 | 1 | 1 |
| 6 | 1 | 1 |
| 7 | 1 | 1 |
| 10 | 1 | 2 |
| 11 | 1 | 2 |
| 12 | 1 | 3 |
| 13 | 1 | 3 |
| 14 | 1 | 3 |
| 15 | 1 | 3 |
| 16 | 1 | 1 |
| 17 | 1 | 1 |

A4-5

| Moment for Static Tests Referenced in Accident Reconstruction Journal[1] (in-lb) |||||||||
|---|---|---|---|---|---|---|---|---|
| Roll Cage FEA Produced Moments |||| Analytical Plastic Moment || Test Moments ||
| | | s-axis | t-axis | Combined | s-axis | t-axis | Tube | t-axis |
| w/o c-pillar | Square A pillar | -9480 | 8368 | 12645 | 8743 | 6955 | | 6500/4100 |
| | Tube A pillar | -15088 | 9738 | 17958 | ** | ** | 60000 | |
| w c-pillar | Square A pillar | -5843 | 8168 | 10043 | 8743 | 6955 | | 6500/4100 |
| | Tube A pillar | -11567 | 9288 | 14835 | ** | ** | 60000 | |

| | | |
|---|---|---|
| I square | 0.107 | in$^4$ |
| I tube | 0.448 | in$^4$ |
| b | 1.95 | in |
| h | 1.40 | in |
| t | 0.05 | in |
| $R_o$ | 1.125 | in |
| $R_i$ | 0.995 | in |
| $\sigma_y$ | 40000 | psi |

$$M_{p\_tube} = \frac{4}{3} \cdot \sigma_y \cdot \left(R_o^3 - R_i^3\right)$$

$$M_{p\_square} = \frac{1}{4} \cdot \sigma_y \cdot \left[b \cdot h^2 - (h - 2t)^2 \cdot (b - 2t)\right]$$



1) Rains, G.C. and Van Voorhis, M.A., Quasi-static and Dynamic Roof Crush Testing, Accident Reconstruction Journal, September/October 2001
** Requires knowledge of $\sigma_y$ for this material, $M_p$=23,400 in-lb if $\sigma_y$=40,000 psi

A4-6

| ADINA Results of Deformed Rollcage using ATB force direction with stiffness k=30 lb/in |||||||
|---|---|---|---|---|---|---|
| | Square Section ||| Tube Section |||
| Time | S-moment | T-moment | Combined | S-moment | T-moment | Combined |
| 0.004 | -3233.23 | 4286.7 | 5369.32 | -5342.35 | 6375.1 | 8317.63 |
| 0.008 | -8498.37 | 10967.3 | 13874.58 | -13787.30 | 13876.2 | 19561.15 |
| 0.012 | -8787.19 | 9568.4 | 12991.12 | -13040.00 | 8523.3 | 15578.44 |
| 0.016 | | | | -5950.47 | 5228.6 | 7921.27 |
| 0.02 | | | | -5167.17 | 12521.7 | 13545.94 |
| 0.024 | | | | -9974.34 | 8691.8 | 13230.09 |
| 0.028 | | | | -10300.00 | 1999.6 | 10492.29 |
| 0.032 | | | | -7264.87 | 9739.5 | 12150.57 |
| 0.036 | | | | -6153.48 | 10937.3 | 12549.50 |
| 0.04 | | | | -5857.51 | 2886.9 | 6530.30 |
| 0.044 | | | | -8344.66 | 7523.8 | 11235.72 |
| 0.048 | | | | -9510.72 | 11285.1 | 14758.30 |
| 0.052 | | | | -6112.05 | 2109.4 | 6465.82 |
| 0.056 | | | | -2579.47 | 3284.5 | 4176.32 |
| 0.06 | | | | -5288.13 | 11124.0 | 12316.97 |
| 0.064 | | | | -10560.30 | 5111.6 | 11732.35 |
| 0.068 | | | | -7053.04 | 1992.9 | 7329.20 |
| 0.072 | | | | -1653.62 | 9495.7 | 9638.65 |
| 0.076 | | | | -2634.56 | 5580.6 | 6171.20 |
| 0.08 | | | | -8110.96 | -420.6 | 8121.86 |

| | | |
|---|---|---|
| I square | 0.107 | in$^4$ |
| I tube | 0.448 | in$^4$ |
| b | 1.95 | in |
| h | 1.40 | in |
| t | 0.05 | in |
| $R_o$ | 1.125 | in |
| $R_i$ | 0.995 | in |
| $\sigma_y$ | 40000 | psi |

$$M_{p\_tube} = \frac{4}{3} \cdot \sigma_y \cdot \left(R_o^3 - R_i^3\right)$$

$$M_{p\_square} = \frac{1}{4} \cdot \sigma_y \cdot \left[b \cdot h^2 - (h - 2 \cdot t)^2 \cdot (b - 2 \cdot t)\right]$$

Calculated Values
M_ptube    23400 in*lb
M_psq       6955 in*lb

E_sq        1608 lb*ft

| | Measured |||
|---|---|---|---|
| | Theta 1 | Theta 2 | Theta 3 |
| Radians | 1.57 | 1.047 | 0.1571 |

E_atb       1613 lb*ft

A4-7

| ADINA Results of Full Rollcage using ATB force direction with stiffness k=30 lb/in | | | | | | |
|---|---|---|---|---|---|---|
| | Square Section | | | Tube Section | | |
| Time | S-moment | T-moment | Combined | S-moment | T-moment | Combined |
| 0.004 | -2103.72 | 4298.5 | 4785.72 | -3938.03 | 6377.8 | 7495.66 |
| 0.008 | -5269.12 | 11073.2 | 12262.93 | -10241.60 | 13928.3 | 17288.38 |
| 0.012 | -5521.31 | 9757.1 | 11211.01 | -10169.60 | 8580.0 | 13305.54 |
| 0.016 | | | | -4648.50 | 5071.6 | 6879.63 |
| 0.02 | | | | -3630.71 | 12365.3 | 12887.31 |
| 0.024 | | | | -7530.38 | 8866.5 | 11632.80 |
| 0.028 | | | | -7920.76 | 2050.8 | 8181.93 |
| 0.032 | | | | -5265.49 | 9579.3 | 10931.06 |
| 0.036 | | | | -4173.03 | 11208.2 | 11959.85 |
| 0.04 | | | | -5063.33 | 3142.0 | 5958.98 |
| 0.044 | | | | -6906.58 | 6882.1 | 9750.11 |
| 0.048 | | | | -6524.24 | 11087.3 | 12864.44 |
| 0.052 | | | | -3813.32 | 2861.7 | 4767.65 |
| 0.056 | | | | -2293.36 | 2901.0 | 3698.01 |
| 0.06 | | | | -4939.63 | 10913.8 | 11979.61 |
| 0.064 | | | | -7389.19 | 6191.0 | 9639.97 |
| 0.068 | | | | -4927.84 | 1419.3 | 5128.17 |
| 0.072 | | | | -1797.25 | 8423.5 | 8613.11 |
| 0.076 | | | | -1761.18 | 6595.5 | 6826.57 |
| 0.08 | | | | -5845.80 | -234.6 | 5850.51 |

A4-8