## Appendix 5

10/30/02 Case 1181; Jeep Wrangler Rollover
Roll Cage Component stiffness test data

**Roll bar section from B pillar:**
**OD = 2.25", thickness = 0.13"**

Test 1:

| load (lb) | position (in) | disp (in) |
|---|---|---|
| 0 | 4.445 | 0.000 |
| 820 | | |
| 2020 | 4.406 | 0.039 |
| 2990 | 4.384 | 0.061 |
| 3990 | 4.322 | 0.123 |
| 4290 | 3.882 | 0.563 |

Test 2:

| load (lb) | position (in) | disp (in) |
|---|---|---|
| 0 | 4.449 | 0.000 |
| 1020 | 4.422 | 0.027 |
| 1990 | 4.418 | 0.031 |
| 2490 | 4.406 | 0.043 |
| 3000 | 4.385 | 0.064 |
| 3500 | 4.377 | 0.072 |
| 4000 | 4.370 | 0.079 |
| 4470 | 4.359 | 0.090 |
| 5000 | 4.337 | 0.112 |
| 5500 | | |

Test 2.5:

| load (lb) | position (in) | disp (in) |
|---|---|---|
| 0 | 4.405 | 0.000 |
| 2500 | 4.360 | 0.045 |
| 4000 | 4.340 | 0.065 |
| 5000 | 4.316 | 0.089 |
| 5780 | 4.233 | 0.172 |
| 5900 | 4.185 | 0.220 |

Test 3:

| load (lb) | position (in) | disp (in) |
|---|---|---|
| 0 | 4.211 | 0.000 |
| 1050 | 4.195 | 0.016 |
| 2110 | 4.178 | 0.033 |
| 3000 | 4.163 | 0.048 |
| 3930 | 4.142 | 0.069 |
| 5030 | 4.115 | 0.096 |
| 5440 | 4.088 | 0.123 |
| 5720 | 4.056 | 0.155 |
| 5940 | 3.995 | 0.216 |

Test 4:

| load (lb) | position (in) | disp (in) |
|---|---|---|
| 0 | 4.420 | 0.000 |
| 280 | 4.410 | 0.010 |
| 360 | 4.331 | 0.089 |
| 590 | 4.248 | 0.172 |
| 440 | 3.672 | 0.748 |
| 430 | 3.672 | 0.748 |

Test 4.5:

| load (lb) | position (in) | disp (in) |
|---|---|---|
| 0 | 3.826 | 0.000 |
| 220 | 3.772 | 0.054 |
| 410 | 3.675 | 0.151 |
| 370 | 3.009 | 0.817 |
| 320 | 2.290 | 1.536 |

Test 5:

| load (lb) | position (in) | disp (in) |
|---|---|---|
| 0 | 4.376 | 0.000 |
| 380 | 4.355 | 0.021 |
| 520 | 4.690 | 0.314 |

Test 5.5:

| load (lb) | position (in) | disp (in) |
|---|---|---|
| 0 | 4.345 | 0.000 |
| 380 | 4.320 | 0.025 |

Test 5.75:

| load (lb) | position (in) | disp (in) |
|---|---|---|
| 0 | 4.340 | 0.000 |
| 460 | 4.325 | 0.015 |
| 560 | 4.319 | 0.021 |
| 660 | 4.265 | 0.075 |
| 590 | 4.045 | 0.295 |
| 380 | 3.101 | 1.239 |
| 330 | 2.646 | 1.694 |

**Windshield Frame:**

A5

# Appendix 6

**ATB Jeep model properties:**

$L := 145 \cdot in \quad W := 66 \cdot in \quad H := 45 \cdot in$

$Weight_{total} := 3370 \cdot lb \quad Weight_{wheel} := 30 \cdot lb \quad \text{each wheel}$

$W_c := Weight_{total} - 4 \cdot Weight_{wheel} \qquad W_c = 3250 \, lb \qquad \text{car weight minus wheels}$

$m_c := \dfrac{W_c}{g} \qquad m_c = 8.4 \, lb \, sec^2 \dfrac{1}{in}$

**car body inertias:**

$I_{xx} := m_c \cdot \dfrac{\left(H^2 + W^2\right)}{18} \qquad I_{yy} := m_c \cdot \dfrac{\left(L^2 + H^2\right)}{18} \qquad I_{zz} := m_c \cdot \dfrac{\left(L^2 + W^2\right)}{18}$

$I_{xx} = 3 \times 10^3 \, lb \, sec^2 \, in \qquad I_{yy} = 1.1 \times 10^4 \, lb \, sec^2 \, in \qquad I_{zz} = 1.2 \times 10^4 \, lb \, sec^2 \, in$

**wheel/tire inertias:**

$m_w := \dfrac{Weight_{wheel}}{g} \qquad m_w = 0.08 \, lb \, sec^2 \dfrac{1}{in}$

tire radius: $\qquad$ tire width:

$R := 13.2 \cdot in \qquad t := 8 \cdot in$

$I_{xx} := \dfrac{2}{3} m_w \cdot \dfrac{\left(3 \cdot R^2 + t^2\right)}{12} \qquad I_{yy} := \dfrac{2}{3} \dfrac{m_w}{2} \cdot \left(R^2\right) \qquad I_{zz} := I_{xx}$

$I_{xx} = 2.5 \, lb \, sec^2 \, in \qquad I_{yy} = 4.5 \, lb \, sec^2 \, in \qquad I_{zz} = 2.5 \, lb \, sec^2 \, in$

