3

# Technology Associates

**IRVING U. OJALVO -** Structures, Biomechanics and Safety Expert, Retired Senior Scientist, Columbia University

**QUALIFICATIONS:**   Licensed Professional Engineer, New York, Connecticut and Florida.

Bullard Professor of Mechanical Engineering, University of Bridgeport (1983–1990).

Author of over 90 technical papers for leading national and international engineering journals.

Court testimony as an expert witness in numerous cases involving biomechanics industrial and automobile accidents and consumer products liability.

Society of Automotive Engineers (SAE) Speakers Bureau on Products Liability and Roadway and Accident Reconstruction.

Developed state-of-the-art structural dynamics computer program under contract with U. S. Government.  Space shuttle consultant & lecturer to NASA engineers.

Safety Committee, Human Factors & Ergonomics Society

Safety Council, Institute of Transportation Engineers

Consultant to industry in areas of Industrial and Roadway Safety and Human Factors Engineering

Design of Warnings used in automated industrial equipment

Associate Editor of the American Institute of  Aeronautics & Astronautics Journal.

Member of ANSI (American National Standards Institute) Ladder Safety Committee

**EDUCATION:**   B.M.E. .............   C.C.N.Y.   ............. 1956
M.S.   .............   M.I.T.   ............. 1957
Sc.D.   .............   N.Y.U.   ............. 1962

**EXPERIENCE:**   1961-1966 ...... Structural Engineering Specialist, Republic Aviation
1966-1968 ...... Engineering Consultant, Harry Belock Associates
1968-1983 ...... Manager & Project Engineer at Grumman & Perkin-Elmer Corp.
1966-Present .. Private Consultant to numerous industries & law firms

**AWARDS:**   M.I.T. Assistantship, 1956-1957.
U.S. Fulbright Scholar in the Netherlands, 1960-1961.
N.Y.U. Founders Day Award, 1962.
NASA Certificate of Recognition, 1973
Hofstra University Certificate of Appreciation, 1979 & 1980.
Bullard Chair of Engineering, 1983-1990.
Elected a Life Fellow of the American Society of Mechanical Engineering, 1986.
Listed in Who's Who and American Men and Women of Science.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE JEEP WRANGLER CLASS ACTION | : CIVIL NO. 3:02 CV 1219 (JBA) |
| | : |
| ANGELA PHELAN, ADMINISTRATRIX OF THE ESTATE OF CHRISTOPHER PHELAN, CLASS MEMBER, AND INDIVIDUALLY | : |
| | : |
| Plaintiffs | : |
| | : |
| VS. | : |
| | : |
| DAIMLER CHRYSLER CORPORATION | : NOVEMBER 12, 2003 |
| | : |
| Defendant | : |

## AFFIDAVIT OF IRVING U. OJALVO, Sc.D.

STATE OF CONNECTICUT)
        )   ss: Stamford
COUNTY OF FAIRFIELD  )

  I, Irving U. Ojalvo, Sc.D., being duly sworn, state:

1. I am over the age of eighteen and am competent to give this affidavit.

2. I have personal knowledge of the facts and circumstances set forth herein, and they are true and correct.

3. I have been retained as an expert in the above-captioned matter.

1

4.  I have a comprehensive understanding of the facts and scientific principles involved in this case as set forth in my report and deposition testimony attached to Defendant's Motion for Summary Judgment, and as is further indicated in Plaintiff's Objection thereto.

5.  I have reviewed portions of DaimlerChrysler's Motion for Summary Judgment and supplement my report and/or prior testimony with the following:

    a.  Because the Jeep Wrangler's motions prior to initial contact with the guardrail was already understood and could be reasonably addressed using a conventional and well accepted two-dimensional reconstruction procedure, it was not necessary to simulate this phase of the crash in question using ATB.  The ATB simulation starts just after the Jeep Wrangler mounted the guardrail using these previous reconstruction results.  The appropriate position and orientation of the Jeep following initial guardrail mounting was based on straight line guardrail and light post damage as well as roadway and vehicle damage evidence as depicted by amongst other things the accident scene photos, police reports and the incident vehicle damage.

    b.  It is not necessary to model the impact of the Jeep Wrangler on the cables of the guardrail system because a guardrail cable cannot transmit compressive forces. The guardrail cables are attached to the posts with metal hooks that failed during

2

the accident, resulting in the cables lying partially on the ground as shown in the police accident scene photos. Once disconnected from their attachment points with the guardrail posts, the cables produce negligible longitudinal forces on the Jeep because they offer no resistance in compression. Furthermore, there was no evidence that the cables snared any component of the Jeep Wrangler, and provided any significant tensile forces to slow the vehicle down.

c.  The damage to the Jeep Wrangler's C-Pillar that occurred during the initial impact with the Taurus did not significantly affect the roadway and light post contact points on the Jeep (i.e. tires or front bumper). The ATB simulation and the accident investigation reveal that the C-Pillar portion of the vehicle did not interact with any objects (ground, guardrail, tree) during the remainder of the accident and so the geometry of the rear portion of the vehicle is not relevant to the ATB simulation.

d.  Defendant criticizes Dr. Ojalvo's ATB simulations because they claim that he did not model certain changes to the rear body of the vehicle that allegedly resulted from the initial impact. The changes that DaimlerChrysler argues should be made to the vehicle geometry resulting from the initial impact are incorrect and not modeled because the rear portion of the Jeep body could only have an affect on the

3

simulation results if that portion of the vehicle contacted the ground or other obstacles in the simulation. Since such contacts were not observed on the vehicle or in the simulation, the addition of such details would have no affect on the simulation results.

e. Evidence of guardrail damage-cessation indicated the location where the Jeep left contact with the guardrail system. Conservation of momentum considerations and ATB computer simulations show that the Jeep Wrangler's rollover must have been initiated in the area where the guardrail damage ends. In addition, ATB parametric studies of a rollover in any other position and orientation produced results that did not agree with the known facts of this case (e.g. Jeep final resting place and orientation).

f. Based on the lack of front-to-back deformation to the B-pillar of the driver's side roll cage structure, it is clear that the rollover impact with the hill was not severe enough to deform the windshield and B-pillar in the front to backward direction (though the windshield was deformed laterally as a result of the normal component of the impact force). This impact force is consistent with the observed damage to the Wrangler.

4

**STANGER & ARNOLD, LLP**
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

g.  A selection process of critical information is always required in any engineering analysis and, in this sense, all such analyses may be considered "subjective." It is only when this process does not reveal all critical elements that initial assumptions are analyzed must be reconsidered and if necessary, refined based on additional analyses. The ATB simulation is reliable and relevant in that it replicates and explains the crucial known facts and events of the subject accident. I ascertained those elements that are important to the reconstruction of this accident using my vast experience in this field, 40 years as an engineer and over 600 vehicle accident reconstructions.

Irving U. Ojalvo, Sc.D.

Subscribed and sworn to before me
This 12th day of November, 2003.

