fractures. Calcif. Tissue Int., 53: S14-S22, 1993.

102. Wittenberg, R.H., Lee, K.S., Shea, M., White, A.A., and Hayes, W.C.: Effect of screw diameter, insertion technique and bone cement augmentation on pedicular screw fixation strength. Clin. Orthop., 296: 278-287, 1993.

103. Silva, M.J., Hipp, J.A., McGowan, D.P., Takeuchi, T., and Hayes, W.C.: Strength reductions of thoracic vertebrae in the presence of transcortical osseous defects: Effects of defect location, pedicle disruption and defect size. Euro. Spine Journal, 2: 118-125, 1993.

104. Mizrahi, J., Silva, M.J., Keaveny, T.M., Edwards, W.T., and Hayes, W.C.: Finite element stress analysis of the normal and osteoporotic lumbar vertebral body. Spine, 18: 2088-2096, 1993.

105. Hecker, A.T., Shea, M., Hayhurst, J.O., Myers, E.R., Meeks, L.W., and Hayes, W.C.: Pull-out strength of suture anchors for rotator cuff and bankart lesion repair. Am. J. Sports Med., 21: 874-879, 1993.

106. Brown, C., Hecker, A.T., Hipp, J.A., Myers, E.R., and Hayes, W.C.: The biomechanics of interference screw fixation of patellar tendon ACL grafts. Am. J. Sports Med., 21: 880-886, 1993.

107. Keaveny, T.M. and Hayes, W.C.: A 20-year perspective on the mechanical properties of trabecular bone. J. Biomech. Eng., 115: 534-542, 1993.

108. Balena, R., Toolan, B.C., Shea, M., Markatos, A., Myers, E.R., Lee, S.C., Opas, E.E., Seedor, J.G., Klein, H., Frankenfield, D., Quartuccio, H., Fioravanti, C., Clair, J., Brown, E., Hayes, W.C., and Rodan, G: The effects of two-year treatment with the aminobisphosphonate Alendronate on bone metabolism, bone histomorphometry and bone strength in ovariectomized non-human primates. J. Clinical Invest., 92: 2577-2586, 1993.

109. Guo, X.-D.E., McMahon, T.A., Keaveny, T.M., Hayes, W.C., and Gibson, L.J.: Finite element modeling of damage accumulation in trabecular bone under cyclic loading. J. Biomech., 27: 145-155, 1994.

110. Greenspan, S.L., Myers, E.R., Maitland, L.A., Resnick, N.M., and Hayes, W.C.: Fall severity and bone mineral density as risk factors for hip fracture in ambulatory elderly. JAMA, 271: 128-133, 1994.

111. Bowman, S.M., Keaveny, T.M., Gibson, L.J., Hayes, W.C., and McMahon, T.A.: Compressive creep behavior of bovine trabecular bone. J. Biomech., 27: 301-310, 1994.

112. Hayes, W.C.: Reply to Letter to the Editor: Impact near the hip dominates fracture risk in elderly nursing home residents who fall. Calcif. Tissue Int., 54: 175-177, 1994.

113. Steiner, M.E., Hecker, A.T., Brown, C., and Hayes, W.C.: ACL graft fixation: Comparison of hamstring tendons and patellar tendon. Am. J. Sports Med., 22: 240-247, 1994.

114. Zysset, P.K., Sonny, M.M., and Hayes, W.C.: Morphology-mechanical property relations in trabecular bone of the osteoarthritic proximal tibia. J. Arthroplasty, 9: 203-216, 1994.

115. Blevins, F.T., Hecker, A.T., Bigler, G., Boland, A., and Hayes, W.C.: The effects of donor age and strain rate on the biomechanical properties of bone-patellar tendon-bone allografts. Am. J. Sports Med., 22: 328-333, 1994.

116. Silva, M.J., Wang, C., Keaveny, T.M., and Hayes, W.C.: Direct and computed tomography thickness measurements of the human lumbar vertebral shell and endplate. Bone, 15: 409-414, 1994.

117. Courtney, A.C., Wachtel, E.F., Myers, E.R., and Hayes, W.C.: Effects of loading rate on strength of the proximal femur. Calcif. Tissue Int., 55: 53-58, 1994.

118. Keaveny, T.M., Guo, X.E., Wachtel, E.F., McMahon, T.A., and Hayes, W.C.: Trabecular bone exhibits fully linear elastic behavior and yields at low strains. J. Biomech., 27: 1127-1136, 1994.

119. Keaveny, T.M., Wachtel, E.F., Ford, C.M., and Hayes, W.C.: Differences between tensile and compressive strengths of bovine tibial trabecular bone depend on modulus. J. Biomech., 27: 1137-1146, 1994.

120. Corcoran, T.A., Sandler, R.B., Myers, E.R., Lebowitz, H.H., and Hayes, W.C.: Calculation of the cross-sectional geometry of bone from CT images: Application to the study of the radius in postmenopausal women. J. Comput. Assist. Tomogr., 18: 626-633, 1994.

121. Shea, M.S., Takeuchi, T., Wittenberg, R.H., White, A.A., and Hayes, W.C.: A comparison of the effects of automated percutaneous discectomy and conventional discectomy on intradiscal pressure, disc geometry, and stiffness. J. Spinal Disorders, 7: 317-325, 1994.

122. Keaveny, T.M., Wachtel, E.F., Guo, X.E., and Hayes, W.C.: Mechanical behavior of damaged trabecular bone. J. Biomech., 27: 1309-1318, 1994.

123. Lee, S.C., Shea, M., Battle, M.A., Kozitza, K., Ron, E., Turek, T., Schaub, R.G. and Hayes, W.C.: Healing of large segmental defects in rat femurs is aided by RhBMP2 in PLGA matrix. J. Biomed. Mat. Res., 28: 1149-1156, 1994.

124. Greenspan, S.L., Myers, E.R., Maitland, L.A., Kido, T.H., Krasnow, M.B., and Hayes, W.C.: Trochanteric bone mineral density is associated with type of hip fracture in the elderly. J. Bone Miner. Res., 9: 1889-1894, 1994.

125. Elovic, R.P., Hipp, J.A., and Hayes, W.C.: Maxillary molar extraction decreases stiffness of the mandible in ovariectomized rats. J. Dental Research, 73: 1735-1741, 1994.

126. Elovic, R.P., Hipp, J.A., and Hayes, W.C.: A method for measuring the structural properties of the rat mandible. Archives of Oral Biology, 39: 1029-1033, 1994.

127. Hayes, W.C.: Reply. Calcif. Tissue. Int. 54:175-177, 1994.

128. Courtney, A.C., Wachtel, E.F., Myers, E.R., and Hayes, W.C.: Age-related reductions in the strength of the femur tested in a fall loading configuration. J. Bone Joint Surg., [Am], 77: 387-395, 1995.

129. Bouxsein, M.L., Courtney, A.C., and Hayes, W.C.: Ultrasonic and densitometric properties of the calcaneus correlate with the strength of cadaveric femurs loaded in a fall configuration. Calcif. Tissue Int., 56: 99-103, 1995.

130. Elovic, R.P., Hipp, J.A., and Hayes, W.C.: Ovariectomy decreases the bone area fraction of the rat mandible. Calcif. Tissue Int., 56: 305-310, 1995.

131. Skoff, H.D., Hecker, A.T., Hayes, W.C., Sebell-Sklar, R., and Straughn, N.: Bone suture anchors in hand surgery. Br. J. Hand Surg., 20: 245-248, 1995.

132. Borchers, R.E., Gibson, L.J., Burchardt, H., and Hayes, W.C.: Effects of selected thermal variables on the mechanical properties of trabecular bone. Biomaterials, 16: 545-551, 1995.

133. Takeuchi, T., Lathi, V.K., Khan, A.M., and Hayes, W.C.: Patellofemoral contact pressures exceed the compressive yield strength of UHMWPE in total knee replacements. J. Arthroplasty, 10: 363-368, 1995.

134. Wittenberg, R.H., Shea, M., and Hayes, W.C.: Flexibility and distraction after monosegmental and bisegmental lumbosacral fixation with angular stable fixators. Spine, 20: 1227-1232, 1995.

135. Lafage, M.H., Balena, R., Battle, M.A., Shea, M., Seedor, J.G., Klein, H., Hayes, W.C., and Rodan, G.A.: Comparison of alendronate and sodium fluoride effects on cancellous and cortical bone in minipigs: A one-year study. J. Clin. Invest., 95: 2127-2133, 1995.

