Witchita, KS.  5th ATB User's Group Conference; 2001.

301 SW 4TH STREET SUITE 160 CORVALLIS, OR 97333
(541) 754-9645    FAX (541) 754-9949    CELL (541) 912-7222
WEB WWW.HAYESASSOC.COM    EMAIL WCH@HAYESASSOC.COM

1/31/2003

**Appendix A**

**Wilson C. "Toby" Hayes, Ph.D.**


<u>**DEPOSITION TESTIMONY SINCE 1998**</u>

1. **Atwood v. Energy Erectors, State Compensation Claims Court (FL)**
   Case No. 96-1132C, March 1998
2. **Wooster v. Safety Kleen, Lowell Superior Court (MA),**
   Case No. MICV 95-0274, March 1998
3. **Loftin v. Zimmer, Tarrant County District Court (TX),**
   Case No. 48-159161-95, November 1998
4. **Brooks v. Ramex, Neuces County Court (TX),**
   Case No. 37785-1A, May 2000
5. **Orleman v. JumpKing, U.S. District Court District of Kansas**
   Case No. 99-2522, September 2000
7. **Guthrie v. Norfolk Railway, Circuit Court, Madison County (IL)**
   Case No. 99-L-767, February 2001
8. **Isitt v. City of Scottsdale, Superior Court, Maricopa County (AZ)**
   Case No. CV 99-15201, June 2001
9. **Jackson v. TLC, Circuit Court, McDonough County (IL)**
   Case No. 93 L 29, July 2001
10. **Forcione v. Blossom Towing II, Superior Court, Sacramento County (CA)**
    Case No. 00AS00109, August 2001
11. **Fellows v. Suburban Coleman, Superior Court; Placer County (CA)**
    Case No. SCV 8679, December 2001
12. **Clary v. State Farm, Arbitration; Anchorage County (AK)**
    Case No. (Arbitration), May 2002
13. **Kerth v. Cima, United States District Court (OR)**
    Case No. 01 112 JE, May 2002
14. **Webb v. ManorCare Health Services, County Court; Dallas County (TX)**
    Case No. CC-00-03458-8, June 2002
15. **Pracejus v. Ford, Court of Common Pleas, Cuyahoga County, (OH)**
    Case No. 450176, August 2002
16. **Svindland v. Iannucci, Superior Court of Stamford/Norwalk (CT)**
    Case No. CV-99-0175050S, September 2000


<u>**TRIAL TESTIMONY SINCE 1997**</u>

1. **Atwood v. Energy Erectors, State Compensation Claims Court (FL)**
   Case No. 96-1132C, March 1998
2. **Lamonte v. McCord, Superior Court (CT)**
   Case No. 93-06282085, June 1998
3. **Boothby v. Barko, Multnomah County Circuit Court (OR),**
   Case No. CV 99-52427-801, February 2000
4. **Knox v. Cunningham, Benton County Circuit Court (OR)**


301 SW 4TH STREET SUITE 160 CORVALLIS, OR 97333
(541) 754-9645    FAX (541) 754-9949    CELL (541) 912-7222
WEB WWW.HAYESASSOC.COM    EMAIL WCH@HAYESASSOC.COM

