UNITED STATES DISTRICT COURT

for the

DISTRICT OF CONNECTICUT

IN RE: JEEP WRANGLER CLASS ACTION

ANGELA PHELAN, ADMINISTRATRIX        Civil No.3:02CV1219 JBA

OF THE ESTATE OF CHRISTOPHER

PHELAN, CLASS MEMBER AND             March 24, 2003

INDIVIDUALLY

VS.

DAIMLER CHRYSLER CORPORATION


DEPOSITION OF MALKA B. SHAH, M.D.


A P P E A R A N C E S:

    STANGER & ARNOLD, LLP
        Attorneys for the Plaintiffs
        29 South Main Street
        West Hartford, Connecticut 06107
        (860) 561-0650
    BY:   STEVEN E. ARNOLD, ESQ.
          - and -
        PETER VANDIKE, ESQ.

    CORNELL & GOLLUB
        Attorneys for the Defendant
        75 Federal Street
        Boston, Massachusetts 02110
        (617) 482-8100
    BY:   JAMES P. KERR, ESQ.


                        KIMBERLY A. WHITTY
                        COURT REPORTER
                        LSR-00161


NIZIANKIEWICZ & MILLER REPORTING SERVICES (860) 291-9191

1   courses since you joined the Medical Examiner's Office
2   back in '81?
3       A.  Yes, continually, all the time, whenever there
4   is a seminar that I need to go or I have a presentation
5   to do, I will go and attend it. At the same time we
6   have students who are here from the residency program
7   from the State of Connecticut hospitals, as well as the
8   Physician's Assistant students who come also, the
9   medical students who come also, the police officers, as
10  part of the teaching that I do also.
11      Q.  And what sort of teaching do you do for police
12  officers?
13      A.  Lecture, most of the time, and describing them
14  too in the areas whatever the trauma is and how they
15  should investigate as far as the medical examiner's
16  point of view, what it is and what we are looking for,
17  that complies with their training or not.
18      Q.  And can you describe the contents of the
19  teaching or describe a little more in detail because you
20  did give me some description.
21      A.  Which will include varieties of homicide,
22  gunshot wounds, stabbing, blood, trauma, also involves
23  variety of accidents, motor vehicle, drowning, plain
24  crash or pedestrians or just a fall down the flight of
25  stairs or a hypothermia, suicides, which could be

1   varieties of them, hanging, drowning or a shooting or a
2   drug overdoses, all other cases of drug overdoses which
3   are not related with suicide so when we teach them also
4   I include with that the natural deaths that can occur at
5   any age, however, they may mask the situation appearing
6   as a trauma and whether the trauma is a fall trauma so
7   those are the things they teach police officers.
8       Q.   Now, I believe there's an indication on your
9   Curriculum Vitae that you've performed something in the
10  order of 4,500 autopsies; is that correct?
11      A.   That is then when I wrote it, now I've done
12  more than 5,000 autopsies.
13      Q.   Okay.  How many autopsies have you performed
14  where death resulted from massive head trauma sustained
15  in an automobile accident?
16      A.   Lots of them, all of them.  I have not
17  separated, it is physically impossible to do it unless
18  the computer data can separate it out.  I personally
19  don't have any recollection, but we do autopsies on
20  average two to three cases a day so there is always
21  enough cases of all varieties that I have done.
22      Q.   Okay.  Would there be any indication in the
23  data as to whether the automobile accident -- the kinds
24  of automobile accidents that I've just described
25  involved roll overs?

```
1    C-1, there's a statement that Christopher Phelan's death
2    was caused by a blow to his head from a linear object
3    during his January 18, 2000 accident; is that correct?
4         A.   Yes, it is.
5         Q.   And what is the basis of your opinion that the
6    blow to his head came from a linear object?
7         A.   That is the pattern of the injury, which is
8    that on his head which is an angled object which is
9    linear, and from that, my opinion is based on it looking
10   at his injury on the body because that's part of my
11   expertise, what type of an object must have struck it,
12   it looks like it's a linear object that struck his head.
13        Q.   Can you define a linear object?
14        A.   Linear is a straight, blunt object.
15        Q.   What range of items would that include, the
16   category of linear object?
17        A.   From a 2 x 4 to a ruler to any pipe or
18   anything else or a door frame, for that matter, of a
19   car.
20        Q.   Actually, I refer you now to Paragraph 3, and
21   in the last clause of Paragraph 3, you state, "It's
22   probable that Christopher Phelan's head injury was
23   caused by an upper portion of his driver's door frame
24   that crushed inward during the accident", correct?
25        A.   Yes.
```

