# O'BRIEN & LEVINE

Court Reporting Services



YOUR BOSTON CONNECTION...WORLDWIDE

## Angela Phelan v. Daimler Chrysler Corporation

Transcript of the Testimony of:

## Steven M. Bailo, P.E.

## August 6, 2003

www.court-reporting.com
mail@court-reporting.com

1287 Commonwealth Avenue
Boston, MA 02134
617-254-2909  888.825.DEPO(3376)

Steven M. Bailo, P.E. 8/6/2003
Angela Phelan v. Daimler Chrysler Corporation

Page 122

1  this -- well, strike that.
2      Okay. What is your background with
3  ATB simulations, do you have any experience or
4  expertise?
5  A. Some general knowledge of it, yes. I've seen
6  it utilized in other cases --
7  Q. Do you own it?
8  A. -- as well as this one.
9  Yes.
10 Q. Do you run it?
11 A. Well, the company does.
12 Q. Well, you have it licensed?
13 A. Yes. We have a licensed copy.
14 Q. And, in appropriate cases, you do ATB
15    simulations?
16 A. I have not for my reconstruction. Mainly,
17    it's been utilized in critiquing other
18    reconstructions or simulations.
19 Q. What, as a form of validation?
20 A. No. As a form of critiquing other experts'
21    utilization of the program.
22 Q. Did you utilize your ATB software in regard to
23    critiquing Dr. Ojalvo's opinions?
24 A. I started to. And I guess I would qualify

Page 123

1  that as I'm not -- I couldn't get very far.
2  Q. Was there a reason?
3  A. Lack of time.
4  Q. Okay. What has your training been with ATB
5     simulation?
6  A. No formal training, just getting it and
7     utilizing it, reading the manuals. So, self
8     taught. I didn't go to any formal classes or
9     anything. That's something I guess I might
10    consider doing.
11 Q. How often do you use the ATB simulation in the
12    course of your work, generally?
13 A. Not very.
14 Q. During the rollover sequence that you have as
15    depicted in Exhibit 11, you have about one and
16    a half rolls, correct?
17 A. Well, one and a half is here. So, then, it
18    almost goes another --
19 Q. Almost two rolls?
20 A. Yeah. Almost. A better way of qualifying it
21    is it's certainly past one and a half. It's
22    one and three quarters, plus a little bit.
23 Q. Okay. Look at the vehicle orientation between
24    points 7 and 8. Okay? Post 7 and 8. It's

Page 124

1  180 degrees with the top down relative to the
2  ground, correct?
3  A. Correct.
4  Q. Is it in the air or touching anything?
5  A. I believe it's -- the front end is pitched
6     downward and making contact with the shoulder
7     surface.
8  Q. Physical damage you find to suggest that?
9  A. Yes.
10 Q. Okay. The depiction in between posts 9 and
11    10, that shows the left driver's side of the
12    vehicle facing downward. Where is it in
13    relationship to the guardrail post or ground?
14 A. There, it's going to -- in relation to the
15    guardrail post or -- well, the left side is
16    touching down.
17 Q. On what?
18 A. I believe there's scratch patterns on the
19    left, you know, upper left side of the door
20    frame consistent with that orientation.
21 Q. Okay. Let's take the one just beyond post 10,
22    that's the right side, correct?
23 A. Correct.
24 Q. That's oriented towards the ground. It's in

Page 125

1  contact with the cable guardrail system?
2  A. Probably not in that -- I don't -- that
3     vehicle position may be primarily airborne at
4     that point.
5  Q. How does it defy the laws of gravity, meaning
6     how is it still in the air if it's -- if it's
7     principally on the ground between point 9 and
8     10, it's now in the air?
9  A. It's not uncommon at all for vehicles during
10    roll to come down, hit the ground, and then
11    bounce off. That's very common. You see it
12    all the time. Cars don't remain geared to the
13    road surface that are stuck to it like glue
14    during a roll process.
15 Q. Okay. Let me go back to pole 6. What about
16    the right side of the Jeep Wrangler, where is
17    it in relationship to the guardrail system or
18    the ground?
19 A. It's above it.
20 Q. Not in contact?
21 A. Correct.
22 Q. So, it's your opinion that whenever, during
23    any of this roll sequence, the right side of
24    the Jeep Wrangler was oriented in relationship

