

U.S. Department of Transportation

National Highway Traffic Safety Administration

DOT HS 807 049 June 1986

Final Report

# Simulation of Restrained Occupant Dynamics During Vehicle Rollover

This document is available to the public from the National Technical Information Service, Springfield, Virginia 22161.

The United States Government does not endorse products or manufacturers. Trade or manufacturers' names appear only because they are considered essential to the object of this report.

Technical Report Documentation Page

| 1. Report No. | 2. Government Accession No. | 3. Recipient's Catalog No. |
|---|---|---|
| DOT HS 807 049 | | |

| 4. Title and Subtitle | 5. Report Date |
|---|---|
| Simulation of Restrained Occupant Dynamics During Vehicle Rollover | June 1986 |
| | 6. Performing Organization Code |
| 7. Author(s) | 8. Performing Organization Report No. |
| Ints Kaleps, Louise A. Obergefell, and James R. Ryerson | |
| 9. Performing Organization Name and Address | 10. Work Unit No. (TRAIS) |
| Armstrong Aerospace Medical Research Laboratory<br>Wright-Patterson AFB OH 45433-6573 | 11. Contract or Grant No.<br>DTHN22-83-X-07296 |
| 12. Sponsoring Agency Name and Address | 13. Type of Report and Period Covered |
| U.S. Department of Transportation<br>National Highway Traffic Safety Administration<br>Crashworthiness Research Division (NRD-12)<br>400 Seventh Street S.W.<br>Washington DC 20590 | Final Report 83 Mar - 86 Jun |
| | 14. Sponsoring Agency Code |

15. Supplementary Notes

16. Abstract

A capability to predictively simulate passenger dynamics during automobile rollover accidents was developed and a violent and complex rollover test was chosen for validation of this capability. The chosen test event was a staged 60 mph rollover crash in which the vehicle, with a restrained Part 572 dummy occupant, made four complete rolls in 4.5 seconds. The vehicle's motion was reconstructed from high speed film coverage of the test. Six-degree-of-freedom data were then used as input to the Articulated Total Body (ATB) model for predictive simulation of the dummy dynamics. The model predictions of the dummy motion compared favorably to the on-board film coverage of the dummy motion. Computer graphics images of the predicted dummy positions using equivalent camera locations and magnification to those in the test were made and compared to film data. Vehicle accelerations and angular velocities along with dummy accelerations were also used for comparison.

| 17. Key Words | 18. Distribution Statement |
|---|---|
| Computer simulation, Modeling, Biodynamics, Rollover, Crash | |

| 19. Security Classif. (of this report) | 20. Security Classif. (of this page) | 21. No. of Pages | 22. Price |
|---|---|---|---|
| Unclassified | Unclassified | 50 | |

Form DOT F 1700.7 (8-72) Reproduction of form and completed page is authorized

# PREFACE

The research effort described in this report was performed for the National Highway Traffic Safety Administration (NHTSA) by the Armstrong Aerospace Medical Research Laboratory (AAMRL) at the Wright-Patterson Air Force Base under Interagency Agreement No DTNH22-83-X-07296. The research was monitored by Arnold Johnson of the Office of Vehicle Research, NHTSA. Portions of this research were conducted by Systems Research Laboratories, Inc of Dayton OH under contract with AAMRL.

TABLE OF CONTENTS

Page

1.0 Introduction . . . . . . . . . . . . . . . . . . . . . . . . 1

2.0 Model Description. . . . . . . . . . . . . . . . . . . . . 3

3.0 Experimental Data. . . . . . . . . . . . . . . . . . . . . 6

4.0 Vehicle Motion Reconstruction. . . . . . . . . . . . . . . 9

5.0 Interior Simulation . . . . . . . . . . . . . . . . . . . . 11

5.1 Manikin Design . . . . . . . . . . . . . . . . . . . 11
5.2 Vehicle Interior . . . . . . . . . . . . . . . . . . 12
5.3 Seat Belt Configuration. . . . . . . . . . . . . . . 13

