

Figure 3. Vehicle Motion: Film and Simulation. Experiment film frames and simulation graphics from the rear external, camera 4 location at 300 msec intervals.



Figure 3. continued

Figure 3. continued



Figure 3. continued



Figure 5. continued

TIME (MSEC) 4500

Figure 3. continued

## KINEMATIC DATA FROM FILM



Figure 4.    Vehicle X Linear and Roll Angular Kinematic Data from Film.
Vehicle's cubic-spline-smoothed inertial displacements with their
respective 1st and 2nd derivatives used as simulation input.

## KINEMATIC DATA FROM FILM



Figure 5.   Vehicle Y Linear and Pitch Angular Kinematic Data from Film.   Vehicle's cubic-spline-smoothed inertial displacements with their respective 1st and 2nd derivatives used as simulation input.

KINEMATIC DATA FROM FILM



Figure 6.  Vehicle Z Linear and Yaw Angular Kinematic Data from Film.
Vehicle's cubic-spline-smoothed inertial displacements with their
respective 1st and 2nd derivatives used as simulation input.

The x linear displacement graph shows continuously increasing function with a continuously decreasing slope. This is expected since the car enters the test range moving in a +x direction; it then continues primarily in the x direction, losing velocity and gradually coming to a stop. The x velocity graph illustrates the gradually decreasing velocity from an initial maximum of 60.3 mph. The velocity actually appears to increase slightly at times. This is probably due to small transfers of momentum between rotational and linear modes. The x linear acceleration increases rapidly in the -x direction from time zero. This is the result expected due to impact with the guardrail. However the magnitude of the deceleration decreases to zero as the car moves over the top of the guardrail and loses contact. While the deceleration fluctuates, it is predominately negative as expected.

The y linear displacement graph shows the vehicle y position gradually moving to the right and then back toward the original line of motion. The y velocity curve shows the increase in +y velocity to the right and then back to the left. The y acceleration peaks correspond to the guardrail and ground impacts of the rolling vehicle.

The z linear displacement curve shows the launching effect due to the guardrail impact which caused the vehicle to rise 60 inches within the initial .8 seconds. Subsequent rolls keep the car somewhat above its initial position for the entire first 4 seconds. The z velocity graph illustrates the rapidly increasing initial upward velocity and its successive ups and downs oscillating about the zero velocity point as the vehicle rolled about its x axis a total of 4 revolutions. The z acceleration illustrates an initial zero acceleration rapidly increasing to a large negative value which subsequently decreased as the car lost guard contact with the rail. Note the 5 negative peaks corresponding to the 5 times the car struck the ground during its four revolutions.

A comparison was made of the triaxial accelerations measured in the vehicle at the left and right B-pillars and the vehicle center to the accelerations predicted at these points from the reconstructed vehicle

motion.  Agreement was relatively poor.  The experimentally measured
acceleration peaks were consistently higher than the predicted values.
Phases of peaks, corresponding to vehicle and ground contacts,
however, matched reasonably well.  The experimental data had been
collected in two sets since the duration of this experiment was much
longer than what the instrumentation system was originally designed to
accomodate and two data streams had to be collected.  These two data
streams or sets of time histories had to be joined.  This joining
process was performed by adjusting the offset of the second portions
of the time histories to match the output level of the first portions
at the end of the first data stream.  Since the acceleration time
histories were very noisy the matching process was relatively
inaccurate because a precise offset was difficult to determine.  Two
observations that clearly indicated problems with the experimental
acceleration data were that visual inspections of the total
reconstructed time history showed offsets that could not physically be
justified and 7 of the 9 acceleration channels had readings between 3
and 18 g's at the termination of the test when the vehicle was at
rest.  Thus, since the experimental acceleration data were suspect,
conclusive comparisions between the predicted and measured
accelerations were not possible.

A comparison of the angular rotation rates measured on the vehicle and
those predicted showed good agreement.  The experimental and simulated
angular velocities are shown in Figure 7.  The phases of the various
peaks are in very good agreement, except for y axis or pitch rotation
where the simulated positive peak values are smaller than the measured
values, the magnitudes are also in good agreement.



Figure 7.  Vehicle Experiment and Simulation Angular Velocities.
Comparison of the vehicle angular velocities measured about the local
vehicle coordinate axes.



Figure 8.  Manikin Motion:  Film and Simulation.  Experiment film frames and simulation graphics from the front seat camera location at 300 msec intervals.

Figure 8. continued



figure 8. continued

Figure 8. continued

 

Figure 8. continued

motion reconstruction process is a tendency to filter out abrupt
acceleration of the vehicle during rail and ground impacts. While the
motion of the occupant is mainly dictated by the gross motion of the
vehicle, the small and abrupt accelerations can be expected to produce
the observed phase shifts. The harness belt stiffness and the damping
associated with the segment and vehicle may also be contributing
factors to these phase shifts. The first frames show some phase shift
in the moderate motions of the torso, but at 1500 msec the pictures
compare favorably with the manikin high in the seat, held by the lap
belt. The violent motion of the manikin falling towards the driver's
seat and being pulled back is shown in the next few actual and
simulated time frames. When the manikin is initially pinned against
the door the body is twisted to face the door. In the 2700 msec time
frame the simulation actually shows this rotation of the torso. As
the test continues the overall body motion has some other small
inconsistencies, but the simulation and actual pictures generally
remain very similar.

## 7.2 TRANSDUCER

The head and chest triaxial accelerations were available from
accelerometers in the manikin and from the simulation output. As with
the vehicle accelerometer data discussed earlier, the accuracy of the
measured signals appears questionable, with unreasonable accelerations
at the termination of the test and large time history offsets during
the test. With the comparisons that could be made agreement between
the experiment and simulation was relatively poor. The experimental
acceleration magnitudes, especially at the peaks, were generally
higher than the simulation predicted values.

The lap and shoulder belt forces were not measured during the test,
but they are output by the model. The forces at each of the four
anchor points are plotted in Figure 9. The shoulder belt forces occur
mostly during the first second of simulation as the torso leans
forward and before the belt slides down the shoulder. The later