# SIMULATION RESULTS



Figure 9.    Simulation Seat Belt Forces.    The resultant forces in the harness belt at each of the four anchor points.    The top graphs are the shoulder belt anchors and the bottom graphs are the lap belt anchors.    The anchors on the passenger door side are on the right.

35

spikes in the lower anchor point's force correspond to forces at the lap belts adjacent anchor point. Because the lap belt is the main constraint in keeping the body in its seat, it is almost always in tension. The left anchor point has close to 3000 lbs of force during the 2 sec. when the manikin is against the door and high in the seat. The other lap belt anchor point receives forces averaging from 80 to 250 lbs.

The ATB model can output forces that represent those forces that could be measured by a load cell at the base of the head. These neck forces are obtained by adding a locked joint and an additional segment between the neck and head. A second simulation was made with this addition, but because of increased iterations, the neck forces are only available up to 1.8 sec (Figure 10). The forces regularly vary between -20 and 20 lbs., with peaks as high as 50 lbs. The torques average between -20 and 20 in-lbs. with spikes reaching 170 in-lbs. The most significant spike in the graphs at 750 msec. is caused by a whiplash effect when the upper torso hits the seat back and the head and neck joints reach their joint stops.

## 7.3  INTERACTIVE FORCES

Forces that occur when a contact between the body and the vehicle takes place, are another output of the ATB model. A good example of these forces are those between the right arm and torso against the side door and window (Figure 11). During the time that the manikin is pinned against the door, the right arm experiences an average force of 150 lbs, while the upper torso experiences a smaller forces from the door. The large spikes at the beginning of each contact are the impact forces applied by the window. After this initial impact, the forces level off.

# SIMULATION RESULTS



Figure 10.   Simulation Neck Forces and Torques.   The joint forces and torques across the extra joint representing a load cell in the neck. The three rows contain the respective x, y and z components of the force and torque vector acting on the head in the head's coordinate system.

## SIMULATION RESULTS



Figure 11.   Simulation Side Door Contact Forces.   The left graph is the contact forces between the upper torso and the side door.   The right graph is the contact forces between the right upper arm and the side door and window.

CONCLUSIONS

The main objectives of this program were to develop a methodology for the prediction of vehicle occupant dynamics during crash/rollover and to demonstrate its feasibility. The Articulated Total Body (ATB) Model (or, equivalently, the Crash Victim Simulation) program was chosen as the analysis tool for the predictive simulation of the occupant. A particularly complex crash/rollover event was chosen for the simulation so that the developed modeling methodology would be as comprehensive as possible and could consequently be readily applied to simpler cases. Also the choice of a complex event was motivated by a desire to determine the computational limits of the ATB Model.

The simulation was successfully performed and in the process the capability and applicability of the ATB model for crash/rollover event simulation was demonstrated. The ATB model had originally been developed to investigate dynamic events of 100-400 msec duration. In this study this was extended to 4.5 sec, better than an order of magnitude increase. No program modifications were made to achieve this long simulation time, only a careful prescription of physical properties and vehicle kinematics was necessary.

The most critical prescription was that for the harness because of the complexity of the calculations required for the body segment and harness belt interactions. The prescription of these properties were in part done iteratively by examining harness motion during the simulation and then adjusting longitudinal and lateral belt slippage friction coefficients. The coefficients that were finally chosen, however, should be appropriate for future simulations with a similar harness.

The second most critical data prescription for ATB model input was for the vehicle kinematics. This was obtained from a reconstruction of three-dimensional vehicle kinematics from films of the vehicle motion taken during the crash/rollover test. The reconstruction was performed by digitizing frame-by-frame specific points on the vehicle

in the film to obtain the x, y and z coordinates of the vehicle for
each time point. The reconstruction also involved a visual
frame-by-frame comparison of the vehicle in the film to an equivalent
computer generated image of the vehicle. By manipulating the computer
generated image to the same orientation as that of the vehicle seen in
the film a cosine matrix for each time point was determined. From
this positional data velocities and accelerations were calculated.
This process required some data adjustment so that initial conditions
were satisfied and smoothing to eliminate high frequency components
introduced during data collection. Although some automated methods
were attempted for processing of this data, with consideration given
to the incorporation of these methods into the ATB model, it was found
that the kinematic data conditioning was better done on a case by case
basis.

The simulated dummy kinematics agreed very well with the observed
responses considering the complexity of the vehicle motion, the
duration of the event and the first order approximations used in
describing the dummy and vehicle interactions.

While this study has established the general capability for performing
predictive occupant kinematics simulations during crash/rollovers it
has also identified deficiencies, areas of needed and possible
improvement, and additional applications of the developed methodology.

The vehicle kinematics reconstruction process depended on good
photographic coverage of the test and, in part for purposes of
validation, on the inertial measurements made on the vehicle. In this
study the photographic coverage was adequate but could have been
improved by better placement of cameras and range markers. Angular
velocity measurements provided excellent validation data, but the
linear acceleration measurements gave readings that were almost
impossible to correlate to predicted accelerations. Errors in the
accelerometer measurements could account for part of this problem, but

local vehicle deformations and vibrations could also be expected to mask the more subtle accelerations that are due to vehicle rotational motion.

There is no doubt that a significant improvement in the simulation, or in similar simulations could be achieved using a better data base for the occupant and the occupant and interior vehicle interactions as well as a refined vehicle three-dimensional kinematics prescription. The dummy data base used was that for the Part 572 developed by Calspan Corporation and was adequate except for the joint property prescription which did not appear to work well in the simulation. Also better force-deflection characteristics for the segment and vehicle surfaces need to be developed.

The three-dimensional vehicle kinematics reconstruction could be considerably improved if a method were available to directly overlay the video image showing the vehicle motion with an equivalent computer generated graphics image. Such systems are being developed in the video/computer graphics field but were not available for use in this study.

It is recommended that in future studies of crash/rollover events complementary modeling be conducted both to provide additional insight into occupant dynamics during such an event and also to further refine the modeling methodology to where it may stand on its own to provide assessments and guidance for vehicle design. Such use of models would not only be highly cost effective, but it would also allow consideration of a multitude of design options that would normally not be considered due to fabrication and testing constraints.

