```
1  18   0  1  0  0  0  0   0         0.00    -5.7              CD F8D2B
1   1   0  1  0  0  0  0  32         0.01    -4.0    3.80CD F8D1A
                                                              CD F8D2B
2   2   0  1  0  0  0  0  32         1.00    -3.0   -4.50CD F8D1B
                                                              CD F8D2B
2   2   0  1  0  0  0  0  32         2.50    -2.5   -1.00CD F8D1B
                                                              CD F8D2B
3   3   0  1  0  0  0  0  32         3.00    -1.5   -1.50CD F8D1B
                                                              CD F8D2B
3   3   0  1  0  0  0  0  32         4.60     0.0    6.50CD F8D1B
                                                              CD F8D2B
3   3   0  1  0  0  0  0  32         4.00     3.0    4.00CD F8D1A
                                                              CD F8D2B
3   3   0  1  0  0  0  0  32         1.00     4.1   -1.50CD F8D1B
                                                              CD F8D2B
3  17   0  0  0  0  0  0  32         0.30     0.2   -5.00CD F8D1B
                                                              CD F8D2B
3   3   0  1  0  0  0  0  32        -1.00     4.3   -2.80CD F8D1A
                                                              CD F8D2B
3   3   0  1  0  0  0  0  32        -2.50     4.3   -6.00CD F8D1B
                                                              CD F8D2B
16  0   1  1  0  0  0  0   0       -22.75    23.5   -4.00CD F8D1B
                                     0.7     17.5              CD F8D2B
                                                     -19.3CD F8D1B
                                                     -21.3CD F8D2B
  -13.1088      14.19    -9.8007                     CARD G1
               27.8458                               CARD G2
               -1.557                        3  2  1 CARD G3.
                                             3  2  1 1CARD G3.
                4.000                        3  2  1 2CARD G3.
                                             3  2  1 CARD G3.
   -2.0345    108.2164   -13.7290            3  2  1 4CARD G3.
    8.4888     39.0371     5.4821            3  2  1 CARD G3.
    2.0609    104.0077     1.5032            3  2  1 CARD G3.
    2.0345    108.2164    13.7290            3  2  1 CARD G3.
   -8.4888     39.0371    -5.4821            3  2  1 CARD G3.
   -2.0609    104.0077    -1.5032            3  2  1 CARD G3.
  -10.0457     13.4140    -6.2750            3  2  1 CARD G3.
  -84.6760     83.7140   -76.1719            3  2  1 CARD G3.
   10.0457     13.4140     6.2750            3  2  1 CARD G3.
   84.6760     83.7140    76.1719            3  2  1 CARD G3.
                                             3  2  1 CARD G3.
                                                     CARD G3
```

55

Appendix B

Formatted Input Data

```
AFAMRL ARTICULATED TOTAL BODY (ATB) MODEL

DEVELOPED BY CALSPAN CORP., P.O. BOX 400, BUFFALO NY 14225
AND BY J&J TECHNOLOGIES INC., ORCHARD PARK NY 14225

FOR THE AIR FORCE AEROSPACE MEDICAL RESEARCH LABORATORY,
AFSC AERONAUTICAL SYSTEMS DIVISION, WRIGHT-PATTERSON AFB
UNDER CONTRACTS F33615-75C-5002,-78C-0516 AND -80C-05117

AND FOR THE NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION,
U.S. DEPARTMENT OF TRANSPORTATION, UNDER CONTRACTS
FH-11-7592, HS-053-2-485, HS-6-01300 AND HS-6-01410.

PROGRAM DOCUMENTATION: NHTSA REPORT NOS. DOT-HS-801-507
THROUGH 510 (FORMERLY CALSPAN REPORT NO. ZQ-5180-L-1),
AVAILABLE FROM NTIS (ACCESSION NOS. PB-241692,3,4 AND 5),
APPENDIXES A-J TO THE ABOVE (AVAILABLE FROM CALSPAN),
AND REPORT NOS. AMRL-TR-75-14 AND AFAMRL-TR-80-14.

PROGRAM ATB-III.4, EXECUTED ON THE AFAMRL/BB PERKIN-
ELMER 3240 COMPUTER,WRIGHT-PATTERSON AFB, OHIO


APR. 4, 1985  IRSIN= 0  IRSOUT= 0  RSTIME = 0.0000

50TH PERCENTILE ADULT MALE ALDERSON PART 572 DUMMY AS ANALYZED BY       CARD A1B
FLECK & BUTLER IN GVS VALIDATION FINAL REPORT VOL 2, AUG 1982.           CARD A1C

UNITL = IN.   UNITM = LB.    UNITT = SEC.    GRAVITY VECTOR = ( 0.0000, 0.0000, 386.0860)   G = 386.0860

NDINT =  8    NSTEPS = 1150   DT =0.004000   MD =0.000250   HMAX =0.001000   HMIN =0.000008

NPRT ARRAY
  1  2  3  4  5  6  7  8  9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36
  1  0 50  0  0  0  0  0  0  0  0  0  0  0  0  0  0  0  0  0  0  0  0  0  0  0  0  0  0  0  0  0  0  0  0  0
```

CRASH VICTIM    PART 572 DUMMY    16 SEGMENTS    15 JOINTS

### CARDS B.2

| SEGMENT | SYM | PLOT | WEIGHT (LB.) | PRINCIPAL MOMENTS OF INERTIA (LB.-SEC.**2-IN.) | | | SEGMENT CONTACT ELLIPSOID | | | | | | PRINCIPAL AXES (DEG) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | SEMIAXES (IN.) | | | CENTER (IN.) | | | | | |
| | | | | X | Y | Z | X | Y | Z | X | Y | Z | YAW | PITCH | ROLL |
| 1 LTOR | 5 | | 29.040 | 1.9859 | 1.3852 | 1.4802 | 4.900 | 6.940 | 6.000 | 0.000 | 0.000 | -0.270 | 0.00 | 23.65 | 0.00 |
| 2 FTOR | 4 | | 3.060 | 0.0213 | 0.0213 | 0.0087 | 4.100 | 5.250 | 4.400 | 2.150 | 0.000 | 0.300 | 0.00 | 0.00 | 0.00 |
| 3 UTOR | 3 | | 57.870 | 2.0739 | 1.5915 | 1.3362 | 4.660 | 6.780 | 9.000 | 0.800 | 0.000 | 2.200 | 0.00 | 0.00 | 0.00 |
| 4 NECK | 2 | | 1.820 | 0.0118 | 0.0118 | 0.0050 | 2.700 | 2.280 | 4.000 | -0.100 | 0.000 | 1.650 | 0.00 | 0.00 | 0.00 |
| 5 HEAD | 1 | | 9.670 | 0.2197 | 0.2562 | 0.1638 | 4.000 | 3.100 | 5.000 | 0.500 | 0.000 | 0.400 | 0.00 | 42.21 | 0.00 |
| 6 RULG | 6 | | 20.990 | 0.7723 | 0.7721 | 0.1164 | 3.300 | 3.500 | 11.400 | 0.150 | 0.000 | -2.000 | 0.00 | 0.00 | 0.00 |
| 7 RLLG | 7 | | 7.000 | 0.5949 | 0.5907 | 0.0322 | 2.360 | 2.230 | 9.450 | 0.000 | 0.000 | 0.000 | 0.00 | 0.00 | 0.00 |
| 8 RFT | 8 | | 2.760 | 0.0383 | 0.0434 | 0.0132 | 1.520 | 1.600 | 5.220 | 0.000 | 0.000 | 0.950 | 0.00 | -3.74 | 0.00 |
| 9 LULG | 9 | | 20.950 | 0.7723 | 0.7721 | 0.1164 | 3.300 | 3.500 | 11.400 | 0.150 | 0.000 | -2.200 | 0.00 | 0.00 | 0.00 |
| 10 LLLG | 0 | | 7.000 | 0.5949 | 0.5907 | 0.0322 | 2.360 | 2.230 | 9.450 | 0.000 | 0.000 | 0.000 | 0.00 | 0.00 | 0.00 |
| 11 LFT | 1 | | 2.760 | 0.0383 | 0.0434 | 0.0132 | 1.520 | 1.600 | 5.220 | 0.000 | 0.000 | 0.950 | 0.00 | -3.74 | 0.00 |
| 12 RUAM | 2 | | 4.750 | 0.1378 | 0.1426 | 0.0125 | 2.070 | 1.640 | 6.880 | 0.000 | 0.000 | 0.000 | 0.00 | 0.00 | 0.00 |
| 13 RLAM | 3 | | 4.610 | 0.2696 | 0.2614 | 0.0125 | 1.300 | 1.110 | 8.380 | 0.000 | 0.000 | 0.000 | 0.00 | 0.00 | 0.00 |
| 14 LUAM | 4 | | 4.750 | 0.1378 | 0.1426 | 0.0125 | 2.070 | 1.640 | 6.880 | 0.000 | 0.000 | 0.000 | 0.00 | 0.00 | 0.00 |
| 15 LLAM | 5 | | 4.610 | 0.2696 | 0.2614 | 0.0125 | 1.300 | 1.110 | 8.380 | 0.000 | 0.000 | 0.000 | 0.00 | 0.00 | 0.00 |
| 16 CAR | 0 | | 0.500 | 0.1000 | 0.1000 | 0.1000 | 0.500 | 0.500 | 0.500 | 0.000 | 0.000 | 0.000 | 0.00 | 0.00 | 0.00 |

