PAGE 17
CARDS E

CARDS F

FUNCTION NO.   1        CONSTANT F=.20

| D0 | D1 | D2 | NTI( 1 ) = 1 | D4 |
|----|----|----|----|----|
| 0.0000 | 0.0000 | 0.2000 | | 0.0000 |

FUNCTION IS CONSTANT   0.200000

FUNCTION NO.   3        SEAT CUSHION

| D0 | D1 | D2 | D3 | NTI( 3) = 6 | D4 |
|----|----|----|----|----|----|
| 0.0000 | -10.0000 | 0.0000 | 0.0000 | | 1.0000 |

FIRST PART OF FUNCTION -   12 TABULAR POINTS

| D | F(D) |
|----|------|
| 0.000000 | 0.000 |
| 0.300000 | 25.0000 |
| 0.900000 | 50.0000 |
| 1.350000 | 75.0000 |
| 1.000000 | 100.0000 |
| 2.300000 | 125.0000 |
| 2.600000 | 150.0000 |
| 3.400000 | 200.0000 |
| 3.800000 | 250.0000 |
| 4.150000 | 300.0000 |
| 7.000000 | 900.0000 |
| 8.000000 | 1400.0000 |



FUNCTION NO.   4        CONSTANT FIG.4                NTI( 4 ) =   36

DO                D1          D2          D3          D4
0.0000          0.0000      0.4000      0.0000      0.0000

    FUNCTION IS CONSTANT    0.400000

FUNCTION NO.   5        WINDSHIELD                   NTI( 5 ) =   41

DO                D1          D2          D3          D4
0.0000          -9.0000     0.0000      0.0000      1.0000

FIRST PART OF FUNCTION -   11 TABULAR POINTS

D            F(D)
0.000000     0.0000
0.500000     500.0000
1.000000     1000.0000
2.000000     1000.0000
3.000000     1000.0000
4.000000     500.0000
5.000000     200.0000
6.000000     100.0000
7.000000     50.0000
8.000000     20.0000
9.000000     0.0000



FUNCTION NO.  6     DASH

| D0 | D1 | D2 | D3 | D4 |
|---|---|---|---|---|
| 0.0000 | -11.0000 | 0.0000 | 0.0000 | 0.0000 |

NTI( 6) = 69

FIRST PART OF FUNCTION -    TABULAR POINTS

| D | F(D) |
|---|---|
| 0.000000 | 0.0000 |
| 5.50000 | 3175.0000 |
| 6.00000 | 950.0000 |
| 7.50000 | 1000.0000 |
| 9.75000 | 1200.0000 |
| 10.00000 | 1280.0000 |
| 11.00000 | 2000.0000 |

FUNCTION NO.  7     CUSHION VISCOUS

| D0 | D1 | D2 | D3 | D4 |
|---|---|---|---|---|
| -2000.0000 | -2000.0000 | 0.0000 | 0.0000 | 1.0000 |

NTI( 7) = 89

FIRST PART OF FUNCTION -    5 TABULAR POINTS

| D | F(D) |
|---|---|
| -2000.000000 | 0.0000 |
| -200.000000 | 0.0000 |
| 0.000000 | 0.0000 |
| 200.000000 | 10.0000 |
| 2000.000000 | 200.0000 |



FUNCTION NO. 11:        SEAT CUSHION 3                          NTI(11) = 147

| D0 | D1 | D2 | D3 | D4 |
|----|----|----|----|----|
| 0.0000 | -7.1800 | 0.0000 | 0.0000 | 1.0000 |

FIRST PART OF FUNCTION - 8 TABULAR POINTS

| D | F(D) |
|---|------|
| 0.000000 | 18.0000 |
| 1.180000 | 35.0000 |
| 2.180000 | 60.0000 |
| 3.180000 | 100.0000 |
| 4.180000 | 160.0000 |
| 5.180000 | 250.0000 |
| 6.180000 | 400.0000 |
| 7.180000 | 1550.0000 |

FUNCTION NO. 13        CUSHION ABSORPTION                       NTI(13) = 159

| D0 | D1 | D2 | D3 | D4 |
|----|----|----|----|----|
| -1000.0000 | -1000.0000 | 0.0000 | 0.0000 | 1.0000 |

FIRST PART OF FUNCTION - 4 TABULAR POINTS

| D | F(D) |
|---|------|
| -1000.000000 | 0.5000 |
| -1.000000 | 0.5000 |
| 0.000000 | 1.0000 |
| 1000.000000 | 1.0000 |



