

U.S. Department
of Transportation
**National Highway
Traffic Safety
Administration**

NAD-52

DOT HS 807 587  
Final Report

May 1989

# Simulations of Vehicle Dynamics During Rollover

This document is available to the public from the National Technical Information Service, Springfield, Virginia 22161.

Technical Report Documentation Page

| 1. Report No.<br>DOT HS 807 587 | 2. Government Accession No.<br>PB90 258096 | 3. Recipient's Catalog No. |
|---|---|---|
| 4. Title and Subtitle<br>Simulations of Vehicle Dynamics During Rollover | | 5. Report Date<br>May, 1989 |
| | | 6. Performing Organization Code |
| 7. Author(s)<br>Rizer, A. L., Obergefell, L. A., and Kaleps, I. | | 8. Performing Organization Report No. |
| 9. Performing Organization Name and Address<br>Armstrong Aerospace Medical Research Laboratory<br>Wright-Patterson AFB, OH 45433-6573 | | 10. Work Unit No. (TRAIS) |
| | | 11. Contract or Grant No. |
| | | 13. Type of Report and Period Covered<br>Final<br>October 1986 – May 1989 |
| 12. Sponsoring Agency Name and Address<br>U. S. Dept. of Transportation Portation<br>National Highway Traffic Safety Administration<br>400 7th Street, S.W.<br>Washington, DC 20590 | | |
| | | 14. Sponsoring Agency Code |

15. Supplementary Notes

16. Abstract

The capability to predictively simulate vehicle rollover dynamics using the Articulated Total Body (ATB) model was developed and validated using the results of two controlled automobile rollover crash tests. The vehicle was modeled as a single rigid body with vehicle contact surfaces approximated by (hyper)ellipsoids. Appropriate vehicle mass, center of mass, rotational inertial properties, initial conditions, and the interactive geometry between the vehicle and the crash environment were specified. The events simulated were a multiple crash/rollover in which a vehicle was induced to roll by a ramped guardrail and a rollover which was initiated by an active rollover test device developed by the National Highway Traffic Safety Administration. The results of these computer simulations were compared with high-speed film coverage of the tests using computer graphics images of the predicted vehicle positions. Also compared were the linear and angular accelerations, velocities, displacements, and kinetic energies. The simulated results compared well to the test results. Particularly good agreement was achieved for vehicle position in time. Angular velocities also showed good agreement. Poorest agreement was between the simulated and measured vehicle accelerations.

| 17. Key Words<br>Rollover, Crash Testing, Vehicle Dynamics | 18. Distribution Statement<br>Document is available to the public from the National Technical Information Service, Springfield, VA 22161 | | |
|---|---|---|---|
| 19. Security Classif. (of this report)<br>Unclassified | 20. Security Classif. (of this page)<br>Unclassified | 21. No. of Pages | 22. Price |

Form DOT F 1700.7 (8-72)    Reproduction of completed page authorized

# INTRODUCTION

The most common injury-causing motor vehicle crashes involve major impacts to the vehicle's front or side. Consequently, substantial research has been focused on efforts to better understand and reduce the injury potential of such crashes. Safety improvements include better passenger compartment integrity, more benign interior contact surfaces, and improved restraint systems, including ones with airbags. Less attention has been given to the injury potential of vehicle rollover and to the design of restraint and containment systems which minimize the injury potential in rollovers. The present effort studies rollover crashes in order to determine how best to provide improved rollover crash protection.

Two methods of studying vehicle crashes are available: extensive and costly full-scale testing and computer simulation. Full-scale crash testing is necessary and desirable. However, considerable insight and design guidance can be obtained from predictive analytical models. The most ideal approach employs both these methods. Full-scale testing provides baseline data which are used to validate computer simulations. Validated simulations can then be used for initial test design, evaluation of test condition variations, the investigation of vehicle design changes to minimize occupant injuries, and the study of specific rollover

1

crashes that are not experimentally feasible. The investigation of occupant injuries in rollover tends to fall in the latter category.

While full-scale rollover crash tests have been performed in recent years, the primary vehicle motion in these tests has been a simple longitudinal roll. While this mode of testing may help to evaluate a vehicle's resistance to roof crush and the violence of an occupant's motion, it does not adequately represent the full spectrum of dynamic responses that vehicles experience in rollover crashes. Addressing this spectrum of responses in a testing program is difficult for two reasons: 1) A very large number of tests would have to be conducted; and 2) one cannot specify with consistency prior to the test the motion of the vehicle. It is specifically in the area of repeatability, which is essential to evaluate methods to minimize injury, that computer simulation has many of its advantages. The vehicle motion can be exactly specified and is exactly repeatable. Thus, computer simulation is excellent for performing studies in which only one factor is varied at a time. Such a study would be virtually impossible with full-scale testing using dummies. In addition, the cost of computer simulation is generally much less than that of full-scale crash testing. Of course, to be totally confident in the results of computer simulation, some parallel crash testing must be done to verify the accuracy of the prediction of both the vehicle and the occupant motion.

