

Figure 4  Rollover Device Crash Test
Test Film and Simulated Motion

16



Figure 4  continued

17



Figure 4  continued

vehicle has rolled approximately 60 degrees more than the actual vehicle and this difference is maintained through 1200 msec. At 1400 msec, the orientations again become more closely aligned and by 1600 msec, they are almost identical.

The actual vehicle continues to roll more rapidly than the simulated vehicle until about 2400 msec when its rolling motion stops. The simulated vehicle, while rolling at a slower rate during this period, continues to roll beyond 2400 msec and does not stop rolling even at 4000 msec when the simulation is terminated.

While the initial conditions and actual motion match well between the actual test and the simulation through about 800 msec, the motion beyond 800 msec was not a good match. The primary reason was the inability to absorb sufficient energy in the simulation. This resulted in excessive bouncing in which the vehicle was totally off the ground, which did not occur in the actual test. During these periods, surface frictional forces did not act to modify the rolling rate. Additionally, standard ellipsoids were used for the roof contact surface and these, because of their rounded contours, did not produce as large a resistance to rolling as were experienced by the actual vehicle.

19

Data Time Histories

The ATB model calculates various kinematic values which can be plotted as a function of time to compare to the corresponding measured values. In this section, the data generated during the vehicle simulation are compared to the data obtained during the analysis of the films of the vehicle motion, hereafter referred to as the "reconstructed motion data". The reconstructed motion data are assumed to be accurate in describing the actual motion of the vehicle.

Since the intent of the predictive simulation of the vehicle dynamics was to match the simulated motion against the reconstructed motion data, all linear acceleration, velocity, and displacement variables were converted to the inertial coordinate system. While a comparison in the inertial system facilitated the development of the predictive simulation method, it precluded a possible comparison between vehicle on-board accelerometer measurements and the predicted results.

The primary objective in this study was to adjust vehicle and ground contact properties to best match vehicle position and kinetic energy over time for the simulated and reconstructed events. The best matches that were obtained are shown in Figures 5 through 10. Figure 5 shows the relatively poor agreement of the respective linear accelerations. The two main reasons for this were 1) the reconstructed motion had been

20



Figure 5  Reconstructed and Simulated Linear Accelerations

21

obtained using position data which had subsequently been filtered to reduce noise introduced in differentiating the data, and 2) the ATB model was unable to analytically extract adequate energy during the ground impacts. The first factor contributed to lower acceleration peaks in the reconstructed data than what was predicted. The second factor did not allow sufficiently rapid energy absorption during rolling, resulting in time-shifted acceleration peaks, too large peaks during the latter part of the roll motion, and continued vehicle motion beyond the reconstructed motion vehicle stop time. The periods of constant Z axis acceleration represent vehicle acceleration while off the ground. Physically, this type of response is reasonable, though the length of time that the vehicle is airborne may be accentuated due to the model's inability to absorb sufficient energy during ground contacts. The lack of constant acceleration periods in the reconstructed data further demonstrates the problem of deriving accelerations from position measurements.

The linear velocities [Figure 6], on the other hand, match fairly well in the magnitudes and the general trends, although the timing of the peaks and valleys does not match well. These plots also indicate the intervals in which gravity was the only force acting on the vehicle. In the inertial X and Y directions, these intervals are characterized by periods of constant velocity equal to the velocity of the vehicle when it left the ground. In the Z direction, the curve has a constant

22



Figure 6  Reconstructed and Simulated Linear Velocities

23

positive slope during these periods. Figure 7 shows the linear displacements. These match better than the velocities, particularly in the X direction. It is evident from the plot of the Z component of linear displacement that the simulated car consistently bounces higher than the car in the actual test. This indicates a problem with absorbing kinetic energy, which will be illustrated further in the kinetic energy plots.

The angular velocities are given in the vehicle coordinate system and the angular displacements are given in the inertial coordinate system. Figure 8 shows the angular velocity plots and Figure 9 the angular displacement plots. These all match fairly well. The most obvious differences in the velocity plots are that the simulated motion has almost constant plateaus whereas the reconstructed motion data does not. These plateaus are due to the lack of an applied torque to the simulated vehicle when it is airborne.

The kinetic energy plots are displayed in Fig. 10. These clearly show that less energy was absorbed in the predictive simulation than observed from motion reconstruction. Note that the amount of kinetic energy due to angular motion is almost an order of magnitude less than that due to linear motion.

24



Figure 7   Reconstructed and Simulated Linear Displacements

25



Figure 8   Reconstructed and Simulated Angular Velocities



Figure 10    Reconstructed and Simulated Kinetic Energies

28

PARAMETRIC STUDIES

One difficulty in performing these types of vehicle simulations is the lack of data on certain characteristics of the vehicles that are needed for the dynamics simulation. This is particularly true for the moments of inertia and the contact force deflection characteristics. For these simulations, these data were initially estimated and then, by analyzing the preliminary simulations, adjusted as required within physically reasonable limits to improve the predictions. The effects of varying 1) the moment of inertia of the vehicle about its X axis and 2) the friction coefficient between the vehicle and the ground on the vehicle's motion were examined.

Effects of X Moment of Inertia Variation

In the rollover crash test simulation described above (the "baseline simulation"), the value of the X moment of inertia ($I_{xx}$) was 3897 in-lb-sec**2. To examine the sensitivity to changes in $I_{xx}$, simulations were performed with 80%, 90%, 110%, and 120% of the baseline $I_{xx}$ value. All other input parameters were unchanged. The resulting VIEW plots from these simulations, compared to the baseline simulation, are shown in Figure 11. The motions are very similar for the first 800 msec. At 1200 msec, the positions begin to significantly diverge. For reduced $I_{xx}$ moments, the initial roll rate is greater than for the baseline case and for increased $I_{xx}$

29

Figure 11 continued

Figure 11 continued

Figure 11 continued

Figure 11 continued



Figure 11 continued