moments, the roll rate is less. While the roll rate difference is small, it leads to a slightly different vehicle orientation when the vehicle is striking the ground at approximately 1000 msec. Due to the different orientation, the contact force with the ground is applied at different points on the vehicle leading to nose up pitching motion for reduced Ixx moments and nose down pitching motion for increased Ixx moments. For the baseline case, pitching motion is minimally affected. The increased pitching motion both for the lower and higher Ixx moment cases results in reduced rolling motion of the vehicle with the final position at 4000 msec for these cases being one half turn less than for the baseline case.

What these results seem to indicate is that changes in inertial properties minimally affect the motion of the vehicle directly. However, the slight modifications that result from inertial property differences can result in drastically different vehicle motion trajectories due to ground contact interactions with different parts of the vehicle. These effects are highly nonlinear in that slight positional differences can result in significantly different moment applications to the vehicle due to contact forces which in turn can substantially modify the vehicle's rotational trajectory.

36

**Effects of Friction Coefficient Variation**

In the baseline simulation, the friction coefficient used for the ground-vehicle contact (not including the tires) was 0.40. For this parametric study, three other simulations were run with the value of the friction coefficient being 0.30, 0.20, and 0.10. The VIEW plots of these simulations are shown in Figure 12. The results of this parametric study are more predictable than those of the first. With a lower friction coefficient, the vehicle would be expected to slide along the ground more and roll less. This is the case for the first 1600 msec. As the friction coefficient is progressively lowered, the vehicle has greater linear velocity and lower angular velocity. After 1600 msec, however, the vehicles in these simulations maintain contact with the ground while the baseline vehicle is off the ground surface. This results in the vehicles with the lower friction coefficients "catching up" to the baseline vehicle. It is clearly seen from these illustrations that the value of the coefficient of friction has a significant impact on the linear and particularly the angular velocity of the resulting motion.

Figure 12 Friction Coefficient Parameter Study Vehicle Motion

Figure 12   continued

Figure 12 continued

Figure 12 continued

GUARDRAIL IMPACT ROLLOVER

DESCRIPTION OF TEST

In order to further refine the techniques of vehicle simulation using the ATB model, the motion of a vehicle in a second, more complex rollover crash test was predictively simulated. Performed by the Southwest Research Institute (SWRI), this test used a 1982 Dodge Aries (essentially the same type of car as in the first test) for the test vehicle [Ref. 11]. Rollover was initiated by running the vehicle up the turned-down end of a guardrail at 60 mph. The longitudinal centerline of the vehicle was offset from the guardrail, and the resulting motion of the car was quite violent; four complete revolutions about the vehicle's longitudinal axis were made in approximately 4.5 seconds. The layout of the test is illustrated in Figure 13. As in the previous test, high-speed cameras placed around the test area recorded the motion for future study. The view from the camera placed above and behind the car was used for comparisons to the simulation.

MODIFICATIONS TO VEHICLE DESIGN

Although the type of vehicle used in this test was the same as in the previous test, certain modifications to the vehicle description were necessary due to the nature of the crash and also to improve the amount of energy absorption. One change

42



Figure 13  Layout of Guardrail Impact Rollover Test

involved attaching an additional hyperellipsoid to the vehicle segment to represent the bottom surfaces of the car (axles, drive train, etc.) (Figure 14). This was necessary in order to simulate the contact forces of the guardrail as the vehicle initially rode up the guardrail.

The other major modification made to the vehicle description was the method of defining the force-deflection characteristics. For the first test simulation, the force-deflection characteristics were defined in terms of a loading function, an energy absorption function, and a permanent deflection function. Because of the way that the program calculates the unloading curve from these functions, an insufficient amount of energy was being absorbed for these simulations as evidenced by the bouncing of the vehicle in the simulation. An alternate method of defining these characteristics is available with the ATB model using functions that are dependent upon both the deflection and the rate of deflection. With the rate-dependent functions option, a greater percentage of the available kinetic energy can be absorbed through surface contacts. The characteristics of the vehicle contacts with the ground and guardrail were defined with rate-dependent functions so that the vehicle would not bounce as high as in the first simulation and so it would stop its motion in the correct time period.



