

Figure 18  Reconstructed and Simulated Linear Displacements



Figure 19   Reconstructed and Simulated Angular Accelerations

57



Figure 20  Reconstructed and Simulated Angular Velocities

58



Figure 21  Reconstructed and Simulated Angular Displacements

The kinetic energy plots are shown in Figure 22. These clearly show the improvement in kinetic energy absorption over the first vehicle rollover simulation by using the rate-dependent functions option of the ATB model. As with the first test, the amount of kinetic energy associated with linear motion is more than an order of magnitude greater than that associated with angular motion. Indicated on the kinetic energy plots are the major surface contacts occurring throughout the simulation. This shows that large drops in linear kinetic energy occur when the vehicle impacts external objects or surfaces. The effect of vehicle impacts on the angular kinetic energy depends a great deal upon where the contact occurs on the vehicle body, therefore it is difficult to determine any relationship between the timing of impacts and the angular motion of the vehicle. Both the linear and angular kinetic energy for the simulation go to zero at 5600 msec, indicating that the vehicle has come to rest.



Figure 22   Reconstructed and Simulated Kinetic Energies

61

CONCLUSIONS

The Articulated Total Body model was originally developed to simulate human and dummy dynamics during short-term (100 - 400 msec) crash situations. However, there are no inherent characteristics of the program or the manner of prescribing the input data which limit one to these types of simulations. The main objectives of this project were to 1) determine the feasibility of using the ATB model to predictively simulate the motion of an automobile during relatively complex, long-term events (2.0 - 6.0 seconds), 2) develop the methodology to perform these simulations, and 3) validate the process using the results of actual crash tests.

The simulations of two vehicle rollover tests were successfully performed. The second, more complex crash test, a guardrail impact rollover, was simulated more accurately due to two major factors: 1) the first simulation brought forth many of the potential difficulties that can be encountered during this type of simulation and, 2) the rate-dependent functions option of the ATB, not used for the first simulation, allowed the surface contacts to more closely duplicate the actual energy-absorption process. The success of these simulations demonstrates the feasibility of using the ATB program to predict the motion of a vehicle during a complex event such as a rollover.

Many factors are important for the successful performance of a vehicle simulation. One of them is a good prescription of the vehicle's exterior surfaces, since the calculations of the contact forces and points of application of these forces depend upon the shapes of the contacting surfaces. Although an exact duplication is probably not practical, a careful combination of hyperellipsoids and ellipsoids should give an approximation adequate for these simulations.

Other critical factors are the inertial properties of the vehicle and the prescriptions of the force-deflection characteristics for the various surface interactions. This point is illustrated by the parameter studies performed on the first crash test. The motion of the vehicle was dramatically altered with a 10 percent change in the value of the principal moment of inertia about the X axis. The differences in the motions became greater as the simulations progressed, as would be expected. Perhaps the most surprising result of this parameter study was that when the roll moment of inertia was altered, the pitching motion of the vehicle greatly changed. This study illustrates the importance of accurate measurements of all inertial data. It is recommended that future research of this type use measured inertial data instead of approximations.

The guardrail impact rollover simulation matched quite well with the actual vehicle motion, especially considering the approximations of the vehicle surface, the inertial properties,

and the force-deflection characteristics. This was shown in both the visual graphics comparisons and also in the kinematic data comparisons. The results of these two vehicle rollover simulations clearly demonstrate the feasibility of using the ATB model as a predictive simulator for gross vehicle motion for a crash/rollover event. Further refinements of the methodology and better defined vehicle and vehicle/ground contact properties would further improve the capability. Specific areas of future work that would most benefit this methodology are: 1) Modeling of wheel suspension systems; 2) developing a library of contact properties between a vehicle and various ground surfaces, and vehicle geometric and inertial properties; and 3) generating a set of baseline simulations that can be used for parameter variation studies or as a starting point for simulations of different situations. All of these refinements require the collection of appropriate experimental data, including suspension system properties for extremely high and unconventional force applications, crush characteristics of vehicle roofs and other surface parts, and overall vehicle motion data during various crash/rollover events. With the resulting improved and validated physical property data and modeling methodology, the ATB model would have many applications as a predictive vehicle dynamics simulation tool, including parameter studies of vehicle and crash characteristics. Reconstruction of actual motor vehicle rollover accidents will require an extensive series of simulations of real-world crashes before the computer model would be suitable.

