CARDS E

FUNCTION NO.  8    FRONT SUSPENSION STI                NTI( 8) =   23

| D0 | D1 | D2 | D3 | D4 |
|----|----|----|----|----|
| 0.0000 | 100.0000 | 0.0000 | 0.0000 | 1.0000 |

FIRST PART OF FUNCTION - 5TH DEGREE POLYNOMIAL

| A0 | A1 | A2 | A3 | A4 | A5 |
|----|----|----|----|----|----|
| 0.000000 | 220.625000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 |

CARDS E

FUNCTION NO.  9    BODY STIFFNESS                NTI( 9) =   34

| D0 | D1 | D2 | D3 | D4 |
|----|----|----|----|----|
| 0.0000 | 30.0000 | 0.0000 | 0.0000 | 1.0000 |

FIRST PART OF FUNCTION - 5TH DEGREE POLYNOMIAL

| A0 | A1 | A2 | A3 | A4 | A5 |
|----|----|----|----|----|----|
| 0.000000 | 1250.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 |

76

CARDS E

FUNCTION NO. 10    GIMBERAIL STIFFNESS                              NTI(10) = 45

| D0 | D1 | D2 | D3 | D4 |
|------|---------|--------|--------|--------|
| 0.0000 | -25.0000 | 0.0000 | 0.0000 | 1.0000 |

FIRST PART OF FUNCTION -    8 TABULAR POINTS

| D | F(D) |
|-----------|------------|
| 0.000000 | 0.0000 |
| 1.000000 | 1200.0000 |
| 2.000000 | 2400.0000 |
| 4.000000 | 3600.0000 |
| 6.000000 | 4000.0000 |
| 10.000000 | 4500.0000 |
| 18.000000 | 5000.0000 |
| 25.000000 | 5000.0000 |

77



CARDS E

PAGE 22
CARDS E

FUNCTION NO.  11    POST STIFFNESS

| D0 | D1 | D2 | D3 | NTI(11) = 67 |
|---|---|---|---|---|
| 0.0000 | -25.0000 | 0.0000 | 0.0000 | D4 1.0000 |

FIRST PART OF FUNCTION -  8 TABULAR POINTS

| D | F(D) |
|---|---|
| 0.000000 | 0.0000 |
| 1.000000 | 2400.0000 |
| 2.000000 | 4800.0000 |
| 4.000000 | 7000.0000 |
| 6.000000 | 8000.0000 |
| 10.000000 | 9000.0000 |
| 18.000000 | 10000.0000 |
| 25.000000 | 10000.0000 |

FUNCTION NO.  12    MULTIPLIER

| D0 | D1 | D2 | D3 | NTI(12) = 89 |
|---|---|---|---|---|
| -1000.0000 | 0.0000 | 20000.0000 | 0.0000 | D4 0.0000 |

FUNCTION IS CONSTANT 20000.000000

CARDS E

PAGE 23
CARDS E

FUNCTION NO. 20    GENERAL ABSORPTION                    NTI(20) = 94

| D0 | D1 | D2 | D3 | D4 |
|---|---|---|---|---|
| -1000.0000 | -1000.0000 | 0.0000 | 0.0000 | 1.0000 |

FIRST PART OF FUNCTION -    4 TABULAR POINTS

| D | F(D) |
|---|---|
| -1000.00000 | 0.5000 |
| -1.00000 | 0.5000 |
| 0.00000 | 1.0000 |
| 1000.00000 | 1.0000 |

FUNCTION NO. 21    BODY ABSORPTION                    NTI(21) = 108

| D0 | D1 | D2 | D3 | D4 |
|---|---|---|---|---|
| -1000.0000 | -1000.0000 | 0.0000 | 0.0000 | 1.0000 |

FIRST PART OF FUNCTION -    4 TABULAR POINTS

| D | F(D) |
|---|---|
| -1000.00000 | 0.1000 |
| -1.00000 | 0.1000 |
| 0.00000 | 1.0000 |
| 1000.00000 | 1.0000 |

79

```
FUNCTION NO.  22    FRICTION = 0.40
  D0         D1         D2         D3         D4
0.0000     0.0000     0.4000     0.0000     0.0000

NTI(22) = 122

FUNCTION IS CONSTANT    0.400000                         CARDS E


FUNCTION NO.  23    FRICTION = 0.30
  D0         D1         D2         D3         D4
0.0000     0.0000     0.3000     0.0000     0.0000

NTI(23) = 127

FUNCTION IS CONSTANT    0.300000                         PAGE   24
                                                         CARDS E


FUNCTION NO.  24    FRICTION = 0.80 (TIR
  D0         D1         D2         D3         D4
0.0000     0.0000     0.8000     0.0000     0.0000

NTI(24) = 132

FUNCTION IS CONSTANT    0.800000                         CARDS E
```

