930887

# Predictive Simulation of Restrained Occupant Dynamics in Vehicle Rollovers

**Jeanne A. Smith** and **Annette L. Rizer**
Systems Research Laboratories, Inc.

**Louise A. Obergefell**
Department of the Air Force

## ABSTRACT

The capability to predictively simulate occupant dynamics in vehicle rollover crashes using the Articulated Total Body (ATB/CVS) model was validated using the results of two controlled automobile rollover crash tests. The ATB model requires the occupant's inertial, geometric, and resistive joint torque properties, the vehicle interior geometry and motion, the contact characteristics for the occupant and vehicle interactions, and the seat belt characteristics. The validation was done by first simulating one test and adjusting the contact and belt properties to obtain good comparison with the test results. Then subsequent tests were simulated using the same properties, but changing only the input vehicle kinematics. Each occupant simulation used the standard Hybrid III data set and measured vehicle interior geometry. The vehicle kinematics were generated by simulating the vehicle dynamics with the ATB model. In one rollover, roof crush significantly affected the occupant's motion. To obtain an accurate occupant simulation, it was necessary to allow portions of the roof and windows to move and permanently deform. The motion time histories of the roof and window sections were derived visually from the test films. The simulation results included head, chest, and pelvis accelerations, and neck loads. Comparisons were made between these simulation results and the instrumentation data, and visual comparisons were made with the test films, validating the modeling technique.

## INTRODUCTION

Currently there is a great interest in understanding the injuries which typically occur in road motor vehicle rollover crashes. While full-scale rollover testing is useful and necessary for investigating occupant dynamics, it is expensive, time-consuming, and difficult to control. Predictive computer simulations are much less expensive, quicker to generate, and repeatable. By first validating the computer simulation methods against full-scale testing results, predictive simulations can be used in studying occupant dynamics during rollover.

The Articulated Total Body (ATB) model[1] is a three-dimensional rigid-body dynamics program that may be used to predict occupant dynamics in vehicle rollovers. Various ATB model outputs may be used to assess injury potential. These outputs include segment acceleration, velocity, and displacement, joint torques, and segment-plane contact forces. To use the ATB model, several sets of input data are required. These include information about the occupant, such as inertial, geometric, and resistive joint torque properties, and vehicle interior plane dimensions, locations, and contact properties with the occupant. The vehicle motion time history data are also required. Most of this data is directly available from measurements, while some must be obtained or refined by comparing simulation and test results. Examples of this data are some of the vehicle contact properties and the seat belt parameters. Once a complete input data set is developed using a full-scale test, it can be validated by duplicating the environment and vehicle kinematics of one or more additional instrumented tests. The response of the occupant as predicted by the simulation program is then compared to the occupant response from the corresponding tests.

## ROLLOVER TEST PROCEDURE

Several instrumented passenger vehicle rollover crash tests were conducted at the Transportation Research Center of Ohio (TRC) in East Liberty. In the majority of these tests, a Rollover Test Device (RTD) was used to induce initial linear and angular velocities to the test vehicle. The test vehicle was placed on the RTD's platform, and the RTD was towed via a cable (Figure 1). The RTD was accelerated until it reached the required velocity, at which time the RTD's platform rotated, giving the test vehicle an initial roll velocity. Typically, the test vehicle initially strikes the ground near the junction of the roof and side window, and then

5



**Figure 1.** Rollover Test Device with Vehicle

I... .s a total of one to two revolutions. Each test was filmed with several high-speed 16mm color cameras, exterior to obtain the vehicle kinematics, and interior to view the occupant. The vehicle and the RTD were instrumented with accelerometers and angular rate gyros.

An instrumented 50th percentile male Hybrid III dummy was seated in either the driver or passenger front seat. The dummy was restrained with a three-point unibelt restraint system. The dummy instrumentation included head, chest and pelvis triaxial accelerometers, and neck load cells to measure neck loads and moments. The restraint belt pay out was measured with a string potentiometer.

## ROLLOVER TESTS MODELED

Two of these tests using minivans were chosen for this study. The first test, done on 14 July 1988, used a 1988 Dodge Caravan and had an initial velocity of 48.3 km/h and an initial crab angle of 45 degrees clockwise.[2] This minivan impacted the ground on its left side and then slid on that side, completing only a one-quarter roll. The occupant was seated in the passenger front seat and was restrained with a three point unibelt. The second test, done on 25 October 1989, used a 1989 Dodge Caravan, and had an initial velocity of 48.3 km/h and an initial crab angle of 45 degrees counter-clockwise.[3] This second minivan impacted the ground on its right side and roof, completed two full rolls and came to rest on its tires. The occupant in this test was also seated in the passenger front seat, and restrained. The 1988 test data was used to create the developmental simulation, and the 1989 test data was used for the validation simulation.

