950134

# ATB Model Simulation of a Rollover Accident with Occupant Ejection

**Huaining Cheng and Annette L. Rizer**
Systems Research Labs.

**Louise A. Obergefell**
Department of the Air Force

## ABSTRACT

Computer simulations of occupant dynamics are ideal for conducting parametric studies evaluating injury countermeasures. A rollover accident was selected from the National Accident Sampling System (NASS) for simulation to validate the Articulated Total Body (ATB) model's capability to predict occupant dynamics during rollover accidents and to gain insight into injury mechanisms. Simulations of both the driver and passenger occupants which may be used in future countermeasure studies are performed. In the selected accident, a pickup truck rolled multiple times, the belted driver had minor injuries and the unrestrained passenger was ejected with fatal injuries. The body properties for both occupants were obtained using the Generator of Body Data (GEBOD) program based on their weights, heights, and sexes. The interior configuration of the vehicle compartment was modeled based on measurements taken from another vehicle of the same model. The vehicle motion was defined using the results from a vehicle simulation, reported separately. The simulation successfully predicted the passenger's ejection and the driver's minimal impacts. The dynamic parameters and contact forces from the simulation are used in a qualitative comparison with the NASS report. While the computer simulations may not exactly represent the detailed events in the actual accident, they do provide likely occupant responses that can be used in parametric studies investigating injury countermeasures.

## INTRODUCTION

In recent years, a large effort has been made to improve the crash survivability of automobiles. Frontal and lateral impact crashes have been studied extensively. Analyses of these test results have provided knowledge on how best to mitigate injuries from such crashes. The countermeasures include improved padding, belt restraints and airbags. More recently, attention has focused on rollover accidents.

In rollover crashes, the vehicle's motion is more complex than those for frontal or lateral crashes. During rollover, various parts of an occupant's body may experience more than one impact, especially to the head and chest [1]. This is especially true if the occupant is unrestrained and/or there is severe roof crush. The directions of the impact forces exerted on body parts may be different from those experienced in frontal and side crashes, and human tolerance to such forces is often unknown. In addition, partial or total ejection during rollover is more common than in other crash modes. To investigate countermeasures that may improve rollover crash survivability, the National Highway Traffic Safety Administration (NHTSA) has conducted a series of rollover crash tests [2].

Many of these tests were simulated [3][4] using the Air Force's Articulated Total Body (ATB) model [5], which originated from the Crash Victim Simulator (CVS) developed by the NHTSA [6]. The ATB model is a three dimensional, rigid body dynamics computer program that can predict the dynamics of a vehicle and its occupant(s) during crashes. The objective of the test simulations was to develop an analytical method for evaluating how well countermeasures may improve crash survivability in rollover. There are several advantages in using the ATB, as opposed to crash tests. In a simulation, the vehicle's motion is specified exactly, while in a crash test it is very uncontrollable. Simulations are repeatable, making parametric studies possible. Data and information that cannot be measured or observed during a test can be obtained from a simulation. Simulations are also considerably less expensive than full scale crash tests. These advantages make the ATB model an ideal tool for evaluating proposed countermeasures to reduce the number and severity of body impacts and to minimize the probability of ejection. Also, countermeasures which improve crash survivability in other crash modes can be evaluated for their effectiveness in rollover crashes. Development of the ATB model as a tool for studying rollover crashes has progressed through several phases. The first phase [7] was to develop the ability to predict the occupant's dynamics during a rollover test, using vehicle motion obtained by digitizing test films. The second phase [8] was to develop the ability to predict the vehicle motion during a rollover test, so that it could be used in the occupant simulations. Both of these phases involved validation efforts comparing simulation

results with the test data. This paper represents the current phase, in which the methods for predicting the occupant dynamics are used to simulate an actual rollover accident. The simulations' results are compared with the accident data to validate the modeling methods.

The rollover tests used in previous studies provided a large amount of data for use in validating the simulations, but they do not necessarily represent what occurs in an actual accident. Therefore, the current phase of developing the ATB model as a tool for studying rollover crashes is to simulate a real rollover accident. A rollover accident involving a Toyota pickup truck, crashing at high speed and completing three rolls, was selected from the National Accident Sampling System (NASS) for simulation in this study. A driver and passenger were occupants of the pickup truck. The driver received minor injuries while the passenger was ejected and received fatal injuries. Separate simulations were performed for the driver and the passenger. Though the NASS report does not provide the detailed data that is available from regular crash tests, it does provide the opportunity to determine if the simulation can predict actual injuries and their causes. The selected accident investigation report does include information from post-crash observations that can be used to gain confidence in the simulation results. The occupants' injuries, blood and other markings on the vehicle, final passenger location, vehicle damage, and witness' descriptions are used to validate the occupant simulation. With this limited amount of information and the variability of rollover accidents, it is not expected that the simulations exactly reproduce the details of the accident. The primary objective of this study was to validate the ATB model's capability to predict the major injuries and their mechanisms. Also, because of the confidence gained from the earlier validation studies, the accident simulation results provide a clearer understanding of what may have occurred during the accident. The resulting simulations can then be used in future studies to investigate injury countermeasures.

