

**Figure 8 - Using an EDSMAC collision pulse in the GATB program.**

The GATB program uses a 2nd order spline fit to generate the acceleration pulse. In the HVE environment, the collision pulse is directly connected to the vehicle. In this way, as the collision analysis is changed it is simple to update the acceleration pulse used in GATB. The acceleration pulse contains X, Y, Z, Yaw, Pitch, and Roll data.

CONTACT PANELS are defined and edited in the HVE Vehicle Editor, shown in Figure 9. One of the most convenient uses of HVE and GATB is the ability to show detailed vehicle interiors. This aids in quickly visualizing where the occupant is in relation to the vehicle interior surfaces and how the occupant is moving. Figure 10 shows an example of a detailed vehicle interior, while Figure 9 shows plain flat contact panels. The GATB model uses the flat contact panel data for occupant contacts. The detailed vehicle mesh is only used for generating the computer images, the occupant does not interact with the detailed mesh.

The contact panels are defined by entering three (3) distinctive points that define three (3) corners of the contact panel, entered in a counterclockwise order. The GATB program uses this information to produce the D-cards for the input data file. The order is changed according to the ATB input order such that the cross-product of P1P2 X P1P3 (P1P2 is the vector from point 1 to point 2) results in a vector pointing out of the "positive" side of the contact panel. [5]

There are several parameters required by the GATB program to define the contacts between a human segment and a contact panel, such as force-deflection curves, energy absorption coefficients (R-factor), permanent deflection coefficient (G-factor), etc. The HVE vehicle materials database contains the contact panel data shown in Table 3.

**Figure 9 - Editing the vehicle contact panels, when the panels are visible.**

**Figure 10 - Detailed vehicle interior with the contact panels not shown.**

Force deflection data are entered as 3rd order polynomials. The R-factor and G-factor are calculated from the data in the HVE vehicle materials database. Using the "maximum force" parameter, a deflection-at-maximum-force is calculated. Using this deflection along with the "unloading slope", entered by the user, the permanent deflection (G-factor) is determined. The R-factor is determined by integrating the force-deflection curve and the unloading curve and calculating the ratio of the two.

The other required data are simple constants, such as the coefficient of friction, edge-effect parameter, etc. As the various functions are assembled by the GATB program, an attempt is made to avoid duplicate functions. Thus, if three (3) different contact panels happen to have the same force-deflection curve, only one of these functions is used in the input data file.

EACH HUMAN-PANEL PAIR could be checked to see if there is contact occurring, but this would slow the performance of the program considerably. For instance, is it not expected that the left foot will contact the roof in a front impact. By using the "allowed contacts" dialog, shown in Figure 11, the GATB program only checks the specified contacts.

The term "allowed contacts" implies that the user is in some way manipulating which panels will be "allowed" to contact the human. This does not occur, in fact the program is a simulation and there is no direct control over the resultant motion of the

**Figure 11 - List of "allowed" contacts in GATB.**

**Table 3**

List of parameters in materials database

- Linear stiffness (lb/in)
- Quadratic stiffness (lb/in$^2$)
- Cubic stiffness (lb/in$^3$)
- Damping constant (lb-sec/in)
- Maximum penetration (in)
- Maximum force (lb)
- Edge constant
- Unloading slope (lb/in)

humans. The "allowed contacts" simply limits when contact is checked for by the program.

For instance, if the head approaches the windshield panel and this contact pair is not specified then the head will simply pass through the panel with no force being applied. The allowed contacts are specified in the Event Editor while a human is selected in the current objects list (see Figure 11).

## BASIC FEATURES

GATB IS DESIGNED to offer a fully graphical user interface. Using HVE technology, GATB allows the user to graphically select the humans to be modeled, and allows for a very intuitive method of editing the parameters. For example, to edit the parameters for the right upper leg, the user clicks the mouse on the right upper leg.

The program makes use of the power behind the HVE environment by allowing users to access the databases maintained by HVE and by making it extremely easy to create new entries in the databases. For example, if the user is studying a specific car and the car does not happen to be in the HVE database, it can easily be added. The HVE environment also allows access to many types of physics packages such as EDSMAC[11] (a vehicle collision model), EDVSM[12] (a vehicle handling/rollover model), etc.

ONE OF THE MOST IMPORTANT benefits to using GATB is the ability to visualize the results of the simulation quickly and accurately. The HVE

tools allow the user to "see" the occupant interacting with the vehicle interior, and the interior can be made to look like the real interior and not simple flat panels, shown in Figure 4. Visualization becomes part of the analysis process, not just the presentation process.

## VALIDATION

VALIDATING GATB REQUIRED three separate tasks. The first task was to confirm that data being selected by the user was actually the data being used by GATB. The second task was to confirm that the data being presented by HVE to the user as results were, in fact, the actual calculated results. Finally, the third task involved comparing the results of GATB to a standard version of ATB. The ATB program has previously been validated so it is used as the basis of comparison. This validation effort is not concerned with comparing GATB or ATB to real collisions, staged collisions, or other laboratory tests. The only goal of this validation effort is to confirm that someone using GATB will get the same result as someone using ATB.

A side impact involving a passenger car was selected for the validation effort. The collision was first modeled with the EDSMAC program and then the collision pulse was used in the GATB model. In order to confirm that the collision pulse was being accurately passed through HVE, the pulse was compared to the printed tables produced by EDSMAC.

The contact panels were given default values for

**Figure 12 - Joint parameter data available in the Human Editor in HVE.**

force-deflection curves for the appropriate surface, such as seat cushion, dash panel, etc. The detailed analysis of the contact panel parameters in the HVE databases are beyond the scope of this validation study. However, during the validation study the data used was checked for values consistent with data used in other studies.[13]

IN ORDER TO CONFIRM that the user-selected data was in fact used by GATB, every value in GATB input file was tracked back to the source dialog box. For instance, the segment mass and moments of inertia in the input file B-cards were compared to the dialog boxes in the Human Editor by clicking the mouse on the segments, one at a time, and comparing the data in the dialog box with the data in the input file, as shown in Figure 12. The GATB text output is shown in Figure 13.

