

smext

11/13/03 -- Granted to 11/12/03, any further
request for time
M.J.N.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE JEEP WRANGLER CLASS ACTION | : CIVIL NO. 3:02 CV 1219 (JBA) |
| ANGELA PHELAN, ADMINISTRATRIX OF THE ESTATE OF CHRISTOPHER PHELAN, CLASS MEMBER, AND INDIVIDUALLY | : : : |
| Plaintiffs | : |
| VS. | : |
| DAIMLERCHRYSLER CORPORATION | : NOVEMBER 3, 2003 |
| Defendant | : |

**PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANT'S MOTION TO EXCLUDE TESTIMONY BY PLAINTIFF'S EXPERTS AND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b), Plaintiff moves for an additional seven (7) day extension of time within which to reply to Defendant's Motions. Plaintiff needs this additional time because one of Plaintiff's attorneys was attending to a death in his immediate family, and another attorney has been on trial before the Connecticut Superior Court. Defendant has no objection to Plaintiff's Motion For Extension Of Time. This is Plaintiff's second request for an extension of time.

STANGER & ARNOLD, LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042