UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE JEEP WRANGLER CLASS ACTION | : CIVIL NO. 3:02 CV 1219 (JBA) |
| ANGELA PHELAN, ADMINISTRATRIX OF THE ESTATE OF CHRISTOPHER PHELAN, CLASS MEMBER, AND INDIVIDUALLY | : : : |
| Plaintiffs | : |
| VS. | : |
| DAIMLERCHRYSLER CORPORATION | : NOVEMBER 14, 2003 |
| Defendant | : |

**PLAINTIFFS' RENEWED MOTION TO COMPEL
DEFENDANT'S RESPONSES TO PLAINTIFFS' FIRST SET OF PRODUCT LIABILITY
INTERROGATORIES AND REQUESTS FOR PRODUCTION**

Pursuant to the Court's July 10, 2003 Ruling on Plaintiffs' Motion To Compel and its October 21, 2003 Ruling on Plaintiffs' Motion For Extension Of Time To Complete Product Discovery, and in accordance with Fed.R.Civ.P. 37 and D.Conn.L.Civ.R. 37, Plaintiffs renew their May 19, 2003 Motion To Compel, and request that the Court order Defendant to fully respond to Plaintiffs' First Set of Product Liability Interrogatories and Requests for Production dated December 31, 2002 at issue.

                        Respectfully submitted,
                        PLAINTIFFS

                        BY _____
                            Steven E. Arnold, ct07966
                            sea@SAlaw.us
                            Peter M. Van Dyke, ct24747
                            pvd@SAlaw.us
                            Stanger & Arnold, LLP
                            29 South Main Street
                            West Hartford, CT 06107
                            Tel. (860) 561-0650
                            Fax. (860) 561-0646
                            Their Attorneys

## PROPOSED ORDER

Plaintiffs' Renewed Motion to Compel Defendant's Responses to Plaintiffs' First Set of Product Liability Interrogatories and Requests for Production dated December 31, 2002, having been heard and considered, it is hereby ORDERED:

### Interrogatories

| | |
|---|---|
| Interrogatory No. 1 | Granted/Denied |
| Interrogatory No. 2 | Granted/Denied |
| Interrogatory No. 3 | Granted/Denied |
| Interrogatory No. 4 | Granted/Denied |
| Interrogatory No. 5 | Granted/Denied |
| Interrogatory No. 6 | Granted/Denied |
| Interrogatory No. 7 | Granted/Denied |
| Interrogatory No. 8 | Granted/Denied |
| Interrogatory No. 9 | Granted/Denied |
| Interrogatory No. 10 | Granted/Denied |
| Interrogatory No. 13 | Granted/Denied |
| Interrogatory No. 14 | Granted/Denied |
| Interrogatory No. 15 | Granted/Denied |
| Interrogatory No. 16 | Granted/Denied |
| Interrogatory No. 17 | Granted/Denied |

### Production Requests

| | | |
|---|---|---|
| Production Request No. 1 | Granted/Denied | |
| Production Request No. 2 | Granted/Denied | |
| Production Request No. 3 | Granted/Denied | |
| Production Request No. 4 | Granted/Denied | |
| Production Request No. 5 | Granted/Denied | |
| Production Request No. 6 | Granted/Denied | |
| Production Request No. 7 | Granted/Denied | _____ |
| Production Request No. 8 | Granted/Denied | Clerk/Judge |

STANGER & ARNOLD, LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE JEEP WRANGLER CLASS ACTION | : CIVIL NO.: 302CV1219(JBA) |
| ANGELA PHELAN, ADMINISTRATRIX OF THE ESTATE OF CHRISTOPHER PHELAN, CLASS MEMBER, AND INDIVIDUALLY | : |
| Plaintiffs, | : |
| V. | : |
| DAIMLERCHRYSLER CORPORATION, | : NOVEMBER 14, 2003 |
| Defendant. | : |

## LOCAL R. CIV. P. 37(a)(2) AFFIDAVIT

I, Steven E. Arnold, counsel for the Plaintiffs, being duly sworn, deposed and say that, prior to filing Plaintiffs' May 19, 2003 Motion To Compel, I conferred with counsel for the opposing party in an effort in good faith to resolve by agreement the issues raised by Plaintiffs' May 19, 2003 Motion To Compel without the intervention of the Court. Plaintiffs' November 14, 2003 Renewed Motion To Compel raises the same issues.

_____
Steven E. Arnold

Subscribed and sworn to before me this 14th day of November 2003 at West Hartford, Connecticut.

_____
Pamela M. Blass
Notary Public
My Commission Expires: 10/31/08

## CERTIFICATION

    I hereby certify that a copy of the foregoing was mailed on November 14, 2003, postage prepaid, to all counsel and pro se parties of record as follows:

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

Lewis H. Goldfarb, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY 10022

Daniel Krisch, Esq.
Horton, Shields & Knox
90 Gillett Street
Hartford, CT 06105

M. Sheila Jeffrey, Esq.
Miller, Canfield, Paddock & Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI 48098

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson
555 Thirteenth Street
Washington, DC 20004

Steven E. Arnold

STANGER & ARNOLD, LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042