19      the dimensional control and that's the same

20      dimensional control that we just talked about?

21          A.   Yes, it was.

22          Q.   And so that changing the attachments

23      points helped with the wind noise and water leak

24      problems?

25          A.   Yes.

00018

1           Q.   And then you also said that one of the

2       other reasons for the change in the attachment

3       points was to increase the strength in torque and

4       bending?

5           A.   Torsional and bending, yes.

6           Q.   What was wrong with the YJ with regard to

7       its strength in torsional and bending?

8                   MR. OTT:  Object to form.

9                   THE WITNESS:  I hesitate to use the

10      term what was wrong with it, but by improving both

11      of those properties we can make a vehicle sound and

12      feel a lot tighter.

13          Q.   (BY MR. EVANS)  Was this a problem solely

14      related to wind noise and water leaks?

15          A.   And we would also put down BSR, which is

16      buzz, squeak and rattle.

17          Q.   Did the change in the attachment points

18      increase the strength of the vehicle or the -- let

19      me rephrase that question.

20                  Did the change in the attachment

21      points increase the strength of the sport bar?

22          A.    You'd have to ask our structures group

23    that question.

24          Q.    And who would I ask in the structures

25    group?

00019

1           A.    I would start with Rich Friday or Adrian

2     Van Campenhout.

3           Q.    Were you involved in any crash testing of

4     the TJ?

5           A.    No, that is carried by the structures

6     organization.

7           Q.    Did you witness any?

8           A.    On film, yes.

9           Q.    At the time?

10          A.    Yes.

11          Q.    Why were you witnessing those crash tests?

12          A.    Through personal interest as much as

13    anything.

14          Q.    And what did you learn?

15          A.    From witnessing the test not very much.

16    My information comes from feedback from the

17    structures engineers.

18          Q.    And what did you learn from that feedback?

19          A.    For crash tests we were meeting the

20    standards they required.

21          Q.    And are those internal standards?

22          A.    I'm not sure.

23          Q.    Did you see any crash testing of YJs?

24          A.    No, I did not.

25          Q.    In your conversations with anyone from the

00020

1      structures group did they indicate that there was a

2      problem with regard to the windshield collapsing in

3      a vehicle collision with the YJ?

4          A.    No, they did not.

5          Q.    Did they indicate any problems with the YJ

6      in terms of its performance in accident situations?

7               MR. OTT:  Are you talking about to

8      Mr. Chapman I take it?

9               MR. EVANS:  Yes.

10              THE WITNESS:  No, they did not.

11         Q.    (BY MR. EVANS)  To your knowledge the YJ

12     performed as intended in accident situations?

13         A.    Yes, I believe so.

14              MR. OTT:  Object to foundation.

15         Q.    (BY MR. EVANS)  Was it your decision to

16     place an attachment point for the sport bar on the

17     upper B-pillar?

18         A.    I recommended it, yes.

19         Q.    And what tests did you do to determine why

20     that would be an improvement over the YJ model?

21         A.    Personally I did no testing, and the only

22     improvement that we would have tested or looked for

23     was in door sealing through the upper B-pillar

24     location.

25              That was the reason for the addition.

00021

1          Q.    Were you aware of any testing done

```
 2        regardless of whether you personally did it as to

 3        improvements that were made as a result of an

 4        attachment point on the upper B-pillar?

 5             A.   I'm not sure I fully understand that

 6        question.

 7             Q.   Well, a moment ago I asked what testing

 8        was done and you said you personally didn't do any

 9        testing.

10                  Are you aware of testing that was

11        done by anybody else with regard to any improvement

12        as a result of the addition of an attachment point

13        on the upper B-pillar?

14             A.   I guess it's the what form of improvement

15        you're looking to ask that question on.

16             Q.   As I understand it, part of the reason why

17        you recommended an attachment point on the upper

18        B-pillar was for an improvement in the dimensional

19        control as well as buzz, squeak and rattle.

20                  What improvements were seen as a

21        result of your recommended change?

22             A.   I think improvements we were looking for

23        would have been judgmental calls on whether the

24        vehicle was quieter, whether there was less

25        vibration in the vehicle.

00022

 1           - Q.   And how did you make that determination?

 2             A.   That determination would be made by

 3        probably our vehicle development organization who

 4        would drive the vehicles and grade them on wind
```

5       noise and road noise.

