```
10          Q.   Did the attachment of the sport bar at the
11    upper B-pillar change how the energy was transferred
12    in a frontal collision of a TJ?
13          A.   I don't know the answer to that.
14          Q.   That was not one of your objectives in
15    designing the attachment point at the upper
16    B-pillar?
17          A.   No, it was not.
18          Q.   Do you know if that was a byproduct of
19    that decision you made?
20          A.   No, I do not.
21          Q.   Do you know whether or not the structures
22    people set a standard for the torsional or bending
23    of the TJ due to collapses of the A-pillar?
24          A.   I was certainly not aware of that, no.
25                    MR. EVANS:  Subject to Mr. Ott asking
00044
 1    follow-up questions, I think I'm finished again.
 2                    MR. OTT:  I think we're all set.
 3                    Thank you, Mr. Chapman.
 4                    VIDEO OPERATOR:  Deposition concluded
 5    at 10:42 a.m.
 6                    (Deposition concluded at about 10:42
 7                    a.m.)
 8                         *     *     *
 9
10
11
12
```

13

14

15

16

17

18

19

20

21

22

23

24

25

00045

1    State of Michigan)

2    County of Oakland)

3           Certificate of Notary Public

4         I do hereby certify that the witness, whose

5    attached testimony was taken in the above-entitled

6    matter, was first duly sworn to tell the truth; the

7    testimony contained herein was reduced to writing in

8    the presence of the witness by means of stenography;

9    afterwards transcribed; and is a true and complete

10   transcript of the testimony given by the witness.

