UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE JEEP WRANGLER CLASS ACTION | : CIVIL NO. 3:02 CV 1219 JBA |
| ANGELA PHELAN, ADMINISTRATRIX OF THE ESTATE OF CHRISTOPHER PHELAN, CLASS MEMBER, AND INDIVIDUALLY | : |
| Plaintiffs | : |
| VS. | : |
| DAIMLERCHRYSLER CORPORATION | : NOVEMBER 14, 2003 |
| Defendant | : |

MOTION FOR ADMISSION OF PLAINTIFFS' ATTORNEY
PRO HAC VICE

Pursuant to Local Rule 2(d), the undersigned, a member of the bar of this Court who has appeared on behalf of the Plaintiffs, respectfully moves for the admission of Attorney James H. Halpin, Jr. of Stanger & Arnold, LLP, West Hartford, Connecticut as attorney for the Plaintiffs, Pro Hac Vice. Appended hereto is the application fee for the Motion For Admission of Plaintiffs' Attorney Pro Hac Vice. The Certificate of Attorney James H. Halpin, Jr. pursuant to said Local Rule in support of this Motion is attached.

**NO ORAL ARGUMENT REQUESTED**

STANGER & ARNOLD, LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

Respectfully submitted,
PLAINTIFFS

BY _____
Steven E. Arnold, ct07966
sea@SAlaw.us
Peter Van Dyke, ct24747
pvd@SAlaw.us
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
Tel. (860) 561-0650
Their Attorneys

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on November 14, 2003, postage prepaid, to all counsel and pro se parties of record as follows:

Daniel Krisch, Esq.
Horton, Shields & Cormier, P.C.
90 Gillett Street
Hartford, CT 06105

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

M. Sheila Jeffrey, Esq.
Miller, Canfield, Paddock & Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI 48098

Lewis H. Goldfarb, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY 10022

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson
555 Thirteenth Street, NW
Washington, DC 20004

_____
Peter Van Dyke

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE JEEP WRANGLER CLASS ACTION : | CIVIL NO. 3:02 CV 1219 JBA |
| ANGELA PHELAN, ADMINISTRATRIX OF : <br> THE ESTATE OF CHRISTOPHER PHELAN, : <br> CLASS MEMBER, AND INDIVIDUALLY : | |
| Plaintiffs : | |
| VS. : | |
| DAIMLERCHRYSLER CORPORATION : | NOVEMBER 14, 2003 |
| Defendant : | |

### CERTIFICATE OF COUNSEL

I, James H. Halpin, Jr., certify, pursuant to Local Rule 2(d) in support of Plaintiffs' Motion for my admission pro hac vice, that:

1. I am an associate in the Plaintiffs' law firm of Stanger & Arnold, LLP, located at 29 South Main Street, West Hartford, CT 06107 (Telephone: (860) 561-0650, Fax: (860) 562-0646).

2. I am a member in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Connecticut.

5. Pursuant to Local Rule 2(d) the required application fee has been submitted for this motion.

                                                                                           _____
                                                                                           James H. Halpin, Jr.
                                                                                           jhh@SAlaw.us
                                                                                           Stanger & Arnold, LLP
                                                                                           29 South Main Street
                                                                                           West Hartford, CT 06107
                                                                                           (860) 561-0650
                                                                                           (860) 561-0646 (fax)