UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
Nov 20 10 05 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| In re Jeep Wrangler Class Action ) | |
| ) | |
| Angela Phelan, Administratix of ) | |
| the Estate of Christopher Phelan, ) | |
| Class Member, and Individually ) | |
| ) | Civil No. 3:02 CV 1219 JBA |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| DaimlerChrysler Corporation ) | November 19, 2003 |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT DAIMLERCHRYSLER CORPORATION'S MOTION FOR AN EXTENSION OF TIME—ASSENTED-TO

Defendant DaimlerChrysler Corporation moves this court pursuant to Fed. R. Civ. P. 6(b) for an extension of time in which to file a reply brief to Plaintiffs' Memorandum in Opposition to Defendant's Motion to Exclude Expert Evidence and Testimony and Motion for Summary Judgment. In support of its motion, DaimlerChrysler Corporation states that its counsel only received plaintiffs' Opposition on November 18, 2003 due to a mailing delay for which neither party was responsible. Defendant requires additional time to that permitted under L. R. 7(d) to review plaintiffs' Opposition, and if it should prove necessary, consult with defendant's experts regarding Plaintiffs' opposition to prepare a Reply. The defendant requests an extension of time to December 3, 2003 in which to file its Reply.

Plaintiffs do not object to this motion.

                          Defendant,
                          DAIMLERCHRYSLER CORPORATION

By: _____
      James P. Kerr (Fed. Bar ID# CT24142)
      jkerr@cornellgollub.com
      Peter M. Durney (Fed. Bar ID# CT14569)
      pdurney@cornellgollub.com
      CORNELL & GOLLUB
      75 Federal Street
      Boston, Massachusetts 02110
      (617) 482-8100
      (617) 482-3917 (facsimile)

Assented to:
Plaintiffs,
By their attorney,


_____
Peter Van Dyke, Esq
Steven E. Arnold, Esq.
STANGER & ARNOLD, LLP
29 South Main Street, Suite 325
West Hartford, Connecticut 06107

## CERTIFICATE OF SERVICE

     I, James P. Kerr, attorney for defendant DaimlerChrysler Corporation, hereby certify that on this ____ day of November, 2003, a true and correct copy of the foregoing Defendant DaimlerChrysler Corporation's Motion for an Extension of Time was served via first-class mail, postage prepaid, directed to:

| | |
|---|---|
| Steven E. Arnold, Esq. | Mr. Christopher Miller |
| Peter Van Dyke, Esq/ | Robinson Correctional Facility |
| STANGER & ARNOLD, LLP | 285 Shaker Road |
| 29 South Main Street, Suite 325 | P.O. Box 1400 |
| West Hartford, Connecticut 06107 | Enfield, CT 06082 |
| Attorney for Plaintiff | Third-Party Defendant, *pro se* |

-2-

Daniel J. Krisch, Esq.
Horton, Shields & Cormier
90 Gillett Street
Hartford, Connecticut 06105
Co-counsel for Defendant

Lewis H. Goldfarb, Esq.
Hogan & Hartson, LLP
875 Third Avenue
New York, New York 10022
Co-counsel for Defendant

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson, LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Co-counsel for Defendant

_____
James P. Kerr