UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE JEEP WRANGLER CLASS ACTION | : CIVIL NO. 3:02 CV 1219 JBA |
| ANGELA PHELAN, ADMINISTRATRIX OF THE ESTATE OF CHRISTOPHER PHELAN, CLASS MEMBER, AND INDIVIDUALLY | : |
| Plaintiffs | : |
| VS. | : |
| DAIMLERCHRYSLER CORPORATION | : NOVEMBER 14, 2003 |
| Defendant | : |

MOTION FOR ADMISSION OF PLAINTIFFS' ATTORNEY
PRO HAC VICE

Pursuant to Local Rule 2(d), the undersigned, a member of the bar of this Court who has appeared on behalf of the Plaintiffs, respectfully moves for the admission of Attorney James H. Halpin, Jr. of Stanger & Arnold, LLP, West Hartford, Connecticut as attorney for the Plaintiffs, Pro Hac Vice. Appended hereto is the application fee for the Motion For Admission of Plaintiffs' Attorney Pro Hac Vice. The Certificate of Attorney James H. Halpin, Jr. pursuant to said Local Rule in support of this Motion is attached.

NO ORAL ARGUMENT REQUESTED

**STANGER & ARNOLD, LLP**
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042