### 7. **Marketing**

76 • The marketing strategy for the YJ.

77 • Market studies relating to the YJ.

78 • When the sentence "Designed to accommodate this flexible system is Wrangler's standard roll bar" first appeared in CJ or YJ advertising, and when, and for what reasons, it was discontinued.

79 • The reason(s) the Roll Bar and doors must be on the YJ in all advertisements and marketing.

80 • Defendant's (American Motors, Chrysler, DaimlerChrysler) understanding of the consumer perception of the rollover safety, roof strength, and roll cage protection of the YJ.

81 • Defendant's directives to or from William Esty Co., Inc. or Bozell Worldwide, Inc. relating to YJ marketing and advertising.

### 8. **Alternate Designs**

82 • Actual or concept and/or prototype designs for structural elements (windshield, side bars, sports bar, rear c-pillars or other bars) of the Commando, YJ, CJ-7 improvement, CJ refresh, CJ refreshing, CJ-R, CJ-7, CJ freshened, CJ-9 and/or CJ programs.

83 • Designs relating to and/or reasons for the placement of a strut to support the windshield of a YJ, CJ-7 improvement, CJ refresh, CJ refreshing, CJ-R, CJ-7, CJ freshened, CJ-9 and/or CJ.

84 • The testing of any actual or concept and/or prototype designs for the structural elements (windshield, side bars, sports bar, rear c-pillars or other bars) of the

9

Commando, YJ, CJ-7 improvement, CJ refresh, CJ refreshing, CJ-R, CJ-7, CJ
freshened, CJ-9 and/or CJ programs.

85 • Methods to add forward support to a YJ or CJ that will protect an occupant in the
event of a rollover.

86 • Actual or concept and/or prototype designs and testing of glass used, proposed for
use in YJ, CJ-7 improvement, CJ refresh, CJ refreshing, CJ-R, CJ-7, CJ freshened,
CJ-9 and/or CJ programs.

9.  **YJ Design**

87 • The design of the YJ windshield, side bars, sport bar, rear c-pillar bars, and
removable hard top.

88 • The design objectives for the YJ windshield, side bars, sport bar, rear c-pillar bars,
and removable hard top.

89 • Design changes from the CJ windshield, side bars, sport bar, rear c-pillar bars, and
removable hard top to the YJ.

90 • Windshield intrusions that occurred during CJ rollover crashes.

91 • The welds used in and between the windshield, side bars, sport bar and rear c-pillar
bars.

92 • The nuts and bolts used to connect the windshield, side bars, sport bar and rear c-
pillar bars to each other or the YJ.

93 • Engineering or Advanced Engineering relating to the YJ, CJ-& improvement, CJ
refresh, CJ refreshing, CJ-R, CJ-7, CJ freshened, CJ-9.

94 • The reason(s) Defendant (American Motors, Chrysler, DaimlerChrysler) selected
the structural elements (windshield, side bars, sport bar, rear c-pillar bars) that
ultimately became the production model YJ.

10

STANGER & ARNOLD, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

95. • What changes were made between 1987 to 1995 to the windshield, side bars, sport bar, o-pillars or the nuts, bolts or welds that connect them.

96. • The CJ's 1980s market share.

97. • The CJ and YJ cost analyses.

98. • The YJ environment of use.

99. • The expected hazards a driver may encounter while using a YJ.

**10. Customer Surveys**

100. • Results of customer surveys concerning different roof structures that were used in or concepts for the YJ, CJ-7 improvement, CJ refresh, CJ refreshing, CJ-R, CJ-7, CJ freshened, CJ-9 and/or CJ.

101. • The Defendant's (American Motors, Chrysler, DaimlerChrysler) analyses and/or interpretation of customer surveys relating to the YJ, CJ-7 improvement, CJ refresh, CJ refreshing, CJ-R, CJ-7, CJ freshened, CJ-9 and/or CJ.

102. • The 1982 Denver clinic polling customer perception relating to YJ, CJ-7 improvement, CJ refresh, CJ refreshing, CJ-R, CJ-7, CJ freshened, CJ-9 and/or CJ.

103. • What designs were displayed at the 1982 Denver polling customer perception relating to YJ, CJ-7 improvement, CJ refresh, CJ refreshing, CJ-R, CJ-7, CJ freshened, CJ-9 and/or CJ.

