UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE JEEP WRANGLER CLASS ACTION | : | CIVIL NO. 3:02 CV 1219 (JBA) |
| | : | |
| ANGELA PHELAN, ADMINISTRATRIX OF | : | |
| THE ESTATE OF CHRISTOPHER PHELAN, | : | |
| CLASS MEMBER, AND INDIVIDUALLY | : | |
| Plaintiffs | : | |
| | : | |
| | : | |
| VS. | : | |
| | : | |
| DAIMLERCHRYSLER CORPORATION | : | November 24, 2003 |
| Defendant | | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of **Leon Neal**, on **December 19, 2003** at **2:00 p. m.** at the offices of Miller, Canfield, Paddock & Stone, P.L.C., 840 West Long Lake Road, Suite 200, Troy, MI 48098. Oral examination will be before a competent court reporter and will continue day to day until completed. The deponent is requested to bring the items listed in the attached Schedule A.

PLAINTIFFS

BY _____
Steven E. Arnold, ct07966
sea@SAlaw.us
Peter M. Van Dyke, ct24747
pvd@SAlaw.us
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
Tel. (860) 561-0650
Their Attorneys

1

## SCHEDULE A

All documents relating to your investigations of crashes involving an impact to the Jeep Wrangler CJ, YJ, TJ A pillar (windshield) that may or may not have caused injury to the occupant.

3

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent via facsimile transmission and via certified mail, on November 24, 2003 to:

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

and via first class mail to:

Daniel Krisch, Esq.
Horton, Shields & Knox
90 Gillett Street
Hartford, CT 06105

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson
555 Thirteenth Street
Washington, DC 20004

Lewis H. Goldfarb, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY 10022

M. Sheila Jeffrey, Esq.
Miller, Canfield, Paddock & Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI 48098


_____
Steven E. Arnold

2

**STANGER & ARNOLD**, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN RE JEEP WRANGLER CLASS ACTION : CIVIL NO. 3:02 CV 1219 (JBA)
:
ANGELA PHELAN, ADMINISTRATRIX OF :
THE ESTATE OF CHRISTOPHER PHELAN, :
CLASS MEMBER, AND INDIVIDUALLY :
      Plaintiffs :
:
VS. :
:
DAIMLERCHRYSLER CORPORATION : December 4, 2003
      Defendant

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of **D.E. Higley**, on **December 17, 2003 at 10:00 a. m.** at the offices of Miller, Canfield, Paddock & Stone, P.L.C., 840 West Long Lake Road, Suite 200, Troy, MI 48098. Oral examination will be before a competent court reporter and will continue day to day until completed.

PLAINTIFFS

BY_____
    Steven E. Arnold, ct07966
    sea@SAlaw.us
    Peter M. Van Dyke, ct24747
    pvd@SAlaw.us
    James H. Halpin, Jr., ct25357
    jhh@SAlaw.us
    Stanger & Arnold, LLP
    29 South Main Street
    West Hartford, CT 06107
    Tel. (860) 561-0650
    Their Attorneys

STANGER & ARNOLD, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via facsimile transmission and via certified mail, on December 4, 2003 to:

M. Sheila Jeffrey, Esq.
Miller, Canfield, Paddock & Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI 48098

and via first class mail to:

Daniel Krisch, Esq.
Horton, Shields & Knox
90 Gillett Street
Hartford, CT 06105

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson
555 Thirteenth Street
Washington, DC 20004

Lewis H. Goldfarb, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY 10022

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

James H. Halpin, Jr.

2

STANGER & ARNOLD, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN RE JEEP WRANGLER CLASS ACTION  :   CIVIL NO. 3:02 CV 1219 (JBA)
                    :
ANGELA PHELAN, ADMINISTRATRIX OF :
THE ESTATE OF CHRISTOPHER PHELAN, :
CLASS MEMBER, AND INDIVIDUALLY  :
      Plaintiffs             :
                    :
VS.                     :
                    :
DAIMLERCHRYSLER CORPORATION   :   December 4, 2003
      Defendant

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of S.W. Schramm, on **December 22, 2003 at 9:00 a. m.** at the offices of Miller, Canfield, Paddock & Stone, P.L.C., 840 West Long Lake Road, Suite 200, Troy, MI 48098. Oral examination will be before a competent court reporter and will continue day to day until completed.

