UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

APPEARANCE

CASE NUMBER:

FILED
DEC 1  9 01 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

To the Clerk of this court and all parties of record:

IN RE JEEP WRANGLER CLASS ACTION         :   Docket No.: 3:02 CV 1219 (JBA)
                                         :
                                         :
ANGELA PHELAN, ADMINISTRATRIX OF         :
THE ESTATE OF CHRISTOPHER PHELAN,        :
CLASS MEMBER, AND INDIVIDUALLY           :
                                         :
V.                                       :
                                         :
DAIMLERCHRYSLER CORPORATION              :   NOVEMBER 26, 2003

    Enter my appearance as counsel in this case for:

PLAINTIFFS, ANGELA PHELAN, ADMINISTRATRIX OF THE ESTATE OF
CHRISTOPHER PHELAN, CLASS MEMBER, AND INDIVIDUALLY

| | |
|---|---|
| November 26, 2003 | /s/ James H. Halpin |
| Date | Signature |
| CT25357 | James H. Halpin, Jr. |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| (860) 561-0650 | 29 South Main Street, Suite 325 |
| Telephone Number | Address |
| (860) 561-0646 | West Hartford, CT 06107 |
| Fax Number | |
| jhh@SAlaw.us | |
| E-mail address | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Appearance was mailed, postage prepaid, to the following counsel of record on November 26, 2003:

Daniel Krisch, Esq.
Horton, Shields & Knox, P.C.
90 Gillett Street
Hartford, CT 06105

Lewis H. Goldfarb, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY 10022

M. Sheila Jeffrey, Esq.
Miller, Canfield, Paddock & Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI 48098

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson
555 Thirteenth Street, N.W.
Washington, D.C. 20004

_____
James H. Halpin, Jr.

**STANGER & ARNOLD**, LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042