FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DEC 19  2 39 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN

| | | |
|---|---|---|
| IN RE JEEP WRANGLER CLASS ACTION | : | CIVIL NO. 3:02 CV 1219 (JBA) |
| ANGELA PHELAN, ADMINISTRATRIX OF THE ESTATE OF CHRISTOPHER PHELAN, CLASS MEMBER, AND INDIVIDUALLY | : : : | |
| Plaintiffs | : | |
| VS. | : | |
| DAIMLERCHRYSLER CORPORATION | : | DECEMBER 18, 2003 |
| Defendant | : | |

### PLAINTIFFS' OPPOSITION TO DEFENDANT'S DECEMBER 5, 2003 MOTION TO PRECLUDE EXPERT TESTIMONY

Plaintiffs oppose Defendant's December 5, 2003 Motion to Preclude or Limit Plaintiff's Expert Testimony for the following reasons.

Mr. James M. Mundo

Mr. James Mundo is one of Plaintiffs' consulting experts as to, among other matters, the substantial design similarities between Defendant's Jeep Wrangler (YJ) model (1987-1995) and Jeep Wrangler (TJ) model (1996/7- present) vehicles. Shortly, Plaintiffs expect to receive and file Mr. Mundo's discovery Affidavit in the form of his Engineering Report to further supplement Plaintiffs' Renewed Motion to Compel Defendant to produce the requested Jeep Wrangler (TJ) discovery. Mr. Mundo's discovery Affidavit is expected to confirm that the Jeep Wrangler (YJ)

1

STANGER & ARNOLD, LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

and (TJ) models are substantially similar regarding the matters at issue in this case. Mr. Mundo's discovery Affidavit will be filed to further establish that Plaintiffs should be permitted to conduct relevant discovery of Defendant's Jeep Wrangler (TJ) vehicle design, testing, and field data and information, because it is very likely to lead to the discovery of relevant admissible evidence in this case. Mr. Mundo's discovery Affidavit is not to be submitted as an Affidavit from one of Plaintiffs' product liability experts. However, Mr. Mundo and others may later be disclosed as experts as to Plaintiffs' CUTPA claims, once the Court may order CUTPA discovery to proceed.

### Mr. Paul V. Sheridan

Mr. Paul Sheridan is one of Plaintiffs' consultants, and it is expected that he will be one of Plantiffs' fact witnesses in this case. Defendant is well aware that Mr. Sheridan is one of Defendant's former whistleblower employees with substantial knowledge about Defendant's unsafe business practices that caused Jeep Wranglers not to have adequate occupant protection, and not to be rollover safe or crashworthy.

Defendant already knows almost all there is to know about Mr. Sheridan, and the information and documents upon which he will base his expected trial testimony. Defendant also knowingly mischaracterizes Mr. Sheridan as one of Plaintiffs' product liability expert witnesses. However, no F.R.C.P. 26(a)(2) expert witness disclosures are required concerning Mr. Sheridan. F.R.C.P. 26(b) provides and proscribes the scope of the parties' fact witness discovery, including the scope of Defendant's discovery of facts relevant to this case from Mr. Sheridan.

2

Wherefore, for the reasons set forth above, Defendant's December 5, 2003 Motion to Preclude or Limit Plaintiff's Expert Testimony should be denied.

Respectfully submitted,
PLAINTIFFS

BY _____
Steven E. Arnold, ct07966
sea@SAlaw.us
Peter M. Van Dyke, ct24747
pvd@SAlaw.us
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
Tel. (860) 561-0650
Fax. (860) 561-0650
Their Attorneys

3

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on December 18, 2003, postage prepaid, to all counsel and pro se parties of record as follows:

Daniel Krisch, Esq.
Horton, Shields & Knox. P.C.
90 Gillett Street
Hartford, CT 06105

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

M. Sheila Jeffrey, Esq.
Miller, Canfield, Paddock and Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, Michigan 48098

Lewis H. Goldfarb, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY 10022

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson
555 Thirteenth Street, NW
Washington, DC 20004

The Honorable Joan Glazer Margolis

Steven E. Arnold

4

**STANGER & ARNOLD**, LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042