FILED
Dec 23 1 15 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE JEEP WRANGLER CLASS ACTION : CIVIL NO. 3:02 CV 1219 (JBA)

ANGELA PHELAN, ADMINISTRATRIX OF THE ESTATE OF CHRISTOPHER PHELAN, CLASS MEMBER, AND INDIVIDUALLY

Plaintiffs

VS.

DAIMLERCHRYSLER CORPORATION : DECEMBER 22, 2003

Defendant

**PLAINTIFFS' SUBMISSION OF ENGINEERING REPORT OF JAMES D. MUNDO TO SUPPLEMENT PLAINTIFFS' RENEWED MOTION TO COMPEL**

As per the Court's July 10, 2003 Ruling on Plaintiffs' Motion To Compel and its October 21, 2003 Ruling on Plaintiffs' Motion For Extension Of Time To Complete Product Discovery, and in accordance with Fed.R.Civ.P. 37 and D.Conn.L.Civ.R. 37, Plaintiffs submit herewith the Engineering Report of James D. Mundo to supplement their November 14, 2003 Renewed Motion To Compel Defendant's Responses To Plaintiffs' First Set Of Product Liability Interrogatories And Requests For Production. Mr. Mundo's Engineering Report confirms that the roll cage systems of the Jeep Wrangler (YJ) and (TJ) models are substantially similar

STANGER & ARNOLD, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

regarding the matters at issue in this case. Accordingly, Plaintiffs Renewed Motion To Compel should be granted, and Plaintiffs be permitted to conduct relevant discovery of Defendant's Jeep Wrangler (TJ) vehicle design, testing, and field data and information.

Respectfully submitted,
PLAINTIFFS

BY_______________________

Steven E. Arnold, ct07966
sea@SAlaw.us
Peter M. Van Dyke, ct24747
pvd@SAlaw.us
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
Tel. (860) 561-0650
Fax. (860) 561-0646
Their Attorneys

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on December 22, 2003, postage prepaid, to all counsel and pro se parties of record as follows:

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

Daniel Krisch, Esq.
Horton, Shields & Knox
90 Gillett Street
Hartford, CT 06105

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson
555 Thirteenth Street
Washington, DC 20004

Lewis H. Goldfarb, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY 10022

M. Sheila Jeffrey, Esq.
Miller, Canfield, Paddock & Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI 48098

The Honorable Joan Glazer Margolis

Peter M. Van Dyke

STANGER & ARNOLD, LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

Project # ARN 1001

# Engineering Report
# Phelan v DaimlerChrysler

submitted to:

Stanger & Arnold, L.L.P.
Attorneys and Counselors at Law
29 South Main Street, Suite 325
West Hartford, Connecticut 06107

by:

American Automotive Design
42015 Ford Road, Suite 262
Canton, Michigan 48187
Telephone 734. 981.8940
Fax: 734.981.9634
mail4aad@aol.com
www.aadwebsite.com

Contacts:
Stanger and Arnold
S. E. Arnold
J. Halpin

American Automotive Design
J. D. Mundo

J. D. Mundo

December 16, 2003

# TABLE OF CONTENTS

AAD's Opinions . . . . . . . . . . . . . . . . . . . . . . . . . . Page 1
Discussion . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 2
James Mundo's CV . . . . . . . . . . . . . . . . . . . . . . . . Appendix A
AAD's 2003 Fee and Expense Schedule . . . . . . . . . . . . . . Appendix B
AAD's Deposition and Trial List . . . . . . . . . . . . . . . . . . . Appendix C
Abridged Vehicle Inspection Photos . . . . . . . . . . . . . . . . . Appendix D

# AAD ENGINEERING REPORT

## Introduction

American Automotive Design (AAD) was retained by the Stanger and Arnold Law Firm to provide engineering services for the Phelan v DaimlerChrysler case. AAD was asked to compare the designs of the Jeep Wrangler YJ and TJ model support bars.

