9. Fechtig v General Motors Corporation, Volvo White Truck Corporation, Volvo Trucks North America
   Case # CV 97-23606
   Superior Court of Arizona, Maricopa County
   Jeff Embry
   Romulus, Michigan, March 27, 2000

10. Daniel v Mack Trucks
    Case # 198CC0135
    In the Circuit Court of Greene County, Missouri at Springfield
    Steve Garner
    Springfield, Missouri, April 18, 2000

11. Perez v Ford
    Case # 4:98CV01973LOD
    United States District Court
    Eastern District of Missouri, Eastern Division
    Joan Lockwood
    St. Louis, Missouri, August 23, 2000

12. Rangel v Ford
    Case # DC-99-369
    District Court of Duval County, Texas
    229th Judicial District
    Craig M. Sico
    Corpus Christi, Texas , September 18, 2000

13. Johnson v Mack Truck
    Case # CV-99-106
    Circuit Court for Perry County, Alabama
    Greg Allen
    Montgomery, Alabama, October 19, 2000

14. Wade v Mazda, Vol 1
    Case # CV 99-174
    Circuit Court for Tallapoosa County, Alabama
    Kenneth Ingram, Jr.
    Alexander City, Alabama, February 13, 2001

15. Sturdevant v Ford Motor Company
    Case # RA-97-1318 ( c )
    First Judicial District Court
    County of Rio Arriba, New Mexico
    Gilbert Arrazolo
    Albuquerque, New Mexico, February 20, 2001

16. Green v Ford Motor Company
    Case # 98-236CV
    Eighth Judicial District Court
    County of Taos, New Mexico
    Gilbert Arrazolo
    Albuquerque, New Mexico, February 22, 2001

17. Moore v Mazda Motor Company
Civil Action # 99-0136CI
Circuit Court of LeFlore County, Mississippi
Edward Sanders
Romulus, Michigan, May 17, 2001

18. Wade v Mazda, Vol 2
Case # CV 99-174
Circuit Court for Tallapoosa County, Alabama
Kenneth Ingram, Jr.
Romulus, Michigan, May 31, 2001

19. Murray v Century Products
Case # 96-68
Court of Common Pleas, 44th Judicial Wyoming County Branch, Pennsylvania
Robert Murray Jr.
Romulus, Michigan, June 7,2001

20. Romeo v Dana Corporation
Case # 982-08128
Circuit Court of the City of St. Louis
John Turner
Kansas City, Missouri June 12, 2001

21. Hanson v Nissan
Case # 99-CVS-319
Ashe County Civil Superior Court, Ashe County, North Carolina
Douglas Abrams
Raleigh, North Carolina, June 19, 2001

22. Thomas v Krispy Kreme
Case # CV-99-0115
In the Circuit Court for Macon County, Alabama
Greg Allen
Montgomery, Alabama, June 27, 2001

23. Ross v Ford Motor Company
Case # 00-CV-4137-JPG
In the United States Federal District Court for the Southern District of Illinois
Jason Dodson
St. Louis, Missouri, August 2, 2001

24. Steiner v General Motors Corporation
Case # 00-1108-JTM
# 00-1109-JTM
In the United States Federal District Court for the District of Kansas
Peter Daughtery
Atlanta, Georgia, September 18, 2001

25. Bryant v General Motors
Case # CV196-48CC
In the Circuit Court for Cass County
John Turner
Harrisonville, Missouri, January 30, 2002

26. Cruz v Ford Motor Company
    Case # C20006069
    In the Superior Court of Arizona, in the county of Pima
    Patrick J. McGroder III
    Romulus, Michigan, February 19, 2002

27. Hurd v General Motors
    Case # CV-99-H-71
    In the Circuit Court for Coffee County, Alabama, Elba Division
    Richard Morrison
    Montgomery, Alabama, February 28, 2002

28. Sturdevant v Ford Motor Company, Vol 2
    Case # RA-97-1318 ( c )
    First Judicial District Court
    County of Rio Arriba, New Mexico
    Gilbert Arrazolo
    Canton, Michigan, March 15, 2002

29. Jernigan v General Motors
    Civil Action # CV-2000-104
    Circuit Court, Bullock County, Alabama
    Greg Allen
    Montgomery, Alabama, March 26, 2002

30. Phi N. Le v Ford Motor Company
    Docket # 98-01957
    21st Judicial District Court, Parish of Tangipahoa Louisiana, Division A
    Glen McGovern
    Troy, Michigan, June 14, 2002

31. Wolfe v Ford Motor Company
    Case # 00C35E
    In the District Court of Neosho County, Kansas
    Lynn Johnson
    Romulus, Michigan, July 26, 2002

32. She Pin Chen v GM
    Case # 01CV03840
    District Court of Johnson County, Kansas
    James Frasier
    Tulsa, Oklahoma, July 30, 2002

