FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| IN RE JEEP WRANGLER CLASS ACTION | : | CIVIL NO. 3:02 CV 1219 (JBA) |
| ANGELA PHELAN, ADMINISTRATRIX OF THE ESTATE OF CHRISTOPHER PHELAN, CLASS MEMBER, AND INDIVIDUALLY | : : : | |
| Plaintiffs | : | |
| VS. | : | |
| DAIMLERCHRYSLER CORPORATION | : | DECEMBER 29, 2003 |
| Defendant | : | |

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b), Plaintiffs move for a fourteen (14) day extension of time within which to reply to Defendant's Motion For Protective Order. Plaintiffs need this additional time to respond to Defendant's Motion because their lead attorney was on trial before the Connecticut Superior Court, and is now in California with his family on a long scheduled holiday vacation. He will not be back in Connecticut until the week of January 5, 2004. Defendant indicated that it was willing to consent to an extension of time until January 5, 2004, but objects to an extension of time until January 12, 2004. This is Plaintiffs' first request for an extension of time.

**NO ORAL ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

**STANGER & ARNOLD, LLP**
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

Respectfully submitted,
PLAINTIFFS

BY _____
Steven E. Arnold, ct07966
sea@SAlaw.us
Peter M. Van Dyke, ct24747
pvd@SAlaw.us
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
Tel. (860) 561-0650
Fax. (860) 561-0650
Their Attorneys

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on December 29, 2003, postage prepaid, to all counsel and pro se parties of record as follows:

Daniel Krisch, Esq.
Horton, Shields & Knox. P.C.
90 Gillett Street
Hartford, CT 06105

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

M. Sheila Jeffrey, Esq.
Miller, Canfield, Paddock and Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, Michigan 48098

Lewis H. Goldfarb, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY 10022

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson
555 Thirteenth Street, NW
Washington, DC 20004

The Honorable Joan Glazer Margolis

_____
Peter M. Van Dyke

2

STANGER & ARNOLD, LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042