FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE JEEP WRANGLER CLASS ACTION | CIVIL NO. 3:02 CV 1219 (JBA) |
| ANGELA PHELAN, ADMINISTRATRIX OF THE ESTATE OF CHRISTOPHER PHELAN, CLASS MEMBER, AND INDIVIDUALLY | |
| Plaintiffs | |
| VS. | |
| DAIMLERCHRYSLER CORPORATION | DECEMBER 29, 2003 |
| Defendant | |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b), Plaintiffs move for a fourteen (14) day extension of time within which to reply to Defendant's Motion For Protective Order. Plaintiffs need this additional time to respond to Defendant's Motion because their lead attorney was on trial before the Connecticut Superior Court, and is now in California with his family on a long scheduled holiday vacation. He will not be back in Connecticut until the week of January 5, 2004. Defendant indicated that it was willing to consent to an extension of time until January 5, 2004, but objects to an extension of time until January 12, 2004. This is Plaintiffs' first request for an extension of time.

**NO ORAL ARGUMENT REQUESTED
NO TESTIMONY REQUIRED**

1

STANGER & ARNOLD, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042