UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE JEEP WRANGLER CLASS ACTION | : | CIVIL NO. 3:02 CV 1219 (JBA) |
| | : | |
| ANGELA PHELAN, ADMINISTRATRIX OF | : | |
| THE ESTATE OF CHRISTOPHER PHELAN, | : | |
| CLASS MEMBER, AND INDIVIDUALLY | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| VS. | : | |
| | : | |
| DAIMLERCHRYSLER CORPORATION | : | |
| : | | |
| Defendant | : | |
| VS. | : | |
| | | |
| CHRISTOPHER MILLER, ET AL., | : | |
| Third-Party Defendants | : | January 13, 2004 |

## ASSENTED-TO MOTION TO
## TO CONTINUE TRIAL READY DATE

The defendant respectfully moves the Court to revise the current Scheduling Order in this

case so that the date by which the individual product liability claims in this matter are to be trial

ready is extended from March 2, 2004 to a date convenient for the Court in September 2004.

As reasons in support of its Motion, the defendant states that:

1.      This action by the Estate of Christopher Phelan includes both individual product

liability claims and class action claims against DaimlerChrysler Corporation. Under the Court's

Scheduling Order issued March 13, 2003, the individual product liability portion of the action is to be trial ready by March 2, 2004.

2.       This is a complex case involving claims by plaintiff of a design defect in a 1994 Jeep Wrangler (YJ), which will require extensive technical testimony by expert witnesses as well as numerous factual witnesses.   Plaintiff and DaimlerChrysler have disclosed five (5) experts each.  In addition to expert testimony, the defendant by itself may need to call as many 15-20 factual witnesses. It is anticipated that the parties will seek to present numerous exhibits to the jury in the course of trial, and that they may also seek to read deposition testimony into the record.  The trial of the individual claims is expected to require 4 weeks for completion.

3.       Defendant's lead trial counsel, Peter M. Durney, has been involved in this action since its inception.  Mr. Durney has a longstanding relationship with DaimlerChrysler in the defense of products liability matters.  He is familiar with the technical issues at stake in plaintiff's claims and with the procedural history of this case, and his availability for trial is essential to the defense of this case.

4.       Mr. Durney has a longstanding personal commitment that will result in his absence from the country during the second half of March, 2004.  Immediately upon his return, Mr. Durney has a trial in the United States District Court, District of Maine, in which jury selection is scheduled to begin in April 6, and evidence is scheduled to begin April 27.  That trial is expected to require at least 5 weeks for completion.

5.      Plaintiff has assented through counsel to the relief sought in this Motion

6.      This is the parties' first request for continuance of the trial-ready date.

7.      In these circumstances, the defendant respectfully requests that the Court

continue the trial to September 2004.

WHEREFORE, the defendant requests that the date by which the individual product

liability claims in this matter are to be trial-ready is extended from March 2, 2004 to date

convenient for the Court in September 2004.

                                        Respectfully submitted,
                                        DEFENDANT,
                                        DAIMLERCHRYSLER CORP.

                                        By _____
                                            Daniel J. Krisch
                                            dkrisch@hsklawfirm.com
                                            Fed Bar ID #:  CT21994
                                            HORTON, SHIELDS & KNOX, P.C.
                                            90 Gillett Street
                                            Hartford, CT  06105
                                            Tel. (860) 522-8338

## CERTIFICATE OF SERVICE

I, Daniel J. Krisch attorney for defendant DaimlerChrysler Corporation, hereby certify that on this 13th day of January, 2004, a true and correct copy of the foregoing motion was served via first class mail, postage prepaid, directed to:

Steven E. Arnold, Esq.
STANGER & ARNOLD, LLP
29 South Main Street, Suite 325
West Hartford, Connecticut 06107
Attorney for Plaintiff

Mr. Christopher Miller
Robinson Correctional Facility
285 Shaker Road
P.O. Box 1400
Enfield, CT 06082

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson, LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Co-counsel for Defendant

Lewis H. Goldfarb, Esq.
Hogan & Hartson, LLP
875 Third Avenue
New York, New York 10022
Co-counsel for Defendant

James P. Kerr
Peter M. Durney
CORNELL & GOLLUB
75 Federal Street
Boston, Massachusetts 02110
Co-counsel for Defendant

M. Sheila Jeffrey, Esq.
MILLER, CANFIELD, PADDOCK & STONE, P.L.C.
Seventh Floor
101 North Main
Ann Arbor, MI 48104

_____
Daniel J. Krisch