FILED

Jan 15  2 47 PM 04

U S DIST COURT
NEW HAVEN CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE JEEP WRANGLER CLASS ACTION   :   CIVIL NO. 3:02 CV 1219 (JBA)
        : 
ANGELA PHELAN, ADMINISTRATRIX OF : 
THE ESTATE OF CHRISTOPHER PHELAN, : 
CLASS MEMBER, AND INDIVIDUALLY   : 
        : 
      Plaintiffs     : 
        : 
VS.         : 
        : 
DAIMLERCHRYSLER CORPORATION   :   JANUARY 14, 2004
        : 
      Defendant     : 

## PLAINTIFFS' EXHIBIT ERRATA SHEET TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER

Plaintiffs file this Errata Exhibit Sheet to correct or complete exhibits to Plaintiffs'

Opposition to Defendant's Motion for Protective Order.

1. Exhibit 2, entire deposition transcript included.

2. Exhibit 7, page 38 included.

3. Exhibit 8, pages 64, 70, 78, 90, 94, 108, 110, 126, 135, 136, 142, 145, 152-159 included.

4. Exhibit 10, pages 31, 62, 63, 144 included.

5. Exhibit 11, pages 18-19 included.

6. The last sentence on Page 15 should cite to Exh. 12, pages 24-27.

1

**STANGER & ARNOLD, LLP**
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

7.  Exhibit 12, pages 24-27 included.

8.  Exhibit 13, additional page included.

9.  Exhibit 17, additional document included.

The additional exhibit pages are attached hereto.

Respectfully submitted,

PLAINTIFFS

BY_____

Steven E. Arnold, ct07966
sea@SAlaw.us
Peter M. Van Dyke, ct24747
pvd@SAlaw.us
James H. Halpin, Jr., ct25357
jhh@Salaw.us
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
Tel. (860) 561-0650
Fax. (860) 561-0650
Their Attorneys

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on January 14, 2004, postage prepaid, to all counsel and pro se parties of record as follows:

Daniel Krisch, Esq.
Horton, Shields & Knox. P.C.
90 Gillett Street
Hartford, CT 06105

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

M. Sheila Jeffrey, Esq.
Miller, Canfield, Paddock and Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, Michigan 48098

Lewis H. Goldfarb, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY 10022

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson
555 Thirteenth Street, NW
Washington, DC 20004

The Honorable Joan Glazer Margolis
U.S. Magistrate Court
Judge's Chambers
U.S. District Court
141 Church Street
New Haven, CT 06510

_____
James H. Halpin, Jr.

3

**STANGER & ARNOLD, LLP**
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

1

1       IN THE DISTRICT COURT OF THE UNITED STATES

2            FOR THE DISTRICT OF CONNECTICUT

3

4

5   IN RE JEEP WRANGLER CLASS ACTION

6   ANGELA PHELAN, ADMINISTRATRIX OF

7   THE ESTATE OF CHRISTOPHER PHELAN,

8   CLASS MEMBER, AND INDIVIDUALLY,

9                      Plaintiffs,

10     -vs-                  Civil Action

11                      No. 3:02 CV 1219 (JBA)

12  DAIMLERCHRYSLER CORPORATION,

13                     Defendant.

14  _____ /

15       V I D E O      D E P O S I T I O N

16

17   DEPONENT:   LEON NEAL

18   DATE:       Monday, December 15, 2003

19   TIME:       9:06  a.m.

20   LOCATION:   840 W. Long Lake, Troy, Michigan

21   REPORTER:   Nora Morrissy, RMR, CRR, CSR-2642

22

23

24

25

2

```
1   APPEARANCES:
2
3   STANGER & ARNOLD, LLP
4   BY: Mr. James H. Halpin, Jr.
5   29 South Main Street
6   West Hartford, CT  06107
7   860-561-0650
8     Appearing on behalf of the Plaintiffs.
9
10  MILLER, CANFIELD, PADDOCK & STONE
11  BY: Ms. Sheila Jeffrey
12  101 North Main, 7th floor
13  Ann Arbor, MI  48104
14  734-668-7797
15
16  DAIMLERCHRYSLER CORPORATION
17  BY: Ms. Rita A. Burns
18  1000 Chrysler Drive
19  Auburn Hills, MI  48326
20    Appearing on behalf of the Defendant.
21
22
23
24
25
```

4

```
1   Exhibit Number 17............................. 67:18
2   Exhibit Number 18............................. 68:16
3   Exhibit Number 19............................. 71:20
4   Exhibit Number 20............................. 73:6
5   Exhibit Number 21............................. 80:20
6   Exhibit Number 22............................. 84:25
7   Exhibit Number 23............................. 86:25
8   Exhibit Number 24............................. 87:12
9   Exhibit Number 25-29........................... 91:7
10  Exhibit Number 30, 31, 32, 33.......... 94:16
11  Exhibit Number 34............................. 111:6
12  Exhibit Number 35........................... 119:24
13  Exhibit Number 39-43........................ 122:24
14  Exhibit Number 44............................. 134:1
15  Exhibit Number 45........................... 137:23
16  Exhibit Number 46, 47...................... 143:3
17  Exhibit Number 47........................... 144:13
18
19
20
21
22
23
24
25
```

3

```
1          INDEX TO EXAMINATIONS
2   Witness                      Page
3   LEON NEAL
4
5       EXAMINATION
6   BY MR. HALPIN:  ............................. 7:1
7
8        INDEX TO EXHIBITS
9   Exhibit                      Page
10  (Exhibits retained by counsel)
```
```
11  Exhibit Number 1................................ 7:12
12  Exhibit Number 2................................ 8:11
13  Exhibit Number 3.............................. 17:15
14  Exhibit Number 4.............................. 22:7
15  Exhibit Number 5.............................. 31:25
16  Exhibit Number 6.............................. 34:17
17  Exhibit Number 7, 8.......................... 48:4
18  Exhibit Number 9.............................. 48:15
19  Exhibit Number 10............................ 49:16
20  Exhibit Number 11............................ 52:12
21  Exhibit Number 12............................ 53:14
22  Exhibit Number 13............................ 57:9
23  Exhibit Number 14............................ 60:6
24  Exhibit Number 15............................ 64:8
25  Exhibit Number 16............................ 65:23
```

5

```
1          Troy, Michigan
2          Monday, December 15, 2003
3          9:06 a.m.
4          VIDEO TECHNICIAN:  We are now on the
5   record.  The time is 9:06 hours.  This is tape one of
6   the videotaped deposition of Leon W. Neal in the case
7   of Angela Phelan, et al, versus DaimlerChrysler
8   Corporation, case number 302 CV 1219 being taken at
9   840 West Long Lake Road, Troy, Michigan.
10         Today is Monday, December 15, 2003.
11  My name is Daniel S. Cady, legal videographer from
12  Esquire Deposition Services.
13         If the attorneys will now introduce
14  themselves for the record, the reporter will then
15  swear the witness.
16         MS. JEFFREY:  I'm Sheila Jeffrey
17  from Miller, Canfield, Paddock, and Stone for
18  defendant DaimlerChrysler.
19         MR. HALPIN:  Jim Halpin from Stanger
20  & Arnold representing the plaintiff.
21         L E O N   N E A L,
22  was thereupon called as a witness herein, and after
23  having first been duly sworn to tell the truth, the
24  whole truth, and nothing but the truth, was examined
25  and testified as follows:
```

2 (Pages 2 to 5)

6

1  MR. HALPIN: Mr. Neal, as I
2  introduced myself, I've Jim Halpin, and I represent
3  the plaintiff in this matter.
4      I'm just here to ask you some
5  questions and learn some information today. If at any
6  time I ask you a question that you don't understand or
7  contains a word that is not clear, would you please
8  let me know so I can clarify it and we'll go from
9  there?
10  THE WITNESS: Yes, I will.
11  MR. HALPIN: Can we agree that if
12  you don't let me know the meaning of a question is not
13  clear, that you understood it and the answer is
14  appropriate.
15  THE WITNESS: Yes.
16  MR. HALPIN: Can we agree if I
17  misuse any term of art for engineers or terms
18  DaimlerChrysler uses internally, that you would let me
19  know so I can complete the record?
20  THE WITNESS: Yes.
21  MR. HALPIN: And can we agree if
22  there is anything that you'd like to look at, you can
23  let me know and we'll try and get you a copy of that
24  and we'll complete the record that way?
25  THE WITNESS: Yes.