**suspension properties:**

Front tires: $\qquad\qquad\qquad$ Rear tires:

$\%F := 0.52 \quad W_{ft} := \dfrac{W_c \cdot \%F}{2} \quad m_{ft} := \dfrac{W_{ft}}{g} \qquad \%R := 1 - \%F \quad W_{rt} := \dfrac{W_c \cdot \%R}{2} \quad m_{rt} := \dfrac{W_{ft}}{g}$

steady state spring displacement: $\qquad s := 4 \cdot in$

$K_f := \dfrac{W_{ft}}{s} \qquad K_f = 211 \, lb \dfrac{1}{in} \qquad\qquad K_r := \dfrac{W_{rt}}{s} \qquad K_r = 195 \, lb \dfrac{1}{in}$

damping ratio $\zeta$: $\qquad \zeta = \dfrac{c}{2\sqrt{k \cdot m}} \qquad \zeta := 1$

$C_f := 2\zeta \cdot \sqrt{K_f \cdot m_{ft}} \qquad C_f = 43 \, lb \, sec \dfrac{1}{in} \qquad C_r := 2\zeta \cdot \sqrt{K_r \cdot m_{rt}} \qquad C_r = 41 \, lb \, sec \dfrac{1}{in}$

**A6-1**

**Surface Contact Properties:**

| Surfaces | COR | Static Penetration (in) | Stiffness (lb/in) | Seg Weight | Seg Mass | Damping | | |
|---|---|---|---|---|---|---|---|---|
| tires-ground | 20% | 0.25 | 3370 | 3370 | 8.7 | 156 | | |
| car body-ground | 5.0% | 4.0 | 843 | 3370 | 8.7 | 118 | | |
| roll cage-ground | 10.0% | NA | 26 | 3370 | 8.7 | 18 | | |
| | was 5% | was 18" | | | | | | |

**Car body Dimensions:**

| | | | | | | |
|---|---|---|---|---|---|---|
| OAL | 145 | in | Wheel R | 13.5 | in | |
| OAW | 66 | in | Wheel t | 8.0 | in | |
| OAH | 64 | in | wheelbase | 93 | in | |
| Hood Height | 43 | in | Front weight | 52% | | |
| Upper Length | 0 | in | Rear weight | 48% | | |
| upper box offset | 5.9 | in | wheelbase offset | -2 | in | |
| positive shifts box forward | | | positive to shift wheels forward | | | |
| thickness: | 10 | in | | | | |
| h cg | 26 | in | | | | |

**Contact Ellipsoid Dimensions:**

| ID # | name | Rx | Ry | Rz | center x | center y | center z |
|---|---|---|---|---|---|---|---|
| 20 | lower rt side | 73 | 5 | 15 | 0 | 28 | -2.1 |
| 21 | lower lt side | 73 | 5 | 15 | 0 | -28 | -2.1 |
| 22 | lower front | 5 | 33 | 15 | 68 | 0 | -2.1 |
| 23 | lower back | 5 | 33 | 15 | -68 | 0 | -2.1 |
| 24 | hood/trunk | 73 | 33 | 5 | 0 | 0 | -12 |
| 25 | upper rt side | 0 | 5 | 11 | 6 | 28 | -27 |
| 26 | upper lt side | 0 | 5 | 11 | 6 | -28 | -27 |
| 27 | front windshield | 1 | 33 | 11 | 5 | 0 | -27 |
| 28 | back windshield | 5 | 33 | 11 | 11 | 0 | -27 |
| 29 | roof | 0 | 33 | 5 | 6 | 0 | -33 |
| 30 | bottom | 73 | 33 | 5 | 0 | 0 | 7.5 |

**Wheel Seg Dimensions:**

| ID # | name | Rx | Ry | Rz | x joint | y joint | z joint | z damper |
|---|---|---|---|---|---|---|---|---|
| 31 | right front | 13.5 | 4.0 | 13.5 | 45 | 29 | 12.5 | 16.5 |
| 32 | left front | 13.5 | 4.0 | 13.5 | 45 | -29 | 12.5 | 16.5 |
| 33 | right rear | 13.5 | 4.0 | 13.5 | -48 | 29 | 12.5 | 16.5 |
| 34 | left rear | 13.5 | 4.0 | 13.5 | -48 | -29 | 12.5 | 16.5 |

**Initial velocity:**

| | | | | |
|---|---|---|---|---|
| CG Vel | 40 | mph | 704 | in/sec |
| Car angle | 1.0 | deg | 0.017 | rad |
| Lateral Vel | 19 | mph | 334 | in/sec |
| Forward Vel | 35.2 | mph | 620 | in/sec |
| X Velocity | 35.2 | mph | 619 | in/sec |
| Y Velocity | 19.0 | mph | 334 | in/sec |
| angle of vel | 28.4 | degrees | | |
| Wheel Cir | 85 | in | | |
| Wheel rot | 7.3 | rev/sec | -2629 | deg/sec |
| critical friction | 1.1 | for rolling | | |