Notary Public

My Commission Expires:

**RICHARD R  TORTORA**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES MAY 31, 2005

5

**STANGER & ARNOLD, LLP**
29 South Main Street  •  Suite 325  •  West Hartford, CT 06107  •  860.561.0650  •  Facsimile: 860.561.0646
Juris No. 419042

# WILSON C. HAYES, Ph.D.

Professor of Exercise and Sport Science, College of Health and Human Performance
and
Adjunct Professor of Mechanical Engineering, College of Engineering
Oregon State University
and
Adjunct Professor of Orthopaedics and Rehabilitation
Oregon Health Sciences University

President/CEO
Hayes & Associates, Inc.
301 SW 4th Street, Suite 160
Corvallis, OR 97333
(541) 754-9645
Fax: (541) 754-9949
Email: wch@hayesassoc.com
Web: www.hayesassoc.com

| | |
|---|---|
| Date of Birth: | January 15, 1943 |
| Place of Birth: | San Diego, California |
| Child: | Molly W. Hayes |

**Education**

| | |
|---|---|
| B.S., Mechanical Engineering, Stanford University | 1964 |
| M.S., Mechanical Engineering, Stanford University | 1966 |
| Ph.D., Theoretical and Applied Mechanics, Northwestern University | 1970 |

**Postdoctoral Training**

| | |
|---|---|
| Research Fellow, Laboratory for Experimental Surgery, Davos, Switzerland (Chief, S. Perren, M.D.) | 1969-1970 |
| NIH Special Research Fellow, Department of Orthopaedic Surgery, Karolinska Institute, Stockholm, Sweden (Chief, C. Hirsch, M.D.) | 1970-1971 |

**Faculty Appointments**

| | |
|---|---|
| Instructor, Department of Orthopaedic Surgery, Northwestern University | 1967-1969 |
| Assistant Professor, Department of Mechanical Engineering and (by courtesy) Department of Surgery (Orthopaedics), Stanford University | 1971-1976 |
| Associate Professor, Department of Orthopaedic Surgery, University of Pennsylvania | 1976-1979 |
| Associate Professor, Department of Orthopaedic Surgery, Harvard Medical School, Beth Israel Hospital | 1979-1985 |
| Associate Professor of Orthopaedic Surgery, Harvard-MIT Division of Health Sciences and Technology, Massachusetts Institute of Technology | 1979-1985 |
| Professor of Biomechanics, Department of Orthopaedic Surgery, Harvard Medical School, Beth Israel Hospital | 1985-1998 |
| Professor of Biomechanics, Harvard-MIT Division of Health Sciences and Technology, Massachusetts Institute of Technology | 1985-1998 |
| Maurice Edmond Mueller Professor of Biomechanics, Harvard Medical School | 1988-1998 |

**Hospital and Administrative Appointments**

| | |
|---|---|
| Chief, Biomechanics Unit, Department of Orthopaedic Surgery, University of Pennsylvania | 1976-1979 |
| Member, Graduate Group, Department of Metallurgy and Materials Science, University of Pennsylvania | 1976-1979 |
| Director, Orthopaedic Biomechanics Laboratory, Dept. of Orthopaedic Surgery, | 1979 |

Beth Israel Hospital

| | |
|---|---|
| Member, Admissions Committee, Harvard-MIT Division of Health Sciences and Technology | 1984-1988 |
| Member, Joint Faculty Committee, Harvard-MIT Division of Health Sciences and Technology | 1985 |
| Member, Committee of Professors, Harvard Medical School | 1985-1989 |
| Member, Promotions and Appointments Committee, Harvard-MIT Division of Health Sciences and Technology | 1986-1998 |
| Member, Standing Committee on Promotions, Reappointments, and Appointments, Harvard Faculty of Medicine | 1987-1990 |
| Member, Research Operations Committee, Beth Israel Hospital | 1988 |
| Member, Personnel Committee, Harvard University-Massachusetts Institute of Technology, Division of Health Sciences and Technology | 1990 |
| Member, Orthopaedic Executive Committee, Harvard Combined Orthopaedic Program, Harvard Medical School | 1990-1998 |
| Member, Conference of Department Heads, Harvard Medical School | 1990 |
| Member, Subcommittee of Professors, Harvard Medical School Faculty of Medicine | 1991-1994 |
| Associate Chief, Department of Orthopedic Surgery, Beth Israel Hospital | 1992-1993 |
| Vice Chairman Research, Department of Orthopedic Surgery, Beth Israel Hospital | 1993 |
| Member, Biometrics Center Advisory Committee, Beth Israel Hospital | 1995 |

**Honors**

| | |
|---|---|
| Industrial Design Society Student Merit Award | 1966 |
| Sigma Xi | 1969 |
| Engineering Research Initiation Award, National Science Foundation | 1972 |
| Research Career Development Award, National Institutes of Health | 1978-1983 |
| Research Award for Spinal Research, Eastern Orthopaedic Association | 1981 |
| Kappa Delta Award, American Academy of Orthopaedic Surgeon's Award for Orthopaedic Research | 1981 |
| American Academy of Orthopaedic Sports Medicine Research Award | 1983 |
| Samuel Higby Camp Visiting Lectureship, University of Michigan | 1983 |
| Research Career Award, Schweizerische Arbeitsgemeinschaft fur Osteosynthesefragen | 1983-1986 |
| Leon L. Wiltse Guest Speaker, North American Spine Society | 1986 |
| Founding Fellow, American Institute of Medical and Biological Engineering | 1993 |
| American Society of Biomechanics Giovanni Borelli Award | 1995 |
| Bristol-Myers Squibb/Zimmer Institutional Grant for Excellence in Research in Orthopaedic Treatment | 1996 |
| Profiles in Ethical Integrity Award, The Program for Ethics, Science and the Environment, Department of Philosophy, Oregon State University | 2000 |

**Membership in Professional Societies**

| | |
|---|---|
| American Society of Biomechanics, Advisory Board | 1981-1983 |
| American Society of Mechanical Engineers | 1975 |
| Orthopaedic Research Society | 1972 |
| American Academy of Orthopaedic Surgeons, Associate Member | 1985 |
| National Osteoporosis Foundation, Scientific Advisory Board | 1992-2000 |
| American Society of Bone and Mineral Research | 1996 |
| Sigma Xi, The Scientific Research Society | 1999- |
| American Institute for Medical and Biological Engineering | 2000- |
| International Society of Biomechanics | 2002- |
| American Society of Safety Engineers | 2002- |
| International Society for Fall Protection | 2002- |
| National Association of Traffic Accident Reconstructionists and Investigators | 2002- |
| American Academy of Forensic Sciences | 2002- |