136. Yaszemski, M.J., Payne, R.G., Hayes, W.C., Langer, R.S., Aufdemorte, T.B., and Mikos, A.G.: The ingrowth of new bone tissue into and initial mechanical properties of a degrading polymeric composite scaffold. Tissue Eng., 1: 41-52, 1995.

137. Elovic, R.P., Hipp, J.A., and Hayes, W.C.: Maxillary molar extraction causes increased bone loss in the mandible of ovariectomized rats. J. Bone Miner. Res., 10: 1087-1093, 1995.

138. Lotz, J.C., Cheal, E.J., and Hayes, W.C.: Stress distributions within the proximal femur during gait and falls: Implications for

osteoporotic fracture. Osteoporosis Int., 5: 252-261, 1995.

139. Kroonenberg, A.v.d., Hayes, W.C., and McMahon, T.A.: Dynamic models for sideways falls from standing height. J. Biomech. Eng., 117: 309-318, 1995.

140. Shea, M., Edwards, W.T., White, A.A., and Hayes, W.C.: Optimization technique for the calculation of in-vitro three-dimensional vertebral motion. J. Biomech. Eng., 117: 366-369, 1995.

141. Silva, M.J., Gibson, L.J., and Hayes, W.C.: The effects of non-periodic microstructural variability on the elastic properties of two-dimensional cellular solids. Int. J. of Mech. Sciences, 37: 1161-1177, 1995.

142. Robinovitch, S.N., Hayes, W.C., and McMahon, T.A.: Energy-shunting hip padding system attenuates improved femoral impact force in a simulated fall. J. Biomech. Eng., 117: 409-413, 1995.

143. Robinovitch, S.N., McMahon, T.A., and Hayes, W.C.: Force attenuation in trochanteric soft tissues during impact from a fall. J. Orthop. Res., 13: 956-962, 1995.

144. Ford, C.M., Keaveny, T.M., and Hayes W.C.: The effect of impact direction on the structural capacity of the proximal femur during falls. J. Bone Miner. Res., 11: 377-383, 1996.

145. Peter C.P., Guy, J., Shea, M., Bagdon, W., Kline, W.F., and Hayes, W.C.: Long-term safety of the aminobisphosphonate alendronate in adult dogs: I. General safety and biomechanical properties of bone. J. Pharm. and Exper. Therapeutics, 276: 271-276, 1996.

146. Kroonenberg, A.v.d., Hayes, W.C., and McMahon, T.A.: Hip impact velocities and body configurations for voluntary falls from standing height. J. Biomech., 29: 807-811, 1996.

147. Pinilla, T.P., Boardman, K.C., Bouxsein, M.L., Myers, E.R., and Hayes, W.C.: Impact direction from a fall influences the failure load of the proximal femur as much as age-related bone loss. Calcif. Tissue Int., 58: 231-235, 1996.

148. Courtney, A.C., Hayes, W.C., and Gibson, L.J.: Age-related differences in post-yield damage in human cortical bone: Experiment and model. J Biomech., 29: 1463-1471, 1996.

149. Bowman, S.M., Zeind, J., Gibson, L.J., Hayes, W.C., and McMahon, T.A.: The tensile behavior of demineralized bovine cortical bone. J. Biomech., 29: 1497-1501, 1996.

150. Yaszemski, M.J., Payne, R.G., Hayes, W.C., Langer, R.S., and Mikos, A.G.: The evolution of bone transplantation: Molecular, cellular and tissue strategies to engineer human bone. Biomaterials, 17: 175-185, 1996.

151. Yaszemski MJ, Payne RG, Hayes WC, Langer R, Mikos AG:  In-vitro degradation of a poly(propylene fumarate)-based composite material. Biomaterials, 17: 2127-2130, 1996.

152. Silva, M.J., Keaveny, T.M., and Hayes, W.C.: Load sharing between the shell and centrum in the lumbar vertebral body. Spine, 22: 140-150, 1997.

153. Frazier, D.D., Lathi, V.K., Gerhart, T.N., and Hayes, W.C.: Ex-vivo degradation of a poly(propylene glycol-fumarate), biodegradable particulate composite bone cement. J. Biomed. Mat. Res. 35: 383-389, 1997.

154. Rooks, D.S., Ransil, B., and Hayes, W.C.: Self-paced exercise improves neuromotor performance in community dwelling older adults. J. of Aging & Phys. Activity 5: 135-149, 1997.

155. Williams CS, Abrahamsson S, Shea M, Seiler JG, Hayes WC, Gelberman RH: The biomechanical effects of operative nerve mobilization and transposition in a canine ulnar nerve model. J. Hand Surg., 22: 193-199, 1997.

156. Robinovitch, S.N., Hayes, W.C., and McMahon, T.A.: Distribution of contact force during impact to the hip. Ann. Biomed. Eng., 25: 499-508, 1997.

157. Robinovitch, S.N., Hayes, W.C., and McMahon, T.A.: Predicting the impact response of a nonlinear single degree of freedom

shock absorbing system from the measured step response. J. Biomech. Eng., 119: 221-227, 1997.

158. Windhagen, H.J., Hipp, J.A., Silva, M.J., Lipson, S.J., and Hayes, W.C.: Predicting failure of thoracic vertebrae with simulated and actual metastatic defects. Clin. Orthop., 344: 313-319, 1997.

159. Rooks, D.S., Kiel, D.P., Parsons, C., and Hayes, W.C.: Self-paced resistance training and walking exercise in community dwelling older adults: Effects on neuromotor performance. J. Gerontol., 52: M161-M168, 1997.

160. Peter, S.J., Yaszemski, M.J., Suggs, L.J., Payne, R.G., Langer, R., Hayes, W.C., Unroe, M.R., Alemany, L.B., Engel, P.S., and Mikos, A.G.: Characterization of partially saturated poly(propylene fumarate) for orthopaedic applications. J. Biomater., 8: 893-904, 1997.

161. Riegger-Krugh, C.L., Gerhart, T.N., Powers, W.R., and Hayes, W.C.: Tibiofemoral contact pressures in degnerative joint disease. Clin. Orthop., 348: 233-245, 1998.

162. Oden, Z.M., Selvitelli, D.M., Hayes, W.C., and Myers, E.R.: The effect of anisotropy on DXA-based predictions of bone failure. Calcif. Tissue Int., 63: 67-73, 1998.

163. Bowman, S.M., Guo, X.E., Cheng, D.W., Keaveny, T.M., Gibson, L.J., Hayes, W.C., and McMahon, T.A.: Creep contributes to the fatigue behavior of bovine trabecular bone. J. Biomech. Eng., 120: 647-654, 1998.

164. Bruder, S.P., Kurth, A.A., Shea, M., Hayes, W.C., Jaiswal, N., and Kadiyala, S.: Bone regeneration by implantation of purified, culture-expanded human mesenchymal stem cells. J. Orthop. Res., 16: 155-162, 1998.

165. Silva, M.J., Keaveny, T.M., and Hayes, W.C.: Computed tomography-based finite element analysis predicts failure loads and fracture patterns for vertebral sections. J. Orthop. Res., 16: 300-308, 1998

166. Muller, R., Gerber, S.C., and Hayes, W.C.: Micro-compression: A novel technique for the non-destructive assessment of local bone failure. Tech. & Health Care, 6: 433-444, 1998

167. Lee T.C., Myers E.R., Hayes W.C.: Fluorescence-aided detection of microdamage in compact bone. J. Anatomy, 193: 179-184, 1998.

168. Greenspan, S.L., Myers, E.R., Kiel, D.P., Parker, R.A., Hayes, W.C., Resnick, N.M.: Fall direction, bone mineral density, and function: Risk factors for hip fracture in nursing home elderly. Am. J. Med.,104: 539-545. 1998.

169. Colgan, S.A., Hecker, A.T., Kirker-Head, C.A., Hayes, W.C.: A comparison of the Synthes 4.5-mm cannulated screw and the Synthes 4.5-r standard cortex screw systems in equine bone. Vet Surg., 27: 540-546, 1998.

170. Oden, Z.M., Selvitelli, D.M., Hayes, W.C., Myers, E.R.: The effect of trabecular structure on DXA-based predictions of bovine bone strength. Calcif Tissue Int., 63: 67-73, 1998.

171. Bozic, K.J., Glazer, P.A., Zurakowski, D., Simon, B.L., Lipson, S.J., and Hayes, W.C.: *In vivo* evaluation of coralline hydroxyapatite and direct current electrical stimulation in lumbar spinal fusion. Spine, 24: 2127-2133, 1999.

172. Kraus, K.H., Kadiyala, S., Wotton, H., Kurth, A., Shea, M., Hannan, M., Hayes, W.C., Kirker-Head, C.A., and Bruder, S.: Critically Sized Osteo-Periosteal Femoral Defects: A Dog Model. J. Invest Surgery, 12: 115-124, 1999.