1/31/2003

Case No. 9810236, June 2000
5.  **Fleishman v. Gates, Multnomah County Circuit Court (OR)**
     Case No. 9906-06397, August 2000
6.  **Hartman v. Saus Bros. Ocean Towing Co., Multnomah County Circuit Court (OR)**
     Case No. 9906-06331, September 2000
8.   **Poe v. Sause Bros. Ocean Towing Co., Multnomah County Circuit Court (OR)**
     Case No. 000-201309, March 2001
9.  **Thompson v. Lupes, United States District Court, Jackson County (OR)**
     Case No. CV 99-1498 ST, March 2001
10. **Forcione v. Blossom Towing II, Superior Court, Sacramento County (CA)**
     Case No. 00AS00109, August 2001
11. **Nixon v. Central Oregon & Pacific, Knutson Towboat Co., Circuit Court (OR)**
     Case No. 0005-04518, September 2001
12. **Brown v. Delaney, Circuit Court, Multnomah County (OR)**
     Case No. 0008-07839, November 2001
13. **Watson v. Aragon, Circuit Court, Multnomah County (OR)**
     Case No. 0010-10853, November 2001
14. **Schneider v. Hartford, Circuit Court, Deschutes County (OR)**
     Case No. 99CV0467ST, January 2002 (Arbitration)
15. **McBee v. Schiermeister, Circuit Court, Douglas County (OR)**
     Case No. 01CV-1649, March 2002
16. **O'Meara v. Dreyer, Circuit Court, Washington County (OR)**
     Case No. C-990243CV, April 2002
17. **Kerth v. Cima, United States District Court (OR)**
     Case No. 01 112 JE, May 2002
18. **State of Wyoming v. Duke, United States District Court (WY)**
     Case No. _____, August 2002
19. **Pritchard v. Brix, Circuit Court of Multnomah County (OR)**
     Case No. 0106-6414, September 2002
20. **Blondell v. Howmedica Supreme Court of Monroe County (NY)**
     Case No. 2000-1004, September 2002
21. **Clary v. State Farm (Arbitration) (AK)**
     September 2002

Page 13                                                                          1/31/2003

**Appendix B**

**Hayes & Associates, Inc. Fee Schedule**

**TECHNICAL CONSULTING**

| | |
|---|---|
| Wilson C. "Toby Hayes, Ph.D. | $350/hour |
| Senior Associate Scientists/Engineers | $150/hour |
| Senior Associate Physicians | $700/hour |
| Staff Engineers /Scientists | $100/hour |
| Technicians | $100/hour |
| Associate Nurses (Med. Record Review) | $75/hour |

Consultants with unique qualifications necessary for a particular assignment will be charged at rates agreed to by client.

**ADMINISTRATIVE**

| | |
|---|---|
| General Administrative Duties | $30/hour |
| Case Management | $50/hour |
| Medical records summaries | $50/hour |
| Deposition summaries | $75/hour |

**TESTIMONY:** 150 percent of the above rates, up to a maximum add-on of $100/hour.

**PURCHASES NECESSARY FOR COMPLETION OF ASSIGNMENTS:** Laboratory fees, materials, tradesmen and specialized commercial services are billed at cost plus twenty-five percent.

**TRAVEL EXPENSES:** Travel time is billed at 50% TECHNICAL CONSULTING rates office to site (or lodging), and return, except for when case work is being conducted, during which time full rates apply. Out of pocket travel expenses such as airfare, lodging, meals and car rental are plus a twenty percent handling charge. Automobile mileage is billed at current IRS allowances. As possible, case-related work is conducted while traveling.

**TERMS:** Hayes & Associates, Inc. requires a $2800 case retainer prior to initiating work on new assignments. We also require a four (4) hour retainer at TECHNICAL CONSULTING rates prior to being deposed or testifying in court. We will bill against the case retainer and refund or invoice additionally, depending on the time and cost expended. Review and signing of affidavits and similar legal documents will be billed at a one-hour TECHNICAL CONSULTING minimum.

**ADDITIONAL COMMENTS:** Rates for activities that must be performed under rush conditions (requiring overtime work or the interruption of ongoing assignments) are negotiated with the client prior to initiating work but are normally charged at 150 percent of TECHNICAL CONSULTING rates, up to a maximum add-on of $100/hour. Hayes and Associates staff may recommend special tasks or areas of investigation after an initial evaluation of the assignment. Costs for and potential gains from these tasks will be discussed with the client and approval will be requested before they are undertaken. Rates are subject to change. However, rates in effect at the time assignment is accepted will hold for 90 days or until completion of a project.