NIZIANKIEWICZ & MILLER REPORTING SERVICES (860) 291-9191

1     Q.    Okay.  What's the basis of your opinion that
2  the injury resulted from a crush from the driver's door
3  frame?
4     A.    I was provided by the photograph from
5  Elizabeth Flynn, and she asked me -- she had a
6  photograph of the scene of Mr. Phelan when he was found
7  at the scene and how it was with Mr. Phelan's body in
8  the car and how it was, and from looking at the body
9  injury and looking at the object which was nearby to
10 him, I based my opinion on that.
11              MR. ARNOLD:  I think she's referring to
12        the police photographs of Christopher Phelan
13        as he was found in his car --
14              THE WITNESS:  Yes.
15              MR. ARNOLD:  -- before he was removed.
16              THE WITNESS:  Yes.
17    Q.    Okay.  And she showed you -- Attorney Flynn
18 showed you a photograph?
19    A.    Yes, she did.
20    Q.    Did she give you a copy of the photograph?
21    A.    No, she did not.
22    Q.    So you don't have a copy of that photograph in
23 your file?
24    A.    No, I don't.
25    Q.    Okay.  Is there any other factual basis that

NIZIANKIEWICZ & MILLER REPORTING SERVICES (860) 291-9191

1    bottom.  I'm going to talk that way, it's the case
2    number, and she's given like you know A-4, A-5,
3    something like that.
4        Q.   That will help clear things up for the record.
5        A.   So Mr. Phelan's autopsy number is 00-977, of
6    which I'm reading you the case number written for which
7    the last two digits are A-4 and A-5 are the best
8    representation showing the head injury which was present
9    on Mr. Phelan.
10       Q.   Now, can you describe the point of contact
11   between the door frame and Mr. Phelan's head, in your
12   opinion?
13       A.   The contact is from the just above the left
14   eyebrow toward the front of the head, top of his head,
15   going all the way back into just behind the left ear,
16   that's the contact point, and it's mostly all in his
17   left side of the body.  The photograph A-4 showing the
18   injury which is closed as opposed to Photograph A-5
19   shows how the skin and the bone were injured with a
20   downward impact on the head and brain.
21       Q.   Okay.  We can just stop for a minute.
22            MR. KERR:  We'll mark these as 5-A and B.
23            (Photographs marked Defendant's Exhibits
24       5-A and 5-B for identification)
25       Q.   We'll go back on the record.

NIZIANKIEWICZ & MILLER REPORTING SERVICES (860) 291-9191

```
1        A.    Yes, I do.

2        Q.    And do you see red marks on that post?

3        A.    Yes, I do.

4        Q.    Do you have any opinion as to what those red

5   marks might be?

6              MR. ARNOLD:  Objection, foundation.

7        A.    No, I don't.

8        Q.    Dr. Shah, you stated that Mr. Phelan's head

9   injuries came from a linear object, correct, in your

10  disclosure?

11       A.    Yes.

12       Q.    Would you describe this item here, this post,

13  as a linear object?

14       A.    Yes, I can.

15       Q.    Is it possible that Mr. Phelan's injuries

16  resulted from contact with a post such as this?

17             MR. ARNOLD:  Objection.

18       A.    I don't know.

19       Q.    Is it a possibility?

20       A.    That also I don't know.  I do not see any

21  damage to the linear post that it is that something hit

22  it, neither do I know whether there is any blood stain

23  present or any hair samples and all that analysis

24  matters to me also besides that.  This particular object

25  is a straight and fixed.  Mr. Phelan's head has a curved
```