32 (Pages 122 to 125)

## Page 1

```
          UNITED STATES DISTRICT COURT FOR THE
                 JUDICIAL DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - x
In re Jeep Wrangler Class Action       :
Angela Phelan, Administratrix of the   :
Estate of Christopher Phelan, Class    :
Member, and Individually               :
                                       :
                                       :
VS                                     :  3:02 CV 1219 JBA
                                       :
                                       :
Daimler Chrysler Corporation           :
- - - - - - - - - - - - - - - - - - - x


    Deposition of IRVING U. OJALVO taken in accordance
with the Connecticut Practice Book, at the law offices of
Stanger & Arnold, 29 South Main Street, West Hartford,
Connecticut, before Robin Moriarty, a Licensed Shorthand
Reporter, No. 00070, and Notary Public, in and for the
State of Connecticut, at 1:00 p.m. on November 25, 2002.




              NIZIANKIEWICZ & MILLER REPORTING SERVICES
                         972 TOLLAND STREET
                     EAST HARTFORD, CT 06108-1533
                           (860) 291-9191
```

## Page 2

APPEARANCES:
ON BEHALF OF THE PLAINTIFF:
STEVEN B. ARNOLD, ESQ.
STANGER & ARNOLD
29 SOUTH MAIN STREET
WEST HARTFORD, CT 06107

ON BEHALF OF THE DEFENDANT:
PETER M. DURNEY, ESQ.
CORNELL & GOLLUB
75 FEDERAL STREET
BOSTON, MA 02110

ALSO PRESENT:
Richard Obert

## Page 3

### STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED by and between counsel representing the parties that each party reserves the right to make specific objections at the trial of the case to each and every question asked and to the answers given thereto by the deponent, reserving the right to move to strike out where applicable, except as to such objections as are directed to the form of the question.

IT IS FURTHER STIPULATED AND AGREED by and between counsel representing the respective parties that proof of the official authority of the Notary Public before whom this deposition is taken is waived.

IT IS FURTHER STIPULATED AND AGREED by and between counsel representing the respective parties that the reading and signing of this deposition by the deponent is not waived.

IT IS FURTHER STIPULATED AND AGREED by and between counsel representing the respective parties that all defects, if any, as to the notice of the taking of the deposition are waived.

Filing of the Notice of Deposition with the original transcript is waived.

## Page 4

IRVING U. OJALVO,
having first been duly sworn,
deposed and testified as follows:

DIRECT EXAMINATION

(Defendant's Exhibit 1 was Marked for Identification.)

MR. DURNEY: Steve, shall we say the usual stipulations?
MR. ARNOLD: That's fine. We'll reserve reading and signing.
MR. DURNEY: All right.

DIRECT EXAMINATION

BY MR. DURNEY:
Q   Would you state your name, please.
A   Irving U. Ojalvo, O-J-A-L-V-O. Irving is with an I.
Q   Okay.
    Mr. Ojalvo, you've had your deposition taken how many times, approximately?

## Page 81

1  Q  Was there any other damage to the Phelan vehicle as
2  a result of contact with the guardrail other than what
3  you've described?
4  A  None that we could find and identify.
5  Q  Did you form an opinion in this case, Sir, as to
6  when it was most likely to have occurred that Mr. Phelan
7  sustained his head injury?
8  A  Yes.
9  Q  What's that opinion?
10  A  It occurred as the Jeep was rolling down the hill,
11  and there was a severe impact on the windshield frame on
12  the extreme left side, on the extreme driver's side at the
13  topmost corner.
14  Q  So at the top of the A pillar, basically on the
15  driver's side?
16  A  Correct.
17  Q  Was that contact with the ground?
18  A  Yes.
19  Q  What was the -- how would you describe the
20  consistency of the ground in the area where you believe
21  this impact occurred?
22  A  We took it as earth which had some stiffness, and
23  we matched the stiffness of the ground in our dynamic
24  simulation such that the energy of that impact equaled the
25  energy -- the deformed energy that we measured and computed