6.0 Vehicle Motion Results. . . . . . . . . . . . . . . . . . 14

6.1 Graphic Comparison . . . . . . . . . . . . . . . . . 14
6.2 Kinematics . . . . . . . . . . . . . . . . . . . . . 14

7.0 Manikin Responses . . . . . . . . . . . . . . . . . . . . 27

7.1 Graphic. . . . . . . . . . . . . . . . . . . . . . . 27
7.2 Transducer . . . . . . . . . . . . . . . . . . . . . 34
7.3 Interactive Forces . . . . . . . . . . . . . . . . . 36

8.0 Conclusions . . . . . . . . . . . . . . . . . . . . . . . 39

Appendix A: Simulation Input Data Set . . . . . . . . . . . . 42
Appendix B: Formatted Input Data . . . . . . . . . . . . . . 57

References . . . . . . . . . . . . . . . . . . . . . . . . . 97

LIST OF FIGURES

Page

1. Segment and Joint Numbering Scheme . . . . . . . . . . . . . . . . . . 4
2. Test Layout. . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
3. Vehicle Motion: Film and Simulation. . . . . . . . . . . . . . . . . 15
4. Vehicle Linear and Roll Angular Kinematic Data From Film. . . . . . . 21
5. Vehicle Y Linear and Pitch Angular Kinematic Data From Film . . . . . 22
6. Vehicle Z Linear and Yaw Angular Kinematic Data From Film . . . . . 23
7. Vehicle Experiment and Simulation Angular Velocities. . . . . . . . . 26
8. Manikin Motion: Film and Simulation. . . . . . . . . . . . . . . . . 28
9. Simulation Seat Belt Forces . . . . . . . . . . . . . . . . . . . . 35
10. Simulation Neck Forces and Torques. . . . . . . . . . . . . . . . . 37
11. Simulation Side Door Contact Forces . . . . . . . . . . . . . . . . 38

# 1.0 INTRODUCTION

Emphasis in automobile crash research and simulation has traditionally been concentrated on unidirectional abrupt impacts since these are the most common accidents and are most directly associated with serious injuries and fatalities. Occupant protection methods have also been directed to maximize safety for these kind of exposures. However, considerably less attention has been given to cases of automobile rollover and the effectiveness of impact protective devices in reducing injury and fatality during rollover.

Controlled experiments for such situations are generally difficult to conduct, and when such events are induced the vehicle dynamics often vary considerably from those initially planned. In these particular cases, predictive simulations of passenger responses are especially attractive because the complex vehicle motion poses no inherent problem for simulation. Additionally, if experimental data is available, an equivalent simulation may be conducted for crash reconstruction purposes. This reconstruction can serve not only to validate the modeling methodology, but can also be used as the basis or benchmark for predictive simulation of situations of similar nature. An additional benefit is that cross validation of data obtained by photographic means can be made with inertial response data obtained from sensors, such as accelerometers or rotational rate gyros, mounted on the vehicle.

In this study a particularly violent and complex vehicle rollover was chosen for simulation to both test the capability of available simulation methodology and to develop the most general procedures. The test event was a partially controlled experiment in which a 4-door Dodge Aries, with a restrained Part 572 dummy in the passenger seat, was accelerated to 60 mph and then released to travel up a ramp created by burying the end of a guardrail. The motion that resulted was four full rotations in about 4 1/2 seconds with the vehicle coming to rest about 200 ft from the release point.

High [illegible] range of motion of the vehicle from orthogonal viewpoints as well as by two cameras inside the vehicle. The film data were analyzed to obtain 6-degree-of-freedom kinematics data for the vehicle motion. This was used as part of the input data for the Articulated Total Body (ATB) Model to specify the vehicle motion time history. Model predictions of vehicle accelerations and angular velocity and dummy motion were compared to vehicle inertial sensor data and the on-board film coverage of dummy motion. The latter was performed by generating computer graphic images of the vehicle and the dummy and displaying these from the equivalent point of view with similar magnification to that for the actual cameras used in the test.

## 2.0 MODEL DESCRIPTION

The model used in this study is based on coupled rigid-body dynamics methods using Euler equations of motion with Lagrange - type constraints. The model was originally developed by Calspan Corporation for the study of human-body and anthropomorphic-dummy dynamics during automobile crashes for the Unites States Department of Transportation (DOT) (Ref. 1), and was called the Crash Victim Simulator (CVS). Due to its general analytic structure it was adopted by the Air Force and modifications were made to it to allow application to problems associated with flight safety (Ref. 4). Among these were optional capabilities for modeling complex body harnesses, prescribing more general interactive force characteristics, applying aerodynamic forces to the body and displaying predicted body motion by three-dimensional projected graphics (Ref. 2). With these modifications the Air Force adopted the name Articulated Total Body (ATB) Model for the simulation program.