Appendix A

Simulation Input
Data Set

```
APR. 4, 1985
  50TH PERCENTILE ADULT MALE ALDERSON PART 572 DUMMY AS ANALYZED BY
    FLECK & BUTLER IN CVS VALIDATION FINAL REPORT VOL 2, AUG 1982.          CARD A1A
  IN. LB.SEC.    0.0            0.0           386.088
    81150   4.0D-3 0.25D-3   1.0D-378125-10
   1 050 0 0 0 0 0 0 0 0 0 0 0 0 0 0 1 014 0 0 0 0 0 0 0 0 0 0 0 0 0 0   CARD A3
      16      15                                                          CARD A4
  LTOR 5 29.041.98591.38521.4802   4.90    6.94   6.00   0.00   0.00      0CARD A5
                        PART 572 DUMMY
                          23.85
   MTOR 4  3.00 .0213   .0213  .0087                           0.00 -0.27  1 CARD B1
   UTOR 3 27.872.07991.59151.3362   4.10   5.25   4.40   2.15              CARD B2
   NECK 2  1.82 .0118  .0118 .005    4.66   6.78   9.00   0.00  0.00  0.30
   HEAD 1  4.67 .2197  .2562 .1638   2.70   2.28   4.00  -0.10  0.00  2.20  CARD B2
                                     4.00   3.10   5.00   0.50  0.00  1.65  CARD B2
   RULO 6 20.99 .7723  .7721 .1164                           0.00  0.40   1 CARD B2
   RLLO 7  7.00 .5948  .5907 .0322   3.30   3.50  11.40   0.15  0.00 -2.20  CARD B2
                          -3.74      2.36   2.23   9.45   0.00  0.00  0.00
   RFT  8  2.76 .0363   .0434 .0132                                      1 CARD B2
   LULO 9 20.99 .7723  .7721 .1164   1.52   1.60   5.22   0.00  0.00  0.95  CARD B2
   LLLO10  7.00 .5940  .5907 .0322   3.30   3.50  11.40   0.15  0.00 -2.20  CARD B2
                          -3.74      2.36   2.23   9.45   0.00  0.00  0.00
   LFT 11  2.76 .0363  .0434 .0132                                      1 CARD B2
   RUAM12  4.76 .1378  .1426 .0125   1.52   1.60   5.22   0.00  0.00  0.95  CARD B2
                          -11.52     2.07   1.64   6.88                    CARD B2
   RLAM13  4.61 .2696  .2614 .0125                                      1 CARD B2
   LUAM14  4.76 .1378  .1426 .0125   1.30   1.11   8.38   0.00  0.00  0.95  CARD B2
                          11.52      2.07   1.64   6.88                    CARD B2
   LLAM15  4.61 .2696  .2614 .0125   1.30   1.11   8.38                  1 CARD B2
   CAR C   0.5   0.1    0.1   0.1     0.5    0.5    0.5                     CARD B2
   LTMT P  1  -2-1.790  0.0-2.140 0.000 0.000 2.075                        CARD B2
                                                                          CARD B3
   MTUT O  2  -2 0.000 0.000-2.325-1.131 0.000 6.559                      CARD B3
                                                                          CARD B3
   UTNK N  3  -2 1.575 0.000-6.576 0.000 0.000 2.185                      CARD B3
                          -20.0                                           CARD B3
   NKHD M  4  -2 0.000 0.000-2.135-0.370 0.000 1.390                      CARD B3
                                                                          CARD B3
   PHIF Q  1  -4-0.130 3.500 1.700 1.300 0.000-9.000                      CARD B3
                90.0   90.0   0.0   0.0    4.76    0.0 -27.0  70.0         CARD B3
   RKNE R  6  1-0.043-0.100 6.740-0.097 0.000-7.365                  0.0  CARD B3
              -4-0.097 0.000 8.835 1.600 0.130-7.030  43.0               CARD B3
   RGNK S  7   90.0   0.0  -0.6  90.0    0.0   0.0                        CARD B3
              -4-0.130-3.500 1.700 1.300 0.000-9.000                     CARD B3
   LHIP T  1  -90.0   90.0   0.0   0.0    4.76    0.0   0.0  79.0    0.0   CARD B3
              1-0.043 0.100 6.740-0.097 0.000-7.365  27.0 -70.0     0.0   CARD B3
   LKNE U  9  -4-0.097 0.000 8.835 1.600-0.130-2.030  43.0               CARD B3
                90.0   0.0  -0.6  90.0    0.0   0.0                       CARD B3
   LANK V 10  -4-0.161 7.400-3.580 0.047-0.030-4.690   0.0  79.0    0.0   CARD B3
                                                                          CARD B3
   RSLD W  3
```