### CARDS B.3

| JOINT | SYM | PLOT | JNT | PIN | LOCATION (IN.) - SEG(JNT) | | | LOCATION (IN.) - SEG(J+1) | | | PRIN. AXIS(DEG) - SEG(JNT) | | | PRIN. AXIS(DEG) - SEG(J+1) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | X | Y | Z | X | Y | Z | YAW | PITCH | ROLL | YAW | PITCH | ROLL |
| 1 LTMT | 6 | | 1 | -2 | -1.790 | 0.000 | -2.140 | 0.000 | 0.000 | 2.075 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 MTOT | 0 | | 2 | -2 | 0.000 | 0.000 | -2.325 | -1.131 | 0.000 | 6.559 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 UTNK | 8 | | 3 | -2 | 1.575 | 0.000 | -6.576 | 0.000 | 0.000 | 2.185 | 0.00 | -20.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 NHHD | 0 | | 4 | -2 | 0.000 | 0.000 | -2.185 | -0.370 | 0.000 | 1.390 | 0.00 | 0.00 | 0.00 | 0.00 | 4.76 | 0.00 |
| 5 RHIP | 6 | | 1 | -4 | -0.130 | 3.500 | 1.700 | 1.300 | 0.000 | -9.000 | 90.00 | 90.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6 RKNE | 8 | | 5 | -4 | -0.043 | -0.100 | 6.740 | -0.097 | 0.130 | -7.365 | 90.00 | 0.00 | 0.00 | 0.00 | 43.00 | 0.00 |
| 7 RANK | 6 | | 6 | -4 | -0.097 | -3.500 | 8.835 | 1.600 | 0.000 | -2.030 | -90.00 | 90.00 | -0.60 | 90.00 | 0.00 | 0.00 |
| 8 LHIP | 7 | | 1 | -4 | -0.130 | 0.100 | 1.700 | 1.300 | 0.000 | -9.000 | 90.00 | 90.00 | 0.00 | 0.00 | 4.76 | 0.00 |
| 9 LKNE | 0 | | 8 | -4 | -0.043 | 0.000 | 6.740 | -0.097 | -0.130 | -7.365 | 90.00 | 0.00 | -0.60 | 90.00 | 43.00 | 0.00 |
| 10 LANK | 4 | | 9 | -4 | -0.097 | 7.400 | 8.835 | 1.600 | -0.030 | -2.030 | 90.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 RSLD | 3 | | 3 | -4 | -0.161 | -0.030 | -3.580 | 0.047 | -0.025 | -4.690 | 90.00 | 90.00 | -90.00 | 90.00 | 0.00 | -90.00 |
| 12 RELB | 0 | | 11 | -4 | -0.047 | 0.030 | 5.610 | -0.120 | 0.030 | -6.340 | 90.00 | 0.00 | 0.00 | 90.00 | 0.00 | 0.00 |
| 13 LSLD | 3 | | 3 | -4 | -0.161 | -7.400 | -3.580 | 0.047 | 0.025 | -4.690 | 90.00 | 0.00 | 90.00 | 90.00 | 0.00 | 90.00 |
| 14 LELB | 2 | | 13 | -4 | -0.047 | -0.030 | 5.610 | -0.120 | -0.025 | -6.340 | 90.00 | 0.00 | 0.00 | 90.00 | 0.00 | 0.00 |
| 15 CAR | 0 | | 17 | -1 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

58

CARDS B.5

JOINT VISCOUS CHARACTERISTICS AND LOCK-UNLOCK CONDITIONS

| JOINT | VISCOUS COEFFICIENT (IN.LB.SEC./DEG) | COULOMB FRICTION COEF. (IN. LB.) | FULL FRICTION ANGULAR VELOCITY (DEG/SEC.) | MAX TORQUE FOR A LOCKED JOINT (IN. LB.) | MIN TORQUE FOR UNLOCKED JOINT (IN. LB.) | MIN. ANG. VELOCITY FOR UNLOCKED JOINT (RAD/SEC.) | IMPULSE RESTITUTION COEFFICIENT |
|---|---|---|---|---|---|---|---|
| 1 LTMT | 1.200 | 122.40 | 30.00 | 500.00 | 0.00 | 0.00 | 0.000 |
| 2 MTOT | 1.200 | 122.40 | 30.00 | 300.00 | 0.00 | 0.00 | 0.000 |
| 3 UTNX | 0.150 | 100.00 | 30.00 | 15.00 | 0.00 | 0.00 | 0.000 |
| 4 NKHD | 0.150 | 100.00 | 30.00 | 10.00 | 0.00 | 0.00 | 0.000 |
| 5 RHIP | 1.000 | 100.00 | 30.00 | 150.00 | 0.00 | 0.00 | 0.000 |
| 6 RKNE | 1.000 | 200.00 | 30.00 | 300.00 | 0.00 | 0.00 | 0.000 |
| 7 RANK | 1.000 | 100.00 | 30.00 | 150.00 | 0.00 | 0.00 | 0.000 |
| 6 RKNE | 1.000 | 20.00 | 30.00 | 30.00 | 0.00 | 0.00 | 0.000 |
| 7 RANK | 0.500 | 20.00 | 30.00 | 30.00 | 0.00 | 0.00 | 0.000 |
| 8 LHIP | 0.500 | 20.00 | 30.00 | 30.00 | 0.00 | 0.00 | 0.000 |
| | 0.000 | 0.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.000 |
| 9 LKNE | 1.000 | 15.00 | 30.00 | 150.00 | 0.00 | 0.00 | 0.000 |
| 10 LANK | 1.000 | 200.00 | 30.00 | 300.00 | 0.00 | 0.00 | 0.000 |
| 9 LKNE | 1.000 | 100.00 | 30.00 | 150.00 | 0.00 | 0.00 | 0.000 |
| 10 LANK | 0.500 | 20.00 | 30.00 | 30.00 | 0.00 | 0.00 | 0.000 |
| | 0.500 | 20.00 | 30.00 | 30.00 | 0.00 | 0.00 | 0.000 |
| | 0.000 | 0.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.000 |
| 11 RSLD | 0.100 | 50.00 | 30.00 | 100.00 | 0.00 | 0.00 | 0.000 |
| | 0.100 | 50.00 | 30.00 | 100.00 | 0.00 | 0.00 | 0.000 |
| 12 RELB | 0.100 | 0.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.000 |
| | 0.100 | 20.00 | 30.00 | 30.00 | 0.00 | 0.00 | 0.000 |
| | 0.000 | 20.00 | 30.00 | 30.00 | 0.00 | 0.00 | 0.000 |
| 13 LSLD | 0.100 | 0.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.000 |
| | 0.100 | 50.00 | 30.00 | 100.00 | 0.00 | 0.00 | 0.000 |
| | 0.000 | 50.00 | 30.00 | 100.00 | 0.00 | 0.00 | 0.000 |
| 14 LELB | 0.100 | 0.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.000 |
| | 0.100 | 20.00 | 30.00 | 30.00 | 0.00 | 0.00 | 0.000 |
| | 0.000 | 20.00 | 30.00 | 30.00 | 0.00 | 0.00 | 0.000 |
| 15 JAW | 0.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.000 |