FUNCTION NO. 14    DASH ABSORPTION    NTI(14) = 183

| D0 | D1 | D2 | D3 | D4 |
|---|---|---|---|---|
| -1000.0000 | -1000.0000 | 0.0000 | 0.0000 | 1.0000 |

FIRST PART OF FUNCTION -    4 TABULAR POINTS

| D | F(D) |
|---|---|
| -1000.000000 | 0.4000 |
| -1.000000 | 0.4000 |
| 0.000000 | 1.0000 |
| 1000.000000 | 1.0000 |

FUNCTION NO. 15    WINDSHIELD ABSORPTON    NTI(15) = 197

| D0 | D1 | D2 | D3 | D4 |
|---|---|---|---|---|
| -1000.0000 | -1000.0000 | 0.0000 | 0.0000 | 1.0000 |

FIRST PART OF FUNCTION -    4 TABULAR POINTS

| D | F(D) |
|---|---|
| -1000.000000 | 0.3000 |
| -1.000000 | 0.3000 |
| 0.000000 | 1.0000 |
| 1000.000000 | 1.0000 |

PAGE 2
CARDS

CARDS

FUNCTION NO. 16    UNDER WASH ABSORPTION    NTI(16) = 211

| D0 | D1 | D2 | D3 | D4 |
|---|---|---|---|---|
| -1500.0000 | -1000.0000 | 0.0000 | 0.0000 | 1.0000 |

FIRST PART OF FUNCTION -    4 TABULAR POINTS

| D | F(D) |
|---|---|
| -1000.000000 | 0.2500 |
| -1.000000 | 0.2500 |
| -0.000000 | 1.0000 |
| 1000.000000 | 1.0000 |

FUNCTION NO. 17    ABDOMINAL ABSORPTION    NTI(17) = 225

| D0 | D1 | D2 | D3 | D4 |
|---|---|---|---|---|
| -1000.0000 | -1000.0000 | 0.0000 | 0.0000 | 1.0000 |

FIRST PART OF FUNCTION -    4 TABULAR POINTS

| D | F(D) |
|---|---|
| -1000.000000 | 0.5000 |
| -1.000000 | 0.5000 |
| 0.000000 | 1.0000 |
| 1000.000000 | 1.0000 |

CARDS E

FUNCTION NO.  18      ABDOMINAL VISCOUS          NTI(18) = 239

| D0 | D1 | D2 | D3 | D4 |
|---|---|---|---|---|
| -2000.0000 | -2000.0000 | 0.0000 | 0.0000 | 1.0000 |

FIRST PART OF FUNCTION -    5 TABULAR POINTS

| D | F(D) |
|---|---|
| -2000.000000 | 0.0000 |
| -200.000000 | 0.0000 |
| 0.000000 | 0.0000 |
| 200.000000 | 50.0000 |
| 2000.000000 | 1000.0000 |

FUNCTION NO.  19      ABDOMINAL STIFFNES 1       NTI(19) = 255

| D0 | D1 | D2 | D3 | D4 |
|---|---|---|---|---|
| 0.0000 | -10.0000 | 0.0000 | 0.0000 | 1.0000 |

FIRST PART OF FUNCTION -    9 TABULAR POINTS

| D | F(D) |
|---|---|
| 0.000000 | 0.0000 |
| 1.000000 | 5.0000 |
| 2.000000 | 14.0000 |
| 2.600000 | 22.0000 |
| 2.610000 | 22.0000 |
| 2.620000 | 11.0000 |
| 2.630000 | 0.0000 |
| 2.640000 | 0.0000 |
| 10.000000 | 0.0000 |



FUNCTION NO. 21     BODY ABSORPTION     NTI(21) = 279

| D0 | D1 | D2 | D3 | D4 |
|---|---|---|---|---|
| -1000.0000 | -1000.0000 | 0.0000 | 0.0000 | 1.0000 |

FIRST PART OF FUNCTION -  4 TABULAR POINTS

| D | F(D) |
|---|---|
| -1000.000000 | 0.2000 |
| -1.000000 | 0.2000 |
| 0.000000 | 1.0000 |
| 1000.000000 | 1.0000 |

FUNCTION NO. 22     CONSTANT = 0.0     NTI(22) = 293

| D0 | D1 | D2 | D3 | D4 |
|---|---|---|---|---|
| 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

FUNCTION IS CONSTANT    0.000000

PAGE
CARDS

CARDS

FUNCTION NO. 23    CONSTANT = 0.0          NTI(23) = 298

| DO | D1 | D2 | D3 | D4 |
|----|----|----|----|----|
| 0.0000 | 0.0000 | 0.0000 | 0.0000 | 1.0000 |

FUNCTION IS CONSTANT    0.000000

FUNCTION NO. 25    HARD SURFACE          NTI(25) = 303

| DC | D1 | D2 | D3 | D4 |
|----|----|----|----|----|
| 0.0000 | -3.0000 | 0.0000 | 0.0000 | 1.0000 |

FIRST PART OF FUNCTION -    6 TABULAR POINTS

| D | F(D) |
|---|------|
| 0.000000 | 0.0000 |
| 0.250000 | 100.9000 |
| 0.500000 | 400.0000 |
| 1.000000 | 1500.0000 |
| 2.000000 | 4000.0000 |
| 3.000000 | 6000.0000 |

84

FUNCTION NO. 28   UP ARM - UTOR STIFF     NTI(28) = * 1

| D0 | D1 | D2 | D3 | D4 |
|---|---|---|---|---|
| 0.0000 | -4.5000 | 0.0000 | 0.0000 | 1.0000 |

FIRST PART OF FUNCTION -   10 TABULAR POINTS

| D | F(D) |
|---|---|
| 0.000000 | 0.0000 |
| 1.250000 | 0.0000 |
| 1.500000 | 2.0000 |
| 1.750000 | 12.0000 |
| 2.000000 | 40.0000 |
| 2.250000 | 75.0000 |
| 2.500000 | 140.0000 |
| 2.750000 | 250.0000 |
| 3.000000 | 450.0000 |
| 4.500000 | 1000.0000 |

FUNCTION NO. 31   HARNESS FDF     NTI(31) = 347

| D0 | D1 | D2 | D3 | D4 |
|---|---|---|---|---|
| 0.0000 | -4.0000 | 0.0000 | 0.0000 | 0.0000 |

FIRST PART OF FUNCTION -   8 TABULAR POINTS

| D | F(D) |
|---|---|
| 0.000000 | 0.0000 |
| 0.010000 | 150.0000 |
| 0.020000 | 300.0000 |
| 0.030000 | 450.0000 |
| 0.050000 | 850.0000 |
| 0.100000 | 3500.0000 |
| 1.000000 | 35000.0000 |
| 4.000000 | 140000.0000 |

PAGE
CARDS E

CARDS C

FUNCTION NO. 32    HARNESS FRICTION

NTI(32) = 369

| D0 | D1 | D2 | D3 | D4 |
|----|----|----|----|----|
| 0.0000 | 0.0000 | 0.2000 | 0.0000 | 0.2000 |

FUNCTION IS CONSTANT    0.200000

FUNCTION NO. 33    STIFF SEAT CUSHION

NTI(33) = 374

| D0 | D1 | D2 | D3 | D4 |
|----|----|----|----|----|
| 0.0000 | -10.0000 | 0.0000 | 0.0000 | 1.0000 |

FIRST PART OF FUNCTION - 12 TABULAR POINTS

| D | F(D) |
|---|------|
| 0.000000 | 0.0000 |
| 0.300000 | 25.0000 |
| 0.900000 | 50.0000 |
| 1.700000 | 100.0000 |
| 1.900000 | 200.0000 |
| 2.300000 | 250.0000 |
| 2.600000 | 300.0000 |
| 3.400000 | 400.0000 |
| 3.800000 | 500.0000 |
| 4.150000 | 600.0000 |
| 7.000000 | 1800.0000 |
| 8.000000 | 2000.0000 |