This effort describes the application of a coupled rigid body dynamics program in order to predict the motion of the vehicles themselves for two separate rollover crash tests. The simulations are of actual test events and results of the simulations are compared to those of the tests. Predictions of the dummy motions for these two tests have already been reported in References 3 and 4.

BACKGROUND

In the early 1970's, the National Highway Traffic Safety Administration contracted with Calspan Corporation to develop a computer program which predicts the dynamics of an occupant during a vehicle crash. This program was called the Crash Victim Simulator (CVS) [Ref. 1]. The Harry G. Armstrong Aerospace Medical Research Laboratory at Wright-Patterson Air Force Base applied this program to predict the motion of humans and manikins in various dynamic environments, including ejection from aircraft and windblast, as well as automobile crashes. A number of modifications were made to the CVS to better address Air Force problems and the resulting program was renamed the Articulated Total Body (ATB) model [Ref. 2].

Before the ATB model could be used for parametric studies of occupant motion during rollover, it was necessary to verify that the ATB is capable of accurately predicting occupant motion during the prolonged and complex motion of a rollover

3

crash. For this purpose, a number of controlled, fully-instrumented rollover crash tests were conducted and the motion of the dummy occupants were predictively simulated with the ATB model [Ref. 3 and 4]. These tests were filmed with high-speed cameras located at various points external to the vehicles and also with cameras inside the vehicles focused on the occupant motion. In each test, the vehicle's motion, as recorded by high-speed cameras mounted at various points on the ground, was digitized and analyzed to provide reconstructed vehicle motion, required as input by the ATB model. The other test conditions, including the properties of the dummy, internal vehicle contact geometry, and restraint system, were specified in the model and the simulations were conducted. A few adjustments in the input prescription were necessary in order to get good agreement between the predicted and observed dummy motion because some of the data were initially estimated. From these simulations of actual rollover crash tests, modified simulations could be conducted in which some of the test conditions were varied. These could include restraint system or interior structure modifications of the vehicle, changes in the vehicle motion, or the use of different sized occupants in different initial positions. A series of these predictive simulations, constituting a parametric study, could be useful in determining how best to protect an occupant during rollover crashes.

Parametric studies similar to these have been performed and have proven quite useful [Ref. 5]. There are, however, two constraining factors in this process: (1) an actual vehicle crash test must first be performed, and (2) the film of the resulting vehicle motion must then be analyzed. In order to realize the full advantages of computer simulation, one should have the capability to predict occupant motion during any crash initiated by specified means, whether it is a fully instrumented crash test, a real-world crash, or a purely hypothetical one. One way to accomplish this would be to use the ATB model to predict the vehicle motion, using the initial vehicle conditions at roll initiation and a prescription of the physical environment that interacts with the vehicle during the rollover. This predicted vehicle motion would, in turn, be used to prescribe the vehicle motion for the occupant simulation. This process greatly reduces both time and costs even when crash tests are available, because the film analyzing process for vehicle motion reconstruction, which is highly time-consuming, is avoided.

The objective of this study was to develop the methodology required, using the ATB model, to accurately predict the crash/rollover motion of a vehicle given the set of vehicle conditions at rollover initiation and a prescription of the forces exerted on the vehicle by the crash environment. With

5

the methodology adequately developed, accident investigators could use the process on a trial and error basis to reconstruct rollover crashes.

In order to verify the validity of this methodology, the initial conditions of two actual tests were used as input specifications for the model and two simulations were made. The first test consisted of rolling a 1981 Plymouth Reliant off a rollover test device and the second consisted of impacting the end of a turned-down guardrail with a 1982 Dodge Aries. Since these two car models have such similar body properties, they were modeled using the same set of body specifications. The predicted motions were compared with the motions of the actual test vehicles using visual comparisons of the vehicles and graphical plots of kinematic data.

## DESCRIPTION OF ATB MODEL

The Articulated Total Body Model is an analytical program based on coupled rigid-body dynamics methods using Euler equations of motion with Lagrange type constraints. Although this model was originally developed to study human body and anthropomorphic dummy dynamics during automobile crashes, its flexible structure enables the modeling of much more diverse systems. The input to the model defines the specifics of the system. These systems are described as sets of rigid segments that are connected by joints. These joints allow the transfer of

6

# ROLLOVER DEVICE CRASH TEST

DESCRIPTION OF TEST

The first test analyzed to simulate vehicle rollover dynamics was one of a series of rollover crash tests conducted by the Transportation Research Center of Ohio for the National Highway Traffic Safety Administration. In this test, rollover was initiated in a 1981 Plymouth Reliant 4-door by a rollover test device (RTD), shown in Figure 1 [Ref. 6 and 7]. This particular set-up was chosen for the first simulation because of its relative simplicity and the abundance of data available.