Figure 14 Vehicle Contact (Hyper)Ellipsoids

DESCRIPTION OF GUARDRAIL

The guardrail surfaces were modeled with planes that were attached to the ground segment. The posts that held the guard rail were modeled with separate segments that were joined to the ground by locked joints and had surfaces defined by ellipsoids. Since in the actual test, the car appeared to hit only three of the posts, only these three were included in the simulation. The dimensions and locations of the guardrail and posts were determined by measurements taken at the test site. The force-deflection characteristics of the guardrail and posts were defined with rate-dependent functions which were estimated by observing the post deformation and vehicle motion in the film. As with the ground contacts, the functions were refined through an iterative process of preliminary simulations.

INITIAL CONDITIONS

Time zero was defined as a point just before the vehicle impacted the end of the guardrail. The position and orientation of the car at this instant were measured at the test site and verified from analysis of the film. The linear velocity of the vehicle at time zero had a value of 60 mph, and there was no angular rotation until the car hit the guardrail.

The complete input file from this simulation is included in the Appendix.

46

SIMULATION RESULTS

VIEW Graphics

The position of camera number 4 (see Figure 13), located behind and above the ramp end of the guardrail, was used in the VIEW program to obtain images of the simulation comparable to those of the actual test. Figure 15 contains the pictures of both the simulation and the film starting with time zero and continuing at 300 msec intervals. As the car proceeds up the end of the guardrail, the left side of the car is elevated off the ground, thus initiating the rolling motion. By comparing the time-sequence pictures of the actual and predicted vehicle motion, one can see that they are very similar. Both vehicles rolled four total revolutions, the final orientation and linear position appear to be the same, and the progression of positions during the crash was very similar. The greatest difference between the two vehicle motions is in the timing of the angular motion. Initially, the simulated vehicle has a slightly greater roll velocity than the actual vehicle, probably due to minor differences in the force-deflection characteristics of the guardrail-vehicle interaction. At approximately 1100 msec, the angular roll velocity of the actual vehicle abruptly increases and by 1700 msec the roll positions of the simulated and actual vehicles are aligned. The actual vehicle continues to roll faster until about 3500 msec, after which time about a 180 degree roll position difference is

47



Figure 15  Guardrail Impact Rollover Test
Test Film and Simulated Motion



Figure 15 continued



Figure 15 continued

50



Figure 15 continued

51

maintained. Close examination of the photographic records and vehicle damage after the test revealed that at 1100 msec the hood of the inverted vehicle struck the guardrail. This contact most likely applied a sufficient roll moment to the vehicle to produce the observed increase in roll velocity. This interaction of the vehicle hood with the guardrail did not occur in the simulation and is probably the cause for the final 180 degree roll position difference.

Data Time Histories

As with the first simulation, the time history plots from the ATB model predictive simulation are compared to those from the reconstructed motion of the crash test due to the accelerometer data not being in the same coordinate system. As shown in Figure 16, the linear acceleration curves of the CG of the vehicle again match poorly. As explained previously, one of the reasons for the lack in matching is the method used for collecting and processing the reconstructed motion displacement data. The displacements of the vehicle were recorded only at certain discrete points in time, leaving open the possibility of missing abrupt changes in motion. This displacement data was then smoothed with a cubic spline-fitting routine [Ref. 3]. This forces the acceleration plots to be continuous, linear spline-fit, so that sharp spikes are eliminated. The linear velocity plots are shown in Figure 17. These plots match quite well in spite of the length and complexity of the simulation

52



Figure 17  Reconstructed and Simulated Linear Velocities

54

and of the number of estimations and approximations made. Both the X and Y components of linear velocity go to zero at the end of the simulation. Since the vehicle is still rocking, the Z component of linear velocity has a non-zero value at the end of the simulation. The "stairstep" shape of the X component of velocity curve is due to the vehicle impacting the ground or guardrail (a sudden drop in velocity) and then bouncing in the air (a flat plateau). Figure 18 includes the three components of linear displacement. These also match very well, with the simulation displacements being slightly larger in the X and Y directions. All three of the plots show the smoothing effect in the reconstructed data.

The angular acceleration plots (Fig. 19) match relatively poorly, as is expected. Again, the reconstructed data is much smoother than the simulation data. The angular velocity data agrees much better (Fig. 20). From the X axis angular velocity plot, one can see the phase shift of the rolling motion as described in the previous section. From approximately 1200 to 4100 msec, the simulation motion is roughly 400 msec behind the reconstructed motion. Figure 21 shows very good agreement in the angular displacement plots. The roll plot again reflects the phase shift and also shows that both the reconstructed and the simulated vehicle rolled four complete revolutions.

55