APPENDIX

GUARDRAIL IMPACT ROLLOVER INPUT DATA

```
MAY 9, 1988  IRSIN= 0  IRSOUT= 0  RSTIME = 0.0000                                        CARDS A

SOUTHWEST RESEARCH INSTITUTE GUARDRAIL INDUCED ROLLOVER TEST SIMULATION
1982 DODGE ARIES - V(0) = 60 MPH - 0 DEG YAW, PITCH, AND ROLL

UNITL = IN.    UNTM = LB.    UNITT = SEC.    GRAVITY VECTOR = ( 0.0000,  0.0000, 386.0880)    G = 386.0880

NOINT = 6      NSTEPS = 2800    DT = 0.002000    HD = 0.000250    HMAX = 0.000500    HMIN = 0.000008

NPRT ARRAY
  1  2  3  4  5  6  7  8  9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36
  0  0  0  0  0  0  0  0  0  0  0  0  0  0  0  0  1  0  0  0  0  0  0  0  0  0 -3  0  0  0  0  0  0  0  0  1

CRASH VICTIM    1982 DODGE ARIES    4 SEGMENTS    0 JOINTS                                    PAGE  2
                                                                                              CARD  B.1
                 PRINCIPAL MOMENTS OF INERTIA                SEGMENT CONTACT ELLIPSOID         CARDS B.2
 SEGMENT  WEIGHT      ( LB.-SEC.**2-IN.)       SEMIAXES ( IN.)         CENTER ( IN.)        PRINCIPAL AXES (DEG)
I SYM PLOT ( LB.)    X       Y       Z         X       Y       Z        X       Y       Z      YAW   PITCH   ROLL

1 CAR  C  2826.000  3597.0000=============  1.000   1.000   1.000    1.000   1.000   1.000   0.00   0.00   0.00
2 PST1  P    1.000    1.0000  1.0000  1.0000  3.500   3.500  17.000    0.000   0.000   0.000   0.00   0.00   0.00
3 PST9  O    1.000    1.0000  1.0000  1.0000  2.000   6.000  15.000    0.000   0.000   0.000   0.00   0.00   0.00
4 PS10  S    1.000    1.0000  1.0000  1.0000  2.000   6.000  15.000    0.000   0.000   0.000   0.00   0.00   0.00
```

65

SEGMENT INTEGRATION CONVERGENCE TEST INPUT

CARDS B.6

| SEGMENT NO. SYM | ANGULAR VELOCITIES (RAD/SEC.) | | LINEAR VELOCITIES (IN./SEC.) | | ANGULAR ACCELERATIONS (RAD/SEC.**2) | | LINEAR ACCELERATIONS (IN./SEC.**2) | |
|---|---|---|---|---|---|---|---|---|
| | MAG. TEST | ABS. ERROR | REL. ERROR | MAG. TEST | ABS. ERROR | REL. ERROR | MAG. TEST | ABS. ERROR | REL. ERROR |
| 1 CAR  | 0.010 | 0.010 | 0.0010 | 0.010 | 0.010 | 0.0010 | 0.010 | 0.010 | 0.0010 |
| 2 PST1 | 0.000 | 0.000 | 0.0000 | 0.000 | 0.000 | 0.0000 | 0.000 | 0.000 | 0.0000 |
| 3 PST9 | 0.000 | 0.000 | 0.0000 | 0.000 | 0.000 | 0.0000 | 0.000 | 0.000 | 0.0000 |
| 4 PS10 | 0.000 | 0.000 | 0.0000 | 0.000 | 0.000 | 0.0000 | 0.000 | 0.000 | 0.0000 |