80

CARDS E

CARDS E

PAGE  26
CARDS E

FUNCTION NO.  25    FRICTION = 0.0  (ROLL)

| D0 | D1 | D2 | D3 | D4 |
|----|----|----|----|----|
| 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

NTI(25) = 137

FUNCTION IS CONSTANT   0.000000

FUNCTION NO.  26    R FACTOR = 0.80  T

| D0 | D1 | D2 | D3 | D4 |
|----|----|----|----|----|
| 0.0000 | 0.0000 | 0.8000 | 0.0000 | 0.0000 |

NTI(26) = 142

FUNCTION IS CONSTANT   0.800000

FUNCTION NO.  27    R FACTOR = 0.90

| D0 | D1 | D2 | D3 | D4 |
|----|----|----|----|----|
| 0.0000 | 0.0000 | 0.9000 | 0.0000 | 0.0000 |

NTI(27) = 147

FUNCTION IS CONSTANT   0.900000

81

CARDS E

PAGE 27
CARDS E

CARDS E

NTI(28) = 152

NTI(29) = 157

NTI(30) = 162

FUNCTION NO.  28    R FACTOR = 0.34

| D0 | D1 | D2 | D3 | D4 |
|---|---|---|---|---|
| 0.0000 | 0.0000 | 0.3400 | 0.0000 | 0.0000 |

FUNCTION IS CONSTANT   0.340000

FUNCTION NO.  29    CONSTANT = 0.0 (30)

| D0 | D1 | D2 | D3 | D4 |
|---|---|---|---|---|
| 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

FUNCTION IS CONSTANT   0.000000

FUNCTION NO.  30    R FACTOR = 0.60

| D0 | D1 | D2 | D3 | D4 |
|---|---|---|---|---|
| 0.0000 | 0.0000 | 0.6000 | 0.0000 | 0.0000 |

FUNCTION IS CONSTANT   0.600000



FUNCTION NO.   31    G FACTOR = 0.5    GOOD

| D0 | D1 | D2 | D3 | D4 |
|---|---|---|---|---|
| 0.0000 | 0.0000 | 0.5000 | 0.0000 | 0.0000 |

NTI(31) = 167

FUNCTION IS CONSTANT    0.500000

FUNCTION NO.   32    G FACTOR = 0.20

| D0 | D1 | D2 | D3 | D4 |
|---|---|---|---|---|
| 0.0000 | 0.0000 | 0.2000 | 0.0000 | 0.0000 |

NTI(32) = 172

FUNCTION IS CONSTANT    0.200000

FUNCTION NO.   33    CONSTANT = 0.0 CHARD

| D0 | D1 | D2 | D3 | D4 |
|---|---|---|---|---|
| 0.0000 | 0.0000 | 0.0000 | 0.0000 | 1.0000 |

NTI(33) = 177

FUNCTION IS CONSTANT    0.000000

CARDS E

CARDS E

PAGE  29
CARDS E

83

CARDS E

PAGE  30
CARDS E

FUNCTION NO.  34    TIRE/GRND ABSORPTIO          NTI(34) = 182

| D0 | D1 | D2 | D3 | D4 |
|---|---|---|---|---|
| -1000.0000 | -1000.0000 | 0.0000 | 0.0000 | 1.0000 |

FIRST PART OF FUNCTION -  4 TABULAR POINTS

| D | F(D) |
|---|---|
| -1000.000000 | 0.4700 |
| -1.000000 | 0.4700 |
| 0.000000 | 1.0000 |
| 1000.000000 | 1.0000 |

FUNCTION NO.  35    FUNCTION = 0.70          NTI(35) = 196

| D0 | D1 | D2 | D3 | D4 |
|---|---|---|---|---|
| 0.0000 | 0.0000 | 0.7000 | 0.0000 | 0.0000 |

FUNCTION IS CONSTANT    0.700000

CARDS E

PAGE 31
CARDS E

FUNCTION NO. 36    FRICTION = 0.60

| D0 | D1 | D2 | D3 | D4 | NTI(36) = 201 |
|---|---|---|---|---|---|
| 0.0000 | 0.0000 | 0.6000 | 0.0000 | 0.0000 | |

FUNCTION IS CONSTANT   0.600000

FUNCTION NO. 40    BODY VISCOSITY

| D0 | D1 | D2 | D3 | D4 | NTI(40) = 205 |
|---|---|---|---|---|---|
| -2000.0000 | -500.000 | 0.0000 | 0.0000 | 1.0000 | |