## OCCUPANT SIMULATION INPUT

The occupant simulation input file requires inertial, geometric, and resistive joint torque property data for the segments that represent the dummy occupant. The 17-segment, 50th percentile male Hybrid III dummy data set is the standard data set developed at Armstrong Laboratory[4] and generated by GEBOD[5], a computer program which generates the human and dummy data sets needed for ATB input.

Vehicle interior plane information is needed for contacts with the occupant. Dimensions and locations of planes making up the interior of the vehicle are obtained from measurements of the vehicle before the rollover test. I... .al values for contact properties between the occupant and the planes were obtained from earlier occupant simulations. These were modified as necessary in the developmental occupant simulation. The validation occupant simulation then used the properties from the developmental simulation.

The occupant simulation input data set also requires a prescription of the vehicle motion. The majority of the vehicle kinematics is available from vehicle simulations of the RTD rollover tests. However, the vehicle simulations start at the time of vehicle/RTD separation, because the interaction between the vehicle and RTD is not modeled. Since the occupant is free to move in the vehicle before the vehicle separates from the RTD, there is a short period of time for which the vehicle motion data must be obtained from some source other than the vehicle simulation.

To generate this vehicle motion data from the beginning of vehicle motion to vehicle/RTD separation, test instrumentation data, such as RTD center of gravity accelerations and vehicle angular velocity, are used. In addition, the vehicle initial position and RTD geometry are used to interpolate between the initial position of the vehicle and its position at the start of the vehicle simulation.

## RESULTS AND DISCUSSION

DEVELOPMENTAL SIMULATION - In the 1988 vehicle rollover test, the dummy occupant, as viewed from behind the passenger front seat in Figure 2, began the test seated upright. The dummy's upper torso initially fell left slightly, then right until the head almost touched the window, and then, at the time of impact with the ground, moved up and left, falling with the upper torso in the driver's seat, bent at the waist. The restraint belt kept the lower torso in the seat. Figure 2 shows a comparison of selected frames from the filmed test and the corresponding simulation. During the first 700 ms, when the movements are relatively slow and uneventful, the simulation does not compare well with the test. However, from the time of impact until the occupant bends over into the driver's seat, the motion matches quite well, with the simulation motion eventually leading the filmed test motion slightly. The occupant's motion is minimal after this time (the vehicle slid on its side for the remainder of the test).

A plot of head resultant acceleration (Figure 3) shows corresponding trends in curve shapes for test and simulation data, for the time period from 700 to 900 ms. Peak magnitudes are larger for the simulation than for the test data. HIC values are 17 for the test data, and 334 for the simulation.

Plots of chest resultant acceleration (Figure 4) and pelvis resultant acceleration (Figure 5) show similar results. For all plots, test acceleration data was digitally filtered to reduce signal noise.

Neck resultant force (Figure 6) also shows corresponding peaks from 700 to 900 ms, again with



**Figure 2.** Visual Comparison of Developmental Simulation versus Filmed Test

TIME (MSEC) 752

TIME (MSEC) 800

TIME (MSEC) 852

TIME (MSEC) 900

TIME (MSEC) 952

**Figure 2 (Continued).** Visual Comparison of Developmental Simulation versus Filmed Test

higher peak magnitudes for the simulation versus the test data.



**Figure 3.** Head Resultant Accelerations, Developmental Simulation versus Test Data



**Figure 4.** Chest Resultant Accelerations, Developmental Simulation versus Test Data



**Figure 5.** Pelvis Resultant Accelerations, Developmental Simulation versus Test Data



**Figure 6.** Neck Resultant Force, Developmental Simulation versus Test Data

VALIDATION SIMULATION - In the 1989 vehicle rollover test, the dummy occupant began the test seated upright. The dummy's upper torso initially fell left slightly, then upwards and to the right, eventually almost touching the right window at the junction with the roof. At the time of impact (approximately 800 ms), the head impacted the roof and window as the window shattered and the B-pillar collapsed. The roof crushed downward in a wavelike motion from right to left as the vehicle rolled across its roof, pushing the occupant's head downward and flexing the neck until the left side of the head touched the shoulder, eventually submarining the occupant. After completing the first roll, the neck straightened, allowing the head to extend into a triangular pocket in the crushed roof. During the second roll, there was little additional roof crush, and the occupant's head remained trapped in the roof crease, yielding little additional occupant motion after the first roll. Figure 7 compares selected time frames of the filmed test and the simulation.

The validation occupant simulation was initially run using the same contact properties as the developmental occupant simulation. The only changes to the input file were for the vehicle input motion, and initial conditions. Results of this input file showed that some changes were needed. Ultimately, roof crush, and seat belt slack were added.