## ACCIDENT AND INJURY DESCRIPTION

In this accident, a 1988 Toyota pickup truck and a 1979 Mercury car collided while moving in the same direction on a four lane state highway. As it tried to change lanes, the Mercury hit the right front of the Toyota. This initiated a rollover coupled with a yaw rotation of the Toyota. A brief description of the accident was given in the NASS report [9] accompanied by an accident collision diagram as show in Figure 1.

This paper focuses on the occupant simulations of the Toyota pickup truck. In the remainder of the paper, the term "vehicle" refers only to the Toyota pickup truck. The general information on the occupants is given in Table 1. The driver received only three minor injuries, most being soft tissue injuries (abrasions and contusions). The driver's most severe body injury region was the head with an Abbreviated Injury Score (AIS) 1. However, the passenger received a fatal injury apparently due to his ejection. The passenger's most severe body injury occurred to the head (subdural hemorrhage) with an AIS 5.

**Figure 1:** Redrawn Accident Collision Diagram

**Table 1.** General Occupant Information from NASS Report

| Occupant No. | Driver | Passenger |
|---|---|---|
| Sex | male | male |
| Height (m) | N/A | 1.80 |
| Weight (kg) | 84 | 75 |
| Ejected? | No | Yes |
| Belt used? | Yes | Yes ? |
| Belt failures | No | No |
| # of injuries | 3 | 18 |
| Severity of injury (AIS) | 1 | 5 |

The NASS report [9] stated that both the driver and the passenger wore seat belts when the accident occurred and there was no belt failure. The driver was seemingly well protected by the belt system. However, the ATB model simulation predicted that it was impossible for the passenger to be ejected while wearing belts unless there was complete belt failure. The shoulder belt could slip away easily but the lap belt should firmly hold the passenger in the seat. Therefore, in the passenger simulation, an assumption was made that the seat belts were not used by the passenger.

The Update Form of the NASS report [9] indicated that the driver suffered abrasions and contusions on the left side of the head and face from unknown sources, plus pain at the right thigh, tender and distended abdomen and labored respirations. He also felt cervical spine pain.

Regarding the passenger, it was known that he was fully ejected from the right side window. This was supported by the evidence of pieces of fabric on the right window trim and smudges. The passenger had 18 recorded injuries. The most severe injuries were to the head, AIS 3 to 5, including abrasions and contusions, fracture at the front and back side of the skull, intraventricular and subarachnoid hemorrhage, and a subdural hemorrhage (130 cc) overlying both cerebral hemispheres. The head injury sources were unknown, but it could be concluded that these kinds of injuries could only be caused by a series of strong impacts with hard surfaces. The rest of the body, mostly the chest and limbs, received minor injuries of AIS 1, such as abrasions and contusions. However, there was 150 cc of hemorrhagic fluid in the chest region, indicating an internal injury. The Update Form indicated that these injuries were caused by contacts with the ground. Furthermore, it also stated that other contacts probably occurred between A pillar/head, B pillar/shoulder, right window frame/torso and right interior surface/torso and shoulder, supported by physical evidence of fabric pieces and smudges.

## OCCUPANT MODELING AND SIMULATIONS

DESCRIPTION OF ATB MODEL - To simulate such a complex rollover accident, the simulating tool has to have the capability of solving three dimensional equations of motion, modeling configurations of vehicles and occupants, and describing the dynamic environment. The Articulated Total Body Model has these features. It is an analytical program using Euler equations of motion with Lagrange type constraints. The input to the model defines the specifics of the system which consists of a set of rigid segments connected by joints and a set of planes. The objects defined by rigid segments possess mass and moments of inertia. The surfaces of the segments are defined by contact (hyper)ellipsoids that are rigidly attached to the segments. Each segment may have more than one contact (hyper)ellipsoid associated with it. The joints allow the transfer of moments and forces due to constraints, as well as rotation resistive torques. An occupant can be well defined by a series of segments and joints. The planes do not have any inertial properties but provide the contact surfaces used to define the environment configuration. The dynamic aspect of this environment is described by a series of force-deflection functions, relating the magnitude of the contact forces to the amount of mutual deflection of the contact surfaces, the magnitudes of the joint torques to the joint rotation angles, etc. Based on the contact points, the geometry of the contact (hyper)ellipsoids and the force-deflection properties, the interactions between segments/segments and segments/planes are described. From this defined dynamic environment, the equations of motion are solved according to the given initial conditions. The accelerations, velocities, and displacements are calculated for every segment at each time step. The forces and torques acting at the contact points and the joints are computed. The ATB model also includes some special features designed to model the specifics of different applications, including a seat belt model which can be used to simulate the function of the lap and shoulder belts in an automobile.