GATB PRINTS OUT the standard ATB output file (called gatb.aou) along with several other files, listed in Table 4. Output files are broken up into many smaller files to aid in transferring the data into the HVE output reports. The HVE Output Reports are generated at the end of the GATB run, when the program simply copies the different output files into the appropriate Output Report, listed in Table 4.

Every program has "program units" which define what system of measure is used within the program algorithm. More sophisticated programs then allow the user to define what system of measure is used to display the results. For example, in the program code for EDSMAC all distances are calculated in inches, but most users prefer that these distances be displayed in feet, and some users want the distances in meters. Thus, program units are important to understand when transferring data back and forth between a physics program and HVE. Program units in the HVE environment are inches, radians, pounds, and seconds. In HVE, the units displayed are chosen by the user.

The output reports are directly copied from GATB output files so very little effort was required to confirm that the output reports matched the GATB output. In order to maintain close compatibility with the standard version of ATB, these output listings are not changed from either the format displayed or the units of measure used by ATB.

The HVE Output Tracks contain all of the time-dependant data produced by GATB. Every variable passed between HVE and GATB was checked for the value as well as the units of measure. This effort also confirmed that the results of GATB were essentially the same as results from ATB.

Table 4

Listing of output files produced by GATB.

| GATB File | HVE Report | Description |
|---|---|---|
| gatb.ain | | The standard ATB input data file generated by GATB. |
| gatb.aou | Program Data | The descriptive listing of the input file. |
| gatb.hou | Injury Data | HIC and CSI data calculated by GATB. |
| gatb.mou | Messages | Messages produced by GATB during execution, same as standard ATB. |
| gatb.pou | Results | Time-history output tables produced by GATB, standard tables produced by ATB. |

## SUMMARY

The GATB program was found to be completely compatible with the standard version of ATB.

GATB has proven to be much more intuitive than ATB in setting up and editing simulation models of occupants involved in motor vehicle collisions.

The direct link between GATB and the collision simulation allows fast and accurate transfer of the collision pulse data.

The GATB program produced results matching the results on the ATB program.

The graphical output produced by GATB aids in visualizing the occupant movement inside the vehicle.

Using detailed vehicle interior images aids in visualization of the occupant contact locations.

The "Key Results" window allows any of the time-dependant data to be viewed while the simulation is running. This aids in the analysis of the occupant forces, accelerations, etc.

## TRADEMARKS

HVE, EDSMAC, and EDVSM are trademarks of Engineering Dynamics Corporation.

## REFERENCES

1. Digges, K., "Reconstruction of Frontal Accidents Using the CVS-3D Model",SAE Paper 840869.

2. Grimes, W.D., "Using ATB in Collision Reconstruction", SAE Paper 950131.

3. Cheng, H., Rizer, A.L., Obergefell, L.A.,"Pickup Truck Rollover Accident Reconstruction Using the ATB Model", SAE Paper 950133.

4. Cheng, H., Rizer, A.L., Obergefell, L.A.,"ATB Model Simulation of a Rollover Accident with Occupant Ejection", SAE Paper 950134.

5. Obergefell, L.A., Gardner, T.R., Kaleps, I., and Fleck, J.T., "Articulated Total Body Model Enhancements, Volume 2: User's Guide", Report No. AAMRL-TR-88-043, Armstrong Laboratory, Dayton, Ohio.

6. Day, T.D., "A Computer Graphics Interface Specification for Studying Humans, Vehicles and Their Environment", SAE Paper 930903.

7. *HVE User's Manual*, Engineering Dynamics Corporation, Beaverton, OR, 1996.

8. *HVE Developers Toolkit*, Engineering Dynamics Corporation, Beaverton, OR, 1996.

9. Grimes, W.D., "Programming FORTRAN Applications for HVE", SAE Paper 960889.

10. Cheng, H., Obergefell, L.A., Rizer, A.L., "Generator of Body (GEBOD) Manual", Report No. AL/CF-TR-1994-0051, Armstrong Laboratory, Dayton, Ohio.

11. *HVE/EDSMAC Program Manual, Version 1*, Engineering Dynamics Corporation, Beaverton, OR, 1996.

12. *HVE/EDVSM Program Manual, Version 1*, Engineering Dynamics Corporation, Beaverton, OR, 1996.

13. Segal, D.J., Kamholz, L.R., Griffith, D.G., "Vehicle Component Characterization, Volume II: Data Appendices", DOT-HS-807-055, MGA Research Corp., Akron, NY, 1987.

19

SAE The Engineering Society For Advancing Mobility Land Sea Air and Space® 400 COMMONWEALTH DRIVE, WARRENDALE, PA 15096-0001 U.S.A.

# SAE Technical Paper Series

880655

# Recent Improvements in Occupant Crash Simulation Capabilities of the CVS/ATB Model

**Kennerly H. Digges**

Deputy Associate Administrator for
Research and Development
National Highway Traffic Safety Admin.
U.S. Department of Transportation
Washington, DC 20590

3-1-88
S.A.E.
LIBRARY

**International Congress and Exposition**
**Detroit, Michigan**
**February 29 — March 4, 1988**

The appearance of the code at the bottom of the first page of this paper indicates SAE's consent that copies of the paper may be made for personal or internal use, or for the personal or internal use of specific clients. This consent is given on the condition, however, that the copier pay the stated per article copy fee through the Copyright Clearance Center, Inc., Operations Center, 21 Congress St., Salem, MA 01970 for copying beyond that permitted by Sections 107 or 108 of the U.S. Copyright Law. This consent does not extend to other kinds of copying such as copying for general distribution, for advertising or promotional purposes, for creating new collective works, or for resale.