6              Q.   So in essence you built some prototype

7       vehicles, for lack of a better phrase, Chrysler

8       employees drove them and reported back to you on

9       whether it had wind noise or not?

10             A.   Reported back, yes.

11             Q.   And that's the extent of the testing to

12      determine whether your recommended improvement had

13      any improvement at all?

14             A.   Yes.

15             Q.   Did you do any type of computer work to

16      determine whether your recommended improvement

17      would -- recommended change, would improve the

18      vehicle's performance?

19                  MR. OTT:  Object to form.

20                  THE WITNESS:  There would have been

21      computer analysis work done, yes.

22             Q.   (BY MR. EVANS)  And would you have done

23      that computer analysis work?

24             A.   No, that's run through the structures

25      organization.

00023

1              Q.   And you also said that the attachment

2       point of the lower B-pillar was turned through 90

3       degrees?

4              A.   I think that's true, yes.

5              Q.   Can you tell the jury what you mean by an

6       attachment point being turned through 90 degrees?

7              A.   I think on the original TJ design the

8          lower attachments went into the floor and into the

9          kick-up panel between the front and rear floor.

10                    For the TJ I think we turned that

11         around to the side and the attachment points still

12         went through the floor, but the other attachments

13         points went through the B-pillar, the lower

14         B-pillar.

15              Q.   A moment ago if I heard you correctly, you

16         said that for the original TJ design it went

17         through?

18              A.   No, I just misstated.  YJ, yes.

19              Q.   So for the original YJ design it went

20         through the floor panel and then went through the

21         kick-out?

22              A.   Kick-up.

23              Q.   Kick-up?

24              A.   Yeah.

25              Q.   And you changed that so that it would

00024

1          still go through the floor, but then would go

2          through the B-pillar?

3               A.   Yes.

4               Q.   To your knowledge, was there any computer

5          work done with regard to the changes made on the

6          attachment points for the sport bar to determine any

7          structural changes that were an end result of your

8          suggested changes?

9                    MR. OTT:  Object to form.

10                   THE WITNESS:  I believe that work

11      would have been done.

12          Q.    (BY MR. EVANS)  And you again would

13      believe -- you would believe that would have been

14      done by the structures group?

15          A.    Yes.

16          Q.    And particular Rich Friday and Adrian?

17          A.    I'm fairly sure Adrian is the correct

18      name.  Rich Friday at some time left that

19      department.

20          Q.    Now as I understand it, this is the only

21      sport bar that you have worked with?

22          A.    Yes, yes, as purely a sport bar, yes.

23          Q.    How many roll bars have you worked with?

24          A.    None.

25          Q.    Prior to your contract work in 1993 what

00025

1       were you doing?

2           A.    I've been doing automotive work since

3       about 1977 working in England to Europe and America.

4           Q.    For any particular corporations or were

5       you on a contract basis?

6           A.    On a contract basis.

7           Q.    Tell me what manufacturers you worked for

8       between 1977 and 1993.

9           A.    I worked for Audi, for Mercedes, for BMW,

10      for Volvo, for DeLorean, General Motors, for Ford

11      Motor Company, and for Kia, a Korean company.

12          Q.    How would you classify a Jeep Wrangler?

13      Obviously it's not a passenger car.

14                    Does it have a name that you're

15    comfortable with?

16        A.    I classify it as an off-road sport utility

17    vehicle.

18        Q.    Prior to 1993 had you done any work on

19    off-road sports utility vehicles?

20        A.    Not like the Wrangler, no.

21        Q.    Regardless of whether it's like the

22    Wrangler, what work did you do on an off-road sport

23    utility vehicle prior to 1993?

24        A.    I'd say none.

25        Q.    Is there an area of experience or area of

00026

1    expertise that you focus your efforts in?

2        A.    Yes, body-in-white.

3        Q.    And so the jury understands what that

4    means, can you explain that term?