11        I further certify that I am not connected

12   by blood or marriage with any of the parties; their

13   attorneys or agents; and that I am not interested,

14   directly or indirectly, in the matter of

15   controversy.

```
16            In witness whereof, I have hereunto set my
17       hand at Beverly Hills, Michigan, County of Oakland,
18       State of Michigan.
19
20
21                       Denise M. Kizy, RPR/CSR-2466
22                       Registered Professional Reporter
23                       Certified Shorthand Reporter
```

```
00001
  1              IN THE CIRCUIT COURT OF TENNESSEE
  2         FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS
  3
  4     JAMES W. GILLESPIE and SANDRA
  5     GILLESPIE, Parents and Next
  6     of Kin of JAMES WADE GILLESPIE,
  7     Deceased,
  8
  9                      Plaintiffs,
 10
 11        vs                        Case No. 76600-9
 12
 13     DAIMLERCHRYSLER CORPORATION
 14     and JEEP EAGLE, Division of
 15     the Chrysler Corporation,
 16
 17                      Defendants.
 18                                              /
 19     DEPONENT:   LEON NEAL
 20     DATE:       Monday, October 30, 2000
 21     TIME:       2:15 p.m.
 22     LOCATION:   840 West Long Lake Road, Suite 200
 23                 Troy, Michigan
 24     REPORTER:   Denise M. Kizy, RPR/CSR-2466
 25     VIDEO:      Tim Reitman and James Walker
00002
  1     APPEARANCES:
  2
  3         WOLFF ARDIS, P.C.
```

```
 6         was -- it produced numbers so high that the test
 7         equipment couldn't go any higher.
 8              Q.   Anything else?
 9              A.   You can ask me questions.
10                   MR. OTT:   What direction was that
11         again, Mr. Neal?
12                   THE WITNESS:   That was in the
13         vertical direction.
14                   MR. OTT:   Thank you.
15              Q.   (BY MR. EVANS)   Now what role did you have
16         with regard to this testing?
17              A.   I had no role.
18              Q.   And at this point you were involved with
19         the Dodge Dakota development?
20              A.   Yes.
21              Q.   Was there anyone who was involved in this
22         testing who was evaluating the Wrangler's
23         performance in and of itself?
24              A.   I don't know the answer to that question.
25              Q.   Any other testing of the vehicle between
00071
 1         1987 and 1995?
 2                   MR. OTT:   We're talking about again
 3         the roll bar assembly?
 4                   MR. EVANS:   Yes.
 5                   THE WITNESS:   None other than what
 6         I've mentioned before.
 7              Q.   (BY MR. EVANS)   Now if we could go back to
 8         the 216 testing that was done in 1995, was there a
 9         videotape done of that?
```

```
10        A.    No.
11        Q.    Why not?
12        A.    We found no need for it.
13        Q.    Do you normally videotape 216 testing?
14        A.    No, we don't.
15        Q.    And was there a report generated?
16        A.    Yes, there was.
17        Q.    And this is the report that was produced
18   in the last 30 days?
19              MR. OTT:  We can't answer that unless
20   you show it to us.  You said this is the report that
21   was produced within the last 30 days.
22              MR. EVANS:  The test of 1995 testing,
23   216 testing, on the Jeep Wrangler.
24              MR. OTT:  I'm sorry, I don't
25   understand.  How can he answer?
00072
1               MR. EVANS:  Was the testing -- well,
2    I believe he --
3               MR. OTT:  Oh, I misunderstood your
4    question.
5         Q.    (BY MR. EVANS)  Was the testing that
6    you've referred to in the 1995 Jeep Wrangler the 216
7    testing?  The report generated, is that the report
8    that was produced to the plaintiff in the last 30
9    days?
10        A.    I can't answer that.  I don't produce
11   things to plaintiffs.
12        Q.    That was the report however that your
13   affidavit addresses?
```

```
14        A.   Yes.
15        Q.   And you understand that there is a motion
16   for sanctions with regard to the production of that
17   document because of the timeliness of the
18   production?
19        A.   I have heard that, yes.
20        Q.   Have you looked at the motion for
21   sanctions?
22        A.   No, I have not.
23        Q.   Let me hand you a document and ask if you
24   can identify that?
25             Actually I believe you probably need
00073
1    to take the first page off.
2              MR. OTT:  Okay.
3              THE WITNESS:  This page is a copy of
4    a 216 test that was conducted on a 1997 Jeep
5    Wrangler.
6              MR. EVANS:  Let's mark this as
7    whatever our next exhibit is.
8              (Marked for identification Deposition
9              Exhibit No. 10.)
10        Q.   (BY MR. EVANS)  Let me hand you another
11   document and ask if you can identify that for me?
12        A.   This is test results of FMVSS 216 test
13   that was conducted on a 1995 Jeep Wrangler.
14        Q.   And is that the '95 testing, 216 testing,
15   that you referred to?
16        A.   Yes, I did refer to this test earlier.
17        Q.   Would you expect that there would have
```

```
18        been a report generated to go along with that graph?
19            A.   This is a report.
20            Q.   Would you expect there to be any
21        additional portions to that report?
22            A.   No.
23            Q.   Would you expect there to be a test
24        request for that test?
25            A.   Yes, I believe there probably would be a
00074
 1        test request.
 2            Q.   And have you looked for that test request?
 3            A.   Not specifically, no.
 4            Q.   Which one of us has your affidavit?
 5                 MR. OTT:   Exhibit 2.
 6                 MR. EVANS:   If I could take a look at
 7        that for a moment, please.
 8            Q.   (BY MR. EVANS)   It says you have conducted
 9        a reasonable and diligent search for additional
10        documents related to this test and not located any
11        such documents.
12                 Is that true?
13            A.   Yes.
14            Q.   Did you make a reasonable and diligent
15        search for the test request?
16            A.   I looked for documents related to this
17        particular test.
18            Q.   Including the test request?
19            A.   Yes.
20            Q.   And you found no test request?
21            A.   I found no documents whatsoever.
```

```
22        Q.   What documents would you have expected to
23   find other than that particular piece of paper?
24        A.   I guess I didn't really expect -- I had no
25   expectations.
00075
 1        Q.   How are those test reports maintained?
 2        A.   They're maintained in a notebook in the
 3   test lab where the tests are conducted.
 4        Q.   And where did you do your reasonable and
 5   diligent search for additional documents?
 6        A.   In the test lab.
 7        Q.   Is that where the test requests are kept?
 8        A.   If available, yes, they're there.