104. • Market research and/or clinic research relating to YJ, CJ-7 improvement, CJ refresh, CJ refreshing, CJ-R, CJ-7, CJ freshened, CJ-9 and/or CJ.

**11. Document Retention**

105. • The Defendant's (American Motors, Chrysler, DaimlerChrysler) document and data retention policy(s).

106. • What American Motors and/or Jeep documents Chrysler shred or destroyed after it acquired American Motors.

11

STANGER & ARNOLD, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

107. All documents relating to FMVSS 216 test number 21694287 and 21695298.

108. The types of data, test requests, test report notebooks, test lab records, logs, journals, and/or documents produced, and whether videos or photographs are taken, during FMVSS 216 testing of Defendant's (American Motors, Chrysler, DaimlerChrysler) vehicles.

109. The location or misplacement of FMVSS 216 test number 21694287 documentation.

110. Other documents missing from production or missing document attachments or documents requested that have not been produced.


This deposition shall continue day to day until such time as it is concluded.

                                    PLAINTIFFS

                            BY

                                Steven E. Arnold, ct07966
                                sea@SALaw.us
                                Peter M. Van Dyke, ct24747
                                pvd@SALaw.us
                                Stanger & Arnold, LLP
                                29 South Main Street
                                West Hartford, CT 06107
                                Tel. (860) 561-0650
                                Their Attorneys

12

STANGER & ARNOLD, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

## <u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing via facsimile transmission and via certified mail, on November 24, 2003 to:

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

And via first class mail to:

Daniel Krisch, Esq.
Horton, Shields & Knox
90 Gillett Street
Hartford, CT 06105

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson
555 Thirteenth Street, NW
Washington, DC 20004

Lewis H. Goldfarb, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY 10022

M. Sheila Jeffrey, Esq.
Miller, Canfield, Paddock & Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI 48098

Steven E. Arnold

13

**STANGER & ARNOLD**, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE JEEP WRANGLER CLASS ACTION | : | CIVIL NO. 3:02 CV 1219 (JBA) |
| | : | |
| ANGELA PHELAN, ADMINISTRATRIX OF | : | |
| THE ESTATE OF CHRISTOPHER PHELAN, | : | |
| CLASS MEMBER, AND INDIVIDUALLY | : | |
| Plaintiffs | : | |
| | : | |
| VS. | : | |
| | : | |
| DAIMLERCHRYSLER CORPORATION | : | November 24, 2003 |
| Defendant | | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6), Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Defendant, **DaimlerChrysler Corporation**, for the purpose of discovery or as evidence in this action on **December 9, 2003 at 10:00 a. m.** before a notary public or some officer authorized to administer oaths at the offices of Miller, Canfield, Paddock & Stone, P.L.C., 840 West Long Lake Road, Suite 200, Troy, MI 48098. Such deposition will be recorded by stenographer and videotape.

The above-named Corporation, pursuant to Rule 30(b)(6), shall designate an individual or individuals with personal knowledge to appear and attend at the time and place specified for the purposes of testifying to the following areas of inquiry in accordance with the foregoing Topics of Notice to be questioned upon:

TOPICS OF NOTICE:

1. Roll over testing done by DaimlerChrysler and roll over testing done by Mercedes-Benz.

2. Mercedes Benz roof crush standards, or roof strength requirements, for SUVs.

**STANGER & ARNOLD, LLP**
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

3. Documents and videos relating to Mercedes-Benz SUV roof strength.

4. The 2003 Mercedes Benz SL convertible with an automatic rollbar.

This deposition shall continue day to day until such time as it is concluded.

PLAINTIFFS

BY_____

Steven E. Arnold, ct07966
sea@SAlaw.us
Peter M. Van Dyke, ct24747
pvd@SAlaw.us
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
Tel. (860) 561-0650
Their Attorneys

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via facsimile transmission and via certified mail, on November 24, 2003 to:

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

and via first class mail to:

Daniel Krisch, Esq.                    Lewis H. Goldfarb, Esq.
Horton, Shields & Knox                 Hogan & Hartson
90 Gillett Street                      875 Third Avenue
Hartford, CT 06105                     New York, NY 10022

Terri S. Reiskin, Esq.                 M. Sheila Jeffrey, Esq.
James A. Hourihan, Esq.                Miller, Canfield, Paddock & Stone, P.L.C.
Hogan & Hartson                        840 West Long Lake Road, Suite 200
555 Thirteenth Street                  Troy, MI  48098
Washington, DC 20004