PLAINTIFFS

BY_____
    Steven E. Arnold, ct07966
    sea@SAlaw.us
    Peter M. Van Dyke, ct24747
    pvd@SAlaw.us
    James H. Halpin, Jr., ct25357
    jhh@SAlaw.us
    Stanger & Arnold, LLP
    29 South Main Street
    West Hartford, CT 06107
    Tel. (860) 561-0650
    Their Attorneys

1

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via facsimile transmission and via certified mail, on  December 4, 2003 to:

M. Sheila Jeffrey, Esq.
Miller, Canfield, Paddock & Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI  48098

and via first class mail to:

Daniel Krisch, Esq.
Horton, Shields & Knox
90 Gillett Street
Hartford, CT 06105

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson
555 Thirteenth Street
Washington, DC 20004

Lewis H. Goldfarb, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY 10022

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

James H. Halpin, Jr.

2

**STANGER & ARNOLD, LLP**
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN RE JEEP WRANGLER CLASS ACTION    :    CIVIL NO. 3:02 CV 1219 (JBA)
                                     :
ANGELA PHELAN, ADMINISTRATRIX OF :
THE ESTATE OF CHRISTOPHER PHELAN, :
CLASS MEMBER, AND INDIVIDUALLY       :
            Plaintiffs               :
                                     :
VS.                                  :
                                     :
DAIMLERCHRYSLER CORPORATION          :    December 4, 2003
            Defendant

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of **D. DeRees**, on

**December 22, 2003** at **2:00 p. m.** at the offices of Miller, Canfield, Paddock & Stone, P.L.C.,

840 West Long Lake Road, Suite 200, Troy, MI 48098. Oral examination will be before a

competent court reporter and will continue day to day until completed.

PLAINTIFFS

BY_____
    Steven E. Arnold, ct07966
    sea@SAlaw.us
    Peter M. Van Dyke, ct24747
    pvd@SAlaw.us
    James H. Halpin, Jr., ct25357
    jhh@SAlaw.us
    Stanger & Arnold, LLP
    29 South Main Street
    West Hartford, CT 06107
    Tel. (860) 561-0650
    Their Attorneys

1

STANGER & ARNOLD, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via facsimile transmission and via certified mail, on December 4, 2003 to:

Ms. Sheila Jeffrey, Esq.
Miller, Canfield, Paddock & Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI 48098

and via first class mail to:

Daniel Krisch, Esq.
Horton, Shields & Knox
90 Gillett Street
Hartford, CT 06105

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson
555 Thirteenth Street
Washington, DC 20004

Lewis H. Goldfarb, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY 10022

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

James H. Halpin, Jr.

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN RE JEEP WRANGLER CLASS ACTION    :    CIVIL NO. 3:02 CV 1219 (JBA)
:
ANGELA PHELAN, ADMINISTRATRIX OF :
THE ESTATE OF CHRISTOPHER PHELAN, :
CLASS MEMBER, AND INDIVIDUALLY    :
      Plaintiffs    :
:
VS.    :
:
DAIMLERCHRYSLER CORPORATION    :    December 4, 2003
      Defendant

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of J.E. Pinsonneault, on **December 23, 2003 at 9:00 a. m.** at the offices of Miller, Canfield, Paddock & Stone, P.L.C., 840 West Long Lake Road, Suite 200, Troy, MI 48098. Oral examination will be before a competent court reporter and will continue day to day until completed.

PLAINTIFFS

BY_____
Steven E. Arnold, ct07966
sea@SAlaw.us
Peter M. Van Dyke, ct24747
pvd@SAlaw.us
James H. Halpin, Jr., ct25357
jhh@SAlaw.us
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
Tel. (860) 561-0650
Their Attorneys

1

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via facsimile transmission and via certified mail, on  December 4, 2003 to:

M. Sheila Jeffrey, Esq.
Miller, Canfield, Paddock & Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI  48098


and via first class mail to:

Daniel Krisch, Esq.
Horton, Shields & Knox
90 Gillett Street
Hartford, CT 06105

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson
555 Thirteenth Street
Washington, DC 20004

Lewis H. Goldfarb, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY 10022

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110



James H. Halpin, Jr.