## Background

AAD understands from the Leon W. Neal's June 4, 2003 Affidavit that the Jeep Wrangler YJ model was produced from 1987 through 1996 and that it was replaced by the Jeep Wrangler TJ model in 1997. There is a question with respect to the design of the support bar assembly used in the manufacturer of these two model vehicles. The focus of the question is the degree to which the support bar designs are similar.

## Methodology

To arrive at the engineering opinions that follow, AAD combined thirty-one years of hands-on automotive design engineering experience in combination with:

- 1995 Jeep Wrangler YJ vehicle physical inspection
- 1997 Jeep Wrangler TJ vehicle physical inspection
- study of YJ Support Bar Assembly drawings
- study of Leon W. Neal's affidavit

## Engineering Opinions Summary

The question of the similarity between the 1995 Jeep Wrangler YJ and the 1997 Jeep Wrangler TJ support bar design is best expressed in terms of their form and function as follows:

1. The form of the YJ and TJ support bar designs are substantially similar in that both designs:
   a. fit within essentially the same envelope inside of the occupant compartment
   b. provide a similar structure irrespective of the number of components that comprise the assembly
   c. provide a tie between the A to B to C pillars
   d. provide a loop between the left and right B pillars
   e. attach to the vehicle by mechanical fasteners

2. The level of the function between the YJ and TJ support bar designs has yet to be completely determined due to a lack of information like FMVSS 216 test results and design drawings. However, based on engineering education, training and experience, the minor differences in the designs may wash one another out with respect to performance as follows:
   a. the number of components that comprise the support bar is a non issue given that the joints are designed and assembled properly
   b. the plan view angle of the structural component that makes the tie between the B and C pillars will have an effect on the stress levels within the support bar assembly
   c. the differences in the support bar attachment to the body will have an effect on the stress levels within the support bar assembly
   d. the differences in b and c above may wash one another out for a net zero change in performance between the two designs

## DISCUSSION

Support Bar Form

One of the most basic of all automotive design concepts is that of form and function. In general terms, the form is the design's basic shape and style while the function is what it does and how it works. The form of the support bar for the case at hand is depicted below in figure #1 as a simple red outline on the YJ on the left and the TJ on the right. It can be seen that the support bars are essentially the same in that they both fit inside of the occupant space and provide a tie between the A to B to C pillars as shown.

figure #1
Outline of Support Bar Shown in Red

The B pillar structural member for both designs may best be envisioned as a classic roll bar in that it provides a loop running up one side, across the top of the roof and down the other side of the B pillar as depicted in blue in figure #2. This loop on the TJ is a three piece steel design while the loop on the YJ is made from a single piece of steel. See the photographs in Appendix D, pages D9 and D10 for a closer look at the fabricated joint. It is standard practice in the automotive industry for designs to be fabricated from multiple pieces for any number of reasons. When properly designed and manufactured, there is no strength difference between a one piece and a multiple piece design.

figure #2
View Looking Down on TJ Support Bar

Note, in figure #2 how the C pillar ties are made at the outboard corners of the B pillar loop for the TJ design. However, the C pillar ties for the YJ design are made some four to five inches inboard of the corners as depicted in blue in figure #3 below and in the photograph in Appendix D, page D5.

figure #3
View Looking Down on YJ Support Bar

The attachment of the B pillar loop to the body for the YJ design is different than the TJ. As shown in the photographs in Appendix D, page D4, the YJ attaches to the floor and the rear seat riser while the TJ attaches to the floor and the B pillar inner as shown in Appendix D, pages D10 and D11.

## Support Bar Function

Most design engineers would no doubt agree that form should follow function, while most stylist and marketing interest push for function to follow form. Whatever the case, function is what makes the design work. For the case at hand, the question is whether or not the YJ support bar design works differently than the TJ?