33. Kessler v Big O Tires
    Case # 99AS06353
    In the Superior Court of California, County of Sacramento
    Paul Nelson
    Dearborn, Michigan, August 3, 2002

34. Poirier v Ford Motor Company
    Case # 74,600-A
    In the Probate Court, Travis County, Texas
    Donald Slavik
    Detroit, Michigan, August 20, 2002

35. Taylor v Hornady, Vol 1
Case # CV-2001-90
In the Circuit Court of Wilcox County , Alabama
Benjamin Baker
Montgomery, Alabama, December 6, 2002

36. Weir v Groendyke Transport Inc.
Case # 4:01CV00948CAS
In the United States District Court for
the Eastern District of Missouri
Paul Passanante
St. Louis, Missouri, January 21, 2003

37. Taylor v Hornady, Vol 2
Case # CV-2001-90
In the Circuit Court of Wilcox County , Alabama
Benjamin Baker
Dearborn, Michigan, January 24, 2003

38. Blair v Navistar International
Case # CV-01-135
In the Circuit Court of Lamar County, Alabama
Benjamin Baker
Montgomery, Alabama, February 11, 2003

39. Straman v Volkswagen of America
Case # 812391
Superior Court of the State of California for the County of Orange, Central Justice Center
Stanley Gibson
Los Angeles, California, March 6, 2003

40. Allred v Freightliner
Case # 248-187-98
In the District Court of Johnson County, Texas, 249th Judicial District
Ken Lewis
Romulus, Michigan, March 11, 2003

41. Maddox v Toyota
Case # 1:01-CV-0997-TWT
In the United States District Court for the Northern District of Georgia, Atlanta Division
James Carter
Romulus, Michigan, April 25, 2003

42. Sasser v Ford
Case # 2003 cv 68680
In the Superior Court of Fulton County, State of Georgia
Jeff Harris
Romulus, Michigan, September 30, 2003

43. Stiren v DaimlerChrysler
Case # 962-8179
In the Circuit Court of the City of St. Louis, State of Missouri, Division #1
Nancy Richards
St. Louis, Missouri, December 9, 2003

## AAD's TRIAL LIST

1. Hanson v Nissan
   Case # 99cvs319
   Ashe County Civil Superior Court, Ashe County, North Carolina
   Douglas Abrams
   Raleigh, North Carolina, August 17, 2001

2. Murray v Century Products
   Case # 96-68
   Court of Common Pleas, 44th Judicial Wyoming County Branch, Pennsylvania
   Robert Murray Jr.
   Tunkhannock, Pennsylvania, November 8, 2001

3. Jemigan v General Motors
   Civil Action # CV-2000-104
   Circuit Court, Bullock County, Alabama
   Greg Allen
   Union Springs, Alabama, April 25, 2002

4. Hanson v Nissan
   Case # 99cvs319
   Ashe County Civil Superior Court, Ashe County, North Carolina
   Douglas Abrams
   Raleigh, North Carolina, May 15, 2002

5. Poirier v Ford Motor Company
   Case # 74,600-A
   In the Probate Court, Travis County, Texas
   Donald Slavik
   Austin, Texas, October 17, 2002

**Appendix D**

Abridged Vehicle Inspection Photos

AAD Project # ARN 1001

1995 YJ Jeep Wrangler manufacturer's ID plate.



View looking at front of 95 YJ.



View looking at driver side of 95 YJ.



View looking at rear of 95 YJ.



View from inside of 95YJ looking outboard at driver side support bar system.

C pillar tie to B pillar loop this area
A pillar tie to B pillar loop this area
B pillar loop
B pillar loop tie to floor this area

View looking down at passenger side of 95 YJ B pillar loop attachment to floor and rear seat riser.



Close-up of rear seat riser attachment shown above.



View looking up and forward at driver side 95 YJ support bar assembly.



Close-up of driver side 95 YJ C pillar tie to B pillar loop shown above.



Circumference of typical steel tube used in 95 YJ support bar.

JAPAN.

Circumference of typical steel tube used in 97 TJ support bar.

AAD Project # ARN 1001

page D6

VIN tag from 1997 Jeep Wrangler TJ.



View looking at front of 97 TJ.



View looking at driver side of 97 TJ.

WRANGLER
Jeep

View looking at rear of 97 TJ.

AAD Project # ARN 1001

page D8

View from inside vehicle looking outboard at B pillar loop.

see photograph below for details in this area
B pillar loop
Note, tie to body this area
front seat back

Close-up view of A to B to C pillar joint shown above.

Note, joint in B pillar loop
Note, C pillar tie in line with A pillar tie
A pillar tie this area
B pillar loop

AAD Project # ARN 1001 page D9

Close-up of 97 TJ B pillar joint shown on page D9.

B pillar loop joint

Close-up of 97 TJ B pillar loop tie to body shown in photograph on page D9.

B pillar screw to body joint

AAD Project # ARN 1001 page D10

View looking down and outboard at driver side B pillar loop attachment to floor pan.