7

1  E X A M I N A T I O N
2  BY MR. HALPIN:
3  Q. First I'm going to hand you two documents
4  which are deposition notices. Mr. Neal, have you seen
5  those documents before?
6  A. I've seen one of them.
7  Q. And which one have you seen?
8  A. I have seen this one.
9  MR. HALPIN: Can we get that marked
10  as Exhibit 1.
11  (Marked for identification Deposition
12  Exhibit Number 1.)
13  Q. (BY MR. HALPIN) It's my understanding that
14  you are testifying in both your individual capacity
15  and as a designated representative of DaimlerChrysler
16  here today?
17  A. What do you mean my individual capacity?
18  Q. You are testifying to issues not only
19  designated in Exhibit 1 but also in your deposition
20  notice directed towards Leon Neal?
21  A. Again I don't believe I've seen that one.
22  MS. JEFFREY: Let me interject at
23  this point which is that the document request that is
24  attached to the individual deposition notice we have
25  filed an objection to that request. It seeks

8

1  inspection notes and records in connection with
2  litigation. To the extent that Mr. Neal made such
3  notes, they are work product and subject to the
4  attorney-client privilege and we will not -- we will
5  instruct him not to respond to questions concerning
6  other investigations, and he did not bring documents
7  responsive to that document request.
8  MR. HALPIN: Can we just get this
9  marked as Exhibit 2, please?
10  (Marked for identification Deposition
11  Exhibit Number 2.)
12  MS. JEFFREY: Let me also just
13  interject that I think the rule 30(b)(6) deposition
14  notice with its 110 topics is very detailed and I
15  can't really think of any subject matter area that
16  might be covered by Leon Neal in his individual
17  capacity that might not also be part of that notice.
18  Q. (BY MR. HALPIN) Can you tell me which topics
19  on Exhibit 1 you are designated to testify to here
20  today?
21  MS. JEFFREY: For the record as we
22  stated in a couple letters sent to you, Mr. Neal is
23  here to talk about the design and testing of the roll
24  bar structure of the Jeep Wrangler YJ.
25      As I said, this deposition notice is

9

1  very detailed with 110 topics and I think it will be
2  difficult to go through it and identify every one that
3  may relate to design and testing.
4      He is not here to talk about the
5  Jeep Wrangler TJ or the Jeep CJ which quite a few of
6  those topics also address.
7      I could also generally state that
8  Mr. Neal is able to discuss the two labels that are on
9  the vehicle, looking at your larger categories,
10  Mr. Halpin. He can look at language in the owner's
11  manuals. He can look -- you've got FMVSS 216 as
12  applied to the YJ. That's item number six. He can
13  testify about that as well as other testing of the YJ
14  roll bar structure that would include the 3D loading
15  test. He can testify about the design of the roll bar
16  structure of the YJ which is number nine. You may
17  question him about alternative design regarding the
18  roll bar structure to the extent he has knowledge of
19  that.
20      And I think that about covers what's
21  on the dep notice.
22  Q. (BY MR. HALPIN) Can you tell me what you did
23  to prepare for this deposition today?
24  A. I looked at my affidavits in this case. I
25  looked at a document from 19 I believe 82 regarding

3 (Pages 6 to 9)

10

1   some testing done on Jeep roll bars. I looked at my
2   testimony in the Gillespie case. I looked at some
3   216-type testing for Jeep Wranglers, and I believe I
4   looked at a Jeep TJ test also for 216 testing.
5       Q.  Did you look at anyone's testimony other than
6   your own from the Gillespie matter?
7       A.  No.
8       Q.  Did you look at any reports provided by
9   plaintiffs' experts in this matter?
10      A.  No.
11      Q.  Did you look at any other documents than you
12  just described?
13      A.  Not that I recall. I might have seen
14  something, but that's all I recall.
15      Q.  To square away some definitions, when I say
16  DaimlerChrysler today, is it fair -- can we agree that
17  I'm including American Motors through DaimlerChrysler
18  through the corporate history so that my questions
19  DaimlerChrysler are applicable to any corporate entity
20  that you were working for at that time?
21          MS. JEFFREY: I think that's really
22  a question of law, and yes, to the extent that
23  Mr. Neal knows about activities concerning American
24  Motors Corporation and Jeep Corporation, it's fine
25  that he respond.

11

1       Q.  (BY MR. HALPIN)  Can you please describe your
2   employment duties for me?
3       A.  Yes. My position is product analysis senior
4   specialist, and in my job I provide technical
5   assistance to DaimlerChrysler's general counsel's
6   office primarily.
7       Q.  And the general assistance that you provide,
8   does that include Jeep Wranglers?
9       A.  I'm not sure exactly what you mean by that --
10      Q.  When you provide assistance to the general
11  counsel's office, do you provide assistance with
12  matters including or relating to Jeep Wranglers?
13      A.  At times, yes.
14      Q.  Are there any other product analysis employees
15  at DaimlerChrysler who also help with Jeep Wrangler
16  related matters?
17      A.  From time to time, yes.
18          MS. JEFFREY: Counsel, may I
19  interject here? When you are referring to Jeep
20  Wrangler, there are two model Wranglers, if you could
21  refer to Jeep Wrangler YJ or YJ versus Jeep Wrangler
22  TJ, that will be helpful I think in the clarity of the
23  record.
24      Q.  (BY MR. HALPIN)  Can you tell me what a --
25  what a YJ is?

12

1       A.  A Jeep YJ Wrangler is a vehicle that was
2   introduced to the public in 1986 calendar year as a
3   1987 model, and that vehicle was produced through the
4   1995 model year.
5       Q.  And can you tell me what a TJ is?
6       A.  A TJ is a vehicle that followed the YJ
7   Wrangler. It was first introduced in the 1996
8   calendar year as a 1997 model and continues in
9   production until today.
10      Q.  Are you an engineer?
11      A.  Yes, I am.
12      Q.  And how long have you been an engineer?
13      A.  Since 1974.
14      Q.  And how long have you worked at
15  DaimlerChrysler or its predecessors -- excuse me.
16  I'll rephrase that.
17          When did you begin employment with
18  American Motors?
19      A.  In 1983.
20      Q.  And then you were subsequently employed by
21  Chrysler?
22      A.  That's correct.
23      Q.  And subsequently DaimlerChrysler?
24      A.  Correct again.
25      Q.  And is testifying part of your job

13

1   description?
2       A.  It's what I do. I'm not sure about my job
3   description. I haven't seen one of those in probably
4   20 years.
5       Q.  What was your first position at American
6   Motors?
7       A.  I was a vehicle development engineer.
8       Q.  Did you eventually change to a product
9   analysis --
10      A.  Yes, I did, in 1989.
11      Q.  And what was your understanding of the
12  requirements of that new position?
13      A.  To provide technical assistance to the general
14  counsel's office.
15      Q.  And did you understand at that point that you
16  would be testifying for the general counsel's office
17  in litigation-related matters?
18      A.  Probably did, but I didn't understand what
19  that meant at the time.
20      Q.  Is it part of your job description to help the
21  general counsel's office in responding to your
22  discovery requests?
23      A.  Yes.
24      Q.  And how do you do so?
25      A.  I direct some other employees to gather

Esquire Deposition Services, LLC
(800) 866-5560

14

1  documents. I also gather documents myself, documents
2  such as federal motor vehicle compliance documents or
3  engineering drawings or memorandum from different
4  areas of engineering as necessary.
5     Q.  Did you assist with the document production in
6  this case?
7     A.  I believe I did, yes.
8     Q.  And have you ever been requested to find the
9  same document twice but in unrelated matters?
10    A.  Yes.
11    Q.  And do you search back into DaimlerChrysler
12 each time the document is requested or is it now
13 available somewhere else since it's been previously
14 requested?
15    A.  Yes and no.
16    Q.  Can you explain?
17    A.  Well, in the case of 216 test documents, our
18 legal counsel retains some of those documents. So,
19 it's not necessary for me to relocate them.
20    Q.  If the general counsel's office already has a
21 document, will they request that you go find the
22 document again regarding it if they already have it in
23 their possession?
24        MS. JEFFREY:  Object to form.  I'm
25 not sure he was talking about general counsel.  He may

15

1  be talking about outside counsel.
2     Q.  (BY MR. HALPIN)  If outside counsel already
3  has a document, is it their -- let me rephrase.
4        If outside counsel has the document,
5  would they request that you find it within the
6  corporation anyway?
7     A.  I don't know.
8        MS. JEFFREY:  Counsel, I want to
9  interject here that you are bordering on work product
10 here in terms of requests made by counsel and
11 activities he does in connection with his duties that
12 are work product.
13        So, I just think this line of
14 questioning has gone a bit far.
15        MR. HALPIN:  I understand.  Let me
16 just explore a tiny bit more.
17    Q.  (BY MR. HALPIN)  Does outside counsel
18 maintain a document database?
19        MS. JEFFREY:  I'm going to object
20 and direct him not to answer.  This is work product
21 and attorney-client privilege.
22    Q.  (BY MR. HALPIN)  When you are asked to find
23 documents, is that requested from someone within
24 DaimlerChrysler or outside counsel?
25    A.  Could be both.

16

1     Q.  Who within DaimlerChrysler would request that
2  you find documents?
3     A.  Who could ask, is that your question?
4     Q.  Who could?
5     A.  Our inhouse counsel.
6     Q.  Who would ask that you find documents within
7  DaimlerChrysler?
8        MS. JEFFREY:  I'm going to object
9  and direct him not to answer this line of questioning.
10 I think it's work product, his communications with
11 inside counsel.
12        MR. HALPIN:  I don't want to know
13 what was said, I just want to know who requests it.
14        MS. JEFFREY:
15    Q.  (BY MR. HALPIN)  Are you going to listen to
16 your attorney's instruction not to answer the
17 question?
18    A.  Why would I have her here if I wasn't going to
19 listen to her?
20    Q.  Well done, Mr. Neal.  What was your
21 involvement with the YJ?
22    A.  Quite a bit.  Starting in 1984 when I began
23 working in the Jeep Wrangler YJ vehicle development
24 group, we were responsible basically for the entire
25 vehicle, developing the entire vehicles in conjunction

17

1  with the various product design groupings at American
2  Motors.
3     Q.  And did your work include developing the
4  sports bar?
5     A.  Yes.
6     Q.  Mr. Neal, I'm going to hand you a document.
7  Have you ever seen this document before?
8        MS. JEFFREY:  May I see it, Counsel?
9        MR. HALPIN:  Sure.
10    A.  Yes, this appears to be pages out of a Jeep
11 Wrangler service manual.  Of what year, I don't know.
12        MR. HALPIN:  Can we have that marked
13 as Exhibit 3?
14        (Marked for identification Deposition
15        Exhibit Number 3.)
16    A.  I'd like to point out though there appears to
17 be an error on this page.  It lists body components
18 from XJ vehicles as opposed to YJ vehicles.  That
19 would be a typographical error if that's correct.
20    Q.  (BY MR. HALPIN)  Can you identify for me on
21 that page what the sport bar is?
22    A.  In figure 119 on the page there is a breakdown
23 of the components that the sport bar consists of.
24    Q.  And what components are those?  Would you like
25 to draw?