| Case #1181 | | | | | | |
|---|---|---|---|---|---|---|
| **CALCULATION OF CONTACT FORCE PARAMETERS: For** | | | | | | |
| seg # | name | weight (lb) | | | | |
| 1 | LT | 24 | | | | |
| 2 | CT | 5.1 | | | | |
| 3 | UT | 51 | | | | |
| 4 | N | 2.2 | | | | |
| 5 | H | 9.2 | | | | |
| 6 | RUL | 20 | | | | |
| 7 | RLL | 7.6 | | | | |
| 8 | RF | 1.9 | | | | |
| 9 | LUL | 20 | | | | |
| 10 | LLL | 7.6 | | | | |
| 11 | LF | 1.9 | | | | |
| 12 | RUA | 4.1 | | | | |
| 13 | RLA | 2.9 | | | | |
| 14 | RH | 1.0 | | | | |
| 15 | LUA | 4.1 | | | | |
| 16 | LLA | 2.9 | | | | |
| 17 | LH | 1.0 | | | | |



segments grouped by weight

**segment weight categories:**

| weight (lb) | segments | |
|---|---|---|
| 29 | 1, 3, 9 | |
| 4.0 | 2,5,7,10,12,15, 4,8,11,13,14,16,17 | |

| Surface | COR | Stiffness (lb/in) | Seg Weight | Seg Mass | Seg # | Damping |
|---|---|---|---|---|---|---|
| seat cushions | 73.0% | 45 | 29 | 0.0741 | 1, 3, 6, 9 | 0.36 |
| | | | 4 | 0.0102 | all others | 0.135 |
| dashboard | 15.0% | 500 | 29 | 0.0741 | 1, 3, 6, 9 | 6.3 |
| floor and door | | | 4 | 0.0102 | all others | 2.3 |
| body-body | 7.0% | 100 | 29 | 0.0741 | 1, 3, 6, 9 | 3.5 |
| | | | 4 | 0.0102 | all others | 1.3 |

A6-3

## Appendix 7:

Impact energy calcultion based on ATB simulated rollover impact force-deflection curve

| Time (sec) | Deflection (in) | Normal Force (lb) | Deflection Difference (in) | Average Force (lb) | Energy Increment (in-lb) |
|---|---|---|---|---|---|
| 0.918 | 0.0 | 0 | | | |
| 0.920 | 0.0 | 0 | 0.00 | 0 | 0 |
| 0.922 | 0.2 | 2744 | 0.19 | 1372 | 259 |
| 0.924 | 0.5 | 2719 | 0.30 | 2732 | 822 |
| 0.926 | 0.8 | 2695 | 0.30 | 2707 | 807 |
| 0.928 | 1.1 | 2670 | 0.30 | 2682 | 791 |
| 0.930 | 1.4 | 2639 | 0.29 | 2655 | 770 |
| 0.932 | 1.7 | 2608 | 0.29 | 2624 | 750 |
| 0.934 | 1.9 | 2573 | 0.28 | 2590 | 730 |
| 0.936 | 2.2 | 2533 | 0.28 | 2553 | 705 |
| 0.938 | 2.5 | 2490 | 0.27 | 2512 | 681 |
| 0.940 | 2.8 | 2448 | 0.27 | 2469 | 654 |
| 0.942 | 3.0 | 2406 | 0.26 | 2427 | 631 |
| 0.944 | 3.3 | 2366 | 0.26 | 2386 | 608 |
| 0.946 | 3.5 | 2328 | 0.25 | 2347 | 587 |
| 0.948 | 3.8 | 2295 | 0.25 | 2311 | 566 |
| 0.950 | 4.0 | 2262 | 0.24 | 2278 | 549 |
| 0.952 | 4.2 | 2229 | 0.24 | 2246 | 530 |
| 0.954 | 4.5 | 2197 | 0.23 | 2213 | 516 |
| 0.956 | 4.7 | 2165 | 0.23 | 2181 | 497 |
| 0.958 | 4.9 | 2133 | 0.22 | 2149 | 481 |
| 0.960 | 5.1 | 2101 | 0.22 | 2117 | 464 |
| 0.962 | 5.4 | 2089 | 0.22 | 2085 | 450 |
| 0.964 | 5.6 | 2036 | 0.21 | 2052 | 433 |
| 0.966 | 5.8 | 2004 | 0.21 | 2020 | 418 |
| 0.968 | 6.0 | 1971 | 0.20 | 1987 | 403 |
| 0.970 | 6.2 | 1938 | 0.20 | 1955 | 387 |
| 0.972 | 6.4 | 1905 | 0.19 | 1922 | 373 |
| 0.974 | 6.6 | 1873 | 0.19 | 1889 | 361 |
| 0.976 | 6.8 | 1839 | 0.19 | 1856 | 345 |
| 0.978 | 6.9 | 1806 | 0.18 | 1823 | 330 |
| 0.980 | 7.1 | 1773 | 0.18 | 1790 | 319 |
| 0.982 | 7.3 | 1740 | 0.17 | 1756 | 304 |
| 0.984 | 7.5 | 1706 | 0.17 | 1723 | 291 |
| 0.986 | 7.6 | 1673 | 0.17 | 1690 | 279 |
| 0.988 | 7.8 | 1639 | 0.16 | 1656 | 267 |
| 0.990 | 7.9 | 1606 | 0.16 | 1623 | 255 |
| 0.992 | 8.1 | 1572 | 0.15 | 1589 | 242 |
| 0.994 | 8.2 | 1539 | 0.15 | 1556 | 230 |
| 0.996 | 8.4 | 1505 | 0.14 | 1522 | 219 |
| 0.998 | 8.5 | 1472 | 0.14 | 1488 | 208 |
| 1.000 | 8.7 | 1438 | 0.14 | 1455 | 198 |
| 1.002 | 8.8 | 1405 | 0.13 | 1421 | 188 |
| 1.004 | 8.9 | 1371 | 0.13 | 1388 | 176 |
| 1.006 | 9.0 | 1338 | 0.12 | 1355 | 168 |
| 1.008 | 9.2 | 1305 | 0.12 | 1321 | 157 |
| 1.010 | 9.3 | 1209 | 0.11 | 1257 | 141 |
| 1.012 | 9.4 | 1005 | 0.09 | 1107 | 100 |
| 1.014 | 9.4 | 773 | 0.06 | 889 | 58 |
| 1.016 | 9.5 | 584 | 0.04 | 678 | 29 |
| 1.018 | 9.5 | 431 | 0.02 | 507 | 12 |
| 1.020 | 9.5 | 306 | 0.01 | 368 | 4 |
| 1.022 | 9.5 | 203 | 0.00 | 255 | 1 |
| 1.024 | 9.5 | 118 | 0.01 | 161 | 2 |
| 1.026 | 9.5 | 45 | 0.02 | 82 | 2 |
| 1.028 | 9.4 | 0 | 0.03 | 23 | 1 |