**Professional Activities**

| | |
|---|---|
| Member, Planning Committee, First Gordon Conference on Bioengineering and Orthopaedic Science | 1978 |
| Member, Bioengineering and Orthopaedic Sciences Travel Group to the People's Republic of China | 1979 |
| Chairman, Program Committee, Orthopaedic Research Society | 1980 |
| Member, Executive Committee, Orthopaedic Research Society | 1980-1981 |
| Organizing Committee and Panel Member, NIH Consensus Development Conference on Total Hip Joint Replacement | 1982 |
| Task Group Member, NIH Musculoskeletal Diseases Program Evaluation | 1982-1983 |
| Member, Scientific Advisory Board, Osteoarthritis Research Center, Wallerfangen Saarlouis, West Germany | 1984 |
| Member, NIH Study Section, Orthopaedics and Musculoskeletal | 1985-1989 |
| Chairperson, Special Ad Hoc Committee, National Institutes of Health Study Section | 1986 |
| Chairperson, Injury Prevention Working Group of the Surgeon General's Workshop on Health Promotion and Aging, Washington, DC | 1988 |
| Member, NIH Reviewers Reserve | 1989-1993 |
| Member, NIH NIAMSD National Plan Task Force, Co-Chair Musculo-skeletal Diseases Panel, Bethesda, MD | 1990-1991 |
| Member, American Academy of Orthopaedic Surgeon's Council on Research | 1990-1993 |
| Scientific Member, AO Switzerland | 1991 |
| Participant, AAOS Symposium on Outcomes and Effectiveness in Musculo-skeletal Research, San Antonio, TX | 1993 |
| Member, CDC Injury Research Grant Review Committee Study Section, Atlanta, GA | 1993 |
| Co-Chairman, AAOS Workshop on Fall Prevention in the Elderly, Rosemont, IL | 1993 |
| Member, NIH Study Section, Orthopedics and Musculoskeletal | 1993-1997 |
| Participant, CDC Biomechanics Research Planning Workshop, Atlanta, GA | 1994 |
| Member, Scientific Advisory Board, National Osteoporosis Foundation, Washington, DC | 1996 |
| Acting Director, AO/ASIF Research Institute, Davos, Switzerland | 1996-1997 |
| Member, OREF Peer Review Committee, Rosemont, IL | 1997-2002 |
| Member, Board of Directors, American Society of Bone and Mineral Research | 1997 |
| Consultant, Penn State Hip Fracture Project Review Meeting, Hershey, PA | 1998 |
| Member, National Space Biomedical Research Institute Reviewer's Reserve | 1999- |

**Grants Awarded**

| | |
|---|---|
| National Science Foundation Engineering Research Initiation Award, "Stress-remodeling relationships in compact bone" Principal Investigator | 1972-1973 |
| National Science Foundation Center for Materials Research, Stanford University Stanford University, "Fracture of compact bone" Principal Investigator | 1972-1976 |
| National Institutes of Health, "Mechanics of normal, arthritic and prosthetic knees" Principal Investigator | 1975-1983 |
| President's Fund, California Institute of Technology, "Mechanics of the knee joint" Principal Investigator | 1975-1976 |
| Orthopaedic Research and Education Foundation, "Flow independent visco-elastic properties of cartilage matrix" Principal Investigator | 1977-1978 |
| National Institutes of Health Research Career Development Award, "Material and structural properties of the knee" Principal Investigator | 1978-1983 |
| Veterans Administration Research Grant, "Analysis of fracture healing with internal fixation" Co-Principal Investigator | 1978-1983 |
| MIT Whitaker Health Sciences Fund, "Biomechanical studies of healing after spinal dislocation" Co-Principal Investigator | 1979-1980 |
| Laboratory for Experimental Surgery, "Mechanics of compression plate fixation" Principal Investigator | 1980-1981 |
| Zimmer USA, "Finite element and experimental studies of the Miller porous- | 1980-1981 |

coated multi-radius tibial component" Co-Principal Investigator

| | |
|---|---|
| Air Force Office of Scientific Research, "Fracture and viscoelastic characteristics of the human cervical spine" Principal Investigator | 1981-1983 |
| Howmedica, Inc., Orthopaedics Division, "Geometrical characterization of the proximal femur" Principal Investigator | 1981-1982 |
| Howmedica, Inc., Orthopaedics Division, "Effects of proximal femoral geometry on femoral component stem design" Principal Investigator | 1982-1983 |
| William F. Milton Fund, "Skeletal Aging and Exercise" Co-Principal Investigator | 1982-1983 |
| National Institutes of Health, "Stress morphology relations for trabecular bone in-vivo" Principal Investigator | 1982-1983 |
| Cintor Orthopaedic Division, Johnson & Johnson Products, Inc., "Geometrical Characterization of the distal femur" Principal Investigator | 1982-1983 |
| Cintor Orthopaedic Division, Johnson & Johnson Products, Inc., "Optimized Total Joint Replacement Designs" Principal Investigator | 1982-1984 |
| National Institutes of Health, "Bone/Gelatin Particulate Composite for Fracture Fixation" Co-Principal Investigator | 1982-1984 |
| National Institutes of Health, "Biochemistry of the Intervertebral Disc" Co-Investigator | 1982-1985 |
| Howmedica, Inc., Orthopaedic Division, "Biomechanics of the Asnis Screw System" Principal Investigator | 1983-1984 |
| National Science Foundation/Wenner Gren Foundation for Anthropological Research, Inc., "Biomechanical Characterization of the Primate Femur and Tibia Using CT Scanning" Co-Investigator | 1983-1984 |
| Electro-Biology, Inc., Medical Systems Division, "The Use of Pulsing Electro-magnetic Fields in the Prevention of Disuse Osteoporosis" Prin Investigator | 1983-1984 |
| General Motors Research Laboratories, "Biomechanical Studies of the Human Cervical Spine" Co-Principal Investigator | 1984-1984 |
| Johnson & Johnson, Inc. Orthopaedics, "Failure Analysis and Design Studies for a Porous-Coated Patellar Total Knee Component" Principal Investigator | 1984-1985 |
| Howmedica, Inc., "Design Parameters for Proximal Femoral Prosthetic Stems" Principal Investigator | 1984-1985 |
| Fiber Materials, Inc., "In-Vivo Testing of Carbon/Carbon Rods for Bone Ingrowth" Principal Investigator | 1985-1986 |
| National Cancer Institute, "Biomechanics of Metastatic Defects in Bone" Principal Investigator | 1985-1999 |
| Pfizer Hospital Products Group, "Finite Element Analysis of Prosthetic ACL Attachment" Principal Investigator | 1985-1986 |
| National Institutes of Health, "Hip Fracture Risk Prediction by X-ray Computed Tomography" Principal Investigator | 1986-1995 |
| General Motors Research Laboratories, "Mechanical Response and Strength of the Human Cervical Spine" Co-Principal Investigator | 1986-1987 |
| Johnson & Johnson, Inc. Orthopaedics, "Finite Element Design Analysis of a Carbon Fiber Femoral Prosthesis" Co-Principal Investigator | 1987-1988 |
| Protek, "Prosthetic Shoulder Design" Principal Investigator | 1987-1988 |
| Centers for Disease Control, "Biomechanics, Epidemiology, and Treatment of Hip Fractures" Principal Investigator | 1987-1990 |
| AO-Stiftung/ASIF-Foundation, "Fatigue Characteristics of Posterior-Lumbar Fixations" Co-Principal Investigator | 1988-1989 |
| National Institutes of Health, "Multiscan Photon Absorptiometry and Osteoporotic Fracture Risk" Principal Investigator | 1989-1992 |
| Centers for Disease Control, "Biomechanics of Hip Fracture Risk" Principal Investigator | 1990-1993 |
| National Institutes of Health, "Fall Biomechanics and Hip Fracture Risk" Principal Investigator | 1990-2000 |
| National Institute of Dental Research "Mechanics and bone remodeling in an osteoporotic mandible" Co-Principal Investigator | 1990-1995 |
| Whitaker Foundation, "Magnetic Resonance Imaging of Bone Structure with | 1991-1994 |