173. Wright, T.M., Buckwalter, J.A., Hayes, W.C. Writing for the Journal of Orthopaedic Research. J Orthop Res., 17: 459-466, 1999.

174. Bowman, S.M., Gibson, L.J., Hayes, W.C., McMahon, T.A. Results from demineralized bone creep tests suggest that collagen is responsible creep behavior of bone. J. Biomech Eng., 121: 253-258, 1999.

175. Michaeli, D.A., Inoue, K., Hayes, W.C., Hipp, J.A. Density predicts the activity-dependent failure load of proximal femora with defects. Skeletal Radiol., 28: 90-95, 1999.

176. Hamner, D.L., Brown, C.H., Steiner, M.E., Hecker, A.T., and Hayes, W.C.: Hamstring tendon grafts for reconstruction of the anterior cruciate ligament: biomechanical evaluation of the use of multiple strands and tensioning techniques. J. Bone Joint

Surg., 81-A: 549-557, 1999.

177. Hayes, W.C., Shea, M.S., and Rodan, G.A.: Preclinical evidence of normal bone with alendronate. Int'l. J. of Clin Practice, Supple 101: 9:13, 1999.

178. Lee, T.C., Arthur, T.L., Gibson, L.J., and Hayes, W.C.: Sequential labeling of microdamage in bone using chelating agents. J. Ortho. Res., 18(2): 322-325, 2000.

179. Wilson, D.R., Myers, E.R., Mathis, J.M., Scribner, R.M., Conta, J.A., Reiley, M.A., Talmadge, K.D., Hayes, W.C.: Effect of augmentation on the mechanics of vertebral wedge fractures. Spine, 25:158-165, 2000.

180. Gunter K.B., White K.N., Hayes W.C., Snow C.M.: Functional mobility discriminates non-fallers from one-time and frequent fallers. J. Gerontology A: Biological Sciences, Medical Sciences, 55: M672-676, 2000.

181. Windhagen, H., Hipp, J.A., and Hayes, W.C.: Post-fracture instability of vertebrae with simulated defects can be predicted from computed tomography data. Spine, 24 (14): 1775-1787, 2000.

182. Smeesters, C., Hayes, W.C., McMahon, T.A.: Disturbance type and gait speed affect fall direction and impact location. J Biomech., 34 (3): 309-17, 2000.

183. Cindik, E.D., Maurer, M., Hannan, M.K., Muller, R., Hayes, W.C., Hovy, L., and Kurth, A.A: Phenotypical characterization of c-kit receptor deficient mouse femora using non-destructive, high-resolution imaging techniques and biomechanical testing. Technol Health Care, 8(5): 267-275, 2000.

184. Kurth, A.H.A., Wang, C., Hayes, W.C., Shea, M.: The evaluation of a rat model for the analysis of densitometric and biomechanical properties of tumor-induced osteolysis. J. Orthop. Res.,19 (2): 200-205, 2001.

185. Smeesters, C., Hayes, W.C., McMahon, T.A.: The threshold trip duration for which recovery is no longer possible is associated with strength and reaction time. J. Biomech., 34 (5): 589-95, 2001.

186. White, K.N., Gunter, K.B., Hayes, W.C., Snow, C.M.: The quick step: A new test for measuring reaction time and lateral stepping velocity. J. Applied Biomechanics, 2001.

**In Press**

Lewandrowski, K.U., Bondre, S.P., Shea, M., Untch, C.M., Hayes, W.C., Hile, D.D., Wise, D.L., and Trantolo, D.J.: Composite Poly(lactide)/Hydroxylapatite screws for fixation of osteochondral osteotomies: A morphometric, histiologic and radiographic study in sheep. J. Biomaterials Science: Polymer Edition, 2002.

Lewandrowski, K.U., Bondre, S.P., Shea, M., Untch, C.M., Hayes, W.C., Hile, D.D., Wise, S.L., and Trantolo, D.J.: Composite Poly(lactide)/Hydroxylapatite screws for fixation of osteochondral osteotomies: A morphologic and biomechanical study in sheep. Biomedical Materials and Engineering, 2002.

Gunter, K.B., Hayes, W.C., Snow, C.M.: Changes in the side fall risk variables in elderly fallers. Results from a 2-year prospective study. J. American Geriatric Society, 2002.

**Submitted for Publication**

Gunter, K.B., De Costa, J.L., White, K.N., Hooker, K., Hayes, W.C., Snow, C.M.: Balance efficacy predicts risk factors for side falls and frequent falls in community dwelling elderly. Journal of Gerontology: Psychological Sciences. 2001

Smeesters, C., Hayes, W.C., McMahon T.A.: Determining fall direction and impact location for various disturbances and gait speeds using the articulated total body model. Journal of Biomechanical Engineering, 2001

Smeesters, C., Hayes W.C., McMahon, T.A.: Determining the threshold trip duration using the articulated total body model. Journal of Biomechanical Engineering, 2001

LaRiviere J, Snow C.M., Hayes, W.C.: Reinforcement of the femoral neck using a traumatic side impact loading. Calcified Tissue

International. 2002

Kang, K.H., Hayes, W.C., Snow, CM: Agility and balance differ between older community and retirement facility residents. J. Applied Gerontology, 2002.

**B. Chapters and Technical Reports**

1. Hayes, W.C.: Strain gage applications in bone. In: Biomedical applications, carbon stress gages, pulsed excitation, and wireless data coupling. Proc. Western Regional Strain Gage Committee (ed., Paul H. Adams). Soc. for Experimental Stress Analysis, Westport, CT, pp. 22-28, 1973.

2. Kane, T.R., Hayes, W.C., Priest, J.D.: Experimental determination of forces exerted in tennis play. In: Biomechanics IV (eds., R.C. Nelson and C.A. Morehouse). University Park Press, Baltimore, 284-290, 1974.

3. Nagel, D.A., Perkash, I., Piziali, R.L., and Hayes, W.C.: Mechanics of dorsal-lumbar spine injuries: A preliminary report. Proc. 19th Conf. Assoc. Auto Med., 1975.

4. Hayes, W.C.: Biomechanical measurements of bone. In: CRC Handbook of Engineering in Medicine and Biology, Section B: Instruments and Measurements (eds., A. Burstein and E. Bahniuk). CRC Press, Cleveland, Vol. 1, pp 333-372, 1978.

5. Hayes, W.C.: Abnormal joint biomechanics in osteoarthritis. In: The Human Joint in Health and Disease (ed., W.H. Simon). University of Pennsylvania Press, pp. 136-141, 1978.

6. Hayes, W.C.: Theoretical modeling and design of implant systems. Proc. Workshop on Mechanical Failure of Total Joint Replacement. Am. Acad. Orthop. Surg. Document 916-78: 159-179, 1978.

7. Hayes, W.C.: Biomechanics of fracture treatment. In: Fracture Healing and Treatment, (ed., R.B. Heppenstall). W.B. Saunders, Philadelphia, pp. 124-172, 1979.

8. Hayes, W.C. and Carter, D.R.: Biomechanics of bone. In: Skeletal Research: An Experimental Approach (eds., D.J. Simmons and A.S. Kunin). Academic Press, New York, pp. 263-300, 1979.

9. Wright, T.M. and Hayes, W.C.: Mechanics of fracture and fracture propagation. In: Scientific Foundations of Orthopaedics, Chapter 31 (eds., O. Goodfellow and P. Bullough). William Heinemann Medical Books, Ltd., London, pp. 252-258, 1980.

10. Hayes, W.C.: Basic biomechanics of compression plate fixation. In: Current Concepts of Internal Fixation of Fractures (ed., H.K. Uhthoff). Springer-Verlag, New York, pp. 49-62, 1980.

11. Hayes, W.C., Snyder, B., Ruff, C.B., Ramaswamy, S., and White, A.A.: Some mechanics of bone architecture. In: Osteoporosis: Recent advances in pathogenesis and treatment (eds., H.F. DeLuca, H.M. Frost, S.S. Jee, C.C. Johnson, Jr., and A.M. Parfitt), pp. 161-173, 1980.

12. Carter, D.R. and Hayes, W.C.: Material/Mechanical properties of bone. Basic Science Resources III. Syllabus for A.A.O.S. Continuing Education Course, pp. 31-50, 1981.

13. Hayes, W.C. and Swenson, L.W.: Finite element stress analysis of the human knee. In: Orthopaedic Mechanics: Procedures and Devices (ed., D.N. Ghista). Academic Press, London, pp. 29-78, 1981.