1/31/2003

**Appendix C**
**Materials List**

| Date | Item Received |
|---|---|
| 1/23/03 | Amended Complaint |
| 1/23/03 | Dr. Ojalvo's Report |
| 1/23/03 | Police Report |
| 1/23/03 | EMT Report |
| 1/23/03 | Medical Examiner's Report |
| 1/23/03 | Photos – Autopsy |
| 1/23/03 | Site Diagram |
| 1/23/03 | Roll Bar Schematic |
| 1/23/03 | Photos – Jeep |
| 1/23/03 | Photos – Scene |
| 1/23/03 | Photos – Tauras |
| 1/23/03 | Deposition of Trooper Richard Cournoyer dated 2/5/02 |
| 1/23/03 | Deposition of Trooper Steven Roy dated 2/5/02 |
| 1/23/03 | Deposition of Christopher Miller dated 5/30/02 |
| 1/23/03 | Deposition of Matthew Gunsalus dated 2/7/02 |
| 1/23/03 | Deposition of James A. Kennedy dated 12/5/01 |
| 1/23/03 | Deposition of James Kenny dated 12/5/01 |
| 1/23/03 | Deposition of John Sawyer dated 5/2/02 |
| 1/23/03 | Deposition of Amy M. Bouchard dated 12/4/01 |
| 1/23/03 | Deposition of Lori A. Atkins dated 12/4/01 |
| 1/23/03 | Deposition of Jamie Feldman dated 12/11/1 |
| 1/23/03 | Deposition of Cassandra A. Daniels dated 12/11/01 |
| 1/23/03 | Deposition of Michael Pendleton dated 4/17/02 |
| 1/23/03 | Deposition of Jeffrey S. Schaefer dated 5/2/02 |
| 1/23/03 | Deposition of Richard Juda, M.D. dated 6/18/02 |
| 1/23/03 | Email containing the electronic version of Dr. Ojalvo's deposition dated 12/2/02 |
| 1/23/03 | Email containing the electronic version of Dr. Ojalvo's deposition dated 1/6/03 |
| 1/23/03 | Email containing the electronic version of Dr. Ojalvo's deposition dated 11/25/02 |

## CURRICULUM VITAE

### Malka B. Shah, M.D.

**BIRTH DATE :**   June 26, 1948

**MARITAL STATUS:**

Married (Spouse, Bhavesh L. Shah, M.D. - Pediatrician, Neonatologist/ Director of NICU).

**VISA STATUS:**   U.S. Citizen.

**CHILDREN:**   Two.

**CURRENT POSITION:**

Associate Medical Examiner for the State of Connecticut (since July 1, 1981)

**SPECIALTY:**

Pathology - Forensic Pathologist.

**EXPERIENCE:**

1.  The duties of Associate Medical Examiner include the following:

a.  To evaluate all sudden unexpected deaths reported to the Office of the Chief Medical Examiner.

b.  To perform autopsies and determine cause and manner of death in all appropriate violent deaths.  (Have done more than 4,500 autopsies.)

c.  To collect appropriate evidence from the deceased in all criminal cases.

d.  To testify at grand juries and court trials.  (Approximately once a month.)

e.  To teach medical students, medical residents and student police officers.

2.  Staff pathologist at Mount Sinai Hospital, July 1977 to June 1978.

**EDUCATION:**

1.   July 1973 - June 1977
Resident in Pathology, Department of
Pathology, Hartford Hospital, Hartford,
Connecticut

Three years of Anatomic Pathology.   In
the third year:

a) Instruction to residents and medical
students in autopsy and surgical
techniques; training of cytology and
laboratory technicians

b) Intensive surgical pathology training

c) Elective cytology.

One year of Clinical Pathology.

Hartford Hospital is a 1200-bed capacity,
community hospital doing 400 autopsies
and processing 25,000 surgical specimens a
year.

I have done 140 autopsies and 15 months
of surgical rotation.   The training also
includes cytopathology, histochemistry
and frozen section technique and
interpretation of it.