1   laceration, and hitting a straight object to give that
2   semi-circular laceration is sort of inconsistent in the
3   pattern, that's the reason I'm reluctant to say that.
4       Q.   Is it possible that an object such as this
5   caused Christopher Phelan's head injury?
6            MR. ARNOLD:  Objection.
7       A.   I would say less likely because it's not that
8   curved shape. Something like that that is straight, it
9   hits the straight part and it gives only that much of
10  injury, it cannot have the curve which goes from front
11  as well as the back, which covers the circular part of
12  your head as compared to if you put this vertical any
13  which way, it gives only a straight injury to, in my
14  opinion, at least.
15               MR. ARNOLD:  Excuse me.  So I'm not
16           interrupting a question, I'm leaving at the
17           moment because I have a medical appointment,
18           but please just continue on.  Pete will be
19           here to offer any assistance you need.  Thank
20           you very much for your help, and we'll be in
21           touch.  Okay.
22      Q.   Okay.  Dr. Shah, actually, I don't expect
23  we'll be going on too much longer here, but I do have
24  some questions about what we marked as Exhibit 5-C.
25               Directing your attention to the abrasion on

1       Q.    No.  Did you consider any other potential

2   causes of injury other than the door frame before

3   rendering your opinion that it was the door frame that

4   caused this head injury to Mr. Phelan?

5       A.    Before I was shown the picture or after?

6       Q.    After you were shown the picture.

7       A.    That's the most probably likelihood I say that

8   has the injury, and anything else is always possible.

9       Q.    Did you -- well, "anything else", what is

10  concluded in anything else?  There are a number of

11  objects in any accident scene, there's pavement --

12      A.    Any object that he came in contact with his

13  blood and hair samples are deposited and it is curve

14  shape and linear in appearance he could have hit and

15  caused that injury, that's what I'm saying.

16      Q.    Do you have other photographs, the other

17  autopsy photographs?  Thank you.

18            I have a question about your opinion as to why

19  this linear object would have to have been curved.  That

20  is your testimony, isn't that correct, that it would

21  have to have been a linear object that was somehow

22  curved?

23      A.    Yes.  When you look at the exhibit photograph

24  on 5-B, the laceration is semi-circular in shape.  The

25  skin is reflected downwards, and the bone, which is

1  exposed, also has a downward cut to it so it's the
2  curved object hitting him from above, it's just a
3  pattern of the injury, that's what my expertise is, that
4  it has to hit on a curved object hitting him on the side
5  of his head to cause this kind of a laceration.
6          When you look at the bone inside, which is
7  also bone of -- the skull bone has two tables and it
8  kind of slides down, that means the outer table is hit
9  higher than the lower table so it kind of gives a slope
10 to it, and that is also in a curved pattern underneath
11 it, just as the scalp has this curved object or the
12 hitting and going downwards, just the way the skin is
13 pulled down, the bone is pulled down, and the brain
14 material pulled out from here, too.
15     Q.  I'm still a little puzzled as to why it has to
16 be a curved object.  If it hits him from above, couldn't
17 the object simply split his skull open and that portion
18 of his skull would simply be brought down in that
19 fashion?
20     A.  That object, if it hit his skull here, it
21 broke the skull in multiple fracture, however, this has
22 a very typical sharp cut edge of the skull.  When you
23 hit something, you cannot make this kind of injury on it
24 because when you hit it the way it is, the force is
25 centered more and it spreads out so you will have sort

NIZIANKIEWICZ & MILLER REPORTING SERVICES (860) 291-9191

```
1    of a stellate shaped fracture, it will break apart,
2    however, this thing has almost a cut appearance on the
3    scalp as well as on the bone, that's what it looks like
4    to me, since it's downward.  If the skin was reflected
5    on the other side, I would have said it's gone upward.
6    If the skin is reflected front, that means the force had
7    come from behind.  If the skin had gone backwards, then
8    I would say the front force had come in the front,
9    that's what I'm saying.
10        Q.    Well, to your knowledge, is a vehicle's door
11   frame a curved object?
12        A.    As far as the pattern of the angle goes, it
13   may -- again, the object is curved or angled, and the
14   head itself is rounded.  You have to see this is not
15   hitting a side of the arm, which is different as opposed
16   to the shape of the head, which is rounded.
17        Q.    So is it your suggestion the vehicle's door
18   frame somehow became curved in the process of the
19   accident and that's how it made that injury?
20        A.    I'm not saying that the frame of the door
21   became curved or what happened.  It has an angle there,
22   and all I'm saying is that it is consistent with it.  I
23   cannot say -- I'm not saying, yes, the door frame did
24   this.  I'm saying if the door frame were to hit in this
25   area, can that give that injury, and my answer to that
```

1    is yes.