## Page 82

1  for the windshield frame. So the stiffness in our dynamic
2  simulation was adjusted so that the two energies would be
3  the same; the final crush energy and the force moving
4  through a distance energy.
5  Q  How would you describe the terrain in the area
6  where you believe this touchdown of the top of the A pillar
7  occurred?
8  A  Roadside earth, rough terrain, uncultivated.
9  Q  What was the orientation of the vehicle at the
10  moment that the A pillar touched, do you know?
11  A  I have pictures to show you from our dynamic
12  simulation.
13  Q  All right.
14     Do you have a separate folder entitled, Dynamic
15  Simulation?
16  A  Yes.
17  Q  What number is it?
18  A  12.
19     MR. DURNEY: Let's mark that as the next
20     exhibit, please, for identification.
21  A  Here are the pictures that show a sequence of
22  events from our animation.
23
24     (Defendant's Exhibit 9 was Marked for
25     Identification.)

## Page 83

1  BY MR. DURNEY:
2  Q  The photographs you handed me --
3  A  They're not photographs.
4  Q  Two of the documents you handed me are
5  photographs.
6  A  Okay.
7  Q  They were taken at the scene. They're numbered
8  29 and 26 from a set taken by the police on the night of
9  the accident; correct?
10  A  Yes.
11  Q  Then you gave me five pages from a simulation, each
12  of which has two color moments in time, I guess, depicted
13  from your simulation; correct?
14  A  Yes.
15  Q  Why were these particular segments of the
16  simulation segregated?
17  A  I thought that they were appropriate to show
18  statically what the video shows.
19  Q  Can we staple these together so we have them all in
20  one bunch?
21  A  I have no problem with that.
22     MR. DURNEY: Let's mark this 9A, and the
23     two photographs we'll put back in the folder
24     itself. The simulation depicts pictures we've had
25     stapled together are 9A.

## Page 84

1     (Defendant's Exhibit 9A was marked for
2     identification.)
3
4  BY MR. DURNEY:
5  Q  Before I go further with Exhibit 9A, which are the
6  depictions from the simulation; is your simulation in this
7  room?
8  A  Yes.
9  Q  Where is it?
10  A  This is the video, and the computer input that went
11  into it is on that CD, but you can't run the program unless
12  you have ATB, and I can't give you ATB.
13  Q  I understand.
14  A  But you can buy it for a couple thousand dollars, I
15  think.
16  Q  I don't necessarily agree that you can walk into a
17  courtroom and present something that I'm not able to
18  duplicate with my own experts -- without their buying
19  something, but that's a legal argument. I'm not expecting
20  you to engage me.
21  A  I'm not a lawyer. I know I signed a piece of paper
22  saying I cannot give you a copy of ATB when I bought it.
23  Maybe I could buy you a copy of ATB.
24  Q  In any case, you have Phelan CTA 1181, that's just
25  the file number; correct?

Page 85

1  A  Right.
2  Q  And is this a copy of the CD? In other words, you
3  burned a copy for me?
4  A  No, that's not ATB.
5  Q  Strike that. That was incorrect question.
6      This is a copy of the data that went into the
7  simulation; correct?
8  A  Into and out of.
9  Q  So you have your input and output data?
10 A  Plus information from our finite element analysis
11 which are a separate computer program called Adina,
12 A-D-I-N-A. That's on there, too.
13 Q  Where does Adina come from?
14 A  I'm not sure what university it came from.
15 Q  If I want a copy of Adina, where would I find one?
16 A  That CD tells you how to get Adena.
17 Q  Do you have any rights to Adena?
18 A  Just to use it. I again -- I can't give you
19 Adena. It's pretty cheap, though.
20 Q  For a defense expert to analyze what I'm holding in
21 my hand, which is the CD, they need two different software
22 packages. One is ATB and one is Adena; correct?
23 A  Correct.
24 Q  Neither of which are contained in your file, both
25 of which your company owns; correct?