The specific model configuration applied in this study used 15 body segments. These consisted of the head, neck, upper torso, center torso, lower torso, upper arms, lower arms, upper legs, lower legs and feet. The lower arms were combinations of the forearms and hands. A schematic showing these segments and the numbering scheme used both for the segments and the interconnecting joints is shown in Figure 1. The number of the segments used in simulating body response both in this and other studies has been dictated by the requirements of the particular event being simulated and the availability of individual segment data. For the present study, 15 segments were chosen, since it was felt that these would adequately represent the various differential motions of concern during a rollover event.

Since the body model is three-dimensional and can be viewed as a chain link system having no closed loops, the choice of 15 segments results in 14 joints and a total of 48 degrees of freedom.

External forces to the segments are applied to the contact or envelope



Joint j connects segment JNT(j) with segment j+1

| JNT(i)= | 1 | 2 | 3 | 4 | 1 | 6 | 7 | 1 | 9 | 10 | 3 | 12 | 3 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (i)= | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |

Figure 1. 15 Segment model configuration with segment and joint numbering scheme.

ellipsoids which are rigidly attached to the center of mass of each respective segment. These forces can be generated by interactions between segment surfaces and external planes, harness systems, wind forces and other segments. The interactive forces between segments and other segments or planes is applied at the point of contact and is a function of the distance of incursion of the segment into another segment or into a plane. The force-deflection characteristic of this interaction must be provided as input for the model. Harness systems also apply forces to the body with allowable components normal to the segment surfaces and tangentially along the harness tension vectors. Wind forces may also be applied to the body. These must be specified for each segment with a magnitude and direction as a function of time. The effective projected area normal to the windstream for each segment is calculated and then applied to the respective segment.

The solution of the model-describing equations was obtained by numerical integration on a Perkin-Elmer 3250 computer. The computer program requires about 750kbytes of memory and for a 4.5 second real-time simulation uses about 24 hours of computer CPU.

The complete input data set used is in Appendix A. This input descriptive data is available from AAMRL on magnetic tape. Appendix B contains this input data as it is written by the ATB program, labelled and formatted for readability.

There were two types of experimental data collected in the rollover test: Digital data was obtained from accelerometers, angular rate gyros and force transducers. Also video film of the event, as seen from a number of different camera locations (2 inside the car and 7 outside), was collected. A detailed description of the conditions of the experiment, placement of cameras and sensors, and vehicle and test range dimensions were also available. These data, as well as the experimental results have been reported separately (Ref. 5).

Tri-axial accelerations were measured at the vehicle left B-pillar, on the transmission tunnel near the vehicle center of mass, and at the vehicle right B-pillar. Also tri-axial accelerations were measured in the dummy head and thorax. Additionally the vehicle angular velocity was measured using rotation rate gyros. The analog data were filtered sampled at 1000 samples/second and digitized. For analysis and comparison to simulated responses the digitized data were filtered using Fast Fourier Transforms.

Of the cameras inside the vehicle, one was located on the floor under the steering column facing the front passenger compartment while the other was in the center of the vehicle above the rear seat back and inside the rear window. The floor camera lens was a fish eye lens and the back seat camera had a very wide angle lens. The exterior camera locations are shown in Figure 2 along with the general test layout. The interior cameras ran at 333 frames per second and the first six exterior cameras were fixed position cameras which ran at or near 500 frames per second while camera seven was a 24 fps camera which panned to cover the entire vehicle motion. The forward displacement data used in the simulation was obtained from cameras 1, 3 and 7 and the lateral and vertical displacements from camera 6. Cameras 2 and 5 were not used for motion analysis.

Other experimental data and conditions used to perform the data collection or to produce the simulation were (Ref. 5):

# TEST LAYOUT

7 3 1

DRAG VEHICLE

PULLEY HOUSING

OVERHEAD CAMERA

6 5 4

CABLES

GUARDRAIL

TEST VEHICLE

RAMPED RAIL

CAMERA

REFERENCE POLE

2

Figure 2. Test layout and camera positions.