43

```
                  0.0    0.0  -90.0    0.0    0.0    0.0
RFLB X   12    -4 0.047-0.030  5.610-0.120  0.025-6.340        55.0   65.0    0.0
               90.0    0.0    0.0    0.0   90.0    0.0    0.0
LSLD Y    3    -4-0.161-7.400-3.580  0.047  0.030-4.690        -8.0   70.0    0.0      CARD B3
                0.0    0.0   90.0    0.0    0.0    0.0
LELB Z   14    -4 0.047 0.030  5.610-0.120-0.025-6.340         53.0  -65.0    0.0      CARD B3
               90.0    0.0    0.0   90.0    0.0    0.0
CAR C    17    -1  0.0    0.0    0.0    0.0    0.0    0.0         8.0   70.0    0.0      CARD B3
                0.0    0.0    0.0    0.0    0.0    0.0
 50.0    0.0    0.0    0.0                                                             CARD B3
 50.0    0.0    0.0    0.0                90.034.383    0.0    0.0    0.0
 31.2    0.0    0.0    0.0                90.034.383    0.0    0.0    0.0              170.0CARD B4A
 31.2    0.0    0.0    0.0                90.0   15.0    0.0    0.0    0.0             170.0CARD B4B
  7.5   75.0   75.0    0.0                90.0   15.0    0.0    0.0    0.0             170.0CARD B4C
 16.0  160.0  160.0    0.0                77.0    7.5   75.0   75.0    0.0              70.0CARD B4D
  0.0   10.0   10.0    0.0                60.0                                         35.0CARD B4E
  1.0   10.0   10.0    0.0                53.0                                             CARD B4F
                                          26.0    1.0   10.0   10.0    0.0             42.0CARD B4G
  7.5   75.0   75.0    0.0                77.0    7.5   75.0   75.0    0.0                  CARD B4G
 16.0  160.0  160.0    0.0                60.0                                         35.0CARD B4H
  0.0   10.0   10.0    0.0                53.0                                             CARD B4H
  1.0   10.0   10.0    0.0                26.0    1.0   10.0   10.0    0.0              42.0CARD B4I
                                                                                          CARD B4J
  0.0  100.0  100.0    0.0               125.0    0.0  100.0  100.0    0.0             60.0CARD B4K
                                                                                          CARD B4K
  0.0   20.0   20.0    0.0                52.0    5.0   50.0   50.0    0.0              70.0CARD B4L
                                                                                          CARD B4L
  0.0  100.0  100.0    0.0               125.0    0.0  100.0  100.0    0.0             60.0CARD B4M
                                                                                          CARD B4M
  0.0   20.0   20.0    0.0                52.0    5.0   50.0   50.0    0.0              70.0CARD B4N
                                                                                          CARD B4N
  0.0    0.0    0.0    0.0                 0.0    0.0    0.0    0.0    0.0                  CARD B4O
  1.20  122.4   30.0   500.0                                                          0.0CARD B4O
  1.20  122.4   30.0   300.0                                                              CARD B5A
  0.15  100.0   30.0    15.0                                                              CARD B5B
  0.15  100.0   30.0    10.0                                                              CARD B5C
  1.00  100.0   30.0   150.0                                                              CARD B5D
  1.00  200.0   30.0   300.0                                                              CARD B5E
  5.00  100.0   30.0   150.0                                                              CARD B5E
  1.00   20.0   30.0    30.0                                                              CARD B5E
  0.50   20.0   30.0    30.0                                                              CARD B5F
  0.50   20.0   30.0    30.0                                                              CARD B5G
  0.00    0.0   30.0     0.0                                                              CARD B5G
  1.00  100.0   30.0   150.0                                                              CARD B5G
  1.00  200.0   30.0   300.0                                                              CARD B5H
  1.00  100.0   30.0   150.0                                                              CARD B5H
  1.00   20.0   30.0    30.0                                                              CARD B5H
  0.50   20.0   30.0    30.0                                                              CARD B5I
  0.50   20.0   30.0    30.0                                                              CARD B5J
  0.00    0.0   30.0     0.0                                                              CARD B5J
                                                                                          CARD B5J
```

```
0.10   50.0   30.0   100.0                                        CARD B5K
0.10   50.0   30.0   100.0                                        CARD B5K
0.00    0.0   30.0     0.0                                        CARD B5K
0.10   20.0   30.0    30.0                                        CARD B5L
0.10   20.0   30.0    30.0                                        CARD B5L
0.00    0.0   30.0     0.0                                        CARD B5L
0.10   50.0   30.0   100.0                                        CARD B5M
0.10   50.0   30.0   100.0                                        CARD B5M
0.00    0.0   30.0     0.0                                        CARD B5M
0.10   20.0   30.0    30.0                                        CARD B5N
0.10   20.0   30.0    30.0                                        CARD B5N
0.00    0.0   30.0     0.0                                        CAPU B5N
0.00    0.0    0.0     0.0                                        CARD B5O

                          .01   .01   .001   .001   .001   .001   CARD B6
                          .01   .01   .001                        CARD B6
                          .01   .01   .001                        CARD B6
                          .01   .01   .001                        CARD B6
                          .01   .01   .001                        CARD B6
                          .01   .01   .001                        CARD B6
                          .01   .01   .001                        CARD B6
                          .01   .01   .001                        CARD B6
                          .01   .01   .001                        CARD B6
                          .01   .01   .001                        CARD B6
                          .01   .01   .001                        CARD B6
                          .01   .01   .001                        CARD B6
                          .01   .01   .001                        CARD B6
                          .01   .01                               CARD B6

R02 DODGE AIRES SEAT / PART 572 DUMMY COMBINED LINEAR & ANGULAR DISPLACEMENTS
0.0   0.0    0.0   0.0   0.0   0.0   0.0   0.0   -93   0.0   .05   CARD C2A
  1     3     93                                                  CARD C2B
0.000     0.000     0.000     0.000     0.000     0.000    0.000  CARDCS 1
0.050    53.137    -0.046    -1.248     0.043     0.342    0.115  CARDCS 2
0.100   106.151    -0.173    -4.505     0.081     1.298    0.575  CARDCS 3
0.150   159.650    -0.360    -8.896    -0.026     2.699    1.542  CARDCS 4
0.200   210.245    -0.596   -13.893    -0.382     4.389    3.186  CARDCS 5
0.250   260.561    -0.875   -19.117    -1.043     6.216    5.691  CARDCS 6
0.300   309.272    -1.202   -24.454    -2.023     8.027    9.229  CARDCS 7
0.350   356.167    -1.589   -29.838    -3.338     9.341   13.917  CARDCS 8
0.400   401.209    -2.074   -35.129    -5.037    10.185   19.773  CARDCS 9
0.450   444.554    -2.684   -40.176    -7.169    11.696   26.700  CARDCS10
0.500   486.501    -3.402   -44.846    -9.722    12.147   34.522  CARDCS11
0.550   527.413    -4.179   -49.022   -12.623    12.340   43.037  CARDCS12
0.600   567.657    -4.897   -52.636   -13.776    12.297   52.060  CARDCS13
0.650   607.595    -5.392   -55.627   -19.096    11.969   61.440  CARDCS14
0.700   647.585    -5.621   -57.920   -22.506    11.316   71.046  CARDCS15
0.750   687.819    -5.520   -59.167   -25.901    10.414   80.712  CARDCS16
0.800   728.440    -5.065   -60.330   -29.131     9.478   90.218  CARDCS17
0.850   769.403    -4.236   -60.601   -32.029     8.749   99.323  CARDCS18
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0.900 | 810.435 | -3.020 | -50.372 | -34.509 | | | |
| 0.950 | 851.249 | -1.400 | -59.734 | -35.614 | 8.358 | 107.845 | CARDC519 |
| 1.000 | 891.549 | 0.651 | -58.790 | -38.438 | 8.268 | 115.710 | CARDC520 |
| 1.050 | 931.109 | 3.141 | -57.630 | -40.023 | 8.347 | 122.934 | CARDC521 |
| 1.100 | 969.847 | 5.998 | -56.275 | -41.411 | 8.463 | 129.567 | CARDC522 |
| 1.150 | 1007.873 | 9.132 | -54.726 | -42.718 | 8.522 | 135.676 | CARDC523 |
| 1.200 | 1045.522 | 12.475 | -52.964 | -44.075 | 8.439 | 141.370 | CARDC524 |
| 1.250 | 1083.091 | 15.959 | -50.979 | -45.537 | 8.158 | 146.633 | CARDC525 |
| 1.300 | 1120.698 | 19.496 | -48.831 | -47.095 | 7.631 | 152.389 | CARDC526 |
| 1.350 | 1158.328 | 22.999 | -46.606 | -48.722 | 6.810 | 158.401 | CARDC527 |
| 1.400 | 1195.834 | 26.404 | -44.427 | -50.369 | 5.646 | 165.347 | CARDC528 |
| 1.450 | 1232.970 | 29.655 | -42.419 | -51.966 | 4.124 | 173.746 | CARDC529 |
| 1.500 | 1269.422 | 32.713 | -40.679 | -53.475 | 2.286 | 184.070 | CARDC530 |
| 1.550 | 1304.844 | 35.564 | -39.297 | -54.903 | 0.233 | 196.618 | CARDC531 |
| 1.600 | 1338.927 | 38.279 | -38.370 | -56.281 | -1.864 | 211.458 | CARDC532 |
| 1.650 | 1371.407 | 40.954 | -37.965 | -57.626 | -3.793 | 228.456 | CARDC533 |
| 1.700 | 1402.100 | 43.697 | -38.037 | -58.967 | -5.372 | 247.336 | CARDC534 |
| 1.750 | 1430.892 | 46.607 | -38.500 | -60.324 | -6.474 | 267.744 | CARDC535 |
| 1.800 | 1457.954 | 49.728 | -39.228 | -61.666 | -6.994 | 289.342 | CARDC536 |
| 1.850 | 1483.673 | 53.077 | -40.078 | -62.965 | -6.864 | 311.856 | CARDC537 |
| 1.900 | 1508.421 | 56.632 | -40.876 | -64.266 | -6.074 | 335.067 | CARDC538 |
| 1.950 | 1532.590 | 60.342 | -41.452 | -65.675 | -4.687 | 358.786 | CARDC539 |
| 2.000 | 1556.578 | 64.080 | -41.702 | -67.280 | -2.849 | 382.893 | CARDC540 |
| 2.050 | 1580.687 | 67.724 | -41.537 | -69.147 | -0.775 | 407.334 | CARDC541 |
| 2.100 | 1605.052 | 71.231 | -40.894 | -71.248 | 1.292 | 432.063 | CARDC542 |
| 2.150 | 1629.708 | 74.572 | -39.698 | -73.557 | 3.124 | 456.993 | CARDC543 |
| 2.200 | 1654.539 | 77.692 | -38.048 | -76.000 | 4.526 | 482.040 | CARDC544 |
| 2.250 | 1679.272 | 80.528 | -36.046 | -78.400 | 5.322 | 507.206 | CARDC545 |
| 2.300 | 1703.590 | 83.002 | -33.876 | -80.424 | 5.345 | 532.586 | CARDC546 |
| 2.350 | 1727.141 | 85.037 | -31.752 | -81.678 | 4.448 | 558.223 | CARDC547 |
| 2.400 | 1749.554 | 86.363 | -29.941 | -81.873 | 2.517 | 584.148 | CARDC548 |
| 2.450 | 1770.655 | 87.544 | -28.703 | -80.883 | -0.456 | 610.120 | CARDC549 |
| 2.500 | 1790.420 | 88.017 | -28.214 | -79.763 | -4.284 | 635.954 | CARDC550 |
| 2.550 | 1808.841 | 88.054 | -28.599 | -75.850 | -8.599 | 661.697 | CARDC551 |
| 2.600 | 1825.881 | 87.742 | -29.870 | -72.803 | -12.972 | 687.362 | CARDC552 |
| 2.650 | 1841.679 | 87.193 | -31.994 | -70.363 | -17.018 | 713.005 | CARDC553 |
| 2.700 | 1856.295 | 86.597 | -34.778 | -69.063 | -20.431 | 738.525 | CARDC554 |
| 2.750 | 1870.061 | 86.165 | -38.033 | -69.158 | -23.026 | 763.751 | CARDC555 |
| 2.800 | 1883.092 | 86.109 | -41.427 | -70.690 | -24.749 | 788.538 | CARDC556 |
| 2.850 | 1895.448 | 87.632 | -44.635 | -73.505 | -25.624 | 812.961 | CARDC557 |
| 2.900 | 1907.233 | 89.181 | -47.430 | -77.270 | -25.707 | 836.833 | CARDC558 |
| 2.950 | 1918.502 | 91.046 | -49.619 | -81.527 | -25.049 | 860.640 | CARDC559 |
| 3.000 | 1929.332 | 93.017 | -51.048 | -85.793 | -23.675 | 884.448 | CARDC560 |
| 3.050 | 1939.607 | 94.026 | -51.580 | -89.685 | -21.599 | 908.297 | CARDC561 |
| 3.100 | 1950.017 | 96.640 | -51.123 | -93.057 | -18.915 | 932.042 | CARDC562 |
| 3.150 | 1960.042 | 98.123 | -49.642 | -95.954 | -15.830 | 955.450 | CARDC563 |
| 3.200 | 1969.925 | 99.368 | -47.274 | -98.447 | -12.527 | 976.449 | CARDC564 |
| 3.250 | 1979.676 | 100.400 | -44.210 | -100.536 | -9.089 | 1001.158 | CARDC565 |
| 3.300 | 1989.276 | 101.232 | -40.652 | -102.081 | -5.594 | 1023.726 | CARDC566 |
| 3.350 | 1999.703 | | -36.817 | -102.847 | -2.243 | 1046.273 | CARDC567 |
| | | | | | 0.650 | 1068.896 | CARDC568 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3.400 | 2007.940 | 101.801 | -32.963 | -102.648 | 2.805 | 1021.608 | CARDC569 |
| 3.450 | 2016.947 | 102.026 | -29.332 | -101.529 | 4.027 | 1114.241 | CARDC570 |
| 3.500 | 2025.679 | 101.835 | -26.083 | -99.886 | 4.184 | 1136.436 | CARDC571 |
| 3.550 | 2034.081 | 101.162 | -23.327 | -98.340 | 3.248 | 1157.783 | CARDC572 |
| 3.600 | 2042.097 | 99.887 | -21.023 | -97.349 | 1.343 | 1178.007 | CARDC573 |
| 3.650 | 2049.682 | 97.934 | -19.360 | -97.012 | -1.297 | 1197.042 | CARDC574 |
| 3.700 | 2056.797 | 95.371 | -18.001 | -97.273 | -4.345 | 1214.975 | CARDC575 |
| 3.750 | 2063.401 | 92.316 | -16.877 | -98.141 | -7.453 | 1231.943 | CARDC576 |
| 3.800 | 2069.456 | 88.934 | -15.902 | -99.703 | -10.300 | 1248.100 | CARDC577 |
| 3.850 | 2074.946 | 85.398 | -15.016 | -101.960 | -12.609 | 1263.615 | CARDC578 |
| 3.900 | 2079.872 | 81.866 | -14.205 | -104.787 | -14.150 | 1278.626 | CARDC579 |
| 3.950 | 2084.261 | 78.481 | -13.455 | -107.946 | -14.769 | 1293.197 | CARDC580 |
| 4.000 | 2088.158 | 75.327 | -12.715 | -111.091 | -14.426 | 1307.389 | CARDC581 |
| 4.050 | 2091.623 | 72.464 | -11.930 | -113.873 | -13.202 | 1321.261 | CARDC582 |
| 4.100 | 2094.719 | 69.913 | -11.086 | -116.110 | -11.245 | 1334.798 | CARDC583 |
| 4.150 | 2097.513 | 67.660 | -10.192 | -117.866 | -8.730 | 1347.900 | CARDC584 |
| 4.200 | 2100.074 | 65.577 | -9.318 | -119.371 | -5.864 | 1360.484 | CARDC585 |
| 4.250 | 2102.468 | 63.539 | -8.541 | -120.874 | -2.905 | 1372.637 | CARDC586 |
| 4.300 | 2104.750 | 61.543 | -7.914 | -122.561 | -0.144 | 1384.613 | CARDC587 |
| 4.350 | 2106.968 | 59.610 | -7.480 | -124.573 | 2.580 | 1396.676 | CARDC588 |
| 4.400 | 2109.151 | 57.731 | -7.251 | -127.007 | 3.933 | 1408.972 | CARDC589 |
| 4.450 | 2111.322 | 55.901 | -7.225 | -129.860 | 5.066 | 1421.539 | CARDC590 |
| 4.500 | 2113.490 | 54.146 | -7.352 | -133.040 | 5.604 | 1434.359 | CARDC591 |
| 4.550 | 2115.661 | 52.488 | -7.575 | -136.436 | 5.664 | 1447.378 | CARDC592 |
| 4.600 | 2117.833 | 50.887 | -7.845 | -139.941 | 5.461 | 1460.514 | CARDC593 |
| 26 | 0 | 0 | 3 | 0 | 0 1 0 0 0 | | CARD D1 |