SEGMENT INTEGRATION CONVERGENCE TEST INPUT

| SEGMENT NO. SYM | ANGULAR VELOCITIES (RAD/SEC.) | | LINEAR VELOCITIES (IN./SEC.) | | ANGULAR ACCELERATIONS (RAD/SEC.**2) | | LINEAR ACCELERATIONS (IN./SEC.**2) | |
|---|---|---|---|---|---|---|---|---|
| | MAG. TEST / ABS. ERROR | REL. ERROR | MAG. TEST / ABS. ERROR | REL. ERROR | MAG. TEST / ABS. ERROR | REL. ERROR | MAG. TEST / ABS. ERROR | REL. ERROR |
| 1 UTOR | 0.000 / 0.000 | 0.0000 | 0.000 / 0.000 | 0.0000 | 0.010 / 0.010 | 0.0010 | 0.001 / 0.001 | 0.0010 |
| 2 MTOR | 0.000 / 0.000 | 0.0000 | 0.000 / 0.000 | 0.0000 | 0.010 / 0.010 | 0.0010 | 0.500 / 0.000 | 0.0000 |
| 3 LTOR | 0.000 / 0.000 | 0.0000 | 0.000 / 0.000 | 0.0000 | 0.010 / 0.010 | 0.0010 | 0.000 / 0.000 | 0.0000 |
| 4 NECK | 0.000 / 0.000 | 0.0000 | 0.000 / 0.000 | 0.0000 | 0.010 / 0.010 | 0.0010 | 0.000 / 0.000 | 0.0000 |
| 5 HEAD | 0.000 / 0.000 | 0.0000 | 0.000 / 0.000 | 0.0000 | 0.010 / 0.010 | 0.0010 | 0.000 / 0.000 | 0.0000 |
| 6 RULG | 0.000 / 0.000 | 0.0000 | 0.000 / 0.000 | 0.0000 | 0.010 / 0.010 | 0.0010 | 0.000 / 0.000 | 0.0000 |
| 7 RLLG | 0.000 / 0.000 | 0.0000 | 0.000 / 0.000 | 0.0000 | 0.010 / 0.010 | 0.0010 | 0.000 / 0.000 | 0.0000 |
| 8 RFT | 0.000 / 0.000 | 0.0000 | 0.000 / 0.000 | 0.0000 | 0.010 / 0.010 | 0.0010 | 0.000 / 0.000 | 0.0000 |
| 9 LULG | 0.000 / 0.000 | 0.0000 | 0.000 / 0.000 | 0.0000 | 0.010 / 0.010 | 0.0010 | 0.000 / 0.000 | 0.0000 |
| 10 LLLG | 0.000 / 0.000 | 0.0000 | 0.000 / 0.000 | 0.0000 | 0.010 / 0.010 | 0.0010 | 0.000 / 0.000 | 0.0000 |
| 11 LFT | 0.000 / 0.000 | 0.0000 | 0.000 / 0.000 | 0.0000 | 0.010 / 0.010 | 0.0010 | 0.000 / 0.000 | 0.0000 |
| 12 RUAM | 0.000 / 0.000 | 0.0000 | 0.000 / 0.000 | 0.0000 | 0.010 / 0.010 | 0.0010 | 0.000 / 0.000 | 0.0000 |
| 13 RLAM | 0.000 / 0.000 | 0.0000 | 0.000 / 0.000 | 0.0000 | 0.010 / 0.010 | 0.0010 | 0.000 / 0.000 | 0.0000 |
| 14 LUAM | 0.000 / 0.000 | 0.0000 | 0.000 / 0.000 | 0.0000 | 0.010 / 0.010 | 0.0010 | 0.000 / 0.000 | 0.0000 |
| 15 LLAM | 0.000 / 0.000 | 0.0000 | 0.000 / 0.000 | 0.0000 | 0.010 / 0.010 | 0.0010 | 0.000 / 0.000 | 0.0000 |
| 16 CAP | 0.000 / 0.000 | 0.0000 | 0.000 / 0.000 | 0.0000 | 0.000 / 0.000 | 0.0000 | 0.000 / 0.000 | 0.0000 |

PAGE 5
GROUP C

VEHICLE DECELERATION INPUTS

92 DODGE RIDES SEAT / PART 572 DUMMY COMBINED LINEAR & ANGULAR DISPLACEMENTS

| YAW | PITCH | ROLL | UTIME | UIPS | XO(X) | XO(Y) | XO(Z) | NATAB | ATO | ADT |
|---|---|---|---|---|---|---|---|---|---|---|
| 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | -93 | 0.000000 | 0.050000 |

SPLINE FIT TABULAR INPUT

LTYPE = 1   LFIT = 3   NPTS = 93

| TIME(SEC.) | LINEAR POSITION ( IN.) | | | ANGULAR POSITION (DEG) | | |
|---|---|---|---|---|---|---|
| | X | Y | Z | X | Y | Z |
| 0.00000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| 0.05000 | 53.137 | -0.046 | -1.248 | 0.043 | 0.342 | 0.115 |
| 0.10000 | 106.151 | -0.173 | -4.505 | 0.081 | 1.298 | 0.575 |
| 0.15000 | 158.650 | -0.360 | -8.896 | -0.026 | 2.579 | 1.542 |
| 0.20000 | 210.245 | -0.596 | -13.893 | -0.382 | 4.199 | 3.136 |
| 0.25000 | 260.561 | -0.875 | -19.117 | -1.043 | 5.216 | 5.591 |
| 0.30000 | 309.273 | -1.202 | -24.454 | -2.023 | 9.027 | 9.229 |
| 0.35000 | 356.167 | -1.589 | -29.838 | -3.338 | 3.641 | 13.917 |
| 0.40000 | 401.209 | -2.074 | -35.129 | -5.037 | 10.985 | 19.773 |
| 0.45000 | 444.554 | -2.684 | -40.175 | -7.169 | 11.696 | 26.700 |
| 0.50000 | 486.501 | -3.402 | -44.846 | -9.722 | 12.147 | 34.322 |
| 0.55000 | 527.413 | -4.179 | -49.022 | -12.673 | 12.340 | 43.037 |
| 0.60000 | 567.657 | -4.887 | -52.636 | -15.775 | 12.297 | 52.060 |
| 0.65000 | 607.595 | -5.392 | -55.627 | -19.096 | 11.969 | 61.440 |
| 0.70000 | 647.585 | -5.621 | -57.920 | -22.506 | 11.316 | 71.046 |
| 0.75000 | 687.819 | -5.520 | -59.467 | -25.901 | 10.414 | 80.712 |
| 0.80000 | 728.440 | -5.065 | -60.330 | -29.131 | 9.479 | 90.218 |
| 0.85000 | 769.403 | -4.236 | -60.601 | -32.029 | 8.749 | 99.323 |
| 0.90000 | 810.435 | -3.029 | -60.372 | -34.509 | 8.358 | 107.845 |
| 0.95000 | 851.249 | -1.400 | -59.734 | -36.614 | 8.268 | 115.710 |
| 1.00000 | 891.549 | 0.651 | -58.790 | -38.438 | 8.347 | 122.934 |
| 1.05000 | 931.109 | 3.141 | -57.630 | -40.023 | 8.463 | 129.567 |
| 1.10000 | 969.847 | 5.999 | -56.275 | -41.411 | 8.522 | 135.676 |
| 1.15000 | 1007.873 | 9.132 | -54.726 | -42.718 | 8.439 | 141.370 |
| 1.20000 | 1045.522 | 12.475 | -52.964 | -44.075 | 8.158 | 146.843 |
| 1.25000 | 1083.091 | 15.959 | -50.979 | -45.537 | 7.531 | 152.389 |
| 1.30000 | 1120.698 | 19.496 | -48.831 | -47.095 | 5.910 | 158.401 |
| 1.35000 | 1158.328 | 22.999 | -46.606 | -48.722 | 5.646 | 165.347 |
| 1.40000 | 1195.834 | 26.404 | -44.427 | -50.369 | 4.124 | 173.746 |
| 1.45000 | 1232.970 | 29.655 | -42.419 | -51.966 | 2.286 | 183.070 |
| 1.50000 | 1269.422 | 32.713 | -40.679 | -53.475 | 0.233 | 195.618 |
| 1.55000 | 1304.844 | 35.564 | -39.297 | -54.903 | -1.964 | 211.438 |
| 1.60000 | 1338.927 | 38.279 | -38.370 | -56.281 | -3.793 | 228.656 |
| 1.65000 | 1371.407 | 40.954 | -37.965 | -57.626 | -5.372 | 247.336 |
| 1.70000 | 1402.102 | 43.697 | -38.037 | -58.967 | -6.474 | 267.744 |
| 1.75000 | 1430.892 | 46.607 | -38.300 | -60.324 | -6.994 | 289.342 |
| 1.80000 | 1457.954 | 49.723 | -39.228 | -61.656 | -6.864 | 311.856 |
| 1.85000 | 1483.673 | 53.077 | -40.078 | -62.965 | -6.074 | 335.067 |
| 1.90000 | 1508.421 | 56.632 | -40.876 | -64.266 | -4.687 | 358.786 |
| 1.95000 | 1532.590 | 60.342 | -41.452 | -65.675 | -2.849 | 382.893 |
| 2.00000 | 1556.578 | 64.080 | -41.702 | -67.288 | -0.775 | 407.334 |
| 2.05000 | 1580.687 | 67.724 | -41.537 | -69.147 | 1.292 | 432.063 |