PAGE 2
CARDS

FUNCTION NO. 34    HARNESS FRICTION    NTI(34) = 404

DQ        D1        D2        D3        D4
0.0000    0.0000    0.9000    0.0000    0.2000

FUNCTION IS CONSTANT    0.900000

ALLOWED CONTACTS AND ASSOCIATED FUNCTIONS

PAGE 30

CARDS F...

| PLANE | SEGMENT | FORCE DEFLECTION | INERTIAL SPIKE | R FACTOR | G FACTOR | FRICTION COEF. |
|---|---|---|---|---|---|---|
| SEAT CUSHION | 1-16 / 1-1 LTOR | 22 CONSTANT = 0.0 | -3 SEAT CUSHION | -13 CUSHION ABSORPTION | -7 CUSHION VISCOUS | 1 CONSTANT F=.20 |
| SEAT CUSHION | 1-16 / 2-2 MTOR | 22 CONSTANT = 0.0 | -3 SEAT CUSHION | -13 CUSHION ABSORPTION | -7 CUSHION VISCOUS | 1 CONSTANT F=.20 |
| SEAT CUSHION | 1-16 / 3-3 UTOR | 22 CONSTANT = 0.0 | -3 SEAT CUSHION | -13 CUSHION ABSORPTION | -7 CUSHION VISCOUS | 1 CONSTANT F=.20 |
| SEAT CUSHION | 1-16 / 6-6 RULG | 22 CONSTANT = 0.0 | -3 SEAT CUSHION | -13 CUSHION ABSORPTION | -7 CUSHION VISCOUS | 1 CONSTANT F=.20 |
| SEAT CUSHION | 1-16 / 9-9 LULG | 22 CONSTANT = 0.0 | -3 SEAT CUSHION | -13 CUSHION ABSORPTION | -7 CUSHION VISCOUS | 1 CONSTANT F=.20 |
| SEAT BACK | 2-16 / 1-1 LTOR | 22 CONSTANT = 0.0 | -33 STIFF SEAT CUSHION | -13 CUSHION ABSORPTION | -7 CUSHION VISCOUS | 1 CONSTANT F=.20 |
| SEAT BACK | 2-16 / 3-3 UTOR | 22 CONSTANT = 0.0 | -33 STIFF SEAT CUSHION | -13 CUSHION ABSORPTION | -7 CUSHION VISCOUS | 1 CONSTANT F=.20 |
| SEAT BACK | 2-16 / 5-5 HEAD | 22 CONSTANT = 0.0 | -33 STIFF SEAT CUSHION | -13 CUSHION ABSORPTION | -7 CUSHION VISCOUS | 1 CONSTANT F=.20 |
| SEAT BACK | 2-16 / 12-12 RUAM | 23 CONSTANT = 0.0 | -33 STIFF SEAT CUSHION | -13 CUSHION ABSORPTION | -7 CUSHION VISCOUS | 1 CONSTANT F=.20 |
| SEAT BACK | 2-16 / 14-14 LUAM | 23 CONSTANT = 0.0 | -33 STIFF SEAT CUSHION | -13 CUSHION ABSORPTION | -7 CUSHION VISCOUS | 1 CONSTANT F=.20 |
| SEAT CUSHION - 2 | 3-16 / 14-14 LUAM | 23 CONSTANT = 0.0 | -3 SEAT CUSHION | -13 CUSHION ABSORPTION | -7 CUSHION VISCOUS | 1 CONSTANT F=.20 |
| SEAT CUSHION - 2 | 3-16 / 15-15 LLAM | 23 CONSTANT = 0.0 | -3 SEAT CUSHION | -13 CUSHION ABSORPTION | -7 CUSHION VISCOUS | 1 CONSTANT F=.20 |
| DASH FRONT - RIGHT | 4-16 / 6-6 RULG | 23 CONSTANT = 2.0 | -6 DASH | -14 DASH ABSORPTION | -8 DASH VISCOUS | 4 CONSTANT F=0.4 |
| DASH FRONT - RIGHT | 4-16 / 9-9 LULG | 23 CONSTANT = 0.0 | -6 DASH | -14 DASH ABSORPTION | -8 DASH VISCOUS | 4 CONSTANT F=0.4 |
| DASH FRONT - RIGHT HEAD | 4-16 / 5-5 HEAD | 23 CONSTANT = 0.0 | -6 DASH | -14 DASH ABSORPTION | -8 DASH VISCOUS | 4 CONSTANT F=0.4 |
| DASH FRONT - LEFT | 5-16 / 15-15 LLAM | 23 CONSTANT = 0.0 | -6 DASH | -14 DASH ABSORPTION | -8 DASH VISCOUS | 4 CONSTANT F=0.4 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6-16 WINDSHIELD - RIGHT | 13-13 RLAM | CONSTANT = 23 | -5 WINDSHIELD | -15 WINDSHIELD ABSORPTION | -18 ABDOMINAL VISCOUS | CONSTANT F=.20 |
| 6-16 WINDSHIELD - RIGHT | 15-15 LLAM | CONSTANT = 23 | -5 WINDSHIELD | -15 WINDSHIELD ABSORPTION | -18 ABDOMINAL VISCOUS | CONSTANT F=.20 |
| 6-16 WINDSHIELD - RIGHT | 5-5 HEAD | CONSTANT = 23 | -5 WINDSHIELD | -15 WINDSHIELD ABSORPTION | -18 ABDOMINAL VISCOUS | CONSTANT F=0.4 |
| 9-16 DASH BOTTOM - RIGHT | 8-8 RFT | CONSTANT = 23 | -6 DASH | -14 DASH ABSORPTION | -8 DASH VISCOUS | CONSTANT F=0.4 |
| 9-16 DASH BOTTOM - RIGHT | 11-11 LFT | CONSTANT = 23 | -6 DASH | -14 DASH ABSORPTION | -8 DASH VISCOUS | CONSTANT F=0.4 |
| 10-16 FOOTSCART | 8-8 RFT | CONSTANT = 23 | -25 HARD SURFACE | -15 WINDSHIELD ABSORPTION | -8 DASH VISCOUS | CONSTANT F=0.4 |
| 13-16 FOOTBOARD | 11-11 LFT | CONSTANT = 23 | -25 HARD SURFACE | -15 WINDSHIELD ABSORPTION | -8 DASH VISCOUS | CONSTANT F=0.4 |
| 11-16 FLOOR | 8-5 RFT | CONSTANT = 23 | -25 HARD SURFACE | -15 WINDSHIELD ABSORPTION | -8 DASH VISCOUS | CONSTANT F=0.4 |
| 11-16 FLOOR | 11-11 LFT | CONSTANT = 23 | -25 HARD SURFACE | -15 WINDSHIELD ABSORPTION | -8 DASH VISCOUS | CONSTANT F=0.4 |
| 12-16 SEAT FRONT | 7-7 RLLG | CONSTANT = 22 | -3 SEAT CUSHION | -13 CUSHION ABSORPTION | -7 CUSHION VISCOUS | CONSTANT F=.20 |