The RTD was designed so that the initial orientation of the vehicle can be varied. The wheels of the RTD are allowed to rotate about a vertical axis so that the device, along with the car placed on top of it, can be crabbed at an initial yaw angle (Figure 2). The actuating cylinders cause the platform on which the test vehicle is mounted to rotate about a horizontal axis. To give the vehicle an initial linear velocity, a cable tows the RTD along a guiderail at the desired velocity. At a specified point along the guiderail, the cylinders actuate, causing angular acceleration of the platform and giving the platform and car an initial roll velocity. Finally, the test vehicle separates from the platform, and the RTD is rapidly decelerated to a stop so that it does not run into the test

8



Figure 1  Rollover Test Device (RTD)

9

vehicle. For this particular test, the initial orientation was 42 degrees yaw and the initial linear velocity at separation from the RTD was 21 mph.

The layout of the test area is shown in Figure 2. Breakaway poles were placed on the ground as reference points for cameras, which were located at various points on the ground and filmed the vehicle motion for future comparison to simulated motion. After the vehicle separated from the RTD, it rolled one and one-half times and came to rest on its roof.

VEHICLE MODEL

The ATB program requires that the surface of the test vehicle be modeled with ellipsoids. For this particular rollover crash, it was decided that eight ellipsoids, rigidly attached to a single segment, would adequately represent the vehicle's various deformable surfaces. These eight ellipsoids represented the four tires, the front and rear bumpers, and the front and rear windshield/roof surfaces [Fig. 3]. When the hyperellipsoid option of the ATB program recently became available, the front and rear bumper surfaces were changed to hyperellipsoids to better model the blockish shape of these parts. The dimensions of the car were obtained from the Motor Vehicle Manufacturers' Association Specifications on a 1981 Dodge Aries [Ref. 8]. The size, shape, and location of the ellipsoids were based upon these dimensions.

11



Figure 3  Vehicle Contact Ellipsoids

The inertial properties of the vehicle were taken from a variety of sources. The mass and the center of gravity of the vehicle, with the manikin and instrumentation in place, were measured at the test site before the rollover was performed. The moments of inertia were more difficult to obtain. Measured values of the moments of inertia for this car model were not available, so an estimation had to be made based upon data taken from a number of older model cars [Ref. 9]. Data from the most similar of these cars was scaled down to fit the test vehicle, using the dimensions and masses of the test vehicle and the other cars as scale factors.

The force-deflection and friction characteristics for the vehicle-ground contacts were estimated. The force-deflection characteristics were defined in terms of a force-deflection function, an energy absorption function, and a permanent deflection function. These functions were adjusted as the preliminary simulations were performed and analyzed so that the simulated vehicle motion better matched the actual vehicle motion.

INITIAL CONDITIONS

For these simulations, two orthogonal axes systems are defined: the inertial coordinate system and the vehicle coordinate system. The origin of the inertial coordinate system is located at the point on the guiderail where rollover was

initiated. The X axis is parallel to the guiderail that the vehicle was towed along and is in the direction of vehicle motion, the Y axis is directed from left to right, and the Z axis is directed toward the ground. The vehicle coordinate system is attached to the vehicle with its origin at the center of gravity, the X axis directed from the rear to the front of the vehicle, the Y axis directed from left to right, and the Z axis directed from top to bottom of the vehicle. All quantities of linear motion and angular displacement are given in the inertial coordinate system and angular velocity is given in the vehicle coordinate system.

The initial conditions of the vehicle used as input to the ATB were those kinematic values existing when the vehicle completely separated from the RTD, occurring 885 msec after time zero of the crash test. These kinematic values (linear and angular velocities and displacements) were obtained by analysis of vehicle motion film data, performed for the earlier study [Ref. 4]. The values for these initial kinematic parameters are as follows:

|  | X | Y | Z |
|---|---|---|---|
| Linear Velocity (in/sec) | 376.296 | -58.851 | 165.737 |
| Linear Displacement (in) | 279.442 | -31.075 | -50.269 |
| Angular Velocity (deg/sec) | -115.930 | -60.807 | 12.395 |

|  | Yaw | Pitch | Roll |
|---|---|---|---|
| Angular Displacement (deg) | 47.890 | -6.890 | -77.400 |

SIMULATION RESULTS

The results of the vehicle simulation are given in two formats: (1) Comparisons of the film images with computer-generated images of the ATB simulation, and (2) plots of kinematic and dynamic values for the test and the simulation. The "test" data shown in the plots are actually reconstructed values from the film analysis phase of the previous study.

VIEW Graphics

The vehicle motion during this crash test was recorded at high-speed (500 fps) on film by several ground based cameras located in the test area. One of these views, showing the motion throughout the majority of the test, was chosen to evaluate the vehicle simulation. The VIEW computer graphics program [Ref. 10] was used to generate three-dimensional images of the motion of the vehicle as predicted by the ATB simulation. The VIEW images were generated with respect to the same viewing angle as that of the chosen camera so that a direct comparison can be made between the predicted and the actual motions.

Figure 4 shows the film images and the simulated images of the vehicle motion starting at time zero, which is defined as the moment after the vehicle separates from the test device, and proceeding at 200 msec intervals. The motion matches quite well for the first 800 msec. At 1000 msec, the simulated

15