VEHICLE DECELERATION INPUTS
POST NUMBER 1

PAGE 4

| YAW | PITCH | ROLL | VTPS | VTIME | XOCG | XO(Y) | XO(Z) | NATAB | ATO | AJT | NSEG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 261.000 | -23.000 | -14.000 | -3 | 0.000000 | 1.000000 | 2 |

SPLINE FIT TABULAR INPUT

LTYPE = 1  LFIT = 2  NPTS = 3

| TIME(SEC.) | LINEAR POSITION ( IN.) | | | ANGULAR POSITION (DEG) | | |
|---|---|---|---|---|---|---|
| | X | Y | Z | YAW | PITCH | ROLL |
| 0.00000 | 261.000 | -23.000 | -14.000 | 0.000 | 0.000 | 0.000 |
| 1.00000 | 261.000 | -23.000 | -14.000 | 0.000 | 0.000 | 0.000 |
| 2.00000 | 261.000 | -23.000 | -14.000 | 0.000 | 0.000 | 0.000 |

66

PAGE NO. 1

VEHICLE LINEAR TIME HISTORY   POST NUMBER 1

| TIME (MSEC) | LINEAR DECELERATIONS (G'S) | | | LINEAR VELOCITIES (IN./SEC.) | | | LINEAR DISPLACEMENTS (IN.) | | |
|---|---|---|---|---|---|---|---|---|---|
| | X | Y | Z | X | Y | Z | X | Y | Z |
| 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 261.000 | -23.000 | -14.000 |
| 1000.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 261.000 | -23.000 | -14.000 |
| 2000.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 261.000 | -23.000 | -14.000 |

PAGE NO. 1  PAGE 6

VEHICLE ANGULAR TIME HISTORY   POST NUMBER 1

| TIME (MSEC) | ANGULAR ACCELERATIONS (DEG/SEC.**2) | | | ANGULAR VELOCITIES (DEG/SEC.) | | | ANGULAR DISPLACEMENTS (DEG) | | |
|---|---|---|---|---|---|---|---|---|---|
| | X | Y | Z | X | Y | Z | YAW | PITCH | ROLL |
| 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| 1000.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| 2000.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |

67

VEHICLE DECELERATION INPUTS
POST NUMBER 9

| YAW | PITCH | ROLL | VIPS | VTIME | XO(X) | XO(Y) | XO(Z) | NATAB | ATO | AJT | NSEG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 861.000 | -25.500 | -10.500 | -3 | 0.000000 | 1.000000 | 3 |

SPLINE FIT TABULAR INPUT

LTYPE = 1   LFIT = 2   NPTS = 3

| | LINEAR POSITION ( IN.) | | |
|---|---|---|---|
| TIME(SEC.) | X | Y | Z |
| 0.00000 | 861.000 | -25.500 | -10.500 |
| 1.00000 | 861.000 | -25.500 | -10.500 |
| 2.00000 | 861.000 | -25.500 | -10.500 |

PAGE 7

1

VEHICLE LINEAR TIME HISTORY   POST NUMBER 9

PAGE 8
PAGE NO. 1

| TIME (MSEC) | LINEAR DECELERATIONS (G'S) | | | LINEAR VELOCITIES ( IN./SEC.) | | | LINEAR DISPLACEMENTS ( IN.) | | |
|---|---|---|---|---|---|---|---|---|---|
| | X | Y | Z | X | Y | Z | X | Y | Z |
| 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 861.000 | -25.500 | -10.500 |
| 1000.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 861.000 | -25.500 | -10.500 |
| 2000.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 861.000 | -25.500 | -10.500 |