FIRST PART OF FUNCTION - 5 TABULAR POINTS

| D | F(D) |
|---|---|
| -2000.000000 | 0.0000 |
| -200.000000 | 0.0000 |
| 0.000000 | 0.0000 |
| 50.000000 | 20.000 |
| 500.000000 | 1000.000 |

ALIGNED CONTACTS AND ASSOCIATED FUNCTIONS

| PLANE | SEGMENT FORCE DEFLECTION | INERTIAL SPIKE | R FACTOR | G FACTOR | PAGE 32 CARDS F.1 FRICTION COEF. OPT |
|---|---|---|---|---|---|
| 1- 6 GROUND PLANE (FRONT) | 1- 1   8   CAR FRONT SUSPENSION STI | 0 | 26   R FACTOR = 0.80 T | 0 | 25   FRICTION = 0.0  COLL 1 |
| 1- 6 GROUND PLANE (FRONT) | 1- 7   8   CAR FRONT SUSPENSION STI | 0 | 26   R FACTOR = 0.80 T | 0 | 25   FRICTION = 0.0  COLL 1 |
| 1- 6 GROUND PLANE (FRONT) | 1- 8   6   CAR REAR SUSPENSION STIP | 0 | 26   R FACTOR = 0.80 T | 0 | 25   FRICTION = 0.0  COLL 1 |
| 1- 6 GROUND PLANE (FRONT) | 1- 9   6   CAR REAR SUSPENSION STIP | 0 | 26   R FACTOR = 0.80 T | 0 | 25   FRICTION = 0.0  COLL 1 |
| 2- 6 GROUND PLANE (REAR) | 1-10  33   CAR CONSTANT = 0.0 (HARD) | -9   BODY STIFFNESS | -21   BODY ABSORPTION | -9   BODY VISCOSITY | 35   FRICTION = 0.60  1 |
| 2- 6 GROUND PLANE (REAR) | 1-11  33   CAR CONSTANT = 0.0 (HARD) | -9   BODY STIFFNESS | -21   BODY ABSORPTION | -9   BODY VISCOSITY | 35   FRICTION = 0.60  1 |
| 2- 6 GROUND PLANE (REAR) | 1-12  33   CAR CONSTANT = 0.0 (HARD) | -9   BODY STIFFNESS | -21   BODY ABSORPTION | -9   BODY VISCOSITY | 36   FRICTION = 0.60  1 |
| 2- 6 GROUND PLANE (REAR) | 1-13  33   CAR CONSTANT = 0.0 (HARD) | -9   BODY STIFFNESS | -21   BODY ABSORPTION | -9   BODY VISCOSITY | 36   FRICTION = 0.60  1 |
| 2- 6 GROUND PLANE (REAR) | 1-14  33   CAR CONSTANT = 0.0 (HARD) | -9   BODY STIFFNESS | -21   BODY ABSORPTION | -9   BODY VISCOSITY | 36   FRICTION = 0.60  1 |
| 3- 6 RAIL TIP 1 (STRAIGHT) | 1- 1  33   CAR CONSTANT = 0.0 (HARD) | -10   GUARDRAIL STIFFNESS | -20   GUARDRAIL ABSORPTION | -9   GUARDRAIL BODY VISCOSITY | 23   FRICTION = 0.30  1 |
| 3- 6 RAIL TIP 1 (STRAIGHT) | 1- 7  33   CAR CONSTANT = 0.0 (HARD) | -10   GUARDRAIL STIFFNESS | -20   GUARDRAIL ABSORPTION | -9   GUARDRAIL BODY VISCOSITY | 23   FRICTION = 0.30  1 |
| 3- 5 RAIL TIP 1 (STRAIGHT) | 1- 8  33   CAR CONSTANT = 0.0 (HARD) | -10   GUARDRAIL STIFFNESS | -20   GUARDRAIL ABSORPTION | -9   GUARDRAIL BODY VISCOSITY | 23   FRICTION = 0.30  1 |
| 3- 6 RAIL TIP 1 (STRAIGHT) | 1- 9  33   CAR CONSTANT = 0.0 (HARD) | -10   GUARDRAIL STIFFNESS | -20   GUARDRAIL ABSORPTION | -9   GUARDRAIL BODY VISCOSITY | 23   FRICTION = 0.30  1 |
| 3- 6 RAIL TIP 1 (STRAIGHT) | 1-10  29   CAR CONSTANT = 0.0 (HARD) | -10   GUARDRAIL STIFFNESS | -20   GUARDRAIL ABSORPTION | -9   GUARDRAIL BODY VISCOSITY | 23   FRICTION = 0.30  1 |
| 3- 6 RAIL TIP 1 (STRAIGHT) | CAR   CONSTANT = 0.0 (30 (HARD) | -10   GUARDRAIL STIFFNESS | -20   GUARDRAIL ABSORPTION | -9   GUARDRAIL BODY VISCOSITY | 23   FRICTION = 0.30  1 |