Because the vehicle roof deformed permanently, and the occupant's motion is significantly affected by the change in head room in the test, roof crush is included in the simulation. By modeling the roof in sections, with each section treated as a segment, the roof sections' motions could be prescribed. After some trial and error, the best arrangement proved to be breaking the roof into three sections, as shown in Figure 7, and allowing the right and center roof sections to move. This motion was obtained from the interior camera views of the actual test. The motion of the left half of the roof is not modeled because it does not affect the occupant, though it did deform somewhat in the test. During ground impact and the initial part of the first roll, the right window breaks, but the occupant's head actually contacts the door frame above the window, and the ground. Therefore, a contact surface in the location of the right window is modeled matching the deformation that occurs during the test. The prescribed motion for the moving roof and window segments was obtained through trial and error, based on viewing the film and comparing simulation results. Since no dimensions reflecting roof crush were available during the test (only pre- and post-test static measurements are taken), all plane locations and orientations were approximate.

The second change from the developmental simulation was addition of some seat belt slack. This slack was necessary in the simulation to allow the occupant to move up a few inches towards the roof before ground impact, in order for the head to be positioned as in the filmed test. This is important because the ground impact on the right window region

9



**Figure 7.** Visual Comparison of Validation Simulation versus Filmed Test



**Figure 7 (Continued).** Visual Comparison of Validation Simulation versus Filmed Test

and edge of the roof accelerated the occupant's upper body towards the driver's side. Prior to all rollover tests, the seat belts are buckled and snug. In this test, a recorded measurement of shoulder belt displacement indicated that the occupant's shoulder belt did pay out about a half-inch at a time corresponding to the start of the occupant simulation.

In Figures 8 through 10, head, chest, and pelvis resultant accelerations for the simulation are plotted against test accelerometer data (filtered to reduce signal noise). Timing of initial peaks is good, though magnitudes do not match in these plots. HIC values compare favorably - the simulation produced a HIC value of 140, compared to the test value of 220. Neck resultant forces in Figure 11 also match well for timing and at the initial peaks. An offset appears in simulation data starting approximately at 1.000 sec, because the roof is applying a fairly constant force against the head in the simulation. In the real test, the head no longer contacts the roof at this time, and there is enough room enough for the dummy's neck to straighten. The roof motion was prescribed to push the head as in the real test, but because the ATB's one-segment model of the neck does not bend as well as the real dummy's neck, excessive force was needed to bend and keep the neck and head in the correct position.



Figure 10. Pelvis Resultant Accelerations, Validation Simulation versus Test Data



**Figure 11.** Neck Resultant Force, Validation Simulation versus Test Data

CONCLUSIONS AND RECOMMENDATIONS

The objective of this effort was to validate the use of the ATB model to predictively calculate the occupant dynamics during a rollover crash. The results of the validation simulation demonstrate that with properly developed input parameters the occupant dynamics can be reasonably predicted, as demonstrated in the film and simulation pictures. Although specific elements in the time history plots are not the same, the major events compare well between the test and simulation, considering the three-dimensional complexities of rollover accidents. The initial criteria for comparing the test and simulation results are the general body motion, and the accelerometer and load cell curve shapes. More specific criteria that relate to rollover injuries need to be developed to fully validate this method. Future simulations are planned of four tests with the same vehicle. This will allow three validation simulations to be conducted, providing further validation.

In conducting the minivan validation simulation, a new technique for including roof crush was developed. The method of prescribing the motion of several roof sections was very successful. In the future, it may be desirable or necessary to obtain the roof motion using a structural or finite element model of the roof, rather than reconstructing it from the film.

Another recommendation for future work with the simulations is to improve the Hybrid III neck model. By



**Figure 8.** Head Resultant Accelerations, Validation Simulation versus Test Data



**Figure 9.** Chest Resultant Accelerations, Validation Simulation versus Test Data

including compression and better unloading properties in the neck model, the neck loads in the validation simulation should improve. Also, future validation simulations against real world events are recommended to determine if the model can indicate how injuries occur.

ACKNOWLEDGEMENT

This work was funded by the National Highway Safety Traffic Administration under Interagency Agreement No. DTNH22-89-X-07444.

REFERENCES

1. Obergefell, L.A., T.R. Gardner, I. Kaleps and J.T. Fleck (1988) Articulated Total Body Model Enhancements, Volume 2: Users' Guide, Armstrong Laboratory Technical Report No. AAMRL-TR-88-043.

2. El-Habash, N.A., Vehicle and Dummy Kinematics in a Controlled Rollover Crash, 1988 Dodge Caravan Mini Van, The Transportation Research Center of Ohio, Test Report July - August, 1988.

3. El-Habash, N.A.,, Vehicle and Dummy Kinematics in a Controlled Rollover Crash, 1989 Dodge Caravan, The Transportation Research Center of Ohio Test Report October - November, 1989.