VEHICLE INTERIOR - Definition of the vehicle interior compartment was needed for evaluating the contacts between the occupants and the interior planes. Only those planes having possible contact with the occupants were required to be defined, although some planes were included for graphical viewing purposes. The dimensions and locations of the planes were derived from measurements of a 1989 (same as 1988 model) Toyota pickup found at a local Toyota dealership. The steering wheel was modeled using an ellipsoid of the same size and located at the same location as in the real vehicle, the windshield was modeled using two inclined planes to represent the curvature, and the instrument panel was modeled using three planes (top, front and bottom) which gave a very close approximation to the actual instrument panel. The left window was represented by a hard surface, since there could be contact between the driver's head and left window before window breakage. For the driver simulation, a total of 23 planes were used to model the interior contact surfaces of the vehicle

compartment. These planes included all the possible planes which the driver may contact during the rollover.

It was assumed that these planes were rigid for the occupant simulation. They did not deform or shift during the simulation. Therefore, any geometry change of the interior surface was not represented. These changes, such as severe roof crush and longitudinal steering wheel column shift, can be very significant in some accidents and may have a strong effect on the motion of the occupant. In this accident, both roof crush and steering wheel shift were minimal. However, if the assumption of rigid planes was not valid, an ATB option is available to define a crush motion for the roof segment in order to improve the simulation of the occupant's motion.

The force-deflection properties between these planes and the driver were obtained from earlier occupant simulations [4]. Most were valid for this simulation, except that the properties for the seat cushion were modified and a force deflection function representing padding materials was introduced during the development of the driver's simulation. The seat cushion has a higher stiffness than before in order to prevent bottoming. The roof and side door surfaces were changed from hard surfaces into padding materials, therefore, their stiffnesses were softer than those used in the earlier simulations.

PRESCRIBED VEHICLE MOTION - In addition to the geometric configuration and force-deflection properties, the occupant simulation input data set also requires a description of the vehicle motion. This was achieved by extracting the vehicle's position and orientation coordinates from the vehicle simulation [10] results and formatting them into the input file for the occupant simulation. This prescribed vehicle motion included the entire accident event starting from the collision point to the end resting point. Figure 2 illustrates the entire vehicle motion at a time interval of 0.2 sec.

DRIVER MODELING AND SIMULATION - Fifteen body segments were used to represent the driver. They represent the head; neck; upper, middle, and lower torsos; upper and lower legs; feet; and upper and lower arms. The hands were considered part of the lower arms. This is the standard ATB approach. The inertial, geometric, and resistive joint torque property data for these segments were computed by the Generator of Body Data (GEBOD) program, based on the driver's height and weight [11]. GEBOD is a computer program which generates human (child, male and female adults) and dummy data sets needed for ATB input. The human data are based on human stereophotometric data and anthropometric surveys. The contact properties between the body segments were taken from validated simulations [4].

| 0 MSEC | 200 MSEC | 400 MSEC | 600 MSEC | 800 MSEC |
|---|---|---|---|---|
| 1000 MSEC | 1200 MSEC | 1400 MSEC | 1600 MSEC | 1800 MSEC |
| 2000 MSEC | 2200 MSEC | 2400 MSEC | 2600 MSEC | 2800 MSEC |
| 3000 MSEC | 3200 MSEC | 3400 MSEC | 3600 MSEC | 3800 MSEC |
| 4000 MSEC | 4200 MSEC | 4400 MSEC | 4600 MSEC | 4800 MSEC |

**Figure 2:** Vehicle Simulation

In this accident, according to the NASS report, both shoulder and lap belts were in place for the driver during the rollover. Therefore, a 3-point seat belt system was modeled for the driver using the techniques described in [7]. The lap and shoulder belts were modeled independently, with both belts' endpoints rigidly anchored to the vehicle. The shoulder belt was positioned on the upper, middle, and lower torso segments. However, it also had contacts with the neck and head during most of the rollover. The lap belt was positioned on the lower torso and upper leg segments. The stress-strain functions used for the segment/belt contacts were taken from other validated occupant simulations [4].

The complete driver simulation was performed based on the above model. The simulation successfully ran to the end of the vehicle motion. By careful modeling, such as using extra belt reference points on the neck, the seat belts remained in a reasonable position on the body during the entire simulation.

PASSENGER MODELING AND SIMULATION - The passenger was modeled with a similar approach to that of the driver. Again, GEBOD generated the body data based on the passenger's sex, height, and weight. Except for the differences in the occupant data, the data for the contact force-deflection properties, vehicle interior dimensions, and prescribed vehicle motion, were the same as for the driver simulation. However, there were some differences in the passenger simulation, and they are addressed in this section.

As mentioned in the accident description, an assumption was made in the development of the simulation that the passenger did not use the shoulder and lap belts. Therefore, unlike the belt confined driver, the passenger could freely move in the passenger compartment of the vehicle and finally was ejected. This makes the passenger simulation an unrestrained occupant simulation. Noting that this accident involved a high speed, multiple rolls and yaw, the unrestrained motion of the passenger in the small vehicle compartment generated a large number of high velocity contacts between the passenger's body segments and the vehicle interior surfaces, as well as between his body segments. Through the development of the passenger simulation, it was found that defining all of the possible contacts was essential. This resulted in many more contact definitions than in the driver simulation.