Papers published prior to 1978 may also be copied at a per paper fee of $2.50 under the above stated conditions.

SAE routinely stocks printed papers for a period of three years following date of publication. Direct your orders to SAE Order Department.

To obtain quantity reprint rates, permission to reprint a technical paper or permission to use copyrighted SAE publications in other works, contact the SAE Publications Division.

SAE GLOBAL MOBILITY DATABASE

*All SAE papers are abstracted and indexed in the SAE Global Mobility Database*

No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.

**ISSN 0148-7191**
**Copyright 1988 Society of Automotive Engineers, Inc.**

Positions and opinions advanced in this paper are those of the author(s) and not necessarily those of SAE. The author is solely responsible for the content of the paper. A process is available by which discussions will be printed with the paper if it is published in SAE Transactions. For permission to publish this paper in full or in part, contact the SAE Publications Division.

Persons wishing to submit papers to be considered for presentation or publication through SAE should send the manuscript or a 300 word abstract of a proposed manuscript to: Secretary, Engineering Activity Board, SAE.

Printed in U.S.A.

880655

# Recent Improvements in Occupant Crash Simulation Capabilities of the CVS/ATB Model

**Kennerly H. Digges**

Deputy Associate Administrator for
Research and Development
National Highway Traffic Safety Admin.
U.S. Department of Transportation
Washington, DC 20590

ABSTRACT

The CVS/ATB (Crash Victim Simulator/ Articulated Total Body) computer program solves the equations of motion in three dimensional space for a set of rigid bodies connected by joints. The program permits the specification of contact interaction properties between the rigid bodies and the surrounding environment. It is, therefore, possible to specify initial conditions of motion for the rigid bodies, and calculate the subsequent motion resulting from the forces imposed by the environment.

The program is sufficiently general that it can be applied to a wide range of physical dynamic situations. However, the principal motivation for its development was to evaluate the interactions of the human body with the environment inside a motor vehicle during a crash. Subsequently, it has been applied to a number of other dynamic simulations including pedestrian to vehicle impacts and the emergency escape of air crew from aircraft.

The CVS/ATB program is in the public domain. The most recent documentation was published in 1982, and is available from the National Technical Information Service (NTIS). Since the 1982 documentation was published, a number of improvements have been made. These include additional options for specifying the characteristics of the human body, the motion of the vehicle, and the interaction between the two. In addition, test procedures for producing the needed input data have been developed, and a significant amount of data has been produced and published. Finally, auxiliary programs to produce input data for the model are now available. The sources of these improvements are summarized in the paper.

THE CVS MODEL HAD ITS ORIGIN IN 1970, when development began at the Calspan Corporation under joint sponsorship of the Motor Vehicle Manufacturers Association (MVMA) and the National Highway Traffic Safety Administration (NHTSA). The results of this work were reported in references 1 and 2. Subsequently, NHTSA continued development of the crash victim simulation model, and an improved version was published in 1974 (3)*.

In the mid-1970's the Air Force became interested in the model for its potential for simulating crew emergency escape from aircraft. Additional capabilities in modeling the human body and the more extensive restraint systems used by air crew were included by Calspan, under sponsorship of the Air Force Aerospace Medical Research Laboratory. The results of this work were published in references 4 and 5. The improvements developed in references 4 and 5 were included in the version of the CVS/ATB program which was documented by NHTSA reports in 1982 (6, 7, 8, 9). This documentation included the mathematical formulation of the model as well as the experimental measurements of the data required by the model, and the validation of model predictions using dummy crash tests. Included in the documentation is a Users Manual and a Programmers Manual. This edition of the crash victim simulator program is known as Version 20. It has been widely distributed and used throughout the world. Its principal application has been to evaluate ways to improve the safety of vehicle occupants and pedestrians in a crash. Typical applications are presented in references 10 through 14.

The CVS/ATB program is written in Fortran and contains approximately 14,000 lines of code. A typical occupant impact simulation of 100 milliseconds requires about 20 minutes and uses about 0.7 megabytes of memory on a virtual memory computer, such as a VAX 11/780.

*Numbers in parentheses designate references at end of paper.

0148-7191/88/0229-0655$02.50
Copyright 1988 Society of Automotive Engineers, Inc.

Since the Version 20 documentation was published, developments and improvements in crash victim simulation have continued. The purpose of this paper is to outline some of the most significant improvements, and to indicate the developments which are underway. The improvements can be separated into three different areas. The first type are improvements which add new features or options to the basic program code. Second, are the improvements in the data sets for simulating occupants. Third, are the improvements in the data available for simulating the crash environment.

IMPROVEMENTS IN THE PROGRAM CODE

Subsequent to the publication of the Version 20 documentation, improvements in the code have been made by various users. The Air Force Armstrong Aerospace Medical Research Laboratory (AAMRL) has maintained the configuration control over subsequent generations of the program, under the name of the "Articulated Total Body (ATB) Simulator," which better describes Air Force applications. The subsequent generations incorporate improvements made jointly with NHTSA as well as those made by other users. These later generations are available for public use, but they lack complete documentation of the changes. The input data for later generations is generally compatible with earlier generations except in the sections which control the output. Therefore, with minor changes, the Version 20 data sets will run on later versions of the program.

The most recent version of the program available for public use is Version 37. Complete documentation of a generation designated as Version 40 is currently underway at the Air Force AAMRL.

The principal improvements in the program code since Version 20 are in additional options for the following: representing the segments and joints of the body, representing the contact interaction between the body and other surfaces, specifying the motion of the vehicle, and specifying the information provided in the output.

The more general specification of vehicle angular motion is one area of improvement which has enhanced the ability to simulate rollover accidents. Early applications of the program dealt principally with frontal and side collisions where linear acceleration of a duration of less than 100 milliseconds was the predominant influence on occupant motion. Recent studies have used the new multiaxis angular displacements specification of the later versions to simulate rollovers lasting up to 4 seconds (15, 16).