5        A.    It's always described body-in-white as

6    being any part of the vehicle that you see painted

7    in the finished color.

8        Q.    And what type of work do you do with

9    regard to body-in-whites?

10        A.    As we spoke earlier, basically a design

11    engineering and product release function.

12        Q.    Have you been responsible for designing a

13    vehicle and its structural -- and determining its

14    structural integrity?

15        A.    No.  We take advice from the structures

16    group for the structure integrity.  They set the

17    targets we try to achieve.

18         Q.    And how do you go about determining how

19    the vehicles should meet those goals set by the

20    structures people?

21         A.    I think a lot of it comes from experience,

22    knowledge.  I worked on many vehicles before.  Most

23    vehicles follow a very common architecture and

24    design, and in this particular case for example we

25    had the '95 Wrangler to use as a benchmark to do the

00027

1     '97.

2          Q.    What information did you know about the

3     '95 Wrangler?

4          A.    I had all of the design and release

5     drawing work available to me and I had the support

6     of the structures group for any other input that I

7     needed.

8          Q.    Do you know the reason why the YJ model

9     was being modified?

10              MR. OTT:  Object to form.

11              THE WITNESS:  The exact reason, no,

12    but I think as with most vehicle lines they are

13    renewed on a cycle basis to meet customer

14    requirements.

15         Q.    (BY MR. EVANS)  Do you know there was not

16    a Jeep Wrangler for the '96 model year?

17         A.    I believe that was because the '97

18    Wrangler started building early.

19         Q.    Was the TJ originally designed to be

20    released in '96?

21        A.    I don't think so.

22        Q.    So it's your understanding that the YJ was

23    discontinued a year early because the TJ began

24    production a earlier in time than originally

25    planned?

00028

1                    MR. OTT:  Object to form.

2                    THE WITNESS:  Not than originally

3    planned, but I know that it started in the January

4    time frame.

5        Q.    (BY MR. EVANS)  January of '96?

6        A.    Of '96.

7        Q.    Other than the wind noise and water leaks,

8    are you aware of any problems that were reported

9    with the YJ that the TJ design was intended to

10    correct or improve?

11                   MR. OTT:  Object to form.

12                   THE WITNESS:  Not specific problems

13    because the TJ was originally meant to be a facelift

14    vehicle which means tighten the existing vehicle,

15    make some physical changes that people could see

16    that made it look like a different vehicle, so the

17    intent was to carry over as much of the existing

18    vehicle as possible.

19        Q.    (BY MR. EVANS)  Obviously the wind problem

20    and the water leak problem that you mentioned

21    earlier was not something that was visible to the

22    customer; is that --

23       A.  No, not visible.

24       Q.  So was that a problem that the TJ was

25  attempting to correct in the YJ?

00029

1             MR. OTT:  Object to form.

2             THE WITNESS:  It was a customer

3  complaint that we were trying to address.

4       Q.  (BY MR. EVANS)  Were there other customer

5  complaints with the YJ that the TJ attempted to

6  address?

7       A.  Not that I was physically aware of.

8       Q.  So from your standpoint the TJ was simply

9  a facelift vehicle, though it was trying to correct

10  the wind noise and water leak customer complaint?

11      A.  And I've mentioned other things like

12  noise, vibration, buzz, squeak and rattle, just to

13  make it generally feel like a better vehicle for the

14  customer.

15      Q.  To your knowledge were there any tests

16  done of the TJ with regard to roof strength?

17      A.  I believe there was a test done, yes.

18      Q.  Do you have an understanding of when that

19  test was or what the results were?

20      A.  I have an understanding that the results

21  were considered by our structures group to be

22  acceptable.

23      Q.  Do you have an understanding of whether

24  they were an improvement over the YJ?

25      A.  No, I don't.

00030

1          Q.   And again I should direct my questions to

2     either Mr. Friday or to Adrian?

3          A.   Yes.

4          Q.   Are you aware of any side impact testing

5     that was done with regard to the TJ?

6          A.   No, I am not.

7          Q.   What do you do for Chrysler these days?

8          A.   I work in advanced vehicle area supporting

9     Jeep packaging and overall vehicle design and

10    assembly.