 9        Q.   Is that where videotapes are also kept if
10   the test is videotaped?
11        A.   No.
12        Q.   Where are the videotapes kept?
13        A.   They're kept by the requester of the test.
14        Q.   And did you check with the requester of
15   this test to see if it was videotaped?
16        A.   I don't know who the requester was.
17        Q.   Did you check to see if this test was
18   videotaped?
19        A.   I had no documents to indicate to me that
20   it was videotaped.
21        Q.   What documents would you have expected to
22   find that would indicate it was videotaped?
23        A.   On a test request it would mention that
24   the requester would like the test to be filmed.
25        Q.   Any other place where you would find that?
```

```
00076
 1          A.   No, I don't believe so.
 2          Q.   Did you locate any photographs of this
 3     test?
 4          A.   No, I did not.
 5          Q.   Where would you find the photographs for
 6     this test normally?
 7          A.   They would be in the test lab.
 8          Q.   Who maintains the test lab records?
 9          A.   I don't know the person's name.
10               When this test was done they were
11     maintained by a person whose name is written on the
12     report and that's Mr. Farrah.
13          Q.   In your job as product analysis senior
14     specialist, you help lawyers produce documents in
15     litigation; do you not?
16          A.   Yes, I do.
17          Q.   Did you help the production of documents
18     in this particular case?
19          A.   Yes.
20          Q.   Did you look in the test lab at the time
21     of the original request for documents?
22          A.   Yes.
23          Q.   Was there a reason why you did not locate
24     this particular document?
25          A.   It wasn't available there.
00077
 1          Q.   I'm sorry, it wasn't available there?
 2          A.   Yes.
 3          Q.   Where was it?
```

```
 4         A.   I believe I found it in engineering.
 5         Q.   Did you look in engineering to see if they
 6    had any test request?
 7         A.   I believe this is all I found.
 8         Q.   Did you look?  Did you request of
 9    engineering, do you have any other documents related
10    to this?
11         A.   This is all they had.
12         Q.   What caused you to go to engineering in
13    the first place to find this document?
14         A.   I don't recall.
15         Q.   When did you go to engineering to find
16    this document?
17         A.   I didn't go specifically to find this
18    document.  I located this document this year and,
19    you know, I really don't know.
20         Q.   What caused you to go look for it?
21         A.   No, I don't recall.
22         Q.   But you found it some time in the year
23    2000?
24         A.   Yes.
25         Q.   Some time within the last 45 days?
00078
 1         A.   No, I believe it was earlier in the year.
 2         Q.   First half of the year?
 3         A.   I would think so, yes.
 4         Q.   Are all tests supposed to be kept in the
 5    test lab records?
 6         A.   No, they have a document retention policy.
 7    They only retain things for three years.
```

```
 8         Q.    So you would not have expected to find
 9    this document in the test lab records?
10         A.    It's not a matter of expectation.  If we
11    get a request from a plaintiff such as yourself for
12    a particular test result then what I do is I go down
13    to the test lab and see if it's there.
14         Q.    And what if you get a request for all
15    testing with regard to the Jeep Wrangler for certain
16    years, how do you go about finding those documents?
17              MR. OTT:  Are we talking about roll
18    bar again?
19              MR. EVANS:  Sure.
20              THE WITNESS:  I go to the test lab
21    and check their files.
22         Q.    (BY MR. EVANS)  And for tests that would
23    have been conducted more than three years ago what
24    do you do?
25         A.    Check with the body-in-white group or the
00079
 1    structures group.
 2         Q.    And did you follow that procedure with
 3    regard to the production of documents in this
 4    particular case?
 5         A.    You know, I don't know what the -- what
 6    your requests were.  I believe -- actually I'm not
 7    sure what your timing was.  When you requested --
 8    what you requested and when you requested it.
 9         Q.    Were you the individual though who was
10    responsible for gathering the documents to be given
11    to your counsel to produce to plaintiff in this
```

```
12      case?
13          A.   Yes, I was.
14          Q.   Does your normal procedure include going
15      to the engineering area to find any test results?
16          A.   Yes.
17          Q.   Did you go to the engineering area in this
18      case prior to the year 2000?
19          A.   I don't recall.
20          Q.   If you had followed your normal procedure
21      you would have done that?
22          A.   Yes.
23          Q.   And if you had followed your normal
24      procedure you would have located this prior to the
25      year 2000?
00080
 1          A.   I don't know what the timing was on your
 2      discovery.
 3          Q.   Assuming that the request was made prior
 4      to the year 2000, if you had followed your procedure
 5      would you have located this document prior to the
 6      year 2000?
 7          A.   I would believe so, yes.
 8          Q.   And it's your testimony today that you
 9      don't know what prompted your going back to
10      engineering and doing an additional search?
11          A.   My attorneys asked me to.
12          Q.   Did they give you a reason to do the
13      additional search?
14          A.   I don't recall.
15          Q.   Did your additional search turn up any
```

```
16       additional documents other than this particular test
17       result?
18            A.   I believe the other one, the TJ document
19       that was labeled as Exhibit 10.
20            Q.   Anything else?
21            A.   Not that I recall.
22                 MR. EVANS:  Let's mark that
23       particular test result as exhibit whatever the next
24       number is.
25                 VIDEO OPERATOR:  We have about 10
00081
1        minutes on these videotapes then we have to change
2        them.
3                  (Marked for identification Deposition
4                  Exhibit No. 11.)
5             Q.   (BY MR. EVANS)  Was there any delay in
6        turning over the additional documents that you found
7        to Chrysler's counsel?
8                  MR. OTT:  Object to form.
9                  THE WITNESS:  I don't recall.
10            Q.   (BY MR. EVANS)  You produced it to
11       Chrysler's counsel prior to September of the year
12       2000?
13            A.   I believe I gave it to -- actually I'm not
14       sure when I gave it to Mr. Sutter.
15            Q.   Mr. Sutter is the person you gave it to?
16            A.   Yes.
17            Q.   And you don't know when in the year 2000
18       it was given to him?
19            A.   No, I don't.
```