_____
Steven E. Arnold

3



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN RE JEEP WRANGLER CLASS ACTION     :     CIVIL NO. 3:02 CV 1219 (JBA)
                                     :
ANGELA PHELAN, ADMINISTRATRIX OF     :
THE ESTATE OF CHRISTOPHER PHELAN,    :
CLASS MEMBER, AND INDIVIDUALLY       :
            Plaintiffs               :
                                     :
VS.                                  :
                                     :
DAIMLERCHRYSLER CORPORATION          :     November 24, 2003
            Defendant

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of **Francois Castaing**, on **December 12, 2003** at **9:00 a. m.** at the offices of Miller, Canfield, Paddock & Stone, P.L.C., 840 West Long Lake Road, Suite 200, Troy, MI 48098. Oral examination will be before a competent court reporter and will continue day to day until completed.

PLAINTIFFS

BY

Steven E. Arnold, ct07966
sea@SAlaw.us
Peter M. Van Dyke, ct24747
pvd@SAlaw.us
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
Tel. (860) 561-0650
Their Attorneys

STANGER & ARNOLD, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via facsimile transmission and via certified mail, on November 24, 2003 to:

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

and via first class mail to:

Daniel Krisch, Esq.                         Lewis H. Goldfarb, Esq.
Horton, Shields & Knox                      Hogan & Hartson
90 Gillett Street                           875 Third Avenue
Hartford, CT 06105                          New York, NY 10022

Terri S. Reiskin, Esq.                      M. Sheila Jeffrey, Esq.
James A. Hourihan, Esq.                     Miller, Canfield, Paddock & Stone, P.L.C.
Hogan & Hartson                             840 West Long Lake Road, Suite 200
555 Thirteenth Street                       Troy, MI 48098
Washington, DC 20004

_Steven E. Arnold_

2

STANGER & ARNOLD, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN RE JEEP WRANGLER CLASS ACTION   :   CIVIL NO. 3:02 CV 1219 (JBA)
                           :
ANGELA PHELAN, ADMINISTRATRIX OF  :
THE ESTATE OF CHRISTOPHER PHELAN,  :
CLASS MEMBER, AND INDIVIDUALLY   :
        Plaintiffs             :
                           :
VS.                           :
                           :
DAIMLERCHRYSLER CORPORATION     :   November 24, 2003
        Defendant

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of **Jerry Tarian**, on **December 15, 2003 at 2:00 p. m.** at the offices of Miller, Canfield, Paddock & Stone, P.L.C., 840 West Long Lake Road, Suite 200, Troy, MI 48098. Oral examination will be before a competent court reporter and will continue day to day until completed.

PLAINTIFFS

BY

Steven E. Arnold, ct07966
sea@SAlaw.us
Peter M. Van Dyke, ct24747
pvd@SAlaw.us
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
Tel. (860) 561-0650
Their Attorneys

1

STANGER & ARNOLD, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent via facsimile transmission and via certified mail, on November 24, 2003 to:

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

and via first class mail to:

Daniel Krisch, Esq.                         Lewis H. Goldfarb, Esq.
Horton, Shields & Knox                      Hogan & Hartson
90 Gillett Street                           875 Third Avenue
Hartford, CT 06105                          New York, NY 10022

Terri S. Reiskin, Esq.                      M. Sheila Jeffrey, Esq.
James A. Hourihan, Esq.                     Miller, Canfield, Paddock & Stone, P.L.C.
Hogan & Hartson                             840 West Long Lake Road, Suite 200
555 Thirteenth Street                       Troy, MI  48098
Washington, DC 20004


Steven E. Arnold

2

**STANGER & ARNOLD, LLP**
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE JEEP WRANGLER CLASS ACTION | : | CIVIL NO. 3:02 CV 1219 (JBA) |
| | : | |
| ANGELA PHELAN, ADMINISTRATRIX OF | : | |
| THE ESTATE OF CHRISTOPHER PHELAN, | : | |
| CLASS MEMBER, AND INDIVIDUALLY | : | |
|     Plaintiffs | : | |
| | : | |
| VS. | : | |
| | : | |
| DAIMLERCHRYSLER CORPORATION | : | November 24, 2003 |
|     Defendant | | |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of **Dennis Renneker**, on **December 15, 2003 at 9:00 a. m.** at the offices of Miller, Canfield, Paddock & Stone, P.L.C., 840 West Long Lake Road, Suite 200, Troy, MI 48098. Oral examination will be before a competent court reporter and will continue day to day until completed.