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN RE JEEP WRANGLER CLASS ACTION  :   CIVIL NO. 3:02 CV 1219 (JBA)
                                   :
ANGELA PHELAN, ADMINISTRATRIX OF :
THE ESTATE OF CHRISTOPHER PHELAN, :
CLASS MEMBER, AND INDIVIDUALLY   :
         Plaintiffs             :
                                   :
VS.                               :
                               :
DAIMLERCHRYSLER CORPORATION    :   December 4, 2003
        Defendant

## NOTICE OF DEPOSITION

     PLEASE TAKE NOTICE that Plaintiffs will take the deposition of **P. Simenton**, on **December 23, 2003 at 2:00 p. m.** at the offices of Miller, Canfield, Paddock & Stone, P.L.C., 840 West Long Lake Road, Suite 200, Troy, MI 48098. Oral examination will be before a competent court reporter and will continue day to day until completed.

PLAINTIFFS

BY _____
    Steven E. Arnold, ct07966
    sea@SAlaw.us
    Peter M. Van Dyke, ct24747
    pvd@SAlaw.us
    James H. Halpin, Jr., ct25357
    jhh@SAlaw.us
    Stanger & Arnold, LLP
    29 South Main Street
    West Hartford, CT 06107
    Tel. (860) 561-0650
    Their Attorneys

1

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via facsimile transmission and via certified mail, on December 4, 2003 to:

M. Sheila Jeffrey, Esq.
Miller, Canfield, Paddock & Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI 48098

and via first class mail to:

Daniel Krisch, Esq.                          Lewis H. Goldfarb, Esq.
Horton, Shields & Knox                       Hogan & Hartson
90 Gillett Street                            875 Third Avenue
Hartford, CT 06105                           New York, NY 10022

Terri S. Reiskin, Esq.                       Peter M. Durney, Esq.
James A. Hourihan, Esq.                      Marie E. Chafe, Esq.
Hogan & Hartson                              James P. Kerr, Esq.
555 Thirteenth Street                        Cornell & Gollub
Washington, DC 20004                         75 Federal Street
                                             Boston, MA 02110


_____
James H. Halpin, Jr.

2

STANGER & ARNOLD, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN RE JEEP WRANGLER CLASS ACTION : CIVIL NO. 3:02 CV 1219 (JBA)

ANGELA PHELAN, ADMINISTRATRIX OF :
THE ESTATE OF CHRISTOPHER PHELAN, :
CLASS MEMBER, AND INDIVIDUALLY :
      Plaintiffs :
                         :
VS. :
                         :
DAIMLERCHRYSLER CORPORATION : December 4, 2003
      Defendant

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of **W.R. Kirk**, on December 29, 2003 at 2:00 p. m. at the offices of Miller, Canfield, Paddock & Stone, P.L.C., 840 West Long Lake Road, Suite 200, Troy, MI 48098. Oral examination will be before a competent court reporter and will continue day to day until completed.

PLAINTIFFS

BY_____
    Steven E. Arnold, ct07966
    sea@SAlaw.us
    Peter M. Van Dyke, ct24747
    pvd@SAlaw.us
    James H. Halpin, Jr., ct25357
    jhh@SAlaw.us
    Stanger & Arnold, LLP
    29 South Main Street
    West Hartford, CT 06107
    Tel. (860) 561-0650
    Their Attorneys

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via facsimile transmission and via certified mail, on December 4, 2003 to:

M. Sheila Jeffrey, Esq.
Miller, Canfield, Paddock & Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI 48098


and via first class mail to:

Daniel Krisch, Esq.
Horton, Shields & Knox
90 Gillett Street
Hartford, CT 06105

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson
555 Thirteenth Street
Washington, DC 20004

Lewis H. Goldfarb, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY 10022

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110


_____
James H. Halpin, Jr.

2

STANGER & ARNOLD, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN RE JEEP WRANGLER CLASS ACTION    :    CIVIL NO. 3:02 CV 1219 (JBA)
                                     :
ANGELA PHELAN, ADMINISTRATRIX OF :
THE ESTATE OF CHRISTOPHER PHELAN, :
CLASS MEMBER, AND INDIVIDUALLY       :
             Plaintiffs              :
                                     :
VS.                                  :
                                     :
DAIMLERCHRYSLER CORPORATION          :    December 4, 2003
             Defendant

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of **J. Sanderson**,

on **December 29, 2003** at 10:00 **a. m.** at the offices of Miller, Canfield, Paddock & Stone, P.L.C.,

840 West Long Lake Road, Suite 200, Troy, MI  48098.  Oral examination will be before a

competent court reporter and will continue day to day until completed.