It is true that there are design differences in the attachment of the support bar to the floor and body side in the B pillar areas and that these differences will generate different stress levels in response to various imposed loads to the system. It is also true that the design differences to the attachment points between the B pillar loop to the C pillar will generate different stress levels as well.

From a design engineering point of view, it is possible that these differences may cancel one another out. For example, the joint of the B pillar loop to the C pillar for the YJ is stronger in some load cases than the TJ due to the gusseting effect. However, the attachment of the B pillar to the floor and rear seat riser for the YJ is weaker than the attachment of the TJ design. Hence, one strong and one weak may cancel out one weak and one strong. More information on the TJ design is necessary before the scope and magnitude of these differences can be evaluated.

## Conclusions

The design of the support bar for the Jeep Wrangler YJ and the Jeep Wrangler TJ are essentially the same in form. They both fit within the same envelope inside of the vehicle occupant space and provide structural ties between the A to B to C pillars. With the exception of differences to the attachment points at the B pillar to the body and the joint between the B pillar loop to the C pillar, they are essentially the same.

The impact of these minor differences between the two support bar systems has yet to be determined due to a lack of information on the TJ design. However, to a high degree of engineering certainty these changes can wash each other out. More information and further engineering analysis is required to establish any functional differences between the designs.

The opinions expressed in this report are based on AAD's knowledge of the facts and information to date. If AAD's opinions (or the bases for them) change as a result of additional information which becomes available through depositions or other discovery, AAD will amend or supplement the opinions appropriately.

**Appendix A**

James Mundo's CV


American Automotive Design

**James David Mundo**
Curriculum Vita

**CV Summary**

- Thirty-one years experience in the Automotive Industry
- Engineering expertise from conventional through electric and alternative fuel vehicles
- Hands on cradle-to-grave engineering experience for numerous product lines
- Extensive experience with US, Canadian and European crash safety standards
- Designed, built and implemented first US/Swedish heavy truck crash safety facility
- International design engineering experience with European and Japanese vehicles
- Served as Ford's Crash Safety Technical Specialist for all NAAO product lines
- Taught crash safety design techniques in Ford's US and European engineering centers
- Formulated and published Ford corporate standard engineering safety guidelines

**Employment History**

American Automotive Design, Canton, Michigan 1986-present
Position: Founder and Owner
Negotiated and awarded numerous multifaceted and multilevel engineering contracts with Ford, General Motors, BMW, Modem, SDRC, TDM and others. Contracts ranged from FMVSS crash safety programs through production vehicle redesign for alternative fuel and electric vehicle systems.

SDRC, Madison Heights, Michigan 1985-1986
Position: Senior Consultant Engineer
Organized, staffed and trained a new Design Engineering Department to:
- execute total design programs
- integrate engineering analysis into design process
- develop procedures for cycle testing components on computer driven test equipment

Volvo White Corporation, Greensboro, North Carolina 1983-1985
Position: Special Assistant to Director of Engineering
Assigned to technical projects of specific interest to the company.
- established heavy truck domestic vehicle crashworthiness safety programs
- revised Swedish design standards to comply with US/Canadian FMVSS standards
- designed, built and implemented first US/Swedish heavy truck crash safety facility

Ford Motor Company, Dearborn, Michigan 1972-1983
Position: Safety Technical Specialist
Design Engineering Supervisor
Senior Design Engineer
Product Development Engineer
Product Design Engineer
Direct major program experience in each phase of the design, development and manufacture of automotive products from cradle-to-grave.