5 (Pages 14 to 17)

Esquire Deposition Services, LLC
(800) 866-5560

18

1    A.  It's already drawn here.  There is a sport
2  bar, there are side bars, there are side bar covers,
3  there is a pad over the sport bar and the fasteners
4  that attach to the sport bar or roll bar to the
5  vehicle.  There's also a drawing of the body of the
6  vehicle to show the locations of the -- connections of
7  the sport bar to the vehicle.
8    Q.  Does the sport bar include the diagonal tube
9  that runs from the main hoop to the rear of the
10  vehicle?
11    A.  Yes.
12    Q.  And is the side bar part of the sport bar or
13  are those two different things?
14    A.  It's all part of the same assembly.
15        MS. JEFFREY:  Counsel, can you tell
16  us what service manual this comes from?  Is that what
17  we produced in the case?  Actually we produced all the
18  sections from all the service manuals that relate to
19  the roll bar structure.
20        Is this related to the '94?
21        MR. HALPIN:  This is what was given
22  to us in the first production.  I don't know whether
23  it would be all or --
24        MS. JEFFREY:  In the supplemental
25  production we produced all the other service manuals,

19

1  but in the first one it was the '94.
2    Q.  (BY MR. HALPIN)  Within DaimlerChrysler when
3  someone refers to a sport bar, does that include the
4  side bar?
5    A.  It can.
6    Q.  Is it intended to by DaimlerChrysler?
7    A.  I guess I don't understand your question.
8    Q.  If a manual refers to a side bar, does that
9  include the sport bar?
10    A.  To me it's one entire system including all the
11  components, including the fasteners.
12    Q.  In the definition of the side bar, does it
13  include the diagonal rear tube that travels from the
14  main roll bar to the rear of the vehicle?
15    A.  No.
16    Q.  Does it include the main roll bar that travels
17  behind the driver and passenger in the definition of a
18  side bar?
19    A.  No.
20    Q.  The side bar -- let me rephrase.
21        Can you define a side bar for me?
22    A.  It's a roll bar.
23    Q.  And does the side bar on Exhibit 3 travel from
24  the windshield to the roll bar?
25    A.  Yes.

20

1    Q.  And is that side bar a roll bar?
2    A.  It's part of the roll bar.
3    Q.  Is the side bar a roll bar in that picture?
4    A.  It's part of the roll bar.
5        MS. JEFFREY:  Object to form.  He's
6  asked and answered it already too.
7    Q.  (BY MR. HALPIN)  Is the windshield in that
8  picture a roll bar?
9    A.  No, the windshield is a windshield.
10    Q.  What is the freshening of an existing vehicle?
11    A.  I don't know.  What is it?
12    Q.  What is the refreshening of an existing
13  vehicle?
14    A.  That's in the auto industry a mild update of
15  the vehicle usually dealing with exterior changes and
16  interior changes to the vehicle to make it seem
17  different than the original vehicle.
18    Q.  Have you ever heard of the term freshening of
19  an existing vehicle?
20    A.  Yes, I have.
21    Q.  And where did you hear it?
22    A.  Oh, probably back in high school reading Motor
23  Trend Magazine.
24    Q.  What meaning did it have back in high school?
25    A.  I didn't know a lot about automobiles back

21

1  then, but to make changes to a vehicle.
2    Q.  And do you still have that same understanding
3  today?
4    A.  Probably.  I know it a little bit better as
5  I've seen it over the years that I've been in the auto
6  industry more.
7    Q.  These changes that are made, are these minor
8  changes or major changes?
9    A.  Minor changes.
10    Q.  What changes were made to the YJ production
11  windshield during -- let me rephrase.
12        What changes were made to YJ's
13  windshield during its production?
14    A.  I don't know any major changes to the
15  windshield during the YJ production from '87 through
16  '95 model years.  There probably were changes but we'd
17  have to look at the engineering drawings, say, for the
18  1995 model.  That's where the changes would be listed.
19    Q.  What changes were made to the YJ windshield
20  for the production models 1987 through 1994?
21    A.  Again I'd have to look at an engineering
22  drawing to define those.
23    Q.  Have you ever seen that document before?
24        MS. JEFFREY:  Could you let me see
25  them before you hand them to him?

6 (Pages 18 to 21)

Esquire Deposition Services, LLC
(800) 866-5560

22

1    MR. HALPIN: Sure.
2        MS. JEFFREY: Thank you.
3    A.  I don't know if I have or not.
4        MR. HALPIN: Can we mark this as
5  Exhibit 4?
6        (Marked for identification Deposition
7        Exhibit Number 4.)
8    Q.  (BY MR. HALPIN)  Are you familiar with any of
9  the drawings listed on Exhibit 4?
10   A.  I'm familiar with the descriptions of the
11  drawings.  I don't know the part numbers by heart.
12  That's really the best I can say.
13   Q.  Would any of those drawings help you
14  distinguish what changes were made to the YJ's
15  windshield during its production?
16   A.  No.
17   Q.  What drawings would help you distinguish that
18  fact?
19   A.  Drawings for the windshield.
20   Q.  Do you recall a specific name for those
21  drawings for the windshield?
22   A.  There's an inner and outer panel and there was
23  some reinforcements inside of those two panels.
24  There's the glass itself.
25   Q.  Does the glass itself have an engineering

23

1  drawing that relates to it?
2    A.  Yes.
3    Q.  And are the inner and outer panels depicted in
4  engineering drawings as well?
5    A.  Yes.
6    Q.  Are the reinforcements depicted in engineering
7  drawings?
8    A.  Yes.
9    Q.  Did you review any inner and outer panel
10  windshield drawings before you came here to testify
11  today?
12   A.  No, I have not.
13   Q.  Have you done so within the last month?
14   A.  No.
15   Q.  Have you reviewed any reinforcement drawings
16  within the last month?
17   A.  No, I haven't.
18   Q.  Assume these all relate to the YJ.  Have you
19  reviewed any YJ glass drawings within the last month?
20   A.  No, I have not.
21   Q.  As you sit here, can you recall any changes
22  that were made to the glass during the production of
23  the -- let me rephrase.
24        As you sit here can you recall any
25  changes made to the YJ's glass during its production?

24

1    A.  No, I don't recall any.  That doesn't mean
2  there aren't any, it just means I don't remember right
3  now.
4    Q.  Understood.  As you sit here can you recall
5  any changes that were made to the YJ's inner and outer
6  panel during its production?
7    A.  The windshield panels you mean?
8    Q.  What inner and outer panels are contained in
9  the YJ's windshield?
10   A.  There's an inner panel and an outer panel and
11  they are welded together but there are reinforcements
12  within that.
13   Q.  As you sit here today can you recall any
14  changes made to the YJ's inner and outer panel or any
15  related reinforcements during its production?
16   A.  You are talking the windshield again, right.
17   Q.  Correct.
18   A.  You didn't say that.
19   Q.  My apologies.  Let me rephrase.  As you sit
20  here today, can you recall any changes of the YJ's
21  windshield inner and outer panels or its related
22  reinforcements during its production?
23   A.  No, but it doesn't mean that they didn't
24  happen.  Sometimes we change holes, change the size of
25  holes, change the hole's location slightly.  There can

25

1  be all kinds of changes made.  There may be changes in
2  the corrosion coating on components such as those.
3  So, my not remembering doesn't mean that things didn't
4  happen between 1987 and 1994.
5    Q.  Understood.  As you sit here today do you
6  recall any changes that were made to the YJ's
7  windshield hinges during its production?
8    A.  I believe so, yes.
9    Q.  And what changes were made?
10   A.  I think there were some holes added having to
11  do with outside rear view mirrors.
12   Q.  Do you recall any changes made to the YJ's --
13  let me rephrase.
14        Do you recall any changes made to
15  the nuts and bolts that hold the YJ's windshield
16  attached to the other pieces of the Jeep Wrangler YJ
17  during its production?
18   A.  No, I don't recall any changes.
19   Q.  What was the purpose of adding the holes to
20  the windshield's hinge during the YJ's production?
21   A.  Well, it would have been to accommodate an
22  outside rearview mirror.
23   Q.  Is that the only reason that you recall?
24   A.  That the holes were added?
25   Q.  Yes.

7 (Pages 22 to 25)

26

1    A.  Yes, and I might be wrong about that.  It
2    might have been we took the holes away and we removed
3    the mirror, but I recall there was a mirror that we
4    had on the vehicle because some customers would remove
5    their doors from the vehicle and when they did that,
6    they no longer had mirrors on the vehicle.
7        So, we made some changes to the
8    hinges to accommodate another mirror and hinges I mean
9    the windshield hinges to accommodate the addition of a
10   mirror for people that found a need to remove the
11   doors from their vehicle.
12   Q.  Do you recall any changes that were made to
13   the YJ's side bars during its production?
14   A.  I don't recall.
15   Q.  Do you recall any changes that were made to
16   the YJ's sport bar during its production?
17       MS. JEFFREY:  Can we clarify when
18   you use the term sport bar, I assume you are talking
19   about the main hoop?
20       MR. HALPIN:  The main hoop and I
21   believe he already mentioned that the diagonal bar
22   connecting the main hoop to the rear of the vehicle
23   was included in the definition of a sports bar.
24       MS. JEFFREY:  So, you are talking
25   about --

27

1        MR. HALPIN:  The main hoop as well
2    as the rear diagonal bar.
3    A.  The main hoop and the rear diagonals, those
4    are -- that's a one-piece unit.  That's considered the
5    main hoop of the roll bar.
6    Q.  (BY MR. HALPIN)  And was the rear diagonal
7    bar in the YJ ever changed?
8    A.  In the YJ Wrangler, yes.
9    Q.  Do you recall any changes that were made to
10   the YJ's door frames during its production?
11   A.  What do you mean door frames?
12   Q.  Can you define for me what a door is on a YJ?
13   A.  Well, on a YJ there are two types of doors.
14   There's a hard door, a full hard door and there is
15   what's called a half door.
16   Q.  Can you define for me what a full hard door is
17   on a YJ?
18   A.  The full hard door has a roll up window.
19   Q.  Do you know whether the YJ that is the subject
20   matter of this litigation had a hard door or a half
21   door?
22   A.  I don't recall.
23   Q.  Does a hard door have a metal piece that
24   captures its window when it is in the rolled up
25   position?