Total Energy:  19748 in-lb            1646 ft-lb
Average Force:  1770 lb

## Appendix 8: Guardrail Bending Strength Analysis

Pole Section Properties

$w_i := 2.37 \text{in}$    $t_c := 0.37 \text{in}$    $t_e := 0.2 \text{in}$    $t_{avg} := \dfrac{t_c + t_e}{2}$    $t_{avg} = 0.285 \text{in}$

$h_i := 3.0 \text{in}$    $t_{web} := 0.19 \text{in}$    $\sigma_y := 30000 \text{psi}$

$\text{height} := 32 \text{in}$    $\rho_{steel} := .284 \dfrac{\text{lbf}}{\text{in}^3}$



$\text{Area} := 2 \cdot t_{avg} \cdot w_i + (h_i - 2 \cdot t_{avg}) \cdot t_{web}$    $\text{Area} = 1.813 \text{in}^2$

$\text{Volume} := \text{Area} \cdot \text{height}$    $\text{Volume} = 58.003 \text{in}^3$

$\text{Weight} := \text{Volume} \cdot \rho_{steel}$    $\text{Weight} = 16.473 \text{lbf}$

$$I_{weak} := \dfrac{1}{12} \cdot \left[ w_i^3 \cdot h_i - 2 \cdot \left[ \dfrac{(w_i - t_{web})}{2} \right]^3 \cdot (h_i - 2 \cdot t_{avg}) \right] - \left( \dfrac{w_i + t_{web}}{4} \right)^2 \cdot (w_i - t_{web}) \cdot (h_i - 2 \cdot t_{avg})$$

$$I_{strong} := \dfrac{1}{12} \cdot \left[ w_i \cdot h_i^3 - 2 \cdot \dfrac{(w_i - t_{web})}{2} \cdot (h_i - 2 \cdot t_{avg})^3 \right]$$

$I_{weak} = 0.634 \text{in}^4$

$I_{strong} = 2.726 \text{in}^4$

Plastic Moment

$$M_{weak} := \sigma_y \cdot \dfrac{\left[ 2 \cdot w_i^2 \cdot t_{avg} + t_{web}^2 \cdot (h_i - 2 \cdot t_{avg}) \right]}{4}$$

$M_{weak} = 2055.8 \text{ft} \cdot \text{lbf}$

$$M_{strong} := \sigma_y \cdot \left[ \dfrac{h_i^2 \cdot w_i}{4} - 2 \cdot \dfrac{\dfrac{(w_i - t_{web})}{2} \cdot (h_i - 2 \cdot t_{avg})^2}{4} \right]$$

$M_{strong} = 5285.8 \text{ft} \cdot \text{lbf}$

A8

## Appendix 9

**Breakaway Light Pole Base Calculation**

$UTS := 37700 \cdot psi$

$t := 0.2 \cdot in$

$L := 14 \cdot in \qquad H := 17 \cdot in$

$A := t \cdot L \qquad A = 3 \, in^2$

$F_{crack} := A \cdot UTS \qquad F_{crack} = 105560 \, lbf$



moment to create crack:

$$M_{crack} := F_{crack} \cdot L + 2 \cdot \frac{F_{crack}}{2} \cdot \frac{2}{3} \cdot L$$

$$M_{crack} = 2 \times 10^6 \, in \cdot lbf$$

impact force:

$$F_{imp} := \frac{M_{crack}}{H} \qquad F_{imp} = 144886 \, lbf$$

**A9**

# Appendix 10: Windshield Damage from Rear-End Impact

To verify our assumption that the primary damage sustained by the Jeep's roll cage during the rear-end impact was the structural loss of the driver's side C-pillar, we modeled the force transmitted to the entire roll cage during this impact. We then examined the elastic finite element results to determine if any members of the roll cage exceeded their plastic moment capabilities. As will be shown, this revealed that only the C-pillar attachment to the B-pillar failed prior to the vehicle's roll and that neither the B-pillar nor the windshield frame were damaged or permanently deformed during this impact.