| | |
|---|---|
| Metastatic Defects in Bone" Co-Principal Investigator | |
| AO-Stiftung/ASIF-Foundation, "Biodegradable Particulate Composites for Orthopaedic Applications" Principal Investigator | 1991-1992 |
| Genetics Institute, "Geometric, densitometric, and torsional properties of healing segmental defects in rat femoral tested with recombinant human BMP" Co-Principal Investigator | 1991-1993 |
| Howard Hughes Medical Institute Medical Student Research Training Co-Principal Investigator | 1991-1993 |
| National Institute on Aging, "Neuromotor changes with exercise in elderly women" Co-Principal Investigator | 1991-1994 |
| National Institutes of Health, "Hip fracture risk prediction by QDR" Principal Investigator | 1991-2001 |
| Norwich Eaton Pharmaceuticals "Effects of disphosphonates on biomechanical and morphological properties of bone in dogs" Co-Principal Investigator | 1991-1992 |
| Norwich Eaton Pharmaceuticals "Effects of NE-58095 on the biomechanical and morphological properties of bone from dogs treated for two years" Co-Principal Investigator | 1992-1993 |
| Osteonics, "Predicted effects of surface treatment on the long-term performance of cementless hip implants" Co-Principal Investigator | 1992-1993 |
| National Center for Research Resources, Shared Instrumentation Grant Principal Investigator | 1992-1993 |
| Merck, Sharp & Dohme Research Laboratories, "Evaluation of the effects of MK-217 treatment on bone biomechanics" Co-Principal Investigator | 1992-1995 |
| National Institutes of Health, "Structural consequences of post-yield behavior of bone" Co-Principal Investigator | 1992-1998 |
| DynaGen, Inc., "PPF-based biodegradable particulate composites for orthopaedic applications" Principal Investigator | 1992-1993 |
| Massachusetts General Hospital "Effects of PTH on biomechanical and morphological properties of bone in rats" Co-Principal Investigator | 1992-1993 |
| National Institutes of Health "DXA based bone geometry and osteoporotic fracture risk" Principal Investigator | 1993-1998 |
| Centers for Disease Control and Prevention, Program Project Grant "Hip fracture prevention from falls in the elderly" Principal Investigator | 1993-1998 |
| Orthopaedic Resarch and Education Foundation, Bristol-Myers Squibb/Zimmer Institutional Award, "Clinical biomechanics of the patellofemoral joint" Principal Investigator | 1996-2001 |
| ClinTrials BioResearch Ltd., "Bone biomechanical procedures for a long-term efficacy study of risedronate as a treatment in the osteopenic, ovariectomized rat model" Principal Investigator | 1997- |
| ClinTrials BioResearch Ltd., "Bone biomechanical procedures for a long-term efficacy study of risedronate as a preventative treatment in the osteopenic, ovariectomized rat model" Principal Investigator | 1997- |
| ClinTrials BioResearch Ltd., "Bone biomechanical procedures for a 26-week oral (capsule) comparative efficacy study of NE-58095 and NE-10503 in the female beagle dog" Principal Investigator | 1997 |
| ClinTrials BioResearch Ltd., "A 26-week oral (capsule) fracture healing study with risedronate (NE-58095) in male and female beagle dogs" Principal Investigator | 1997- |
| National Institutes of Health "The effects of jumping on growing bones" Co-Investigator | 2002- |
| National Institutes of Health "Fall biomechanics and hip fracture risk" Principal Investigator | 2002- |

**Editorial and Review**

| | |
|---|---|
| Journal of Orthopaedic Research, Founding Co-Editor-in-Chief | 1983-1995 |
| Journal of Biomechanical Engineering, Associate Editor | 1981-1985 |
| Journal of Biomechanics, Editorial Advisory Board | 1981-1983 |
| Annals of Biomedical Engineering, Editorial Board | 1980-1982 |
| Clinical Orthopaedics and Related Research | |

Critical Reviews in Bioengineering, CRC Press
Journal of Applied Mechanics
Journal of Bioengineering
Journal of Biomedical Materials Research
Journal of Bone and Joint Surgery
National Science Foundation
National Aeronautics and Space Administration

**Doctoral Theses Supervised**

Subrata Saha, Ph.D.: Tensile impact properties of bone and their relation to microstructure, Department of Applied Mechanics, Stanford University, 1973. (Professor and Director, Orthopaedic Biomechanics Lab, Department of Orthopedic Surgery, Loma Linda University Medical Center, Loma Linda, CA)

Timothy M. Wright, Ph.D.: Tensile properties and fracture mechanics of bone, Department of Materials Science, Stanford University, 1976. (Professor and Director, Department of Biomechanics, Hospital for Special Surgery, New York, NY; Past President, Orthopaedic Research Society)

Dennis R. Carter, Ph.D: The fatigue behavior of compact bone, Department of Biomedical Engineering, Stanford University, 1976. (Professor, Department of Mechanical Engineering and Director, Biomechanics Lab, Stanford University, Stanford, CA; past-President, Orthopaedic Research Society)

Eric E. Sabelman, Ph.D: An organ culture method for study of fetal mouse bone under stress, Department of Mechanical Engineering, Stanford University, 1976. (Senior Research Associate, VA Medical Center, Palo Alto, CA)

Christopher B. Ruff, Ph.D.: Structural remodeling of the femur and tibia with aging: An automated digital analysis of the Pecos skeletal sample, Department of Anthropology, University of Pennsylvania, August 1981. (Associate Professor, Department of Cell Biology and Anatomy, Johns Hopkins School of Medicine, Baltimore, MD)

Carol A. Oatis, Ph.D.: The use of a mechanical model to predict the motion of the knee in normal locomotion: A study of healthy younger and older adult males, Department of Anatomy, University of Pennsylvania, 1982. (Associate Professor, Department of Physical Therapy, Beaver College, Philadelphia, PA)

W. Thomas Edwards, Ph.D.: A biomechanical analysis of the lumbar and lumbo-sacral spine in the sagittal plane. Interdepartmental Program in Biomedical Engineering, Massachusetts Institute of Technology, May, 1983. (Visiting Associate Professor, Department of Bioengineering, Mechanical Aerospace Manufacturing Engineering, Syracuse University, Syracuse, NY)