14. Hayes, W.C. and Snyder, B.: Toward a quantitative formulation of Wolff's Law in trabecular bone. Proc. ASME Symposium on the Mechanical Properties of Bone, Boulder, Colorado, 43-68, 1981.

15. White, A.A., Edwards, W.T., Liberman, D., Hayes, W.C. and Lewinnek, G.E.: Biomechanics of lumbar spine and sacroiliac articulation: Relevance to idiopathic low back pain. In: Symposium on Idiopathic Low Back Pain, (eds., A.A. White and S.L. Gordon). C.V. Mosby, pp. 296-322, 1982.

16. Hayes, W.C., Snyder, B., Levine, B.M. and Ramaswamy, S.: Stress-morphology relationships in trabecular bone of the patella. In:

Finite Elements in Biomechanics, (ed. B.R. Simon), pp. 223-268, 1982.

17. White, A.A., Panjabi, M.M., Posner, I., Edwards, W.T., and Hayes, W.C.: Spinal stability: Evaluation and treatment. In: Instructional Course Lectures (ed., D.G. Murray). C.V. Mosby, St. Louis, pp. 457-483, 1982.

18. Huberti, H.H. and Hayes, W.C.: Determination of patello-femoral contact pressures. In: AAOS Symposium on Sports Medicine: The Knee (ed., G. Finerman), C.V. Mosby, St. Louis, pp. 45-53, 1984.

19. Hayes, W.C.and Gerhart, T.N.: Biomechanics of bone: Applications for assessment of bone strength. In: Bone and Mineral Research, Annual III (ed., W.A. Peck). Elsevier Science Publishers, Amsterdam, pp. 259-294, 1985.

20. Hayes, W.C. and Jedrey, D.P.: Research management in biomechanics. In: Proceedings of the Fourth Meeting of the European Society of Biomechanics (eds., S.M. Perren and E. Schneider). Martinus Nijhoff Publishers, Dordrecht, The Netherlands pp. 3-14, 1985.

21. Hayes, W.C.: Bone Mechanics: From tissue mechanical properties to an assessment of structural behavior. In: Frontiers in Biomechanics (ed., S.L.Y. Woo). Springer-Verlag, New York, pp. 196-209, 1986.

22. Hayes, W.C., Esses, S.I. and Goldberg, R.P.: Fracture risk of the proximal femur by quantitative computed tomography. In: Twelfth Annual Applied Basic Sciences Course (eds., H.K. Uhthoff and Z.F.G. Jaworski). University of Ottawa, Canada, 1986.

23. Hayes, W.C.: Basic biomechanics of the skeleton. In: Twelfth Annual Applied Basic Sciences Course (eds., H.K. Uhthoff and Z.F.G. Jaworski). University of Ottawa, Canada, pp. 3-18, 1986.

24. Hayes, W.C. and Ruff, C.B.: Biomechanical compensatory mechanisms for age-related changes in cortical bone. In: Twelfth Annual Applied Basic Sciences Course (eds., H.K. Uhthoff and Z.F.G. Jaworski). University of Ottawa, Canada, pp. 371-377, 1986.

25. Hayes, W.C., et al.: Symposium: Fracture healing. In: Contemporary Orthopaedics 12(4): 69-112, 1986.

26. Cheal, E.J., and Hayes, W.C.: Finite element analysis of prosthetic ACL attachment. Pfizer Hospital Products Group. August 6, 1986.

27. Hayes, W.C.: Bone mechanics - Material properties. In: Fracture Healing. Proceedings of the Bristol-Myers/Zimmer Fracture Symposium (ed., J.M. Lane). Churchill Livingstone, Inc., New York, pp. 97-104, 1987.

28. Hayes, W.C., Nachemson, A.L., and White, A.A.: Forces in the lumbar spine. In: The Lumbar Spine (eds., M.B. Camins and P.F. O'Leary). Raven Press, New York pp 1-21, 1987.

29. Rohlmann, A., Cheal, E.J., and Hayes, W.C.: Influence of porous coating thickness and elastic modulus on stress distribution in hip prostheses. In: Biomechanics: Basic and Applied Research (eds., G. Bergmann, R. Kolbel, and A. Rohlmann). Nijhoff Publishers, Dortrecht, Netherlands, pp 347-352, 1987.

30. Chueh, H.C., Barnett, G.O., Hayes, W.C., and Beck, W.S.: Hemavid: A flexible computer-based interactive video resource for hematology. In: Symposium for Computer Applications in Medical Care. Washington, DC, November, 1988.

31. Cheal, E.J., Lotz, J.C., Edwards, W.T., Knopf, K.B., and Hayes, W.C.: Finite element modeling of failure processes in the skeleton. In: Computational Mechanics, 1988 (eds., S.N. Atluri and G. Yagawa). Springer-Verlag, Vol. 2, pp 61-64, 1988.

32. Rohlmann, A., Cheal, E.J., Hayes, W.C., and Bergmann, G.: A non-linear, finite element model for interface stresses in total hip replacements. In: Material Properties and Stress Analysis in Biomechanics (ed., A.L. Yettram). Brunel University, London, pp 203-213, 1989.

33. Cheal, E.J., Gerhart, T.N., and Hayes, W.C.: Failure analysis of a porous coated patellar component. In: Computational Methods in Bioengineering - BED-Vol. 9 (eds., R.L. Spilker and B.R. Simon). The American Society of Mechanical Engineers, New York, Book No. G00458, pp 211-221, 1989.

34. Cheal, E.J., Gerhart, T.N., and Hayes, W.C.: Trabecular bone remodeling around smooth and porous carbon-carbon implants. In: 1989 ASCE/ASME Mechanics Symposium (eds., P.A. Torzilli and M.H. Friedman). The American Society of Mechanical Engineers, New York, pp 293-296, 1989.

35. Hayes, W.C., Huberti, H.H., Lewallen, D.G., Riegger, C.L., and Myers, E.R.: Patellofemoral contact pressures and the effects of surgical reconstructive procedures. In: Knee Arthroscopy (ed. J.W. Ewing) from the Bristol-Myers Symposium on Articular Cartilage and Knee Joint Function: Basic Science and Arthroscopy. Raven Press, New York, pp 57-77, 1990.

36. Snyder, B.D., and Hayes, W.C.: Multiaxial structure-property relations in trabecular bone. In: Biomechanics of Diarthrodial Joints (eds., V.C. Mow, A. Ratcliffe, and S. L.-Y. Woo) Springer-Verlag, New York, Volume II, pp 31-59, 1990.

37. Hayes, W.C., Myers, E.R., Greenspan, S.L., Robinovitch, S.N., and McMahon, T.A.: Biomechanics of hip fracture risk. Proc. CDC Symp. on Injury Prevention Through Biomechanics (ed. K. Yang). Wayne State University, Detroit MI, pp 35-47, 1991.

38. Hayes, W.C., Piazza, S.J., and Zysset, P.K.: Biomechanics of fracture risk prediction using quantitative computed tomography. In: Radiological Clinics of North America (ed D.I. Rosenthal). W.B. Saunders, Philadelphia, 29: 1-18, 1991.

39. Hayes, W.C.: Biomechanics of cortical and trabecular bone: Implications for assessment of fracture risk. In: Basic Orthopaedic Biomechanics (eds., V.C. Mow, and W.C. Hayes) Raven Press, New York pp 930142, 1991.

40. Hipp, J.A., Cheal, E.J., and Hayes, W.C.: Biomechanics of fractures. In: Skeletal Trauma (eds., B.D. Browner, J.B. Jupiter, A.M. Levine, and P.G. Trafton) W.B. Saunders Company, Philadelphia, pp 95-125, 1991.

41. Myers, E.R., Greenspan, S.L., and Hayes, W.C.: Biomechanics of hip fracture risk. Proc. Second CDC Symp. on Injury Prevention Through Biomechanics (ed. K. Yang). Wayne State University, Detroit MI, pp 41-46, 1992.

42. Keaveny, T.M. and Hayes, W.C.: Mechanical properties of cortical and trabecular bone. In: Bone Volume VII: Bone Growth-B (ed., B.K .Hall), CRC Press, Boca Raton, pp. 285-344, 1992.

43. Hayes, W.C., Robinovitch, S.N., and McMahon, T.A.: Energy-shunting hip padding system reduces femoral impact force from a simulated fall to below fracture threshold. Proc. Third CDC Symposium on Injury Prevention Through Biomechanics (ed., K. Yang), Wayne State University, Detroit, MI, pp 147-152, 1993.