2.   July 1972 - June 1973
Rotating "O" internship, Mount Sinai
Hospital, Hartford, Connecticut.

3.   November 1970 - October 1971
Rotating Internship, L.T.M. General
Hospital, Sion, Bombay, India

4.   June 1966 - October 1970
L.T.M. Medical College, affiliated with
University of Bombay, Sion, Bombay, India

5.   June 1964 - May 1966
Two years of science, Wilson College of
Science (first year) and Mithibai College
of Science (second year), affiliated with
University of Bombay, India.

**RESEARCH/**
**PROJECTS**:

1.  Cytology 1976-1977, Study of "Needle Aspirates of Solitary Lung Nodules" (265 Cases), their histologic correlation, in association with Dr. Otis (Director of Cytology), Dr. Cole (Pulmonary Pathologist) and Dr. Westcott (Radiologist).  (To be Published).

2.  June 1995-June 1998 "Median Chain Acetyl Co-enzyme Deficiency and Sudden Death of An Infant" (Peter Rinaldo, M.D., Ph.D., Geneticist, Yale-New Haven Medical College and Hospital.

Prepared and established a protocol for Office of the Chief Medical Examiner to collect and submit specimen, obtain the results and formalize screening for congenital metabolic enzyme deficiencies for all sudden infant deaths in the State of Connecticut.

3.  (1997) - Prepared and establishd a form for the Office of the Chief Medical Examiner to investigate all sudden infant deaths.

4.  (1998) - Prepared and establishd a form for all State and Town Police Departments of the State of Connecticut to investigate all sudden infant deaths.

**SEMINARS**:

1.  Connecticut Cytology Association Workshop, November 1976.  "Carcinoma of Lung" by Dr. Tweedale.

2.  Connecticut Cytology Association Spring Meeting, April 1977, presented a paper on "Cytologic Interpretation of Needle Aspiration of Solitary Lung Nodules".

3.  Forensic seminars for physicians, pathologists and law enforcement officers.  May 1982 - May 1983.

4.  SIDS awareness evaluation for

pediatricians, medical professionals and first responders.

5.  October 1993, July 1994 - Public Awareness of Sids - Radio Program Show.

6.  Grand Rounds and Lectures for Pathology residents and Pediatric interns at Office of the Chief Medical Examiner once a year.

7.  Courses and seminars for pathology residents, pediatric residents, police officers, paramedical professionals:
Stamford Hospital January 1993
Danbury Hospital February 1994
Greenwich Hospital November 1994
Yale Newborn Hospital December 1994
Yale Newborn Hospital February 1996
St. Francis Hospital September 1996
Connecticut State Identification Association - April 2001.

**PRESENTATION:**

1.  Case presentation - National Assn. of Medical Examiners (October 1995). "Mediastinal Endodermal Sinus Tumor Causing Sudden Death in a Sixteen-Month Old."

2.  Poster presentation - American Academy of Forensic Science (October 1998) "Krukenberg Tumor and Sudden Death".

3.  Poster presentation - American Academy of Forensic Science (February 2000) "Industrial Homicide by Pneumatic Nail Gun".

4.  Workshop Area Health (Enters AHEC) April 2000 - "Shaken Baby Syndrome."

5.  Discovery Television Documentary, New Detectives, "Flames of Justice", (April 2000.)

**PROFESSIONAL
CERTIFICATION**:

1.  M.B.B.S. University of Bombay, India 1971.

2.  E.C.F.M.G.  1972.

3.  American Board of Pathology eligible (AP) November 1977.

4.  FLEX 1979.

5.  Forensic Pathology eligible May 1984.

**PROFESSIONAL
LICENSURE**:

Licensed to practice in State of New York.  (inactive)
Licensed to practice in State of Connecticut.

**APPOINTMENT**:

1.   Clinical Instructor since September 1, 1982.

2.  1987 - Board Member of Medical Quality Assurance Board for Department of Mental Retardation for State of Connecticut.

3.  1989-2001 - Board Member of Connecticut SIDS Center, Affiliate of National SIDS Alliance.

**AWARDS**:

1993 - Affiliate Volunteer of the Year from National SIDS Alliance.

1993 - Award of Excellence from Connecticut SIDS Center Inc. Education Program.