2         Q.   Now, there's blood splattered in other
3    portions of the vehicle, would that indicate that Mr.
4    Phelan's head may have made contact with those portions
5    of the vehicle?

6         A.   Besides blood, if there is hair matter, that
7    will say whether it's contact or not because the blood
8    would splatter and fly.  The head will fly a lot less
9    compared to what the blood will.

10        Q.   Where did you see hair matter?  Did you see
11   hair matter in a vehicle photograph?

12        A.   I don't know, it's not my expertise.  The
13   police had to look at it, where are places the blood,
14   hair and brain was found.

15        Q.   Do you specifically recall reviewing a
16   photograph that showed hair matter?

17        A.   Nope.  I never said that, but this is how --
18   from where the impact is, that analysis can be done.
19   I'm aware of the analysis can be done.  That part of the
20   analysis is not my expertise.

21        Q.   If there was no hair matter or brain matter on
22   the vehicle's door frame that you recall seeing, how do
23   you -- how can you be -- how can you say it was more
24   probable the vehicle's door frame caused the injury than
25   any other portion of the vehicle or an object outside

1   the vehicle?

2   A.  I did not examine the door frame. I just
3   looked at the door frame photograph, which was adjacent
4   to his head, and in my opinion, that's what I said it is
5   consistent with, that could have caused it. The part of
6   the analysis is not my responsibility, that is what I
7   would advise to the police department if they want to
8   exactly determine, please, go ahead, have this analysis
9   done by the expert who it is.

10  Q.  So you're not saying that you found -- you
11  looked at this photograph, you found indications of hair
12  or brain matter on the vehicle's door frame?

13  A.  I never said that. I have not said anywhere.

14  Q.  I did not say you did.

15  A.  I have not said anywhere that. All I'm saying
16  is that the injury caused on Mr. Phelan's head is
17  consistent with that the door frame which was adjacent
18  to the head, and my opinion is based on that, that
19  particular object has a linear angle, appears at the
20  same time the head which has a semi-circular laceration
21  on him with an inward or downward reflex of the skin as
22  well as downward reflex and a fracture of the head.

23  Q.  Dr. Shah, have you reviewed any of the
24  deposition testimony fact witnesses' deposition
25  testimony in the underlying state court action in this

NIZIANKIEWICZ & MILLER REPORTING SERVICES (860) 291-9191

1    A.    That's not my expertise to examine the vehicle
2    and do -- see what has happened to it, that's not my
3    expertise.  All I can quote is injury to the object
4    which was presented to me in a photograph.
5    Q.    Okay.  And Attorney Flynn represented to you
6    at that time this was a photograph of the subject
7    vehicle in this case?
8    A.    Yes, with the subject in it.
9    Q.    With the subject in it?
10   A.    Yes.
11   Q.    Do you have -- did you have any verifying
12   source of information?  Are you certain that this was
13   the subject vehicle?
14   A.    I did the autopsy on him, and he looked like
15   him, that's what I'm saying.  The subject who was there,
16   that's exactly how we received him in the autopsy room,
17   that's how I did the autopsy, that's the reason I'll say
18   the subject and the autopsy person are the same.
19   Q.    But other than Attorney Flynn's
20   representation, you don't have any basis for saying that
21   Christopher Phelan was located in the subject vehicle in
22   that photograph?
23   A.    No, I don't.
24   Q.    Did you ever consider the possibility that any
25   other objects that would have been present at a highway

1    accident scene could have caused this head trauma?

2       A.   If that object was angled, curve shape, yes,

3    that's possible, too, if there is another object present

4    in the area where the accident happened.

5       Q.   I just want to clarify. I'm still trying to

6    find out what you mean if the object was curved. Did

7    the object itself have to be of a particular shape?