Page 86

1  A  Right; along with thousands of other people.
2  Q  So if I want to analyze and view what's on this CD,
3  I need to have those software packages.
4  A  No. You can view what's on this. You just can't
5  run ATB unless you buy the ATB program.
6  Q  Do you have the hard copy of the data that went
7  into this CD?
8  A  The copy is in our computer, and we don't have a
9  hard copy of it. It just went directly into the computer.
10 Q  Did you print out on the CD everything that exists
11 in your computer having to do with the program inputs and
12 outputs?
13 A  Yes. We didn't give you a hard copy because it
14 would be thousands of pages long.
15     MR. DURNEY: Let's mark this as the next
16     exhibit, please.
17
18     (Defendant's Exhibit 10 was marked for
19     identification.)
20
21     (Defendant's Exhibit 11 was Marked for
22     Identification.)
23
24 BY MR. DURNEY:
25 Q  We marked as Exhibit number 11, the case that holds

Page 87

1  the actual video of the animation, and how long is this
2  animation, Sir?
3  A  Not very long.
4  Q  Did you personally create it?
5  A  No.
6  Q  Who did?
7  A  Kris Seluga.
8  Q  Do you know what programs he used to create this
9  animation?
10 A  We have a special card that allows you to take
11 something from the computer and put it onto a CD.
12 Q  So all he did was take --
13 A  Run ATB.
14 Q  He ran ATB so that he was essentially looking at or
15 could look at the animation as it unfolds from a computer
16 file and transferred it to video tape?
17 A  Correct.
18
19     (A brief discussion was held off the record.)
20
21 BY MR. DURNEY:
22 Q  What is it in Exhibits 10 and 11 that you and your
23 colleagues were trying to depict?
24 A  Well, 10 was simply to comply with Exhibit A.
25 Q  The notice of taking the deposition?

Page 88

1  A  Right.
2  Q  All right.
3  A  And 11 is output that we will eventually put into a
4  video with titles and so on. We just haven't wrapped that
5  up yet. So it's what we have now to satisfy Exhibit A
6  requirements.
7  Q  My request; okay.
8      Exhibit 9A, again, are some still shots from the
9  animation, and the reason you handed these to me a while
10 ago was I asked for that moment in time when the top of the
11 driver's side A pillar touches down, and at the time we
12 were discussing the moment in time when you believe
13 Mr. Phelan sustained his fatal injury?
14 A  Right. That would be sometime around 1,000
15 milliseconds and 1,040 milliseconds, and we have a separate
16 plot that shows force level versus time.
17 Q  Force level measured where?
18 A  At the A pillar.
19 Q  How did you do that?
20 A  ATB tells you what the force level is.
21 Q  What was the maximum force level seen at the tip of
22 the A pillar on the driver's side? That would be at the
23 top of the A pillar.
24 A  I need the file that that came out of it. It's
25 about 2,750 pounds. Here's plot versus time, and it exists

12




*The Engineering Soc
Advancing Mobility i
and Space*

Store ▾  Events ▾  Training ▾  Membership ▾  Community ▾



Search:

Advanced 

79 results found, sorted by relevance

**Sort by:** Date | Relevance    **Summaries:** Hide | Show    1-25 **Next**

| | | | |
|---|---|---|---|
| 1. | 2003-01-2182 : Using Atb in Optimal Injury Prevention and Reduction | 06-17-2003 | Paper |
| 2. | 970967 : Using Atb Under the Hve Environment | 02-24-1997 | Paper |
| 3. | 950131 : Using Atb in Collision Reconstruction | 02-01-1995 | Paper |
| 4. | 951015 : Air Flow and Heat Transfer Analysis of An Automotive Engine Radiator to Calculate Air-To-Boil Temperature | 02-01-1995 | Paper |
| 5. | 881109 : Two-Phase Ammonia Thermal Bus Testbed--Experimental Results | 07-01-1988 | Paper |
| 6. | 880655 : Recent Improvements in Occupant Crash Simulation Capabilities of the Cvs/Atb Model | 02-01-1988 | Paper |
| 7. | 980357 : A New Cvs/Atb Hybrid Iii Model for Lower Extremity Studies: Development and Validation | 02-23-1998 | Paper |
| 8. | 971045 : Limitations of Atb/Cvs as An Accident Reconstruction Tool | 02-24-1997 | Paper |
| 9. | 900540 : The Prediction of Hybrid Iii Manikin Head-Neck Kinematics and Dynamics | 02-01-1990 | Paper |
| 10. | 880646 : Atb Simulation of Hybrid Iii Dummy in Sled Tests | 02-01-1988 | Paper |
| 11. | 871110 : Improvements in the Cvs/Atb Occupant Simulation Model | 05-01-1987 | Paper |
| 12. | 2001-01-0170 : Interaction of the Hand and Wrist With a Door Handgrip During Static Side Air Bag Deployment: Simulation Study Using the Cvs/Atb Multi-Body Program | 03-05-2001 | Paper |
| 13. | 950133 : Pickup Truck Rollover Accident Reconstruction Using the Atb Model | 02-01-1995 | Paper |
| 14. | 930887 : Predictive Simulation of Restrained Occupant Dynamics in Vehicle Rollovers | 03-01-1993 | Paper |
| 15. | 880638 : Hybrid Iii Geometrical and Inertial Properties | 02-01-1988 | Paper |
| 16. | 2003-01-2205 : Experimental Verification of Biomechanical Occupant Response | 06-17-2003 | Paper |