1. Field measurements
2. Exterior and interior vehicle measurements
3. Vehicle weight distribution and C.G. location
5. Restraint belt anchorage locations
6. Seat load deflection data

## 4.0 VEHICLE MOTION RECONSTRUCTION

The prescription of the vehicle motion for the Articulated Total Body (ATB) Model Program can be fully 3 dimensional. The input may be acceleration, velocity or displacement data for both the linear and rotational motion. The experimental data chosen for use as ATB Model input was the video film data. There were two principal reasons for using this data instead of the accelerometer and rate gyro data: (1) the accelerometer and rate gyro data are relative to the vehicle coordinate system. The ATB Program requires angular acceleration or velocity input in local coordinates, but linear motion must be specified in an inertial, ground fixed system. (2) Since the accelerometer data would have to be converted to inertial coordinates using the cumulative displacements computed at each time point from the rate gyro data, any experimental error in the rate gyro data would be compounded at each successive time step. The actual vehicle position and orientation thus derived could be considerably off as time progressed. Consequently, the film displacement data offered the best prospects for obtaining an accurate vehicle kinematics input prescription. While certain acceleration profile characteristics could be lost if the data were not collected precisely enough, nevertheless, the net vehicle linear and angular displacements could never drift very far from the true positions and orientations.

To accomplish the data reduction, two main pieces of hardware from AAMRL's Biodynamic Data Reduction and Graphics System (BDRGS), in addition to a stop action movie projector, were utilized. The first, consists of a Grinnell Graphics system coupled to a CONRAC high resolution color monitor and controlled by a TEKTRONIX 4027 color display terminal. This system allows a graphical image of a car to be generated and rotated through the same orientations as projected from the film and for these orientations to be stored using the AAMRL program MANIP. The second piece of BDRGS hardware is a Talos Digitizer Table. The vehicle linear displacements were determined using several views from the movie of the event which were displayed on the digitizer table. For each desired film frame, six points on

the vehicle plus a landmark point in the test field were digitized in order to determine the linear position of the vehicle center relative to the fixed landmark.

From these measurements both the vehicle orientations and linear positions were calculated and saved at selected time points. The orientations were stored as direction cosines and converted to yaw, pitch and roll angles as required for the ATB program input. To avoid any interpolation error, the data for all six degrees of freedom were collected and stored at constant time intervals for ATB input.

After an initial vehicle motion data set was generated, an ATB simulation was made using this data to obtain the total kinematic output representing the gross vehicle motion. The motion of the car from the simulation, as seen from the various camera viewpoints, was then obtained using the VIEW Program. The equivalent VIEW graphics and film frames were then compared, and the linear distances and the orientations were modified to correct variations between the simulation and film. A simulation was then made with the new data and again compared with the film. This process of comparison and correction was continued until no further changes were deemed necessary. Finally, to eliminate data collection errors, all data were run through a user-controlled-parameter cubic spline smoothing routine, and the initial data points adjusted to insure that the proper initial accelerations and velocities would be obtained by the ATB model.

# 5.0 INTERIOR SIMULATION

A number of specifications are required for setting up the manikin dynamics simulation, including specification of the characteristics of the manikin, the geometry of the vehicle interior along with force-deflection characteristics for each possible contact within the vehicle, the seat belt configuration and three-dimensional motion of the vehicle. Some preliminary simulations were required to completely define these characteristics. Once each part was complete a final 4.5 sec. simulation was made of the manikin's motion during the rollover event.

## 5.1 MANIKIN DESIGN

The manikin used in the experiment was an Alderson Part 572 dummy. The model description used in prescribing segment inertial and geometric properties and joint locations and resistive characteristics was obtained from the Validation of the Crash Victim Simulator Report, Volume 2. (Ref. 1). The model is composed of 15 segments, each having the inertial and surface material properties taken from a Part 572 manikin. These segments are geometrically overlapped and attached to each other at fixed points representing joint or pivot points which best approximate the dummy articulations. The joints remain fixed relative to their associated segments and exhibit ranges of motion and resistive properties appropriate for the articulations which they represent. For example the manikin knees pivot around a straight shaft. Therefore the model typifies the knee joint as a pin joint. The torso and neck articulate by means of rubber cylinders able to bend in any direction. Consequently those joints are mathematically modeled as universal joints. The hip, shoulder, elbow and ankle joints were constructed with more complex articulations with some axes free to rotate, while others were locked. These joints were modeled using Euler angles.