```
1       SEAT CUSHION                                            CARD D2
-20.0000      27.6300          -1.9900                          CARD D2
   2.2200      27.6300          -9.3100                          CARD D2
-20.0000     -27.6300          -1.9900                          CARD D2
2       SEAT BACK                                               CARD D2
-15.7800     -27.6300          -3.3800                          CARD D2
-23.4100     -27.6300         -21.9400                          CARD D2
-15.7300      27.6300          -3.3800                          CARD D2
3       SEAT CUSHION - 2                                        CARD D2
-15.7800      27.6300          -3.3800                          CARD D2
   2.2200      27.6300          -9.3100                          CARD D2
-15.7800     -27.6300          -3.3800                          CARD D2
4       DASH FRONT - RIGHT                                      CARD D2
 10.3500       0.0000         -11.5600                          CARD D2
  9.7200      27.6300         -11.5600                          CARD D2
 10.3500       0.0000         -25.8100                          CARD D2
5       DASH FRONT - LEFT                                       CARD D2
  9.7200     -27.6300         -11.5600                          CARD D2
 10.3500       0.0000         -11.5600                          CARD D2
  9.7200     -27.6300         -25.8100                          CARD D2
6       WINDSHIELD - RIGHT                                      CARD D2
 -5.6500      26.3700         -41.1300                          CARD D2
 -6.0200      -5.8600         -41.1300                          CARD D2
  9.7200      26.3700         -23.5300                          CARD D2
```