| | | | | | |
|---|---|---|---|---|---|
| 2.10000 | 1605.052 | 71.231 | -40.884 | -71.248 | 3.124 | 456.993 |
| 2.15000 | 1629.703 | 74.572 | -39.698 | -73.537 | 4.526 | 482.040 |
| 2.20000 | 1654.539 | 77.692 | -38.048 | -76.000 | 5.322 | 507.206 |
| 2.25000 | 1679.272 | 80.529 | -36.046 | -78.400 | 5.345 | 532.586 |
| 2.30000 | 1703.530 | 83.022 | -33.876 | -80.424 | 4.148 | 558.253 |
| 2.35000 | 1727.141 | 85.037 | -31.752 | -81.678 | 2.517 | 584.146 |
| 2.40000 | 1749.554 | 86.565 | -29.941 | -81.973 | -0.456 | 610.100 |
| 2.45000 | 1770.555 | 87.544 | -28.703 | -80.883 | -4.234 | 635.954 |
| 2.50000 | 1790.420 | 88.017 | -28.214 | -78.763 | -8.598 | 661.687 |
| 2.55000 | 1808.841 | 88.054 | -29.599 | -75.850 | -12.972 | 687.362 |
| 2.60000 | 1825.981 | 87.742 | -29.870 | -72.803 | -17.018 | 713.005 |
| 2.65000 | 1841.638 | 87.193 | -31.584 | -70.363 | -20.431 | 738.525 |
| 2.70000 | 1856.295 | 86.537 | -34.778 | -69.063 | -23.026 | 763.751 |
| 2.75000 | 1870.061 | 86.165 | -39.033 | -69.158 | -24.749 | 788.538 |
| 2.80000 | 1883.082 | 86.106 | -41.427 | -70.690 | -25.624 | 812.861 |
| 2.85000 | 1895.443 | 86.589 | -44.635 | -73.505 | -25.707 | 836.833 |
| 2.90000 | 1907.233 | 87.632 | -47.430 | -77.270 | -25.049 | 860.640 |
| 2.95000 | 1918.502 | 89.131 | -49.619 | -81.527 | -23.675 | 884.448 |
| 3.00000 | 1929.332 | 91.046 | -51.048 | -85.793 | -21.539 | 909.297 |
| 3.05000 | 1939.807 | 93.017 | -51.580 | -89.695 | -19.915 | 932.042 |
| 3.10000 | 1950.017 | 94.925 | -51.123 | -93.057 | -15.830 | 955.450 |
| 3.15000 | 1960.042 | 96.640 | -49.642 | -95.954 | -12.527 | 976.449 |
| 3.20000 | 1969.925 | 98.123 | -47.274 | -98.447 | -9.089 | 1001.158 |
| 3.25000 | 1979.676 | 99.368 | -44.210 | -100.536 | -5.594 | 1023.726 |
| 3.30000 | 1989.276 | 100.400 | -40.652 | -102.081 | -2.243 | 1046.273 |
| 3.35000 | 1998.705 | 101.232 | -36.817 | -102.347 | 0.650 | 1068.896 |
| 3.40000 | 2007.940 | 101.801 | -32.963 | -102.648 | 2.805 | 1091.608 |
| 3.45000 | 2016.947 | 102.026 | -29.332 | -101.529 | 4.027 | 1114.241 |
| 3.50000 | 2025.679 | 101.608 | -26.083 | -99.886 | 4.184 | 1136.436 |
| 3.55000 | 2034.081 | 101.162 | -23.327 | -98.340 | 3.249 | 1157.783 |
| 3.60000 | 2042.097 | 99.887 | -21.093 | -97.349 | 1.343 | 1178.007 |
| 3.65000 | 2049.692 | 99.358 | -19.360 | -97.012 | -1.297 | 1197.042 |
| 3.70000 | 2056.797 | 97.934 | -19.001 | -97.273 | -4.345 | 1214.975 |
| 3.75000 | 2063.401 | 95.371 | -16.277 | -98.141 | -7.453 | 1231.343 |
| 3.80000 | 2069.456 | 92.316 | -15.902 | -99.703 | -10.300 | 1248.100 |
| 3.85000 | 2074.946 | 88.934 | -15.016 | -101.960 | -12.609 | 1263.616 |
| 3.90000 | 2079.872 | 85.398 | -14.205 | -104.787 | -14.150 | 1278.526 |
| 3.95000 | 2084.261 | 81.866 | -13.455 | -107.946 | -14.769 | 1293.197 |
| 4.00000 | 2089.159 | 78.481 | -12.715 | -111.091 | -14.426 | 1307.359 |
| 4.05000 | 2091.623 | 75.327 | -11.930 | -113.873 | -13.202 | 1321.261 |
| 4.10000 | 2094.719 | 72.464 | -11.086 | -116.110 | -11.245 | 1334.798 |
| 4.15000 | 2097.513 | 69.913 | -10.192 | -117.866 | -8.730 | 1347.900 |
| 4.20000 | 2100.074 | 67.660 | -9.318 | -119.371 | -5.854 | 1360.484 |
| 4.25000 | 2102.468 | 65.577 | -8.541 | -120.874 | -2.905 | 1372.637 |
| 4.30000 | 2104.750 | 63.539 | -7.914 | -122.561 | -0.144 | 1384.613 |
| 4.35000 | 2106.960 | 61.543 | -7.480 | -124.573 | 2.180 | 1396.676 |
| 4.40000 | 2109.151 | 59.610 | -7.251 | -127.007 | 3.933 | 1408.972 |
| 4.45000 | 2111.322 | 57.731 | -7.225 | -129.860 | 5.066 | 1421.539 |
| 4.50000 | 2113.490 | 55.901 | -7.352 | -133.040 | 5.604 | 1434.359 |
| 4.55000 | 2115.661 | 54.146 | -7.575 | -136.436 | 5.664 | 1447.378 |
| 4.60000 | 2117.833 | 52.488 | -7.845 | -139.941 | 5.461 | 1460.514 |
| | | 50.897 | | | | |

VEHICLE LINEAR TIME HISTORY   R02 DODGE AIRES SEAT / PART 572 DUMMY COMBINED LINEAR & ANGULAR DISPLACEMENTS

| TIME (MSEC) | LINEAR DECELERATIONS (G'S) | | | LINEAR VELOCITIES (IN./SEC.) | | | LINEAR DISPLACEMENTS (IN.) | | |
|---|---|---|---|---|---|---|---|---|---|
| | X | Y | Z | X | Y | Z | X | Y | Z |
| 0.000 | -0.279 | 0.111 | 3.167 | 1061.352 | 0.062 | 2.037 | 0.000 | 0.000 | 0.000 |
| 50.000 | 0.126 | 0.083 | 2.058 | 1062.818 | -1.813 | -48.389 | 53.137 | -0.046 | -1.248 |
| 100.000 | 0.534 | 0.060 | 1.091 | 1056.434 | -3.192 | -70.781 | 106.151 | -0.173 | -4.505 |
| 150.000 | 0.938 | 0.051 | 0.627 | 1042.226 | -4.259 | -95.367 | 158.650 | -0.360 | -8.896 |
| 200.000 | 1.330 | 0.041 | 0.167 | 1020.304 | -5.150 | -103.071 | 210.245 | -0.596 | -13.893 |
| 250.000 | 1.680 | 0.051 | 0.117 | 991.219 | -6.039 | -105.769 | 260.561 | -0.875 | -19.117 |
| 300.000 | 1.917 | 0.055 | 0.068 | 956.498 | -7.055 | -107.554 | 309.273 | -1.202 | -24.454 |
| 350.000 | 1.953 | 0.104 | -0.037 | 919.147 | -8.582 | -107.273 | 356.167 | -1.589 | -29.508 |
| 400.000 | 1.784 | 0.140 | -0.257 | 883.075 | -10.936 | -103.852 | 401.209 | -2.074 | -35.129 |
| 450.000 | 1.458 | 0.112 | -0.390 | 851.774 | -13.375 | -97.600 | 444.554 | -2.664 | -40.126 |
| 500.000 | 1.092 | 0.081 | -0.525 | 827.350 | -15.245 | -89.768 | 486.501 | -3.402 | -44.846 |
| 550.000 | 0.698 | -0.071 | -0.582 | 810.365 | -15.345 | -79.088 | 527.413 | -4.179 | -43.022 |
| 600.000 | 0.329 | -0.227 | -0.642 | 800.549 | -12.474 | -66.273 | 567.657 | -4.887 | -52.636 |
| 650.000 | -0.102 | -0.285 | -0.724 | 796.358 | -7.529 | -53.096 | 607.595 | -5.392 | -55.627 |
| 700.000 | -0.244 | -0.350 | -0.801 | 801.698 | -1.409 | -38.376 | 647.585 | -5.621 | -57.920 |
| 750.000 | -0.439 | -0.365 | -0.709 | 803.288 | 5.496 | -23.798 | 687.819 | -5.520 | -59.467 |
| 800.000 | -0.407 | -0.390 | -0.613 | 816.450 | 12.784 | -11.030 | 728.440 | -5.065 | -60.350 |
| 850.000 | -0.060 | -0.400 | -0.517 | 820.954 | 20.406 | -0.120 | 769.403 | -4.236 | -60.601 |
| 900.000 | 0.217 | -0.416 | -0.427 | 819.435 | 28.284 | 8.991 | 810.435 | -3.020 | -60.372 |
| 950.000 | 0.546 | -0.447 | -0.317 | 812.067 | 36.615 | 16.176 | 851.243 | -1.400 | -59.734 |
| 1000.000 | 0.793 | -0.475 | -0.203 | 799.133 | 45.516 | 21.225 | 891.549 | 0.651 | -58.790 |
| 1050.000 | 0.861 | -0.381 | -0.203 | 782.978 | 53.707 | 25.166 | 931.109 | 3.141 | -57.630 |
| 1100.000 | 0.732 | -0.291 | -0.196 | 766.829 | 60.175 | 29.013 | 969.847 | 5.998 | -56.275 |
| 1150.000 | 0.377 | -0.217 | -0.220 | 755.548 | 64.979 | 33.024 | 1007.073 | 9.132 | -54.725 |
| 1200.000 | 0.045 | -0.151 | -0.249 | 751.481 | 68.530 | 37.552 | 1045.522 | 12.475 | -52.964 |
| 1250.000 | -0.058 | -0.055 | -0.169 | 751.609 | 70.320 | 41.587 | 1083.091 | 15.959 | -50.979 |
| 1300.000 | -0.049 | 0.043 | -0.089 | 752.643 | 70.651 | 44.078 | 1120.698 | 19.496 | -48.831 |
| 1350.000 | 0.112 | 0.101 | 0.048 | 752.037 | 69.278 | 44.490 | 1158.328 | 22.999 | -46.606 |
| 1400.000 | 0.372 | 0.164 | 0.104 | 747.367 | 66.719 | 42.241 | 1195.834 | 26.404 | -44.427 |
| 1450.000 | 0.701 | 0.200 | 0.278 | 737.016 | 63.206 | 37.777 | 1232.970 | 29.655 | -42.419 |
| 1500.000 | 1.078 | 0.236 | 0.359 | 719.850 | 58.577 | 31.533 | 1269.422 | 32.713 | -40.679 |
| 1550.000 | 1.351 | 0.141 | 0.473 | 695.023 | 55.25 | 23.413 | 1304.844 | 35.554 | -39.297 |
| 1600.000 | 1.653 | 0.044 | 0.569 | 666.357 | 53.560 | 13.356 | 1338.927 | 38.279 | -39.370 |
| 1650.000 | 1.843 | 0.070 | 0.495 | 632.329 | 53.808 | 3.082 | 1371.407 | 40.954 | -37.965 |
| 1700.000 | 2.042 | -0.167 | 0.415 | 594.891 | 56.289 | -5.705 | 1402.102 | 43.697 | -38.037 |
| 1750.000 | 1.831 | -0.220 | 0.275 | 557.448 | 60.215 | -12.362 | 1430.892 | 46.607 | -38.500 |
| 1800.000 | 1.376 | -0.246 | 0.134 | 526.496 | 64.710 | -16.306 | 1457.954 | 49.728 | -39.228 |
| 1850.000 | 1.014 | -0.213 | -0.052 | 503.428 | 69.145 | -17.095 | 1483.673 | 53.077 | -40.078 |
| 1900.000 | 0.604 | -0.181 | -0.248 | 487.613 | 72.949 | -14.196 | 1508.421 | 56.632 | -40.876 |
| 1950.000 | 0.171 | -0.028 | -0.356 | 480.338 | 74.959 | -8.561 | 1532.590 | 60.342 | -41.452 |
| 2000.000 | -0.162 | 0.117 | -0.435 | 480.253 | 74.094 | -1.120 | 1556.378 | 64.080 | -41.702 |
| 2050.000 | -0.275 | 0.142 | -0.504 | 484.470 | 71.586 | 7.943 | 1580.697 | 67.724 | -41.537 |
| 2100.000 | -0.330 | 0.165 | -0.582 | 490.307 | 68.621 | 18.429 | 1605.052 | 71.231 | -40.984 |
| 2150.000 | -0.214 | 0.230 | -0.490 | 495.561 | 64.811 | 28.680 | 1629.708 | 74.572 | -39.698 |
| 2200.000 | 0.100 | 0.290 | -0.384 | 496.669 | 59.795 | 37.012 | 1654.539 | 77.692 | -38.048 |