| 12-16 SEAT FRONT | 9-8 RFT | CONSTANT = 22 | -3 SEAT CUSHION | -13 CUSHION ABSORPTION | -7 CUSHION VISCOUS | CONSTANT F=.20 |
| 12-16 SEAT FRONT | 10-10 LLLG | CONSTANT = 22 | -3 SEAT CUSHION | -13 CUSHION ABSORPTION | -7 CUSHION VISCOUS | CONSTANT F=.20 |
| 12-16 SEAT FRNT | 11-11 LFT | CONSTANT = 22 | -3 SEAT CUSHION | -13 CUSHION ABSORPTION | -7 CUSHION VISCOUS | CONSTANT F=.20 |
| 13-16 HUMP SIDE - RIGHT | 10-10 LLLG | CONSTANT = 23 | -25 HARD SURFACE | -15 WINDSHIELD ABSORPTION | -18 ABDOMINAL VISCOUS | CONSTANT F=0.4 |
| 13-16 HUMP SIDE - RIGHT | 11-11 LFT | CONSTANT = 23 | -25 HARD SURFACE | -15 WINDSHIELD ABSORPTION | -8 DASH VISCOUS | CONSTANT F=0.4 |
| 14-16 HUMP - TOP | 10-10 LLLG | CONSTANT = 23 | -25 HARD SURFACE | -15 WINDSHIELD ABSORPTION | -18 ABDOMINAL VISCOUS | CONSTANT F=0.4 |
| 14-16 HUMP - TOP | 11-11 LFT | CONSTANT = 23 | -25 HARD SURFACE | -15 WINDSHIELD ABSORPTION | -8 DASH VISCOUS | CONSTANT F=.20 |
| 15-16 HEAD REST - RIGHT | 3-3 UTOR | CONSTANT = 22 | -33 STIFF SEAT CUSHION | -13 CUSHION ABSORPTION | -7 CUSHION VISCOUS | CONSTANT F=.20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 15- 16<br>HEAD REST - RIGHT | 5- 5<br>HEAD | CONSTANT = 0.0 | -33<br>STIFF SEAT CUSHION | -13<br>CUSHION ABSORPTION | -7<br>CUSHION VISCOUS | 1<br>CONSTANT F=.20 |
| 15- 16<br>HEAD REST - RIGHT | 12- 12<br>RUAM | CONSTANT = 0.0 | -33<br>STIFF SEAT CUSHION | -13<br>CUSHION ABSORPTION | -7<br>CUSHION VISCOUS | 1<br>CONSTANT F=.20 |
| 15- 16<br>HEAD REST - RIGHT | 14- 14<br>LUAM | CONSTANT = 0.0 | -33<br>STIFF SEAT CUSHION | -13<br>CUSHION ABSORPTION | -7<br>CUSHION VISCOUS | 1<br>CONSTANT F=.20 |
| 20- 16<br>DOOR - RIGHT | 6- 6<br>RULG | CONSTANT = 0.0 | -3<br>SEAT CUSHION | -16<br>UNDER DASH ABSORPTION | -7<br>CUSHION VISCOUS | 4<br>CONSTANT F=0.4 |
| 20- 15<br>DOOR - RIGHT | 7- 7<br>RLLG | CONSTANT = 0.0 | -6<br>DASH | -16<br>UNDER DASH ABSORPTION | -8<br>DASH VISCOUS | 4<br>CONSTANT F=0.4 |
| 20- 16<br>DOOR - RIGHT | 1- 1<br>LTOR | CONSTANT = 0.0 | -3<br>SEAT CUSHION | -16<br>UNDER DASH ABSORPTION | -7<br>CUSHION VISCOUS | 4<br>CONSTANT F=0.4 |
| 20- 16<br>DOOR - RIGHT | 12- 12<br>RUAM | CONSTANT = 0.0 | -3<br>SEAT CUSHION | -16<br>UNDER DASH ABSORPTION | -8<br>DASH VISCOUS | 4<br>CONSTANT F=0.4 |
| 20- 15<br>DOOR - RIGHT | 13- 13<br>RLAM | CONSTANT = 0.0 | -6<br>DASH | -16<br>UNDER DASH ABSORPTION | -8<br>DASH VISCOUS | 4<br>CONSTANT F=0.4 |
| 21- 15<br>SIDE UNDER DASH - R | 7- 7<br>RLLG | CONSTANT = 0.0 | -6<br>DASH | -14<br>DASH ABSORPTION | -8<br>DASH VISCOUS | 4<br>CONSTANT F=0.4 |
| 21- 16<br>SIDE UNDER DASH - R | 8- 8<br>RFT | CONSTANT = 0.0 | -6<br>DASH | -14<br>DASH ABSORPTION | -8<br>DASH VISCOUS | 4<br>CONSTANT F=0.4 |
| 21- 16<br>SIDE UNDER DASH - R | 11- 11<br>LFT | CONSTANT = 0.0 | -6<br>DASH | -14<br>DASH ABSORPTION | -8<br>DASH VISCOUS | 4<br>CONSTANT F=0.4 |
| 22- 15<br>SIDE WINDOW - RIGHT | 5- 5<br>HEAD | CONSTANT = 0.0 | -5<br>WINDSHIELD | -15<br>WINDSHIELD ABSORPTION | -18<br>ABDOMINAL VISCOUS | 1<br>CONSTANT F=.20 |
| 22- 15<br>SIDE WINDOW - RIGHT | 3- 3<br>UTOR | CONSTANT = 0.0 | -5<br>WINDSHIELD | -15<br>WINDSHIELD ABSORPTION | -18<br>ABDOMINAL VISCOUS | 1<br>CONSTANT F=.20 |
| 22- 16<br>SIDE WINDOW - RIGHT | 12- 12<br>RUAM | CONSTANT = 0.0 | -5<br>WINDSHIELD | -15<br>WINDSHIELD ABSORPTION | -18<br>ABDOMINAL VISCOUS | 1<br>CONSTANT F=.20 |
| 22- 16<br>SIDE WINDOW - RIGHT | 13- 13<br>RLAM | CONSTANT = 0.0 | -5<br>WINDSHIELD | -15<br>WINDSHIELD ABSORPTION | -18<br>ABDOMINAL VISCOUS | 1<br>CONSTANT F=.20 |
| 22- 16<br>SIDE WINDOW - RIGHT | 15- 15<br>LLAM | CONSTANT = 0.0 | -5<br>WINDSHIELD | -15<br>WINDSHIELD ABSORPTION | -18<br>ABDOMINAL VISCOUS | 1<br>CONSTANT F=.20 |
| 23- 16<br>ROOF TOP - RIGHT | 5- 5<br>HEAD | CONSTANT = 0.0 | -25<br>HARD SURFACE | -15<br>WINDSHIELD ABSORPTION | -18<br>ABDOMINAL VISCOUS | 4<br>CONSTANT F=0.4 |
| 23- 16<br>ROOF TOP - RIGHT | 13- 13<br>RLAM | CONSTANT = 0.0 | -25<br>HARD SURFACE | -15<br>WINDSHIELD ABSORPTION | -18<br>ABDOMINAL VISCOUS | 4<br>CONSTANT F=0.4 |