VEHICLE ANGULAR TIME HISTORY   POST NUMBER 9

PAGE 9
PAGE NO. 1

| TIME (MSEC) | ANGULAR ACCELERATIONS (DEG/SEC.**2) | | | ANGULAR VELOCITIES (DEG/SEC.) | | | ANGULAR DISPLACEMENTS (DEG) | | |
|---|---|---|---|---|---|---|---|---|---|
| | X | Y | Z | X | Y | Z | YAW | PITCH | ROLL |
| 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| 1000.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| 2000.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |

```
VEHICLE DECELERATION INPUTS                                                                              PAGE 10
POST NUMBER 10
   YAW    PITCH    ROLL    VTPS    VTIME    XD(X)     XD(Y)     XD(Z)   NATAB    ATD       AUT      NSEG
   0.000   0.000   0.000   0.000   0.000   936.000   -25.500   -10.500   -3    0.000000  1.000000    4
SPLINE FIT TABULAR INPUT

LTYPE =  -1  LFIT =  2  NPTS =  3

                LINEAR POSITION ( IN.)
TIME(SEC.)     X          Y          Z
0.00000      936.000    -25.500    -10.500
1.00000      936.000    -25.500    -10.500
2.00000      936.000    -25.500    -10.500

VEHICLE LINEAR TIME HISTORY  POST NUMBER 10                                                              PAGE 11
                                                                                                        PAGE NO. 1

TIME       LINEAR DECELERATIONS (G'S)         LINEAR VELOCITIES ( IN./SEC.)        LINEAR DISPLACEMENTS ( IN.)
(MSEC)        X         Y         Z              X         Y         Z                 X          Y          Z
0.000       0.000     0.000     0.000          0.000     0.000     0.000             936.000    -25.500    -10.500
1000.000    0.000     0.000     0.000          0.000     0.000     0.000             936.000    -25.500    -10.500
2000.000    0.000     0.000     0.000          0.000     0.000     0.000             936.000    -25.500    -10.500

VEHICLE ANGULAR TIME HISTORY  POST NUMBER 10                                                             PAGE 12
                                                                                                        PAGE NO. 1

TIME       ANGULAR ACCELERATIONS (DEG/SEC.**2)   ANGULAR VELOCITIES (DEG/SEC.)      ANGULAR DISPLACEMENTS (DEG)
(MSEC)        X         Y         Z                X         Y         Z              YAW      PITCH     ROLL
0.000       0.000     0.000     0.000            0.000     0.000     0.000           0.000    0.000    0.000
1000.000    0.000     0.000     0.000            0.000     0.000     0.000           0.000    0.000    0.000
2000.000    0.000     0.000     0.000            0.000     0.000     0.000           0.000    0.000    0.000
```

                                    ANGULAR POSITION (DEG)
                                    YAW     PITCH    ROLL
                                    0.000   0.000   0.000
                                    0.000   0.000   0.000
                                    0.000   0.000   0.000

VEHICLE DECELERATION INPUTS
DUMMY VEHICLE

PAGE 13

| YAW | PITCH | ROLL | VTPS | VTIME | XD(X) | XD(Y) | XD(Z) NATAB | AT0 | AT | NSEG |
|---|---|---|---|---|---|---|---|---|---|---|
| 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | -20.000  -3 | 0.000000 | 1.000000 | 0 |

SPLINE FIT TABULAR INPUT

LTYPE =  2   LFIT =  1   NPTS =  3

INITIAL LINEAR POSITION ( IN.)                INITIAL ANGULAR POSITION (DEG)
TIME(SEC.)= 0.0000   X= 0.000  Y= 0.000  Z= 0.000       X= 0.000  Y= 0.000  Z= 0.000

| TIME(SEC.) | LINEAR VELOCITY ( IN./SEC.) | | | ANGULAR VELOCITY (DEG/SEC.) | | |
|---|---|---|---|---|---|---|
|  | X | Y | Z | X | Y | Z |
| 0.00000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| 1.00000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| 2.00000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |

VEHICLE LINEAR TIME HISTORY   DUMMY VEHICLE

PAGE 14
PAGE NO. 1

| TIME (MSEC) | LINEAR DECELERATIONS (G'S) | | | LINEAR VELOCITIES ( IN./SEC.) | | | LINEAR DISPLACEMENTS ( IN.) | | |
|---|---|---|---|---|---|---|---|---|---|
|  | X | Y | Z | X | Y | Z | X | Y | Z |
| 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| 1000.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| 2000.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |

70

VEHICLE ANGULAR TIME HISTORY   DUMMY VEHICLE

PAGE NO. 1
PAGE 15

| TIME (MSEC) | ANGULAR ACCELERATIONS (DEG/SEC.**2) | | | ANGULAR VELOCITIES (DEG/SEC.) | | | ANGULAR DISPLACEMENTS (DEG) | | |
|---|---|---|---|---|---|---|---|---|---|
| | X | Y | Z | X | Y | Z | YAW | PITCH | ROLL |
| 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| 1000.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| 2000.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |

71

```
                                                              PAGE  16
                                                              CARD D.1

 NPL  NBLT  NBAG  NEP  NQ  NSD  NFROSS  NVDUF  NJNTF  NFORCE
  11    0     0     9   0    0     0      0      0      0

PLANE INPUTS
PLANE NO.  1   GROUND PLANE (FRONT)                           CARDS D.2
                X           Y          Z
POINT 1    -3000.0000  -3000.0000   0.0000
POINT 2    -3000.0000   3000.0000   0.0000
POINT 3      140.0000  -3000.0000   0.0000

PLANE NO.  2   GROUND PLANE (REAR)
                X           Y          Z
POINT 1      140.0000  -3000.0000   0.0000
POINT 2      140.0000   3000.0000   0.0000
POINT 3     5000.0000  -3000.0000   0.0000

PLANE NO.  3   RAIL TOP 1 (STRAIGHT)
                X           Y          Z
POINT 1      261.0000    -16.5000  -24.0000
POINT 2     1161.0000    -16.5000  -24.0000
POINT 3      261.0000    -19.5000  -24.0000

PLANE NO.  4   RAIL TOP 2 (STRAIGHT)
                X           Y          Z
POINT 1      261.0000    -16.5000  -24.0000
POINT 2     1161.0000    -16.5000  -24.0000
POINT 3      261.0000    -19.5000  -24.0000
```

72

| PLANE NO. | 5 | RAIL +SIDE 1 (STRAIG) | |
|---|---|---|---|
| | X | Y | Z |
| POINT 1 | 261.0000 | -16.5000 | -24.0000 |
| POINT 2 | 261.0000 | -16.5000 | -12.0000 |
| POINT 3 | 1161.0000 | -16.5000 | -24.0000 |

| PLANE NO. | 6 | RAIL +SIDE 2 (STRAIG) | |
|---|---|---|---|
| | X | Y | Z |
| POINT 1 | 261.0000 | -16.5000 | -24.0000 |
| POINT 2 | 261.0000 | -16.5000 | -12.0000 |
| POINT 3 | 1161.0000 | -16.5000 | -24.0000 |

| PLANE NO. | 7 | RAIL TIP 1 (SLANTED) | |
|---|---|---|---|
| | X | Y | Z |
| POINT 1 | -12.0000 | -18.5000 | 0.0000 |
| POINT 2 | 261.0000 | -16.5000 | -24.0000 |
| POINT 3 | -12.0000 | -28.2500 | 0.0000 |

| PLANE NO. | 8 | RAIL TIP 2 (SLANTED) | |
|---|---|---|---|
| | X | Y | Z |
| POINT 1 | -12.0000 | -18.5000 | 0.0000 |
| POINT 2 | 261.0000 | -16.5000 | -24.0000 |
| POINT 3 | -12.0000 | -28.2500 | 0.0000 |

| PLANE NO. | 9 | RAIL +SIDE 1 (SLANTE) | |
|---|---|---|---|
| | X | Y | Z |
| POINT 1 | -12.0000 | -18.5000 | 0.0000 |
| POINT 2 | -12.0000 | -18.5000 | 12.0000 |
| POINT 3 | 261.0000 | -16.5000 | -24.0000 |