86

```
RAIL TOP 2 (STRAIGHT) CAR   4- 6   1-11   29  CONSTANT = 0.0 (SO GUARDRAIL STIFFNESS  -10   -20  GUARDRAIL ASSUMED BODY VISCOSITY  -40   FRICTION = 0.30   23  1
RAIL TOP 2 (STRAIGHT) CAR   4- 6   1-12   29  CONSTANT = 0.0 (SO GUARDRAIL STIFFNESS  -10   -20  GUARDRAIL ASSUMED BODY VISCOSITY  -40   FRICTION = 0.30   23  1
RAIL TOP 2 (STRAIGHT) CAR   4- 6   1-13   29  CONSTANT = 0.0 (SO GUARDRAIL STIFFNESS  -10   -20  GUARDRAIL ASSUMED BODY VISCOSITY  -40   FRICTION = 0.30   23  1
RAIL TOP 2 (STRAIGHT) CAR   4- 6   1-14   29  CONSTANT = 0.0 (SO GUARDRAIL STIFFNESS  -10   -20  GUARDRAIL ASSUMED BODY VISCOSITY  -40   FRICTION = 0.30   23  1
RAIL TOP 1 (STRAIGHT) CAR   5- 6   1- 1   29  CONSTANT = 0.0 (SO                        0     0                                    0    FRICTION = 0.0 CELL  25  1
RAIL SIDE 1 (STRAIGHT) CAR  5- 6   1- 7   29  CONSTANT = 0.0 (SO                        0     0                                    0    FRICTION = 0.0 CELL  25  1
RAIL SIDE 1 (STRAIGHT) CAR  5- 6   1- 8   29  CONSTANT = 0.0 (SO                        0     0                                    0    FRICTION = 0.0 CELL  25  1
RAIL SIDE 1 (STRAIGHT) CAR  5- 6   1- 9   29  CONSTANT = 0.0 (SO                        0     0                                    0    FRICTION = 0.0 CELL  25  1
RAIL SIDE 1 (STRAIGHT) CAR  5- 6   1-10   29  CONSTANT = 0.0 (SO                        0     0                                    0    FRICTION = 0.0 CELL  25  1
RAIL SIDE 1 (STRAIGHT) CAR  6- 6   1-11   29  CONSTANT = 0.0 (SO                        0     0                                    0    FRICTION = 0.0 CELL  25  1
RAIL SIDE 2 (STRAIGHT) CAR  6- 6   1-12   29  CONSTANT = 0.0 (SO                        0     0                                    0    FRICTION = 0.0 CELL  25  1
RAIL SIDE 2 (STRAIGHT) CAR  6- 6   1-13   29  CONSTANT = 0.0 (SO                        0     0                                    0    FRICTION = 0.0 CELL  25  1
RAIL SIDE 2 (STRAIGHT) CAR  6- 6   1-14   29  CONSTANT = 0.0 (SO                        0     0                                    0    FRICTION = 0.0 CELL  25  1
RAIL TOP 2 (SLANTED) CAR    7- 6   1- 1   33  CONSTANT = 0.0 (HARD SLANTED GUARDRAIL ST  -7   -20  GUARDRAIL ASSUMED BODY VISCOSITY  -40   FRICTION = 0.30   23  1
RAIL TOP 1 (SLANTED) CAR    7- 6   1- 7   33  CONSTANT = 0.0 (HARD SLANTED GUARDRAIL ST  -7   -20  GUARDRAIL ASSUMED BODY VISCOSITY  -40   FRICTION = 0.30   23  1
RAIL TOP 1 (SLANTED) CAR    7- 6   1- 8   33  CONSTANT = 0.0 (HARD SLANTED GUARDRAIL ST  -7   -20  GUARDRAIL ASSUMED BODY VISCOSITY  -40   FRICTION = 0.30   23  1
```