4. Kaleps, I., R.P. White, Sr., R.M. Beecher, J. Whitestone and L.A. Obergefell, Measurement of Hybrid III Dummy Properties and Analytical Simulation Data Base Development, Armstrong Laboratory Technical Report No. AAMRL-TR-88-005, 1988.

5. Gross, M.E., The GEBODIII Program User's Guide and Description, Armstrong Laboratory Technical Report No. AL-TR-1991-0102, March 1991.

950133

# Pickup Truck Rollover Accident Reconstruction Using the ATB Model

**Huaining Cheng and Annette L. Rizer**
Systems Research Labs.

**Louise A. Obergefell**
Department of the Air Force

## ABSTRACT

To demonstrate the Articulated Total Body (ATB) model's capability to predict complex rollover accidents, a rollover accident was selected from the National Accident Sampling System (NASS) and simulated. This paper focuses on the simulation of the vehicle's dynamics which can in turn be used to specify the vehicle motion for occupant simulations. The selected accident case involved a pickup truck, crashing at high speed and completing three rolls. The pickup truck was modeled as a single rigid segment with fifteen contact hyperellipsoids rigidly attached to it. These hyperellipsoids were sized and positioned to approximate the exterior surfaces of the pickup truck. The force-deflection functions were defined based upon previous simulations of rollover tests. The initial conditions were defined to match the data in the NASS accident report as closely as possible. Angular and linear accelerations, velocities, and displacements of the vehicle were predicted and reported as well as the ground-vehicle contact forces and the resulting vehicle body deflections. The simulation results compared well with the accident description and diagrams in the NASS report. This study demonstrates that the ATB model can be used to provide a reasonable prediction of the vehicle's motion during a rollover accident using the data available in the NASS report.

## INTRODUCTION

This paper explores a new way to study vehicle crash safety by using computer simulation for rollover accident reconstruction. Compared to crash tests, real accident studies offer more realistic assessments of crash survivability and special features of some accidents, such as multiple rolls and occupant ejections. These special features are usually difficult to recreate in controlled crash tests. Therefore, the real accident reconstruction and dynamic analysis are effective ways to investigate automobile safety.

Among different types of crashes, relatively simple frontal and lateral impacts have been studied and tested substantially. Most of the accident reconstruction work focuses on these types of crashes. This has resulted in a better understanding of the injuries from such impacts and the potential effectiveness of countermeasures, such as seat belts and airbags. Recently, the relatively complex rollover crashes, especially those involving roof crush or occupant ejection, have received more attention. A series of rollover tests has been conducted by the National Highway Traffic Safety Administration [1]. Many of these tests were simulated using the Articulated Total Body (ATB) program [2] to develop the analytical methodology and to gain a better understanding of the mechanics involved in rollover so that improved protection of occupants may be achieved. This paper is a part of an effort to demonstrate the ATB model's capability to reconstruct the vehicle's motion for an actual rollover accident.

Rollover crashes usually involve complex and violent motions. Multiple impacts on the different portions of the vehicle make predictions of the vehicle's motions very difficult. Without a detailed reconstruction of the vehicle's motion, the study of the occupant motion and corresponding protection procedures is not possible. Therefore, a realistic and detailed vehicle motion reconstruction is an essential requirement for a rollover crash study. One way of achieving this goal is to use computer simulation techniques.

In this paper, a very complex rollover accident involving multiple rolls and occupant ejection was reconstructed using the ATB model. The ATB model is a three-dimensional rigid-body dynamics program that may be used to predict the dynamics of the simulated objects in various dynamic environments. The ATB model originated from the Crash Victim Simulator (CVS) [3], developed by Calspan Corp., and was further refined by the Armstrong Laboratory at Wright-Patterson Air Force Base to better address Air Force requirements. When used in automobile safety studies, the simulated objects may be humans, manikins, automobiles, etc. The dynamic environment may include frontal and lateral crashes, as well as complex rollover crashes.

The vehicle simulation techniques of the ATB model were developed by Kaleps and Rizer [4] in modeling and simulating a staged 60 mph rollover crash test in which the vehicle impacted the turned down end of a guardrail and made four

complete rolls in 4.5 seconds. The vehicle was modeled as a single rigid body with vehicle contact surfaces approximated by (hyper)ellipsoids and appropriate vehicle inertial properties. The input data required to simulate the vehicle's dynamics included the initial conditions, the ground surface properties, and the inertial, geometric, and material properties of the vehicle. Some of these input parameters were not available and thus were derived using trial simulations until good correspondence between the simulation and test results was obtained. Subsequent studies further validated the modeling methodology against other rollover tests [5] and used the predicted vehicle kinematics to prescribe the vehicle motion for the occupant simulations [6].