An issue that has not been mentioned in the above driver modeling is that both the driver and passenger were in the vehicle when the rollover started. It is likely that contact occurred between the driver and passenger. For the driver simulation, since the driver was confined in the seat by the belts and pushed against the left door at the beginning of the rollover, there was no significant effect on the simulation results if the passenger was excluded from the scene. However, for the passenger simulation, since the passenger was essentially a free object and was pushed towards the driver at the beginning of the rollover, the contact forces between the passenger and driver could affect the passenger's body motion significantly. Therefore, it was necessary to represent the driver in the passenger simulation. The approach used was to model some relevant body segments of the driver as additional contact ellipsoids. Several additional contact ellipsoids representing the driver's right upper and lower legs, upper and middle torsos, and head were placed in the initial position of the driver and not allowed to move. They were given the same contact properties as the other body segments.

With these extra features added, the passenger simulation took much longer (3 ~ 4 hours on a DEC station) than the driver simulation (30 minutes). In spite of this extended amount of computation, the simulation was well behaved and terminated when the passenger was ejected.

## SIMULATION RESULT ANALYSIS

RESULTS GENERATED FROM SIMULATIONS - Each of the two simulations (driver and passenger) generated one set of the following data every 0.002 seconds:

- Graphical view of the simulation
- Each segment's linear and angular acceleration, velocity, displacement, and kinetic energy
- Joint forces and torques
- Plane/segment and segment/segment contact forces and deformations
- Belt forces (driver simulation only)

In this study, the only data reference for both driver and passenger simulations was the NASS report [9], which mainly focused on the accident assessment rather than data collection for simulations. It contained significant descriptive information but was lacking in detailed data recording in some aspects. Therefore, the computer simulation's results may not exactly represent the detailed events in the actual accident, and a qualitative comparison with the NASS report was used to demonstrate the ATB model's capability of predicting major responses and injuries. Nevertheless, an analysis of the simulation results can reveal some major characteristics of occupant responses that can be used in injury countermeasure studies.

DRIVER SIMULATION ANALYSIS - The driver simulation was performed based on the vehicle motion data from the vehicle simulation and was run to the end of vehicle motion. Figure 3 gives a front graphical view of the driver during the entire rolling period. Some of the frontal objects, such as the windshield and steering wheel, are removed from the graphical drawing to give a clear view. Figure 3 shows the seat belts sliding realistically on the body during the three rolls. Hence, the driver was well confined in the seat. The torso and legs did not move significantly with respect to their original position. There were no high velocity impacts between the driver and compartment panels, such as the windshield and steering wheel. However, this does not mean that the motion itself was not harmful. Actually, the driver experienced significant belt forces. Figure 4 shows several peaks over 3,000 N. These large belt forces might explain the pains experienced by the driver and his distended abdomen, according to the NASS report [9]. In addition, Figure 3 shows that a contact occurred between the head and left window glazing due to the yawing of the vehicle. This might have contributed to the head contusion and abrasions on the left side



**Figure 3:** Driver Simulation



**Figure 4:** Driver Belt Forces

of the face and head stated in the NASS report. Figure 5 gives the driver head linear accelerations. There are two large head acceleration impulses (resultant values), resulting from two contacts between the head and the left window glazing. The contact forces are 7,091 N at 2.026 sec, and 3,793 N at 2.966 sec, respectively. The HIC value for the first head/left window contact was predicted to be 860.0.

**Figure 5:** Driver Head Linear Acceleration

Table 2 gives a preliminary head-neck injury assessment based on the head accelerations and neck loads by comparing the simulation data with the Hybrid III dummy injury threshold values from [12]. In Table 2, $L_{MAX}$ stands for the maximum loading level experienced by the driver during the rollover for the duration $T_D$, and $H_{ALL}$ refers to the Hybrid III dummy injury values. The values of $H_{ALL}$ for axial tensile neck force, axial compressive neck force and neck/head shear are not

**Table 2.** Driver Head-Neck Injury Assessment

| | $L_{MAX}$ | $T_D$ (ms) | $H_{ALL}$ |
|---|---|---|---|
| Head HIC Value | 860 | 6 | 1000 |
| Neck Flexion Moment (N · m) | 27 | -- | 188 |
| Neck Extension Moment (N · m) | 52 | -- | 56 |
| Axial Tensile Neck Force (N) | 816 | 2 | 3268 |
| Axial Compressive Neck Force (N) | 2725 | 2 | 3762 |
| Neck/Head Shear Force (N) | 838 | 2 | 2999 |

unique and depend on the time duration $T_D$. The longer the time duration $T_D$, the lower the value of $H_{ALL}$. As Table 2 shows, all of the driver's simulated injury parameters are less than the corresponding Hybrid III injury levels. Although the Hybrid III values do not apply directly to the human, this comparison shows that significant head and neck injuries are unlikely. This corresponds with the injury assessment in the NASS report of AIS 1.