The specification of body joints is an area of particular interest to the Air Force in order to study injuries to extremities during emergency escape from aircraft. The Version 20 program has a number of joint options including null (locked) joints, hinge, ball and socket, ball and socket with globalgraphic constraints, Euler joints, and flexible elements comprised of multiple joints. Recent developments provide two additional joint options--the ball and socket with globalgraphic torque and damping specification, and the slip joint.

The improved ball and socket joint permits the representation of joint properties by lines of constant resisting torque on the surface of a sphere. Therefore, the joint measurements made on humans and dummies can be more accurately described than by the Euler joint which was used in validating the Part 572 Dummy for Version 20. The Euler joint is a hinge joint which also allows the joined body segments to rotate around the axes which are perpendicular to the hinge.

The slip joint option, available in Version 40, permits linear motion along a single axis (17). This joint is useful for modeling steering columns. It has also been used to model component test devices, so that the performance of free and guided impact devices can be compared. It is currently being applied to a Hybrid III dummy model to obtain chest deflection measurements.

The specification of the interaction between body segments and the parts of the vehicle contacted has been improved in Version 37 (17). The interactions of vehicle components (represented by planes) by body segments (represented by ellipses) can now be better simulated. The magnitude of the force at such a contact is proportional to the depth of penetration, measured along the normal to the plane at the point of maximum penetration. The point of application of the force is along the vector from the point of maximum penetration to the center of the area of intersection. The force application location along this vector is controlled by an input parameter for each allowed contact. The force direction is determined by the resolution of the frictional force opposing velocity along the plane, and the body forces normal to the plane opposing penetration. A requirement for computing the contact forces is that the vector from the point of maximum penetration, perpendicular to the contact plane, must fall inside the boundaries of the plane. This condition has led to the annoying "edge effects" problem which is widely recognized. The consequence of this constraint is that interactions with small planes such as steering rims are difficult to simulate because the perpendicular vector does not fall in the contact plane during the entire period of contact.

Version 37 includes an edge effects option which may be employed at the user's discretion to deal with problem interactions (17). In this option, the interaction force is proportional to the magnitude of the perpendicular from the centroid of the planar area of intersection to the penetrating

surface of the ellipse. This option appears to solve the contact problem of small planes.

Another alternative for improved contact representation is the use of hyperellipsoids to represent contacting surfaces (17). In Version 40, hyperellipsoids may be either used as body segments or contact surfaces. The functional equation for a hyperellipsoid is similar to that of an ellipse, except the exponent may be greater than 2. As the exponent assumes higher values, the resulting surface becomes less rounded and more box like. Therefore, relatively flat surfaces can be represented. This capability should permit improved representation of the thorax, particularly with regard to interaction with a shoulder belt. In addition, flexibility in representing vehicle exterior and interior surfaces is now possible. The hyperellipsoid capability was sponsored by General Motors, and made available to the safety community by permitting the code to be included in Version 40.

Other improvements are underway for generations past Version 40. These include improvements in the representation of belts and air bags. Austin Rover Group Ltd., in the United Kingdom, has used the CVS program extensively to evaluate and design belt restraint systems. Recent work was reported orally at the Washington SAE meeting in May 1987, and published at the 9th and 11th ESV Conferences (18, 19, 20). The improved code for representing the belt and retractor has been contributed to the safety community, and will be incorporated in future versions of the program.

A further improvement currently underway is to develop a version of the code which can run on a PC. Efforts to date have reduced the executable program to about 600 K bytes of memory, so it can be loaded into RAM using an IBM compatible PC running on DOS. For a 286 10 MHz machine, the running time is about 5 times longer than for an equivalent run on the VAX 11/780. Continued efforts will evaluate the accuracy of the PC version and develop documentation so that the capability can be made available to the safety community.

IMPROVEMENTS IN REPRESENTING OCCUPANTS

Several significant improvements have been made to represent occupants. These improvements are in the form of input data sets which represent humans or dummies, and supplemental programs for developing data sets.

A validated data set for the Part 572 dummy is contained in the documentation for Version 20. Subsequently, AAMRL has developed a data set for the Hybrid III dummy, based upon measurements of the dummy components. This work is reported in reference 21. Further research is underway at NHTSA and AAMRL to validate this data set for frontal crashes involving unrestrained occupants, and occupants restrained by two- and three-point belts. It should be noted that the Hybrid III data set uses a joint option which requires Version 37 or later in order to run.

The input data set for the CVS/ATB program requires information for each body segment and joint. This information includes:, the mass, center of gravity locations, principal moments of inertia and their associated directions, contact surface dimensions, joint locations, and joint properties. A minimum of 15 body segments and 14 joints are required to represent a dummy, such as the Part 572. Consequently, the problem of scaling the data set to different size occupants requires tedious work, if done manually. In order to expedite the process, a computer program is available to generate scaled body data in a format that can be directly used by the CVS/ATB model. The program is called GEBOD (GEnerator of BODy data). It is documented in reference 22, which is available from NTIS. The program is available to the safety community from AAMRL at the address given in reference 22.

Another useful data generating program is the Equilibrium Program developed by D. O'Leary and published in reference 23. This program assists in seating the occupant so that equilibrium exists between the seated occupant and the seat at the initial time. The program is written to develop data for the MVMA 2D model which uses similar occupant data.

Users of the CVS/ATB program generally get their initial copy on tape, either from NHTSA or from AAMRL. Since the programs were developed with public funds, no charges other than incidental tape and copying costs have been assessed to users in the United States. The tape package which has been provided by NHTSA includes the Version 20 code, a data set for the Part 572 Dummy, sample runs using the data set, the GEBOD program described earlier, and a post processing program called VIEW which draws pictures of the position of the occupant and the vehicle interior at any specified times (24). The NHTSA tape package also contains a post processing program (ATB2UDS) which creates individual files for each of the variables specified by the user so that the results of interest may be easily examined and plotted. The documentation for the CVS/ATB Version 20 (6, 7, 8, 9) is available from NTIS. Later versions of the CVS/ATB program are available from AAMRL at the address given in reference 21. The documentation for Version 40 should be published during 1988. The NHTSA tape package will be updated to include Version 40 when documentation is published.