11         Q.   And have you worked in this group since

12    1997?

13         A.   I've been in this group for two years.

14         Q.   What did you do after your work on the TJ

15    model was over?

16         A.   I worked on a new Jeep vehicle, code name

17    KJ.

18         Q.   And was that vehicle ever put into

19    production?

20         A.   That vehicle will come into production,

21    yes.

22         Q.   And this was a new vehicle as opposed to a

23    facelift of an existing vehicle?

24         A.   Yes, it was.

25         Q.   What role did you play in the development

00031

1     of the KJ?

2          A.   I was the supervisor for the upper body.

3       Q.   And you worked on this in '97 and '98?

4       A.   That would be about the right time frame.

5       Q.   What type of roof structure does the KJ

6   have?

7               MR. OTT:  Let me just object at this

8   point.

9               I think we can probably deal with

10  what you need to, but the corporation as you might

11  imagine is very sensitive about revealing details of

12  vehicles not yet in production.

13            The production of this vehicle is

14  starting soon I understand, but perhaps if we could

15  take care of your needs by asking him whether or not

16  it has an open body structure like the Wrangler or

17  whether it has a full roof structure, I think we can

18  allow him to answer that.

19           MR. EVANS:  That will be fine.  I'll

20  ask my question in Mr. Ott's words.

21     Q.   (BY MR. EVANS)  Does it have an open

22  structure?

23     A.   It does not have an open structure.

24     Q.   It has a full roof design to it?

25     A.   Conventional roof design, yes.

00032

1       Q.   Were you responsible for making the

2  decision for a conventional roof design?

3       A.   No, I was not.

4       Q.   Is this vehicle designed to replace the

5  Jeep Wrangler?

6      A.   No, it is not.

7      Q.   It's an alternative choice for consumers?

8      A.   Yes, it is.

9      Q.   Mr. Chapman, I don't believe I have any

10     other questions for you.

11          It sounds like the person I need to

12     talk to is more Rich Friday than you, so I

13     appreciate your time.  I think we're finished.

14          MR. OTT:  Let me just ask a couple

15     just clarify a couple of issues.

16                    EXAMINATION

17     BY MR. OTT:

18     Q.   Mr. Chapman, several times in the

19     deposition Mr. Evans asked you who was responsible

20     for certain decisions?

21          Do you recall that?

22     A.   Yes.

23     Q.   Can you explain to the jury in the

24     automotive industry and more specifically at

25     DaimlerChrysler where you work, are decisions about

00033

1      vehicle design and development issues typically made

2      by one person?

3      A.   No, they are not.

4      Q.   How are decisions made, can you explain

5      that?

6      A.   It's a very  -- I believe it to be a very

7      large process involving various levels of

8      management.

```
 9            Q.    Could it be described as a consensus
10      process?
11            A.    Yes, it could be.
12            Q.    With input from more than one group?
13            A.    Yes, definitely.
14            Q.    And that's the other thing maybe I want to
15      clarify.
16                  You've talked about having the design
17      and release responsibility for the TJ sport bar.
18            A.    Yes.
19            Q.    You've also, however, described
20      significant input and involvement by a group called
21      structures.
22            A.    Yes.
23            Q.    Can you explain to the jury what is
24      directly the relationship between a body-in-white
25      design and release function and the structures
00034
 1      function?
 2            A.    Yes, I can.
 3                  Body-in-white try to carry out a
 4      design that meets standards that are set and tested
 5      by other departments, structures being one of those
 6      departments.  They actually take on the testing
 7      responsibility.  If we meet their requirements then
 8      they will come back to us and tell us that the
 9      design we have is acceptable.
10                  If we fail to meet their requirements
11      they will come back and tell us in which manner we
```

12    failed and which is the correct direction to take to

13    try and solve the problem.

14        Q.    So I know that things aren't done with

15    pencil and paper anymore, but the design and release

16    function, they're the ones who actually draw up what

17    the parts are going to look like?

18        A.    They're the ones, yeah.

19        Q.    That's your group?

20        A.    Yes.

21        Q.    And then the structures group takes that

22    or they set the standards that you try to make that

23    design meet?