PLAINTIFFS

BY

Steven E. Arnold, ct07966
sea@SAlaw.us
Peter M. Van Dyke, ct24747
pvd@SAlaw.us
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
Tel. (860) 561-0650
Their Attorneys

1

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent via facsimile transmission and via certified mail, on November 24, 2003 to:

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

and via first class mail to:

Daniel Krisch, Esq.               Lewis H. Goldfarb, Esq.
Horton, Shields & Knox       Hogan & Hartson
90 Gillett Street              875 Third Avenue
Hartford, CT 06105          New York, NY 10022

Terri S. Reiskin, Esq.         M. Sheila Jeffrey, Esq.
James A. Hourihan, Esq.     Miller, Canfield, Paddock & Stone, P.L.C.
Hogan & Hartson            840 West Long Lake Road, Suite 200
555 Thirteenth Street        Troy, MI  48098
Washington, DC 20004

                                      _____
                                      Steven E. Arnold

STANGER & ARNOLD, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

*EX.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE JEEP WRANGLER CLASS ACTION | : | CIVIL NO. 3:02 CV 1219 (JBA) |
| | : | |
| ANGELA PHELAN, ADMINISTRATRIX OF | : | |
| THE ESTATE OF CHRISTOPHER PHELAN, | : | |
| CLASS MEMBER, AND INDIVIDUALLY | : | |
| Plaintiffs | : | |
| | : | |
| VS. | : | |
| | : | |
| DAIMLERCHRYSLER CORPORATION | : | November 24, 2003 |
| Defendant | | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of **James Thornton**, on **December 16, 2003** at **9:00 a. m.** at the offices of Miller, Canfield, Paddock & Stone, P.L.C., 840 West Long Lake Road, Suite 200, Troy, MI 48098. Oral examination will be before a competent court reporter and will continue day to day until completed.

PLAINTIFFS

BY

Steven E. Arnold, ct07966
sea@SAlaw.us
Peter M. Van Dyke, ct24747
pvd@SAlaw.us
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
Tel. (860) 561-0650
Their Attorneys

1

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via facsimile transmission and via certified mail, on November 24, 2003 to:

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

and via first class mail to:

Daniel Krisch, Esq.                      Lewis H. Goldfarb, Esq.
Horton, Shields & Knox                   Hogan & Hartson
90 Gillett Street                        875 Third Avenue
Hartford, CT 06105                       New York, NY 10022

Terri S. Reiskin, Esq.                   M. Sheila Jeffrey, Esq.
James A. Hourihan, Esq.                  Miller, Canfield, Paddock & Stone, P.L.C.
Hogan & Hartson                          840 West Long Lake Road, Suite 200
555 Thirteenth Street                    Troy, MI  48098
Washington, DC 20004


_____
Steven E. Arnold

2

STANGER & ARNOLD, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN RE JEEP WRANGLER CLASS ACTION   :    CIVIL NO. 3:02 CV 1219 (JBA)
                                  :
ANGELA PHELAN, ADMINISTRATRIX OF  :
THE ESTATE OF CHRISTOPHER PHELAN, :
CLASS MEMBER, AND INDIVIDUALLY    :
           Plaintiffs                 :
                                  :
VS.                                   :
                                  :
DAIMLERCHRYSLER CORPORATION     :    November 24, 2003
           Defendant

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of **Richard Friday**, on **December 16, 2003 at 2:00 p. m.** at the offices of Miller, Canfield, Paddock & Stone, P.L.C., 840 West Long Lake Road, Suite 200, Troy, MI 48098. Oral examination will be before a competent court reporter and will continue day to day until completed.