PLAINTIFFS

BY:_____
      Steven E. Arnold, ct07966
      sea@SAlaw.us
      Peter M. Van Dyke, ct24747
      pvd@SAlaw.us
      James H. Halpin, Jr., ct25357
      jhh@SAlaw.us
      Stanger & Arnold, LLP
      29 South Main Street
      West Hartford, CT 06107
      Tel. (860) 561-0650
      Their Attorneys

1

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via facsimile transmission and via certified mail, on December 4, 2003 to:

M. Sheila Jeffrey, Esq.
Miller, Canfield, Paddock & Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI 48098

and via first class mail to:

Daniel Krisch, Esq.
Horton, Shields & Knox
90 Gillett Street
Hartford, CT 06105

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson
555 Thirteenth Street
Washington, DC 20004

Lewis H. Goldfarb, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY 10022

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

James H. Halpin, Jr.

2

EX:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN RE JEEP WRANGLER CLASS ACTION     :     CIVIL NO. 3:02 CV 1219 (JBA)

ANGELA PHELAN, ADMINISTRATRIX OF     :
THE ESTATE OF CHRISTOPHER PHELAN,    :
CLASS MEMBER, AND INDIVIDUALLY       :
        Plaintiffs                 :
                            :
VS.                                  :
                            :
DAIMLERCHRYSLER CORPORATION          :     December 4, 2003
        Defendant

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of **M. Currin**, on

**December 30, 2003 at 10:00 a. m.** at the offices of Miller, Canfield, Paddock & Stone, P.L.C.,

840 West Long Lake Road, Suite 200, Troy, MI 48098. Oral examination will be before a

competent court reporter and will continue day to day until completed.

PLAINTIFFS

BY _____
     Steven E. Arnold, ct07966
     sea@SAlaw.us
     Peter M. Van Dyke, ct24747
     pvd@SAlaw.us
     James H. Halpin, Jr., ct25357
     jhh@SAlaw.us
     Stanger & Arnold, LLP
     29 South Main Street
     West Hartford, CT 06107
     Tel. (860) 561-0650
     Their Attorneys

1

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via facsimile transmission and via certified mail, on December 4, 2003 to:

M. Sheila Jeffrey, Esq.
Miller, Canfield, Paddock & Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI 48098

and via first class mail to:

Daniel Krisch, Esq.
Horton, Shields & Knox
90 Gillett Street
Hartford, CT 06105

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson
555 Thirteenth Street
Washington, DC 20004

Lewis H. Goldfarb, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY 10022

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

James H. Halpin, Jr.

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE JEEP WRANGLER CLASS ACTION | : | CIVIL NO. 3:02 CV 1219 (JBA) |
| | : | |
| ANGELA PHELAN, ADMINISTRATRIX OF | : | |
| THE ESTATE OF CHRISTOPHER PHELAN, | : | |
| CLASS MEMBER, AND INDIVIDUALLY | : | |
| Plaintiffs | : | |
| | : | |
| VS. | : | |
| | : | |
| DAIMLERCHRYSLER CORPORATION | : | December 4, 2003 |
| Defendant | | |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of **R. Jubenville**, on **December 30, 2003 at 2:00 p. m.** at the offices of Miller, Canfield, Paddock & Stone, P.L.C., 840 West Long Lake Road, Suite 200, Troy, MI 48098. Oral examination will be before a competent court reporter and will continue day to day until completed.

PLAINTIFFS

BY_____
Steven E. Arnold, ct07966
sea@SAlaw.us
Peter M. Van Dyke, ct24747
pvd@SAlaw.us
James H. Halpin, Jr., ct25357
jhh@SAlaw.us
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
Tel. (860) 561-0650
Their Attorneys

1

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via facsimile transmission and via certified mail, on December 4, 2003 to:

M. Sheila Jeffrey, Esq.
Miller, Canfield, Paddock & Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI 48098


and via first class mail to:

Daniel Krisch, Esq.
Horton, Shields & Knox
90 Gillett Street
Hartford, CT 06105

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson
555 Thirteenth Street
Washington, DC 20004

Lewis H. Goldfarb, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY 10022

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110



James H. Halpin, Jr.