- safety specialist responsible for NAAO product compliance to FMVSS crash regulations
- supervision of Taurus vehicle design engineering group
- formulated and issued corporate engineering technology guidelines
- pioneered static and dynamic structural safety design techniques
- coordinated major design programs with both Europe and Japan

McDonnell Douglas Aircraft Company, St. Louis, Missouri 1970-1972
Position: Airframe Structural Design Engineer
Configuration Aerodynamicist
Direct experience with F-15 aircraft and Harpoon missile in airframe structures design, materials development and aerodynamics.
- structural design, loads, stress and fatigue analysis
- aerodynamic surface configuration and performance

**Areas of Distinction**

US Patents
- mechanical propulsion systems
- bumper safety systems

**Organizations**

Member in good standing, Society of Automotive Engineers

**Education**

Graduate: University of Michigan, Professional Development in Engineering Degree, 1976
Undergraduate: Northrop University, Bachelor of Science in Aerospace Engineering, 1970

## Appendix B

AAD's 2003 Fee and Expense Schedule



# 2003 Fee and Expense Schedule

**Hourly Rates:**
Billables include all time expended at an hourly rate on behalf of the client including, but not limited to, onsite inspections, document reviews, research, reports, depositions, court testimony, testing, photography, telephone conversations, waiting and travel portal-to-portal.

| Position | Rate |
|---|---|
| Senior Engineer | $330.00 |
| Project Engineer | $165.00 |
| Technician | $83.00 |
| Staff Assistants | $83.00 |
| Drafting | $72.00 |
| Mechanic | $55.00 |
| Clerical | $50.00 |

**Minimum Fees:**
Four-hour minimum fee per case for engineering investigation/consultation.
Four-hour minimum fee per deposition.
Eight-hour minimum daily trial fee.

**Reimbursable Expenses:**
1. General Expenses: All out-of-pocket expenses including, but not limited to, those for travel, meals, lodging, photographic supplies and processing, postage and shipping, codes and standards acquisition, research data, computer modeling, telephone calls, component storage and other materials are billed at cost plus 15%. Use of personal/ company automobiles is billed at $0.36 per mile.

2. Testing Expenses: All testing expenses including, but not limited to, those for physical test properties, pre-test preparations, test facility usage, videos, raw data hard copies, test reports and disposition of post-test properties must be paid for at the time the expenses are incurred.

**American Automotive Design**
42015 Ford Road, Suite 262
Canton, Michigan 48187
Telephone (734) 981-8940
Fax (734) 981-9634
mail4aad@aol.com
www.aadwebsite.com

revised 01/05/03

aad

## Appendix C

AAD's Deposition and Trial List

AAD Project # ARN 1001

## AAD's DEPOSITION LIST

1. Brown v Peterbilt Motors Company
   Case # 97-721053-NZ
   Circuit Court for the County of Wayne, State of Michigan
   Dani K. Liblang
   Birmingham, Michigan, March 17, 1999 and April 22, 1999

2. Hensler v Ford Motor Company
   Case # 98-CV-218
   Circuit Court for the County of Jefferson, State of Wisconsin
   Robert Slattery
   Waukesha, Wisconsin, September 17, 1999

3. Carson v Mack Truck, Inc.
   Case # 982-00908
   Circuit Court of the City of St. Louis, State of Missouri
   Martin Perron
   St. Louis, Missouri, September 21, 1999

4. Moore v General Motors Corporation
   Case # CIV-98-042-2
   Circuit Court for the county of Ouachita, State of Arkansas
   Rodney Moore
   Bloomfield Hills, Michigan, September 30, 1999

5. Roblez v Ford Motor Company
   Case # CC-99-02300-C
   In The County Court At Law, Dallas County, Texas
   Todd Tracy
   Dallas, Texas, January 25, 2000

6. Van Vleet v Ford Motor Company
   Case # CIV B-C-98-125
   In The United States District Court
   Eastern District of Arkansas, Northern Division
   David Hodges
   Little Rock, Arkansas, February 5, 2000

7. Benavides v Mazda Motor Corporation
   Case # INC 008380
   Superior Court of California, County of Riverside
   Richard McCune
   Redlands, California, February 21, 2000

8, Hensler v Ford Motor Company, Vol2
   Case # 98-CV-218
   Circuit Court for the County of Jefferson, State of Wisconsin
   Robert Slattery
   Waukesha, Wisconsin, March 22, 2000