28

1    A.  Yes, there's a frame, an upper frame around
2    the -- at the top of the door and there's a gasket in
3    there and a track that the window rides up on to give
4    you a nice tight seal so that you don't have wind and
5    rain coming in through your window.
6    Q.  Did the YJ -- let me rephrase.
7        Did DaimlerChrysler receive any
8    customer complaints relating to the YJ concerning wind
9    noise?
10   A.  I don't know.
11   Q.  Did DaimlerChrysler receive any customer
12   complaints relating to the YJ concerning water
13   leakage?
14   A.  When you say complaints, what do you mean by
15   complaints?
16   Q.  Can you define a customer complaint for me?
17   A.  Customer complaint, well, we have a call
18   center that customers can call into if they feel they
19   have a problem with their vehicles, and they can lodge
20   a complaint with the corporation.
21   Q.  Did DaimlerChrysler ever receive calls from
22   customers to its call center concerning water leakage
23   of the YJ?
24   A.  I don't know.
25   Q.  Do you recall any changes that were made to

29

1    the YJ's hard door during its production?
2    A.  No, I don't recall any changes.
3    Q.  What is a structural element of a vehicle?
4    A.  Well, if you are talking about the YJ
5    Wrangler, structural element would be the frame of the
6    vehicle.
7    Q.  Can the structural elements include the sports
8    bar?
9    A.  Yes, it can.
10   Q.  What is crashworthiness?
11   A.  I don't know.  You'd have to give me a
12   definition.
13   Q.  As you sit here today, do you not know the
14   meaning of crashworthiness?
15   A.  It's not a term that I use.
16   Q.  Have you ever heard the term crashworthiness?
17   A.  Yes, in depositions I've heard that word
18   before.
19   Q.  Have you ever heard the term crashworthiness
20   outside of depositions?
21   A.  I have, I'm trying to remember where I've
22   heard it from, where I predominantly hear it.  I think
23   it primarily has to do with litigation where I've
24   heard that word.
25   Q.  Mr. Neal, would you take a minute to review

8 (Pages 26 to 29)

30

1 that document?
2 A. I've read it.
3 Q. Have you ever read that document before?
4 A. I don't know. Looks like I saw it before in a
5 deposition back in October of 1999, but I don't really
6 recall it.
7 Q. Other than the deposition in October of '99 do
8 you recall seeing that document I just handed to you?
9 A. Seeing it before today?
10 Q. Yes.
11 A. Not that I recall.
12 Q. Do you know who authored that document?
13 A. Yes, WR Kittle.
14 Q. And was it created in the normal course of
15 business?
16        MS. JEFFREY: If you can answer
17 that.
18 A. I can't answer that question.
19 Q. (BY MR. HALPIN) What type of work did WR
20 Kittle do at Chrysler Motors?
21 A. He worked in the safety office.
22 Q. And now having read this document, does it
23 relate to safety?
24 A. Not that I can tell.
25 Q. What does this document relate to?

31

1 A. The design of the -- of a CJ-type vehicle.
2 Q. Why would an employee from the safety
3 department be writing to the National Highway Traffic
4 Safety Administration concerning the design of a
5 vehicle?
6 A. He's writing a letter in response to an
7 engineering analysis that's been initiated by the
8 National Highway Traffic Safety Administration. So,
9 he's giving a response to one of the questions from
10 that engineering analysis.
11 Q. And did the engineering analysis question the
12 crashworthiness of the vehicle in this document?
13 A. Not that I --
14        MS. JEFFREY: Object to form.
15 That's not an engineering analysis, the document he's
16 looking at. It's a letter that was submitted in
17 connection with an engineering analysis that was
18 opened by NHTSA. To the extent you are asking him
19 whether that document uses the term crashworthiness,
20 he can review it and answer.
21        MR. HALPIN: Can we mark this as an
22 exhibit, the next exhibit?
23        MS. JEFFREY: Five.
24        (Marked for Identification Deposition
25        Exhibit Number 5.)

32

1        MR. HALPIN: Can we go off the
2 record?
3        MS. JEFFREY: Sure.
4        VIDEO TECHNICIAN: We are going off
5 the record. The time is 9:53 hours.
6        (A brief recess was taken)
7        VIDEO TECHNICIAN: We are back on
8 the record. The time is 10:03 hours. Please
9 continue.
10 Q. (BY MR. HALPIN) Does Exhibit 5 use the term
11 crashworthiness?
12 A. That word is on the letter from our Mr. Kittle
13 to the NHTSA's Mr. Brownly (phonetic), yes.
14 Q. How is the term crashworthiness used in
15 Exhibit 5?
16 A. To my way of thinking it's not.
17 Q. Exhibit 5 does not address crashworthiness?
18 A. It lists it as three items that NHTSA is
19 looking for information on, but that's -- it dies
20 there. And in fact our Mr. Kittle says in the last
21 sentence of the first page we are not aware of any
22 comparisons relative to item quote, unquote C or
23 crashworthiness.
24 Q. Have you ever reviewed any deposition
25 transcripts of Francois Castaing?

33

1 A. No.
2 Q. Have you ever heard any comments relating to
3 deposition transcripts of Francois Castaing?
4 A. Not that I can recall, no.
5 Q. On Page 3174 of Exhibit 5 one of the bullet
6 points is roll bar integrity. Can you tell me what
7 roll bar integrity means?
8 A. Where's that again?
9 Q. 3174.
10 A. This document was produced way before my time
11 at American Motors, so, I really can't address this
12 document.
13 Q. Can you tell me what an integrated roll bar
14 is?
15 A. No, I can't.
16 Q. Who would know what roll bar integrity refers
17 to on Page 3174?
18 A. The author of this document.
19 Q. Anyone --
20 A. Most likely the author of this document.
21 Q. Would anyone else know?
22 A. I can't speak for anyone else.
23 Q. Do you know where the author is?
24 A. I don't know who the author is of this
25 document, and I also don't know where he is.

9 (Pages 30 to 33)

34

1    Q.  Did WR Kittle author this document?
2    A.  Again, I don't know who the author of the
3  document is.
4    Q.  Have you ever reviewed any memos relating to
5  Exhibit 5?
6    A.  Not that I can remember.
7    Q.  Have you ever had discussions concerning
8  Exhibit 5?
9    A.  Apparently on a deposition in October of 1999
10  I did.
11    Q.  Have you ever had discussions outside of any
12  deposition concerning Exhibit 5?
13    A.  Not that I remember.
14        MR. HALPIN:  Can we mark this as the
15  next exhibit?
16        (Marked for identification Deposition
17        Exhibit Number 6.)
18    Q.  (BY MR. HALPIN)  Would any of the drawings on
19  Exhibit 6 enable you to distinguish what changes were
20  made to the YJ's windshield during its production?
21    A.  Perhaps.
22    Q.  And which drawings would those be?
23    A.  Well, these drawings are all
24  windshield-related drawings, but I don't know the age
25  of these drawings.  They may not represent the 1995

35

1  iteration of the windshield on the YJ Wrangler.  If
2  I've got -- well, I've got people that can put
3  together all the drawings that are -- that describe
4  the windshields used on all YJ Wranglers from 1987
5  through the 1995 model years and I'd really need them
6  to go through and pull all the drawings that represent
7  the parts used on the YJ Wranglers and then by going
8  through those drawings, I can determine what changes
9  were made over the life-span of the YJ Wrangler
10  windshield.
11    Q.  Are all of the drawings that you are aware of
12  concerning the YJ's windshield during its production
13  indicated on Exhibit 6?
14    A.  I don't know.
15    Q.  Do you know of any other drawings relating to
16  the YJ's windshield other than those indicated on
17  Exhibit 6?
18    A.  Again, I'd have to have someone pull all the
19  drawings, go through the bill of materials for all the
20  YJ Wranglers and do a history of the YJ windshield to
21  be able to answer your question.
22    Q.  Without looking through all of the drawings as
23  you sit here today, can you tell me what changes were
24  made to the YJ's windshield during its production?
25    A.  No, I can't.