This analysis was performed using the undeformed Jeep roll cage ADINA software finite element model (see Figure A10.4). From our accident reconstruction analysis of the Ford-Jeep collision (see Appendix 1), we determined the peak impact force to be approximately 86,000 lb. This force was distributed over the rear driver's side of Mr. Phelan's Jeep during impact. Some of this force would have been transmitted to the C-pillar attachment point and would be further transmitted, through the roll cage, to the windshield frame.

As seen during our inspection of the incident Jeep, the C-pillar weld in Mr. Phelan's Jeep became detached from the B-pillar as a result of the rear-end impact (see Figure A10.1). This joint was determined to have a strength capable of supporting a bending moment of 43,070 in-lb (see Figure A10.2 and Equation 10-2 ).

The load at the C-pillar rear attachment point (see Node 15 in Figure A10.3) is some portion of the total 86,000 lb impact force. The load was oriented such that 95% of the load was in the direction of travel (+y direction) and 31% of the load was inward from the driver's side (+x direction). We incremented a load, so directed, until a failure condition was detected at this joint (see Node 11 in Figure A10.3) and determined that this failure occurred almost immediately when the rear load was only 1,400 lb. For the instant when this initial failure condition occurred we checked the other roll cage elements for the moments to which they were simultaneously subjected. Of particular interest was the moment generated in the driver's side windshield frame (A-pillar). Specifically, the moment generated in the windshield frame at this instant was 3,566 lb (see Element 15, Node 9), well below the section's plastic moment capacity of 6,955 lb. In this manner, we determined that none of the other members in the roll cage would be subjected to moments that exceeded their plastic failure values (see ADINA output on following page. Note: bending moments highlighted with arrows).

```
ADINA: AUI version 8.0, 24 January 2003: 1181 Jeep Rollover Rollcage
Licensed from ADINA R&D, Inc.
Finite element program ADINA, response range type load-step:
Listing for zone WHOLE_MODEL:
                        NODAL
                        MOMENT
                        RST
         POINT          MAGNITUDE
Element 1
Node 2                  3377.93
Node 4                  3695.09
Element 2
Node 4                  5236.64
Node 10                 4720.45
Element 3
Node 10                 8536.04
Node 11                13377.70
Element 4
Node 11                33939.10
Node 5                 33628.10
Element 5
Node 5                 26484.00
Node 3                 15800.70
Element 6
Node 10                 4441.25
Node 12                 1553.85
Element 7
Node 12                 1549.76
Node 14                 2476.58
Element 10
Node 4                  3222.49
Node 6                  2129.22
Element 11
Node 5                  7371.28
Node 7                   835.45
Element 12
Node 6                  1364.41
Node 7                  1052.02
Element 13
Node 8                     0.00
Node 9                     0.00
Element 14
Node 6                  1034.94
Node 8                  1885.89
Element 15
Node 7                   931.89
Node 9                  3566.86   ←————
Element 16
Node 11                43357.00   ←————
Node 13                42731.20
Element 17
Node 13                42736.40
Node 15                    6.06
```

Failure Location



Figure A10.1: Detached driver's side C-pillar on incident Jeep Wrangler



Figure A10.2: Intersection of C and B –pillars at weld point

OD = 2.25 in., ID = 2.0 in., c = 1. 125 in.,   $\sigma_y$ = 102,500 psi

$$I = \frac{\pi(r_o^4 - r_i^4)}{4} \tag{10-1}$$

$$M = \frac{\sigma_y I}{c} = 43,070 \text{ in-lb} \tag{10-2}$$

A10-4



Figure A10.3: Loading conditions and nodes of rear impact analysis



Figure A10.4: Finite Element Model of rear impact analysis

## **Appendix 11: Friction Force during Rollover Impact**

Our analysis indicates that the moment generated in the driver's side lower windshield frame (see Node 9 in Figure A11.1) was greater than the plastic moment capability of that section and, therefore, caused a plastic hinge to form at that location on the incident Jeep Wrangler. Our original analysis used only the normal force generated from the ATB rollover simulation, as this was the principal direction of deformation of the windshield. However, the Jeep also received loading on the windshield as a result of the frictional interaction of the vehicle with the ground. The present analysis incorporates this friction force into the finite element analysis and, as will be shown, predicts the same failure mode.

The friction force used was obtained from ATB output. This was input into the finite element model in addition to the normal force. Again, the load was applied at node 7 as a 1,000 lb concentrated load (see Figure A11.2) and was varied over time using time function 3 (see Figure A11.3). The analysis was then conducted and the computer results were analyzed.

The results indicate that the driver's side A-pillar still began to collapse almost immediately due to the bending moment at node 9, which exceeded the section's plastic moment (see Table A11.1). However, due to the added friction force, there is an indication that the moment may also have exceeded the plastic moment in the rearward direction (i.e. towards the driver). A failure moment in this rearward direction would have resulted in deformation of the windshield frame towards the interior of the Jeep

A11-1

Wrangler. Since this deformation pattern was not observed on the incident vehicle, our analytical model was examined further to determine what must have prevented the appearance of this failure on the actual Jeep.