Anthony M. DiGioia III, M.D.: The role of interfragmentary strain in fracture healing. Harvard Medical School, Honors Thesis, March 1986. (Assistant Professor, Department of Orthopaedic Surgery, University of Pittsburgh, Pittsburgh, PA)

Edward J. Cheal, Ph.D.: Trabecular bone remodeling around implants. Massachusetts Institute of Technology, June 1986. (Director of Applied Research, Johnson & Johnson Orthopaedics, Raynham, MA)

Cheryl L. Riegger, Sc.D.: Tibiofemoral contact pressure, area and force in neutral, varus, valgus, and post-osteotomy loadings. Boston University, July 1986. (Assistant Professor, University of Colorado, Morrison, CO)

Jeffrey C. Lotz, Ph.D.: Fracture risk predictions for the human femoral neck. Massachusetts Institute of Technology, August, 1988. (Assistant Professor of Orthopaedic Surgery and Director, Orthopaedic Biomechanics Laboratory, University of California at San Francisco School of Medicine, San Francisco, CA).

Brian D. Snyder, M.D., Ph.D.: Anisotropic structure property relations for trabecular bone. University of Pennsylvania, February, 1991. (Instructor, Dept. of Orthopaedic Surg, Harvard Medical School, Boston, MA)

Dr.med. Ralf H. Wittenberg: Biomechanische und Klinische Untersuchungen dorsaler lumbaler und lumbosakraler Fusions techniken. St. Josef Hospital, Assistant Professor, Bochum University, Germany, 1991.

Xiang-Dong Edward Guo, Ph.D.: Fatigue of trabecular bone. Harvard/M.I.T. Division of Health Sciences and Technology, October, 1993. (Assistant Professor, Department of Mechanical Engineering, Columbia University, New York, NY)

Jeffrey A. Guy, M.D.: The long term effects of the bisphosphonate alendronate on the mechanical and physical properties of bone in the estrogen-deficient rat. Harvard Medical School, Honors Thesis, February, 1994. (Orthopaedic Resident, Harvard Combined Orthopaedic Program, Boston, MA)

Amy C. Courtney, Ph.D.: Mechanical properties of the proximal femur: Changes with age. Harvard-Massachusetts Institute of Technology Division of Health Sciences and Technology, May, 1994. (Staff Scientist, Department of Biomedical Engineering, Cleveland Clinic Foundation, Cleveland, OH)

Rebecca Elovic, D.M.D., Sc.D.: The effect of ovariectomy on the rat mandible. Harvard University, May, 1994. (Private practice, Brookline, MA)

Philippe K. Zysset, Ph.D.: A constitutive law for trabecular bone. Ecole Polytechnique Federale de Lausanne, Switzerland. June, 1994. (Assistant Professor, ETH, University of Lausanne, Lausanne, Switzerland)

Stephen N. Robinovitch, Ph.D.: Hip fracture and fall impact biomechanics. Harvard-Massachusetts Institute of Technology Division of Health Sciences and Technology, September, 1994. (Assistant Professor and Director, Biomechanics Laboratory, San Francisco General Hospital, San Francisco, CA)

Aya van den Kroonenberg, Ph.D.: Dynamic models of human falls for prediction of hip fracture risk. Massachusetts Institute of Technology, January, 1995. (Staff Scientist, TNO Road Vehicle Institute, Crash Safety Research Center, Delft, The Netherlands)

J. Douglas Patterson, M.D.: Parathyroid hormone (PTH 1-84) increases bone morphologic and biomechanical properties in estrogen-deficient rats: Promise for the treatment of established osteoporosis. Harvard Medical School, Honor's Thesis, February, 1995. (Orthopaedic Resident, Duke University, Durham, NC)

Michael J. Yaszemski, M.D., Ph.D.: The design, synthesis, characterization, and mechanical testing of a novel degradable polymeric biomaterial for use as a bone substitute. Massachusetts Institute of Technology, June, 1995. (Assistant Professor, Department of Orthopedics, Mayo Clinic, Rochester, MN)

Matthew J. Silva, Ph.D.: Predicting the failure behavior of the human vertebral body. Massachusetts Institute of Technology, February, 1996. (Director, Biomechanics Laboratory, Department of Orthopedic Surgery, Washington University School of Medicine, St. Louis, MO)

Catherine M. Ford, Ph.D.: Failure of the human proximal femur: Material and structural properties. Massachusetts Institute of Technology, September, 1996. (Staff Scientist, Failure Analysis Associates, Philadelphia, PA)

Steven M. Bowman, Ph.D.: Creep of trabecular bone. Harvard-Massachusetts Institute of Technology Division of Health Sciences and Technology, May, 1997. (Senior Engineer, Mitek Products, Westwood, MA)

Conrad Wang, M.D.: Densitometric and mechanical testing in an animal model of tumor-induced osteolysis in long bones. Harvard Medical School, M.D. Thesis, February, 1998. (Orthopaedic Resident, Harvard Medical School, Boston, MA)

Sara E. Wilson, Ph.D.: Analysis of the Forces on the Spine During a Fall with Application towards Predicitng Vertebral Fracture Risk. Harvard-MIT Division of Health Sciences and Technology, June, 1999. (Research Assistant, Motion Analysis and Motor Performance Lab, University of Virginia, VA)

Cecile N. Smeesters, Ph.D.: Fall Biomechanics and Hip Fracture Risk. Division of Applied Sciences, Harvard University, June, 1999. (Research Fellow, Biomechanics Research Laboratory, Mechanical Engineering and Applied Mechanics, University of Michigan, Ann Arbor, MI)

**Publications**

**A. Refereed Articles**

1.    Hayes, W.C. and Mockros, L.F.: Viscoelastic properties of human articular cartilage. J. Appl. Physiol., 31: 562-568, 1971.

2.    Hayes, W.C.: Some viscoelastic properties of human articular cartilage. Acta Orthop. Belg., 38: 23-32, 1972.

3.  Hayes, W.C., Keer, L.M., Herrmann, G., Mockros, L.F.:  A mathematical analysis for indentation tests of articular cartilage. J. Biomech., 5: 541-551, 1972.

4.  Hayes, W.C. and Perren, S.M.: Plate-bone friction in the compression fixation of fractures. Clin. Orthop., 89: 236-240, 1972.

5.  Saha, S. and Hayes, W.C.: Instrumented tensile-impact tests of bone. Exper. Mech., 14: 473-478, 1974.

6.  Perren, S.M. and Hayes, W.C.: Biomechanik der plattenosteosynthese. Medizinish-Orthop.Technik, 2: 56-61, 1974.

7.  Carter, D.R. and Hayes, W.C.: Fatigue life of compact bone. I. Effects of stress amplitude, temperature and density. J. Biomech., 9: 27-34, 1976.

8.  Carter, D.R., Hayes, W.C., Schurman, D.J.: Fatigue life of compact bone. II. Effects on microstructure and density. J. Biomech., 9: 211-218, 1976.