44. Kaplan, F.S., Hayes, W.C., Keaveny, T.M., Boskey, A., Einhorn, T.A., and Iannotti, J.P.: Form and Function of Bone. In: Orthopaedic Basic Science. (ed., S.R. Simon) Am. Academy of Orthop. Surg., Rosemont, IL, pp. 127-184, 1994.

45. Hayes, W.C.: Biomechanics of falls and hip fracture prevention in the elderly. Proc. AAOS Workshop on Prevention of Falls and Hip Fractures in the Elderly (eds., D.F. Apple and W.C. Hayes), AAOS, Chicago, IL, pp. 41-65, 1994.

46. Carpenter, J.E., Myers, E.R., Gerhart, T.N., Yett, H.S., Morris, J.N., and Hayes, W.C.: Functional outcome of hip fractures in the elderly. Proc. AAOS Workshop on Prevention of Falls and Hip Fractures in the Elderly (eds., D.F. Apple and W.C. Hayes), AAOS, Chicago, IL, pp. 85-91, 1994.

47. Robinovitch, S.N., Myers, E.R., Kiel, D.P., Greenspan, S.L., Hayes, W.C.: Hip fracture prevention from falls in the elderly. Proc. Fourth CDC Symposium on Injury Prevention Through Biomechanics (ed., K. Yang), Wayne State University, Detroit, MI, pp 77-81, 1994.

48. Hayes, W.C.: Age-related hip fractures: Biomechanics of fracture risk. In: Bone Formation and Repair (eds. C.T. Brighton, G. Friedlaender, J.M. Lane), Proc. AAOS Workshop on Bone Healing and Regeneration, pp. 485-498, 1994.

49. Myers, E.R. and Hayes, W.C.: Age-related hip fractures. Current Opinion in Orthop., 5:9-15, 1994.

50. Yaszemski, M.J., Mikos, A.G., Payne, R.G., and Hayes, W.C.: Biodegradable polymer composites for temporary replacement of trabecular bone: The effect of polymer molecular weight on composite strength and modulus. In: Proc. Materials Research Society Symposium on Biomaterials for Drug and Cell Delivery (eds. AG Mikos, R Murphy, H Bernstein, NA Peppas). Pittsburgh, Vol. 331, pp. 251-255, 1994.

51. Kaplan, F.S., Hayes, W.C., Keaveny, T.M., Boskey, A., Einhorn, T.A., and Iannotti, J.P.: Form and function of bone. In: Orthopaedic Basic Science, 2nd Ed. Am. Academy of Orthop. Surg., Rosemont, IL., pp. 127-184, 1994.

52. Hayes, W.C. and Myers, E.R.: Biomechanics of fractures. In: Osteoporosis: Etiology, Diagnosis and Management (2nd Edition), (eds. B.L. Riggs, L.J. Melton III), Lippincott-Raven Publishers, Philadelphia, pp. 93-114, 1995.

53. Hipp, J.A., Springfield, D., and Hayes, W.C.: Predicting pathologic fracture risk in the management of metastatic bone defects. In: Proc. Symp. on Skeletal Cancer Metastasis: Recent expansion of orthopedic expertise (eds. Drs. Ono and Glasko), Clin. Orthop., 312:120-135, 1995.

54. Frazier, D.D., Lathi, V.K., Gerhart, T.N., Altobelli, D.E., and Hayes, W.C.: In vivo degradation of a poly(propylene fumarate) biodegradable particulate composite bone cement. In: Proc. Material Research Society Symp. on Polymers in Medicine and Pharmacy (eds. AG Mikos, KW Leong, MJ Yaszemski, JA Tamada, ML Radomsky). Material Research Society, Pittsburgh, Vol. 394:15-19, 1995.

55. Yaszemski MJ, Payne RG, Aufdemorte TB, Hayes WC, Langer R, Mikos AG: The in-vitro mechanical strength and in vivo bone ingrowth of a degrading polymeric composite biomaterial. In: Proc. Material Research Society Symp. on Polymers in Medicine and Pharmacy (eds. AG Mikos, KW Leong, MJ Yaszemski, JA Tamada, ML Radomsky). Material Research Society, Pittsburgh, Vol. 394:21-24, 1995.

56. Hayes, W.C., Myers, E.R., Robinovitch, S.N., Kroonenberg, A.v.d., Courtney, A.C., and McMahon, T.A.: Etiology and prevention of age-related hip fractures. Bone, 18:77S-86S, 1996.

57. Bouxsein, M.L., Myers, E.R., and Hayes, W.C.: Biomechanics of age-related fractures: In: Osteoporosis (eds., R. Marcus, D. Feldman, J. Kelsey), Academic Press, San Diego, pp 373-393, 1996.

58. Goldberg VM, Buckwalter JA, Hayes WC, Koval KJ: Orthopaedic challenges in an aging population. Proc AAOS Instructional Lectures (ed. D. Springfield). AAOS, Rosemont, Vol. 46:417-422, 1997.

59. Hayes, W.C. and Myers, E.R.: Biomechanical considerations of hip and spine fracture in osteoporotic bone. Proc AAOS Instructional Lectures (ed. D. Springfield). AAOS, Rosemont, Vol. 46:431-438, 1997.

60. Hayes, W.C., Snow, C.M., McMahon, T.A.: Toward a definition of impact loading in exercise studies of bone. ASME Bioeng. Mtng. Sun River, OR, June 1997.

61. Hayes, W.C. and Bouxsein, M.L.: Biomechanics of cortical and trabecular bone: Implications for assessment of fracture risk. In: Basic Orthopaedic Biomechanics, 2nd Ed (eds., V.C. Mow and W.C. Hayes). Lippincott-Raven Publishers, Philadelphia, pp. 69-111, 1997.

62. Hipp, J.A. and Hayes, W.C.: Biomechanics of fractures. In: Skeletal Trauma, 2nd Ed (eds., B.B. Browner, J.B. Jupiter, A.M. Levine, P.G. Trafton). W.B. Saunders Co, Philadelphia, pp. 97-129, 1997.

63. Mueller, R.A. and Hayes, W.C.: Biomechanical competence of microstructural bone in the progress of adaptive bone remodeling. Proc. Int'l Soc. for Optical Engineering (SPIE) Annual Meeting. In: Developments in xray tomography (ed., U Bonse), SPIE, Bellingham, WA, pp. 3149:69-81, 1997.

**C. Books**

1. Mow, V.C., and Hayes, W.C.: Basic Orthopaedic Biomechanics. Raven Press, New York, 1991.

2. Apple, D.F., and Hayes, W.C.: Prevention of Falls and Hip Fractures in the Elderly. American Academy of Orthopaedic Surgeons, Chicago, 1994.

3. Mow, V.C., and Hayes, W.C.: Basic Orthopaedic Biomechanics, Second Edition. Lippincott-Raven Publishers, New York, 1997.

**D. Patents**

1. Hayes, W.C.: Sound to light visual vocalization system. U.S. Patent 3,572,919, 1971.


2. Hagg, G., Klasson, B., Ljungquist, D.L., and Hayes, W.C.: System fur mini-atryriserad elektronic handelseraknare. Swedish Patent 7410765-7, 1974.

3. Gerhart, T.N., and Hayes, W.C.: Bioerodible implant composition. U.S. Patent 4,843,112, 1989.

4. Gerhart, T.N. and Hayes, W.C.: Bioerodable implant composition comprising crosslinked biodegradable polyesters. U.S. Patent 5,085,861, 1992.

5. Hayes, W.C.: Intramedullary nailing method and apparatus. U.S. Patent 5,100,404, 1992.

6. Gerhart, T.N., Laurencin, C.T., Domb, A.J., Langer, R.S., and Hayes, W.C.: Bioerodible polymers for drug delivery in bone. U.S. Patent 5,286,763, 1994.

7. Hayes, W.C., Robinovitch, S.N., and McMahon, T.A.: Bone fracture prevention method. U.S. Patent 5,545,128, 1996.

8. Hayes, W.C., Robinovitch, S.N., and McMahon, T.A.: Bone fracture prevention garment and method. U.S. Patent 5,599,290, 1997.

9. McMahon, T.A., Robinovitch, S.N., and Hayes, W.C.: Tug-resistant link. U.S. Patent 5,712,011, 1998.

10. Carter, D.R., Beaupre, G.S., and Hayes, W.C.: Increasing bone fracture resistance by repeated application of low magnitude forces resembling trauma forces. U.S. Patent 5,752,925, 1998.



HAYES & ASSOCIATES, INC.