STATE OF CONNECTICUT
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
11 Shuttle Road, Farmington, Connecticut 06032-1939
Telephone: (860) 679-3980 Fax: (860) 679-1257



To Whom It May Concern:

The attached pages are a true copy of the record on file at the State of Connecticut Office
of the Chief Medical Examiner for Christopher A. Phelan/00-00977.

County of Hartford  }
                    } ss Farmington
State of Connecticut}

This 30th day of January, 2003.

Violeta Torres
Notary Public
Commission Expires June 30, 2005

POSTMORTEM REPORT
ME-8 REV 1/90

STATE OF CONNECTICUT
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
11 Shuttle Rd., FARMINGTON, CONN. 06032

| | |
|---|---|
| M.E. CASE NO. | 00-00977 |
| COUNTY OF DEATH | Hartford |
| TOWN OF DEATH | Glastonbury |
| DATE OF DEATH | 18 Jan 2000 |

THIS IS TO CERTIFY THAT
Malka B. Shah, M.D., Associate Medical Examiner

PERFORMED A POSTMORTEM EXAMINATION ON THE BODY
Christopher A. Phelan

AT
Office of the Chief Medical Examiner

IN THE PRESENCE OF

| BEGINNING AT | ON |
|---|---|
| 9:45 am | 19 Jan 2000 |

AND SAID POSTMORTEM REVEALED

## NARRATIVE SUMMARY:

DESCRIPTION OF CLOTHING/POSSESSIONS:

The body of an adult white male is clad in a bright purple and black-colored, front-zippered jacket which is pulled upwards along with the clothing. Worn under the jacket is a green and black-colored, long-sleeved sweater. Worn under that is a navy blue-colored, long-sleeved shirt. Also worn are brown-colored pants and red, blue and white small-checker-patterned boxer shorts. Present on the feet are white-colored socks and black and white-colored sneakers. Present around the neck is a yellow metal necklace with a cross medallion. Present on the left wrist is a digital wristwatch in running condition, indicating the current time. The clothing reveals extensive bloodstains. The clothing is returned to the family. Recovered from the pants pockets is one ten-dollar bill, one five-dollar bill, four one-dollar bills, two quarters, one nickel and two pennies, which are returned to the family, receipt for which is made out.

EXTERNAL EXAMINATION:

The unclad body of an adult white male measures 5'7" tall and weighs 166 lbs. The head hair is medium brown in color, cut to a medium length. The forehead on the left side reveals a large gaping laceration extending over to the entire left temporoparietal and occipital area. It is an inverted semicircular-shaped laceration which has very sharply cut edges with marginal abrasions. The laceration involves the full thickness of the scalp, as well as the skull underneath is fractured and the entire left cerebral hemisphere is absent from the cranial cavity. The semicircular laceration measures 13" in length and there is also a depression noted of the cranial cavity in this area. The cranial vault is pushed inwardly. The eyebrows are asymmetrical secondary to the laceration involving the left eyebrow. The irides are gray in color. The pupils are circular and equal. The left side of the remaining forehead, front of the cheek area, and front of the ear area reveal dicing superficial abrasions. A few abrasions are also noted over the nose and

(report continues on next page)

**POSTMORTEM REPORT** (Continued)
ME-9 REV 1/90

STATE OF CONNECTICUT
## OFFICE OF THE CHIEF MEDICAL EXAMINER
11 Shuttle Rd., FARMINGTON, CONN. 06032

| M.E. CASE NO. |
| --- |
| 00-00977 |

NAME
Christopher
A.
Phelan

Page  2

Narrative Summary of Postmortem Examination: (continued)

chin area.  The ears are within normal limits.  The oral cavity has
natural teeth and is lined with clear mucoid material.  The neck is soft
and supple, free of any palpable masses.

The chest and abdomen reveal male distribution-type hair.  The
anterior aspect of the left shoulder reveals a superficial abrasion which
is brown-black in color.  The abrasion has a patterned appearance,
measuring 5" anteroposteriorly and 2" laterally.  Upon palpation of the
bilateral shoulders, however, no palpable fracture is noted.