8       A.   A rounder shape, a slightly angle shape,

9    that's what the object has to be, that's what I'm trying

10   to say. Part of the reason is the injury which is there

11   on Mr. Phelan's from -- forehead across his left side of

12   the top of the head, back of the head, it goes almost

13   back in the ear area so if you have an object which is

14   of that shape hitting him from above, that can cause the

15   injury because that's what I'm looking at, and if you

16   show me any other object which looks like that, I will

17   say, okay, that's possible, too, because that's how the

18   pattern -- he has a very specific pattern injury. It is

19   not like something that he has with just random injuries

20   on him.

21       Q.   What would it have been about this curved

22   object that would have caused the sharp edges? You

23   mentioned sharp edges on two or three points in your

24   autopsy report narrative, what makes it so sharp edged?

25       A.   When I say sharp edge, it is a very thin edge,

19

1  like this tabletop is, thin edge.  It has a very thin

2  edge because the edges of these laceration is sharply

3  cut, almost to the point as if somebody carved it out,

4  and there is no adjacent abrasion on it so it indicates

5  to me that the edge where they would hit Mr. Phelan in

6  that particular area was very thin lying and a linear

7  object which was hitting at an angle going downwards,

8  that's what's caused this injury.

9     Q.  Okay.  Now, would the whole object -- would

10 there have had to be equal pressure -- we're looking at

11 Exhibit Number 5-B.  Would the object to have to wrap

12 itself around Mr. Phelan's skull to make that kind of

13 injury, is that what you're testifying?

14    A.  Yes, to go from one point to the other because

15 your head is round, and, say, if you just take a ruler

16 to hit it on the forehead, it goes vertical because

17 ruler is not rounding.  If it's the top of the head, it

18 will be only touching the top of the head, it will not

19 touch the back and front.  If it's on the back -- that's

20 the reason I'm saying on a round head, you have around

21 injury, and that's the basis for my opinion.

22    Q.  So the door frame would have had to -- if it

23 were the door frame, the door frame would to have to

24 been wrapped around?

25    A.  I'm not saying it would have wrapped around.

```
 1   I'm saying even the downward angle of it has potential
 2   to touch the front, the top, and the back of Mr.
 3   Phelan's head, and that's the reason I'm describing that
 4   it's more likely that particular object has caused this
 5   injury.
 6        Q.   Okay.  There's one other photograph I want to
 7   talk about.
 8               MR. KERR:  This would be 5-D now.  If you
 9          can clip an exhibit sticker to that.
10               (Photograph marked Defendant's Exhibit
11          5-D for identification)
12        Q.   Okay.  Looking at 5-D, just for the record,
13   I'll read the number in the lower right-hand corner in,
14   it's the number in the lower-right hand corner 5-D is
15   0000977 A-7, and if you would just look at what appears
16   to be an injury to Mr. Phelan's left wrist, is that
17   correct, Dr. Shah?
18        A.   Yes.
19        Q.   Do you have an opinion as to what caused that
20   injury?
21        A.   No.
22        Q.   Okay.  And I have one other I'll ask you
23   about.
24               MR. KERR:  This will be 5-E.
25               (Photograph marked Defenant's Exhibit 5-E
```

1    Q.    And do you expect to give the opinion if
2    you're asked to testify at trial that the injury
3    resulted from contact between the vehicle's left side
4    door frame and Christopher Phelan's skull?
5    A.    That's my expertise, and, yes, I can testify
6    for that, that's what probably the object hit Mr. Phelan
7    and that's what I can testify on.
8    Q.    So you're not going to testify about how the
9    accident happened because that's not your expertise?
10   A.    No, I wasn't there.  I cannot say anything
11   about how the accident happened.  Neither is my
12   expertise to do the road scene construction and
13   determine if that's how the accident happened.  My
14   expertise are the injuries to the human body, which
15   leads to the cause of the person's death and I'm
16   testifying for that.  The pattern of that injury tells
17   me something about the object, the answer to which is,
18   yes, that's what is the most likely object that given in
19   the surrounding area that object has been determined
20   what it is, that's what I'm testifying for.
21   Q.    Now, other than plaintiffs' counsel, who has
22   determined that the vehicle's door frame caused the head
23   injury to Christopher Phelan?
24   A.    I don't know.  I don't know.  I determined Mr.
25   Phelan died of a head injury.