**Search Term(s)**
Simple Search
atb

Predictions for Front- and Rear-Seated Passengers Subjected to Rear Impacts

17. 2003-01-0510 : Modelling and Simulation of Oop Occupant-Airbag Interaction — 03-03-2003 Paper
18. 980300 : Vehicle and Occupant Response to Low-Speed Impact: Comparison of Analysis With Test and Parametric Study — 02-23-1998 Paper
19. 2000-01-2111 : Bracing Position for Side-Facing Seats During Impact — 04-11-2000 Paper
20. 1999-01-0756 : Three-Year-Old Child and Side Airbag Interaction Study Using the Cvs/Atb Multi-Body Simulation Program — 03-01-1999 Paper
21. 952726 : Development of Human Articulating Joint Model Parameters for Crash Dynamics Simulations — 11-01-1995 Paper
22. 950134 : Atb Model Simulation of a Rollover Accident With Occupant Ejection — 02-01-1995 Paper
23. 880601 : The Enhancement and Validation of a Vehicle Engine Cooling System Simulation for a Heavy Duty Diesel Truck — 02-01-1988 Paper
24. 880639 : Part 572 and Hybrid Iii Dummy Comparison Sled Test Simulations — 02-01-1988 Paper
25. 2003-01-3001 : Computation Analysis of Ejection Seat Cushions for Optimal Control of Spinal Injuries — 09-08-2003 Paper

**79** results found, sorted by relevance
**Sort by:** Date | Relevance    **Summaries:** Hide | Show    1-25 **Next**

**Search these results:**

[Search]  Help
Simple Search | Advanced Search

© 2003 SAE International. All rights reserved.
Copyright | Our Privacy Policy | Intellectual Property Policy
Contact Us | Technical Feedback




The Engineering Soc
Advancing Mobility i
and Space

Store ▼   Events ▼   Training ▼   Membership ▼   Community ▼

Search:

Advanced

The Freshest Jobs

careerbuilder.com

79 results found, sorted by relevance

Sort by: Date | Relevance    Summaries: Hide | Show    Prev 26-50 Next

| # | Title | Date | Type |
|---|---|---|---|
| 26. | 971804 : A Computer Simulation of the Turbocharged Diesel Engine as An Enhancement of the Vehicle Engine Cooling System Simulation | 05-19-1997 | Paper |
| 27. | 861876 : Prediction of An OccupantS Motion During Rollover Crashes | 10-27-1986 | Paper |
| 28. | 850281 : An Automotive Front-End Design Approach for Improved Aerodynamics and Cooling | 02-01-1985 | Paper |
| 29. | 2001-01-2659 : Importance of Seat and Head Restraint Positions in Reducing Head-Neck Injuries | 09-11-2001 | Paper |
| 30. | 980211 : The Relationship Between Vertical Velocity and Roof Crush in Rollover Crashes | 02-23-1998 | Paper |
| 31. | 2001-01-2660 : Development of a Dynamic Aircraft Seat Analysis Capability | 09-11-2001 | Paper |
| 32. | 973332 : Comparison of Measured and Predicted Human Whole-Body Inertial Properties | 11-12-1997 | Paper |
| 33. | 970137 : Increased Productivity--Use of Specific Dissipation to Evaluate Vehicle Engine Cooling | 02-24-1997 | Paper |
| 34. | 962374 : The Effect of Structural Stiffness on Occupant Response for a -Gx Acceleration Impact | 10-01-1996 | Paper |
| 35. | 950050 : Dynamic Modeling and Rollover Simulations for Evaluation of Vehicle Glazing Materials | 02-01-1995 | Paper |
| 36. | 900721 : A One-Dimensional Transient Compressible Flow Model for Cooling Airflow Rate Computation | 02-01-1990 | Paper |
| 37. | 880488 : Design and Computer Simulation of Microprocessor Controlled Lubricating Oil Cooling System for Truck Diesel Engine | 02-01-1988 | Paper |
| 38. | 770023 : Engine Cooling System Design for Heavy Duty Trucks | 02-01-1977 | Paper |
| 39. | 2002-01-0712 : Use of a Pressure-Based Technique for Evaluating the Aerodynamics of Vehicle Cooling Systems | 03-04-2002 | Paper |