5.2 VEHICLE INTERIOR

The vehicle used in this study was a 4-door 1982 Dodge Aries and the simulation interactive environment was set up to represent the Aries interior. Measurements of the car interior were used to define contact planes representing each potential interacting surface in the vehicle.

Each potential contact between a body segment and a vehicle surface was identified and a force deflection function chosen for each. The force deflection functions chosen were those used with good results in a study of child motion during vehicle panic braking and impact (Ref. 3). Load deflection characteristics for the seat cushion were obtained from Southwest Research Institute (Ref. 5) and were used to define the force-deflection function for the seat cushion and buttocks. An initial set of plane-segment contacts was chosen from an examination of the interior films showing the manikin motion. After an initial simulation, contacts that did not occur were removed and additional contacts were added where needed. In some cases, where the size, angle, or position of a plane allowed the centerpoint of the ellipsoid to slip past the edge of the plane without an interaction occuring, the planes were enlarged or moved to correct the problem. The floor hump was an example of this. The edge of the left foot hit the side of this hump, but not with enough area overlap for the model to apply a force. Raising this plane a few inches was enough to make the model apply a reasonable force to the foot.

A similar problem occurred when the lower legs contacted the edge where the front and bottom dash surfaces met. Segments entering a plane laterally could experience large abrupt changes in forces. The lower legs hit both these surfaces laterally and the resulting force on the legs was highly unrealistic. An additional contact ellipsoid, large enough to fill the front volume of the dash and to closely represent the dash surface provided a smooth surface for the legs to contact. The original dash planes were retained for other contacts.

Plane definitions for the VIEW program were modified in some cases to retain a realistic graphic picture of the vehicle interior.

### 5.3 SEAT BELT CONFIGURATION

The Part 572 manikin is held in the passenger seat by a harness consisting of a lap and shoulder belt. The two belts are anchored to the car. The lap belt lies across the lower torso and the shoulder belt across the lower, middle, and upper torso segments. Two additional contact ellipsoids were used to provide a better surface contour for the belts. The ellipsoid attached to the lower torso kept both belts from sliding off the lower torso. The other ellipsoid is attached to the upper torso in order to provide a better surface geometry for modeling the shoulder interaction. The assumed belt stress-strain ratio was 35000 lb/(in/in). The belt friction coefficient along the belt was .2. For lateral belt motion a coefficient of .9 was chosen in order to prevent the belt from slipping around the pelvic ellipsoid. This approach was reasonable since the upper leg segments would prevent such motion in the dummy, but the simulation of an upper leg harness interaction would be unnecessarily complicated.

# 6.0 VEHICLE MOTION RESULTS

## 6.1 GRAPHIC COMPARISON

The vehicle kinematics used in the simulation is compared to the actual vehicle motion at 300 msec intervals in Figure 3. The vehicle graphics was generated by prescribing the vehicle orientation and displacement, with appropriate conditioning of data as previously discussed, as input to the ATB model and then using the VIEW program to generate the three-dimensional projected graphics. As can be seen, the reconstructed motion agrees well with the observed motion with some minor phase differences.

## 6.2 KINEMATICS

The original vehicle position and orientation data taken from the film were in the form of x, y and z coordinates and cosine matrices. The coordinate system orientation was chosen such that X was to the front, y to the right and z downward with respect to initial vehicle position at the time of first contact with the guard rail. The origin was chosen at the point of initial vehicle contact with the rail. For the ATB model input the cosine matrix data were converted to yaw, pitch and roll angles taken in that sequence. These data were smoothed using spline smoothing and Fourier filtering methods. The specific time histories for the displacements and yaw, pitch and roll angles are shown in Figures 4, 5 and 6. The first and second derivatives of these variables are also shown in the figures. Since the differentiation of a function amplifies the noise in the function the derivatives were used to provide criteria for filtering. Note that while the derivatives of the linear displacement data do correspond to velocity and acceleration, the derivatives of the yaw, pitch and roll angles do not correspond to the vehicle angular velocity and acceleration.