```
7      HEADER - RIGHT
    -6.7000      26.3700
    -6.1800       0.0000        -41.1300        CARD D2
    -8.5300      26.3300        -41.1300        CARD D2
8      WINDSHIELD - LEFT        -41.9300        CARD D2
    -6.6500     -26.3700                        CARD D2
     9.7200     -26.3700        -41.1300        CARD D2
    -6.0200       5.8600        -23.6300        CARD D2
9      DASH BOTTOM - RIGHT      -41.1300        CARD D2
    30.7200      27.6300                        CARD D2
     9.7200      27.6300        -11.5600        CARD D2
    31.3500       0.0000        -11.5600        CARD D2
10     FOOTBOARD                -11.5600        CARD D2
    31.3500     -27.6300                        CARD D2
    21.1000     -27.6300        -11.5600        CARD D2
    31.2500      27.6300         3.5000         CARD D2
11     FLOOR                    -11.5600        CARD D2
    21.1000     -27.6300                        CARD D2
   -25.7800     -27.6300         3.5000         CARD D2
    21.1000      27.6300         3.5000         CARD D2
12     SEAT FRONT               3.5000          CARD D2
     2.2200      27.6300                        CARD D2
     1.7200      27.6300        -9.3100         CARD D2
     2.2200     -27.6300         3.5000         CARD D2
13     HUMP SIDE - RIGHT        -9.3100         CARD D2
    16.2500       6.2500                        CARD D2
     1.8100       6.2500        -4.0600         CARD D2
    26.5400       6.2500        -3.1200         CARD D2
14     HUMP - TOP               3.3500          CARD D2
    23.2200      -6.2500                        CARD D2
     1.1200      -6.2500        -0.0600         CARD D2
    23.5200       6.2500         0.8800         CARD D2
15     HEAD REST - RIGHT        -0.0600         CARD D2
   -23.4100       8.3100                        CARD D2
   -24.9300       8.3100        -21.9400        CARD D2
   -23.4100      20.0600        -25.6400        CARD D2
16     A PILLAR - RIGHT         -21.9400        CARD D2
    -6.6500      19.0000                        CARD D2
     9.7200      26.3500        -41.1300        CARD D2
    -7.2200      20.2800        -23.6300        CARD D2
17     ROOF SIDE - RIGHT        -41.1300        CARD D2
   -25.7800      21.4000                        CARD D2
   -25.7800      20.4000        -37.8800        CARD D2
    -4.9200      21.4000        -41.9300        CARD D2
18     B PILLAR - RT UPPER      -37.8800        CARD D2
   -25.0700      21.4300                        CARD D2
   -22.5700      21.4000        -37.8800        CARD D2
   -25.0700      27.6300        -37.8800        CARD D2
19     B PILLAR - RT LOWER      -23.6300        CARD D2
   -25.0700      27.6300        -23.6300        CARD D2
                                                CARD D2
                                                CARD D2
```