(VEHICLE LINEAR TIME HISTORY    R02 DODGE AIRES SEAT / PART 572 DUMMY COMBINED LINEAR & ANGULAR DISPLACEMENTS    PAGE NO. 2

| TIME (MSEC) | LINEAR DECELERATIONS (G'S) X | Y | Z | LINEAR VELOCITIES (IN./SEC.) X | Y | Z | LINEAR DISPLACEMENTS (IN.) X | Y | Z |
|---|---|---|---|---|---|---|---|---|---|
| 2250.000 | 0.425 | 0.376 | -0.174 | 491.603 | 53.368 | 42.392 | 1679.272 | 80.528 | -36.045 |
| 2300.000 | 0.779 | 0.457 | 0.034 | 479.900 | 45.332 | 43.741 | 1703.590 | 83.002 | -33.876 |
| 2350.000 | 1.227 | 0.526 | 0.324 | 460.616 | 35.845 | 40.285 | 1727.141 | 85.037 | -31.752 |
| 2400.000 | 1.386 | 0.590 | 0.615 | 435.395 | 25.068 | 31.218 | 1749.554 | 86.565 | -29.941 |
| 2450.000 | 1.395 | 0.525 | 0.776 | 408.644 | 14.303 | 17.784 | 1770.555 | 87.544 | -28.703 |
| 2500.000 | 1.375 | 0.456 | 0.935 | 381.991 | 4.838 | 1.266 | 1790.420 | 88.017 | -28.214 |
| 2550.000 | 1.467 | 0.362 | 0.917 | 354.553 | -3.056 | -15.609 | 1808.841 | 88.054 | -29.599 |
| 2600.000 | 1.340 | 0.265 | 0.905 | 327.456 | -9.113 | -34.192 | 1825.881 | 87.742 | -29.370 |
| 2650.000 | 1.148 | 0.049 | 0.705 | 303.444 | -12.151 | -49.724 | 1841.628 | 87.193 | -31.908 |
| 2700.000 | 0.907 | 0.170 | 0.504 | 283.609 | -10.982 | -61.391 | 1856.295 | 86.597 | -34.778 |
| 2750.000 | 0.761 | -0.357 | 0.145 | 267.501 | -5.602 | -67.652 | 1870.061 | 86.165 | -38.033 |
| 2760.000 | 0.678 | -0.601 | -0.218 | 253.508 | 3.929 | -65.941 | 1883.082 | 86.106 | -41.427 |
| 2850.000 | 0.599 | -0.560 | -0.428 | 241.285 | 15.326 | -60.705 | 1895.448 | 86.589 | -44.638 |
| 2850.000 | 0.536 | -0.560 | -0.638 | 230.309 | 26.328 | -50.417 | 1907.632 | 87.632 | -47.430 |
| 2900.000 | 0.455 | -0.326 | -0.786 | 220.718 | 34.681 | -36.667 | 1918.502 | 89.181 | -49.619 |
| 2950.000 | 0.363 | -0.099 | -0.941 | 212.758 | 38.988 | -19.395 | 1929.332 | 91.046 | -51.048 |
| 3000.000 | 0.274 | 0.064 | -1.026 | 206.551 | 39.325 | -1.013 | 1939.807 | 93.017 | -51.580 |
| 3050.000 | 0.184 | 0.227 | -1.105 | 202.139 | 36.510 | 19.547 | 1950.017 | 94.926 | -51.123 |
| 3100.000 | 0.142 | 0.238 | -0.922 | 198.994 | 32.015 | 39.104 | 1960.042 | 96.640 | -49.642 |
| 3150.000 | 0.130 | 0.255 | -0.723 | 196.365 | 27.251 | 54.978 | 1969.925 | 98.123 | -47.274 |
| 3200.000 | 0.158 | 0.220 | -0.512 | 193.585 | 22.652 | 66.904 | 1979.676 | 99.368 | -44.210 |
| 3250.000 | 0.177 | 0.188 | -0.298 | 190.356 | 18.723 | 74.725 | 1989.276 | 100.400 | -40.852 |
| 3300.000 | 0.199 | 0.272 | -0.018 | 186.732 | 14.286 | 77.774 | 1998.705 | 101.232 | -36.817 |
| 3350.000 | 0.234 | 0.360 | 0.252 | 182.556 | 8.191 | 75.519 | 2007.940 | 101.801 | -32.963 |
| 3400.000 | 0.284 | 0.428 | 0.398 | 177.563 | 0.509 | 69.250 | 2016.947 | 102.026 | -29.332 |
| 3450.000 | 0.341 | 0.496 | 0.531 | 171.331 | -8.328 | 60.281 | 2025.679 | 101.838 | -26.083 |
| 3500.000 | 0.403 | 0.622 | 0.542 | 164.351 | -19.117 | 49.924 | 2034.081 | 101.162 | -23.327 |
| 3550.000 | 0.448 | 0.740 | 0.546 | 156.144 | -32.263 | 39.421 | 2042.097 | 99.887 | -21.093 |
| 3600.000 | 0.486 | 0.633 | 0.387 | 147.131 | -45.511 | 30.411 | 2049.682 | 97.934 | -19.360 |
| 3650.000 | 0.529 | 0.522 | 0.230 | 137.331 | -56.652 | 24.455 | 2056.797 | 95.371 | -18.001 |
| 3700.000 | 0.574 | 0.339 | 0.154 | 126.693 | -64.959 | 20.745 | 2063.401 | 92.316 | -16.87? |
| 3750.000 | 0.587 | 0.155 | 0.080 | 115.476 | -69.730 | 18.488 | 2069.456 | 88.934 | -15.902 |
| 3800.000 | 0.590 | -0.003 | 0.078 | 104.115 | -71.200 | 16.957 | 2074.946 | 85.398 | -15.015 |
| 3850.000 | 0.553 | -0.168 | 0.072 | 93.026 | -69.550 | 15.503 | 2079.872 | 81.866 | -14.205 |
| 3900.000 | 0.513 | -0.239 | 0.012 | 82.691 | -65.622 | 14.691 | 2084.261 | 78.481 | -13.455 |
| 3950.000 | 0.447 | -0.312 | -0.058 | 73.411 | -60.304 | 15.134 | 2088.158 | 75.327 | -12.715 |
| 4000.000 | 0.383 | -0.322 | -0.060 | 65.394 | -54.183 | 16.274 | 2091.623 | 72.464 | -11.930 |
| 4050.000 | 0.313 | -0.339 | -0.068 | 58.671 | -47.504 | 17.511 | 2094.719 | 69.913 | -11.086 |
| 4100.000 | 0.241 | -0.176 | -0.021 | 53.320 | -42.840 | 17.961 | 2097.513 | 67.660 | -10.192 |
| 4150.000 | 0.170 | -0.015 | 0.107 | 49.349 | -40.997 | 16.724 | 2100.074 | 65.577 | -9.318 |
| 4200.000 | 0.116 | -0.043 | 0.154 | 46.585 | -40.434 | 14.204 | 2102.458 | 63.539 | -8.541 |
| 4250.000 | 0.061 | -0.073 | 0.209 | 44.873 | -39.309 | 10.701 | 2104.750 | 61.543 | -7.914 |
| 4300.000 | 0.037 | -0.055 | 0.211 | 43.525 | -38.071 | 6.554 | 2106.968 | 59.610 | -7.480 |
| 4350.000 | 0.009 | -0.043 | 0.223 | 43.197 | -37.125 | 2.465 | 2109.151 | 57.731 | -7.251 |
| 4400.000 | 0.008 | -0.043 | 0.157 | 43.363 | -35.967 | -1.212 | 2111.322 | 55.901 | -7.225 |
| 4450.000 | 0.004 | -0.077 | | | | | | | |