CARDS F. 3

| SEGMENT | SEGMENT | FORCE DEFLECTION | INERTIAL SPIKE | R FACTOR | G FACTOR | FRICTION COEF. |
|---|---|---|---|---|---|---|
| 23-15 ROOF TOP - RIGHT | 15-15 LLAM | 23 CONSTANT = 0.0 | -25 HARD SURFACE | -15 WINDSHIELD ABSORPTION | -18 ABDOMINAL VISCOUS | CONSTANT F=0.4 |
| 23-16 ROOF TOP - RIGHT | 12-12 RUAM | 23 CONSTANT = 0.0 | -25 HARD SURFACE | -15 WINDSHIELD ABSORPTION | -18 ABDOMINAL VISCOUS | CONSTANT F=0.4 |
| 23-16 ROOF TOP - RIGHT | 14-14 LUAM | 23 CONSTANT = 0.0 | -25 HARD SURFACE | -15 WINDSHIELD ABSORPTION | -18 ABDOMINAL VISCOUS | CONSTANT F=0.4 |
| 24-16 DASH FRONT - RIGHT | 8-8 RFT | 23 CONSTANT = 0.0 | -6 DASH | -14 DASH ABSORPTION | -8 DASH VISCOUS | CONSTANT F=0.4 |
| 24-16 DASH FRONT - RIGHT | 11-11 LFT | 23 CONSTANT = 0.0 | -6 DASH | -14 DASH ABSORPTION | -8 DASH VISCOUS | CONSTANT F=0.4 |
| 25-16 DOOR - RIGHT | 3-3 UTOR | 23 CONSTANT = 0.0 | -3 SEAT CUSHION | -16 UNDER DASH ABSORPTION | -7 CUSHION VISCOUS | CONSTANT F=0.20 |
| 25-16 DOOR - RIGHT | 8-8 RFT | 23 CONSTANT = 0.0 | -6 DASH | -16 UNDER DASH ABSORPTION | -8 DASH VISCOUS | CONSTANT F=0.4 |
| 25-16 DOOR - RIGHT | 11-11 LFT | 23 CONSTANT = 0.0 | -6 DASH | -16 UNDER DASH ABSORPTION | -8 DASH VISCOUS | CONSTANT F=0.4 |
| 26-16 SEAT BACK | 13-13 RLAM | 23 CONSTANT = 0.0 | -33 STIFF SEAT CUSHION | -13 CUSHION ABSORPTION | -7 CUSHION VISCOUS | CONSTANT F=0.20 |
| 26-16 SEAT BACK | 15-15 LLAM | 23 CONSTANT = 0.0 | -33 STIFF SEAT CUSHION | -13 CUSHION ABSORPTION | -7 CUSHION VISCOUS | CONSTANT F=0.20 |
| 1-1 LTOR | 13-13 RLAM | 23 CONSTANT = 0.0 | -9 BODY STIFFNESS | -21 BODY ABSORPTION | -18 ABDOMINAL VISCOUS | CONSTANT F=0.20 |
| 1-1 LTOR | 15-15 LLAM | 23 CONSTANT = 0.0 | -9 BODY STIFFNESS | -21 BODY ABSORPTION | -18 ABDOMINAL VISCOUS | CONSTANT F=0.20 |
| 2-2 MTOR | 12-12 RUAM | 23 CONSTANT = 0.0 | -19 ABDOMINAL STIFFNES 1 | -17 ABDOMINAL ABSORPTION | -18 ABDOMINAL VISCOUS | CONSTANT F=0.20 |
| 2-2 MTOR | 13-13 RLAM | 23 CONSTANT = 0.0 | -19 ABDOMINAL STIFFNES 1 | -17 ABDOMINAL ABSORPTION | -18 ABDOMINAL VISCOUS | CONSTANT F=0.20 |
| 2-2 MTOR | 14-14 LUAM | 23 CONSTANT = 0.0 | -19 ABDOMINAL STIFFNES 1 | -17 ABDOMINAL ABSORPTION | -18 ABDOMINAL VISCOUS | CONSTANT F=0.20 |
| 2-2 MTOR | 15-15 LLAM | 23 CONSTANT = 0.0 | -19 ABDOMINAL STIFFNES 1 | -17 ABDOMINAL ABSORPTION | -18 ABDOMINAL VISCOUS | CONSTANT F=0.20 |
| 3-3 UTOR | 6-6 RULG | 22 CONSTANT = 0.0 | -29 UP ARM - UTOR STIFF | -21 BODY ABSORPTION | -18 ABDOMINAL VISCOUS | CONSTANT F=0.20 |