CARDS D.2

73

PAGE 18
CARDS D.5

PLANE NO. 10   RAIL +SIDE 2 (SLANTE)
|  | X | Y | Z |
|---|---|---|---|
| POINT 1 | -12.0000 | -18.5000 | 0.0000 |
| POINT 2 | -12.0000 | -18.5000 | 12.0000 |
| POINT 3 | 261.0000 | -16.5000 | -24.0000 |

PLANE NO. 11   GROUND PLANE (REAR)
|  | X | Y | Z |
|---|---|---|---|
| POINT 1 | 140.0000 | -3000.0000 | 0.0000 |
| POINT 2 | 140.0000 | 3000.0000 | 0.0000 |
| POINT 3 | 5000.0000 | -3000.0000 | 0.0000 |

ADDITIONAL ELLIPSOID INPUT

| NO. | SEMIAXES (IN.) | | | OFFSET (IN.) | | | ROTATION (DEG) | | | POWER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | Y | Z | X | Y | Z | YAW | PITCH | ROLL | | | |
| 1 | 12.000 | 4.000 | 12.000 | 37.400 | -28.800 | 12.300 | 0.000 | 0.000 | 0.000 | 0. | 0. | 0. |
| 7 | 12.000 | 4.000 | 12.000 | 37.400 | 28.800 | 12.300 | 0.000 | 0.000 | 0.000 | 0. | 0. | 0. |
| 8 | 12.000 | 4.000 | 12.000 | -62.200 | -28.500 | 12.300 | 0.000 | 0.000 | 0.000 | 0. | 0. | 0. |
| 9 | 12.000 | 4.000 | 12.000 | -62.200 | 28.500 | 12.300 | 0.000 | 0.000 | 0.000 | 0. | 0. | 0. |
| 10 | 18.000 | 34.000 | 8.000 | 55.400 | 0.000 | 0.800 | 0.000 | 0.000 | 0.000 | 10. | 10. | 10. |
| 11 | 25.500 | 28.800 | 8.800 | -1.400 | 0.000 | -24.300 | 0.000 | -19.000 | 0.000 | 0. | 0. | 0. |
| 12 | 19.000 | 28.500 | 10.000 | -51.400 | 0.000 | -23.800 | 0.000 | 28.000 | 0.000 | 0. | 0. | 0. |
| 13 | 20.000 | 34.000 | 10.000 | -82.200 | 0.000 | -2.500 | 0.000 | 0.000 | 0.000 | 10. | 10. | 10. |
| 14 | 68.800 | 34.300 | 14.700 | -13.400 | 0.000 | -1.200 | 0.000 | 0.000 | 0.000 | 8. | 8. | 8. |

BODY SEGMENT SYMMETRY INPUT          CARD D.7

| SEG NO. | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| NSYM(J) | 0 | 0 | 0 | 0 |

74

| FUNCTION NO. | 6 | REAR SUSPENSION STIF | | | NTI( 6) = | 1 | |
|---|---|---|---|---|---|---|---|
| | D0 | D1 | D2 | D3 | D4 | | |
| | 0.0000 | 100.0000 | 0.0000 | 0.0000 | 1.0000 | | CARDS E |

FIRST PART OF FUNCTION - 5TH DEGREE POLYNOMIAL

| A0 | A1 | A2 | A3 | A4 | A5 |
|---|---|---|---|---|---|
| 0.000000 | 132.625000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 |

| FUNCTION NO. | 7 | SLANTED GUARDRAIL ST | | | NTI( 7) = | 12 | |
|---|---|---|---|---|---|---|---|
| | D0 | D1 | D2 | D3 | D4 | | |
| | 0.0000 | 20.0000 | 0.0000 | 0.0000 | 0.0000 | | CARDS E |

FIRST PART OF FUNCTION - 5TH DEGREE POLYNOMIAL

| A0 | A1 | A2 | A3 | A4 | A5 |
|---|---|---|---|---|---|
| 0.000000 | 0.000000 | 42.200000 | 0.000000 | 0.000000 | 0.000000 |

75