87

| Label | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| RAIL TOP 1 (SLANTED) | 7- 6 | 1- 9 | CAR | 33 | CONSTANT = 0.0 (CARD SLANTED GUARDRAIL ST | -7 | GUARDRAIL ABSORBED BODY VISCOSITY | -20 | -9 | 23 | FRICTION = 0.30 | 1 |
| RAIL TOP 1 (SLANTED) | 7- 6 | 1-10 | CAR | 29 | CONSTANT = 0.0 (SD SLANTED GUARDRAIL ST | -7 | GUARDRAIL ABSORBED BODY VISCOSITY | -20 | -40 | 35 | FRICTION = 0.70 | 1 |
| RAIL TOP 2 (SLANTED) | 8- 6 | 1-11 | CAR | 29 | CONSTANT = 0.0 (SD SLANTED GUARDRAIL ST | -7 | GUARDRAIL ABSORBED BODY VISCOSITY | -20 | -40 | 35 | FRICTION = 0.70 | 1 |
| RAIL TOP 2 (SLANTED) | 8- 6 | 1-12 | CAR | 29 | CONSTANT = 0.0 (SD SLANTED GUARDRAIL ST | -7 | GUARDRAIL ABSORBED BODY VISCOSITY | -20 | -40 | 35 | FRICTION = 0.70 | 1 |
| RAIL TOP 2 (SLANTED) | 8- 6 | 1-13 | CAR | 29 | CONSTANT = 0.0 (SD SLANTED GUARDRAIL ST | -7 | GUARDRAIL ABSORBED BODY VISCOSITY | -20 | -40 | 35 | FRICTION = 0.70 | 1 |
| RAIL TOP 2 (SLANTED) | 8- 6 | 1-14 | CAR | 29 | CONSTANT = 0.0 (SD SLANTED GUARDRAIL ST | -7 | GUARDRAIL ABSORBED BODY VISCOSITY | -20 | -40 | 35 | FRICTION = 0.70 | 1 |
| RAIL +SIDE 1 (SLANTE | 9- 6 | 1- 1 | CAR | 29 | CONSTANT = 0.0 (SD | 0 | 0 | 0 | 0 | 25 | FRICTION = 0.0 (CELL | 1 |
| RAIL +SIDE 1 (SLANTE | 9- 6 | 1- 7 | CAR | 29 | CONSTANT = 0.0 (SD | 0 | 0 | 0 | 0 | 25 | FRICTION = 0.0 (CELL | 1 |
| RAIL +SIDE 1 (SLANTE | 9- 6 | 1- 8 | CAR | 29 | CONSTANT = 0.0 (SD | 0 | 0 | 0 | 0 | 25 | FRICTION = 0.0 (CELL | 1 |
| RAIL +SIDE 1 (SLANTE | 9- 6 | 1- 9 | CAR | 29 | CONSTANT = 0.0 (SD | 0 | 0 | 0 | 0 | 25 | FRICTION = 0.0 (CELL | 1 |
| RAIL +SIDE 2 (SLANTE | 10- 6 | 1-10 | CAR | 29 | CONSTANT = 0.0 (SD | 0 | 0 | 0 | 0 | 25 | FRICTION = 0.0 (CELL | 1 |
| RAIL +SIDE 2 (SLANTE | 10- 6 | 1-11 | CAR | 29 | CONSTANT = 0.0 (SD | 0 | 0 | 0 | 0 | 25 | FRICTION = 0.0 (CELL | 1 |
| RAIL +SIDE 2 (SLANTE | 10- 6 | 1-12 | CAR | 29 | CONSTANT = 0.0 (SD | 0 | 0 | 0 | 0 | 25 | FRICTION = 0.0 (CELL | 1 |
| RAIL +SIDE 2 (SLANTE | 10- 6 | 1-13 | CAR | 29 | CONSTANT = 0.0 (SD | 0 | 0 | 0 | 0 | 25 | FRICTION = 0.0 (CELL | 1 |
| RAIL +SIDE 2 (SLANTE | 10- 6 | 1-14 | CAR | 29 | CONSTANT = 0.0 (SD | 0 | 0 | 0 | 0 | 25 | FRICTION = 0.0 (CELL | 1 |
| GROUND PLANE (REAR) | 11- 6 | 1- 1 | CAR | 33 | CONSTANT = 0.0 (CARD FRONT SUSPENSION STI | -8 | TIRE/GRND ABSORBED BODY VISCOSITY | -34 | -40 | 24 | FRICTION = 0.80 (TIR | |