The rollover cases used in these previous studies were controlled tests with specific test conditions. Therefore, they provided a large amount of data for use in developing and validating the simulation techniques. Based on these studies, this paper applies the ATB model to a rollover accident reconstruction to further develop and validate the ATB model as a tool for studying rollover crashes. Several highway rollover accident files from the National Accident Sampling System (NASS) were provided by NHTSA. Based on the completeness of the file and the availability of data, an accident involving a Toyota pickup truck, crashing at high speed and completing three rolls was selected for simulation. The driver received minor injuries while the passenger was ejected and received fatal injuries. Roof crush was observed. The ATB model was used to simulate the truck's and both occupants' motions. The vehicle simulation is presented in this paper.

In this study, the NASS report provides some information about the crash environment but lacks detailed crash data. However, the selected accident investigation report does include information from post-crash observations that can be used to gain confidence in the simulation results. The collision diagram, witness' descriptions, skid marks, other markings, debris, final vehicle position, and vehicle damage are used to validate the vehicle simulation. With this limited amount of information and the variability inherent in rollover accidents, it was not expected that the simulations would exactly reproduce all the details of the accident. The primary objective of this study was to generate a vehicle's motion which represented the main features of the actual motion during the crash, and thus establish the foundation for a further occupant dynamics study and demonstrate the ATB model's capability to provide vehicle motion representative of a complex rollover accident.

## ACCIDENT AND VEHICLE DAMAGE DESCRIPTION

The vehicles in this accident were a 1988 Toyota pickup truck and a 1979 Mercury passenger car. They were both moving in the same direction on a three lane northbound state highway. The Mercury made an abrupt lane change to the center lane, in which the Toyota was traveling, and its left rear hit the right front of the Toyota pickup truck (Figure 1).



**Figure 1:** Redrawn Accident Collision Diagram

Because of this initial collision, the Toyota began to turn and skid. This motion initiated a rollover coupled with a yaw rotation. The Toyota experienced three complete rolls before it came to rest in facing the opposite direction. A brief description of the accident was given in the NASS report [6] accompanied by an accident collision diagram as shown in Figure 1. The description is as follows ($V_1$ refers to the Toyota pickup truck and $V_2$ refers to the Mercury car):

"$V_1$ northbound in center lane of a state highway. $V_2$ northbound in right thru lane of same highway. $V_2$ moved into center lane in front of $V_1$. $V_1$ right front collided with $V_2$ left rear. $V_1$ right front tire rode up into trunk and along the left side of $V_2$ to the left front door. $V_1$ rolled 12 quarter turns and rotated clockwise northbound on the highway coming to rest facing southwest on its wheels. The passenger was ejected through the right front window and was lying on the pavement on the right side of $V_1$. After the collision $V_2$ drove to the right and parked on the right shoulder."

The Toyota pickup truck was chosen for the simulation. The focus was on the Toyota's rollover rather than the initial collision between it and the Mercury. In the remainder of the paper, the term "vehicle" refers only to the Toyota pickup truck.

In this accident, the vehicle body damage caused by the rollover was mainly to the roof and the A pillars. Figure 2 gives a diagram based on the numbers from the Intrusion Work Sheet of the NASS report [7], which was used to illustrate the amount of the deformations of the vehicle's exterior surface at different locations. The cross points of the A pillars and the roof moved backward 0.28 ~ 0.41 m, and downward 0.10 ~ 0.13 m. The B pillars held up well. This resulted in the front part of the roof having a maximum crushing of about 0.16 m, while the rear part of the roof did not deform significantly. The right front of the vehicle was also severely damaged from the collision with the Mercury, but this was not considered an important factor in the rollover portion of the vehicle motion. During the rollover, both side



**Figure 2:** Deformations of the Compartment

doors remained closed. Glazing damage consisted of several big holes in the windshield but the glazing was still in place. The glazing damage from occupant contact was unknown. The type of the glazing was AS-1 (Laminated). All the side and back windows were broken and missing. Overall, the deformation mainly occurred in the longitudinal and vertical directions of the vehicle.

There were two occupants in the vehicle, the driver received only minor injuries, most being soft tissue injuries with an Abbreviated Injury Score (AIS) 1. However, the passenger received a fatal injury apparently due to his ejection. The passenger's most severe body injury occurred on the head with an AIS 5.