Another factor in the driver simulation analysis is the roof crush. There was a small amount of roof crush in the area of the head and a maximum of 0.16 m at the front portion of the roof according to the NASS report. In the current simulation, the roof was fixed at the initial position and no head/roof contact occurred. However, the closest distance between the roof and the driver's head was less than 0.05 m during the simulation. This means, if the roof actually crushed 0.16 m in this simulation, roof/head contact may have occurred, depending on the timing and location of the contact. Further simulations studying roof crush are planned in a follow-up parametric study. In general, the driver's injury sources are not identified in the NASS report. From the above analysis of the simulation results, the possible sources of these injuries have been identified. The analysis also reveals that there was no ejection, or severe contact, therefore, only minor injuries were expected. These results and conclusions match with the NASS injury assessment.

PASSENGER SIMULATION ANALYSIS - The NASS report states that the passenger was ejected during this accident. In this simulation, the belt system, as previously stated, had to be removed, otherwise ejection could not have occurred. Starting from the normal seated position, the passenger was allowed to move freely in the passenger compartment during the accident. Figure 6 gives the graphical view of the entire passenger simulation. The viewing angle and configuration are similar to those of the driver simulation. Because the passenger was unrestrained, the motion of the passenger during the rollover was very violent. This passenger was relatively tall and thin. Therefore, he was unable to extend fully and was bounced back and forth in the passenger compartment. Although the ellipsoids representing the driver are not shown in the figure, they do affect the passenger's motions as he falls to the left. At 2.48 sec, after about 1⅝ rolls, the passenger was fully ejected through the right side window and his head contacted the ground first. The ground is not shown in the figure. This correlates with the basic estimation of the NASS report and demonstrates the capability of the ATB model to simulate a complex ejection motion. The simulation was stopped shortly after the ejection and initial ground impact. For this accident, the actual ejection time and location were not available from the NASS report. But looking at Figure 5, the pattern of the motion is very reasonable and the overall trend is correct.

Before the passenger ejection, a large number of contacts were observed in the simulation. Figure 7 illustrates the contact forces of the head and chest with several major planes. The ground contact forces are the largest, three times that of the interior contact forces and up to nearly 13,200 N for the head/ground contact. Including the ground contact period, the HIC value of this simulation was 5,624, a direct result of head/ground contact because the head had a maximum resultant acceleration value of 370 G's due to this contact. Excluding the ground contact period, the HIC value was 801 and the maximum head resultant acceleration value was 97 G's. The chest had similar results. Including the ground contact period, the value of Chest Severity Index was 3280, and the resultant acceleration peaked during the ground contact with a maximum value of 194 G's. Excluding the ground contact period, both the Chest Severity Index and peak acceleration reduced to 1035 and 78 G's, respectively. This suggests that the injuries might not have been fatal if the passenger had not been ejected. The NASS report does not give the exact injury source for the head but states that the injury sources of the other body segments, including the chest, are mainly from the ground. Among the other severe contacts, the door, roof, windshield and dash board produced 900 - 6,200 N of contact forces on the head and chest. From the graphical picture, there were contacts (some very large) between the torso/right interior surface (mainly door), torso/right window frame and arm/B pillar. This contact is consistent to a certain extent with the NASS estimate. Considering the large interior and ground contact forces on the head and chest, the soft tissue, skeletal, and internal injuries

(a) Head/Plane Contact Forces

(b) Chest/Plane Contact Forces

**Figure 7:** Passenger Head/Plane and Chest/Plane Contact Forces



**Figure 6:** Passenger Simulation

on these segments should be very severe, as confirmed in the Official Injury Data of the NASS report [9]. In particular, the strong ground contacts explain most of the internal injuries, such as the 150 cc of hemorrhagic fluid in the chest area and the subdural hemorrhage (130 cc) overlying both cerebral hemispheres, etc. Figures 8 and 9 give the passenger head-neck joint forces and torques. The joint forces and torques due to ground contacts are much higher than those caused by any other contacts. However, a further analysis found that a potential neck injury may still occur even when the ground contacts are excluded, as seen in Table 3.

SUMMARY

In this paper, the occupants' responses during a complex rollover accident were simulated and analyzed. Two separate occupant simulations, driver and passenger, were performed using the ATB model. The NASS accident report was used as the reference in the input data construction and simulation result comparison in order to validate the ATB model's performance in the studies of the real rollover crashes. The simulations show that the ATB model predicts the major features of the occupants' motion.

**Figure 8:** Passenger Head-Neck Joint Forces

**Figure 9:** Passenger Head-Neck Joint Torques

**Table 3.** Passenger Head-Neck Injury Assessment (Excluding Ground Contacts)

| | $L_{MAX}$ | $T_D$ (ms) | $H_{ALL}$ |
|---|---|---|---|
| Head HIC Value | 801 | 724 | 1000 |
| Neck Flexion Moment (N·m) | 205 | -- | 188 |
| Neck Extension Moment (N·m) | 197 | -- | 56 |
| Axial Tensile Neck Force (N) | 882 | 46 | 1098 |
| Axial Compressive Neck Force (N) | 3140 | 10 | 3100 |
| Neck/Head Shear Force (N) | 1147 | 14 | 2143 |

The belt restrained driver simulation predicted minor injuries, comparable with those in the accident. This simulation will be a good baseline simulation for future parameter studies on window glazing materials and roof crush. The passenger's injuries were more difficult to compare because of the ejection and their severity. While severe injuries were evident in both the accident and simulation, the multiple impacts make it hard to determine the exact causes based on accident information. The simulation did predict the ejection through the side window, providing information on how the ejection might have occurred. This information could not be obtained from the accident report.