IMPROVEMENTS IN DATA FOR THE CRASH ENVIRONMENT

Possibly the greatest improvement in the simulation since Version 20 was published has been the development of test procedures and

data to represent the crash environment. The needed input data is in the form of vehicle crash pulses and load deflection properties of vehicle contact surfaces.

An extensive library of crash pulses has been developed by NHTSA as a consequence of their crash test programs, averaging more than 40 vehicles per year. The largest body of data is from the New Car Assessment Program which crash tests cars, light trucks, and vans in a 35 mph frontal collision with a rigid barrier. A summary of the vehicles tested and test results through 1986 was published in reference 25. The crash pulses and test reports describing the test may be requested from NHTSA at the address listed in reference 24.

The contact interaction between body segments and vehicle interior components produces forces which resist penetration and motion. These forces are represented by mutual force-deflection relationships, and by friction, damping, and energy dissipation parameters. Test methods for the determination of these parameters have been extensively developed and reported in the literature in recent years.

Test methods for determining the contact interaction parameters for steering wheels and columns are reported in reference 26. This research investigated the static and dynamic interaction between the head and thorax of a Hybrid III dummy and a series of production steering assemblies. The specific assemblies tested were from the following cars: Citation, Volvo, Fairmont, Mercedes, Accord, and K-car. All steering assembles were of the 1977-80 time period. The test results provide the parameters needed for simulating head and chest to steering assembly contact.

Testing procedures have been developed for determining contact parameters for the head to windshield contact, and the head, chest, and lower limbs to dashboard contact. An initial approach was reported by Galganski in reference 27. This reference contains test data on the Citation, Reliant, and Rabbit. More recent work involves relatively inexpensive testing developed by Segal, Kamholz, and Griffith and reported in reference 28.

The approach taken by Segal et al. involves static and dynamic testing of dummy segments against vehicle components. The test uses only the front section of the vehicle. The rear section is removed to permit access for the test devices.

The static tests involve positioning dummy segments in the way they would normally contact the vehicle components in a frontal crash, and measuring the load vs. deflection as the body segment is pressed into the vehicle surface, and then released. The directions of force application relative to the floor are: +20 degrees for the legs, 0 degrees for the chest, and -30 degrees for the head. The segment tests are performed in the order of the legs first, followed by the chest, and finally the head. The legs are left in place when the other two tests are performed, in order to better represent the position of the entire dummy. The friction coefficient is determined by measuring, at various normal loads, the force required to translate a body segment along the vehicle surface. For the friction tests, the segments are covered with cloth to approximate typical clothing.

The dynamic tests are similar to the static tests, except the body segments are projected against the dashboard and windshield. The standard tests employ body weights and contact velocities which approximate a 30 mph crash. The legs in the dynamic test weigh 60 pounds. They are projected at an angle of +20 degrees above the horizontal to contact the dashboard at a velocity of 15 mph. The chest weighs 54 pounds and is projected parallel to the horizontal to contact the dashboard at a speed of 20 mph. The head weighs 25 pounds and is projected at the windshield normal to the surface at a speed of 20 mph. Additional parametric testing has been accomplished to establish the "standard" test conditions. For example, windshield tests have been conducted at angles ranging from parallel to the ground to normal to the windshield. The head impactor test weights range from 13 to 40 pounds and the impact speeds from 5 to 20 mph. The results of the parametric testing of windshields are summarized in reference 29.

Procedures for determining body segment to vehicle component interactions in the side and oblique impact mode have been developed by Willke and Monk. Reference 30 summarizes this work. This procedure provides information for interactions between the chest and door in side impacts, and the head and vehicle upper structural elements in omnidirectional impacts.

The side impact procedure involves testing an entire vehicle. The vehicle is mounted in a static test device and a plunger which simulates a striking vehicle is forced into the side of the test car. The initial test involves crushing the door inward until the door intrudes into the space occupied by a test dummy. This precrush represents the position of the door after a side impact crash. A second test involves projecting a dummy thorax against the inside of the door.

In reference 30, the SID (Side Impact Dummy) thorax and a rigid thorax of the same geometry as the SID were used as the impacting devices. The devices weighed 60.9 pounds each. The test speed was nominally 20 mph, and the direction was normal to the door. The impact point was defined by a line drawn from the door to the midpoint of the normally seated dummy's ribs, and an angle of 15 degrees to the normal to the door in the forward direction. Tests were conducted with the device which crushed the doors in place to

simulate the presence of a striking vehicle (crushed test). Tests were also conducted without the simulated striking vehicle present (unbacked test).

The upper vehicle tests determined properties of A-pillars, B-pillars, side roof rails, and frontal roof rails when impacted by a dummy head. The impact devices were a part 572 dummy head, and a rigid hemisphere, 6.5 inches in diameter. The mass of the head device was 10.1 pounds, while the rigid device weighed 9.1 pounds. Tests were conducted perpendicular to the interior surface at impact speeds of 15 mph. Impact points were at the nominal height of the head of a normally seated Part 572 dummy.

Reference 30 reports impact test data on the chest to door and head to upper interior structure for the following cars: Rabbit, Civic, Phoenix, Mustang, Malibu, Granada, and Horizon.

CONCLUSIONS

The CVS/ATB program is continuing to develop with use. The NHTSA and the AFAAMRL are working together to maintain configuration control over the program and to develop documentation as changes occur. Users including General Motors, and Austin Rover (Sterling) Cars, have contributed improvements which are being incorporated in later generations and made available to the safety community. Recent improvements to the code include new joint options, new body segment representations, a new contact option to reduce "edge effects" problems, new input options for specifying vehicle motion, and options for additional output information.