24        A.    Yes.

25        Q.    And then they test to see whether it meets

00035

1    it?

2        A.    Yes, they do.

3        Q.    And if it needs to go somewhere else or to

4    be changed in any way, structures works with the

5    design people to make that happen?

6        A.    Yes, they do.

7        Q.    All right.  I think that helps.  That's

8    all I have at this stage.

9                Thank you.

10                MR. EVANS:  I've got a couple of

11    follow-up questions.

12                        REEXAMINATION

13    BY MR. EVANS:

14        Q.    Mr. Ott used the term a consensus process.

15                    Is there for instance in the

16      decisions that you were responsible for or you

17      released the sport bar on, was there a formal group

18      of people who made the decisions?

19          A.   There wouldn't have been a formal group in

20      the sense of group of people that sit around a table

21      and confer and come up with a single solution, but

22      there would be people who had an input, a group of

23      people who had input, as to whether that was an

24      acceptable design for manufacturing, for fit,

25      finish, for structural performance and everything

00036

1       along those lines really.

2           Q.   And as I understood your testimony

3       earlier, you called that feedback from different

4       groups?

5           A.   I would call it feedback, yes.

6           Q.   There's not a vote as to whether or not

7       the sport bar should be released?

8           A.   No, there's not a vote.

9           Q.   It's your decision to release the sport

10      bar based upon the feedback or the information you

11      receive from the other groups?

12          A.   It's my decision to release the design at

13      that level, yes.

14          Q.   Now you also in response to a question

15      that Mr. Ott asked said that structures gave you the

16      standards.  You then drew, designed the part and

17      then structures would determine whether the part

18      that you designed met their standards?

19           A.   For some of them, yes, for some of the

20      standards.

21           Q.   With regard to the sport bar, is that an

22      accurate description of the process that took place?

23           A.   I guess I would have to go back to another

24      statement I made and that was to do with the

25      original plan for the sport bar was to carry over

00037

1       the YJ sport bar.

2                     That was an intended design.

3            Q.   And so is it fair to say that the

4       standards that you were given for the TJ were to use

5       the existing YJ design to try to correct the wind,

6       noise and water leak problem?

7                 MR. OTT:  Object to form.

8                 THE WITNESS:  To using the existing

9       YJ design.  If possible make any improvements that

10      really fitted with the vehicle.

11           Q.   (BY MR. EVANS)  Were there any standards

12      that you were given for the TJ sport bar dealing

13      with the strength of that bar?

14           A.   The directive was to meet or exceed the

15      '95 YJ bar.

16           Q.   And did you try to exceed that standard in

17      your design?

18           A.   We didn't set out to exceed the standard,

19      no.

20           Q.   Did you set out to strengthen the sport

21      bar in any way?

22          A.    No, just to improve its role it played in

23      the overall body stiffness.

24          Q.    And how did you attempt to design the TJ

25      sport bar to improve its performance in the overall

00038

1       body stiffness?

2           A.    Major change was to make the additional

3       attachment to the top of the B-pillar.

4           Q.    So that was the improve the overall body

5       stiffness, that was another reason for that; it

6       wasn't simply wind noise and water leaks and the

7       buzz, squeak and rattle that we talked about

8       earlier?

9           A.    You're back to the torsional and dynamic

10      bending, yes.

11          Q.    I understood you to tell me that that was

12      related to buzz, squeak and rattle?

13          A.    That has an effect on buzz, squeak and

14      rattle.

15          Q.    So another reason is not simply a consumer

16      complaint about buzz, squeak and rattle, wind noise

17      and water leaks, but was to increase the overall

18      stiffness of the vehicle?

19          A.    That's why I made the statement earlier,

20      was to improve or to achieve torsional and bending

21      targets, yes.

22          Q.    Now how did your design improve the

23      overall stiffness of the vehicle?

24          A.    By adding an extra attachment point at the

25     top of the B-pillar we were able to run tests,

00039

1      structures group ran tests on the vehicle, but that

2      was part of really what became of redesign of the

3      vehicle.