PLAINTIFFS

BY _____

Steven E. Arnold, ct07966
sea@SAlaw.us
Peter M. Van Dyke, ct24747
pvd@SAlaw.us
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
Tel. (860) 561-0650
Their Attorneys

ı

**STANGER & ARNOLD, LLP**
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via facsimile transmission and via certified mail, on November 24, 2003 to:

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

and via first class mail to:

Daniel Krisch, Esq.
Horton, Shields & Knox
90 Gillett Street
Hartford, CT 06105

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson
555 Thirteenth Street
Washington, DC 20004

Lewis H. Goldfarb, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY 10022

M. Sheila Jeffrey, Esq.
Miller, Canfield, Paddock & Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI 48098

_____
Steven E. Arnold

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE JEEP WRANGLER CLASS ACTION | : | CIVIL NO. 3:02 CV 1219 (JBA) |
| | : | |
| ANGELA PHELAN, ADMINISTRATRIX OF | : | |
| THE ESTATE OF CHRISTOPHER PHELAN, | : | |
| CLASS MEMBER, AND INDIVIDUALLY | : | |
| Plaintiffs | : | |
| | : | |
| VS. | : | |
| | : | |
| DAIMLERCHRYSLER CORPORATION | : | November 24, 2003 |
| Defendant | | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of **H. Farrah**, on **December 17, 2003** at **2:00 p. m.** at the offices of Miller, Canfield, Paddock & Stone, P.L.C., 840 West Long Lake Road, Suite 200, Troy, MI 48098. Oral examination will be before a competent court reporter and will continue day to day until completed.

PLAINTIFFS

BY
Steven E. Arnold, ct07966
sea@SAlaw.us
Peter M. Van Dyke, ct24747
pvd@SAlaw.us
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
Tel. (860) 561-0650
Their Attorneys

1

**STANGER & ARNOLD, LLP**
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via facsimile transmission and via certified mail, on November 24, 2003 to:

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

and via first class mail to:

Daniel Krisch, Esq.
Horton, Shields & Knox
90 Gillett Street
Hartford, CT 06105

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson
555 Thirteenth Street
Washington, DC 20004

Lewis H. Goldfarb, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY 10022

M. Sheila Jeffrey, Esq.
Miller, Canfield, Paddock & Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI 48098

_____
Steven E. Arnold

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE JEEP WRANGLER CLASS ACTION | : | CIVIL NO. 3:02 CV 1219 (JBA) |
| | : | |
| ANGELA PHELAN, ADMINISTRATRIX OF | : | |
| THE ESTATE OF CHRISTOPHER PHELAN, | : | |
| CLASS MEMBER, AND INDIVIDUALLY | : | |
| Plaintiffs | : | |
| | : | |
| VS | : | |
| | : | |
| DAIMLERCHRYSLER CORPORATION | : | November 24, 2003 |
| Defendant | | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of **Adrian Van Campenhout**, on **December 17, 2003 at 9:00 a. m.** at the offices of Miller, Canfield, Paddock & Stone, P.L.C., 840 West Long Lake Road, Suite 200, Troy, MI 48098. Oral examination will be before a competent court reporter and will continue day to day until completed.

PLAINTIFFS

BY:

Steven E. Arnold, ct07966
sea@SAlaw.us
Peter M. Van Dyke, ct24747
pvd@SAlaw.us
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
Tel. (860) 561-0650
Their Attorneys

1

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via facsimile transmission and via certified mail, on November 24, 2003 to:

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

and via first class mail to:

Daniel Krisch, Esq.
Horton, Shields & Knox
90 Gillett Street
Hartford, CT 06105

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson
555 Thirteenth Street
Washington, DC 20004

Lewis H. Goldfarb, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY 10022

M. Sheila Jeffrey, Esq.
Miller, Canfield, Paddock & Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI 48098

Steven E. Arnold

2

STANGER & ARNOLD, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN RE JEEP WRANGLER CLASS ACTION : CIVIL NO. 3:02 CV 1219 (JBA)
 :
ANGELA PHELAN, ADMINISTRATRIX OF :
THE ESTATE OF CHRISTOPHER PHELAN, :
CLASS MEMBER, AND INDIVIDUALLY :
    Plaintiffs :
 :
VS. :
 :
DAIMLERCHRYSLER CORPORATION : November 24, 2003
    Defendant

## NOTICE OF DEPOSITION

 PLEASE TAKE NOTICE that Plaintiffs will take the deposition of **Steven Gifford**, on **December 18, 2003** at **2:00 p. m.** at the offices of Miller, Canfield, Paddock & Stone, P.L.C., 840 West Long Lake Road, Suite 200, Troy, MI 48098. Oral examination will be before a competent court reporter and will continue day to day until completed.