2

STANGER & ARNOLD, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN RE JEEP WRANGLER CLASS ACTION

CIVIL NO. 3:02 CV 1219 JBA

ANGELA PHELAN, ADMINISTRATRIX
OF THE ESTATE OF CHRISTOPHER
PHELAN, CLASS MEMBER, AND
INDIVIDUALLY

    Plaintiffs

VS.

DAIMLERCHRYSLER CORPORATION

    Defendant

### AFFIDAVIT OF LEON W. NEAL

STATE OF MICHIGAN   )
                ) ss
COUNTY OF OAKLAND )

Leon W. Neal, being duly sworn, states:

1.    I am over the age of eighteen and am competent to give this affidavit. I have personal knowledge of the facts and circumstances set forth herein, and they are true and correct.

2.    I am employed as a Product Analysis Senior Specialist for DaimlerChrysler Corporation, formerly known as Chrysler Corporation. Prior to that, I was employed as a Vehicle Development Engineer for American Motors Corporation and Chrysler Corporation. I have been an automotive engineer for seventeen years and have been in my present position for more than nineteen years. I was involved in the design and development of the Jeep Wrangler

(YJ) vehicle. I am familiar with the design of the upper body structure of the Jeep Wrangler (YJ) and the Jeep Wrangler (TJ).

3.    I understand that this lawsuit involves an accident involving a 1994 Jeep Wrangler (YJ), which was struck from behind at high speed by a Ford Taurus, left the roadway as a result of the collision and overturned. I further understand that Plaintiff has alleged that the upper body structure of the Jeep Wrangler (YJ), including the roll bar, was defective because it did not protect Plaintiff from injury during the accident.

4.    I have been informed that Plaintiff is seeking documents and information about the upper body structure of the Jeep Wrangler (TJ).

5.    The Jeep Wrangler (YJ) was produced during the 1987 through 1995 model years. Production of the Jeep Wrangler (YJ) was discontinued in 1996. The Jeep Wrangler (TJ) was produced beginning in the 1997 model year and continues in production today. Although both vehicles are open-bodied vehicles that have an upper-body structure that incorporates a roll bar and supporting structure, the design configuration and attachment of the upper-body structures of the two vehicles are different.

6.    Specific differences in the body structure of the Jeep Wrangler (YJ) and the Jeep Wrangler (TJ) include the following:

    a.    The main hoop and rear braces of the roll bar on the Jeep Wrangler (YJ) consist of one fabricated piece. The main hoop and rear braces of the roll bar on the Jeep Wrangler (TJ) consist of three slotted sections that are connected together during assembly of the vehicles. The reasons for this

-2-

difference are to increase shipping and part storage efficiencies for the roll bar used on the Jeep Wrangler (TJ) and to allow for adjustment of the roll bar during the assembly process to accommodate individual tolerances in the body structure of the vehicle.

b.  The main hoop of the roll bar on the Jeep Wrangler (YJ) is attached to the floor pan of the vehicle.  The main hoop of the roll bar on the Jeep Wrangler (TJ) is attached to the floor pan and the body side panel.  In addition, the design of the floor pan used in the Jeep Wrangler (TJ) is different than the floor pan used in the Jeep Wrangler (YJ).

c.  The attachment points for the rear braces of the roll bar on the Jeep Wrangler (TJ) are located further outboard on the vehicle body, closer to the body side panels than the attachment points of the rear braces of the roll bar on the Jeep Wrangler (YJ).

d.  The side bars, which attach the main hoop of the roll bar to the windshield, are attached to the roll bar on the Jeep Wrangler (YJ) by a "through bolt" that runs through the roll bar and into the side bars.  The side bars on the Jeep Wrangler (TJ) are attached to the roll bar by two bolts that attach to the front face of the roll bar.

-3-

7.      The combination of all of these differences in both the design configuration and the attachment methods and locations make the upper body structure of the Jeep Wrangler (TJ) different than the upper body structure of the Jeep Wrangler (YJ).  However, both structures are reasonably strong and provide some protection to occupants in accidents.

_____
Leon W. Neal

Subscribed and sworn to before me
this ___ day of June, 2003.