36

1    Q.  How long would it take you to review the
2  drawings -- let me rephrase.
3        Provided that I hand you those
4  drawings, how long would it take you to distinguish
5  what changes were made to the YJ's windshield during
6  its production if you could do so at all?
7    A.  Quantitatively period of time?
8    Q.  Yes.
9    A.  I don't know.  I would have to do it.  I can't
10  estimate.
11    Q.  Would it take eight minutes, would it take you
12  a half hour?
13        MS. JEFFREY:  Objection.  He just
14  said he can't estimate.
15    Q.  (BY MR. HALPIN)  What is a full roll cage?
16    A.  A full roll cage is a roll cage that you would
17  have in, say, a NASCAR Winston Cup race car.
18    Q.  Could you ever modify a production vehicle to
19  contain a full roll cage?
20    A.  Yes.
21    Q.  Could you modify -- could you modify a YJ so
22  that it contained a full roll cage?
23    A.  Yes, we could remove the roll cage that's in
24  it and put a racing-type roll cage in it.
25    Q.  Could you also adopt the racing-type roll cage

37

1  on the now modified YJ to accept a hard top?
2    A.  Could you repeat that?
3    Q.  Does a YJ have a steel roof?
4    A.  No.
5    Q.  What type of roof does a YJ have?
6    A.  It depends on the YJ.
7    Q.  Can you help me understand what roofs are
8  available for YJs?
9    A.  From our factory we had I believe three roofs
10  available.  One was a hard top with tempered glass
11  windows, and the other two were two types of soft
12  tops, one soft top for use on the half doors and a
13  second soft top for use with full hard doors.
14    Q.  If a YJ was modified so that it had a full
15  roll cage, could you still place a hard top on it?
16    A.  I take it your question to mean if we had a YJ
17  with a hard top, could we build a full roll cage
18  inside of it.
19    Q.  Yes.
20    A.  And the answer's yes, but it might not be
21  possible for someone to actually drive the vehicle.
22    Q.  Why would it not be possible for someone to
23  drive the vehicle with a full roll cage?
24    A.  They may have a limited amount of head
25  room --

10 (Pages 34 to 37)

38

1        MS. JEFFREY: Let me interject.
2    Object to the form of the question. That's not what
3    he said. He talked about the hard top and the roll
4    cage, not just a roll cage.
5        Q. (BY MR. HALPIN)  Would it be possible for a
6    person to drive a Jeep Wrangler YJ that has been
7    modified with a full roll cage that also has the hard
8    top?
9        A. I don't know. We'd have to build one to find
10   out.
11       Q. What level of occupant protection does a full
12   roll cage provide?
13       A. What do you mean by level of protection?
14       Q. What is the purpose of a full roll cage?
15       A. I don't know. You brought it up.
16       Q. What is the purpose of a roll cage in a NASCAR
17   vehicle?
18       A. To protect the driver in case of rollovers and
19   actually other crashes too.
20       Q. How does it protect the driver in the case of
21   a rollover or other crash?
22       A. Well, it's got side door beams that restrict
23   other vehicles from entering into the driver
24   compartment of a vehicle. So, it protects on side
25   impacts. It's got long diagonal bars that go to the

39

1    rear of the vehicle, pretty close to the rear of the
2    vehicle that give protection from rear-end collisions
3    and similarly it has bars that go forward in the
4    engine compartment and through the dash panel to
5    provide protection in frontal impacts and angular
6    frontal impacts.
7        VIDEO TECHNICIAN: Excuse me. This
8    is the end of tape one of the videotaped deposition of
9    Leon Neal. We are going off the record. The time is
10   10:14 hours.
11       (Discussion was held off the
12       record)
13       VIDEO TECHNICIAN: We are back on
14   the record. This is tape two of the videotaped
15   deposition of Leon Neal. The time is 10:16 hours.
16   Please continue.
17       Q. (BY MR. HALPIN)  Is one purpose of a full
18   roll cage to prevent the movement of objects into the
19   occupant compartment?
20       A. For NASCAR or Winston Cup cars, yes.
21       Q. Would that also apply to any other vehicle
22   that has been modified to accept a full roll cage?
23       A. I can't answer that question.
24       Q. Why can you not answer that question?
25       A. I can't speak for anyone and everyone that

40

1    builds roll cages into vehicles and what their
2    purposes are. I can't speak for NASCAR either. I'm
3    just mentioning the things that I'm aware of, the uses
4    of roll cages in those vehicles. They may have other
5    usages that I'm not aware of.
6        Q. Does a vehicle with a full roll cage offer
7    more occupant protection than a standard production
8    model Wrangler YJ?
9        A. That would depend on the accident that the
10   vehicle is involved in. In some cases full roll cage
11   would be a detriment to safety.
12       Q. How would it be a detriment to safety?
13       A. Well, you got lots and lots of metal bars,
14   metal tubes that are all around your head, and normal
15   people that drive on the street don't wear helmets,
16   and NASCAR drivers wear helmets, they wear very, very
17   well padded helmets to prevent contact of their head
18   with the tubes of the roll cage.
19       Q. Could the tubes of the roll cage be padded to
20   provide the same level of protection as a helmet
21   would?
22       A. I don't know.
23       Q. Who does know within DaimlerChrysler?
24       A. I don't know that anyone knows.
25       Q. Have you ever heard -- what is an all steel

41

1    body on frame construction?
2        A. Where did you get the term I guess would be my
3    question to you.
4        Q. Have you ever heard the term all steel body on
5    frame construction before today?
6        MS. JEFFREY: Did you say full steel
7    or all steel?
8        MR. HALPIN: All.
9        MS. JEFFREY: All steel.
10       A. As I sit here I can't remember hearing that.
11       Q. (BY MR. HALPIN)  What is an integrated safety
12   cage?
13       A. I don't know.
14       Q. Does the term all steel body on frame
15   construction have any meaning to you whatsoever?
16       A. Well, body on frame means to me a nonunibody
17   vehicle. It's a vehicle that has a frame like a Jeep
18   Wrangler and it has a separate body, a body bolts to
19   the frame, there's some insulators between the frame
20   and the body to cut down on vibration and harshness
21   that the passengers might feel. So, that's body on
22   frame design.
23       Q. Does the term integrated safety cage have any
24   meaning to you whatsoever?
25       A. No, it doesn't.

11 (Pages 38 to 41)

42

1    Q.   What is a hard top roof system with integral
2  roll cage?
3    A.   I don't know.
4    Q.   I may have already asked but I can't recall
5  the answer, so, I'm going to ask again.  What is an
6  integrated roll bar?
7    A.   Again I don't know.
8    Q.   Have you ever heard the term integrated roll
9  bar?
10    A.   Yes, you've said it quite a few times this
11  morning.
12    Q.   What is a functional cage?
13    A.   I don't know.
14    Q.   Have you ever heard the term functional cage
15  before today?
16    A.   I can't remember.
17    Q.   Does the term functional cage have any meaning
18  to you whatsoever?
19    A.   No, it doesn't.
20    Q.   What does DaimlerChrysler intend the meaning
21  of a functional cage to be?
22    A.   Can I see what context these words are used
23  in?
24    Q.   The context could be a YJ.
25    A.   May I see the document, please?

43

1    Q.   We'll get there.  Not yet.
2         MS. JEFFREY:  If you can answer it
3  based on not looking at a document, Leon, Mr. Neal, if
4  not, say so.
5    A.   Those words by themselves don't mean anything
6  to me.  I need to have some context before I really
7  can answer your question properly.
8    Q.   (BY MR. HALPIN)  What meaning does
9  DaimlerChrysler intend the public to understand the
10  term integrated safety cage to be?
11    A.   I don't know without some context.
12    Q.   What is a roll bar?
13    A.   A roll bar is an item like in Exhibit 3 from
14  my deposition here, sport bar, roll bar, that's what's
15  shown Exhibit 3 figure 119.
16    Q.   Is the roll bar the same as a roll cage?  Let
17  me rephrase.  Is a roll bar the same as a full roll
18  cage?
19    A.   Is roll bar the same as a racing roll cage?
20  No.
21    Q.   In the event of a driver side leading rollover
22  where the A pillar area of a vehicle contacts the
23  ground, does a full roll cage provide more protection
24  than a roll bar?
25    A.   I take your question to mean would a race car

44

1  perform better in that accident than a Jeep Wrangler
2  with a roll bar/sport bar in it, yes, but you also
3  have to use roll bar -- roll race car safety equipment
4  which consists of five or six point seatbelts, a
5  racing seat, and the driver wearing a helmet at a
6  minimum.
7    Q.   Assuming the driver of a vehicle with a roll
8  bar was belted in the same manner the driver of a
9  vehicle with a full roll cage, would the full roll
10  cage provide more occupant protection than the roll
11  bar?
12    A.   I take your question to mean would a NASCAR
13  Winston Cup car perform better than a Wrangler in a
14  crash, it would depend on the crash.
15    Q.   In a driver side leading rollover where the A
16  pillar area of the vehicle first impacts the ground
17  before any other part of the vehicle in which case the
18  drivers were wearing the same seatbelt with no other
19  safety devices such as a helmet, would a full roll
20  cage or a roll bar provide better occupant protection?
21         MS. JEFFREY:  Object to form.
22    A.   Not necessarily.
23    Q.   (BY MR. HALPIN)  Why would that not provide
24  better protection?
25    A.   It would depend on the severity of the crash.

45

1    Q.   In a crash at the approximate speed of 40
2  miles per hour.
3    A.   I can't say.
4    Q.   Why would someone within DaimlerChrysler
5  propose that a YJ be built with a NASCAR roll bar
6  system?
7         MS. JEFFREY:  Object to form.
8    Q.   (BY MR. HALPIN)  You can answer.
9    A.   Would you repeat the question, please?
10    Q.   Why would someone within DaimlerChrysler
11  propose that a YJ be built with a NASCAR roll bar
12  system?
13         MS. JEFFREY:  Further object to the
14  foundation of that question.
15    A.   Well, if I speculated I'd say it sounds like
16  we are going to use the Wrangler in a racing
17  situation.
18    Q.   (BY MR. HALPIN)  Why would someone within
19  DaimlerChrysler propose that a production -- let me
20  rephrase.  Why would someone within DaimlerChrysler
21  propose that the production YJs contain a full roll
22  cage similar to one contained in a NASCAR race
23  vehicle?
24         MS. JEFFREY:  Object to form and
25  foundation.