**Table A11.1: ADINA Results of Deformed Roll cage using ATB forces with stiffness k=30 lb/in**

| Time | Element 15, Node 9 | | |
|---|---|---|---|
| | S-moment | T-moment | Combined |
| 0.004 | -8204.29 | 5200.7 | 9713.78 |
| 0.008 | -22703.00 | 12985.1 | 26154.14 |
| 0.012 | -24454.50 | 10839.9 | 26749.32 |

We note that the structural members supporting the windshield in the y direction are much stronger than the support in the x direction (see Figure A11.1). Our hypothesis was that these members prevented the windshield from collapsing toward the driver, but the weaker A-pillar members could not prevent the observed lateral collapse. To test this hypothesis we first considered the resistance that would be encountered traveling rearward on the vehicle. We noted that the bar connecting the windshield frame to the B-pillar did not buckle and therefore, transmitted loads to the B-pillar (Element 5 in Figure A11.1). We determined the corresponding compressive force in the connecting bar to be 1,060 lb. As shown on Page A11-5, the critical buckling load of this member is 52,813 lb. Therefore, we would not expect buckling to have occurred, and the connector (Element 11 in Figure A11.1) would be capable of transmitting this load to the B-pillar. We then determined the corresponding moment in the B-pillar at Node 3 to be 15,900 in-lb. Since this was well below the plastic moment capability of this member, we concluded that the driver's side connector and B-pillar were capable of supporting the transmitted moment to prevent the windshield frame from collapsing in this rearward direction.

We also checked to see if other members of the windshield frame might have provided the same type of support to the driver's side vertical member, thus leading to the prediction that no collapse should have occurred.   To investigate this possibility, we determined the forces and moments in the other members of the windshield frame.   It was determined that the moments generated in Element 12 (see Figure A11.1), the top section of the windshield frame, were 7,675 in-lb, which is greater than that section's plastic moment capability of 6,955 in-lb.   Therefore, this member began to collapse and could not prevent the collapse of the driver's side A-pillar (Element 15).   The net effect of this was to produce a deformed windshield frame that agreed with the appearance of that seen on the incident Jeep Wrangler.



Figure A11.1: Roll cage elements loading with normal and friction forces



Figure A11.2: Roll cage node loading with normal and friction forces

A11-4

**ADINA Time Function 3**



Figure A11.3: Dynamic friction loading time function

## A-B pillar connector buckling analysis

| Given: | | Calculated: | |
|---|---|---|---|
| Length: | L = 34.5 in. | Area: | A = 0.5184 in$^2$ |
| Tube Diameter: | D = 1.75 in | Moment of inertia: | I = 0.1771 in$^4$ |
| Tube thickness: | t = 0.1 in | Radius of gyration | k = 0.5844 in |
| Young's Modulus: | E = 30 Mpsi | Slenderness ratio: | l/k = 59.0336 |
| Yield Stress: | $\sigma_y$ = 102,500 psi | | |
| Buckling load factor: | C = 1.2 | | |

$$\left(\frac{l}{k}\right)_1 = \left(\frac{2\pi CE}{\sigma_y}\right)^{1/2} = 46.86$$

l/k > (l/k)$_1$ so use Euler Buckling

$$P_{cr} = \frac{C\pi^2 EI}{l^2} = 52,813 \ \text{lb}$$

A11-5

# PHELAN -V- DAIMLERCHRYSLER IRVING U. OJALVO, SCD (CONT'D) - 3/7/03

## Page 131 to Page 266

CONDENSED TRANSCRIPT AND CONCORDANCE
PREPARED BY: NIZIANKIEWICZ & MILLER

*NIZIANKIEWICZ & MILLER*
*972 Tolland St.*
*East Hartford, CT    06108-1533*
*Phone:    860-291-9191*
*FAX:    860-528-1972*

## Page 207

1  correlate with –
2     BY MR. KERR:
3     Q   Okay. I want to take a look at that ATB rollover
4  anyway so we can make out just where that is.
5  Okay. Trying to move along as quickly as I could.
6  It's just about 2:00, and I'd like to get you out of here
7  by 5:00, so...
8     Dr. Ojalvo, you remember I asked you some
9  questions about whether or not you modeled possible
10  interaction by the guardrail with the Jeep in your ATB
11  simulation, and your answer was that no, you didn't; is
12  that –
13     A   No, that's not what you asked. You asked if we
14  modeled the interaction with the wire –
15     Q   With the guardrail cables?
16     A   Yeah, cables. Not the – the guardrail definitely
17  came in contact.
18     Q   The guardrail – you modeled the guardrail cables;
19  did you not?
20     A   Correct.
21     Q   Would it be possible to model the guardrail cables
22  with an –
23     A   I don't know. I'd have to think about it. In the
24  direction of motion, it can matter. In our situation, it
25  didn't matter. If he hit it obliquely, then that would be

## Page 209

1  simulation. You essentially – that's the art of
2  engineering, putting in critical parameters for what you're
3  looking for.
4     Now, if someone were to ask a question, you might
5  have to put in some of these other parameters to answer
6  that question, but you can always ask a question of
7  something that we've left out. I mean, you can always do
8  that. That's easy. If the question is did we leave out
9  anything important, and, you know, we hope the answer to
10  that is no.
11     Q   Now, I've got a couple of questions about the
12  duration of the accident sequence. The first is in your
13  simulation, you started with the vehicle on the guardrail,
14  correct?
15     A   Yes.
16     Q   Now, how long does it take from the start of your
17  simulation in realtime, what's the time from the beginning
18  of your simulation to the vehicle coming to rest against
19  the tree?
20     A   About two seconds. About a second on the
21  guardrail and, speaking very roughly, about a second in the
22  roll.
23     Q   You're looking at –
24     A   I'm trying to show a plot that shows those two
25  pages. Page 44, Figure 37, shows the guardrail travel to