9.  Saha, S. and Hayes, W.C.: Tensile impact properties of human compact bone. J. Biomech., 9: 243-251, 1976.

10.  Hayes, W.C. and Carter, D.R.: Post-yield behavior of subchondral trabecular bone. J. Biomed. Mat. Res., 7: 537-544, 1976.

11.  Wright, T.M. and Hayes, W.C.: The fracture mechanics of fatigue crack propagation in compact bone. J. Biomed. Mat. Res., 7: 637-648, 1976.

12.  Carter, D.R. and Hayes, W.C.:  Bone compressive strength: The influence of density and strain rate. Science, 194: 1174-1176, 1976.

13.  Wright, T.M. and Hayes, W.C.: Tensile testing of bone over a wide range of strain rate: Effects of strain rate, microstructure and density.  Med. and Biol. Eng., 14: 671-680, 1976.

14.  Wright, T.M. and Hayes, W.C.: Comments on "The elastic properties of compact bone tissue" by Reilly, D.T. and Burstein, A.H., J. Biomech., 9: 744, 1976.

15.  Jones, H.H., Priest, J.D., Hayes, W.C., Tichenor, C.C. and Nagel, D.A.: Humeral hypertrophy in response to exercise. J. Bone Joint Surg. [Am], 59(2): 204-208, 1977.

16.  Carter, D.R. and Hayes, W.C.: Compact bone fatigue damage. I. Residual strength and stiffness. J. Biomech., 10: 325-337, 1977.

17.  Wright, T.M. and Hayes, W.C.: Fracture mechanics parameters for compact bone. Effects of density and specimen thickness. J. Biomech., 10: 419-430, 1977.

18. Hayes, W.C. and Wright, T.M.:  An empirical strength theory for compact bone. Fracture (Proc. 4th Int'l Conf. on Fracture), Volume III: 1173-1180, 1977.

19. Carter, D.R. and Hayes, W.C.: Compact bone fatigue damage. II. A microscopic examination. Clin. Orthop., 127: 265-274, 1977.

20. Saha, S. and Hayes, W.C.: Relations between tensile impact properties and microstructure of compact bone. Calcif. Tissue Res., 24: 65-72, 1977.

21. Carter, D.R. and Hayes, W.C.: The compressive behavior of bone as a two-phase porous material. J. Bone Joint Surg. [Am], 59: 954-962, 1977.

22. Hayes, W.C., Swenson, L.W., and Schurman, D.J.: Axisymmetric finite element analysis of the lateral tibial plateau. J. Biomech., 11: 21-33, 1978.

23. Hayes, W.C. and Bodine, A.J.: Flow-independent viscoelastic properties of articular cartilage matrix. J. Biomech., 11: 407-419, 1978.

24. Wright, T.M. and Hayes, W.C.: Technical note: Strain gage application on compact bone. J. Biomech., 12: 471-475, 1979.

25. Nagurka, M.L. and Hayes, W.C.: Technical note: An interactive graphics package for calculating cross-sectional properties of complex shapes. J. Biomech., 13: 59-64, 1980.

26. Woo, S. L-Y, Kuei, S.C., Amiel, D., Gomez, M.A., Hayes, W.C., White, F.C. and Akeson, W.H.: The effect of prolonged physical training on the properties of long bone. A study of Wolff's Law. J. Bone Joint Surg. [Am], 63: 780-786, 1981.

27. Ruff, C.B. and Hayes, W.C.: Subperiosteal expansion and cortical remodeling of the human femur and tibia with aging. Science, 217: 945-948, 1982.

28. Posner, I., White, A.A., Edwards, W.T., Hayes, W.C.: A biomechanical analysis of the clinical stability of the lumbar and lumbosacral spine. Spine, 7: 374-389, 1982.

29. Ruff, C.B. and Hayes, W.C.: Cross sectional geometry of Pecos Pueblo femora and tibiae: A biomechanical investigation. I. Method and general patterns of variation. Am. J. Phys. Anthrop., 60: 359-381, 1983.

30. Ruff, C.B. and Hayes, W.C.: Cross-sectional geometry of Pecos Pueblo femora and tibiae: A biomechanical investigation. II. Sex, age and size differences. Am. J. Phys. Anthrop., 60: 383-400, 1983.

31. Beaupre, G.S., Hayes, W.C., Jofe, M.H. and White, A.A.: Monitoring fracture site properties with external fixation. J. Biomech. Eng., 105: 120-126, 1983.

32. Cheal, E.J., Hayes, W.C., White, A.A., III, and Perren, S.M.: Stress analysis of a simplified compression plate fixation system for fractured bones. J. Computers and Structures, 17: 845-855, 1983.

33. Stone, J.L., Beaupre, G.S., and Hayes, W.C.: Multiaxial strength characteristics of trabecular bone. J. Biomech., 16: 743-752, 1983.

34. Hayes, W.C., Gran, J.D., Nagurka, M.L., Feldman, J.M., and Oatis, C.: Leg motion analysis during gait by multiaxial accelerometry: Theoretical foundations and preliminary validations. J. Biomech. Eng., 105: 283-289, 1983.

35. Huberti, H.H. and Hayes, W.C.: Patellofemoral contact pressures: The influence of Q-angle and tendo-femoral contact. J. Bone Joint Surg. [Am], 66: 715-724, 1984.

36. Ruff, C.B., Larsen, C.S., and Hayes, W.C.: Structural changes in the femur with the transition to agriculture on the Georgia coast. Am. J. Phys. Anthrop., 64: 125-136, 1984.

37. Huberti, H.H., Hayes, W.C., and Stone, J.L.: Force ratios in the quadriceps tendon and ligamentum patellae. J. Orthop. Res., 2: 49-54, 1984.

38. Ruff, C.B. and Hayes, W.C.: Bone mineral content in the lower limb: Relationship to cross-sectional geometry. J. Bone Joint Surg. [Am], 66: 1024-1031, 1984.

39. Cheal, E.J., Hayes, W.C., White, A.A., III, and Perren, S.M.: Three-dimensional finite element analysis of a simplified compression plate fixation system. J. Biomech. Eng., 106: 295-301, 1984.

40. Ruff, C.B. and Hayes, W.C.: Age changes in geometry and mineral content of the lower limb bones. Ann. Biomed. Eng., 12: 573-584, 1984.

41. Cheal, E.J., Hayes, W.C., White, A.A., III, and Perren, S.M.: Stress analysis of compression plate fixation and its effects on long bone remodeling. J. Biomech., 18:141-150, 1985.

42. McBroom, R.J., Hayes, W.C., Edwards, W.T., Goldberg, R.P., and White, A.A.: Prediction of vertebral body compressive fracture using quantitative computed tomography. J. Bone Joint Surg. [Am], 67: 1206-1214, 1985.

43. Kaplan, S.J., Hayes, W.C., Mudan, P., Lelli, J.L., and White, A.A.: Monitoring the healing of a tibial osteotomy in the rabbit treated with external fixation. J. Orthop. Res., 3: 325-330, 1985.