*Expert Witness Services in Injury Biomechanics and Accident Reconstruction*

January 31, 2003

Mr. Steven Arnold
Stanger & Arnold
29 S. Main Street
West Hartford, CT 06107

**VIA FACSIMILE**
**(860) 561-1646**

Re: *Phelan v. Daimler-Chrysler*

Dear Mr. Arnold:

This letter report is in response to your request that I render my expert opinions regarding the above-referenced case. My opinions are based on a reasonable degree of engineering and medical certainty and founded on my professional education and on my academic and consulting experience in the fields of accident reconstruction, occupant dynamics, injury biomechanics, anatomy and orthopaedics. My opinions are subject to change if additional information is made available to me.

**1. Personal Background – Wilson C. "Toby" Hayes, Ph.D.**

*1.1 Current Employment*

I am currently employed as Professor of Exercise and Sports Science and Adjunct Professor of Mechanical Engineering at Oregon State University in Corvallis, Oregon. I am also employed as an Adjunct Professor of Orthopaedics and Rehabilitation at Oregon Health & Sciences University in Portland, Oregon. I am also President of Hayes & Associates, Inc., 301 SW 4th Street, Suite 160 Corvallis, OR, 97333. A copy of my current CV is attached.

*1.2 Education and Previous Employment*

I graduated with a B.S. in Mechanical Engineering in 1964 and then an M.S. in Mechanical Engineering (Design) in 1966 from Stanford University. As an undergraduate and graduate student at Stanford University I took courses in engineering mechanics, dynamics and kinematics and thus I am familiar with the fundamental principles that are used in the reconstruction of motor vehicle accidents. I received a Ph.D. in Theoretical and Applied Mechanics (Biomedical Engineering) in 1970 from Northwestern University, where my course of study involved both medical school and engineering courses. I then completed two post-doctoral fellowships, the first at the Laboratory for Experimental Surgery in Davos, Switzerland in 1970, and the second at the Department of Orthopaedics at the Karolinska Institute in Stockholm, Sweden in 1971. From 1971 to 1976, I was Assistant Professor of Mechanical Engineering and Surgery (Orthopaedics) at Stanford University. While there, I developed a testing facility for the study of human tolerance limits to motor vehicle impacts. From 1976 to 1979, I

was Associate Professor of Orthopaedics and Bioengineering at the University of Pennsylvania. In 1979, I was named Director of the Orthopaedic Biomechanics Laboratory at Boston's Beth Israel Hospital and Associate Professor of Orthopaedic Surgery at Harvard Medical School and at the Harvard MIT Division of Health Sciences and Technology. I was named Full Professor in 1985 and then the first incumbent of the Maurice E. Mueller Professorship of Biomechanics at Harvard Medical School in 1988, a position I held until 1998, when I joined the faculties at Oregon State University and Oregon Health & Sciences University. I served as Vice Provost for Research at Oregon State from May 1998 through June 2001, when I resigned that administrative position in order to focus more fully on Hayes & Associates, Inc.

*1.3 Experience*

I have more than 30 years of teaching, research and consulting experience in fields ranging across mechanical engineering, experimental mechanics, accident reconstruction, occupant dynamics, injury biomechanics, human functional anatomy, and clinical orthopaedics. I have taught undergraduate, graduate, and post-graduate students in both engineering and medical school settings and have lectured in a wide variety of post-graduate courses for engineers, medical students and residents, and clinical orthopaedists. More recently, I have been lecturing on injury biomechanics to accident reconstructionists and forensic scientists. From 1985 to 1998 I was one of the three Course Directors of Human Functional Anatomy at Harvard Medical School. I have served as Principal or Co-Principal Investigator on over 60 research grants from federal, foundation or industrial sources, all of them involving the biomechanics of the musculoskeletal system. Several of these grants have directly involved the injury biomechanics of motor vehicle accidents and our research results are cited by scientists and experts in the field. I have authored or co-authored more than 185 peer-reviewed publications, over 60 chapters, and three books. I was the founding editor of the Journal of Orthopaedic Research and served as its Co-Editor-in-Chief from 1983 to 1995.

*1.4 Deposition and Trial Testimony*

Since 1998, I have provided deposition or trial testimony in the cases listed in Appendix A. I routinely qualify in both state and federal courts as both an engineering and a medical expert, offering testimony on the mechanisms and causes of injury to the head, neck, spine, joints and extremities due to motor vehicle accidents, slips trips and falls, industrial accidents and recreation and sports activities.

## 2. Retention and Fees

A fee schedule for Hayes & Associates, Inc. that was the basis for my retention is attached (Appendix B).

## 3. Materials Reviewed

In rendering this report, I have reviewed and relied on the documents and materials listed in Appendix C. In addition, I have reviewed the literature cited in the References section of this letter report. These are materials that are typically relied upon by consultants and experts in analyzing cases involving the injury biomechanics of rollover accidents.

## 4.0 Case Overview

*4.1 Case Overview*

As summarized by Ojalvo, et al. (2002), on January 18, 2000, at approximately 9:50 pm, Mr. Christopher Phelan was traveling home in the right westbound lane of Route 2 in Glastonbury, CT in his 1994 Jeep Wrangler. As he approached Exit 10, a 1987 Ford Taurus station wagon, driven by Mr. Christopher Miller, approached him from behind at a very high speed and struck the back end of his Jeep.

Mr. Phelan's vehicle left tire marks on the roadway for approximately 40 ft, until it reached the northern guardrail. Upon striking the guardrail, at an angle of approximately 30 degrees, Mr. Phelan's Jeep rode up and straddled the guardrail. It then traveled along and over the guardrail for approximately 100 ft according to the police sketch and testimony, striking a light post along the way and causing it to topple from its base. After striking the pole and additional guard rail posts, the vehicle descended the northern embankment. As it descended, it started to roll clockwise, as viewed from the rear, and became airborne. While airborne, the Jeep rotated nearly 180 degrees before striking the ground, which receded downward and away from the vehicle as the Jeep rolled down the embankment.

The Jeep first made contact with the ground where the driver's side of the windshield and roll cage meet (i.e., what is normally considered the driver's side upper A-pillar). The contact with the ground ripped the hard top off the Jeep and bent and crushed the lightweight windshield support structure, which pulled away from the roll cage. The hard top was discovered in the woods some distance from the vehicle. The Jeep continued to rotate down and along the slope until it encountered a large tree, some 22 feet from the guardrail, which caused it to stop after having rotated such that the two driver's side tires were contacting the ground. Mr. Phelan suffered a fatal head injury as a result of the rollover and roll cage collapse, despite the fact that he was wearing his seatbelt. Shortly following this accident, he was pronounced dead at the scene.

### *4.2 Autopsy Report*

An EMT record by M. Hernandez of the Glastonbury Volunteer Ambulance Association, dated January 18, 2000, indicated that Mr. Phelan, a 29-year old male, was the belted driver of his Jeep, which rolled down an embankment after being hit by another car. Mr. Phelan suffered massive head trauma not compatible with life. He was seen at the accident scene with brain matter absent. He displayed no respiratory effort, heart rate or pulse. Mr. Phelan was pronounced dead at 10:20 pm.

An Autopsy Report by Makla B. Shah, MD of the Office of the Chief Medical Examiner for the State of Connecticut, dated January 19, 2000, indicated that Mr. Phelan was 5'7" and weighed 166 lbs. The forehead on the left side revealed a large gaping laceration extending over to the entire left termporoparietal and occipital area. It was an inverted semicircular shaped laceration, 13" in length, which had very sharply cut edges with marginal abrasions. The laceration involved the full thickness of the scalp. The skull underneath was fractured and the entire left cerebral hemisphere was absent from the cranial cavity. There was also a depression noted of the cranial cavity in this area. The cranial vault was pushed inward. The left side of the remaining forehead, front of the cheek area, and front of the ear area revealed superficial dicing abrasions. The neck was soft and supple, free of any palpable masses. The anterior aspect of the left shoulder revealed a superficial abrasion, which was brown-black in color. The abrasion had a patterned appearance, measuring 5" anteroposteriorly, and 2" laterally. Upon palpation of the bilateral shoulders, however, no palpable fracture was noted. A portion of the brain, which had extruded from the cranial cavity was recovered from the automobile and brought by the police officer from the State Police to the Medical Examiner's Office. This portion weighed 200 grams. The ribs, thoracic cage and vertebral column revealed no injuries or abnormalities. The anterior strap muscles and soft tissues of the neck revealed no injuries or abnormalities. The superior part of the cranial vault had very sharply cut edges and the inferior part of the cranial vault had a comminuted fracture, with fractured bone pieces pushed into the cranial cavity.