The right upper arm, elbow, cubital fossa and lower arm reveal no
palpable fractures.  There are a few dicing abrasions of the right index
finger noted.  The left upper arm, elbow, cubital fossa and lower arm
reveal no palpable fractures.  The dorsum of the left wrist, hand, fingers
and the knuckle areas reveal superficial dicing abrasions.

The bilateral upper legs, knees and lower legs reveal no palpable
fractures.  The midportion of the shin areas reveals patterned superficial
abrasions.  The ankles and feet are within normal limits.

The genitalia are that of an adult circumcised male with bilateral
testes in the scrotum.

The back reveals bluish purple lividity with pressure-blanched areas.
No injuries are seen.

A portion of the brain which had extruded from the cranial cavity was
recovered from the automobile and brought by the police officer from the
State Police to the Medical Examiner's Office.  This portion weighs
200 grams.  It is submitted along with the organs to be returned with the
body.

INTERNAL EXAMINATION:

The body is opened with modified Y-shaped incision.  The organs lie in
their normal anatomic position.  The mediastinum is central.  The
diaphragmatic domes are symmetrical.  There is no excess body fluid noted in
thoracic or abdominal cavities.  The panniculus measures 3 cm. in
thickness.  The ribs, thoracic cage and vertebral column reveal no
injuries or abnormalities.

(report continues on next page)

**POSTMORTEM REPORT (Continued)**
ME-9 REV 1/90

STATE OF CONNECTICUT
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
11 Shuttle Rd., FARMINGTON, CONN. 06032

| M.E.CASE NO. |
| --- |
| 00-00977 |
| NAME |
| Christopher A. Phelan |
| Page 3 |

Narrative Summary of Postmortem Examination: (continued)

HEART AND GREAT VESSELS:

The pericardium reveals no adhesions.  The pericardial cavity contains approximately 10 cc. of clear straw-colored fluid.  The epicardium is smooth and glistening.  The heart weighs 410 grams.  The right and left atria and ventricles contain a thin film of liquid blood.  The tricuspid, pulmonic, mitral and aortic valves are thin and glistening, free of any adhesions or thickenings.  The endocardium is smooth and transparent.  The myocardium has reddish brown, homogeneous appearance, free of any hemorrhage, fibrosis or abnormalities.  The right coronary artery is the dominant artery.  There is no atherosclerosis noted.  The ascending aorta, arch, thoracic and abdominal aorta reveal normal elasticity of the wall.  There is no atherosclerosis noted.  The major branches are normally disposed. The superior and inferior venae cavae, pulmonary trunk and veins are within normal limits.

LUNGS:

Right and left lungs weigh 390 grams and 320 grams respectively.  The pleurae reveal a mild degree of anthracosis.  The lungs have a markedly pale, pink-brown color.  The major bronchi and primary branches are lined with thin, clear mucoid material.  The pulmonary vessels contain a thin film of liquid blood.  The cut surfaces of the lung parenchyma have a pale, pink-brown color and soft, spongy consistency with minimal anthracosis.

GASTROINTESTINAL SYSTEM:

The esophagus is lined by a grayish white, longitudinally folded mucosa.  The stomach contains approximately 300 cc. of yellow-brown, semisolid-to-fluid material in which small pieces of orange and green vegetable fragments and small chunks of brown-colored meat are noted.  The gastric mucosa reveals normal rugosity, no ulcers or hemorrhage noted. The duodenum, small intestine and large intestine reveal normal rugosity of the mucosa.  The appendix is present.

LIVER:

The serosal surface is smooth and glistening.  The liver weighs 1,650 grams.  The cut surface of the liver has reddish brown, soft, homogeneous appearance.