**Search Term (s)**
Simple Search
atb

| | | | |
|---|---|---|---|
| 40. | 980363 : Experimental Testing of the Hybrid Iii Lower Extremity for Computational Model Development | 02-23-1998 | Paper |
| 41. | 980364 : Lower Extremity and Brake Pedal Interaction in Frontal Collisions: Computer Simulation | 02-23-1998 | Paper |
| 42. | 1999-01-1581 : Math Modeling of Propeller Geometry and Aerodynamics | 04-20-1999 | Paper |
| 43. | 1999-01-0240 : The Vehicle Engine Cooling System Simulation: Part 1 - Model Development | 03-01-1999 | Paper |
| 44. | J819 : Engine Cooling System Field Test (Air-To-Boil) | 11-01-1995 | Standard |

This SAE Standard applies to all self-propelled construction and industrial machines using liquid-cooled internal combustion engines. The purpose of this code is to provide a procedure to determine the cooling system reserve capacity under the conditions existing when tested.

| | | | |
|---|---|---|---|
| 45. | 980021 : Modeling of Vehicle Rollover and Evaluation of Occupant Injury Potential Using Madymo | 02-23-1998 | Paper |
| 46. | 980639 : Analysis of Humerus Orientation in Upper Extremity Experiments With a Deploying Airbag | 02-23-1998 | Paper |
| 47. | 2000-01-1650 : Analysis of Vehicle Tip Stability in Side Impact Tests | 05-01-2000 | Paper |
| 48. | 2000-01-0852 : Applications and Limitations of 3-Dimensional Vehicle Rollover Simulation | 03-06-2000 | Paper |
| 49. | 1999-01-1885 : Biomechanical Simulation and Animation of Vehicle Occupant Kinematics for Restrained and Unrestrained Conditions in Rollover Accidents | 05-18-1999 | Paper |
| 50. | J1393 : On-Highway Truck Cooling Test Code | 02-05-1999 | Standard |

The purpose of this SAE Recommended Practice is to establish a testing procedure to determine the performance capability of the engine cooling system and, if so equipped, the charge air cooling system on on-highway trucks with liquid-cooled internal combustion engines.

**79** results found, sorted by relevance
**Sort by:** Date | Relevance    **Summaries:** Hide | Show    **Prev** 26-50 **Next**

**Search these results:**
[        ] Search  Help
Simple Search | Advanced Search

© 2003 SAE International. All rights reserved.
Copyright | Our Privacy Policy | Intellectual Property Policy
Contact Us | Technical Feedback




The Engineering Soc
Advancing Mobility i
and Space

Store ▾   Events ▾   Training ▾   Membership ▾   Community ▾   A

**The Freshest Jobs**

careerbuilder.com

Search:



Advanced

79 results found, sorted by relevance

**Sort by:** Date | Relevance   **Summaries:** Hide | Show         **Prev** 51-75 **Next**

| | | | |
|---|---|---|---|
| 51. | 983148 : Small Female Upper Extremity Interaction With a Deploying Side Air Bag | 11-02-1998 | Paper |
| 52. | 2001-01-0505 : Pc-Crash and Hve, An Overview of Similarities and Differences | 03-05-2001 | Paper |
| 53. | 2000-01-0351 : Wind-Tunnel Tests of Vehicle Cooling System Performance At High Blockage | 03-06-2000 | Paper |
| 54. | 2000-01-0469 : Simulations of Large School Bus Crashes | 03-06-2000 | Paper |
| 55. | 980377 : Using Three-Dimensional Digitization to Model a Vehicle | 02-23-1998 | Paper |
| 56. | 871991 : An Overview of the Evolution of Computer Assisted Motor Vehicle Accident Reconstruction | 10-01-1987 | Paper |
| 57. | 2000-01-0162 : Development of the Afrl Biodynamics Data Bank and Web User Interface | 03-06-2000 | Paper |
| 58. | 2000-01-0854 : Modeling of Occupant Impacts During Rollover Collisions | 03-06-2000 | Paper |
| 59. | 1999-01-0443 : Maximum Head Displacement of Vehicle Occupants Restrained By Lap and Torso Seat Belts in Frontal Impacts | 03-01-1999 | Paper |
| 60. | 890382 : Live Subject Safety Research-- Side Impact | 02-01-1989 | Paper |
| 61. | 2003-01-1228 : A New Concept for Occupant Deceleration Control in a Crash-Part 2 | 03-03-2003 | Paper |
| 62. | 2003-01-0756 : Development of a Dimethyl Ether (Dme)-Fueled Shuttle Bus | 03-03-2003 | Paper |
| 63. | 2002-01-2226 : Cooling and Airflow Management Development for Trucks Considering Pass-By-Noise | 07-09-2002 | Paper |
| 64. | 2002-01-0183 : Analysis of Automobile Crash Responses Using Wavelets | 03-04-2002 | Paper |
| 65. | 2002-01-0076 : A Controlled Egr Cooling System for Heavy-Duty Diesel Applications Using the Vehicle Engine Cooling System Simulation | 03-04-2002 | Paper |
| 66. | 2002-01-0058 : A Numerical Investigation Into the Thermal Performance of Exhaust | 03-04-2002 | Paper |

**Search Term (s)**

Simple Search
atb

Maniverters

67. 2001-01-3626 : Emission Characteristics of a Navistar 7.3l Turbodiesel Fueled With Blends of Dimethyl Ether and Diesel Fuel — 09-24-2001 — Paper

68. 2001-01-2649 : Analyzing Rvsm Requirements in Mnps Airspace and the Effects on Aircraft Operations — 09-11-2001 — Paper

69. 2001-01-1094 : Numerical Simulation of the Scavenging Process in a Two-Stroke Turbocharged Diesel Engine — 03-05-2001 — Paper

70. 2000-01-0881 : A New Concept for Occupant Deceleration Control in a Crash — 03-06-2000 — Paper

71. 2000-01-0467 : Heavy Truck Rollover Crashworthiness: Testing Methods and Development of Recommended Practices — 03-06-2000 — Paper

72. 2000-01-0853 : Accident Reconstruction of Rollovers--A Methodology — 03-06-2000 — Paper

73. 1999-01-5657 : A History of Manned Powered Flying Wing Development: 1922- 1999 — 10-19-1999 — Paper

74. 982378 : Phosphate Uniformity of Aluminum Closure Sheet — 09-29-1998 — Paper

75. 982285 : The Application of Steel and Aluminum in a New Lightweight Car Body Design — 09-29-1998 — Paper

79 results found, sorted by relevance

**Sort by:** Date | Relevance    **Summaries:** Hide | Show    **Prev** 51-75 **Next**

**Search these results:**

[ ] Search   Help

Simple Search | Advanced Search

© 2003 SAE International. All rights reserved.
Copyright | Our Privacy Policy | Intellectual Property Policy
Contact Us | Technical Feedback




**Search:**

Advanced 

**79** results found, sorted by relevance
**Sort by:** Date | Relevance    **Summaries:** Hide | Show    **Prev** 76-79

76. 960891 : Validation of Several Reconstruction and Simulation Models in the Hve Scientific Visualization Environment    02-01-1996    Paper

77. 890218 : Rollover Crash and Laboratory Tests of Ejection Reduction By Glass-Plastic Side Windows and Windshields    02-01-1989    Paper

78. 880645 : Madymo 3d Simulations of Hybrid Iii Dummy Sled Tests    02-01-1988    Paper

79. 870320 : Simulation of Road Crash Facial Lacerations By Broken Windshields    02-23-1987    Paper

**Search Term(s)**
Simple Search
atb

**79** results found, sorted by relevance
**Sort by:** Date | Relevance    **Summaries:** Hide | Show    **Prev** 76-79

**Search these results:**
[          ] Search  Help
Simple Search | Advanced Search

© 2003 SAE International. All rights reserved.
Copyright | Our Privacy Policy | Intellectual Property Policy
Contact Us | Technical Feedback

13