```
     -21.8200
     -25.0700    27.6300
  20              27.6300   -23.6300
        DOOR - RIGHT           3.5000
      9.7200    27.6300
      9.7200    27.6300   -23.6300
     -21.8200    27.6300    3.5000
  21              27.6300   -23.6300
        SIDE UNDER DASH - R
      9.7200    27.6300
      9.7200    27.6300    3.5000
     31.3500    27.6300   -11.5600
  22              27.6300    3.5000
        SIDE WINDOW - RIGHT
     12.0000    20.7200
     12.0000    30.9700   -41.0000
    -35.1700    20.7200   -20.0000
  23              20.7200   -41.0000
        ROOF TOP - RIGHT
    -25.7800     0.0000
     -4.9200     0.0000   -43.5000
    -25.7800     0.0000   -42.7700
  24             20.4000   -42.7700
        DASH FRONT - RIGHT 2
     10.3500     0.0000
      9.7200    27.6300   -11.5600
     10.3500     0.0000   -11.5600
  25              0.0000   -25.8100
        DOOR - RIGHT
      9.7200    27.6300
      9.7200    27.6300   -35.0000
    -21.8200    27.6300    3.5000
  26              27.6300   -35.0000
        SEAT BACK
    -15.7800   -27.6300
    -23.4100   -27.6300    -3.3800
    -15.7800    27.6300   -21.9400
  17    4.5    3.0    3.0   -3.3800
  18    3.2    6.0    8.0    0.0    4.0   -3.5    0.0    0.0    0.0
  19    2.0   40.0    7.25   11.5  25.0 -18.68  0.0    0.0    0.0
   0    0    0    0    0    0   -7.0    0.0    0.0    0.0
   1              0    0    0    0    0    0    0    0
        CONSTANT F=.20
   3         0.0
   0.0    SEAT CUSHION    0.2
  12       -10.0    0.0
       0.0         0.0                    1.0
      1.35        75.0        0.30       25.0
      2.6        150.0        1.9       100.0        0.9
      4.15       300.0        3.4       200.0        2.3
   4     CONSTANT F=0.4      7.0       900.0        3.8
   0.0         0.0                             8.0
   5     WINDSHIELD         0.4
  11    0.0
              -9.0          0.0
   0.0
   2.0        1500.0        0.5                    1.0
                            3.0       500.0        3.0
                                     1000.0        4.0
```

```
                                            CARD D2
                                            CARD D2
                                            CARD D2
                                            CARD D2
                                            CARD D2
                                            CARD D2
                                            CARD D2
                                            CARD D2
                                            CARD D2
                                            CARD D2
                                            CARD D2
                                            CARD D2
                                            CARD D2
                                            CARD D2
                                            CARD D2
                                            CARD D2
                                            CARD D2
                                            CARD D2
                                            CARD D2
                                            CARD D2
                                            CARD D2
                                            CARD D2
                                            CARD D2
                                            CARD D2
                                            CARD D5
                                            CARD D5
                                            CARD D5
                                            CARD D7
                                            CARD E
                                            CARD E
                                            CARD E
                                            CARD E
                                            CARD E
                                     50.0CARD E
                                    125.0CARD E
                                    250.0CARD E
                                   1400.0CARD E
                                            CARD E
                                            CARD E
                                            CARD E
                                            CARD E
                                   1000.0CARD E
                                    500.0CARD E
```

49

```
          5.0        200.0
          8.0         20.0                6.0       100.0
   6      DASH                            9.0         0.0                 7.0
   0.0          -11.           0.0                                               50.0CARD E
   7                                                                                 CARD E
   0.0             0.0                                     0.0                       CARD E
   7.5          1000.                5.5       1175.                                 CARD E
   11.          2080.               9.75       1200.                 6.0             CARD E
   7      CUSHION VISCOUS                                            10.      850.CARD E
 -2000.0        -2000.0                                                     1280.CARD E
   5                                  0.0                                            CARD E
 -2000.0           0.0                                                1.0             CARD E
   200.0          10.0            -200.0                                             CARD E
   8      DASH VISCOUS             2000.0        0.0                 0.0             CARD E
 -2000.0        -2000.0                        200.0                        0.0CARD E
   5                                  0.0                                            CARD E
 -2000.0           0.0                                                1.0             CARD E
   400.0          30.0            -200.0        5.0                  0.5             CARD E
   9      BODY STIFFNESS          2000.0       500.0                        0.0CARD E
   0.0          -3.0              0.0                                                CARD E
  10                                                                                 CARD E
   0.0             0.0                                                1.0             CARD E
   0.75           20.0             0.25         1.0                  0.50            CARD E
   1.50          250.0             1.00        40.0                  1.25     6.0CARD E
   3.00         2000.0             2.00       500.0                  2.50    125.0CARD E
  11      SEAT CUSHION 3                                                    1000.0CARD E
   0.0          -7.18             0.0                                                CARD E
   8                                                                                 CARD E
   0.0            18.0                                                1.0             CARD E
   3.18          100.0             1.18        35.0                          CARD E
   6.18          400.0             4.18       160.0                  2.18    60.0CARD E
  13      CUSHION ABSORPTION      7.18       1500.0                  5.18   250.0CARD E
 -1000.0        -1000.0           0.0                                                CARD E
   4                                                                                 CARD E
 -1000.0           0.5                                                1.0             CARD E
   1000.0           1.0           -1.0         0.5                   0.0             CARD E
  14      DASH ABSORPTION                                                   1.0CARD E
 -1000.0        -1000.0           0.0                                                CARD E
   4                                                                                 CARD E
 -1000.0           0.40                                               1.0             CARD E
   1000.0           1.0           -1.0         0.40                  0.0             CARD E
  15      WINDSHIELD ABSORPTON                                             1.0CARD E
 -1000.0        -1000.0           0.0                                                CARD E
   4                                                                                 CARD E
 -1000.0           0.3                                                1.0             CARD E
   1000.0           1.0           -1.0         0.3                   0.0             CARD E
  16      UNDER DASH ABSORPTON                                             1.0CARD E
 -1000.0        -1000.0           0.0                                                CARD E
   4                                                                                 CARD E
 -1000.0           0.25           -1.0                                1.0             CARD E
                                               0.25                 0.0             CARD E
                                                                           1.0CARD E
```