65

```
VEHICLE LINEAR TIME HISTORY   R02 DODGE AIRES SEAT / PART 5/2 DUMMY COMBINED LINEAR & ANGULAR DISPLACEMENTS    PAGE NO. 3
```

| TIME (MSEC) | LINEAR DECELERATIONS (G'S) | | | LINEAR VELOCITIES (IN./SEC.) | | | LINEAR DISPLACEMENTS (IN.) | | |
|---|---|---|---|---|---|---|---|---|---|
| | X | Y | Z | X | Y | Z | X | Y | Z |
| 4550.000 | -0.005 | -0.116 | 0.093 | 43.391 | -34.108 | -3.675 | 2113.490 | 54.146 | -7.352 |
| 4550.000 | -0.002 | -0.063 | 0.045 | 43.448 | -32.382 | -5.087 | 2115.661 | 52.498 | -7.575 |
| 4600.000 | 0.000 | 0.000 | 0.000 | 43.463 | -31.773 | -5.556 | 2117.834 | 50.889 | -7.845 |

VEHICLE ANGULAR TIME HISTORY   R02 DODGE ARIES SEAT / PART 572 DUMMY COMBINED LINEAR & ANGULAR DISPLACEMENTS     PAGE NO.

| TIME (MSEC) | ANGULAR ACCELERATIONS (DEG/SEC.**2) | | | ANGULAR VELOCITIES (DEG/SEC.) | | | ANGULAR DISPLACEMENTS (DEG) | | |
|---|---|---|---|---|---|---|---|---|---|
| | X | Y | Z | X | Y | Z | X | Y | ROLL / PITCH |
| 0.000 | 73.248 | 315.822 | 61.393 | -0.072 | -0.466 | -0.132 | 0.000 | 0.000 | 0.000 |
| 50.000 | 137.697 | 245.391 | -4.446 | 5.205 | 13.562 | 1.292 | 0.043 | 0.242 | 0.000 |
| 100.000 | 203.541 | 176.207 | -57.522 | 13.735 | 24.104 | -0.507 | 0.082 | 0.242 | 0.115 |
| 150.000 | 275.407 | 111.083 | -119.314 | 25.734 | 31.299 | -5.178 | 0.082 | 1.296 | 0.575 |
| 200.000 | 360.990 | 39.372 | -152.263 | 41.669 | 35.050 | -11.368 | -0.024 | 2.698 | 1.543 |
| 250.000 | 441.511 | -35.949 | -161.636 | 61.732 | 35.136 | -19.813 | -0.377 | 4.386 | 3.185 |
| 300.000 | 499.684 | -135.776 | -159.199 | 85.261 | 30.818 | -27.836 | -1.033 | 6.214 | 5.597 |
| 350.000 | 517.297 | -252.463 | -147.688 | 110.656 | 21.096 | -35.508 | -2.005 | 8.024 | 9.245 |
| 400.000 | 482.133 | -326.325 | -116.446 | 135.672 | 6.616 | -42.111 | -3.308 | 9.537 | 13.925 |
| 450.000 | 405.655 | -326.800 | -58.730 | 157.867 | -9.712 | -46.490 | -4.992 | 10.879 | 19.802 |
| 500.000 | 312.281 | -294.421 | 14.943 | 175.815 | -25.243 | -47.585 | -7.106 | 11.688 | 26.7 |
| 550.000 | 224.865 | -270.148 | 111.325 | 189.244 | -39.357 | -3.645 | -9.645 | 12.137 | 34.5 |
| 600.000 | 151.967 | -240.498 | 218.534 | 193.654 | -52.123 | -44.428 | -12.531 | 12.331 | 43.117 |
| 650.000 | 90.602 | -179.136 | 312.970 | 204.729 | -62.614 | -36.182 | -15.667 | 12.291 | 52.162 |
| 700.000 | 8.113 | -59.617 | 339.690 | 207.196 | -68.558 | -22.894 | -18.967 | 11.970 | 61.570 |
| 750.000 | -97.225 | 66.495 | 256.839 | 204.969 | -67.861 | -6.578 | -22.358 | 11.327 | 71.204 |
| 800.000 | -208.150 | 194.239 | 109.133 | 197.334 | -60.843 | 8.335 | -25.739 | 10.439 | 80.894 |
| 850.000 | -280.021 | 209.651 | -16.665 | 185.130 | -50.740 | 17.485 | -28.963 | 9.521 | 90.419 |
| 900.000 | -285.830 | 156.193 | -50.009 | 170.734 | -41.563 | 19.746 | -31.862 | 8.810 | 99.536 |
| 950.000 | -273.385 | 107.851 | -14.075 | 156.503 | -34.988 | 18.029 | -34.345 | 8.435 | 106.065 |
| 1000.000 | -249.910 | 111.015 | 6.950 | 143.421 | -29.516 | 16.427 | -36.451 | 8.356 | 115.934 |
| 1050.000 | -224.009 | 119.847 | 17.764 | 131.573 | -23.770 | 16.297 | -39.274 | 8.444 | 123.162 |
| 1100.000 | -177.433 | 102.059 | 53.109 | 121.537 | -18.247 | 16.962 | -39.856 | 8.570 | 129.796 |
| 1150.000 | -52.707 | 88.269 | 96.474 | 114.783 | -13.489 | 18.734 | -41.241 | 8.633 | 135.909 |
| 1200.000 | 25.072 | 108.835 | 103.500 | 113.093 | -8.561 | 22.473 | -42.544 | 8.555 | 141.605 |
| 1250.000 | 180.424 | 149.711 | 93.898 | 118.230 | -2.098 | 27.620 | -43.897 | 8.276 | 147.079 |
| 1300.000 | 362.307 | 199.825 | 66.207 | 131.799 | 6.841 | 32.708 | -45.356 | 7.756 | 152.627 |
| 1350.000 | 570.941 | 241.430 | 4.136 | 155.130 | 17.672 | 35.710 | -46.311 | 6.944 | 158.641 |
| 1400.000 | 764.133 | 249.866 | -102.761 | 188.507 | 29.954 | 38.469 | -48.537 | 5.794 | 165.591 |
| 1450.000 | 887.655 | 203.159 | -208.850 | 229.802 | 41.280 | 36.003 | -50.186 | 4.291 | 173.998 |
| 1500.000 | 915.292 | 88.377 | -275.624 | 274.875 | 48.568 | 28.213 | -51.788 | 2.480 | -175.663 |
| 1550.000 | 861.048 | -35.983 | -260.174 | 319.284 | 49.378 | 16.101 | -53.306 | 0.459 | -163.094 |
| 1600.000 | 751.582 | -165.160 | -192.008 | 359.599 | 43.850 | 2.706 | -54.743 | -1.601 | -149.20 |
| 1650.000 | 605.251 | -182.487 | -66.192 | 393.520 | 35.159 | -8.348 | -56.140 | -3.490 | -131.147 |
| 1700.000 | 469.365 | -113.910 | 35.451 | 423.335 | 27.699 | -14.553 | -57.517 | -5.030 | -112.185 |
| 1750.000 | 367.673 | -17.780 | 67.517 | 441.311 | 24.356 | -15.322 | -58.831 | -6.098 | -91.675 |
| 1800.000 | 291.073 | 81.007 | 12.229 | 457.779 | 25.937 | -12.748 | -50.255 | -6.596 | -69.958 |
| 1850.000 | 212.977 | 114.594 | -148.138 | 470.381 | 30.827 | -10.754 | -61.615 | -6.439 | -47.310 |
| 1900.000 | 165.936 | -23.683 | -329.112 | 479.853 | 33.100 | -14.152 | -62.915 | -5.640 | -23.952 |
| 1950.000 | 153.804 | -312.371 | -342.435 | 487.947 | 24.698 | -26.083 | -64.196 | -4.260 | -0.073 |
| 2000.000 | 147.621 | -556.455 | -100.356 | 495.383 | 2.978 | -42.872 | -65.557 | -2.442 | 24.204 |
| 2050.000 | 113.729 | -569.400 | 284.605 | 501.916 | -25.169 | -53.941 | -67.089 | -0.390 | 48.328 |
| 2100.000 | 72.410 | -309.054 | 609.470 | 306.570 | -47.130 | -49.333 | -68.838 | 1.663 | 73.753 |
| 2150.000 | 65.285 | 132.504 | 710.406 | 510.012 | -51.542 | -26.979 | -70.609 | 3.500 | 99.890 |
| 2200.000 | 96.786 | 598.318 | 477.478 | 514.064 | -33.269 | 6.018 | -72.977 | 4.935 | 124.151 |
| 2250.000 | | | | | | 35.715 | -75.281 | 5.798 | 149.534 |