91

| | | | | | |
|---|---|---|---|---|---|
| 3- 3 UTGR | 9- 9 LULG  CONSTANT = 0.0  22 | UP ARM - UTGR STIFF  -28 | BODY ABSORPTION  -21 | ABDOMINAL VISCOUS  -18 | CONSTANT F=.20  1 |
| 3- 3 UTGR | 12-12 RUAM  CONSTANT = 0.0  22 | UP ARM - UTGR STIFF  -28 | BODY ABSORPTION  -21 | ABDOMINAL VISCOUS  -18 | CONSTANT F=.20  1 |
| 3- 3 UTGR | 14-14 LUAM  CONSTANT = 0.0  22 | UP ARM - UTGR STIFF  -28 | BODY ABSORPTION  -21 | ABDOMINAL VISCOUS  -18 | CONSTANT F=.20  1 |
| 5- 5 HEAD | 12-12 RUAM  CONSTANT = 0.0  23 | BODY STIFFNESS  -9 | BODY ABSORPTION  -21 | ABDOMINAL VISCOUS  -18 | CONSTANT F=.20  1 |
| 5- 5 HEAD | 13-13 RLAM  CONSTANT = 0.0  23 | BODY STIFFNESS  -9 | BODY ABSORPTION  -21 | ABDOMINAL VISCOUS  -18 | CONSTANT F=.20  1 |
| 5- 5 HEAD | 14-14 LUAM  CONSTANT = 0.0  23 | BODY STIFFNESS  -9 | BODY ABSORPTION  -21 | ABDOMINAL VISCOUS  -18 | CONSTANT F=.20  1 |
| 5- 5 HEAD | 15-15 LLAM  CONSTANT = 0.0  23 | BODY STIFFNESS  -9 | BODY ABSORPTION  -21 | ABDOMINAL VISCOUS  -18 | CONSTANT F=.20  1 |
| 6- 6 RULG | 9- 9 LULG  CONSTANT = 0.0  22 | BODY STIFFNESS  -9 | BODY ABSORPTION  -21 | ABDOMINAL VISCOUS  -18 | CONSTANT F=.20  1 |
| 6- 6 RULG | 10-10 LLLG  CONSTANT = 0.0  22 | BODY STIFFNESS  -9 | BODY ABSORPTION  -21 | ABDOMINAL VISCOUS  -18 | CONSTANT F=.20  1 |
| 6- 6 RULG | 12-12 RUAM  CONSTANT = 0.0  22 | BODY STIFFNESS  -9 | BODY ABSORPTION  -21 | ABDOMINAL VISCOUS  -18 | CONSTANT F=.20  1 |
| 5- 5 HULG | 13-13 RLAM  CONSTANT = 0.0  22 | BODY STIFFNESS  -9 | BODY ABSORPTION  -21 | ABDOMINAL VISCOUS  -18 | CONSTANT F=.20  1 |
| 5- 6 RULG | 15-15 LLAM  CONSTANT = 0.0  22 | BODY STIFFNESS  -9 | BODY ABSORPTION  -21 | ABDOMINAL VISCOUS  -18 | CONSTANT F=.20  1 |
| 7- 7 RLLG | 10-10 LLLG  CONSTANT = 0.0  22 | BODY STIFFNESS  -9 | BODY ABSORPTION  -21 | ABDOMINAL VISCOUS  -18 | CONSTANT F=.20  1 |
| 7- 7 RLLG | 9- 9 LULG  CONSTANT = 0.0  22 | BODY STIFFNESS  -9 | BODY ABSORPTION  -21 | ABDOMINAL VISCOUS  -18 | CONSTANT F=.20  1 |
| 7- 7 RLLG | 11-11 LFT  CONSTANT = 0.0  22 | BODY STIFFNESS  -9 | BODY ABSORPTION  -21 | ABDOMINAL VISCOUS  -18 | CONSTANT F=.20  1 |
| 8- 9 RFT | 11-11 LFT  CONSTANT = 0.0  22 | HARD SURFACE  -25 | WINDSHIELD ABSORPTN  -15 | DASH VISCOUS  -8 | CONSTANT F=.20  1 |
| 9- 9 LULG | 14-14 LUAM  CONSTANT = 0.0  23 | BODY STIFFNESS  -9 | BODY ABSORPTION  -21 | ABDOMINAL VISCOUS  -18 | CONSTANT F=.20  1 |
| 9- 9 LULG | 13-13 RLAM  CONSTANT = 0.0  23 | BODY STIFFNESS  -9 | BODY ABSORPTION  -21 | ABDOMINAL VISCOUS  -18 | CONSTANT F=.20  1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9- 9 LULG | 15- 15 LLAM | 23 CONSTANT = 0.0 | -5 BODY STIFFNESS | -21 BODY ABSORPTION | -19 ABDOMINAL VISCOUS | 1 CONSTANT F=.20 |
| 10- 10 LLLG | 8- 8 RFT | 23 CONSTANT = 0.0 | -9 BODY STIFFNESS | -21 BODY ABSORPTION | -19 ABDOMINAL VISCOUS | 1 CONSTANT F=.20 |
| 10- 10 LLLG | 15- 15 LLAM | 23 CONSTANT = 0.0 | -9 BODY STIFFNESS | -21 BODY ABSORPTION | -18 ABDOMINAL VISCOUS | 1 CONSTANT F=.20 |
| 12- 12 RLAM | 15- 15 LLAM | 23 CONSTANT = 0.0 | -9 BODY STIFFNESS | -21 BODY ABSORPTION | -18 ABDOMINAL VISCOUS | 1 CONSTANT F=.20 |
| 13- 13 RLAM | 15- 15 LLAM | 23 CONSTANT = 0.0 | -9 BODY STIFFNESS | -21 BODY ABSORPTION | -18 ABDOMINAL VISCOUS | 1 CONSTANT F=.20 |
| 13- 13 RLAM | 14- 14 LUAM | 23 CONSTANT = 0.0 | -9 BODY STIFFNESS | -21 BODY ABSORPTION | -19 ABDOMINAL VISCOUS | 1 CONSTANT F=.20 |
| 16- 19 CAR | 7- 7 RLLG | 23 CONSTANT = 0.0 | -6 DASH | -14 DASH ABSORPTION | -3 DASH VISCOUS | 1 CONSTANT F=0.4 |
| 16- 19 CAR | 10- 10 LLLG | 23 CONSTANT = 0.0 | -6 DASH | -14 DASH ABSORPTION | -8 DASH VISCOUS | 1 CONSTANT F=0.4 |
| 16- 19 CAR | 13- 13 RLAM | 23 CONSTANT = 0.0 | -6 DASH | -14 DASH ABSORPTION | -8 DASH VISCOUS | 1 CONSTANT F=0.4 |
| 16- 19 CAR | 15- 15 LLAM | 23 CONSTANT = 0.0 | -6 DASH | -14 DASH ABSORPTION | -8 DASH VISCOUS | 1 CONSTANT F=0.4 |

CARDS F 3.0

REFERENCE SLACK = -0.100 IN.