| SEGMENT | | FORCE DEFLECTION | INERTIAL SPINE | R FACTOR | G FACTOR | FRICTION COEF | OPT |
|---|---|---|---|---|---|---|---|
| 11- 6 GROUND PLANE (REAR) | 1- 7 CAR | CONSTANT = 0.0 (HARD FRONT SUSPENSION STI | 33 -8 | -34 TIRE/GRND ABSORPTION | -40 BODY VISCOSITY | 24 FRICTION = 0.80 (TIR | 1 |
| 11- 6 GROUND PLANE (REAR) | 1- 8 CAR | CONSTANT = 0.0 (HARD REAR SUSPENSION STIF | 33 | -34 TIRE/GRND ABSORPTION | -40 BODY VISCOSITY | 24 FRICTION = 0.80 (TIR | 1 |
| 11- 6 GROUND PLANE (REAR) | 1- 9 CAR | CONSTANT = 0.0 (HARD REAR SUSPENSION STIF | 33 -6 | -34 TIRE/GRND ABSORPTION | -40 BODY VISCOSITY | 24 FRICTION = 0.80 (TIR | 1 |
| 2- 2 FST1 | 1-10 CAR | 29 CONSTANT = 0.0 (30 FOOT STIFFNESS | -11 | -21 BODY ABSORPTION | -40 BODY VISCOSITY | 23 FRICTION = 0.30 | 0 |
| 2- 2 FST1 | 1-11 CAR | 29 CONSTANT = 0.0 (30 FOOT STIFFNESS | -11 | -21 BODY ABSORPTION | -40 BODY VISCOSITY | 23 FRICTION = 0.30 | 0 |
| 2- 2 FST1 | 1-12 CAR | 29 CONSTANT = 0.0 (30 FOOT STIFFNESS | -11 | -21 BODY ABSORPTION | -40 BODY VISCOSITY | 23 FRICTION = 0.30 | 0 |
| 2- 2 FST1 | 1-13 CAR | 29 CONSTANT = 0.0 (30 FOOT STIFFNESS | -11 | -21 BODY ABSORPTION | -40 BODY VISCOSITY | 23 FRICTION = 0.30 | 0 |
| 2- 2 FST1 | 1-14 CAR | 29 CONSTANT = 0.0 (30 FOOT STIFFNESS | -11 | -21 BODY ABSORPTION | -40 BODY VISCOSITY | 23 FRICTION = 0.30 | 0 |
| 3- 3 FSTD | 1-10 CAR | 29 CONSTANT = 0.0 (30 FOOT STIFFNESS | -11 | -21 BODY ABSORPTION | -40 BODY VISCOSITY | 23 FRICTION = 0.30 | 0 |
| 3- 3 FSTD | 1-11 CAR | 29 CONSTANT = 0.0 (30 FOOT STIFFNESS | -11 | -21 BODY ABSORPTION | -40 BODY VISCOSITY | 23 FRICTION = 0.30 | 0 |
| 3- 3 FSTD | 1-12 CAR | 29 CONSTANT = 0.0 (30 FOOT STIFFNESS | -11 | -21 BODY ABSORPTION | -40 BODY VISCOSITY | 23 FRICTION = 0.30 | 0 |
| 3- 3 FSTD | 1-13 CAR | 29 CONSTANT = 0.0 (30 FOOT STIFFNESS | -11 | -21 BODY ABSORPTION | -40 BODY VISCOSITY | 23 FRICTION = 0.30 | 0 |
| 3- 3 FSTD | 1-14 CAR | 29 CONSTANT = 0.0 (30 FOOT STIFFNESS | -11 | -21 BODY ABSORPTION | -40 BODY VISCOSITY | 23 FRICTION = 0.30 | 0 |
| 4- 4 FST10 | 1-10 CAR | 29 CONSTANT = 0.0 (30 FOOT STIFFNESS | -11 | -21 BODY ABSORPTION | -40 BODY VISCOSITY | 23 FRICTION = 0.30 | 0 |
| 4- 4 FST10 | 1-11 CAR | 29 CONSTANT = 0.0 (30 FOOT STIFFNESS | -11 | -21 BODY ABSORPTION | -40 BODY VISCOSITY | 23 FRICTION = 0.30 | 0 |

CARDS F.3

06



```
4- 4    PSIO    1- 12   29                                              -40           23        BODY ABSORPTION    BODY VISCOSITY    23    FRICTION = 0.30    0
4- 4    CAR     1- 13   CONSTANT = 0.0 (50 FEET STIFFNESS)  -11          -21           -21       BODY ABSORPTION    BODY VISCOSITY    23    FRICTION = 0.30    0
4- 4    PSIO    1- 13   29                                  -11          -40           23        BODY ABSORPTION    BODY VISCOSITY    23    FRICTION = 0.30    0
4- 4    CAR     1- 14   CONSTANT = 0.0 (50 FEET STIFFNESS)  -11                                                                                              CARD G.1
1- 14   PSIO    29                                                                                                                               PAGE  33
1- 14   CAR     CONSTANT = 0.0 (50 FEET STIFFNESS)          -11
```