## VEHICLE MODELING AND ACCIDENT RECONSTRUCTION

VEHICLE MODELING - The ATB model is an analytical program using Euler equations of motion with Lagrange type constraints. It has the capability of solving three dimensional equations of motion, modeling configurations of vehicles, and describing the dynamic environment. The input to the model defines a set of rigid segments connected by joints and a set of planes. The objects defined by rigid segments possess mass and moments of inertia. The outer surfaces of the segments are defined by contact (hyper)ellipsoids that are rigidly attached to the segments. In this simulation, the vehicle was modeled as a single rigid segment with fifteen contact hyperellipsoids rigidly attached to it. They represented wheels, body, windows, windshield and roof, and covered all the exterior surfaces of the vehicle. The hyperellipsoids were used to model the squared vehicle shapes. The geometries and locations of these fifteen contact hyperellipsoids were chosen to provide a similar exterior shape to that of the vehicle and appropriate ground-vehicle contacts. Since only one segment was used for the vehicle, no joints were needed, and suspension characteristics were incorporated into the contact properties of the wheels. The dimensions of the vehicle were obtained by measuring a 1989 (same as 1988 model) Toyota Pickup Truck at a local Toyota dealer. The size (semiaxes), shape (power), and location (center) of the hyperellipsoids were based upon these dimensions.

For the inertial properties, the NASS report gives only the weight of the vehicle. The center of mass location and moments of inertia were not available, so an estimation was made based on measured data from a Nissan pickup truck [7] of similar weight and size as that of the Toyota pickup truck.

The contact properties between the vehicle and ground were defined by a series of force-deflection functions, relating the magnitude of the contact forces to the amount of mutual deflection of the contact surfaces. These functions defined the properties of stiffness, friction, energy absorption, and permanent deflection for different parts of the vehicle body, such as the roof, windows, wheels, and other parts of the vehicle body. Most of these properties were developed in the previous rollover studies [5][6][8]. From this defined dynamic environment, the ATB model solved the equations of motion according to the given initial conditions. The accelerations,

velocities, displacements of the vehicle, and forces acting at the contact points between the vehicle's body and ground were computed at each time step.

INITIAL CONDITIONS - The rollover of the vehicle could be divided into two parts. One was from the initial collision to the point where all four tires of the Toyota lifted off the ground. This part mainly involved skidding on the highway. The second part was from the end of the first part to the final resting position. This motion involved rollover as well as rotation in the yaw direction.

The inertial coordinate system and the vehicle coordinate system were defined as follows. The origin of the inertial coordinate system was located on the surface of the highway 33.02 m ahead of the collision point. The X axis was parallel to the highway lanes and positive in the direction of vehicle motion. The Y axis was directed from left to the right and the Z axis pointed downward. The vehicle coordinate system was attached to the vehicle with its origin at the center of gravity, the X axis directed from the rear to the front of the vehicle, the Y axis directed from left to right, and the Z axis directed from the top to the bottom of the vehicle. The initial conditions required for this simulation included the linear and angular velocities and displacements of the vehicle when the collision occurred. All quantities of linear motion and angular displacement were given in the inertial coordinate system, and angular velocity was given in the vehicle coordinate system. The initial vehicle position and orientation were measured from the accident diagram (Figure 1). However, the initial velocities and the posted speed limit were not recorded in the NASS report [7]. Because the road was a four lane state highway, it is reasonable to assume that the vehicle's velocity should be in the 24 - 29 m/s range. Two other clues drawn from the accident were: (1) the collision force was from the right, and (2) either wheel orientation, impact location, or driver steering input caused the vehicle to rotate to the right. Because of the collision force direction, the vehicle possessed a velocity component in the negative Y direction of the inertial system. The other factors caused an angular velocity about the positive Z direction of the vehicle coordinate system. Considering these facts, the linear velocities in the X and Y directions (inertial coordinate system), and the angular velocity in the Z direction (vehicle coordinate system) were estimated and adjusted by running trial simulations. The remaining components of the velocities were initially set equal to zero.

Besides the initial velocities, the initial orientation of the vehicle was unknown. The objective of the trial simulations was to find a set of values for these unknown initial variables which gave the best match between the simulation results and the NASS diagram. The comparison criteria were the number of rolls, the yaw rotation, the final velocities, position and orientation of the vehicle, and a stable motion, meaning no large bounce during the rollover. Following these criteria, many trial simulations were run. The resulting initial conditions used in the final vehicle simulation are listed in Table 1.

Table 1.  Initial Conditions of the Vehicle

|  | X | Y | Z |
|---|---|---|---|
| Linear Velocity (m/sec) | 26.79 | -3.30 | 0.00 |
| Linear Displacement (m) | -33.02 | 0.00 | -0.60 |
| Angular Velocity (deg/sec) | 0.00 | 0.00 | 132.00 |
| Angular Displacement (deg) | -25.00 | 0.00 | -5.00 |