In general, the simulations produced realistic results. Although they may not exactly reconstruct the accident events, they do provide likely occupant responses that can be used in parameter studies investigating injury countermeasures. The fidelity of the simulation is a function of the information available in the accident report.

ACKNOWLEDGMENT

This work was supported by the National Highway Traffic Safety Administration (NHTSA) and the Department of the Air Force, Armstrong Laboratory.

REFERENCES

1. Johnson, A.K. and Knapton, D.A., 1984, "Occupant Motion During a Rollover Crash," Report No. DOT HS-806-646.

2. Obergefell, L.A., Johnson, A.K., and Kaleps, I., 1991, "Summary of Rollover Crash Tests, Volume 1," Final report prepared for the National Highway Traffic Safety Administration.

3. Smith, J.A., Rizer, A.L., and Obergefell, L.A., 1993, "Predictive Simulation of Restrained Occupant Dynamics in Vehicle Rollovers," SAE Paper No. 930887 -

4. Smith, J.A., Rizer, A.L, and Obergefell, L.A., 1994, "Predicting Rollover Test Vehicle and Occupant Dynamics," DOT Final Report Agreement No. DTNH22-89-X-07444.

5. Obergefell, L.A., Gardner, T.R., Kaleps, I., and Fleck, J.T., 1988, "Articulated Total Body Model Enhancements, Volume 2: User's Guide," Report No. AAMRL-TR-88-043, Armstrong Laboratory, Dayton, Ohio.

6. Fleck, J.T., Butler, F.E., and Deleys, N.J., 1982, "Validation of the Crash Victim Simulator," Vols. 1-4, Report Nos. DOT-HS-806-279 through 282.

7. Kaleps, I., Obergefell, L.A., and Ryerson, J.R., 1986, "Simulation of Restrained Occupant Dynamics During Vehicle Rollover," Report No. DOT HS 807 049.

8. Kaleps, I. and Rizer, A.L., 1989, "Simulation of Vehicle Crash and Rollover Dynamics," Simulation in Emergency Management and Technology, Vol. 20, No. 2.

9. PSU 75-054A, 1988, National Accident Sampling System, National Highway Traffic Safety Administration

10. Cheng, H., Rizer, A.L., and Obergefell, L.A., 1994, "Pickup Truck Rollover Accident Reconstruction Using the ATB Model," SAE Congress, Feb. 1995

11. Cheng, H., Obergefell, L.A., Rizer, A.L., 1994, "Generator of Body (GEBOD) Manual," Report No. AL/CF-TR-1994-0051, Armstrong Laboratory, Dayton, Ohio.

12. Mertz, H.J., 1984, "Injury Assessment Values Used to Evaluate HybridIII Response Measurements."

#950134
Discussion
by Wesley Grimes
Collision Engineering Associates
**ATB Model Simulation of a Rollover Accident with Occupant Ejection**

    This paper presents the overall results of using the ATB computer program to model two occupants, driver and RF seat passenger, in a pickup truck rollover collision. The general techniques used in setting up the ATB model are presented along with a general discussion of the ATB program. The authors do a good job of illustrating how the ATB program may effectively be used to understand the complex motion of an occupant involved in a rollover colision. The aTB program generally predicted the motion of two occupants in this case. The reader is cautioned that the ATB program will not necessarily reproduce the exact motion, forces involved, etc. The program is helpful in predicting, in genral, the magnitude of forces and torques applied to the occupant during the collision. This data, along with correlating injury data, aids in understanding injury mechanisms. The authors point out that the ATB simulation results depend on the quality of data available to describe the vehicle motion, interior contact panels, occupant injuries, etc. This program is not for a casual user, it requires training to fully understand the different options available, modeling techniques, etc.

**SAE TECHNICAL PAPER SERIES**

**970967**

# Using ATB Under the HVE Environment

**Wesley D. Grimes**
Collision Engineering Associates, Inc.

**Reprinted from: Accident Reconstruction: Technology and Animation VII (SP-1237)**

SAE
FEB 27 1997
LIBRARY

SAE
The Engineering Society
For Advancing Mobility
Land Sea Air and Space®
INTERNATIONAL

**International Congress & Exposition
Detroit, Michigan
February 24-27, 1997**

**400 Commonwealth Drive, Warrendale, PA 15096-0001 U.S.A. Tel: (412)776-4841 Fax:(412)776-5760**



The appearance of the ISSN code at the bottom of this page indicates SAE's consent that copies of the paper may be made for personal or internal use of specific clients. This consent is given on the condition however, that the copier pay a $7.00 per article copy fee through the Copyright Clearance Center, Inc. Operations Center, 222 Rosewood Drive, Danvers, MA 01923 for copying beyond that permitted by Sections 107 or 108 of the U.S. Copyright Law. This consent does not extend to other kinds of copying such as copying for general distribution, for advertising or promotional purposes, for creating new collective works, or for resale.