Improvements in occupant data input include a data set for the Hybrid III dummy. Additional programs are available to scale an occupant data set to large and small sizes, and to seat an occupant in equilibrium at time zero.

Procedures for obtaining test data needed for simulating body segment to vehicle component impacts have greatly improved. Tests have been developed for determining the interaction properties between heads and windshields, dashboards, roof headers, A-pillars and B-pillars. Other tests produce information on interactions between lower body segments and steering systems, doors, and dashboards. Data on these interactions have been published for use by the safety community.

REFERENCES

1. Bartz, John A., "A Three-Dimensional Computer Simulation of Motor Vehicle Crash Victim, Phase I - Development of the Computer Program," Calspan Report No. VJ-2978-V-1, July, 1971
2. Bartz, John A. and Butler, Frank E., "A Three-Dimensional Computer Simulation of Motor Vehicle Crash Victim, Phase II - Validation Study of the Model," Calspan Report No. VJ-2978-V-2, December 1972
3. Fleck, J. T., Butler, Frank E., and Ryan, Charles T., "An Improved Three Dimensional Computer Simulation of a Motor Vehicle Crash Victim," Volumes I-IV, Reports Nos. DOT-HS-801507, -508, -509, -510, July, 1974. (NTIS PB 862 12438, -446, -453, -461)
4. Fleck, J. T., and Butler, F. E., "Development of an Improved Computer Model of the Human Body and Extremity Dynamics," Report No. AFAMRL-TR-75-14, July, 1975. (NTIS ADA 014816)
5. Butler, F. E., and Fleck, J. T., "Advanced Restraint System Modeling," Report No. AFAMRL-TR-80-14, May, 1980. (NTIS ADA 088 029)
6. Fleck, J. T., and Butler, F. E., "Validation of the Crash Victim Simulator, Volume I: Analytical Formulation," Report No DOT HS-806 279, December 1981 (NTIS PB 241692)
7. Fleck, J. T., and Butler, F.E., "Validation of the Crash Victim Simulator, Volume II: Validation Effort," Report No DOT HS-806 280, August 1982 (NTIS PB 241693)
8. Fleck, J. T., and Butler, F.E., "Validation of the Crash Victim Simulator, Volume III: User's Manual," Report No DOT HS-806 281, February 1982 (NTIS PB 241694)
9. Fleck, J. T., and Butler, F.E., "Validation of the Crash Victim Simulator, Volume IV: Programmer's Manual," Report No DOT HS-806 282, March 1982 (NTIS PB 241695)
10. Kaleps, I., and Marcus, J. H., "Predictions of Child Motion During Panic Braking and Impact, SAE Paper 821166, Twenty-Sixth Stapp Car Crash Conference, October 1982
11. Fowler, J. E., and Harris, J., "Practical Vehicle Design For Pedestrian Protection," p. 214, Proceedings of the Ninth International ESV Conference, Kyoto, Japan, November 1982
12. Segal, D., "Side Impact Modeling Using Lumped Mass and CAL-3D Simulations," SAE Paper 840858, SAE Transactions Volume 93
13. Digges, K., "Reconstruction of Frontal Accidents Using the CVS-3D Model," SAE Paper 840869, May 1984, SAE Transactions Volume 93
14. Digges, K., "Improvements in the Simulation of Unrestrained Passengers in Frontal Crashes Using Vehicle Test Data," SAE Paper 860654, February 1986
15. Kaleps, I, Obergefell, L. and Ryerson, James, "Simulation of Restrained Occupant Dynamics During Vehicle Rollover," DOT Report DOT-HS-807-049, June 1986 (NTIS PB 87 142 097)

16. Obergefell, L., Kaleps, I., and Johnson, A., "Prediction of an Occupant's Motion During Rollover Crashes," SAE Paper 861876, 30th Stapp Car Crash Conference, October 1986
17. Fleck, J. T., "Improvements in the CVS/ATB Occupant Simulation Model," SAE Paper 871110, May 1987
18. Grew, N. D., "Applying Computer Techniques in the Design and Development of an Occupant Restraint System," Proceedings of the Tenth International ESV Conference, Oxford, England, July 1985, p. 436
19. Grew, N. D., and Beechcroft, G., "Designing a Passive Restraint System," Proceedings of the Eleventh International ESV Conference, Washington, DC., May 1987
20. Hiley, A. D., Giles, A. R., and Grew, N. D., "Using Computer Analysis in Designing Safer Steering Wheels," Proceedings of the Eleventh International ESV Conference, Washington, DC., May 1987.
21. Baughman, L. D., "Development of an Interactive Computer Program to Produce Body Description Data," Report No. AFAMRL-TR-83-58, July 1983 Air Force Aerospace Medical Research Laboratory, AFAAMRL/BBM, Wright Patterson AFB, Ohio 45433 (NTIS ADA 133 720)
22. Kaleps, I., White, R., Beecher, R., Whitestone, J., and Obergefell, L., "Measurement of Hybrid III Dummy Properties, and Analytical Simulation Data Base Development," AFAAMRL Report to be published
23. O'Leary, E. D., "Establishing Initial Equilibrium Positions for Crash Victim Simulators," SAE Paper 871111, May 1987
24. "Crash Victim Simulator User's Data Tape," National Highway Traffic Safety Administration, NRD-10, 400 7th Street, S.W., Washington, DC 20590
25. U.S. Department of Transportation Press Release, "Testing How Well New Cars Perform in Crashes," August 5, 1986, supplement to press release NHTSA 30-86, and subsequent releases, NHTSA 28-87, NHTSA 33-87, and NHTSA 38-87, U.S. Department of Transportation, National Highway Traffic Safety Administration, NOA-40, 400 7th St., S.W., Washington, DC 20590
26. Hannemann, N.E., and Syson, S.E., "Study of Steering Assemblies for Evaluation, Rating and Improvements of Safety Performance," Report No. DOT-HS-806 655, June 1982 (NTIS PB 85 168 763/AS)
27. Galganski, R. A., "Study of Occupant Impact with Vehicle Interior Surfaces: Phase I - Methodology Development and Baseline Data," SAE Paper 851732, Twenty-Ninth Stapp Car Crash Conference, October 1985
28. Segal, S. J., Kamholz, L. R., and Griffith, D. G., "Vehicle Component Characterization," Report No. DOT-HS-807-054 and -055, NHTSA, January 1987. (NTIS PB 87 161972, and PB 87 161980)
29. Clark, C., Jettner, E., Digges, K., Morris, J., and Cohen, D., "Simulation of Road Crash Facial Lacerations by Broken Windshields," SAE Paper 870320, February 1987
30. Willke, D. T., and Monk, M. W., "Side Interior Stiffness Measurements," SAE Paper 861880, 30th Stapp Car Crash Conference, October 1986