4          Q.    Was a standard given to you by the

5      structures group to improve the overall stiffness of

6      the vehicle?

7          A.    A set of torsional and bending figures

8      targets were set, yes.

9          Q.    And they were higher than what existed

10     with the YJ?

11         A.    Yes, they were.

12         Q.    Can you tell me first for the jury to

13     understand, what is stiffness when we're talking

14     about a vehicle stiffness?

15         A.    The amount of bend or flex in the body

16     when a load is applied to one area or more than one

17     area.

18         Q.    And what were the standards that you were

19     being asked to meet with regard to the TJ in the

20     area of the overall stiffness of the vehicle?

21         A.    You should ask our structures group for

22     the numbers.

23         Q.    Well, regardless of the numbers, what was

24     your understanding?

25         A.    It was an improvement, slight improvement

00040

1      in the numbers for both of those figures.

2              Q.    Both of those figures?

3              A.    Torsional and bending.

4              Q.    And what is the difference for the jury

5      between torsional and bending?

6              A.    Torsional would be easiest way to describe

7      it would be a fore/aft bending motion.  The bending

8      could be a twisting.

9              Q.    Why in your design concepts did you put an

10     attachment point on the upper B-pillar to meet the

11     standards set by the structures group?

12             A.    The attachment in the upper B-pillar was

13     actually added to help maintain the door sealing

14     through the upper B-pillar.

15             Q.    It was not a design to increase the

16     torsional or bending capabilities of the vehicle?

17             A.    Specifically, no.

18             Q.    Did you do anything that specifically was

19     designed to meet the torsional and bending

20     requirements or standards that were given to you by

21     the structures group?

22             A.    Yes.  There are two main rails that run

23     along the underside of the body that give a lot of

24     the body strength.  Those were redesigned, refitted.

25             Q.    Where are those bars located?

00041

1              A.    They are under the floor outboard.

2              Q.    Are they attached to the B-pillar and the

3      A-pillar?

4          A.    They attach the -- lower B-pillar

5    attachments goes through them.  The A-pillar doesn't

6    directly attach to them.

7          Q.    Just so we're clear, your decision to put

8    an attachment point on the upper B-pillar had

9    nothing to do with meeting the standards on the

10   torsional and bending standards given to you by

11   structures?

12         A.    No, it was put in there to improve

13   dimensional control and to try and give us a better

14   seal in closed condition for the door.

15         Q.    Were there any tests done of the TJ model

16   without an attachment at the upper B-pillar?

17         A.    I don't think so, but you would have to

18   ask the structures group.

19         Q.    As a design engineer, what would an

20   attachment of the upper B-pillar do with regard to

21   improving the overall stiffness of the vehicle?

22         A.    I don't think I'm really qualified to

23   answer that one.

24         Q.    As I understand your role, you're given

25   standards and then you design a vehicle to meet

00042

1    those standards?

2          A.    Yes.

3          Q.    And in that role you don't feel qualified

4    to address what putting an attachment point on the

5    upper B-pillar might do to improve the overall

6    stiffness of a vehicle?

7      A.   You're asking me what it might do now

8   rather than what it actually does.  I think you'll

9   be better looking at the results of some of their

10   computer analysis and the physical testing to get a

11   more accurate answer.

12      Q.   Did you do any computer analysis of the TJ

13   without the attachment of the B-pillar?

14      A.   I do not know.

15      Q.   As a design engineer you understand how

16   energy is absorbed through the rails of a vehicle?

17            MR. OTT:  Object to form.

18            THE WITNESS:  I have a basic

19   understanding, yes.

20      Q.   (BY MR. EVANS)  Can you tell us what that

21   basic understanding is?

22      A.   In what kind of impact are you talking?

23      Q.   Frontal collision.

24      A.   Frontal collision, my understanding is

25   that the energy is absorbed by the rails crushing.

00043

1      Q.   And in order for those rails to crush

2   there must be points at which they are fixed to the

3   vehicle?

4      A.   Not necessarily.

5      Q.   In order for the energy to be transferred

6   through the rail system, must they be affixed to the

7   vehicle?

8      A.   I think that would be a true statement to

9   make.