      PLAINTIFFS

      BY

      Steven E. Arnold, ct07966
      sea@SAlaw.us
      Peter M. Van Dyke, ct24747
      pvd@SAlaw.us
      Stanger & Arnold, LLP
      29 South Main Street
      West Hartford, CT 06107
      Tel. (860) 561-0650
      Their Attorneys

1

**STANGER & ARNOLD, LLP**
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent via facsimile transmission and via certified mail, on November 24, 2003 to:

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

and via first class mail to:

Daniel Krisch, Esq.                         Lewis H. Goldfarb, Esq.
Horton, Shields & Knox                      Hogan & Hartson
90 Gillett Street                           875 Third Avenue
Hartford, CT 06105                          New York, NY 10022

Terri S. Reiskin, Esq.                      M. Sheila Jeffrey, Esq.
James A. Hourihan, Esq.                     Miller, Canfield, Paddock & Stone, P.L.C.
Hogan & Hartson                             840 West Long Lake Road, Suite 200
555 Thirteenth Street                       Troy, MI  48098
Washington, DC 20004

                                            Steven E. Arnold

2

**STANGER & ARNOLD, LLP**
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

EX·1.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE JEEP WRANGLER CLASS ACTION | : | CIVIL NO. 3:02 CV 1219 (JBA) |
| | : | |
| ANGELA PHELAN, ADMINISTRATRIX OF | : | |
| THE ESTATE OF CHRISTOPHER PHELAN, | : | |
| CLASS MEMBER, AND INDIVIDUALLY | : | |
| Plaintiffs | : | |
| | : | |
| VS | : | |
| | : | |
| | : | |
| DAIMLERCHRYSLER CORPORATION | : | November 24, 2003 |
| Defendant | | |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of **Terry Ballard**, on **December 18, 2003 at 9:00 a. m.** at the offices of Miller, Canfield, Paddock & Stone, P.L.C., 840 West Long Lake Road, Suite 200, Troy, MI 48098. Oral examination will be before a competent court reporter and will continue day to day until completed.

PLAINTIFFS

BY

Steven E. Arnold, ct07966
sea@SAlaw.us
Peter M. Van Dyke, ct24747
pvd@SAlaw.us
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
Tel. (860) 561-0650
Their Attorneys

1

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent via facsimile transmission and via certified mail, on November 24, 2003 to:

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

and via first class mail to:

Daniel Krisch, Esq.                          Lewis H. Goldfarb, Esq.
Horton, Shields & Knox                       Hogan & Hartson
90 Gillett Street                            875 Third Avenue
Hartford, CT 06105                           New York, NY 10022

Terri S. Reiskin, Esq.                       M. Sheila Jeffrey, Esq.
James A. Hourihan, Esq.                      Miller, Canfield, Paddock & Stone, P.L.C.
Hogan & Hartson                              840 West Long Lake Road, Suite 200
555 Thirteenth Street                        Troy, MI  48098
Washington, DC 20004

Steven E. Arnold

2

STANGER & ARNOLD, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE JEEP WRANGLER CLASS ACTION | : | CIVIL NO. 3:02 CV 1219 (JBA) |
| | : | |
| ANGELA PHELAN, ADMINISTRATRIX OF | : | |
| THE ESTATE OF CHRISTOPHER PHELAN, | : | |
| CLASS MEMBER, AND INDIVIDUALLY | : | |
| Plaintiffs | : | |
| | : | |
| VS. | : | |
| | : | |
| DAIMLERCHRYSLER CORPORATION | : | November 24, 2003 |
| Defendant | | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of **R.A. O'Brien**, on **December 19, 2003 at 9:00 a. m.** at the offices of Miller, Canfield, Paddock & Stone, P.L.C., 840 West Long Lake Road, Suite 200, Troy, MI 48098. Oral examination will be before a competent court reporter and will continue day to day until completed.

PLAINTIFFS

BY

Steven E. Arnold, ct07966
sea@SAlaw.us
Peter M. Van Dyke, ct24747
pvd@SAlaw.us
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
Tel. (860) 561-0650
Their Attorneys

1

**STANGER & ARNOLD,** LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via facsimile transmission and via certified mail, on November 24, 2003 to:

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

and via first class mail to:

Daniel Krisch, Esq.
Horton, Shields & Knox
90 Gillett Street
Hartford, CT 06105

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson
555 Thirteenth Street
Washington, DC 20004

Lewis H. Goldfarb, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY 10022

M. Sheila Jeffrey, Esq.
Miller, Canfield, Paddock & Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI 48098

Steven E. Arnold

2

STANGER & ARNOLD, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042