_____
Notary Public
PAMELA JOYCE WALTON
Notary Public, Oakland County, Michigan
My Commission Expires March 20, 2005
77316.1/105030-01537
06/04/03

-4-

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN RE JEEP WRANGLER CLASS ACTION

CIVIL NO. 3:02 CV 1219 JBA

ANGELA PHELAN, ADMINISTRATRIX
OF THE ESTATE OF CHRISTOPHER
PHELAN, CLASS MEMBER, AND
INDIVIDUALLY

     Plaintiffs

VS.

DAIMLERCHRYSLER CORPORATION

     Defendant

## AFFIDAVIT OF LEON W. NEAL

STATE OF MICHIGAN   )
                  ) ss
COUNTY OF OAKLAND )

     Leon W. Neal, being duly sworn, states:

1.    I am over the age of eighteen and am competent to give this affidavit.  I have personal knowledge of the facts and circumstances set forth herein, and they are true and correct.

2.    I am employed as a Product Analysis Senior Specialist for DaimlerChrysler Corporation, formerly known as Chrysler Corporation.  Prior to that, I was employed as a Vehicle Development Engineer for American Motors Corporation and Chrysler Corporation.  I have been an automotive engineer for twenty years and have been in my present position for more than fourteen years. I was involved in the design and development of the Jeep Wrangler

(YJ) vehicle. I am familiar with the design of the upper body structure of the Jeep Wrangler (YJ) and the Jeep CJ vehicles.

3.    I understand that this lawsuit involves an accident involving a 1994 Jeep Wrangler (YJ), which was struck from behind at high speed by a Ford Taurus, left the roadway as a result of the collision and overturned. I further understand that Plaintiff has alleged that the upper body structure of the Jeep Wrangler (YJ), including the roll bar, was defective because it did not protect Plaintiff from injury during the accident.

4.    I have been informed that Plaintiff is seeking documents and information about the upper body structure of the Jeep CJ vehicles.

5.    The Jeep Wrangler (YJ) was produced during the 1987 through 1995 model years. Production of the Jeep Wrangler (YJ) was discontinued in 1995. Jeep CJ-5 vehicles were produced during the 1955 through 1983 model years. Jeep CJ-7 vehicles were produced during the 1976 through 1986 model years. Roll bars were first available as factory installed optional equipment on Jeep CJ-5 vehicles in 1973 and were made standard equipment on Jeep CJ-5 and CJ-7 vehicles in 1979. Although both vehicles are open-bodied vehicles that have an upper-body structure that incorporates a roll bar and supporting structure, the design configuration of the upper-body structures of the vehicles are different.

6.    Specific differences in the upper body structure of the Jeep Wrangler (YJ) and Jeep CJ vehicles include the following:

a.    The Jeep Wrangler (YJ) upper body structure includes side bars that connect the windshield frame to the main hoop of the roll bar. The side

-2-

bars are connected to the upper corners of the windshield structure and extend parallel to the longitudinal axis of the vehicle connecting with the upper corners of the roll bar main hoop. Jeep CJ vehicles do not have any structure connecting the windshield and the main hoop of the roll bar.

b. Beginning with the 1992 model year, the rear braces for the main hoop of the roll bar for the Jeep Wrangler (YJ) were redesigned to accommodate introduction of three-point restraints for rear seat occupants. The rear braces in Jeep CJ vehicles and 1987 through 1991 model year Jeep Wrangler (YJ) vehicles run diagonally rearward from the upper corners of the roll bar main hoop to their attachment points at the rear of the rear wheel wells. The rear braces in 1992 through 1995 model year Jeep Wrangler (YJ) vehicles run horizontally rearward from the upper corners of the roll bar main hoop before bending downward at an approximate right angle to their attachment points at the rear of the rear wheel wells.

7. These differences make the design configuration of the upper body structure of the Jeep CJ vehicles substantially different than the upper body structure of the 1994 Jeep Wrangler (YJ). However, both structures are reasonably strong and provide some protection to occupants in accidents.

-3-

_____
Leon W. Neal

Subscribed and sworn to before me
this 3rd day of December , 2003.

_____
Notary Public
PAMELA JOYCE WALTON
Notary Public, Oakland County, Michigan
My Commission Expires March 20, 2005
85547.1\10S080-01537
12/03/03 10:02 AM

-4-