12 (Pages 42 to 45)

46

1    A. I don't think someone from Chrysler would say
2  that with that meaning.
3    Q. (BY MR. HALPIN)  Is the roll bar the same
4  thing as a sports bar as it relates to the YJ?
5    A. Yes.
6    Q. What is an open body vehicle?
7    A. Essentially a convertible.
8    Q. What are the differences between a convertible
9  and an open body vehicle?
10    A. There is none.
11    Q. Can you define the term open body vehicle?
12    A. It's a vehicle that doesn't have a top.
13    Q. What does DaimlerChrysler intend the public to
14  perceive the term open body vehicle to be?
15        MS. JEFFREY: Object to form and
16  foundation. You can answer if you can, Leon.
17    A. Your question again?
18        MR. HALPIN: Can you repeat the
19  question for me?
20        (Record read back by the
21        reporter as requested)
22    A. A convertible.
23    Q. (BY MR. HALPIN)  Does the term open body
24  vehicle relate to the roll bar of the YJ?
25    A. No, it doesn't.

47

1    Q. Does the term open body vehicle relate to the
2  windshield of the YJ?
3    A. It refers again to the fact that the vehicle
4  does not have a top on it. So, it doesn't have an
5  integrated, if I can use that term, top. Quarter
6  panels are integrated into the body of the vehicle,
7  they are part of the body. An open body vehicle or a
8  convertible does not have a top on it. An example of
9  that would be our Chrysler Sebring convertible.
10    Q. How does the term open body vehicle relate to
11  the YJ's ability to resist roof crush in the event of
12  a rollover?
13        MS. JEFFREY: Objection to form and
14  foundation.
15    A. There is no relationship.
16    Q. (BY MR. HALPIN)  What level of structural
17  support from roof intrusion do open body vehicles
18  provide?
19        MS. JEFFREY: Object to form and
20  foundation.
21    A. I'm not sure how to answer that.
22    Q. (BY MR. HALPIN)  Can an open body vehicle --
23  can you tell me what type of roll cage is contained in
24  those two pictures?
25    A. I cannot.

48

1        MR. HALPIN: Can we get these marked
2  as the next two.
3        (Marked for identification Deposition
4        Exhibit Number 7, 8.)
5    Q. (BY MR. HALPIN)  Can you tell me if those two
6  pictures, Exhibit 7 and 8 are open body vehicles?
7    A. Would you rephrase that?
8    Q. Can you tell me if the pictures indicated in
9  Exhibit 7 and 8 are open body vehicles?
10    A. These are pictures of Jeep TJ Wranglers and a
11  TJ Wrangler is an open body vehicle.
12        MR. HALPIN: Can we get this marked
13  as the next exhibit?
14        (Marked for identification Deposition
15        Exhibit Number 9.)
16    Q. (BY MR. HALPIN)  On the fifth bullet point on
17  Exhibit 9 can you tell me what the term functional
18  cage means?
19    A. No, I can't.
20        MS. JEFFREY: Just for the record
21  this vehicle is a concept vehicle that was never put
22  into production, and Leon is not here to talk about
23  it. I don't think he knows about it, but he can
24  respond to the extent that he's able.
25    Q. (BY MR. HALPIN)  Looking at Exhibit 7 and 8,

49

1  does the term functional cage now have a meaning to
2  you?
3    A. No, it does not.
4        MR. HALPIN: Go off the record just
5  for a second.
6        VIDEO TECHNICIAN: We are going off
7  the record. The time is 10:34 hours.
8        (Discussion was held off the
9        record)
10        VIDEO TECHNICIAN: We are back on
11  the record. The time is 10:35 hours. Please
12  continue.
13        MR. HALPIN: Can we get that marked
14  as Exhibit 10?
15        (Marked for identification Deposition
16        Exhibit Number 10.)
17    Q. (BY MR. HALPIN)  If Exhibit 10 was an actual
18  vehicle, could it be classified as open body?
19        MS. JEFFREY: Object to form and
20  foundation on that.
21    A. This is a toy.
22    Q. (BY MR. HALPIN)  Can you not answer the
23  question?
24    A. It's a toy.
25    Q. Was the original CJ an open body vehicle?

13 (Pages 46 to 49)

50

1    A.  Yes.
2    Q.  Did the original CJ have a roll bar?
3    A.  No.
4    Q.  Why was the term sports bar selected to
5    describe a roll bar of the production YJ?
6    A.  I don't know.
7    Q.  Who would know why the term sports bar was
8    selected to describe a roll bar of the production YJ?
9    A.  I don't know who would know.
10   Q.  Have you ever heard why the term sports bar
11   was selected to describe the production model YJ?
12   A.  No.
13   Q.  Have you ever seen any documents explaining
14   why the term sports bar was selected to describe the
15   production model YJ?
16   A.  No, I don't.  I don't recall seeing any
17   documents on that subject.
18   Q.  Have you ever looked for documents that
19   explained why the term sports bar was selected to
20   describe the roll bar on the production model YJ?
21   A.  No, I don't recall ever specifically looking
22   for documents that describe the reason why that term
23   sport bar was used.
24   Q.  Have you ever read the deposition testimony of
25   any DaimlerChrysler employee explaining why the term

51

1    sports bar was selected to describe the production
2    model YJ's roll bar?
3    A.  No, I have not.
4    Q.  If you were to look for any documents
5    explaining why the term sports bar was used to
6    describe the production model YJ's roll bar, where
7    would you look?
8    A.  I wouldn't know where to look.
9    Q.  If you were to ask any DaimlerChrysler
10   employee for the reasons why the term sports bar was
11   selected to describe the production model YJ's roll
12   bar, who would you ask?
13       MS. JEFFREY:  Object to form.
14   A.  I wouldn't know who to ask.  Actually I think
15   I might know who to ask.  An engineer that used to
16   work for the company named Jim Thornton, I'd ask him.
17   He's got lineage back into the early Wrangler days.
18   Q.  (BY MR. HALPIN)  In all of your time
19   assisting both inhouse counsel and outside counsel for
20   DaimlerChrysler, have you ever been asked to look for
21   documents that explained the use of the term sports
22   bar?
23   A.  I don't remember.
24   Q.  Do you recall that you may or may not have
25   looked for such documents?

52

1    A.  No, I don't recall one way or the other.  I've
2    been in this group for over 14 years and I've done a
3    lot in those years and I just don't remember
4    everything that I've done.
5    Q.  Who would have asked you to look for those
6    documents?
7        MS. JEFFREY:  Object to form and
8    foundation.  Stated he didn't recall.
9        MR. HALPIN:  Can we have that
10   marked?
11       (Marked for identification Deposition
12       Exhibit Number 11.)
13       MS. JEFFREY:  We produced all the YJ
14   owner's manuals in this case.  Can you let us know
15   which manual that comes from?
16       MR. HALPIN:  Exhibit 11 is from the
17   1994 Wrangler owner's manual.
18   Q.  (BY MR. HALPIN)  Can you tell me what the
19   term structural integrated top refers to on the
20   right-hand column of Exhibit 11 in the first full
21   paragraph?
22   A.  Could you repeat your question again?
23   Q.  What does structural integrated top mean on
24   Exhibit 11?
25   A.  I don't -- oh.  That means a top that's a part

53

1    of the body of the vehicle.
2    Q.  What does the last sentence in the left-hand
3    column of Exhibit 11 mean?
4    A.  It means that this Jeep vehicle offers less
5    protection than closed vehicles.
6    Q.  What less protection does it refer to?
7    A.  Oh, all kinds of things.  It won't keep you
8    dry in the rain.  If it starts hailing, you're going
9    to get pelted.  You'll have the wind buffeting around
10   you.
11       MR. HALPIN:  Can we have that
12   marked?
13       (Marked for identification Deposition
14       Exhibit Number 12.)
15       MS. JEFFREY:  Is this excerpt also
16   from the '94 owner's manual?
17       MR. HALPIN:  Exhibit 12 is also from
18   the '94 owner's manual.
19   Q.  (BY MR. HALPIN)  What does the term
20   structural elements mean as phrased on page -- on
21   Exhibit 12 left-hand column?
22   A.  Just that, the windshield and the side bars
23   are structural elements of the vehicle.
24   Q.  And what is a structural element of a vehicle?
25   A.  It provides structure to the vehicle.

14 (Pages 50 to 53)

54

1    Q.  And what does the structure do?
2    A.  It can support loads.
3    Q.  And when would the windshield and the
4    removable side bars support loads?
5    A.  In accident situations.  If, say, you are
6    driving down the highway and someone loses something
7    out of their vehicle, say, a box or something and it
8    goes bouncing down the highway, your windshield, the
9    side bars can help maintain the integrity of the
10   driver compartment somewhat.
11   Q.  Would the windshield and removable side bars
12   provide protection in a rollover accident?
13       MS. JEFFREY:  Object to form and
14   foundation.
15   A.  I didn't hear your question.
16       MR. HALPIN:  Can you repeat the
17   question?
18       (Record read back by the
19        reporter as requested)
20   A.  They can provide some protection, yes.
21   Q.  (BY MR. HALPIN)  And how much protection can
22   they provide?
23       MS. JEFFREY:  Objection to form.
24   A.  They'll provide more than your normal open
25   body vehicle.