## Page 208

1  a different issue.
2     Q   Now, we also discussed changes in vehicle geometry
3  and –
4     A   Other than the seat back.
5     Q   Other than the seat back, and which is –
6     A   And the seat pillar.
7     Q   And the seat pillar. That's not exactly vehicle
8  geometry, but we'll leave it at that.
9     The other changes in the vehicle geometry, your
10  testimony was you did not model those in your ATB
11  simulation?
12     A   Correct.
13     Q   Would it been possible to model the changes that
14  are visible in the Jeep and measurable in an ATB
15  simulation?
16     A   Sure, just put in a different geometry for the
17  vehicle.
18     Q   But you didn't do that here, not with this
19  particular simulation?
20     A   Right.
21     Q   Would that change the results of the simulation?
22     A   I don't think so. What you try to do when you're
23  doing modeling is to put in all of the elements that you
24  feel are important and leave out the ones that are
25  unimportant. Otherwise, you'd spend a lifetime doing the

## Page 210

1  be just under one second, 1.98 seconds.
2     Q   I'm sorry, that was Figure 42 you mentioned?
3     A   Figure 37 on Page 44.
4     Q   Oh, okay.
5     A   So the – you see the horizontal lines where the
6  speed hardly changes? That's where you're in between
7  guardrails. And when you get a little rough travel to the
8  next plateau, that's where you're riding over guardrail –
9  guard post, guardrail post, okay? So you just count the
10  times in between plateaus, and that gives you when you're
11  impacting a guardrail post. Except it would have been the
12  correspondence to the light post.
13     Q   Okay. I'm sorry, I'm looking at Page 44, and
14  you're referring to plateaus. Could you mark what you're
15  calling plateaus on that chart?
16     A   Here's some plateaus (indicating).
17     Q   Okay. And the plateaus are the result – and
18  again, I'm happy to be corrected on this. You're saying
19  that the plateaus are a result of contact with the
20  guardrail –
21     A   No, this is when you're in between guardrail
22  posts.
23     Q   Okay, you're in between, and then the speed drops
24  a little bit as you go over the I beam, and then there's a
25  plateau, and it drops again and drops again?

**Page 219**

1  and you get here. So that would be, probably the sixth
2  guardrail post that went down.
3      Q    Okay.
4      A    And here's the struck light pole here. And then
5  you look at the distance from that struck light pole to
6  that line that I just made, and you come to this scale
7  here, and you come out very close, a little bit below the
8  75-foot line.
9      Q    So that mark that you made just past the "X" mark
10  on Exhibit 36 is approximately where the vehicle –
11      A    Left the roadway. Or left the guardrail fence,
12  sorry.
13      Q    I was about to ask that. Do you want to say left
14  the roadway, the pavement itself, or came off the
15  guardrail?
16      A    Came off the guardrail.
17      Q    Now, I want to go back to your ATB simulation. It
18  has – I'll just take a couple of more minutes to go
19  through it.
20      (Videotape playing.)
21  BY MR. KERR:
22      Q    And this is the rollover portion of the
23  simulation? Is that a correct description?
24      A    Yes, right. There's the hood hitting in the
25  front.

**Page 220**

1      Q    That's the left front portion of the hood,
2  correct, the driver's side?
3      A    Right. I think it made contact more than once,
4  too, as it hit the tree. I think it banged there again.
5  As I hits the tree, you'll see it a second time. Right
6  about there, that's where it is. And at the very end.
7      Q    I'm just going to stop that for a moment, if I
8  may, Dr. Ojalvo.
9  Can you point to a vehicle photo showing damage to
10  the vehicle that would have occurred to the left front
11  quarter of the vehicle that would have occurred at that
12  point?
13      A    Sure.
14      Q    And I'm just thinking if your – that your
15  simulation's apparently showing the left front quarter of
16  the vehicle part of the windshield frame striking the
17  ground.
18      A    I thought I saw it before. I could have swore we
19  had some pictures here, but –
20      Q    Well, do you want to take a minute and see what
21  you can find?
22      A    Yeah.
23      Q    Okay. That's fine with me.
24      A    Let's just see if there's anything in the report
25  that shows it.

**Page 221**

1      Page 26 of the report, Figure 6. You can see left
2  front damage on the Jeep.
3      Q    Okay.
4      A    Just below the headlight, off to the side of it.
5      Q    Okay. So it's Page 26, Figure 6, in your report?
6      A    Right.
7      Q    Which, for the record, is Exhibit 26?
8      A    Also Page 28 of the report, Figure 9, shows damage
9  to the left front.
10      Q    Okay. What specific damage do you think is it
11  your opinion occurred during that contact between the left
12  front quarter?
13      A    The part just above – just the part above the
14  wheel.
15      Q    The left fender, the driver's side fender?
16      A    Yes.
17      Q    Okay.
18      A    And then the later on contact near the tree would
19  account for the hood damage, when the –
20      Q    In your simulation you saw the vehicle bouncing
21  back, if you will?
22      A    Yeah.
23      Q    So the hood damage occurred on the bounce back?
24  Is that what you're telling us?
25      A    I don't know if it's the bounce back, but it's