11/5/02

44. Kaplan, S.J., Hayes, W.C., Stone, J.L., and Beaupre, G.S.: Tensile strength of bovine trabecular bone. J. Biomech., 18: 723-727, 1985.

45. Beaupre, G.S. and Hayes, W.C.: Finite element analysis of a three-dimensional open-celled model for trabecular bone. J. Biomech. Eng., 107: 249-256, 1985.

46. Cheal, E.J., Hayes, W.C., Lee, C.H., Snyder, B.D., and Miller, J.: Stress analysis of a condylar knee tibial component: Influence of metaphyseal shell properties and cement injection depth. J. Orthop. Res., 3: 424-434, 1985.

47. Gerhart, T.N., Hayes, W.C., and Stern, S.H.: Biomechanical optimization of a model particulate composite for orthopaedic applications. J. Orthop. Res., 4: 76-85, 1986.

48. DiGioia, A.M. III, Cheal, E.J., and Hayes, W.C.: Three-dimensional strain fields in a uniform osteotomy gap. J. Biomech. Eng., 108: 273-280, 1986.

49. Edwards, W.T., Hayes, W.C., Posner, I., White, A.A. and Mann, R.: Variation of lumbar spine stiffness with load. J. Biomech. Eng., 109: 35-42, 1987.

50. Cheal, E.J., Snyder, B.D., Nunamaker, D.M., and Hayes, W.C.: Trabecular bone remodeling around smooth and porous implants in an equine patellar model. J. Biomech., 20: 1121-1134, 1987.

51. McBroom, R.J., Cheal, E.J., and Hayes, W.C.: Strength reductions from metastatic cortical defects in long bones. J. Orthop. Res., 6: 369-378, 1988.

52. Huberti, H.H. and Hayes, W.C.: Contact pressures in chondromalacia patellae and the effects of capsular reconstructive procedures. J. Orthop. Res., 6: 499-508, 1988.

53. Ruff, C.B., and Hayes, W.C.: Sex differences in age-related remodeling of the femur and tibia. J. Orthop. Res., 6: 886-896, 1988.

54. Rohlmann, A., Cheal, E.J., Hayes, W.C., and Bergmann, G.: A non-linear finite element analysis of interface conditions in porous coated hip endoprostheses. J. Biomech., 21: 605-611, 1988.

55. Gerhart, T.N., Roux, R.D., Horowitz, G., Miller, R.L., Hanff, P., and Hayes, W.C.: Antibiotic release from an experimental biodegradable bone cement. J. Orthop. Res., 6: 585-592, 1988.

56. Snyder, B.D., Edwards, W.T., and Hayes, W.C.: Letter to the Editor: Trabecular changes with vertebral osteoporosis. N. Engl. J. Med., 319: 793-794, 1988.

57. Gerhart, T.N., Miller, R.L., Kleshinski, S., and Hayes, W.C.: In vitro characterization and biomechanical optimization of a biodegradable particulate composite bone cement. J. Biomed. Mat. Res., 22: 1071-1082, 1988.

58. Gerhart, T.N., Renshaw, A.A., Miller, R.L., Noecker, R.J., and Hayes W.C.: In vivo histologic and biomechanical characterization of a biodegradable particulate composite bone cement. J. Biomed. Mat. Res., 23: 1-16, 1989.

59. Hipp, J.A., McBroom, R.J., Cheal, E.J., and Hayes, W.C.: Structural consequences of endosteal metastatic lesions in long bones. J. Orthop. Res., 7: 828-837, 1989.

60. Esses, S.I., Lotz, J.C., and Hayes, W.C.: Biomechanical properties of the proximal femur determined in-vitro by single-energy quantitative computed tomography. J. Bone Miner. Res., 4: 715-722, 1989.

61. Lotz, J.C., Gerhart, T.N., and Hayes, W.C.: Mechanical properties of trabecular bone from the proximal femur: A quantitative CT study. J. Comput. Assist. Tomogr., 14: 107-114, 1990.

62. Lotz, J.C. and Hayes, W.C.: The use of QCT to estimate risk of fracture of the hip from falls. J. Bone Joint Surg. [Am], 72: 689-700, 1990.

63. Lewallen, D.G., Riegger, C.L., Myers, E.R., and Hayes, W.C.: Effects of retinacular release and tibial tubercle elevation in patellofemoral degenerative joint disease. J. Orthop. Res., 8: 856-862, 1990.

64. Hipp, J.A., Edgerton, B.C., An, K.-N., and Hayes, W.C.: Structural consequences of transcortical holes in long bones loaded in torsion. J. Biomech., 23: 1261-1268, 1990.

65. Wittenberg, R.H., Moeller, J., Shea, M., White, A.A., and Hayes, W.C.: Compressive strength of autologous and allogenous bone grafts for thoraco-lumbar and cervical spine fusion. Spine, 15: 1073-1078, 1990.

66. Witschger, P.M., Gerhart, T.N., Goldman, J.B., Edsberg, L.E., and Hayes, W.C.: Biomechanical evaluation of a biodegradable composite as an adjunct to internal fixation of fracture of the proximal femur. J. Orthop. Res., 9: 48-53, 1991.

67. Cheal, E.J., Mansmann, K.A., DiGioia, A.M. III, Hayes, W.C., and Perren, S.M.: Role of interfragmentary strain in fracture healing: Ovine model of a healing osteotomy gap. J. Orthop. Res., 9: 131-142, 1991.

68. Lotz, J.C., Gerhart, T.N., and Hayes, W.C.: Mechanical properties of metaphyseal bone in the proximal femur. J. Biomech., 24: 317-329, 1991.

69. Shea, M., Edwards, W.T., White, A.A., and Hayes, W.C.: Variations of stiffness and strength along the human cervical spine. J. Biomech., 24: 95-107, 1991.

70. Wittenberg, R.H., Shea, M., Swartz, D.E., Lee, K.S., White, A.A., and Hayes, W.C.: Importance of bone mineral density in instrumented spine fusions. Spine, 16: 647-652, 1991.

71. Hipp, J.A., Katz, G.Z., and Hayes, W.C.: Local demineralization as a model for bone strength reductions in lytic transcortical metastatic lesions. Invest. Radiol., 26: 934-938, 1991.

72. Jofe, M.H., Takeuchi, T., and Hayes, W.C.: Compressive behavior of human bone-cement composites. J. Arthroplasty, 6: 213-219, 1991.

73. Lotz, J.C., Cheal, E.J., and Hayes, W.C.: Fracture prediction for the proximal femur using finite element models. Part I: Linear analysis. J. Biomech. Eng., 113: 353-360, 1991.

74. Lotz, J.C., Cheal, E.J., and Hayes, W.C.: Fracture prediction for the proximal femur using finite element models. Part II: Nonlinear analysis. J. Biomech. Eng., 113: 361-365, 1991.