301 SW 4TH STREET SUITE 160 CORVALLIS, OR 97333
(541) 754-9645 FAX (541) 754-9949 CELL (541) 912-7222
WEB WWW.HAYESASSOC.COM EMAIL WCH@HAYESASSOC.COM

Bilaterally the frontal, parietal and occipital areas of the cerebral hemisphere revealed contusions of the gray and white matter. More contusions of the gray and white matter were noted in the posterior, parietal and occipital areas. The ventricles were torn. Upon reflecting the dura from the base of the skull, the remaining skull revealed no fracture except for the very sharply cut edges of the cranial vault and the left side of the head. Anatomic diagnoses were: Comminuted and sharply cut edge of the cranial vault fractures. Transection of the left cerebral hemisphere, with extrusion of the cerebral hemisphere from the cranial cavity. Contusions of the gray and white matter of the cerebral hemispheres.

## 5. Analysis and Opinion

### *5.1 Introduction*

With reference to the rollover accident on January 18, 2000, involving Christopher Phelan's 1994 Jeep Wrangler, you have asked me to address, to a reasonable degree of engineering and medical certainty, the following questions: 1) What was the mechanism of Christopher Phelan's death? and 2) Would Christopher Phelan have died had he been driving a vehicle that provided a rollbar system that provided its occupants with adequate rollover safety protection? To address these questions, we took as a point of departure the vehicle displacement history from the Ojalvo report. Using widely accepted, standardized and validated analytic techniques, implemented in industry-leading accident reconstruction software, we created an independent but comparable vehicle model to that used by Ojalvo et al. and subjected it to the displacement-time history from the Ojalvo report. We also created an occupant dynamics model that was again comparable to but independent from the Ojalvo occupant dynamics model. We then analyzed the dynamics of the occupant as it was subjected to the imposed displacement time history, including the impact between the slope and the driver's side A-pillar that resulted in the fatal blow to Christopher Phalen's head. We then analyzed the occupant dynamics and injury biomechanics and compared the probabilities of injury and death for the production Jeep Wrangler against a vehicle with adequate rollover safety protection.

#### *5.1.1 Vehicle Motion*

Before occupant dynamics can be modeled, the vehicle motion must be specified. For our analysis we have relied on the accident reconstruction performed by Ojalvo et al. (2002) of Connecticut Technology Associates (Report No.: CTA 2002-1181A). Ojalvo created a dynamic simulation of the rollover event to model the vehicle's behavior as it is tripped and subsequently rolls. The rollover simulation begins at the moment of vehicle trip, with the left side of the vehicle moving upward as the vehicle pivots about the right side wheels/tires. This positive roll motion is combined with the forward velocity of the Jeep, resulting in continued movement forward as the vehicle rolls to the right. The contour of the sloped hillside combined with the roll velocity of the Jeep and the dynamics of the trip, result in the vehicle becoming airborne. The vehicle continues to roll, not contacting the ground until it has rotated more than 230 degrees. This first, oblique contact is made between the ground and the upper left portion of the Jeep's roof structure. After initial impact the Jeep continues to roll, resulting in contact between the ground and the side of the vehicle. The undercarriage of the Jeep then collides with a tree. This impact brings the Jeep to rest with the left side of the Jeep in contact with the slope, and the undercarriage resting against the tree. Output from this simulation includes a time history of the vehicle's position and orientation (X, Y, Z coordinates specifying the position of the Jeep's center of mass as well as Roll, Pitch, and Yaw coordinates specifying the Jeep's angular orientation). These data, which describe the motion of the occupant compartment, were used as input to our occupant dynamics simulation.

*5.2.2 Occupant Dynamics*

Dynamics is a field of engineering that relates the forces and torques applied to an object to the resulting motion of that object. For an occupant involved in a motor vehicle accident, the forces and torques applied are a result of interaction between the occupant and the interior of the vehicle. We used the Graphical Articulated Total Body (GATB) model to study the motions and the forces to which Mr. Phelan's body was subjected during the rollover event. The GATB model is used to evaluate the three-dimensional response of the human body when subjected to a dynamic environment consisting of high-speed inertial and contact forces. The software is used to compute occupant kinematics (position, velocity, and acceleration vs. time), joint angles and torques, and contact forces between the human occupant and contact panels attached to the interior of the vehicle. GATB is an extension of the ATB (Articulated Total Body) computer model, and is designed for use in the Human Vehicle Environment [HVE] software suite. Both the GATB and ATB occupant dynamics models are widely accepted in fields ranging from accident reconstruction, orthopedic biomechanics and forensic sciences, and have been validated for modeling occupant dynamics in a wide range of complex accidents, including rollovers and aircraft ejection (Prasad and Chou, 1993; Grimes, 1995; Cheng et al., 1995; Grimes, 1997). My former laboratory at Harvard's Beth Israel-Deaconess Medical Center adapted the ATB model for the study of human falls (Smeesters et al., in review; Smeesters et al., in review) and compared the analytical predictions of the model against experimental results for actual falls in volunteers (Smeesters et al., 2001a; Smeesters et al., 2001b). Given Mr. Phelan's height of 5′ 7″ and weight of 166 pounds, a 50th percentile adult male, with segment mass properties selected in accordance with Mr. Phelan's total body weight, was used for the simulation. The initial position of the occupant was in the front, driver's seat of the Jeep Wrangler. As with the occupant dynamics model of Ojalvo et al. (2002), the contact panels comprising the seat were oriented so as to represent the rearward deformation of the seatback, sustained in the initial rear impact between the Ford Taurus and the Jeep. Torso and lap seat belt restraints were assumed to be in use.

*5.2.3 Injury Assessment*

*5.2.3.1 Head Injury Tolerance Limit*

The Head Injury Criterion (HIC) was used to assess risk of head injury (Eppinger, 2000) based on the assumption that the roof had maintained its structural integrity. In other words, would Mr. Phelan receive a fatal head injury even if the roof had not deformed so catastrophically? The Head Injury Criterion was derived from experiments using volunteers and human surrogates (cadavers, experimental animals and crash dummies) where both measurable engineering parameters and injury outcomes were observed. The relationships between forces/motions and resulting injuries were determined using statistical techniques. The HIC includes the effect of head acceleration and the time interval over which the acceleration acts. Based on National Highway Traffic Safety Administration (NHTSA) recommendations, we used a 15 ms time interval to compute HIC for head impacts with the vehicle interior. The HIC threshold level for onset of severe head injury is 700 (Eppinger, 2000). We calculated the HIC using the output head acceleration profile generated for each impact from the GATB simulation.

*5.2.3.2 Abbreviated Injury Scale*

The Abbreviated Injury Scale (AIS), developed by the Association for the Advancement of Automotive Medicine (AAAM) is the most widely used anatomic injury severity scale (AAAM, 1990). The AIS is an anatomical scoring system that provides a ranking for the severity of injury. Injuries are ranked

on a scale of 1 to 6, with 1 being minor and 6 an unsurvivable injury (Table 1). An AIS☐2 represents skull fracture or a major scalp laceration

| AIS Score | Head |
|---|---|
| 1 | Minor scalp laceration |
| 2 | Major scalp lacerations; linear skull fracture; |
| 3 | Superficial (<2 cm) penetrating injuries; basilar skull fracture |
| 4 | Complex vault fracture; exposed or loss of brain tissue |
| 5 | Major penetrating injury (>2 cm penetration) |

Table 1. AIS ranking for the severity of head (cranium and brain) injuries.

The severity level reflects the threat to life and does not necessarily correspond with the degree of disability that results from an injury. It is also important to note that the AIS scale is an ordinal and not a ratio scale, i.e. an AIS 2 injury is not twice as serious as an AIS 1 injury.

### *5.3 Results*

#### *5.3.1 Occupant Dynamics*

##### *5.3.1.1 Production vehicle: with Roof Crush*

The rollover event initiates at the point of vehicle trip. The Jeep begins a positive roll as the left side of the vehicle moves upward, pivoting about the right side wheels/tires. Mr. Phelan is compressed downward into the seat as the inertia associated with his body resists the upward motion of vehicle. As the vehicle rotates through approximately 80 degrees, occupant motion is relatively mild with little more than moderate "jostling" observed. As the vehicle continues to roll, Mr. Phelan is forced to his left, relative to the vehicle, and "pressed" against the driver's side door and window. This motion is a result of the centrifugal forces associated with bodies moving in a circular path. Due to the velocity of the Jeep and the topography of the slope, the vehicle becomes airborne as it continues to roll. Mr. Phelan's body remains against the driver's side door. The Jeep rotates through 230 degrees, and first impacts the ground with the upper left portion of the roof structure. This is a "glancing" impact that forces Mr. Phelan upward and to the left. The centrifugal forces associated with the Jeep's roll velocity continue to pin Mr. Phelan against the driver's side door and window. However, when the Jeep sustains the glancing impact against the slope, the roof structure over the driver's seat fails catastrophically, sending the top edge of the door and door header directly into Mr. Phelan's head. This impact between the roof/door structure and Mr. Phelan's head results in his fatal head and brain injury.