(report continues on next page)

**POSTMORTEM REPORT (Continued)**
ME-9 REV -1/90

STATE OF CONNECTICUT
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
11 Shuttle Rd., FARMINGTON, CONN. 06032

| M.E.CASE NO. |
| --- |
| 00-00977 |
| NAME |
| Christopher A. Phelan |
| Page  4 |

Narrative Summary of Postmortem Examination: (continued)

GALLBLADDER:

The gallbladder contains approximately 1 cc. of dark green bile. There are no gallstones. The mucosa is dark green, smooth, velvety in appearance.

SPLEEN:

The serosal surface is smooth and glistening. The spleen weighs 220 grams. The cut surface of the spleen reveals marked pallor and is free of any injury or abnormalities.

PANCREAS:

The pancreas has a tannish brown, firm, lobulated appearance.

ADRENALS:

The right and left adrenals are symmetrical with thin, golden-yellow colored cortices and dark brown medullae. The cortices reveal no nodularity.

KIDNEYS:

Right and left kidneys weigh 150 grams and 170 grams respectively. The capsules are thin and transparent. Capsules peel off easily. The surfaces of the kidneys are smooth, free of any granularity or scarring. The cortices and medullae reveal marked pallor. The cut surfaces of the kidneys reveal well-demarcated cortices and medullae. The bilateral calyceal systems and renal pelves are normally disposed, draining into a single ureter on each side.

URINARY BLADDER:

The urinary bladder contains approximately 300 cc. of clear yellow urine. The bladder mucosa has creamish white rugosity. The ureteral openings reveal no strictures or abnormalities.

INTERNAL GENITAL ORGANS:

The prostate has a creamish white, whorled appearance and soft consistency. No nodularity is noted.

(report continues on next page)

POSTMORTEM REPORT (Continued)
ME-9 REV 1/90

STATE OF CONNECTICUT
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
11 Shuttle Rd., FARMINGTON, CONN. 06032

M.E.CASE NO.
00-00977

NAME
Christopher A. Phelan

Page 5

Narrative Summary of Postmortem Examination: (continued)

The bilateral testes are symmetrical and oval-shaped. The capsules are milky-white and glistening. The cut surfaces are a light brown color, soft in consistency and have a radiating pattern. No nodularity of the parenchyma is seen. The epididymides are symmetrical and uniformly tubular in appearance.

NECK ORGANS AND TONGUE:

The anterior strap muscles and soft tissues of the neck reveal no injuries or abnormalities. The immediate strap muscles of larynx reveal no abnormalities. The mucosa of the epiglottis, vocal cords and larynx is lined by clear mucoid material. The hyoid bone, thyroid cartilage and cricoid cartilage are intact. The mucosa reveals no ulcers or hemorrhage. The trachea is lined by a clear mucoid material.

The mucosa of the tongue is light pink-white in color and has a normal rugosed appearance. The cut surface reveals pink-brown colored radiating pattern of the muscles.

THYROID:

The thyroid lobes are symmetrical with thin and transparent capsule. The cut surface of the thyroid has a yellowish brown, lobulated colloidal appearing parenchyma.

HEAD AND BRAIN:

The gaping laceration of the scalp is 13" in length and it involves the left frontoparietal, temporal and occipital bones such that the entire cranial cavity is exposed. The superior part of the cranial vault has very sharply cut edges and the inferior part of the cranial vault has a comminuted fracture, with fractured bone pieces pushed into the cranial cavity. The brain is removed through this cranial cavity only. The left cerebral hemisphere received from the State Police weighs 200 grams and the remaining right cerebral hemisphere and the cerebellum and midbrain weigh 880 grams, the weight of the brain totaling 1,080 grams. The transected part of the corpus callosum in the midline is torn. Bilaterally the frontal, parietal and occipital areas of the cerebral hemisphere reveal contusions of the gray and white matter. More contusions are noted in the posterior, parietal and occipital area of the gray and white matter. The ventricles are torn. The base of the brain reveals torn circle of Willis and its major branches. The ventricles are filled with liquid blood, especially that of the right cerebral

(report continues on next page)