```
      1000.0         1.0
  17      ABDOMINAL ABSORPTION                                                  CARD E
      -1000.0     -1000.0          0.0                                          CARD E
      4                                                          1.0            CARD E
      -1000.0         0.5          -1.0             0.5                         CARD E
      1000.0          1.0                           0.0            1.0  CARD E
  18      ABDOMINAL VISCOUS                                                     CARD E
      -2000.0     -2000.0          0.0                                          CARD E
      5                                                          1.0            CARD E
      -2000.0         0.0         -200.0            0.0                         CARD E
      200.0          50.0         2000.0         1000.0            0.0  CARD E
  19      ABDOMINAL STIFFNES 1                                                  CARD E
      0.0           -10.0          0.0                                          CARD E
      9                                                          1.0            CARD E
      0.0             0.0          1.0             5.0                          CARD C
      2.60           22.0          2.61           22.0           2.0            CARD E
      2.63            0.0          2.64            0.0          14.0CARD E
  21      BODY ABSORPTION                                          2.62   11.0CARD E
      -1000.0     -1000.0          0.0                           10.0    0.0CARD E
      4                                                          1.0            CARD E
      -1000.0         0.2          -1.0             0.2                         CARD E
      1000.0          1.0                           0.0            1.0CARD E
  22      CONSTANT = 0.0                                                        CARD E
      0.0             0.0          0.0                                          CARD E
  23      CONSTANT = 0.0                                                        CARD E
      0.0             0.0          0.0                                          CARD E
  25      HARD SURFACE                                                          CARD E
      0.0            -3.0          0.0                            1.0            CARD E
      8                                                          1.0            CARD E
      0.0             0.0          0.25           100.0          0.50            CARD E
      1.0          1500.0          2.0          4000.0           3.0  400.0CARD E
  28   UP ARM - UTOR STIFF                                              6000.0CARD E
      0.0            -4.5          0.0                                          CARD E
      10                                                          1.0            CARD E
      0.0             0.0          1.25            0.0            1.5            CARD E
      1.75           12.0          2.0            40.0           2.25   2.0CARD E
      2.5           140.0          2.5           250.0           3.0   75.0CARD E
      4.5          1000.0                                            450.0CARD E
  31   HARNESS FDF                                                             CARD E
      -4.0                                                                      CARD E
      8                                                                         CARD E
      0.0             0.0          0.01           150.0          0.02            CARD E
      0.03          450.0          0.05           850.0          0.10  300.0CARD E
      1.00         35000.0          4.00        140000.0               3500.0CARD E
  32   HARNESS FRICTION                                                        CARD E
                                    0.2                           0.2            CARD E
  33    STIFF SEAT CUSHION                                                      CARD E
      0.0           -10.0          0.0                                          CARD E
      12                                          1.0                           CARD E
      0.0             0.0          0.30           25.0           0.9            CARD E
                                                                     50.0CARD E
```

51

```
      1.35        100.0              1.9       200.0          2.3      250.0CARD E
      2.6         300.0              3.4       400.0          3.8      500.0CARD E
      4.15        600.0              7.0      1800.0          8.0     2000.0CARD E
 34      HARNESS FRICTION                                              CARD E
                                     0.9                      0.2      CARD E
999                                                                    CARD E
  5    5    2    3    1    3    0    0    2    2    2    4    2    2    4    0    0  OCARD F1A
  0    5    3    5    5    2   -3    2                                  CARD F1A
  1   16    1    1   22   -3  -13   -7    1                             CARD F1B
  1   16    2    2   22   -3  -13   -7    1                             CARD F1B
  1   16    3    3   22   -3  -13   -7    1                             CARD F1B
  1   16    6    6   22   -3  -13   -7    1                             CARD F1B
  1   16    9    9   22   -3  -13   -7    1                             CARD F1B
  2   16    1    1   22  -33  -13   -7    1                             CARD F1B
  2   16    3    3   22  -33  -13   -7    1                             CARD F1B
  2   16    5    5   22  -33  -13   -7    1                             CARD F1B
  2   16   12   12   23  -33  -13   -7    1                             CARD F1B
  2   16   14   14   23  -33  -13   -7    1                             CARD F1B
  3   16   14   14   23   -3  -13   -7    1                             CARD F1B
  3   16   15   15   23   -3  -13   -7    1                             CARD F1B
  4   16    6    6   23   -6  -14   -8    4                             CARD F1B
  4   16    9    9   23   -6  -14   -8    4                             CARD F1B
  4   16    5    5   23   -6  -14   -8    4                             CARD F1B
  5   16   15   15   23   -6  -14   -8    4                             CARD F1B
  6   16   13   13   23   -5  -15  -18    1                             CARD F1B
  6   16   15   15   23   -5  -15  -18    1                             CARD F1B
  6   16    5    5   23   -5  -15  -18    1                             CARD F1B
  9   16    8    8   23   -6  -14   -8    4                             CARD F1B
  9   16   11   11   23   -6  -14   -8    4                             CARD F1B
 10   16    8    8   23  -25  -15   -8    4                             CARD F1B
 10   16   11   11   23  -25  -15   -8    4                             CARD F1B
 11   16    8    8   23  -25  -15   -8    4                             CARD F1B
 11   16   11   11   23  -25  -15   -8    4                             CARD F1B
 12   16    7    7   22   -3  -13   -7    1                             CARD F1B
 12   16    8    8   22   -3  -13   -7    1                             CARD F1B
 12   16   10   10   22   -3  -13   -7    1                             CARD F1B
 12   16   11   11   22   -3  -13   -7    1                             CARD F1B
 13   16   10   10   23  -25  -15  -18    4                             CARD F1B
 13   16   11   11   23  -25  -15   -8    4                             CARD F1B
 14   16   10   10   23  -25  -15  -18    4                             CARD F1B
 14   16   11   11   23  -25  -15   -8    4                             CARD F1B
 15   16    3    3   22  -33  -13   -7    1                             CARD F1B
 15   16    5    5   22  -33  -13   -7    1                             CARD F1B
 15   16   12   12   22  -33  -13   -7    1                             CARD F1B
 15   16   14   14   22  -33  -13   -7    1                             CARD F1B
 20   16    6    6   23   -3  -16   -7    4                             CARD F1B
 20   16    7    7   23   -6  -16   -8    4                             CARD F1B
 20   16    1    1   23   -3  -16   -7    4                             CARD F1B
 20   16   12   12   23   -3  -16   -7    4                             CARD F1B
 20   16   13   13   23   -6  -16   -8    4                             CARD F1B
```