67

VEHICLE ANGULAR TIME HISTORY   R02 DODGE AIRES SEAT / PART 572 DUMMY COMBINED LINEAR & ANGULAR DISPLACEMENTS    PAGE NO. 2

| TIME (MSEC) | ANGULAR ACCELERATIONS (DEG/SEC.**2) | | | ANGULAR VELOCITIES (DEG/SEC.) | | | ANGULAR DISPLACEMENTS (DEG) | | |
|---|---|---|---|---|---|---|---|---|---|
| | X | Y | Z | X | Y | Z | YAW | PITCH | ROLL |
| 2250.000 | 107.140 | 819.852 | -111.852 | 519.162 | 2.165 | 44.955 | -77.560 | 5.973 | 175.133 |
| 2300.000 | 58.561 | 533.926 | -779.903 | 523.305 | 36.030 | 22.560 | -79.501 | 5.191 | -158.960 |
| 2350.000 | -11.940 | -204.034 | -1053.929 | 524.470 | 44.277 | -23.286 | -80.737 | 3.438 | -132.851 |
| 2400.000 | -37.313 | -968.425 | -664.223 | 523.239 | 14.965 | -66.242 | -81.608 | 0.634 | -106.667 |
| 2450.000 | 30.326 | -1227.798 | 218.072 | 526.064 | -39.940 | -77.396 | -80.208 | -3.065 | -80.531 |
| 2500.000 | 119.106 | -733.445 | 993.704 | 526.300 | -88.971 | -47.099 | -78.359 | -7.326 | -54.453 |
| 2550.000 | 107.305 | 157.230 | 1073.855 | 532.460 | -103.377 | 4.592 | -75.882 | -11.746 | -28.367 |
| 2600.000 | -46.922 | 725.127 | 501.535 | 533.920 | -81.318 | 43.976 | -73.303 | -15.924 | -2.278 |
| 2650.000 | -257.060 | 667.107 | -148.032 | 526.250 | -46.512 | 52.914 | -71.306 | -19.495 | 23.673 |
| 2700.000 | -412.921 | 224.639 | -438.968 | 509.480 | -24.218 | 38.139 | -70.372 | -22.207 | 49.271 |
| 2750.000 | -460.585 | -219.371 | -320.135 | 497.633 | -24.086 | 19.161 | -70.714 | -23.961 | 74.345 |
| 2800.000 | -297.176 | -401.110 | 41.874 | 465.429 | -39.599 | 12.205 | -72.360 | -24.754 | 93.865 |
| 2850.000 | -230.584 | -269.472 | 375.365 | 450.985 | -56.363 | 22.711 | -75.151 | -24.620 | 122.915 |
| 2900.000 | -47.656 | 30.752 | 499.525 | 444.029 | -62.331 | 44.658 | -78.765 | -23.685 | 146.750 |
| 2950.000 | 62.924 | 207.167 | 402.851 | 444.911 | -54.383 | 67.215 | -82.760 | -21.954 | 170.514 |
| 3000.000 | 97.392 | 428.130 | 216.605 | 449.419 | -36.501 | 82.707 | -86.678 | -19.511 | -165.732 |
| 3050.000 | -5.961 | 509.279 | 38.027 | 451.704 | -13.065 | 89.078 | -89.835 | -163.503 | 37.908 |
| 3100.000 | -56.216 | 527.705 | -132.084 | 450.025 | 12.659 | 86.726 | 86.889 | -166.861 | 61.228 |
| 3150.000 | -20.732 | 464.466 | -277.822 | 447.976 | 37.663 | 76.479 | 84.416 | -170.383 | 84.166 |
| 3200.000 | 26.196 | 342.359 | -403.504 | 448.113 | 57.834 | 59.446 | -97.663 | -5.999 | -73.147 |
| 3250.000 | 58.650 | 97.091 | -481.612 | 450.234 | 68.820 | 37.318 | -99.345 | -2.357 | -50.563 |
| 3300.000 | 74.571 | -215.142 | -375.912 | 453.572 | 65.869 | 15.880 | -100.496 | 1.106 | -27.951 |
| 3350.000 | 48.101 | -351.604 | -74.145 | 456.646 | 51.700 | 4.628 | -100.910 | 4.059 | -5.204 |
| 3400.000 | -48.201 | -236.977 | 173.580 | 456.644 | 36.986 | 7.114 | -100.432 | 5.198 | 17.694 |
| 3450.000 | -199.920 | -92.223 | 205.213 | 450.441 | 28.756 | 16.584 | -99.134 | 7.315 | 40.557 |
| 3500.000 | -346.662 | -90.840 | 155.822 | 436.776 | 24.175 | 25.610 | -97.432 | 7.296 | 62.986 |
| 3550.000 | -442.743 | -78.681 | 189.794 | 417.056 | 19.941 | 34.250 | -95.958 | 6.182 | 84.527 |
| 3600.000 | -474.743 | 81.792 | 207.445 | 394.133 | 20.019 | 44.181 | 64.643 | 175.837 | -75.112 |
| 3650.000 | -452.655 | 206.504 | 77.682 | 370.948 | 27.227 | 51.309 | 84.895 | 178.501 | -55.983 |
| 3700.000 | -421.031 | 170.312 | -47.114 | 349.106 | 36.647 | 52.074 | 83.290 | -178.508 | -37.984 |
| 3750.000 | -393.292 | 58.527 | -51.340 | 328.748 | 42.358 | 49.612 | 83.053 | -175.528 | -20.976 |
| 3800.000 | -344.560 | -6.160 | -17.766 | 310.302 | 43.577 | 47.885 | 81.173 | -172.894 | -4.814 |
| 3850.000 | -295.943 | -43.390 | 13.414 | 294.539 | 42.438 | 47.776 | 78.653 | -170.853 | 10.657 |
| 3900.000 | -256.510 | -60.797 | 38.445 | 281.478 | 39.834 | 49.072 | 75.691 | -169.649 | 25.944 |
| 3950.000 | -155.749 | -75.537 | 28.067 | 271.871 | 36.425 | 50.735 | 72.513 | -169.393 | 39.940 |
| 4000.000 | -65.713 | -96.229 | 4.385 | 266.135 | 32.131 | 51.546 | 69.466 | -170.090 | 53.917 |
| 4050.000 | -44.337 | -87.541 | 20.509 | 263.383 | 27.537 | 52.171 | 66.873 | -171.618 | 67.565 |
| 4100.000 | -103.850 | 5.943 | 52.495 | 259.679 | 25.497 | 53.999 | 64.885 | -173.807 | 80.909 |
| 4150.000 | -176.914 | 152.760 | 13.519 | 252.660 | 29.465 | 55.649 | 116.584 | -2.514 | -86.139 |
| 4200.000 | -157.088 | 247.438 | -129.355 | 244.309 | 39.470 | 52.752 | -117.780 | -0.524 | -73.674 |
| 4250.000 | -43.326 | 218.383 | -321.798 | 239.299 | 51.115 | 41.474 | -118.967 | 2.550 | -61.623 |
| 4300.000 | 77.763 | 96.256 | -474.573 | 240.160 | 59.031 | 21.565 | -120.356 | 5.439 | -49.758 |
| 4350.000 | 140.409 | -65.100 | -545.861 | 245.614 | 59.860 | -3.945 | -122.117 | 7.920 | -37.828 |
| 4400.000 | 151.041 | -261.157 | -506.642 | 252.921 | 51.703 | -30.258 | -124.363 | 9.868 | -25.712 |
| 4450.000 | 133.980 | -424.773 | -356.152 | 260.066 | 34.555 | -51.828 | -127.100 | 11.233 | -13.382 |