HARNESS NO. 1   BELT NO. 2   FUNCTION NOS. 31

| K | KS | KE | NT | NPD | NDR | FUNCTION NOS. | | | | | | | |
|---|----|----|-----|-----|-----|---|---|---|---|---|---|---|---|
| 16 | 16 | 0 | 685 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | 1 | 1 | 691 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 |
| 18 | 1 | 1 | 697 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 |
| 19 | 1 | 1 | 703 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 |
| 20 | 1 | 18 | 709 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 |
| 21 | 1 | 1 | 715 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | 1 | 1 | 721 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 |
| 23 | 2 | 2 | 727 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 |
| 24 | 2 | 3 | 733 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 |
| 25 | 3 | 3 | 739 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 |
| 26 | 3 | 3 | 745 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 |
| 27 | 3 | 3 | 751 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 |
| 28 | 3 | 17 | 753 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 |
| 29 | 3 | 3 | 759 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 |
| 30 | 3 | 3 | 775 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 |
| 32 | 16 | 0 | 731 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | BASE REFERENCE (IN.) | | | ADJUSTED REFERENCE (IN.) | | | OFFSET (IN.) | | | PREFERRED DIRECTION (IN.) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | Y | Z | X | Y | Z | X | Y | Z | X | Y | Z |
| 16 | -23.450 | 6.000 | 2.000 | -23.450 | 6.000 | 2.000 | 0.000 | 0.000 | 0.000 | 0.700 | 17.500 | -21.300 |
| 17 | -4.800 | 0.000 | 1.000 | -4.891 | 0.000 | 1.006 | 0.000 | 0.000 | -0.270 | 0.000 | 0.000 | -21.300 |
| 18 | -4.500 | -1.000 | 0.500 | -4.821 | -1.071 | 0.536 | 0.000 | 0.000 | -0.270 | 0.000 | 0.000 | 0.000 |
| 19 | -2.500 | -6.000 | -1.200 | -2.442 | -5.862 | -1.172 | 0.000 | 0.000 | -0.270 | 0.000 | 0.000 | 0.000 |
| 20 | -0.960 | -5.700 | -2.500 | -0.960 | -6.125 | -2.552 | 0.000 | 0.000 | -7.000 | 0.000 | 0.000 | 0.000 |
| 21 | 0.000 | -3.000 | 3.800 | 0.000 | -5.367 | 3.578 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| 22 | 0.010 | -3.000 | -1.000 | 0.011 | -4.229 | -4.757 | 0.000 | 0.000 | -0.270 | 0.000 | 0.000 | 0.000 |
| 23 | 1.000 | -1.500 | -1.000 | 1.512 | -4.535 | -1.512 | 2.150 | 0.000 | 0.300 | 0.000 | 0.000 | 0.000 |
| 24 | 2.500 | 1.500 | 1.500 | 2.957 | -2.957 | -1.774 | 2.150 | 0.000 | 2.200 | 0.000 | 0.000 | 0.000 |
| 25 | 3.000 | -1.500 | 6.500 | 3.023 | -1.511 | 6.549 | 0.800 | 0.000 | 2.200 | 0.000 | 0.000 | 0.000 |
| 26 | 4.600 | 4.70 | 3.035 | 4.249 | 0.000 | 3.535 | 0.800 | 0.000 | 2.200 | 0.000 | 0.000 | 0.000 |
| 27 | 4.000 | 3.000 | -1.500 | 4.082 | 3.061 | -1.531 | 0.800 | 0.000 | 2.200 | 0.000 | 0.000 | 0.000 |
| 28 | 1.000 | 4.100 | -6.000 | 1.081 | 4.431 | -6.484 | 0.800 | 0.000 | -3.500 | 0.000 | 0.000 | 0.000 |
| 29 | 0.300 | -2.800 | -6.000 | 0.320 | 1.213 | -2.985 | 0.900 | 4.000 | 2.200 | 0.000 | 0.000 | 0.000 |
| 30 | -1.000 | 4.300 | -6.000 | -1.059 | 4.551 | -6.250 | 0.900 | 0.000 | 2.200 | 0.000 | 0.000 | 0.000 |
| 31 | -2.500 | 4.300 | -4.000 | -2.654 | 4.564 | -4.246 | 0.800 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| 32 | -22.750 | 23.500 | -19.300 | -22.750 | 23.500 | -19.300 | 0.000 | 0.000 | 0.000 | 0.000 | 17.500 | -21.300 |

PAGE 32
CARD G.1

SUBROUTINE INITAL INPUT

| ZPLT(X) | ZPLT(Y) | ZPLT(Z) | I1 | I2 | J1 | J2 | I3 | SPLT(1) | SPLT(2) | SPLT(3) |
|---|---|---|---|---|---|---|---|---|---|---|
| 0. | 0. | 0. | 0 | 0 | 0 | 0 | 0 | 10.00 | 6.00 | 1.00 |

INITIAL POSITIONS (INERTIAL REFERENCE)