SUBROUTINE INITIAL INPUT

| ZPLT(0) | ZPLT(Y) | ZPLT(Z) | I1 | I0 | I2 | I2 | I3 | SPLT(1) | SPLT(2) | SPLT(3) |
|---|---|---|---|---|---|---|---|---|---|---|
| 0. | 0. | 0. | 0 | 0 | 0 | 0 | 1 | 10.00 | 6.00 | 1.00 |

CARDS G.2

INITIAL POSITIONS (INERTIAL REFERENCE)

| SEGMENT NO. SEG | LINEAR POSITION ( IN.) | | | LINEAR VELOCITY ( IN./SEC.) | | | ITER |
|---|---|---|---|---|---|---|---|
| | X | Y | Z | X | Y | Z | |
| 1 CAR | 0.0000 | -2.5000 | -20.3000 | 1056.0000 | 0.0000 | 0.0000 | 3 2 1 0 |
| 2 FST1 | 261.0000 | -23.0000 | -14.0000 | 0.0000 | 0.0000 | 0.0000 | 3 2 1 0 |
| 3 FST9 | 861.0000 | -25.5000 | -10.5000 | 0.0000 | 0.0000 | 0.0000 | 3 2 1 0 |
| 4 FST0 | 936.0000 | -25.5000 | -10.5000 | 0.0000 | 0.0000 | 0.0000 | 3 2 1 0 |

INITIAL ANGULAR ROTATION AND VELOCITY

| SEGMENT NO. SEG | ANGULAR ROTATION (DEG) | | | ANGULAR VELOCITY (DEG/SEC.) | | |
|---|---|---|---|---|---|---|
| | YAW | PITCH | ROLL | X | Y | Z |
| 1 CAR | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 2 FST1 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 3 FST9 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| 4 FST0 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

CARDS G.3



TABULAR TIME HISTORY CONTROL PARAMETERS

| TYPE | KSI | SELECTED SEGMENTS OR JOINTS |
|---|---|---|
| H.1 | 1 | 1 |
| REF | 1 | 6 |
| H.2 | 1 | 1 |
| REF | | 6 |
| H.3 | 1 | 1 |
| REF | | 6 |
| H.4 | 1 | 1 |
| REF | | 6 |
| H.5 | 1 | 1 |
| REF | | 6 |
| H.6 | 1 | 1 |
| REF | | 6 |
| H.7 | 0 | |
| REF | | |
| H.8 | 0 | |
| REF | | |
| H.9 | 0 | |
| REF | | |
| H.10 | 1 | 1 |
| REF | | 6 |

MAINED FUNCTIONS FOR TIME= 0.000 MSEC

PAGE 34

| SEGMENT | (INERTIAL) ANGULAR ROTATION (DEG) | | | (LOCAL) ANGULAR VELOCITY (RAD/SEC.) | | | (LOCAL) ANGULAR ACCELERATION (RAD/SEC.**2) | | |
|---|---|---|---|---|---|---|---|---|---|
| | YAW | PITCH | ROLL | X | Y | Z | X | Y | Z |
| 1 CAR | 0.000 | 0.000 | 0.000 | 0.0000 | 0.0000 | 0.0000 | 2.541318 | 0.719963 | -0.158483 |
| 2 FST1 | 0.000 | 0.000 | 0.000 | 0.0000 | 0.0000 | 0.0000 | 0.000000 | 0.000000 | 0.000000 |
| 3 FST9 | 0.000 | 0.000 | 0.000 | 0.0000 | 0.0000 | 0.0000 | 0.000000 | 0.000000 | 0.000000 |
| 4 FS10 | 0.000 | 0.000 | 0.000 | 0.0000 | 0.0000 | 0.0000 | 0.000000 | 0.000000 | 0.000000 |
| 5 VEH | 0.000 | 0.000 | 0.000 | 0.0000 | 0.0000 | 0.0000 | 0.000000 | 0.000000 | 0.000000 |