LATERAL FRICTION FORCES ON THE WHEELS - In addition to the typical ground/vehicle contact forces in a rollover test simulation, a new force was introduced in this study. Unlike a controlled test rollover which is initiated by the testing device, this rollover was initiated by the vehicle itself. From the dynamic analysis, the rollover was generated by the moment created by the lateral friction forces acting on the wheels and the inertial force on the center of gravity. This accident can be divided into two parts, skidding and rollover. These lateral friction forces were caused by the skidding as evidenced by the skid marks described in the NASS report and were continually applied on the left side wheels of the vehicle until the rollover started. In this simulation, the ATB model's applied external force option was used to model the friction forces on those two wheels. This option allows the user to specify a time-dependent force, its application point, and its direction. Here, the application points were at the ground contact points of the left side front and rear wheels, and the direction was lateral with respect to the vehicle. The values and time duration of this set of forces were unknown and therefore needed to be adjusted using trial simulations as was done for the initial conditions. Especially important was the time duration, because the lateral forces had to stop at the exact time when the tires lifted and separated from the ground. The NASS report had a good drawing of this skidding track. This drawing was taken as the reference to determine the above parameters for the trial simulations. It should be pointed out that the lateral force functions generated from the above procedures were very rough estimations with the goal of obtaining good vehicle motion, not determine the tire, steering, or suspension responses.

After refining the ATB input file through trial simulations, the complete vehicle simulation was run. The simulation started from the collision point and ended when the vehicle came to a complete stop. The criteria for a final full stop was a velocity of less than 0.45 m/s.

SIMULATION RESULT ANALYSIS

OVERALL MOTION ANALYSIS - The vehicle simulation performed in this study successfully reconstructed the vehicle's motion for the entire accident. The graphical view of the vehicle simulation gives the overall pattern of this rollover as illustrated in Figure 3. The vehicle motion was simulated for 6 seconds. Though the NASS report does not have the total accident time, the simulation result indicates that



**Figure 3:** Accident Reconstruction (Vehicle Simulation)

the time between collision and final stop was 5.98 seconds. Since this is an accident reconstruction, there is no film record or quantitative data available for comparison. However, the comparison still can be made with Figure 1, the accident scene diagram. It shows that the vehicle motion generated by this simulation matches with the NASS data very well. In the simulation, the vehicle completed three rolls and stopped 85.1 m from the collision point. The Figure 1 measurement is 84.7 m for this distance. Starting from the same yaw angle measured from Figure 1 at the collision point, the simulated vehicle stopped at a yaw angle of -159 degrees, very close to the actual vehicle's orientation angle of -146 degrees in Figure 1. Furthermore, the maximum deflection of the roof created by the roof/ground contact, which is one of the most important numbers, is 0.15 m according to the simulation results. This value is very close to the NASS value of 0.16 m, according to the Interior Vehicle Form as illustrated in Figure 2. The simulation also generated a very similar skidding motion in the first part of the accident. The trajectory of this skidding is nearly identical to that shown in the accident diagram, with a simulated forward skidding distance of 15.54 m compared to the actual measured value of 14.33 m in the NASS report. These comparable trajectories show that the functions chosen for the lateral friction forces were adequate. The only inconsistency was found in the total lateral movement of the vehicle. The simulation results give a lateral movement of 10.97 m while the diagram measurement is approximately 6.71 m.

Overall, the above comparison reveals a great degree of consistency between the simulation results and the available accident data. The vehicle's motion during the entire accident has been approximately reconstructed. Although the vehicle simulation cannot match the real accident in every detail, it is assumed that the simulation corresponds with the important characteristics of the accident that will significantly affect the occupants' motions. This assumption is tested in the occupant simulations [9].

ACCELERATION RESULT ANALYSIS - For this simulated vehicle, linear acceleration, velocity, and displacement are presented in Figures 4 - 6. Each is given in the inertial reference system. Figure 4 shows that the linear acceleration in the Z direction is much larger than those in the other two directions. It has several sharp impulses with peak values up to -14.73 G's. The negative sign indicates that the direction is upward. These impulses are produced by the contact forces between the wheels (suspensions) and the ground. The other contacts, such as the roof/ground contact, produced much smaller impulses because of their lower stiffness and deformability. The flat portions of the curves occur when the vehicle is airborne and the only force on it is gravity. The acceleration in the X direction is similar to that in the Z direction, with the peak values around -6.5 G's. These accelerations in the X direction apparently are caused by vehicle/ground contact friction forces. Including most of the skidding, the vehicle/ground contact friction forces are the









**Figure 4:** Vehicle Linear Acceleration

16

only significant friction forces affecting the decelerations. Therefore, the reduction of the vehicle's velocity is gradual as shown in Figure 5. Figure 6 shows the displacement of the vehicle's C.G. The Z component plot shows that the location of the vehicle's C.G. peaks at about 1.27 m above ground. This indicates that the vehicle did not rebound very strongly and the overall pattern of the motion is a rolling on the ground.



**Figure 5:** Vehicle Linear Velocities

Though this rollover was a very severe accident with an initial speed of 26.79 m/s, the resultant acceleration values never exceeded 16.5 G's, according to the simulation. This is a significant distinction compared to the situation of a frontal collision which usually involves much higher decelerations.