SAE routinely stocks printed papers for a period of three years following date of publication. Direct your orders to SAE Customer Sales and Satisfaction Department.

Quantity reprint rates can be obtained from the Customer Sales and Satisfaction Department.

To request permission to reprint a technical paper or permission to use copyrighted SAE publications in other works, contact the SAE Publications Group.

GLOBAL MOBILITY DATABASE

*All SAE papers, standards, and selected books are abstracted and indexed in the SAE Global Mobility Database.*

No part of this publication may by reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.

**ISSN 0148-7191**

**Copyright 1997 Society of Automotive Engineers, Inc.**

Positions and opinions advanced in this paper are those of the author(s) and not necessarily those of SAE. The author is solely responsible for the content of the paper. A process is available by which discussions will be printed with the paper if it is published in SAE Transactions. For permission to publish this paper in full or in part, contact the SAE Publications Group.

Persons wishing to submit papers to be considered for presentation or publication through SAE should send the manuscript or a 300 word abstract of a proposed manuscript to: Secretary, Engineering Meetings Board, SAE.

**Printed in USA**

970967

# Using ATB Under the HVE Environment

**Wesley D. Grimes**
Collision Engineering Associates, Inc.

Copyright 1997 Society of Automotive Engineers, Inc.

## ABSTRACT

The Articulated Total Body (ATB) program has been used to study occupant kinematics in motor vehicle collisions for several years. The ATB model is a complex 3-dimensional lumped-mass model available for many different computer systems, including the personal computer, and requires formatted data files for the data input. A new version of this model, Graphical Articulated Total Body (GATB), has been developed to be operated under the HVE (Human, Vehicle, Environment) computer environment. The GATB program uses the graphical system built into HVE. This aids in set up and execution of the model to study human occupants in motor vehicle collisions. This paper addresses the integration of the ATB model with the HVE environment and includes a validation study comparing the GATB results to those of the ATB program.

## INTRODUCTION

The ATB (Articulated Total Body) computer model has been used in the collision reconstruction field for many years.[1,2,3,4]* Using the model to analyze occupant behavior in a motor vehicle collision requires a great deal of set up time. The user must assemble an input data file, see Figure 1, which is difficult to initially put together and even more difficult to edit or modify.

An ATB input data file consists of several sections, or groups, of "cards" defining the different data required. For instance, the A-cards define the simulation time parameters and control options, the B-cards define the occupant mass segments and joint parameters, the C-cards define the vehicle motion, etc. Most users start with an existing file and modify it to include the specific data for the intended run. There are also utility programs available to aid in setting up the initial data file.[2] These methods are workable, but can be tedious, particularly when editing a file.

The ATB program is a very general multiple-mass collision model and has many options available.[5] Thus, even the most seasoned ATB user will usually have the program manual nearby as the input file is modified, to ensure that the data being changed does what the user intends.

Output from the ATB model consists of tabular time-history data, often a hundred pages or more in length. There are also separate programs available to view the output graphically. These programs produce 3-dimensional graphics by representing the occupant as a series of topographical lines and the interior as flat panels.[2]

A version of the ATB model has been implemented for the HVE environment. The HVE environment is a graphical environment which includes multiple databases (Figure 2), editors (Figure 3), and visualization (animation) capabilities, as shown in Figure 4.[6,7,8,9]

*Numbers in brackets designate references found at the end of the paper.

```
JUL 28, 1996    0    0      0.0
DRIVER OF CHEVROLET CAVALIER, REAR IMPACT COLLISION                    CARD A1
VEHICLE MOTION FROM EDSMAC COLLISION SIMULATION
INCH LBS SEC           .0              .0       386.088
   4    4  .00500   .00050   .00100.0000625                                           CARD A3
 2 0 2 2 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 1CARD A4
    17     16            FEMALE 61 IN 200 LBS                                          CARD A5
 LT  1 36.201.71531.64552.6393 5.738 8.490 5.281 0.383 0.000 2.027    1 CARD B.1
              0.00   0.00    0.0                                                        CARD B.2
 CT  2 11.140.42800.34290.7105 4.735 6.182 3.194-0.316 0.000-0.124    1  CARD B.2
              0.00   0.00    0.0
 UT  3 51.523.87882.96632.9742 6.212 6.845 5.400 1.553 0.000-0.636    1  CARD B.2
              0.00  19.10    0.0
 N   4  1.520.00990.01200.0169 2.383 2.383 3.587 0.681 0.000 1.220    1  CARD B.2
              0.00   0.00    0.0
 H   5  8.480.16880.18690.1277 3.699 3.006 5.535 0.740 0.000 0.000    1  CARD B.2
              0.00  42.20    0.0
 RUL 6 27.600.16440.16030.0144 4.219 4.21911.016 0.000-0.307 0.692    1  CARD B.2
             13.00   8.20    2.3
 RLL 7  8.470.42160.41740.0783 2.677 2.677 9.977 0.000-1.154 1.109    1  CARD B.2
              0.00   0.00    0.0
 RF  8  1.450.02270.02150.0051 1.275 1.844 4.775 0.113-0.584 0.000    1  CARD B.2
              2.00  -6.20  -16.6
 LUL 9 27.600.16440.16030.0144 4.219 4.21911.016 0.000 0.307 0.692    1  CARD B.2
            -13.00   8.20   -2.3
 LLL A  8.470.42160.41740.0783 2.677 2.677 9.977 0.000 1.154 1.109    1  CARD B.2
              0.00   0.00    0.0
```