Positions and opinions advanced in this paper are those of the author(s) and not necessarily those of SAE. The author is solely responsible for the content of the paper. A process is available by which discussions will be printed with the paper if it is published in SAE Transactions. For permission to publish this paper in full or in part, contact the SAE Publications Division.

Persons wishing to submit papers to be considered for presentation or publication through SAE should send the manuscript or a 300 word abstract of a proposed manuscript to: Secretary, Engineering Activity Board, SAE.

Printed in U.S.A.

20

SAE TECHNICAL PAPER SERIES

980357

# A New CVS/ATB Hybrid III Model for Lower Extremity Studies: Development and Validation

E. M. Sieveka, J. A. Pellettiere, J. R. Crandall and W. D. Pilkey
University of Virginia, Automobile Safety Laboratory

M. Tanahashi, G. Weisenfeld, Y. Takahashi and Y. Okamoto
Honda R&D, North America (or HGT)

Reprinted From: Mechanics of Protection
(SP-1355)

The Engineering Society
For Advancing Mobility
Land Sea Air and Space
INTERNATIONAL

International Congress and Exposition
Detroit, Michigan
February 23-26, 1998

The appearance of this ISSN code at the bottom of this page indicates SAE's consent that copies of the paper may be made for personal or internal use of specific clients. This consent is given on the condition, however, that the copier pay a $7.00 per article copy fee through the Copyright Clearance Center, Inc. Operations Center, 222 Rosewood Drive, Danvers, MA 01923 for copying beyond that permitted by Sections 107 or 108 of the U.S. Copyright Law. This consent does not extend to other kinds of copying such as copying for general distribution, for advertising or promotional purposes, for creating new collective works, or for resale.

SAE routinely stocks printed papers for a period of three years following date of publication. Direct your orders to SAE Customer Sales and Satisfaction Department.

Quantity reprint rates can be obtained from the Customer Sales and Satisfaction Department.

To request permission to reprint a technical paper or permission to use copyrighted SAE publications in other works, contact the SAE Publications Group.

**GLOBAL MOBILITY** DATABASE

***All SAE papers, standards, and selected books are abstracted and indexed in the Global Mobility Database***

No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.

**ISSN 0148-7191**
**Copyright 1998 Society of Automotive Engineers, Inc.**

Positions and opinions advanced in this paper are those of the author(s) and not necessarily those of SAE. The author is solely responsible for the content of the paper. A process is available by which discussions will be printed with the paper if it is published in SAE Transactions. For permission to publish this paper in full or in part, contact the SAE Publications Group.

Persons wishing to submit papers to be considered for presentation or publication through SAE should send the manuscript or a 300 word abstract of a proposed manuscript to: Secretary, Engineering Meetings Board, SAE.

**Printed in USA**

980357

# A New CVS/ATB Hybrid III Model for Lower Extremity Studies: Development and Validation

**E. M. Sieveka, J. A. Pellettiere, J. R. Crandall and W. D. Pilkey**
University of Virginia, Automobile Safety Laboratory

**M. Tanahashi, G. Weisenfeld, Y. Takahashi and Y. Okamoto**
Honda R&D, North America (or HGT)

Copyright © 1998 Society of Automotive Engineers, Inc.

## ABSTRACT

A simulation model of the Hybrid III lower extremities with the 30 degree dorsiflexion ankle was developed using the CVS/ATB program. The femur and tibia were modeled as a sequence of rigid beams with a hinge and slider at the knee. Special, locked joints were placed in the femur and tibia at the same locations as the load cells in the actual dummy. Constraint forces and moments at these joints can be compared directly to load cell data. The complex geometry of the foot was divided into five segments representing the heel, toe, forefoot, midfoot, and ankle regions. Two foot models were constructed: one barefoot and one with a Lehigh safety shoe. Good agreement was obtained for most parameters when single-leg pendulum tests, and full-body sled tests, were simulated using the new model.

## INTRODUCTION

An enhanced leg model for use with the Crash-Victim-Simulator/Articulated-Total-Body (CVS/ATB) computer program has been developed to study the response of the lower extremity in automobile crashes. This model strives to reproduce the geometry of the Hybrid III leg more faithfully than previous models, and to provide output data at all of the actual dummy's joint and load cell locations. The goal was to create a realistic approximation of the Hybrid III lower extremity structure (shown schematically in Fig. 1) such that the forces and moments calculated by a CVS/ATB simulation would accurately predict the values measured by the dummy's leg instruments during a dynamic test. Such capabilities allow potential countermeasures to be explored with the efficiency of the computer before prototyping. They also allow test procedures to be evaluated for their predictive potential by comparing results from the idealized conditions of simulated tests with results from the real world of laboratory tests. The test device from which this model is derived, a Hybrid III dummy with a 30 degree ankle, is the current standard for compliance testing under FMVSS 208.

Figure 1.