55

1    Q.  (BY MR. HALPIN)  What is a normal open body
2    vehicle?
3    A.  A convertible vehicle that has no top
4    whatsoever.
5    Q.  Can an open body vehicle contain a full roll
6    cage?
7    A.  A racing roll cage?  Why would you want a
8    racing roll cage in a vehicle driven on the street.
9    You wouldn't be able to get in it.  Your grandmother
10   wouldn't be able to get in it.
11       MR. HALPIN:  Can you repeat the
12   question for me?
13       (Record read back by the
14        reporter as requested)
15   A.  It sounds like your question is can we build a
16   racing roll cage into a normal street driven vehicle.
17   The answer is yes.
18   Q.  (BY MR. HALPIN)  And would that vehicle still
19   be an open body vehicle?
20   A.  As defined by the National Highway Traffic
21   Safety Administration, yes, but it wouldn't be the
22   same vehicle.
23       To put a racing roll cage in a
24   production vehicle you would probably have to remove
25   your seats.  So, the front seats would be useless to

56

1    you.  You'd have to throw them away, you'd have to put
2    in a different kind of seat or at a minimum relocate
3    the seat toward the center of the vehicle because some
4    of the occupant space would be taken up by the roll
5    cage.  There may not be room for your legs and your
6    feet if you have a racing roll cage.
7        You'd have to make lots of
8    modifications to a vehicle to put a -- as you call it
9    a full roll cage or a racing roll cage into a street
10   driven vehicle.
11   Q.  Is there a certain speed at which the some
12   protection that the windshield and removable side bars
13   provide is expected to expire?
14       MS. JEFFREY:  Objection to form and
15   foundation.
16   A.  The protection provided is solely dependent
17   upon the accident that you are involved in.  There are
18   different accidents of different severities and no one
19   could predict what sort of accident you are going to
20   have.
21       So, the performance of these
22   components in any accident cannot be predicted
23   beforehand.
24   Q.  (BY MR. HALPIN)  How much weight could the
25   YJ's windshield sustain if the vehicle was inverted?

57

1        MS. JEFFREY:  Objection to form.
2    A.  Do you mean the windshield all by itself?
3    Q.  (BY MR. HALPIN)  Correct.
4    A.  Without any connection to the roll bar system
5    of the Jeep Wrangler YJ vehicle?
6    Q.  Yes.
7    A.  I don't know.
8        (Marked for identification Deposition
9         Exhibit Number 13.)
10   Q.  On Exhibit 13 the 1989 owner's manual uses the
11   term roll bar.  Can you see that, Mr. Neal?
12   A.  I haven't read down that far yet.  Yes, I do
13   see the term roll bar in Exhibit 13.
14   Q.  Why was the term roll bar in Exhibit 13
15   changed to the term sport bar in Exhibit 11?
16       MS. JEFFREY:  I object to form and
17   foundation on that, changed to.
18   A.  I don't know why the change was made.
19   Q.  (BY MR. HALPIN)  Who wrote the 1994 YJ
20   owner's manual?
21   A.  We had a group that wrote owner's manuals, and
22   I don't recall the name of the group but it's probably
23   owner's manual writing department.
24   Q.  Who was the manager of the owner's manual
25   writing department during the time period that the

15 (Pages 54 to 57)

58

1  1994 YJ owner's manual was written?
2  A.  I do not know.
3  Q.  Do you know who the -- let me rephrase.
4      Who is the manager of the owner's
5  manual group today?
6  A.  I don't know.
7  Q.  Does the owner's manual group exist today?
8  A.  Yes, that's not necessarily the name of the
9  group but yes, there is a group that writes the
10 owner's manuals and sends them out to have them
11 reviewed by engineering and other organizations.
12 Q.  Would engineering submit comments to the
13 language used in the YJ owner's manuals?
14     MS. JEFFREY:  Object to form.
15 A.  They could suggest changes in language, yes.
16 Q.  (BY MR. HALPIN)  Have you ever seen any
17 documents that suggest changes to the YJ's owner's
18 manual?
19 A.  Well, when I was in the vehicle development
20 group the owner's manuals were sent to us for review,
21 and I don't remember about making changes to it or not
22 making changes to it, but we saw the owner's manuals
23 before they were printed up and put in vehicles and
24 given to customers.
25 Q.  If you went to look for documents relating to

59

1  changes that were made in the YJ's owner's manual,
2  where would you look?
3  A.  I would go to the group that writes the
4  owner's manuals.
5  Q.  And have you ever done that before?
6  A.  Not that I recall.
7  Q.  And are you familiar with the process of
8  writing owner's manuals at DaimlerChrysler?
9  A.  No, not fully.
10 Q.  What can you tell me about the process of
11 writing an owner's manual at DaimlerChrysler?
12 A.  I could only tell you about the area that I'm
13 familiar with, and that's the drafts being sent out to
14 engineering for review purposes.  That's all I know
15 about them.
16 Q.  Where are draft owner's manuals maintained?
17 A.  Are we talking 1989, are we talking 1994, are
18 we talking 2003?
19 Q.  Where are 1989 draft owner's manuals
20 maintained?
21     MS. JEFFREY:  Objection to form and
22 foundation.
23 A.  I would have to go to the owner's manuals
24 group to see if they know anything about draft owner's
25 manuals from 1989.

60

1  Q.  (BY MR. HALPIN)  And would the same be true
2  for 1994?
3  A.  Yes.
4      MR. HALPIN:  Can we mark that?
5      (Marked for identification Deposition
6      Exhibit Number 14.)
7  Q.  (BY MR. HALPIN)  Why is the label depicted in
8  Exhibit 14 placed on the YJ?
9  A.  It's there to provide information to our --
10 the occupants of the vehicle.
11 Q.  What information does Exhibit 14 provide to
12 the occupants of the vehicle?
13 A.  It gives them information to let them know
14 that the top on the vehicle and the doors on the
15 vehicle are not there to replace seatbelts and that to
16 let them know that they are there to keep the elements
17 out of the vehicle.
18 Q.  Who created the label in Exhibit 14?
19 A.  I don't know.
20 Q.  What department created the label?
21 A.  I don't know that it was designed by the body
22 in white group, though, but as to who created the
23 label, I take that to mean the language on the label,
24 I don't know.
25 Q.  Does the label in Exhibit 14 refer to the

61

1  sports bar?
2  A.  No, it does not.
3  Q.  Does the label in Exhibit 14 refer to the
4  windshield?
5  A.  No, it does not.
6  Q.  Does the label in Exhibit 14 refer to the side
7  bar?
8  A.  No, it does not.
9  Q.  Why does the label instruct passengers to wear
10 seatbelts?
11 A.  Because the corporation feels that's what
12 occupants of the vehicle should do, they should wear
13 their seatbelts to take advantage of the protection of
14 the vehicle.
15 Q.  Are rollovers part of normal driving
16 conditions?
17     MS. JEFFREY:  Object to form.
18     MR. HALPIN:  Let me rephrase.
19 Q.  (BY MR. HALPIN)  Do rollovers occur when
20 driving on the highways of the United States of
21 America?
22 A.  Yes, they can.
23 Q.  As an engineer at DaimlerChrysler do you
24 understand that in the real world of accidents
25 rollovers occur?

16 (Pages 58 to 61)

62

1    A.  Could you repeat that?
2    Q.  As an engineer at DaimlerChrysler do you
3 understand that in real world accidents rollovers
4 occur?
5    A.  Yes.
6    Q.  And is a rollover unpredictable?
7         MS. JEFFREY:  Object to the form of
8 that.  Can you define unpredictable?  Do you mean are
9 rollovers all different from one another and you can't
10 predict the body, the movements of the vehicle or are
11 you saying is it unpredictable that rollovers will
12 occur?
13    Q.  (BY MR. HALPIN)  Is it unpredictable that
14 rollovers would occur?
15    A.  Yes, I believe we can't predict when someone's
16 going to have an accident and we can't predict when
17 they will have a rollover accident.
18    Q.  Can an engineer not predict the probability of
19 a rollover by calculating the center of gravity,
20 height and track for its lateral Gs of a vehicle?
21         MS. JEFFREY:  Object to form and
22 foundation.
23    A.  No, not that I'm aware of that can't be
24 predicted by the information you just gave.
25    Q.  (BY MR. HALPIN)  Do you know who Mr. DN

63

1 Renneker is?
2    A.  He was an engineering manager at American
3 Motors.
4    Q.  And are you familiar with any calculations
5 that Mr. Renneker did relating to vehicle
6 characteristics that would indicate the likelihood of
7 a rollover?
8         MS. JEFFREY:  All right.  Let me
9 interject here.  Object to the form, and these
10 documents you are referring to date back into the
11 1970s.  They do not relate to any development of the
12 YJ which didn't start occurring until '82 and after.
13         The motion for protective order
14 relates to CJ and nonYJ-related materials.
15         I'll let this go a little bit with
16 Leon, but this is not in the same category of
17 documents as documents related to the development of
18 what became the YJ, and this also predates when he was
19 there by several years, but to the extent he's able to
20 testify about that document, that's fine.
21    Q.  (BY MR. HALPIN)  Do you remember the
22 question?
23    A.  No, I don't.
24    Q.  Can you repeat the question for us?
25         (Record read back by the

64

1         reporter as requested)
2    A.  No, I'm not familiar with any calculations
3 that Mr. Renneker made regarding rollovers.
4    Q.  Have you ever seen any draft versions of the
5 label in Exhibit 14?
6    A.  No, I have not.
7         (Marked for identification Deposition
8         Exhibit Number 15.)
9         MR. HALPIN:  Can we go off the
10 record?
11         MS. JEFFREY:  If it's at a good
12 point for you.
13         MR. HALPIN:  Sure.
14         VIDEO TECHNICIAN:  We are going off
15 the record.  The time is 11:09 hours.
16         (A brief recess was taken)
17         VIDEO TECHNICIAN:  We are back on
18 the record.  The time is 11:16 hours.  Please
19 continue.
20    Q.  (BY MR. HALPIN)  Why is Exhibit 15 placed on
21 the YJ?
22    A.  That's required by the federal government to
23 be on all utility vehicles.
24    Q.  Does the federal government require the term
25 open body to be used on warning -- let me rephrase.