**Page 222**

1  sort – it also looked like it was sliding towards the tree
2  and then bounced back, so it could be either or both.
3      Q    What is the vehicle's linear speed at the point
4  just before it leaves the guardrail?
5      A    Around 40 miles an hour, but let's find where in
6  the report more definitively.
7  Okay. Again, it's Page 44, Figure 37.
8      Q    Okay.
9      A    It looks like about 47 miles an hour or 48 miles
10  an hour.
11      Q    So the vehicle leaves the guardrail at 47 or
12  48 miles per hour, correct?
13      A    And, well, that's at the end of the guardrail
14  travel, but then when it initiates the roll, it looks like
15  it has – it's got the components in Figure 50.
16      Q    In Figure 50, which is –
17      A    Page 51. And there it looks like 40 miles an
18  hour. So we don't say anything about the 48 to the 40
19  miles an hour in the initiation of the roll.
20      Q    Well, the question is what happens to the seven or
21  eight miles per hour from the end of the guardrail to the
22  initiation of the roll. Do you have any explanation as to
23  what happens –
24      A    I've never been able to come up with a satisfying
25  explanation of what initiated the roll.

**Page 223**

1  Q   So are the 48 and 40-mile per hour figures what
2  the simulation gave you?
3      A   No, the 40 was a starting point. No one gave us
4  – the simulation didn't give us the 40. That was input.
5  What we did is we input a bunch of parameters to try to get
6  the Jeep to end up where it ended up. So you start off
7  with a bunch of initial conditions and see what initial
8  conditions will get you to where we know it ended up. And
9  the 40 worked. And earlier we looked at a table, and we
10  looked at all the parameters that were varied in order to
11  get the vehicle to end up where it ended up, and we show
12  those in the table. I'll refer to that again. Page 14.
13     Q   Okay.
14     A   Table 1. So we could get 38 to 40-mile per hour
15  leaving at the initiation of the roll in order to get the
16  vehicle to end up in the right position, on the right tree.
17     Q   Would you say then –
18     A   It's almost a trial and error procedure. You try
19  different inputs and try to end up where you ended up.
20     Q   Would it be fair to say that the tripping
21  mechanism scrubbed seven or 8 miles an hour off the speed
22  of the vehicle? Is that a fair characterization?
23     A   Well, it did that. It also gave you some
24  rotational energy. It changed the translational kinetic
25  energy into translational and rotational kinetic energy.

**Page 224**

1  Q   But you still – you were never able to determine
2  what exactly the tripping mechanism was; is that correct?
3      A   That's right.
4      Q   Okay.
5      A   We've tried, but we haven't come up with any.
6      Q   Now, I just want to go back to the simulation,
7  because I know there's a second part involving the occupant
8  motion specifically, but we'll work through that, if you
9  don't mind.
10     A   I don't think it really is the end, right? We
11  have the –
12     Q   Right, then there's the occupant stuff.
13     A   The occupant stuff that follows this.
14     Q   Yep.
15     A   I hope it's there. There you are. Notice the
16  seat back is tilted back.
17     Q   Okay. While it's rewinding, I have a few
18  questions.
19  Now, would you agree that there are two halves to
20  the videotape? There's the occupant motion in the second
21  half that we just viewed, and there's a first half of
22  the tape that involves travel over the guardrail and over
23  motion of the vehicle exclusively without the occupant?
24     A   Right.
25     Q   And in that first half of the simulation, there

**Page 225**

1  are two parts, correct?
2      A   Yes.
3      Q   There's a guardrail travel portion, and then
4  there's a rollover portion?
5      A   Right.
6      Q   And they're presented separately. And my question
7  is why did you do them in two different segments, the
8  guardrail and the rollover, in the first half –
9      A   Well, the first thing we did was the rollover.
10  That was the hardest part, we felt. But then there were a
11  number of questions raised regarding the travel of the
12  guardrail at – I believe it was at the first deposition,
13  and I think that we did that in response to that. We did
14  the guardrail travel. That was the reason that that was
15  done. We thought that the guardrail travel and the pole
16  impact and so on was of less interest and less importance,
17  but as questions were raised, we felt we had to address it.
18     Q   Wasn't there guardrail travel and pole and
19  rollover animation, as well?
20     A   I don't remember, but I think we just did the
21  rollover, and questions were raised, I'm not sure by whom,
22  and so we decided we needed to do the travel of the
23  guardrail, as well. I just don't remember who raised the
24  questions, but that was the reason they were done
25  separately.

**Page 226**

1  Q   Is there a reason that you wouldn't have done both
2  of them together initially?
3      A   Well, yeah, because the rollover – in between the
4  two is the transition, which we haven't explained, so we
5  wouldn't know how to do that.
6      Q   Well, I'm just trying to – go ahead.
7      A   In other words, we have a bunch of initial
8  conditions on the guardrail, and we have a bunch of initial
9  conditions of the rollover, and it's not one seamless event
10  in our simulation, and since we don't know what's happening
11  here –
12  MR. ARNOLD:   "Here" being the point of initiation
13  of roll?
14  THE WITNESS:   Right. And so we stopped one, and
15  then we started the second phase. So even if we had
16  done them in reverse order, we still would have had to
17  have done that unless we had some explanation for what
18  would have done it, and if we did, we – if we did have
19  that, you can just do one simulation of the whole
20  thing.
21  BY MR. KERR:
22     Q   At any point did you have to match up the values
23  that you used or derived in the guardrail simulation with
24  the rollover simulation?
25     A   We didn't. You saw that, the velocities were