75. Myers, E.R., Sebeny, E.A., Hecker, A.T., Corcoran, T.A., Hipp, J.A., Greenspan, S.L., and Hayes, W.C.: Correlations between photon absorption properties and failure load of the distal radius in vitro. Calc. Tissue Int., 49: 292-297, 1991.

76. Robinovitch, S.N., Hayes, W.C., and McMahon, T.A.: Prediction of femoral impact forces in falls on the hip. J. Biomech. Eng., 113: 366-374, 1991.

77. Shea, M., Edwards, W.T., Clothiaux, P.L., Crowell, R.R., Nachemson, A.L., White, A.A., and Hayes, W.C.: Three-dimensional load/displacement properties of posterior lumbar fixation. J. Orthop. Trauma, 5: 420-427, 1991.

78. Swartz, D.E., Wittenberg, R.H., Shea, M., White, A.A., and Hayes, W.C.: Physical and mechanical properties of calf lumbosacral trabecular bone. J. Biomech., 24: 1059-1068, 1991.

79. Cheal. E.J., Spector, M., and Hayes, W.C.: Role of loads and prosthesis material properties on the mechanics of the proximal femur after total hip arthroplasty. J. Orthop. Res., 10: 405-422, 1992.

80. Carpenter, J.E., Hipp, J.A., Gerhart, T.N., Rudman, C.G., Hayes, W.C., and Trippel, S.J.: Failure of growth hormone to alter fracture healing in biomechanics in a rabbit. J. Bone Joint Surg. [Am], 74: 359-367, 1992.

81. Wittenberg, R.H., Shea, M., Edwards, W.T., Swartz, D.E., White, A.A., and Hayes, W.C.: A biomechanical study of the fatigue characteristics of thoracolumbar fixation implants in a calf spine model. Spine 17: S121-S128, 1992.

82. Hipp, J.A., Rosenberg, A.E., and Hayes, W.C.: Mechanical properties of trabecular bone within and adjacent to osseous metastases. J. Bone Miner. Res., 7: 1165-1171, 1992.

- 11 -

11/5/02

83. Shea, M., Wittenberg, R.H., Edwards, W.T., White, A.A., and Hayes, W.C.: In vitro hyperextension injuries in the human cadaveric cervical spine. J. Orthop. Res., 10: 911-916, 1992.

84. Toolan, B.C., Shea, M., Myers, E.R., Borchers, R.E., Seedor, J.G., Quartuccio, H., Rodan, G., and Hayes, W.C.: Effects of the 4-amino-1-hydroxybutylidene bisphosphonate on bone biomechanics in rats. J. Bone Miner. Res., 7: 1399-1406, 1992.

85. Kleeman, B.C., Takeuchi T.Y., Gerhart, T.N., and Hayes, W.C.: Holding power and reinforcement of cancellous screws in human bone. Clin. Orthop., 284: 260-266, 1992.

86. Mizrahi, J., Silva, M.J., and Hayes, W.C.: Finite element stress analysis of simulated metastatic lesions in the lumbar vertebral body. J. Biomed. Eng., 14: 467-475, 1992.

87. Maitland, L.A., Hipp, J.A., Myers, E.R., Hayes, W.C., and Greenspan, S.L.: Read my hips: Measuring trochanteric soft tissue thickness. Calcif. Tissue Int., 52: 85-89, 1993.

88. Hayes, W.C., Myers, E.R., Morris, J.N., Gerhart, T.N., Yett, H.S., and Lipsitz, L.A.: Impact near the hip dominates fracture risk in elderly nursing home residents who fall. Calcif. Tissue Int., 52: 192-198, 1993.

89. Myers, E.R., Hecker, A.T., Rooks, D.S., Hipp, J.A., and Hayes, W.C.: Geometric variables from DXA of the radius predict forearm fracture load in vitro. Calcif. Tissue Int., 52: 199-204, 1993.

90. Michel, M.C., Guo, X.E., Gibson, L.J., McMahon, T.A., and Hayes, W.C.: Compressive fatigue behavior of bovine trabecular bone. J. Biomech., 26: 453-463, 1993.

91. Keaveny, T.M., Borchers, R.E., Gibson, L.J., and Hayes, W.C.: Technical Note: Theoretical analysis of the experimental artifact in trabecular bone compressive modulus. J. Biomech., 26: 599-607, 1993.

92. McGowan, D.P., Hipp, J.A., Takeuchi, T., White, A.A., and Hayes, W.C.: Strength reductions from trabecular destruction within thoracic vertebrae. J. Spinal Disorders, 6: 130-136, 1993.

93. Cheal, E.J., Hipp, J.A., and Hayes, W.C.: Evaluation of finite element analysis for prediction of the strength reduction due to metastatic lesions in the femoral neck. J. Biomech., 26: 251-264, 1993.

94. Gerhart, T.N., Roux, R.D., Hanff, P.A., Horowitz, G.L., Renshaw, A.A., and Hayes, W.C.: Antibiotic-loaded biodegradable bone cement for prophylaxis and treatment of experimental osteomyelitis in a rat model. J. Orthop. Res., 11: 250-255, 1993.

95. Laurencin, C., Gerhart, T.N., Witschger, P.M., Satcher, R.R., Domb, A.A., Rosenberg, A., Hanff, P.P., Edsberg, L.E., Hayes, W.C., and Langer, R.R.: Bioerodible poly(anhydrides) for antibiotic drug delivery: In-vivo osteomyelitis treatment in a rat model system. J. Orthop. Res., 11: 256-262, 1993.

96. Crowell, R.R., Shea, M., Edwards, W.T., Clothiaux, P.L., White, A.A., and Hayes, W.C.: Cervical injuries under flexion and compression loading. J. Spinal Disorders, 6: 175-181, 1993.

97. Holmes, C.A., Edwards, W.T., Gerhart, T.N., Lewallen, D.G., Crowell, R.R., and Hayes, W.C.: Biomechanics of pin and screw fixation of femoral neck fractures. J. Orthop. Trauma, 7: 242-247, 1993.

98. Lauritzen, D.B., Balena, R., Shea, M., Seedor, J.G., Markatos, A., Le, H.M., Toolan, B.C., Myers, E.R., Rodan, G., and Hayes, W.C.: Effects of combined prostaglandin and alendronate treatment on the histomorphometry and biomechanical properties of bone in ovariectomized rats. J. Bone Miner. Res., 8: 871-879, 1993.

99. Keaveny, T.M., Borchers, R.E., Gibson, L.J., and Hayes, W.C.: Trabecular bone modulus and strength can depend on specimen geometry. J. Biomech., 26: 991-1000, 1993.

100. Guy, J.A., Shea, M., Peter, C.P., Morrissey, R., and Hayes, W.C.: Continuous alendronate treatment throughout growth, maturation and aging in the rat results in both increased mechanical properties and bone mass. Calcif. Tissue Int., 53: 283-288, 1993.

101. Snyder, B.D., Piazza, S., Edwards, W.T., and Hayes, W.C.:Role of trabecular morphology in the etiology of age-related vertebral