##### *5.3.1.2 Vehicle with Adequate Rollover Protection*

We also simulated the occupant dynamics for the case of an adequate roof structure that does not deform catastrophically. The motion of Mr. Phelan during the rollover, prior to the first impact between the Jeep and the ground, is the same as described above. When the Jeep impacts the ground, Mr. Phelan moves upward and to his left, but the roof/door structure does not come down on his head. Instead, the possible modes of head injury consist of head impacts with the roof of the vehicle due to vertical excursion of the occupant, and head impacts with the driver's side window as a result of the induced lateral head motion. Mr. Phelan's vertical excursion does not result in his head impacting the roof structure. This is due to the nature of the vehicle to ground impact. The fact that the Jeep is rolling at the time of impact, combined with the pitch of the hillside, results in a "glancing" type impact that

diminishes very little of the vehicle's kinetic energy. However, the glancing impact causes Mr. Phelan's head to move lateral, ultimately striking the driver's side window. The predicted force associated with this impact is slightly over 300 lbs.

*5.3.2  Injury Assessment*

*5.3.2.1 Head Injury Criterion*
   In the subject rollover, Mr. Phelan received an unsurvivable head injury involving massive destruction of both cranium and brain (AIS 6). The HIC was used to compute the likelihood of head injury given a roof structure that provided adequate rollover protection, i.e. did not deform catastrophically and strike the occupant's head. HIC analysis of the time history of the occupant's head acceleration predicted a HIC score of 385. This HIC score indicates a 0% probability of fatal head injury and only a 20.2% probability of an AIS 2+ head injury.

*5.3.2  Discussion*
   Despite the fact that sport utility vehicles experience a much higher incidence of rollovers than conventional automobiles, little attention has been given to countermeasures designed to reduce the occurrence of severe occupant injury in rollover accident (Friedman and Friedman, 1991; Henderson and Paine, 1998). Moreover, despite clear indications in the literature for well over a decade that increasing occupant protection would reduce injuries in rollover accidents, the Defendants have done little to implement design changes in what is clearly an inadequate rollover system design. As a consequence, occupants like Christopher Phalen involved in rollover accidents continue to be injured and killed.
   One of the scientific challenges presented by this case is to understand how the high energy impact from Mr. Miller's Ford Taurus that actually initiates the fatal accident is converted into what I and Dr. Ojalvo have both characterized as only modest contact forces between the roof of the Jeep and the sloped hillside. Indeed, Dr. Ojalvo's simulation reflects that the Jeep left the guardrail and initiated its roll with a forward velocity of approximatley 40 mph and an angular roll velocity of about one revolution per second. Moreover, the first point of impact between the roof of the Jeep and the slope is about 6 feet below the plane of the roadway surface. Given the energy content of the moving Jeep and this drop distance, one might indeed question whether it is reasonable to expect any vehicle roof structure to afford occupant protection under these conditions. Our simulation and occupant dynamics model clarifies this issue. Although the Phalen Jeep leaves the guardrail at relatively high speed, because of the trajectory of the center of gravity of the vehicle and the slope of the hillside, the Jeep's roof only lightly touches down on the hillside. Indeed, had the slope been a few degrees steeper, it is possible that the roof impact might not have occurred at all and the vehicle instead brought to rest by the tree or further down the slope. Put another way, the component of the vehicle's velocity that is perpendicular to the hillside slope is small and it is this component that results in catastrophic deformation of the roof structure. Our simulation of the occupant dynamics provides further evidence that it is the catastrophic failure of the roof structure that violates the occupant compartment and strikes Mr. Phelan in the head, and not the converse (i.e. that Mr. Phelan's body is insufficiently restrained and his head strikes the roof). Indeed, because of the characteristics of this rollover event, Mr. Phelan's head contacts the driver's side window and is held there, with very little excursion of the head with respect to the center of gravity of the vehicle. Instead, the driver's side door header violates the integrity of the passenger compartment and causes the massive brain injuries that Mr. Phelan sustained.
   Thus, our results show, quite clearly, that Mr. Phalen would not have been killed or even severely injured had some technically feasible and presumably inexpensive design changes been made to the 1994 Jeep Wrangler that he was driving. While we have not explored the cost implications of these

changes, especially when implemented on a production basis, the technology required to achieve these differences is clearly available and has been available for many years. In fact, as indicated in the Ojalvo report, adequate rollover protection for the Jeep Wrangler could easily be obtained by replacing the production A-pillar by the current rollbar cross-section.

*5.5 Opinions*

Based on my review and analysis of this case and on my education and training in injury biomechanics, I conclude, to a reasonable degree of engineering and medical certainty, that:

*5.5.1* Christopher Phalen died from massive head trauma on January 18, 2000, as a direct consequence of the inadequate rollover protection afforded by the 1994 Jeep Wrangler that he was operating. The accident in question, although complex in nature, involved a relatively modest impact to the roof structure when the vehicle contacted the sloped hillside. Despite the modest forces involved, the rollbar system and roof structure failed catastrophically, driving the driver's side door window header violently and catastrophically into Mr. Phelan's head. Because of the dynamics of the rollover event and the oblique nature of the roof/hillside impact, the excursion of Mr. Phalen's body and head was minimal, making this rollover event a clear case in which an inadequately designed roof resulted in a violation of the integrity of the passenger compartment thereby directly and proximately causing the occupant's death;

*5.5.2* Had the 1994 Jeep Wrangler that Christopher Phalen was driving that evening provided adequate rollover protection and prevented intrusion of the door header into the occupant compartment, Mr. Phalen would have survived this accident. At most, he might have sustained a brief loss of consciousness and a mild concussion, and been subjected to bruises, lacerations and soft tissue strains.

Please note that I reserve the right to supplement this report should additional information become available to me. Thank you for the opportunity to review this case. Please let me know if I can provide any further information. If you have any questions, feel free to contact me.

Respectfully submitted,

Wilson C. Hayes

Wilson C. Hayes, Ph.D
Hayes & Associates, Inc.

Reference List

1. The Abbreviated Injury Scale (AIS) - 1990 Revision (Update 98). Barrington, IL: Association for the Advancement of Automotive Medicine; 1998; ISBN: Not indicated.

2. Bahling GS; Bundorf RT; Kaspzyyk GS; Moffatt EA; Orlowski KF, and Stocke JE. Rollover and drop tests -- The influence of roof strength on injury mechanics using belted dummies. SAE. 1990; 902314:101-12.

3. Cheng H; Rizer AL, and Obergefell LA. ATB model simulation of a rollover accident with occupant ejection. SAE. 1995; 950134:21-31.

4. Eppinger, R; Sun, E; Kuppa, S, and Saul, R. Supplement: Development of improved injury criteria for the assessment of advanced automotive restraint systems - II. National Highway Traffic Administration; National Transportation Biomechanics Research Center. 2000:SES-1 - SR-2.

5. Friedman D and Friedman KD. Roof collapse and the risk of severe head and neck injury (S6-0-11). SAE. 1991; 916098:753-65.

6. Grimes, W. Using ATB in collision reconstruction. Society of Automotive Engineers. 1995; 950131:19.

7. Grimes WD. Using ATB under the HVE environment. SAE. 1997; 970967.

8. Henderson M and Paine M (Michael Henderson Research and Vehicle Design & Research). Department of Transport and Regional Development - The Federal Office of Road Safety. Passenger car roof crush strength requirements. 1998; CR 176.

9. Orlowski KF and Bundorf RT. Rollover crash tests-The influence of roof strength on injury mechanics. Society of Automotive Engineers; 851734:181-203.

10. Prasad P and Chou CC. A review of mathematical occupant simulation models. Nahum AM and Melvin JW, Editors. Accidental Injury Biomechanics and Prevention. New York: Springer Verlag; 1993; pp. 102-150.

11. Smeesters, C ; Hayes, W, and McMahon, T. Determining fall direction and impact location for various disturbances and gait speeds using the articulated total body model. J. Biomech. Eng. In Review.

12. Smeesters C; Hayes WC, and McMahon TA. Determining the threshold trip duration using the articulated total body model. J. Biomech. Eng. In Review.

13. Smeesters C; Hayes WC, and McMahon TA The threshold trip duration for which recovery is no longer possible is associated with strength and reaction time. J. Biomech. Eng. 2001; 34(5):589-595.

14. Smeesters C; Hayes WC, and McMahon TA. Using the ATB Model to Simulate Fall Biomechanics;