**POSTMORTEM REPORT** (Continued)
ME-9 REV 1/90

STATE OF CONNECTICUT
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
11 Shuttle Rd., FARMINGTON, CONN. 06032

| M.E.CASE NO. |
| --- |
| 00-00977 |
| NAME |
| Christopher A. Phelan |
| Page    6 |

Narrative Summary of Postmortem Examination: (continued)

hemisphere.  The basal ganglia and hippocampi are well-defined and also reveal contusions.  The cerebellum and midbrain reveal normally disposed, markedly soft gray and white matter.  There are tears of the cerebral peduncle on the left side noted and contusions noted in the pons area of the midbrain.  Upon reflecting the dura from the base of the skull, the remaining skull reveals no fracture except for the very sharply cut edges of the cranial vault and the left side of the head.


**LABORATORY PROCEDURES**:

Specimens taken for Toxicologic Analysis:
          Blood, Cardiac;  Urine;  Vitreous;  Gastric Contents;
          Liver;  Brain

Other agencies participating in investigation:
          John Dempsey Hospital

**ANATOMIC DIAGNOSES**:

    COMMINUTED AND SHARPLY CUT EDGE OF THE CRANIAL VAULT FRACTURES.
    TRANSECTION OF THE LEFT CEREBRAL HEMISPHERE, WITH EXTRUSION OF THE
      CEREBRAL HEMISPHERE FROM THE CRANIAL CAVITY.
    CONTUSIONS OF THE GRAY AND WHITE MATTER OF THE CEREBRAL HEMISPHERES.


**POSTMORTEM COMPLETED AT**: 10:45 am

                    (report continues on next page)

**POSTMORTEM REPORT** (Continued)
ME-9 REV 1/90

| | |
|---|---|
| | M.E. CASE NO. 00-00977 |
| | NAME Christopher A. Phelan |
| | Page 7 |

STATE OF CONNECTICUT
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
11 Shuttle Rd., FARMINGTON, CONN. 06032

<u>**CAUSE OF DEATH**</u>:

    HEAD INJURIES

<u>**MANNER OF DEATH**</u>: ACCIDENT

<u>**Certification**</u>:

This is a true statement of the postmortem findings upon the body of
Christopher A. Phelan.

Malka B. Shah, M.D.
Associate Medical Examiner
02/14/2000

            **(End of Report)**

**TOXICOLOGY REPORT**
ME-18 REV. 8/89

STATE OF CONNECTICUT
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
11 Shuttle Road, Farmington, Connecticut 06032
TELEPHONE: (860) 679-3980

| | | M.E. CASE NO. 00-00977 |
|---|---|---|
| LAB NO. L00-0085 | DECEASED Christopher A. Phelan    29 yrs   White Male | DATE OF REPORT 07 Feb 00 |

SPECIMENS SUBMITTED
Blood (40 mL), Stomach Contents (95 mL), Urine (90 mL), Brain (92 g), Liver (100 g), Vitreous (3 mL)

| TAKEN BY Malka B. Shah, M.D. | AT Office of the Chief Medical Examiner | ON (Date/Time) 1/19/00 |
|---|---|---|
| RECEIVED FROM Malka B. Shah, M.D. | BY Sandra Petruzzi | ON (Date/Time) 1/20/00   6:39 a.m. |

FINDING

Blood was analyzed for the presence of ethanol and other common volatile hydrocarbons by a microdiffusion procedure. None were detected.

Blood was analyzed for the presence of acidic drugs by gas chromatography/mass spectrometry procedures. Caffeine, caffeine-related and theobromine were detected.

Blood was analyzed for the presence of basic drugs by gas chromatography/mass spectrometry procedures. Caffeine was detected.

Blood was screened for the presence of carbon monoxide by a microdiffusion procedure. None was detected.

Blood was analyzed for the presence of cocaine and/or cocaine metabolites and opiates by radioimmunoassay. None were detected.

Urine was analyzed for the presence of salicylates by a colorimetric procedure. None were detected.

Sherwood C. Lewis, Ph.D.
Director of Toxicology

2/10

Unless notified in writing, the tissue specimens retained in this case
will be destroyed one year after the date of this report.