```
.21  16   7   7  23  -6 -14  -8   4              CARD F1B
 21  16   8   8  23  -6 -14  -8   4              CARD F1B
 21  16  11  11  23  -6 -14  -8   4              CARD F1B
 22  16   5   5  23  -5 -15 -18   1              CARD F1B
 22  16   3   3  23  -5 -15 -18   1              CARD F1B
 22  16  12  12  23  -5 -15 -18   1              CARD F1B
 22  16  13  13  23  -5 -15 -18   1              CARD F1B
 22  16  15  15  23  -5 -15 -18   1              CARD F1B
 23  16   5   5  23  -5 -15 -18   1              CARD F1B
 23  16  13  13  22 -25 -15 -18   4              CARD F1B
 23  16  15  15  23 -25 -15 -18   4              CARD F1B
 23  16  12  12  23 -25 -15 -18   4              CARD F1B
 23  16  14  14  23 -25 -15 -18   4              CARD F1B
 24  16   8   8  23  -6 -14  -8   4              CARD F1B
 24  16  11  11  23  -6 -14  -8   4              CARD F1B
 25  16   3   3  23  -3 -16  -7   4              CARD F1B
 25  16   8   8  23  -6 -16  -9   4              CARD F1B
 26  16  11  11  23  -6 -16  -8   4              CARD F1B
 26  16  13  13  23 -33 -13  -7   1              CARD F1B
 26  16  15  15  23 -33 -13  -7   1              CARD F1B
  2   4   4   0   4   5   3   1   3  2 0 1 2 0 0 4 CARD F2A
  1   1  13  13  23  -9 -21 -18   1              CARD F3B
  1   1  15  15  23  -9 -21 -18   1              CARD F3B
  2   2  12  12  23 -19 -17 -18   1              CARD F3B
  2   2  13  13  23 -19 -17 -18   1              CARD F3B
  2   2  14  14  23 -19 -17 -18   1              CARD F3B
  2   2  15  15  23 -19 -17 -18   1              CARD F3B
  3   3   6   6  22 -28 -21 -18   1              CARD F3B
  3   3   9   9  22 -28 -21 -18   1              CARD F3B
  3   3  12  12  22 -28 -21 -18   1              CARD F3B
  3   3  14  14  22 -28 -21 -18   1              CARD F3B
  5   5  12  12  23  -9 -21 -18   1              CARD F3B
  5   5  13  13  23  -9 -21 -18   1              CARD F3B
  5   5  14  14  23  -9 -21 -18   1              CARD F3B
  5   5  15  15  23  -9 -21 -18   1              CARD F3B
  6   6   9   9  22  -9 -21 -18   1              CARD F3B
  6   6  10  10  22  -9 -21 -18   1              CARD F3B
  6   6  12  12  22  -9 -21 -18   1              CARD F3B
  6   6  13  13  22  -9 -21 -18   1              CARD F3B
  6   6  15  15  22  -9 -21 -18   1              CARD F3B
  7   7  10  10  22  -9 -21 -18   1              CARD F3B
  7   7   9   9  22  -9 -21 -18   1              CARD F3B
  7   7  11  11  22  -9 -21 -18   1              CARD F3B
  8   8  11  11  22 -25 -15  -9   1              CARD F3B
  9   9  14  14  23  -9 -21 -18   1              CARD F3B
  9   9  13  13  23  -9 -21 -18   1              CARD F3B
  9   9  15  15  23  -9 -21 -18   1              CARD F3B
 10  10   8   8  23  -9 -21 -18   1              CARD F3B
 10  10  15  15  23  -9 -21 -18   1              CARD F3B
 12  12  15  15  23  -9 -21 -18   1              CARD F3B
```

53

```
17  13  15  15  23   -9 -21 -18    1
13  13  14  14  23   -9 -21 -18    1
16  19   7   7  23   -6 -14  -8    4
16  19  10  10  23   -6 -14  -8    4
16  19  13  13  23   -6 -14  -8    4
16  19  15  15  23   -6 -14  -8    4

 2
15  17
31   0   0   0   0
16   0   1   1   0           0.0
                                                                      CARD F3B
                                                                      CARD F3B
                                                                      CARD F3B
                                                                      CARD F3B
                                                                      CARD F3B
                                                                      CARD F3B
                                                                      CARD F4A
                                                                      CARD F8A
                                                                      CARD F8B
 1   1   0   1   0   0   0   0                -21.05      28.0        CD F8CA
                                               2.4        22.0      1.7CD F8D1A
 1   1   0   1   0   0   0   0   34            -3.20       2.00     -0.3CD F8D2A
                                                                   0.80CD F8D2A
 1   1   0   1   0   0   0   0   34            -1.20       6.90    -0.80CD F8D1A
                                                                     CD F8D2A
 1   1   0   1   0   0   0   0   34             0.00       6.50    -1.50CD F8D1A
                                                                     CD F8D2A
 1   1   0   1   0   0   0   0   34             0.94       6.07    -2.38CD F8D1A
                                                                     CD F8D2A
 1  18   0   1   0   0   0   0                  2.81       2.94    -3.93CD F8D1A
                                                                     CD F8D2A
 1   1   0   1   0   0   0   0   34             2.90       0.00     3.00CD F9D1A
                                                                     CD F2D2A
 1   1   0   1   0   0   0   0   34             3.07       -.08     -4.41CD F8D1A
                                                                     CD F8D2A
 1   1   0   1   0   0   0   0   34             2.39      -3.04     -4.27CD F8D1A
                                                                     CD F8D2A
 1   1   0   1   0   0   0   0   34             0.00      -5.89     -3.11CD F8D1A
                                                                     CD F8D2A
 1   1   0   1   0   0   0   0   34            -0.96      -6.20     -2.43CD F8D2A
                                                                     CD F8D1A
 1   1   0   1   0   0   0   0   34            -2.50      -6.00     -1.20CD F8D1A
                                                                     CD F8D2A
 1   1   0   1   0   0   0   0   34            -4.50      -1.00     0.50CD F8D1A
                                                                     CD F8D2A
16   0   1   1   0   0   0   0                 -4.80       0.00     1.00CD F8D2A
                                                                     CD F8D1A
31   0   0   0   0                            -23.45       6.0      2.00CD F8D2A
16   0   1   1   0   0        -0.1              7.4        22.0     -0.3CD F8D2A
                                   0                                  CD F8CB
 1   1   0   1   0   0   0   0                -23.45       6.0      2.00CD F8D1B
                                               0.7        17.5    -21.3CD F8D2B
 1   1   0   1   0   0   0   0   32            -4.80      -0.0      1.00CD F8D1B
                                                                     CD F8D2B
 1   1   0   1   0   0   0   0   32            -4.50      -1.0      0.50CD F8D1B
                                                                     CD F8D2B
 1   1   0   1   0   0   0   0   32            -2.30      -6.0     -1.20CD F8D1B
                                                                     CD F8D2B
 1   1   0   1   0   0   0   0   32            -0.96      -6.0     -2.50CD F8D1B
```