VEHICLE ANGULAR TIME HISTORY:  R02 DODGE AIRES SEAT / PART 572 DUMMY COMBINED LINEAR & ANGULAR DISPLACEMENTS       PAGE

| TIME (MSEC) | ANGULAR ACCELERATIONS (DEG/SEC.**2) | | | ANGULAR VELOCITIES (DEG/SEC.) | | | ANGULAR DISPLACEMENTS (DEG) | | |
|---|---|---|---|---|---|---|---|---|---|
|  | X | Y | Z | X | Y | Z | YAW | PITCH | ROLL |
| 4500.000 | 96.273 | -488.075 | -154.853 | 263.822 | 11.734 | -64.603 | -130.233 | 12.026 | -0.955 |
| 4550.000 | 43.473 | -422.080 | 18.818 | 269.466 | -11.020 | -58.004 | -133.637 | 12.350 | 11.522 |
| 4600.000 | 0.000 | 0.000 | 0.000 | 270.703 | -21.572 | -57.534 | -137.210 | 12.549 | 24.570 |

```
 NPL  NBLT  NBAG  NELP   NO   NSD  NHRNSS  NWINDF  NJNTF  NFORCE
  0    0    0     3     0    0     1       0       0      0

PLANE INPUTS

PLANE NO.    1    SEAT CUSHION
                     X           Y           Z
  POINT 1         -20.0000     27.6300     -1.9900
  POINT 2           2.2200     27.6300     -9.3100
  POINT 3         -20.0000    -27.6300     -1.9900

PLANE NO.    2    SEAT BACK
                     X           Y           Z
  POINT 1         -15.7900    -27.6300     -3.3800
  POINT 2         -25.4100    -27.6300    -21.9400
  POINT 3         -15.7900     27.6300     -3.3800

PLANE NO.    3    SEAT CUSHION - 2
                     X           Y           Z
  POINT 1         -15.7800     27.6300     -3.3800
  POINT 2           2.2200     27.6300     -9.3100
  POINT 3         -15.7800    -27.6300     -3.3800

PLANE NO.    4    DASH FRONT - RIGHT
                     X           Y           Z
  POINT 1          10.3500      0.0000    -11.5600
  POINT 2           5.7200     27.6300    -11.5600
  POINT 3          10.3500      0.0000    -25.8100

PLANE NO.    5    DASH FRONT - LEFT
                     X           Y           Z
  POINT 1           9.7200    -27.6300    -11.5600
  POINT 2          10.3500      0.0000    -11.5600
  POINT 3           9.7200    -27.6300    -25.8100

PLANE NO.    6    WINDSHIELD - RIGHT
                     X           Y           Z
  POINT 1          -6.6500     26.3700    -41.1300
  POINT 2          -6.0200     -5.8600    -41.1300
  POINT 3           9.7200     26.3700    -23.6300

PLANE NO.    7    HEADER - RIGHT
                     X           Y           Z
  POINT 1          -6.7000     26.3700    -41.1300
  POINT 2          -6.1800      0.0000    -41.1300
  POINT 3          -8.5300     26.3300    -41.9300
```

PLANE INPUTS

PLANE NO. 8    WINDSHIELD - LEFT

|  | X | Y | Z |
|---|---|---|---|
| POINT 1 | -6.6500 | -26.3700 | -41.1300 |
| POINT 2 | 9.7200 | -26.3700 | -23.6300 |
| POINT 3 | -6.0200 | 5.8600 | -41.1300 |

PLANE NO. 9    DASH BOTTOM - RIGHT

|  | X | Y | Z |
|---|---|---|---|
| POINT 1 | 30.7200 | 27.6300 | -11.5600 |
| POINT 2 | 9.7200 | 27.6300 | -11.5600 |
| POINT 3 | 31.3500 | 0.0000 | -11.5600 |

PLANE NO. 10   FOOTBOARD

|  | X | Y | Z |
|---|---|---|---|
| POINT 1 | 31.3500 | -27.6300 | -11.5600 |
| POINT 2 | 21.1000 | -27.6300 | 3.5000 |
| POINT 3 | 31.3500 | 27.6300 | -11.5600 |

PLANE NO. 11   FLOOR

|  | X | Y | Z |
|---|---|---|---|
| POINT 1 | 21.1000 | -27.6300 | 3.5000 |
| POINT 2 | -25.7800 | -27.6300 | 3.5000 |
| POINT 3 | 21.1000 | 27.6300 | 3.5000 |

PLANE NO. 12   SEAT FRONT

|  | X | Y | Z |
|---|---|---|---|
| POINT 1 | 2.2200 | 27.6300 | -9.3100 |
| POINT 2 | 1.2200 | 27.6300 | 3.5000 |
| POINT 3 | 2.2200 | -27.6300 | -9.3100 |

PLANE NO. 13   HUMP SIDE - RIGHT

|  | X | Y | Z |
|---|---|---|---|
| POINT 1 | 26.2500 | 6.2500 | -4.0500 |
| POINT 2 | 1.8100 | 6.2500 | -3.1200 |
| POINT 3 | 26.5400 | 5.2500 | 3.3500 |

PLANE NO. 14   HUMP - TOP

|  | X | Y | Z |
|---|---|---|---|
| POINT 1 | 23.5200 | -6.2500 | -0.0600 |
| POINT 2 | 1.1200 | -6.2500 | 0.8800 |
| POINT 3 | 23.5200 | 6.2500 | -0.0600 |

71

PLANE INPUTS

PLANE NO. 15     HEAD REST - RIGHT

|  | X | Y | Z |
|---|---|---|---|
| POINT 1 | -23.4100 | 8.3100 | -21.9400 |
| POINT 2 | -24.9300 | 8.3100 | -25.6400 |
| POINT 3 | -23.4100 | 20.0600 | -21.9400 |

PLANE NO. 16     A PILLAR - RIGHT

|  | X | Y | Z |
|---|---|---|---|
| POINT 1 | -6.8500 | 19.0000 | -41.1300 |
| POINT 2 | 5.7200 | 26.3500 | -23.6300 |
| POINT 3 | -7.2200 | 20.6800 | -41.1300 |

PLANE NO. 17     ROOF SIDE - RIGHT

|  | X | Y | Z |
|---|---|---|---|
| POINT 1 | -25.7800 | 21.4000 | -37.8800 |
| POINT 2 | -22.5700 | 20.7000 | -1.9300 |
| POINT 3 | -4.9300 | 21.4000 | -37.8800 |

PLANE NO. 18     B PILLAR - RT UPPER

|  | X | Y | Z |
|---|---|---|---|
| POINT 1 | -25.0700 | 21.4000 | -37.8800 |
| POINT 2 | -22.5700 | 21.4000 | -37.8900 |
| POINT 3 | -25.0700 | 27.6300 | -23.6300 |

PLANE NO. 19     B PILLAR - RT LOWER

|  | X | Y | Z |
|---|---|---|---|
| POINT 1 | -25.0700 | 27.6300 | -23.6300 |
| POINT 2 | -21.8200 | 27.6300 | -23.6400 |
| POINT 3 | -25.0700 | 27.6300 | 3.5000 |

PLANE NO. 20     DOOR - RIGHT

|  | X | Y | Z |
|---|---|---|---|
| POINT 1 | 9.7200 | 27.6300 | -23.6300 |
| POINT 2 | 9.7200 | 27.6300 | 3.5000 |
| POINT 3 | -21.8200 | 27.6300 | -23.6300 |

PLANE NO. 21     SIDE UNDER DASH - R

|  | X | Y | Z |
|---|---|---|---|
| POINT 1 | 9.7200 | 27.6300 | 3.5000 |
| POINT 2 | 9.7200 | 27.6300 | -11.5600 |
| POINT 3 | 31.3500 | 27.6300 | 3.5000 |

72

PLANE INPUTS

PLANE NO. 22    SIDE WINDOW - RIGHT

|        | X        | Y       | Z        |
|--------|----------|---------|----------|
| POINT 1 | 12.0000  | 20.7200 | -41.0000 |
| POINT 2 | 12.0000  | 30.9700 | -20.0000 |
| POINT 3 | -25.1200 | 20.7200 | -41.0000 |

PLANE NO. 23    ROOF TOP - RIGHT

|        | X        | Y       | Z        |
|--------|----------|---------|----------|
| POINT 1 | 25.7800  | 0.0000  | -43.3030 |
| POINT 2 | -4.9200  | 0.0000  | -42.7700 |
| POINT 3 | -25.7800 | 20.4000 | -42.7700 |

PLANE NO. 24    DASH FRONT - RIGHT

|        | X       | Y       | Z        |
|--------|---------|---------|----------|
| POINT 1 | 10.3500 | 0.0000  | -11.5600 |
| POINT 2 | 9.7200  | 27.6300 | -11.9400 |
| POINT 3 | 10.3500 | 0.0000  | -25.8100 |

PLANE NO. 25    DOOR - RIGHT

|        | X        | Y       | Z        |
|--------|----------|---------|----------|
| POINT 1 | 9.7200   | 27.6300 | -35.0000 |
| POINT 2 | 9.7200   | 27.6300 | 3.5000   |
| POINT 3 | -21.8200 | 27.6300 | -35.0000 |

PLANE NO. 26    SEAT BACK

|        | X        | Y        | Z        |
|--------|----------|----------|----------|
| POINT 1 | -15.7800 | -27.6300 | -3.3800  |
| POINT 2 | -23.4100 | -22.6300 | -21.9400 |
| POINT 3 | -15.7800 | 27.6300  | -3.3800  |

PAGE
CARDS 2.5

CARD

ADDITIONAL ELLIPSOID INPUT

| NO. | SEMIAXES ( IN.) | | | OFFSET ( IN.) | | | ROTATION (DEG) | | |
|---|---|---|---|---|---|---|---|---|---|
| | X | Y | Z | X | Y | Z | YAW | PITCH | ROLL |
| 17 | 4.500 | 3.000 | 3.000 | 0.000 | 4.000 | -3.500 | 0.000 | 0.000 | 0.000 |
| 18 | 3.200 | 6.000 | 8.000 | 0.000 | 0.000 | -7.000 | 0.000 | 0.000 | 0.000 |
| 19 | 2.000 | 40.000 | 7.250 | 11.500 | 25.000 | -18.680 | 0.000 | 0.000 | 0.000 |

BODY SEGMENT SYMMETRY INPUT

| SEG NO. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SYM(J) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

74