CARDS G.2

| SEGMENT NO. SEG | LINEAR POSITION ( IN.) X | Y | Z | LINEAR VELOCITY ( IN./SEC.) X | Y | Z |
|---|---|---|---|---|---|---|
| 1 LTOR | -13.10800 | 14.19000 | -9.80070 | 1061.35240 | 0.06205 | 2.03670 |
| 2 MTOR | -16.61612 | 14.19000 | -12.71720 | 1061.37623 | 0.06645 | 2.00809 |
| 3 UTOR | -15.53078 | 14.19000 | -21.18327 | 1061.40541 | 0.06258 | 1.98422 |
| 4 NECK | -21.18350 | 14.19000 | -29.95637 | 1061.51710 | 0.05541 | 1.97071 |
| 5 HEAD | -21.06386 | 14.19000 | -33.54847 | 1061.51645 | 0.05064 | 1.97169 |
| 6 RULG | -3.50557 | 18.15876 | -9.73506 | 1061.31197 | 0.04007 | 2.10967 |
| 7 RLLG | 7.64313 | 19.15770 | -6.11498 | 1061.07379 | 0.01897 | 2.20001 |
| 8 RFT | 15.52557 | 19.07095 | -1.83925 | 1061.26000 | 0.01090 | 2.25462 |
| 9 LULG | -3.55557 | 9.79254 | -9.73506 | 1061.34176 | 0.04007 | 2.12067 |
| 10 LLLG | 7.43313 | 9.18230 | -6.11498 | 1061.34307 | 0.01897 | 2.12253 |
| 11 LFT | 15.52337 | 9.30905 | -1.83925 | 1061.24607 | 0.01080 | 2.27682 |
| 12 RUAM | -20.14593 | 21.94359 | -19.77926 | 1061.45175 | 0.05575 | 1.99949 |
| 13 RLAM | -12.45864 | 21.31900 | -14.31342 | 1061.40565 | 0.06575 | 2.03310 |
| 14 LUAM | -20.14693 | 6.43642 | -19.77925 | 1061.44612 | 0.05492 | 1.59888 |
| 15 LLAM | -20.45864 | 7.06192 | -14.31242 | 1061.37289 | 0.05492 | 2.05092 |
| 16 CAR | -0.00000 | 0.00000 | 0.00000 | 1061.35240 | 0.06205 | 2.03670 |

INITIAL ANGULAR ROTATION AND VELOCITY

CARDS G.3

| SEGMENT NO. SEG | ANGULAR ROTATION (DEG) YAW | PITCH | ROLL | ANGULAR VELOCITY (DEG/SEC.) X | Y | Z | IYPR | |
|---|---|---|---|---|---|---|---|---|
| 1 LTOR | 0.00000 | 27.84580 | 0.00000 | -0.00184 | -0.46819 | -0.14986 | 2 1 | 0 |
| 2 ATOR | 0.00000 | -1.55700 | 0.00000 | -0.00591 | -0.46819 | -0.14976 | 2 1 | 1 |
| 3 UTOR | 0.00000 | 0.00000 | 0.00000 | -0.00591 | -0.46819 | -0.14976 | 2 1 | 2 |
| 4 NECK | 0.00000 | 4.00000 | 0.00000 | -0.06227 | -0.46819 | -0.13633 | 2 1 | 0 |
| 5 HEAD | 0.00000 | 0.00000 | 0.00000 | -0.0622? | -0.46819 | -0.13633 | 2 1 | 4 |
| 6 RULG | -8.04450 | 108.21643 | -13.72900 | 0.12577 | -0.46861 | -0.07748 | 3 2 | 0 |
| 7 RLLG | 3.48980 | 39.03710 | 5.48210 | -0.02579 | -0.46861 | -0.14631 | 3 2 | 0 |
| 8 RFT | 2.06090 | 104.00770 | 1.50320 | 0.14914 | -0.46557 | -0.04169 | 3 3 | 0 |
| 9 LULG | 3.03450 | 108.21640 | 13.72900 | 0.16768 | -0.46160 | 0.02180 | 3 2 | 0 |
| 10 LLLG | -3.48860 | 39.03710 | -5.48210 | 0.08158 | -0.46159 | -0.14812 | 3 2 | 0 |
| 11 LFT | -2.06090 | 104.00770 | -1.50320 | 0.14999 | -0.46574 | -0.03358 | 3 3 | 0 |
| 12 RUAM | -10.04570 | 13.41400 | -6.27500 | 0.04139 | -0.45695 | -0.176+8 | 3 2 | 0 |
| 13 RLAM | -84.67600 | 83.71400 | -76.17190 | 0.18118 | -0.45695 | -0.00571 | 3 1 | 0 |
| 14 LUAM | 10.04570 | 13.41400 | 6.27500 | -0.11750 | -0.46369 | -0.11337 | 3 2 | 0 |
| 15 LLAM | 64.67600 | 83.71400 | 76.17190 | 0.07909 | -0.46369 | -0.14284 | 3 1 | 0 |
| 16 CAR | 0.00000 | 0.00000 | 0.00000 | -0.07162 | -0.46819 | -0.13165 | 1 3 | 0 |

LINEAR AND ANGULAR VELOCITIES HAVE BEEN SET EQUAL TO THE INITIAL VEHICLE VELOCITIES.

H3PLAY TIME = 0.000 MSEC. NH,NB,NPTS NT= 1 1 0 583
ML(1)= 17.893 5   4.252 6   3.172 8   3.148 9   3.930 10   1.218 11   16.140 15
BB =

M3PLAY TIME = 0.000 MSEC. NH,NB,NPTS NT= 1 2 12 679
ML(5)= 16.165 20   1.375 21   1.964 22   1.991 23   2.152 24   1.973 25   3.448 26   6.047 27   5.940 28   2.702 29   9.354 32

# REFERENCES

1.  Fleck, J.T., Butler, F.E. and Vogel, S.L., "An Improved Three-Dimensional of Crash Victims," NHTSA Report Nos. DOT-HS-801-507 thru 510, Vol. 1-4, April 1975.

2.  Leetch, B.D. and Bowman, W.L., "Articulated Total Body (ATB) VIEW Program Software Report, Report No AFAMRL-TR-81-111, Vol. 1 & 2, October 1981.

3.  Kaleps, I. and Marcus, J.H., "Predictions of Child Motion During Panic Braking and Impact," Proceedings of the 26th Stapp Car Crash Conference, 1982.

4.  Butler, F.E. and Fleck, J.T., "Development of an Improved Computer Model of the Human Body and Extremity Dynamics," AMRL-TR-75-14, 1975.

5.  Bronstad, M.E. and Mayer, Jr, J.B., "Vehicle Rollover Test RO-2," Southwest Research Institute Test Report on National Highway Traffic Safety Administration Contract No. DTFH61-81-C-00076, April 84.