| SEGMENT | (INERTIAL) LINEAR POSITION ( IN.) | | | (INERTIAL) LINEAR VELOCITY ( IN./SEC.) | | | (INERTIAL) LINEAR ACCELERATION (G'S) | | |
|---|---|---|---|---|---|---|---|---|---|
| | X | Y | Z | X | Y | Z | X | Y | Z |
| 1 CAR | 0.000 | -2.500 | -20.300 | 1066.0000 | 0.0000 | 0.0000 | -0.055346 | 0.000000 | -0.139613 |
| 2 FST1 | 261.000 | -23.000 | -14.000 | 0.0000 | 0.0000 | 0.0000 | 0.000000 | 0.000000 | 0.000000 |
| 3 FST9 | 861.000 | -26.500 | -10.000 | 0.0000 | 0.0000 | 0.0000 | 0.000000 | 0.000000 | 0.000000 |
| 4 FS10 | 936.000 | -26.500 | -10.000 | 0.0000 | 0.0000 | 0.0000 | 0.000000 | 0.000000 | 0.000000 |
| 5 VEH | 0.0000 | 0.0000 | 0.000 | 0.0000 | 0.0000 | 0.0000 | 0.000000 | 0.000000 | 0.000000 |

| SEGMENT | U1 ARRAY ( IN./SEC.**2) EXTERNAL LINEAR ACCELERATIONS | | | U2 ARRAY (RAD/SEC.**2) EXTERNAL ANGULAR ACCELERATIONS | | | KINETIC ENERGY ( LB.-IN.) | | |
|---|---|---|---|---|---|---|---|---|---|
| | X | Y | Z | X | Y | Z | LINEAR | ANGULAR | TOTAL |
| 1 CAR | -0.21377D+02 | 0.00000D+00 | -0.53853D+02 | 0.25413D+01 | 0.71996D+00 | -0.15848D+00 | 0.40812D-07 | 0.00000D+00 | 0.40812D+07 |
| 2 FST1 | 0.00000D+00 | 0.00000D+00 | 0.00000D+00 | 0.00000D+00 | 0.00000D+00 | 0.00000D+00 | 0.00000D+00 | 0.00000D+00 | 0.00000D+00 |
| 3 FST9 | 0.00000D+00 | 0.00000D+00 | 0.00000D+00 | 0.00000D+00 | 0.00000D+00 | 0.00000D+00 | 0.00000D+00 | 0.00000D+00 | 0.00000D+00 |
| 4 FS10 | 0.00000D+00 | 0.00000D+00 | 0.00000D+00 | 0.00000D+00 | 0.00000D+00 | 0.00000D+00 | 0.00000D+00 | 0.00000D+00 | 0.00000D+00 |

REFERENCES

1.  Fleck, J.T., Butler, F.E. and DeLeys, N.J., "Validation of the Crash Victim Simulator," Report Nos. DOT-HS-806-279 thru 282, 1982, Vols. 1-4.

2.  Butler, F.E. and Fleck, J.T., "Development of an Improved Computer Model of the Human Body and Extremity Dynamics," AMRL-TR-75-14, 1975.

3.  Kaleps, I., Obergefell, L.A. and Ryerson, J.R., "Simulation of Restrained Occupant Dynamics During Vehicle Rollover," Report No. DOT-HS-807-049, June 1986.

4.  Obergefell, L.A., Rizer, A.L. and Kaleps, I., "Simulations of Rollover Tests," Final Report for DOT Interagency Agreement DTNH22-85-X-07233, May 1988.

5.  Obergefell, L.A., Kaleps, I. and Johnson, A.K., "Prediction of an Occupant's Motion During Rollover Crashes," Proc. 30th Stapp Car Crash Conference, SAE Paper No. 861876, October 1986.

6.  Segal, D. and Kamholz, L., "Development of a General Rollover Test Device," DOT Report No. HS-806-550, Sept. 1983.

7.  Stultz, J.C., "Dummy Kinematics in Controlled Rollover Crashes," Transportation Research Center of Ohio, Report No. TRC-85-NO2, June 1985.

8.  "Motor Vehicle Manufacturers Association Specifications Form on the 1981 Dodge Aries," June 1980.

9.  Fancher, P.S., et. al., "Limit Handling Performance as Influenced By Degradation of Steering and Suspension Systems," DOT Report No. UM-HSRI-PF-72-3-1, November 1972.

10.  Leetch, B.D. and Bowman, W.L., "Articulated Total Body (ATB) VIEW Program Software Report," Report No. AFAMRL-TR-81-111, Vols. 1 and 2, June 1983.

11.  Bronstad, M.E. and Mayer, Jr, J.B., "Vehicle Rollover Test RO-2," Southwest Research Institute Test Report on National Highway Traffic Safety Administration Contract No. DTFH61-81-C00076, April 1984.