SUMMARY

The objective of this study was to explore the capability of the ATB model for reconstruction and investigation of complex automobile rollover accidents. An accident involving a Toyota pickup truck, with multiple rolls as well as yaw was used as the analysis case. The ATB simulation model of the vehicle and its dynamic environment was established based on the accident description, measured vehicle geometry, and trial simulations.    The results have been compared with the information and data in the NASS report to validate the reconstructed vehicle motion. The comparison shows that the ATB model matches very well with the limited accident investigation data available. The study demonstrates that the ATB model is an effective tool for the rollover accident study.

The vehicle motion reconstruction produced realistic kinematics for use in further occupant simulations [9]. Although it is impossible to determine how accurately the simulation predicted the actual vehicle's motion, skid marks and final resting position compared very well.    The most important test of the vehicle simulation is how well its results drive the occupant simulations.    A successful occupant simulation can further prove the capability of the ATB model for rollover accident research.







**Figure 6:** Vehicle Linear Displacements

ACKNOWLEDGMENT

This work was supported by the National Highway Traffic Safety Administration (NHTSA) and the Department of the Air Force, Armstrong Laboratory.

REFERENCES

1. Obergefell, L.A., Johnson, A.K., and Kaleps, I., 1991, "Summary of Rollover Crash Tests, Volume 1," Final report prepared for the National Highway Traffic Safety Administration.

2. Obergefell, L.A., Gardner, T.R., Kaleps, I., and Fleck, J.T., 1988, "Articulated Total Body Model Enhancements, Volume 2: User's Guide," Report No. AAMRL-TR-88-043, Armstrong Laboratory, Dayton, Ohio.

3. Fleck, J.T., Butler, F.E., and Deleys, N.J., 1982, "Validation of the Crash Victim Simulator," Vols. 1-4, Report Nos. DOT-HS-806-279 through 282.

4. Kaleps, I. and Rizer, A.L., 1989, "Simulation of Vehicle Crash and Rollover Dynamics," Simulation in Emergency Management and Technology, Vol. 20, No. 2.

5. Rizer, A.L., Obergefell, L.A., and Kaleps, I., 1989, "Simulations of Vehicle Dynamics During Rollover," Report No. DOT-HS-807-587.

6. PSU 75-054A, 1988, National Accident Sampling System, National Highway Traffic Safety Administration

7. El-Habash, N.A., 1988, "Vehicle and Dummy Kinematics in a Controlled Rollover Crash, 1988 Nissan Standard Regular Bed Pickup," Test Report June - July, 1988. The Transportation Research Center of Ohio.

8. Smith, J.A., Rizer, A.L., and Obergefell, L.A., 1993, "Predictive Simulation of Restrained Occupant Dynamics in Vehicle Rollovers," SAE Paper No. 930887

9. Cheng, H., Obergefell, L.A., and Rizer, A.L., 1994, "ATB Model Simulation of a Rollover Accident with Occupant Ejection," to be published.

#950133
Discussion
by Gregory Mowry, et. al.
Arndt & Associates
**Pickup Truck Rollover Accident Reconstruction Using the ATB Model**

The study of the time preceding and during rollovers is an important and long neglected aspect of motor vehicle safety. This research is an interesting and useful demonstration of ATB model's ability to predict gross vehicle motion in crashes.

Insufficient crash data was available for the authors to know how the results of ATB relate to the actual rollover. The simulation accurately predicts initial skid marks and final rest positions. Expect for approximate similarities such as roof deformation, final vehicle position, etc. there is no physical basis to evaluate the vehicle movement for the five or six seconds between initial and final condition.

As the authors point out, rollover crashes are very complex events. Unfortunately, these events also are equally random. Even controlled tests of similar vehicles with similar initial conditions produce significantly dissimilar gross vehicle and occupant response. One is left with the question of whether the simulations presented in this research predicts details of this rollover of another rollover with similar end conditions, given the interest in conducting detailed "realistic" vehicle motion reconstruction.

While the interest in using NASS as a basis for conducting this reconstruction is understandable, the overall detail of the data file is probably insufficient to precisely describe an ATB simulation as a detailed reconstruction of the rollover. Beyond that one may find in a NASS file, there are significant crash data--damage, marks, and information--available to investigators at the crash scene and vehicle that may "validate" the details of any one simulation. Acquisition of this data may allow for further refinement or confidence in a simulation as a demonstration of a reconstructed rollover.

While clearly one may gain significant insight into crash events by performing simulations of the event, it is equally clear that the validity of any one simulation is dependent upon the simulation operator's judgment, motivation, and the available crash data. It should be stated that simulations assist in reconstructing accidents. The risk in simulations are that the detailed output occurs regardless of accuracy of the computer model and its input. When using any computer model it is critical to fully understand the accuracy of the input and the characteristics of the model before accepting the validity of the results.