**Figure 1- Partial listing of the numerical format in an ATB input data file.**

The new version of the ATB model, known as GATB for Graphical ATB, allows the user to set up, edit and run the ATB model in a graphical environment. In addition, GATB produces scientific visualizations quickly enough to be used as part of the analysis, not just as a presentation tool.

This paper discusses the basic techniques used in implementing the GATB model, the capabilities of the model, and the results of a validation study comparing GATB to the standard ATB model.

IMPLEMENTING GATB

ONE OF THE MOST IMPORTANT considerations in implementing GATB was maintaining complete

Human - contains human data / parameters for studying pedestrians and occupants.

Vehicle - contains data / parameters for automobiles, pickup trucks, vans, large trucks, trailers, etc.

Vehicle materials - contains data / parameters for the contact panels (interior and exterior) for the vehicles.

Tires - contains data / parameters for all the vehicle tires.

Environment - contains data for the roadway geometry, atmosphere, lighting, etc.

**Figure 2 - Partial listing of databases in HVE.**

Human - for editing human data / parameters.

Vehicle - for editing vehicle and tire data / parameters, restraints, contact panels, etc.

Environment - for editing roadway geometry, atmosphere, lighting, etc.

Event - for setting up and executing simulations, analysis programs, entering damage profiles, collision pulse data, etc.

Playback - for generating printed output, graphical images, visualizations, etc.

**Figure 3 - Partial listing of the editors in HVE.**

Time: 0 msec

Time: 70 msec

Time: 100 msec

Time: 130 msec

**Figure 4 - Graphical output from GATB, with a detailed vehicle interior and right side damage shown.**

cross-compatibility with the standard version of ATB. In other words, it is important that a user have the ability to take the GATB run and easily re-run the data on the standard ATB program. This is accomplished by maintaining an input file, created by HVE, that can be used as input to the standard ATB program. When the user starts the GATB program, the program assembles all the data from HVE and creates this data file (named gatb.ain). The GATB program then reads this data file just as ATB would. This data file can easily be used as input to the standard ATB program.

```
INCH LBS SEC          .0          .0     386.400                    CARD A3
   4 100 0.00200  .00050  .00100.0000625                            CARD A4
 1 010 2 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 0 1CARD A5
```

**Figure 5 - Listing of the default A-cards, showing the standard time-steps, etc.**

The GATB model is fully compatible with the ATB version V.1 model. As the GATB model was developed, there were certain assumptions made as to which default options would be utilized by the user. For instance, the time steps and other A-cards are initially set up as shown in Figure 5. The total number of iterations for the run is calculated based upon the default time-step of 2 msec and the maximum simulation time, entered in HVE. All of these default values are listed in Table 1.

Table 1
Listing of GATB default parameters.

| Variable | Value |
|---|---|
| NDINT | 4 |
| NSTEPS | Calculated |
| DT | 0.002 sec |
| HO | 0.0005 sec |
| HMAX | 0.001 sec |
| HMIN | 0.0000625 sec |

EACH OCCUPANT in the GATB model is made up of the standard 15 segments, shown in Figure 6. The HVE human database is made up of several "standard" size and weight percentile combinations that are available to the user, as shown in Table 2.

**Figure 6 - Standard 15-segment model used in GATB.**

Table 2
Parameters defining HVE human.

Gender: Female, Male

Age: Adult, 12 yrs, 9 yrs, 3 yrs

Weight: 2.5%, 50%, 97.5 %

Height: 2.5%, 5%, 50%, 95%, 97.5%

These data are produced from the GEBOD IV program.[10] For example, a user can specify an adult female, 50 percentile in weight and 95 percentile in height. Users can easily modify any of the data for a specific human by using the Human Editor, as shown in Figure 7.

THE COLLISION PULSE in GATB is an acceleration pulse that can be entered directly in the HVE Event Editor or it can be obtained from any of the existing HVE events that generate a collision pulse. The HVE environment makes all collision pulse data available for the selected vehicle. For example, if there is an EDSMAC[11] event which models the collision being studied then one of the options in the Event Editor is to obtain the collision pulse directly from the EDSMAC model, as shown in Figure 8.

**Figure 7 - Example of the HVE Human Editor.**