## MODEL DESCRIPTION

INERTIA AND JOINT PROPERTIES – CVS/ATB data for the Hybrid III lower limb has existed for many years; however, it was obtained for a simpler model that was used in simulations focusing on the upper body. The new model separates the old single-segment thigh and leg parts into two- and three-segment parts respectively, as well as adding complexity to the knee and ankle regions. The new segments required their own mass and moment data, and a reevaluation of the joint data was also required. To meet these needs, a parallel testing program was conducted and the results of this work are described in a companion paper [1].

GEOMETRY AND DEGREES-OF-FREEDOM – As the first step in the implementation of a new Hybrid III lower

extremity model into CVS/ATB full-body models, a simpler, single-limb model was developed to simulate a pendulum test of toepan impact [2]. The test involves placing a lower extremity between a moveable toepan plate and a pin joint representing the H-point in the dummy, and then striking the toepan plate transfer piston with a swinging pendulum. This simple setup has fewer degrees-of-freedom than a full-body sled test, which reduces the chance of model vs. test discrepancies being caused by variables not associated with the limb. The test apparatus is displayed in Fig. 2. The current model is shown in Fig. 3 and is described, in detail, below.

Figure 2.

Figure 3.

Femur and Tibia – The femur and tibia portions of the lower extremity (between the hip and ankle joints) are essentially a sequence of rigid beams with a hinge at the knee. Within this structure are load cells which measure forces and moments at various points. In particular, there are two load cells within the tibia and one within the femur. Since the CVS/ATB program provides output data of the forces and moments experienced at a joint, even if it is locked, a natural choice is to represent these load cells by locked joints. This leads to the detailed geometry shown in Fig. 4. The joints are placed at the centers of the load cells since that is defined in Hybrid III drawings as the load cell axis location. Centers of gravity for the CVS/ATB segments are shown for reference, but the actual "structure" is represented by the lines connecting the joints. In Fig. 4, the hip position is not specified precisely (dashed line) because it can depend on whether the limb is implemented in a full-body model or in a component model such as the pendulum. Specifics of the pendulum model will be discussed later.

Figure 4.

The knee joint requires extra description because it is actually a combination of two joints, a pin joint and a slip joint, superposed on the same location, but separated in CVS/ATB by the extra "Slider" segment. This construction is necessary in order to properly represent the behavior of the knee-slider. While it is possible in CVS/ATB to have a single joint with pin and slip characteristics, this will not produce a correct model since the slip axis would remain fixed to the Knee segment and would not rotate with the lower leg as it does in the actual leg. The addition of the Slider segment allows a pin joint between the Knee and the Slider, followed by a slip joint between the Slider and the Clevis. The slip axis is in the X-direction of the Slider-Clevis system and rotates relative to the Knee when the leg rotates relative to the thigh.

Foot – Two models of the foot were constructed, one barefoot and one wearing a Lehigh safety shoe, as specified in the GM drawing package [3]. In each case, the ankle segment was inserted into the foot and the ball joint was centered within its range of motion. Next, the foot was placed on a flat surface and the angle of the ankle segment's top surface was measured relative to horizontal. The foot was then placed on its side, and a tracing was made of the entire assembly, including the ankle segment. Finally, this tracing was scanned into a PC computer and used as a template for a drawing program in order to give shape to the foot with CVS/ATB ellipsoids. Inclusion of the ankle segment gave fixed reference points to ensure the proper placement of the foot relative to the leg.

The Lehigh shoe model is shown in Fig. 5. In this case, the top surface of the ankle segment is parallel to the ground; with the heel lift caused by the shoe off-setting the seven degree angle present when the foot is bare.

The ankle joint axis is, therefore, 17.4 degrees from vertical with the foot flat on the ground; the same as the angle between the tibia and the ankle segments. Five segments are used to shape the foot and correspond, roughly, to the talar (CP), tarsal (MFOT), metatarsal (FFOT), phalangeal (TOE), and calcaneal (HEEL) regions of the human foot. In the dummy model, all of the segments are connected by locked joints except for the FFOT and TOE segments. The toe joint location cannot be defined precisely, and has been estimated from video pictures of the toe flexion quasi-static test. Approximately 90% of the foot's inertia properties have been concentrated in the MFOT segment, which has its origin at the c.g. point. The MFOT contact ellipsoid has been offset from this origin. The remaining 10% of the inertia properties have been allocated to the TOE segment since it can rotate relative to the rest of the foot.

Figure 5.

The barefoot model is shown in Fig. 6. Qualitatively, it is the same as the Lehigh model. The most significant differences are the ankle joint and toe segment angles. In order to get a better fit to the toe region of the bare foot, the TOE segment coordinate system was rotated 13.5 degrees about the Y-axis. Also, without the shoe's heel lift, the ankle joint axis now makes an angle of 24.4 degrees to the vertical when the foot is on a horizontal surface. A pictorial comparison of the leg model both with and without the shoe is shown in Fig. 7. Since testing is normally done with a shoe, all of the benchmarking and validation work was performed with the Lehigh model.

Figure 6.

Figure 7.

CONTACT FORCE FUNCTIONS – Contact between the foot and the toepan, or between the foot and the brake pedal, is the path through which load is transmitted to the lower extremity. In particular, the simulation result for distal tibia axial load is very sensitive to the representation of this contact force. It is important, therefore, to accurately describe the contact-force versus deformation that is generated at the model's heel and forefoot contact points. During the testing program, the sole rubber from a Hybrid III foot was placed inside a Lehigh shoe and was subjected to quasi-static force/deformation tests using a circular indentor face with a diameter of 3.8 cm. The diameter of the indentor was chosen to match the width of the Hybrid III's sole plate. Test details are described in the companion paper [1]. The heel and forefoot force/deformation results from these tests are fit well by the following cubic polynomials:

Heel - $F = (1159.2 N/cm)X + (152 N/cm^2)X^2 + (160 N/cm^3)X^3$

Forefoot - $F = (181.5 N/cm)X + (360 N/cm^2)X^2 + (320 N/cm^3)X^3$