65

1 Does the federal government require the term open body
2 to be used on labels on all utility vehicles?
3         MS. JEFFREY:  Object to form.
4    A.  Just on open body vehicles.
5    Q.  (BY MR. HALPIN)  Who created the label in
6 Exhibit 15?
7    A.  By created you mean what?  Who supplied it,
8 who --
9    Q.  Who wrote the language contained in the label
10 on Exhibit 15?
11    A.  That was written by the federal government.
12    Q.  Does this label refer to the sports bar on the
13 YJ?
14    A.  Do you have a better copy?  I'm having trouble
15 reading this one.
16         MS. JEFFREY:  I have one that's
17 blown up from that drawing there.  So --
18         MR. HALPIN:  Can we mark this?
19         MS. JEFFREY:  Yeah, that's fine.
20         MR. HALPIN:  Can you mark that,
21 please?
22         (Marked for identification Deposition
23         Exhibit Number 16.)
24    A.  No, this label doesn't mention a roll bar or
25 sport bar.

17 (Pages 62 to 65)

66

1  Q.  (BY MR. HALPIN)  Does this label in Exhibit
2  16 refer to the windshield on the YJ?
3  A.  No, it does not.
4  Q.  How do you know -- let me rephrase.
5      Did the federal government write the
6  language contained in Exhibit 16?
7  A.  I don't know that they wrote it. They
8  designate that this will be the language to be used on
9  the label.
10  Q.  And is the language preapproved for use and
11  written by DaimlerChrysler?
12  A.  No, what I'm getting at I don't know who
13  originally wrote the language. The federal government
14  can adopt language from someone else and by adopting
15  it then give it out to all the manufacturers to use on
16  their labels.
17  Q.  What documents would explain or indicate who
18  wrote the language in Exhibit 15?
19  A.  You'd have to go to the National Highway
20  Traffic Safety Administration to find that out.
21  Q.  What is a consumer supposed to ascertain by
22  reading the driving guidelines in the owner's manual
23  and supplement of the 1994 YJ?
24      MS. JEFFREY: Object to form.
25  A.  I haven't read those lately. So, I'd need to

67

1  read those to -- I take it you want a summary of what
2  they say. So, I think I'd have to read them to give
3  you a summary.
4      MR. HALPIN: Can we go off the
5  record and change the tape?
6      VIDEO TECHNICIAN: This is the end
7  of tape two of the videotaped deposition of Leon Neal.
8  We are going off the record. The time is 11:23 hours.
9      (Discussion was held off the
10      record)
11      VIDEO TECHNICIAN: We are back on
12  the record. This is tape three of the videotaped
13  deposition of Leon Neal. The time is 11:24 hours.
14  Please continue.
15      MR. HALPIN: Can we mark that as an
16  exhibit?
17      (Marked for identification Deposition
18      Exhibit Number 17.)
19  Q.  (BY MR. HALPIN)  On Exhibit 17 why did
20  American Motors include the statement because of the
21  higher center of gravity and the narrower track this
22  vehicle is out of control and may roll over when some
23  other vehicles may not?
24      MS. JEFFREY: All right. Let me
25  just interject here. Counsel, this is from a 1986

68

1  CJ-7 owner's manual, is that correct?
2      MR. HALPIN: Correct.
3      MS. JEFFREY: We have filed a motion
4  for protective order related to Jeep CJ information.
5  I'll give you some leeway in this but not too much.
6  Mr. Neal can answer if he has any knowledge of this.
7      Could I ask the court reporter to
8  repeat the question, please?
9      MR. HALPIN: Sure.
10      (Record read back by the
11      reporter as requested)
12      MS. JEFFREY: I object to form and
13  foundation on that as well.
14  A.  I don't know.
15      (Marked for identification Deposition
16      Exhibit Number 18.)
17  Q.  (BY MR. HALPIN)  On Exhibit 18 why was the
18  bullet point the windshield will not support the
19  weight of an inverted vehicle and could collapse
20  during an accident so always drive with care included
21  in the owner's manual?
22      MS. JEFFREY: Object to form and
23  foundation.
24  A.  I don't have any information about what went
25  in the Jeep CJ owner's manual.

69

1      MS. JEFFREY: Counsel, at this point
2  I think we've got to stop questioning on the CJ
3  owner's manual.
4      He was not involved in any way in
5  that, and in addition we have a pending motion for
6  protective order related to CJ information. This is
7  just getting extremely detailed about a vehicle that's
8  not the subject of this action. It has a different
9  design than the subject vehicle and I'm going to ask
10  that we cease questioning in this way.
11      MR. HALPIN: Pending the resolution
12  of your objections?
13      MS. JEFFREY: (Nodding)
14      MR. HALPIN: Your request is noted.
15  I'm finished with the owner's manual, I just have to
16  explore a little bit more with the windshield itself
17  and if you want to maintain your objection, I'll
18  understand.
19      MS. JEFFREY: What is your line of
20  questioning going to be? It's a different vehicle.
21  That's what our motion for protective order entails.
22  If you want to ask him some questions concerning his
23  affidavit concerning the differences in the roll bar
24  of the CJ and the YJ, that's fine, but --
25  Q.  (BY MR. HALPIN)  Are you familiar with the

18 (Pages 66 to 69)

70

1 differences between the windshield of the 1980 and
2 newer CJ until it ceased to exist and the YJ?
3    A. I'm just aware that the Wrangler, YJ Wrangler
4 windshield had reinforcements in it that were not all
5 there on the CJ windshield, and there's other
6 differences in the windshields. The CJ windshield did
7 not have a bonded in windshield glass whereas the YJ
8 Wrangler windshield does. So, the parts aren't
9 interchangeable between the two vehicles.
10           A CJ windshield won't fit a Wrangler
11 vehicle and be a Wrangler.
12    Q. What is bonded in windshield glass as used in
13 the YJ?
14    A. There is an adhesive that is used to retain
15 the windshield glass in the windshield frame. That's
16 not there on the CJ vehicle. The CJ vehicle uses a
17 gasket to hold the windshield glass in place.
18    Q. What is the purpose of the adhesive in the
19 YJ's windshield?
20    A. The adhesive gives the windshield added
21 strength.
22    Q. How does the adhesive give the YJ's windshield
23 added strength?
24    A. It marries the strength of the windshield
25 glass which is laminated, a laminated glass with the

71

1 strength of the windshield frame in its
2 reinforcements.
3    Q. What is the windshield glass laminated with in
4 the YJ?
5    A. Well, a laminated windshield has two pieces of
6 glass and between them is -- there's a medium in
7 between the two which gives them strength.
8    Q. Did you say a medium?
9    A. Yeah. I'm not sure of the proper term for the
10 middle piece of the sandwich in a laminated
11 windshield.
12    Q. Is customer perception considered when
13 designing a vehicle?
14    A. I don't know. There's all sorts of vehicles
15 and I don't know which one you're talking about.
16 Vehicles are designed in all sorts of different ways.
17           MR. HALPIN: Can we mark that,
18 please?
19           (Marked for identification Deposition
20           Exhibit Number 19.)
21    Q. (BY MR. HALPIN) Do you recognize Exhibit 19?
22    A. No.
23    Q. Can you tell me what the term roll bar in the
24 writing below it means on the right side of the first
25 page of Exhibit 19?

72

1           MS. JEFFREY: Object to form and
2 foundation.
3    A. I see the word roll bar that's written in to
4 this printed document and there's some words below it
5 but I can't read all of the words. There's one word,
6 two words, three words, four words I can't read and
7 then below that are roof crush looks like period, and
8 I don't know what the first four words are.
9    Q. Was a fixed windshield ever considered for a
10 YJ?
11    A. I don't know. All the vehicles I built, none
12 of them had fixed windshields, they all had folding
13 windshields. When I say the vehicles I built, I mean
14 the prototype vehicles.
15    Q. Prototype --
16    A. Wrangler YJ vehicles, they all had folding
17 windshields.
18    Q. And were the prototype vehicles you just
19 mentioned always referred to as a YJ within
20 DaimlerChrysler?
21    A. No. It wasn't DaimlerChrysler, it was
22 American Motors.
23    Q. What other terms were used to refer to those
24 vehicles?
25    A. I think when I was involved, I guess we always

73

1 used YJ. We called them YJ Ses and YJ Ls, S being
2 short wheel base and L being long wheel base. I'm
3 sure there were terms earlier than that. I've seen
4 them in some early documents.
5           (Marked for identification Deposition
6           Exhibit Number 20.)
7    Q. Are you familiar with the appearances of
8 vehicles R, P, M, T and V on Exhibit 20?
9    A. No, I don't know any of them out there. This
10 document is before I arrived at American Motors. The
11 document's dated November 3rd of 1982. I didn't start
12 working for the company until June of 1983.
13    Q. What was the CJ freshening program?
14    A. I don't know.
15    Q. What safety standards was the YJ sports bar
16 designed to comply with?
17           MS. JEFFREY: Object to form.
18    A. A YJ? What years?
19    Q. (BY MR. HALPIN) The YJ production models.
20    A. 1987 through 1991 FMVSS 210, and in fact
21 that's also true of the '92 through '95. They also
22 needed to comply to FMVSS 210.
23    Q. Did FMVSS 216 apply to the YJ?
24    A. No, it does not.
25    Q. Why is FMVSS 216 tested conducted? Let me

19 (Pages 70 to 73)

Esquire Deposition Services, LLC
(800) 866-5560