```
                                                                          82
1    load in the Y direction?
2              MS. JEFFREY: Object to form and
3    foundation.
4       A.  It's possible.
5       Q.  (BY MR. HALPIN) What vehicles are subject to
6    3D loading testing?
7       A.  None.
8       Q.  What vehicles was the 3D loading test ever
9    conducted on?
10      A.  It was conducted on three vehicles, the YJ
11   Wrangler, the Dodge Dakota convertible and the TJ
12   Wrangler.
13      Q.  Why was 3D loading -- rephrase. Why was 3D
14   loading only conducted on those three vehicles?
15      A.  That's what the engineering department decided
16   to do.
17      Q.  Why was 3D loading not conducted on any other
18   vehicle?
19      A.  I don't know.
20      Q.  How many times was the YJ subjected to 3D
21   loading?
22      A.  To my knowledge once. I'm sorry. Twice.
23   Twice.
24      Q.  Why was the YJ subjected to 3D loading a
25   second time?
```

```
                                                                          83
1       A.  Because there was a change in the roll bar
2    system on the 1992 YJ Wrangler and I misspoke before.
3    I think I said the TJ had been tested using this
4    method, but that's untrue. Only the YJ and the Dodge
5    Dakota.
6       Q.  Does 3D loading test the strength of the
7    windshield?
8       A.  No.
9       Q.  Does 3D loading test the strength of the side
10   bars?
11      A.  No.
12      Q.  Has the YJ ever been subjected to a FMVSS 216
13   test?
14      A.  Yes.
15      Q.  If the sports bar was able to travel towards
16   the rear of the YJ during the FMVSS 216 test, would
17   the YJ fail the test?
18             MS. JEFFREY: Object to form and
19   foundation.
20      A.  I don't understand your question.
21      Q.  (BY MR. HALPIN) If the sport bar moved
22   towards the rear of the YJ during a FMVSS 216 test,
23   would the YJ fail the test?
24             MS. JEFFREY: Object to form and
25   foundation.
```

```
                                                                          84
1       A.  I don't understand your question in regards to
2    a 216 test.
3       Q.  (BY MR. HALPIN) Does 216 -- rephrase.
4              What direction does the roll bar
5    move during a 216 test --
6              MS. JEFFREY: Object --
7       Q.  -- of a YJ?
8              MS. JEFFREY: Object to form and
9    foundation.
10      A.  I don't think I know the answer to that
11   question. I don't know the answer to that question.
12   I don't know that we've monitored or measured the
13   displacement of the different components of the
14   vehicle during the test other than the location of the
15   platen which is a part of the test.
16      Q.  (BY MR. HALPIN) Does the windshield move as
17   a result of a 216 test on a YJ?
18             MS. JEFFREY: Object to form and
19   foundation.
20      A.  I don't think I can answer that question. I
21   haven't been involved in 216 testing of Wranglers for
22   the most part. So, I'm unclear on the dynamics of the
23   test as it's performed.
24             (Marked for identification Deposition
25             Exhibit Number 22.)
```

```
                                                                          85
1       Q.  (BY MR. HALPIN) What is Exhibit 22?
2       A.  Exhibit 22 is a report from a FMVSS 216 test
3    performed on a 1995 YJ vehicle.
4       Q.  Who is RA O'Brien?
5       A.  According to this he's the technician involved
6    with the test.
7       Q.  Have you ever met RA O'Brien?
8       A.  I don't know.
9       Q.  Have you ever reviewed any deposition
10   testimony of RA O'Brien?
11      A.  No.
12      Q.  Who is H. Ferra (phonetic)?
13      A.  He is -- he was an engineer in the safety test
14   lab.
15      Q.  Have you ever met H. Ferra?
16      A.  Yes, I have.
17      Q.  Have you ever reviewed any deposition
18   testimony of H. Ferra?
19      A.  No.
20      Q.  What does the number 21694287 signify on
21   Exhibit 22?
22      A.  That's the test number that's used by the
23   testing lab.
24      Q.  And does the testing lab conduct FMVSS 216
25   tests sequentially by this test number?
```

Page 86

1  A. I can't answer that. I don't know the answer.
2  Q. Is there a log that contains references to
3  test numbers that are kept in DaimlerChrysler?
4  A. There's a log that's I think three years old
5  that they keep, yes.
6  Q. Why do they only keep the log for three years?
7  A. That's per their document retention policy for
8  that department.
9  Q. Have you ever produced the log relating to
10 this test in any other litigation?
11 A. No.
12 Q. Would the YJ pass a FMVSS 216 without the side
13 bars?
14         MS. JEFFREY: Object to form and
15 foundation.
16 A. No.
17 Q. (BY MR. HALPIN) Would the 1980 CJ pass a
18 FMVSS 216 test?
19         MS. JEFFREY: I'm going to direct
20 him not to answer questions on the CJ.
21 Q. (BY MR. HALPIN) Are you going to listen to
22 Attorney Jeffrey's instruction?
23 A. Yes.
24         (Marked for identification Deposition
25         Exhibit Number 23.)

Page 87

1  Q. (BY MR. HALPIN) Are you familiar with
2  Exhibit 23?
3  A. No, I'm not.
4         MS. JEFFREY: Let me just interject
5  here. Exhibit 23 is a memo dated April 29th, 1974.
6  Concerns a CJ. It was promulgated some 13 years
7  before the YJ went into production and I don't mind if
8  he says whether he's familiar with it or not. I don't
9  want any further questioning, however. This predates
10 Mr. Neal's employment by quite a bit as well.
11         (Marked for identification Deposition
12         Exhibit Number 24.)
13 Q. (BY MR. HALPIN) Are you familiar with
14 Exhibit 24?
15 A. No, I'm not familiar with Exhibit 24.
16 Q. How do you know that the YJ would not pass a
17 FMVSS 216 test without the side bars?
18 A. Well, you've got a good point. I'm not sure,
19 but the windshield doesn't by itself provide much
20 support from the sort of loads that are required in a
21 216 test. For a Wrangler you need to get loads of 45,
22 46 hundred pounds or thereabouts to pass the test. In
23 doing the test, though, the platen is large enough
24 that it will ultimately take up the main hoop of the
25 roll bar.

Page 88

1         So, really one would have to do a
2  test to find out would it pass the 216 test.
3  Q. What would be the result of changing the
4  platen in a 216 test to less than 30 inches when
5  testing a YJ?
6         MS. JEFFREY: Object to form and
7  foundation.
8  A. I don't understand your question.
9  Q. (BY MR. HALPIN) If the 216 test was
10 conducted with a platen less than 30 inches instead of
11 18 hundred 29 millimeters, would the YJ still be able
12 to pass the test?
13         MS. JEFFREY: Object to form and
14 foundation.
15 A. I don't know the answer to that.
16 Q. (BY MR. HALPIN) Why is the platen at a
17 forward angle of five degrees during a FMVSS 216 test?
18 A. It's specified by the federal government in
19 the test procedure.
20 Q. Why does the federal government specify the
21 five degree pitch angle?
22         MS. JEFFREY: Object to form.
23 A. You'd have to ask the federal government about
24 that.
25 Q. (BY MR. HALPIN) Does the five degree pitch

Page 89

1  angle have any meaning to you whatsoever?
2         MS. JEFFREY: Object to form.
3  A. I don't know what you mean.
4  Q. (BY MR. HALPIN) Do you know what the center
5  of gravity of the YJ is?
6  A. No, I don't. They are all different based on
7  the amount of equipment in them, what tires they are
8  built with. You'd really have to take any one that
9  you are interested in and test it individually.
10 Q. Are you aware that FMVSS 216 is a minimum
11 threshold for roof crush strength?
12         MS. JEFFREY: Object to form.
13 A. It's a federally required standard which is
14 not applicable to open body vehicles such as the Jeep
15 YJ Wrangler.
16 Q. (BY MR. HALPIN) Is FMVSS 216 a minimum
17 standard?
18         MS. JEFFREY: Object to form.
19 A. I don't know what you mean by a minimum
20 standard, but again it doesn't apply to the Jeep YJ
21 Wrangler which is an open body vehicle anyway.
22 Q. (BY MR. HALPIN) Why was test 21694287
23 applied to the 1995 YJ?
24 A. I'm probably not the right person to ask that
25 question of, but I'm sure it has something to do with

23 (Pages 86 to 89)

Esquire Deposition Services, LLC
(800) 866-5560

Page 90

1 being able to measure the performance of the system.
2   Q. Why would DaimlerChrysler want to measure the
3 performance of a system in its last year of
4 production?
5   A. Well, that was meant as a baseline for the TJ
6 vehicle.
7   Q. What was meant as a baseline for a TJ vehicle?
8   A. The test done in 1994 on a 1995 Wrangler YJ.
9   Q. Why was the YJ used for a baseline for the TJ?
10  A. Well, the TJ's a totally different vehicle,
11 totally new vehicle with a different roll bar, with a
12 different floor that the roll bar system sits on, with
13 a different windshield. So, in a completely new design,
14 and, so, in a way to -- in a manner of gauging what
15 they have on the new vehicle, they tested the old
16 vehicle so they would have something to compare it to,
17 the new vehicle to.
18        MR. HALPIN: Do you want to break
19 for lunch?
20        MS. JEFFREY: Fine.
21        VIDEO TECHNICIAN: This is the end
22 of tape three of the videotaped deposition of Leon
23 Neal. We are going off the record. The time is 12:15
24 hours.
25        (A brief recess was taken)

Page 91

1        VIDEO TECHNICIAN: We are back on
2 the record. This is tape four of the videotaped
3 deposition of Leon Neal. The time is 13:15 hours.
4 Please continue.
5        MR. HALPIN: Can we mark those?
6        (Marked for identification Deposition
7        Exhibit Number 25-29.)
8   Q. (BY MR. HALPIN)  After looking through
9 Exhibits 25 through 29, can you tell me what changes
10 were made to the YJ's windshield during its
11 production?
12  A. There were numerous changes made, and I don't
13 know that these drawings take us to the end of the YJ
14 production. Our drawings are -- come in different
15 change levels, and these may not be the most current
16 drawings for the last iteration of the YJ.
17  Q. Can you describe what changes you are able to
18 identify through Exhibits 25 through 29?
19  A. Well, sure. There's a change -- what we call
20 a change block or revision record on each of the
21 drawings, and, for instance, on drawing 55023064, and
22 I can't -- well, it says panel -- that's all I can
23 read, panel, but it's a drawing of the windshield, two
24 pages, and there's several changes noted here, changes
25 A through J. A is not actually a -- well, A is a

Page 92

1 change. A through J are the changes. For instance,
2 change A is that a reinforcement is added and the part
3 number for the reinforcement is given on the revision
4 block.
5        Another one is a dimension was
6 changed. A dimension had been .77 inches. It's now
7 .85 inches. There's another change that welds are
8 added. There's a note added about the welds.
9        I can't read the next change which
10 is change D. Change E is that the quantities are
11 added and that has to do with the -- this chart on the
12 drawing which tells you what parts does it take to
13 make a windshield. So, it details all of the
14 individual parts that are needed to make a windshield
15 and it also tells you the quantities.
16        In the case of the reinforcements
17 the quantities are usually two because there are two A
18 pillars on a windshield. So, there is two sides, a
19 right and a left side to the windshield. So, there is
20 reinforcements on each side and they are symmetrical.
21        I can't read change F except it says
22 revised and then I can't read the rest of the words.
23 Change G is an added material note. Change H adds
24 some part numbers. Change J also adds some part
25 numbers. And change J also changes some part numbers.

Page 93

1        So, what you can do is with the
2 revision record and you know the change by the letter,
3 if you go along the bottom of the drawings, the
4 changes will be noted. So, if you find change A at
5 the bottom of the drawing and if you work your way up,
6 you'll find another A and that's where the change
7 takes place. So, change A which is reinforcement
8 being added is shown here.
9        Likewise change H, for instance, is
10 actually in approximately the same location at the
11 bottom of the drawing. You work your way up the
12 drawings until you see the circled H and you see where
13 the change is.
14  Q. How did the welds change?
15  A. The welds are change C. Welds one added note.
16 Do you have a larger drawing?
17  Q. I do not.
18  A. Do you have a magnifying glass?
19  Q. I do.
20  A. The welds changed by the addition of the
21 reinforcements. Now, there are eight added spot welds
22 to attach the reinforcements to the outer panel.
23  Q. What reinforcements are you speaking of?
24  A. They are reinforcements on the interior of the
25 windshield. So, sandwiched between the inner and

24 (Pages 90 to 93)

Esquire Deposition Services, LLC
(800) 866-5560

Page 94

1  outer panels there are reinforcements.
2    Q. What year did that change occur?
3    A. That happened at the beginning of production
4  of 1987.
5    Q. Do you know why that change occurred?
6    A. Well, it's part of the development of the
7  total vehicle and the development of the roll bar
8  assembly, the reinforcements were added to support the
9  loads that the vehicle was tested to.
10   Q. Prior to the production of the 1987 YJ model,
11 what testing was conducted on the YJ roll bar?
12   A. Production '87? Development testing back in
13 1982. Now, testing we are talking about loads being
14 applied to the structure.
15      (Marked for identification Deposition
16      Exhibit Number 30, 31, 32, 33.)
17      MS. JEFFREY: I'd just like to note
18 for the record Exhibits 32 and 33 are dated early in
19 1981 and this was before the development of the YJ
20 even started. You can ask him if he's familiar with
21 them, but I don't want to go much further than that.
22   Q. (BY MR. HALPIN) Can you tell me which one of
23 these tests you are familiar with?
24   A. Exhibit 30, Exhibit 31.
25   Q. What test numbers are on Exhibits 30 and 31?

Page 95

1    A. Test -- Exhibit 30 test number is
2  2B3-85-013-SL. Exhibit 31, it's called here the
3  report number but test number would suffice,
4  2E4-484-133-SL.
5    Q. The tests conducted in Exhibit 30, is the
6  pitch angle 5 degrees or 14 degrees?
7    A. Five degrees.
8    Q. On Exhibit 30 is the 354 weaker than the 351
9  and the 352?
10   A. I'm sorry. I don't know what you are talking
11 about.
12   Q. On Exhibit 30 the windshields are identified
13 by SLT numbers 13.354 and Exhibit 31 you have 3 --
14 13.351 and 13.352. My question is is the 13.354
15 weaker than the 13.351 and the 13.352?
16   A. The SLT numbers stand for safety lab test. It
17 doesn't refer to windshield, and if you are comparing
18 test numbers, the peak load on test number 13-354,
19 peak load is 56 hundred pounds at 3.4 inches. And
20 test 13.351 peak loads are listed as 6175 pounds at
21 2.8 inches and test 13.35 peak load is six thousand
22 pounds at a distance of 2.75 inches.
23   Q. In looking at the peak loads, are you able to
24 ascertain whether the 354 is weaker than the 351 and
25 the 352?

Page 96

1    A. It's a lower number but in engineering sense
2  it's comparable.
3    Q. In Exhibit 31 is the pitch angle 14 degrees or
4  5 degrees?
5    A. In exhibit which one?
6    Q. Thirty-one.
7    A. It's five degrees.
8    Q. In Exhibit 31 which windshield is the
9  strongest?
10   A. I don't know. The test is not measuring
11 windshields, it's measuring a vehicle.
12   Q. In Exhibit 31 which vehicle tested as the
13 strongest?
14   A. How do you define strongest?
15   Q. What are the tests in Exhibit 31 measuring?
16   A. They are basically putting these vehicles
17 through a 216 test environment and measuring the
18 amount of load that the vehicle absorbs and the
19 distance at which the platen travels.
20   Q. Which vehicle in Exhibit 31 can resist the
21 greatest amount of force being applied by the platen?
22   A. Well, to test the distances that they use, the
23 highest number is generated by test 13.351.
24   Q. In the tests conducted in Exhibit 31, is the
25 roll bar the same on all vehicles?

Page 97

1    A. No, it uses a combination of T bars and
2  reinforced windshields and bonded in glass and what's
3  called gusset supports.
4    Q. In Exhibit 31 can you tell me which vehicle
5  had a T bar?
6    A. Vehicle 8587T207 has a T bar. Vehicle
7  8587T207 has a T bar. That's it.
8    Q. In the tests conducted in Exhibit 31, are the
9  sports bars the same?
10   A. The same as what?
11   Q. In the tests conducted in Exhibit 31, is the
12 sports bar the same on each vehicle?
13   A. I can't tell from this information.
14   Q. What documents would you need to look at to be
15 able to tell if the sports bar is the same on each of
16 the tests conducted on the vehicles in Exhibit 31?
17   A. I don't know what I'd need.
18   Q. Have you ever seen any documents that relate
19 to the tests conducted in Exhibit 31 other than what's
20 in front of you right now?
21   A. No, I don't remember any others.
22   Q. In Exhibit 31 on SLT 13.346 what does the
23 shaded area of the windshield indicate?
24   A. Which one?
25   Q. SLT 13.346.

Page 98

1   A.  That indicates the placement of foam within
2   the structure of the windshield.
3   Q.  And did the foam increase the windshield's
4   ability to resist the force being applied upon it by
5   the platen in Exhibit 31?
6       MS. JEFFREY: Object to form.
7   A.  Increased it from what?
8   Q.  (BY MR. HALPIN)  Can you tell me the
9   differences between SLT 13.345's windshield and SLT
10  13.346 windshield in Exhibit 31?
11  A.  The windshield in 13.346 has foam applied to
12  it whereas 13.345 does not.
13  Q.  When comparing 13.346 to 13.345, did the
14  addition of the foam to the windshield increase its
15  ability to resist the force being applied upon it by
16  the platen?
17      MS. JEFFREY: Object to form.
18  A.  The peak load for test 13.345 is 42 hundred
19  pounds at 2.2 inches while the peak loads for test
20  13.346 with the foam filled windshield frame, the peak
21  loads are 46 hundred pounds at 2.1 inches.
22  Q.  (BY MR. HALPIN)  And what does the peak loads
23  of the 13.345 and the 13.346 indicate when compared to
24  one another?
25  A.  As tested in this instance one is higher than

Page 99

1   the other by four hundred pounds.
2   Q.  What type of foam was added to 13.346?
3   A.  I don't know.
4   Q.  What foams can be added to a windshield such
5   as was done in 13.346?
6       MS. JEFFREY: Object to form.
7   A.  I can't answer that either. That's a question
8   we would have had to ask of the engineers back in
9   1983, '84 who did the work.
10  Q.  (BY MR. HALPIN)  How is it that you are
11  familiar with Exhibit 31?
12  A.  I've seen it during depositions.
13  Q.  Was foam added to the YJ production model's
14  windshield?
15  A.  No.
16  Q.  Could foam be added or could foam have been
17  added to the YJ production model's windshield?
18  A.  I don't know the answer to that.
19  Q.  Who would know the answer to that?
20  A.  The engineers that designed this part of the
21  vehicle.
22  Q.  And do you know who the engineers were that
23  designed this part of the vehicle?
24  A.  Yes, I do.
25  Q.  And who were they?

Page 100

1   A.  Mr. Higley.
2   Q.  Anyone else?
3   A.  His boss, Mr. Tarian (phonetic).
4   Q.  Was the purpose of Exhibit 31 to test the
5   sports bar or the forward structured elements
6   including the windshield?
7   A.  The purpose is to determine the load and
8   deflection characteristics of various combinations of
9   T bars, reinforced windshield frames, bonded in
10  windshield glass and gusset supports to a 216 test
11  environment.
12  Q.  And Exhibit 31 indicates multiple changes to
13  the windshield structure?
14      MS. JEFFREY: Object to form.
15  A.  Yes.
16  Q.  (BY MR. HALPIN)  And does Exhibit 31 indicate
17  any changes to the sports bar structure?
18  A.  It does mention changes to the sport bar.
19  Q.  And if you were trying to gauge comparisons
20  for the different windshields indicated in 13.343
21  through 13.352, would you want to use the same sports
22  bar for consistency?
23  A.  Not necessarily because that's not done here.
24  There are changes made to the sport bar.
25  Q.  What's not done where?

Page 101

1   A.  The sport bar is not the same in each of these
2   instances, in each of these tests.
3   Q.  Does your definition of the sports bar include
4   the T bar?
5   A.  Yes.
6   Q.  Notwithstanding the T bar from the main hoop
7   roll bar including the diagonal tubes, if you were to
8   conduct a test to measure the different windshields
9   indicated in 13.343 through 13.352, would you not want
10  the main hoop and the rear diagonal tube to be the
11  same for consistency?
12  A.  Yes.
13      MS. JEFFREY: Object to form.
14  A.  Yes.
15  Q.  (BY MR. HALPIN)  In a five degree angle from
16  its initial contact point, how many inches would the
17  platen travel downward until it impacted the main hoop
18  roll bar?
19      MS. JEFFREY: Object to form. Which
20  one are you talking about? Are you talking
21  theoretically or are you referring to a test?
22      MR. HALPIN: In Exhibit 31.
23      MS. JEFFREY: There are five tests
24  or something there, right?
25      MR. HALPIN: Yes.

### Page 102

1  MS. JEFFREY: Are you referring to a
2  particular one?
3  Q. (BY MR. HALPIN) In each of the tests
4  indicated in Exhibit 31 from its initial contact
5  point, how many inches would the platen travel
6  downward until such time as it impacted the roll bar?
7  A. I don't have information to answer that
8  question.
9  MS. JEFFREY: Can I just clarify
10 when you say its initial contact point, what are you
11 talking about? Are you talking about five different
12 tests but you are calling it it?
13 MR. HALPIN: Yes.
14 MS. JEFFREY: Which one?
15 MR. HALPIN: We'll clarify right
16 now.
17 Q. (BY MR. HALPIN) What is the initial compact
18 -- let me rephrase.
19 What is the initial contact point
20 for each of the tests conducted in 13.343 through
21 13.352 of the platen?
22 A. Well, it's the highest point with the vehicle
23 positioned as per motor vehicle safety standard 216.
24 Q. And what would the highest point be?
25 A. Positioned properly, then that would be in the

### Page 103

1  neighborhood of the A pillar windshield header and
2  roof rail junction.
3  Q. On the YJ, is the windshield an A pillar?
4  A. I'm sorry?
5  Q. On the YJ production model, do you consider
6  the windshield to be its A pillar?
7  A. The sides of the windshield, yes, they are
8  equivalent to an A pillar.
9  Q. On the YJ production model could you consider
10 the sports bar to be its B pillar?
11 A. The vertical portion of the main hoop of the
12 bar, yes, that would be -- well, it doesn't follow
13 because there's portions of the body that are
14 considered the B pillar also.
15 So, unless you've got double B
16 pillars I guess we might have, you might consider both
17 of those to be in the B pillar area.
18 Q. In Exhibit 31 is the roll bar able to
19 withstand the peak load in excess of 62 hundred pounds
20 without moving whatsoever?
21 A. I don't understand your question.
22 Q. How much load can the sport bar, the main roll
23 bar withstand before moving in Exhibit 31?
24 A. That information isn't available here.
25 Q. In Exhibit 30 --

### Page 104

1  MR. HALPIN: Can you read my last
2  question back to him, please?
3  (Record read back by the
4  reporter as requested)
5  Q. (BY MR. HALPIN) In Exhibit 30 is the roll
6  bar able to withstand a load in excess of six thousand
7  pounds without moving whatsoever?
8  A. Is the what?
9  Q. Roll bar.
10 A. That information is not available in that test
11 document.
12 Q. What are the differences between the 13.354
13 and the 13.351?
14 A. I don't know what 13.354 is.
15 Q. On Page 2 of 6 in Exhibit 30 there is a
16 windshield depicted over an SLT number of 13.354. In
17 Exhibit 31 there is a windshield depicted under SLT
18 numbers number 13.351. Comparing the windshield shown
19 as tested under 13.354 and 13.351, what are the
20 differences?
21 A. The difference is the clamp bracket.
22 Q. What clamp bracket -- does the YJ production
23 model contain the clamp bracket as depicted in test
24 13.351 or 13.354?
25 A. I can't tell from this information.

### Page 105

1  Q. What are the differences between the
2  windshield shown in SLT 13.354 and SLT 13.352?
3  A. The difference is a new clamp bracket and a
4  new one-piece windshield outer reinforcement.
5  Q. Did the production model YJ contain the new
6  clamp bracket and outer reinforcement that you just
7  described in SLT 13.352?
8  A. I don't know the answer to that question.
9  Q. Comparing SLT 13.354 to SLT 13.351 which
10 windshield was able to withstand a greater peak load?
11 MS. JEFFREY: Object to form.
12 A. Which ones are you comparing?
13 Q. (BY MR. HALPIN) 13.354 to 13.351.
14 A. The peak loads for 13.354 are 56 hundred
15 pounds at a displacement of 3.4 inches and peak loads
16 for 13.351 are 6175 pounds at 2.8 inches as tested.
17 Q. Does that indicate that the 13.351 was able to
18 withstand a greater peak load than the 13.354?
19 A. As tested in the vehicles, yes.
20 Q. And was the 13.351 able to withstand a greater
21 peak load than the 13.352?
22 A. Marginally so, yes.
23 Q. What are the differences between the
24 windshield tested in the 13.351 and the windshield
25 tested in the 13.352?

Page 106

1  A. 13.351 has a new windshield outer
2  reinforcement while 13.352 has a new one-piece
3  windshield outer reinforcement.
4  Q. Does that indicate to you that the windshield
5  outer reinforcement in the 13.351 was stronger than
6  the windshield outer reinforcement in the 13.352?
7  A. You are saying between these two tests?
8  Q. Correct.
9  A. Obviously the 13.351 carried a higher peak
10 load with more displacement than 13.352 which had less
11 displacement in this test.
12 Q. And the difference between the two windshields
13 was the outer reinforcement?
14       MS. JEFFREY: Object to form.
15 A. Yes, it looks like the outer reinforcement
16 takes a different form between the two windshields.
17 Q. (BY MR. HALPIN) Do any of the vehicles
18 tested in Exhibit 30 or Exhibit 31 -- let me rephrase.
19       Are any of the vehicles tested in
20 Exhibit 31 or Exhibit 30 what ultimately became the
21 production model YJ?
22 A. No.
23 Q. Are any of the vehicles tested in Exhibit 30
24 or 31 similar to what became the production model YJ?
25 A. What do you mean similar?

Page 107

1  Q. Which vehicle in Exhibit 30 or Exhibit 31
2  shares most parts in common -- let me rephrase.
3        Which vehicle's windshield in
4  Exhibit 30 and Exhibit 31 share most parts in common
5  with the production model YJ?
6  A. I can't tell from the information I have.
7  Q. And why can you not tell?
8  A. Because I don't have the full makeup of the
9  production windshields.
10 Q. If you were provided with the full makeup of
11 the production windshield, would you be able to tell?
12 A. No, not even then. I'd need engineering
13 drawings for the vehicles that are tested here. I'd
14 need engineering drawings and specifications for these
15 windshield components so I could compare them to what
16 went into production.
17 Q. And are you aware of any engineering drawings
18 that exist relating to the vehicles tested in Exhibits
19 30 and 31?
20 A. In regards to the windshield?
21 Q. Correct.
22 A. No, I'm not. Except for -- well, that's not
23 true. In some instances carryover CJ windshield
24 components are used. So, I'd be able to find
25 engineering drawings for those.

Page 108

1  Q. In regard to any other part of the vehicle
2  other than the windshield are you aware of any
3  engineering drawings that exist -- let me try again.
4        Notwithstanding the windshield and
5  other than the engineering drawings relating to the
6  windshield, are you aware of engineering drawings
7  relating to the vehicles tested in Exhibits 30 and 31?
8  A. Well, the vehicles being tested are 1985 Jeep
9  CJ-7s, and yes, we have engineering drawings for Jeep
10 CJ-7s.
11 Q. Do you know whether the main hoop roll bar
12 tested in Exhibits 30 and 31 is the roll bar that was
13 on the 1985 CJ-7?
14 A. I don't know that.
15 Q. Do you know whether the roll bar, the main
16 hoop roll bar in the 1985 CJ-7 would be able to pass a
17 FMVSS 216 test without the assistance of side bars, T
18 bars or windshield?
19 A. With the production CJ-5 -- CJ-7 windshield?
20 Q. The 1985/?
21 A. With the production of CJ-7 windshield?
22 Q. Without the assistance -- say the windshield
23 was folded down, without the assistance of the
24 windshield, without the assistance of the side bars
25 and without the assistance of a T bar, would the 1985

Page 109

1  CJ production model windshield be able to pass the
2  FMVSS 216 test?
3  A. It could pass a modified 216 test but not an
4  actual 216 test. That's my judgment, but if you fold
5  the windshield down, you can't run a 216 test, you
6  have to have a windshield to run a 216 test.
7  Q. What is the difference between a modified 216
8  test and a FMVSS 216 test?
9  A. Modified test would apply the loads to the
10 main hoop of the roll bar.
11 Q. And how much load would the main hoop of the
12 roll bar be able to sustain in a modified FMVSS 216
13 test before deforming more than two inches?
14       MS. JEFFREY: Object to form and
15 foundation.
16 A. More than enough to pass the 216 requirement.
17 Q. (BY MR. HALPIN) Do any of the vehicles
18 tested in Exhibit 30 and Exhibit 31 fail the FMVSS 216
19 test?
20       MS. JEFFREY: Let me just object to
21 the form here too because they are not subject to 216.
22 So, failing the test is not -- if you want to rephrase
23 it and relate it to the requirements of the test as
24 opposed to failing the test.
25       MR. HALPIN: Thank you.

28 (Pages 106 to 109)

**Page 110**

1  MS. JEFFREY: That would be better.
2  MR. HALPIN: I can do that.
3  Q. (BY MR. HALPIN) Let me rephrase it. Do any
4  of the vehicles tested --
5  MS. JEFFREY: But not meet --
6  MR. HALPIN: I'm trying to avoid the
7  word test.
8  Q. (BY MR. HALPIN) Do the reports in Exhibits 30
9  and 31 indicate that any of the vehicles would not
10  meet the requirements of the FMVSS 216 test?
11  A. There's really not enough information here to
12  answer that question because to know that you have to
13  know what the curb weight of the vehicle is that's
14  being tested and there is no information about the
15  curb weight of the vehicle that's being tested.
16  Q. What is the maximum amount of weight that the
17  FMVSS 216 test applies to any vehicle?
18  A. I didn't understand that question.
19  Q. Does FMVSS 216 contain a maximum weight
20  threshold?
21  MS. JEFFREY: In terms of weight of
22  the vehicle you are talking about?
23  MR. HALPIN: I have to read it. You
24  want to go off the record for a few minutes while --
25  MS. JEFFREY: That's fine.

**Page 111**

1  VIDEO TECHNICIAN: We are going off
2  the record. The time is 14:05 hours.
3  (Discussion was held off the
4  record)
5  (Marked for identification Deposition
6  Exhibit Number 34.)
7  VIDEO TECHNICIAN: We are back on
8  the record. The time is 14:09 hours. Please
9  continue.
10  MS. JEFFREY: There's been a
11  document while we were off the record that's marked as
12  Exhibit 34 which appears to be an excerpt from FMVSS
13  216 as it existed in 1989. I just want to make that
14  clear. It doesn't reflect what existed in '84 when
15  the testing was done or '85.
16  MR. HALPIN: Can you read my last
17  question back?
18  (Record read back by the
19  reporter as requested)
20  MS. JEFFREY: I still would ask if
21  you are referring to the weight that the vehicle is
22  supposed to be able to take as a peak load or if you
23  are referring to the weight of the vehicle itself.
24  MR. HALPIN: Peak load.
25  Q. (BY MR. HALPIN) When subjecting a vehicle to

**Page 112**

1  a FMVSS 216 test, is there a maximum peak load that
2  the vehicle be subjected to?
3  A. This doesn't apply. This is not applicable to
4  sport utility vehicles.
5  Q. Understood.
6  A. This is passenger cars. This is not a
7  passenger car that we are dealing with here. We are
8  talking about a sport utility vehicle.
9  Q. When applying FMVSS 216 to a passenger car, is
10  there a maximum peak load that applies to the test?
11  A. Yes.
12  Q. And what is the maximum peak load?
13  A. Five thousand pounds or one-and-a-half times
14  the curb weight of the vehicle.
15  Q. Is that whichever is greater or whichever is
16  less?
17  A. Whichever is less.
18  Q. So, the maximum amount of peak load that a
19  FMVSS 216 test would subject a passenger car to is
20  five thousand pounds?
21  A. No.
22  Q. No. How did I get that wrong?
23  A. Because it's one-and-a-half times the unloaded
24  weight of the vehicle or five thousand pounds,
25  whichever is less.

**Page 113**

1  Q. So, if the vehicle weighs 2499 pounds, it
2  could be less than five thousand pounds? Did I do
3  that right?
4  A. Not really.
5  Q. Okay. Will the main hoop roll bar on a 1985
6  CJ sustain a peak load of five thousand pounds without
7  moving whatsoever?
8  MS. JEFFREY: I object to the form
9  of this and we are also getting back into CJs, and I'm
10  not sure he has any documents in front of him in terms
11  of a CJ production roll bar in any event.
12  Q. (BY MR. HALPIN) What body vehicle is
13  contained in the Exhibits and tests 30 and 31?
14  A. 1985 CJ-7s.
15  Q. And do you know whether the main hoop roll bar
16  in Exhibits 30 and 31 are from the 1987 CJ-7?
17  A. No, I don't.
18  Q. Could the main hoop roll bar in Exhibits 30
19  and 31 be from the 1985 CJ-7?
20  MS. JEFFREY: Object to form.
21  A. Yes, it could.
22  Q. (BY MR. HALPIN) Can the main hoop roll bar in
23  a 1985 CJ-7 sustain a peak load of five thousand
24  pounds without moving whatsoever?
25  MS. JEFFREY: Object to form.

114

1  A. I don't have information to answer that
2  question.
3  Q. (BY MR. HALPIN) Why does no windshield in
4  SLT 13.343 through 13.354 deform more than 3.1 inches?
5       MS. JEFFREY: Object to form.
6  A. I didn't catch your question.
7  Q. (BY MR. HALPIN) Why do the windshields in
8  Exhibits 13.343 through 13.352 not deform more than
9  3.1 inches?
10 A. Because the test is not only measuring the
11 strength of the windshield.
12 Q. What also is the test measuring?
13 A. It's measuring what is essentially -- what
14 would be considered the roof of the vehicle. This
15 vehicle doesn't have a roof.
16 Q. Is it measuring the T bars?
17 A. It's measuring everything above the belt line
18 of the vehicle and even things below the belt line of
19 the vehicle.
20 Q. Would the platen in test 13.345 impact the
21 main hoop roll bar at displacement of 2.2 inches of
22 the windshield?
23      MS. JEFFREY: Object to form.
24 A. Well, what I know is that the windshield is
25 not strong enough in and of itself to support these

115

1  sorts of loads.
2       So, to support these sorts of loads
3  you have to take in the B pillar area of the vehicle
4  to get high loads, and that the loads are in excess of
5  four thousand pounds indicates to me that the roll bar
6  is coming into play in this test.
7  Q. (BY MR. HALPIN) How many inches must the
8  roll bar deform on SLT test 13.345 before the platen
9  impacts the main hoop?
10 A. Can't know that.
11 Q. What is the distance between the windshield
12 and the main hoop roll bar?
13 A. I don't know.
14 Q. If you took a protractor and drew a line at
15 five degrees traveling from the main hoop roll bar to
16 the windshield, how many inches below the top of the
17 windshield would the line cross the windshield?
18      MS. JEFFREY: I object to the form
19 of that. What vehicle are you talking about?
20      MR. HALPIN: Let me rephrase.
21 Q. (BY MR. HALPIN) On the production model YJ,
22 if you took a protractor and started a line at the top
23 of the main hoop roll bar and drew it towards the
24 windshield at a down angle of five degrees, when that
25 line crossed the windshield's path, how many inches

116

1  below the top of the windshield would that line be?
2  A. How do you define horizontal?
3  Q. I didn't use the word horizontal.
4  A. You have to use that word.
5       VIDEO TECHNICIAN: Excuse me. This
6  is the end of tape four of the videotaped deposition
7  of Leon Neal. We are going off the record. The time
8  is 14:18 hours.
9       (Discussion was held off the
10      record)
11      VIDEO TECHNICIAN: We are back on
12 the record. This is tape five of the videotaped
13 deposition of Leon Neal. We are back on the record at
14 14:21 hours.
15 Q. (BY MR. HALPIN) How does the definition of
16 the term horizontal affect the measuring of a five
17 degree line from the B pillar towards the windshield?
18 A. Well, not the B pillar but the top of the roll
19 bar main hoop.
20 Q. Yes.
21 A. Well, if your vehicle is tilted down like
22 that, then five degrees doesn't really mean a whole
23 lot. You are level or tilted up means a whole
24 different thing to go five degrees down.
25 Q. Are you familiar with a leveling device that

117

1  contains a little air bubble that tells you whether
2  your leveling device is tilted one way or the other?
3  A. I'm not sure what you are talking about.
4  Q. If you were going to hang a picture on the
5  wall, what tool would you use to ensure it was
6  straight?
7  A. Sure, a level.
8  Q. If you placed a level on the top of the main
9  hoop of the roll bar using that as a fixation point
10 for zero degrees in each direction forward and back
11 and if you drew a five degree angle from the top of
12 the main hoop of the roll bar towards the windshield,
13 how many inches down from the top of the windshield
14 would that line cross the windshield?
15      MS. JEFFREY: Object to form.
16 Q. (BY MR. HALPIN) Did you understand the
17 question, Mr. Neal?
18 A. It's got no meaning. Here is your vehicle.
19 Is the vehicle stationary like this, is it stationary
20 like that? Where is level on the vehicle?
21 Q. The vehicle was resting on level ground with
22 proper air in all tires as it is intended by
23 DaimlerChrysler to rest on level ground, if you took a
24 level and placed it at the top of the main hoop of the
25 roll bar to ascertain zero degrees in both directions,

30 (Pages 114 to 117)

Esquire Deposition Services, LLC
(800) 866-5560

**Page 118**

1  if you were to draw a line at five degrees from the
2  top of the main hoop of the roll bar towards the
3  windshield, how many inches below the top of the
4  windshield would that line be when it crosses it?
5  A. I don't know, I've never done that.
6      MS. JEFFREY: Object to form.
7  Q. (BY MR. HALPIN) Are you aware of any roof
8  crush testing done on the production model YJs
9  windshield?
10 A. Not other than 216 testing and -- the 216
11 testing is the only thing I know of.
12 Q. Are you familiar with Exhibit 32?
13 A. No, I'm not.
14 Q. Do you have any understanding of why the pitch
15 angle in Exhibit 32 is 14 degrees?
16     MS. JEFFREY: I'm going to object to
17 this line of questioning. This was well before the YJ
18 was in production at all. Even developmental tests
19 had not been done at this point, and the YJ was not in
20 development at this point. These are thus related to
21 either other vehicles that were being considered or
22 the CJ, and we have a motion for protective order
23 relating to that.
24     MR. HALPIN: I'll take questions
25 relating to Exhibit 32 and 33 up after we sort out

**Page 119**

1  what's happening with those.
2      MS. JEFFREY: In any event, he
3  doesn't -- at least he didn't have any knowledge of
4  33, so, I'm not sure about 34.
5  Q. (BY MR. HALPIN) Thirty-two or thirty-three,
6  are you familiar with Exhibits 32 or 33?
7  A. Not with 32. No, I'm not familiar with
8  Exhibit 33 either.
9  Q. What would be the effect of changing the pitch
10 angle on a FMVSS 216 from 5 degrees to 14 degrees?
11     MS. JEFFREY: Object to form and
12 foundation.
13 A. I've never considered that before. I don't
14 have an answer.
15 Q. (BY MR. HALPIN) If you consider that as you
16 sit here today, what would be the effect of changing
17 the pitch angle in a FMVSS 216 from 5 degrees to 14
18 degrees?
19     MS. JEFFREY: Object to form and
20 foundation.
21 A. I'd have to do some calculations to come to a
22 conclusion about that. I haven't done that to date.
23     (Marked for identification Deposition
24     Exhibit Number 35-38.)
25     MS. JEFFREY: While we are waiting

**Page 120**

1  for Mr. Neal to look through those, let me interject.
2  Exhibit 35 is a test dated July 1st, 1981. It's a
3  test of an experimental hard top that was being
4  considered for use with the Jeep CJ-7. Again this was
5  a year before the development of the YJ even began,
6  and we are getting into CJ territory here with this
7  document.
8  A. I've looked at the exhibits.
9      (Discussion was held off the
10     record)
11 Q. (BY MR. HALPIN) Are you familiar with
12 Exhibits 34 through 38?
13     MS. JEFFREY: Exhibit 34 was the
14 excerpt from the FMVSS --
15     MR. HALPIN: Then my apologies.
16     MS. JEFFREY: I think you are
17 looking at 35 through 38.
18     MR. HALPIN: I'm trying my best.
19 A. I'm not familiar with 35. I have seen 36, 37
20 and I believe 38 before.
21 Q. (BY MR. HALPIN) Are you familiar with these
22 documents from deposition testimony?
23 A. Yes.
24 Q. And that's also how you were familiar with
25 documents in Exhibits 30 and 31?

**Page 121**

1  A. That's correct.
2  Q. Can you read for me the test numbers for
3  Exhibits 36, 37 and 38?
4  A. 13.314, 13.315, 13.316, 13.317, 13.318,
5  13.319, 13.320, 13.321.
6      MS. JEFFREY: Is that Exhibit 36?
7  A. That's 36. Exhibit 37 has test numbers 13.322
8  and 13.323.
9  Q. (BY MR. HALPIN) And can you tell me what
10 test numbers are in Exhibit 38?
11 A. I don't see any test numbers. Thirty-eight?
12 I just mentioned those, 13.322 and 13.323.
13 Q. Do you mind if I borrow those for a minute?
14 Thank you.
15     In Exhibit 36 can you tell me which
16 pitch angle was used?
17 A. The first page of Exhibit 36 says that the
18 testing will be done in accordance with FMVSS 216
19 which means that it's a five degree angle.
20 Q. And on Exhibit 36 which SLT test vehicle was
21 able to sustain the greatest amount of force applied
22 by the platen?
23 A. The test with the highest peak load is 13.319.
24 Q. And can you describe for me the test vehicle
25 in 13.319?

31 (Pages 118 to 121)

126

1   A. There would have been to initiate the test.
2   The guys in the test lab just don't go out and grab
3   vehicles and test without being asked to do it.
4   Q. Have you ever seen the test request document
5   for this test in Exhibit 22?
6   A. No, I have not.
7   Q. Have you ever looked for the test request for
8   Exhibit 22?
9   A. Yes.
10  Q. Have you ever spoken to anyone regarding the
11  test request for Exhibit 22?
12  A. Specifically about the test request, no, just
13  asking for the test documents.
14  Q. Do you know who requested the test in Exhibit
15  22?
16  A. No, I do not. It's not written on the test.
17  Q. Have you ever heard who requested the test in
18  Exhibit 22?
19  A. No, I have not.
20  Q. Was the test conducted in Exhibit 22
21  videotaped?
22  A. I don't know. It doesn't state here on the
23  test.
24  Q. Is there a standard practice of the test lab
25  to videotape FMVSS 216 tests?

127

1   A. I don't believe they have a standard practice.
2   If it's requested by the test requestor, then they do
3   it. Otherwise I don't believe they do it except for
4   -- well, there's other types of test, impact tests,
5   that's actually done at our Proving Grounds. This
6   particular test is done in Auburn Hills at our
7   technical facility. All of the testing done at the
8   Proving Grounds is videotaped.
9   Q. Was this test conducted in the testing
10  facility?
11  A. In Auburn Hills, Michigan, yes.
12  Q. And when you originally located this document
13  -- did you ever search -- let me rephrase.
14          Did you ever conduct a document
15  search that resulted in the finding of this test in
16  Exhibit 22?
17  A. Yes.
18  Q. And when you found the test reflected in
19  Exhibit 22, where did you find it?
20  A. In engineering.
21  Q. Where is engineering in relationship to the
22  test lab?
23  A. Engineering is in Detroit, Michigan and the
24  test facility is in Auburn Hills, Michigan, and they
25  are approximately 30 miles apart.

128

1   Q. Do you know why engineering had a copy of the
2   test in Exhibit 22?
3   A. No, just had a copy in their file. No reason
4   for them not to have it or to have it.
5   Q. What happened when you found Exhibit 22?
6   A. I don't follow what you mean, what happened.
7   Q. How is it that you first came across Exhibit
8   22?
9   A. I found it in engineering.
10  Q. And what were you doing in engineering?
11  A. I believe I was looking for documents -- it's
12  typically what I do when I go to engineering, I'm
13  looking for either documents or information about
14  different subjects.
15  Q. Was the document in a filing cabinet?
16  A. I received it from an engineer and I don't
17  recall who it was.
18  Q. It was given to you by another engineer?
19  A. Yes.
20  Q. And why did the other engineer give you
21  Exhibit 22?
22  A. Probably because I asked for it, any testing
23  documents for Jeep YJ Wranglers.
24  Q. And who were the employees that worked in
25  engineering in 199 -- let me rephrase that.

129

1           What year did you find Exhibit 22?
2   A. 1999.
3   Q. And what engineers were working in engineering
4   at that time?
5   A. Don't know how to answer that.
6   Q. Engineering was located -- you answered this
7   already but I've forgotten. Engineering was in Ann
8   Arbor?
9   A. No, it's in Detroit, Michigan.
10  Q. Detroit. Who was the manager of engineering
11  in Detroit?
12  A. Well, there's no manager of engineering per
13  se. There are various managers in the different areas
14  of engineering. There's body engineering, chassis
15  engineering, electrical engineering. There's quite a
16  few areas of engineering, and, so, each one has its
17  own chief engineer, if you will.
18  Q. Do you recall what area of engineering you
19  found Exhibit 22 in?
20  A. Body engineering.
21  Q. And who was the chief engineer in body
22  engineering in the year you found this document?
23  A. I don't recall.
24  Q. Does body engineering service all of
25  DaimlerChrysler or is it limited to the Wrangler

33 (Pages 126 to 129)

Esquire Deposition Services, LLC
(800) 866-5560

130

1  series of vehicles?
2  A. There are different platforms within the
3  corporation and this was in the Jeep platform. By
4  that I mean the Jeep platform is responsible for all
5  the Jeep products, Jeep Cherokees, Jeep Grand
6  Cherokees, Jeep Wranglers in the '99 time frame, but
7  there's also platforms for trucks, our Ram pickup
8  trucks and our Ram vans and Dakota pickup trucks.
9         That's a separate area of
10 engineering, and each area has its own body
11 engineering section and powertrain section and
12 drivetrain section and electrical engineering section
13 and chassis engineering section.
14 Q. Do you recall which section document 22
15 originated from?
16 A. I believe it was body in white engineering.
17 Q. In Detroit Jeep body in white engineering or
18 is body in white the subdepartment of engineering?
19 A. It's in Jeep engineering, the Jeep platform
20 group.
21 Q. And which subcategory within the Jeep platform
22 group did Exhibit 22 originate from?
23 A. The body group.
24 Q. The body group?
25 A. Yes.

131

1  Q. So, it was Detroit engineering -- you've
2  already articulated it and that's good enough for me.
3  I can't remember.
4         Do you know why this document was
5  contained in engineering in Detroit?
6  A. I really don't understand your question, why
7  that's a question.
8  Q. Why would engineering have a copy of a FMVSS
9  216 test?
10 A. They are responsible for the body of the
11 vehicle and body components.
12 Q. So, engineering maintains its own lab or its
13 own documents relating to the vehicles that they work
14 on?
15 A. Responsible engineers do, yes.
16 Q. How many years do the engineers maintain a
17 copy of the documents relating to the vehicles they
18 work with?
19 A. I'm not sure what the document retention
20 policy is for the platform groups and they may be
21 different from platform group to platform group.
22 Actually it's unlikely they are different from
23 platform group, but different areas of the platform
24 groups may have different document retention policies.
25 Q. How many years does the test lab maintain its

132

1  documents?
2  A. Three years.
3  Q. Was Exhibit 22 produced in any other
4  litigation that you are aware of between 1994 and
5  1997?
6  A. I don't know.
7  Q. Have you ever conducted a search for any
8  documents that relate to Exhibit 22?
9  A. I'm not quite sure what your question is, but
10 from time to time I go to the test facility and go
11 through their records looking for a particular vehicle
12 documents.
13 Q. And from time to time have you ever found any
14 other documents that mentioned test 21694287?
15 A. No.
16 Q. On Exhibit 22 there's a section called
17 comments and it states development test to evaluate
18 window frame crush capabilities. What does that mean?
19 A. I don't know what that means.
20 Q. What does CLT-133 represent?
21 A. I don't know what that means either.
22 Q. During a FMVSS 216 -- let me rephrase.
23         During this FMVSS 216 on the 1995
24 YJ, are you aware of what percentages of resistance
25 the windshield in the main hoop roll bar respectively

133

1  provided against the platen?
2  A. I take it you mean what amount of load is
3  attributable to the windshield and what's attributable
4  to other components, and I don't know the breakdown.
5  We don't measure a breakdown, we measure the vehicle
6  as it is and without trying to separate out the
7  different components of the vehicle.
8  Q. Was Exhibit 22 originally conducted for the
9  purposes of litigation?
10 A. Not according to this document.
11 Q. What does this document reflect its purpose to
12 be?
13 A. It's a development test to evaluate window
14 frame crush capabilities.
15        MS. JEFFREY: There's a page
16 missing. It goes 49 to 51. It doesn't really make
17 sense the way it is. Do you have Page 50?
18        I'm not going to let you get into
19 any attorney-client privilege or work product
20 information. Most of this is a discussion between
21 Stephen Ott who is counsel for DaimlerChrysler and the
22 plaintiff's attorney. So, don't question him about
23 litigation-related testing because I'm going to direct
24 him not to answer.
25        (Marked for identification Deposition

34 (Pages 130 to 133)

**Page 138**

1  A. No, I don't.
2  Q. Having reviewed Exhibit 45, that did not
3  refresh your recollection as to what you spoke with
4  Mr. Chapman about concerning the TJ?
5  A. No, it doesn't.
6  Q. Did Mr. Chapman have any firsthand experience
7  in designing the TJ?
8  A. I really don't remember anything about
9  Mr. Chapman in our conversations but obviously I
10 talked to him about TJ roll bars as stated in the
11 deposition of October 1999.
12 Q. And did Mr. Chapman design the TJ roll bar?
13 A. I don't see that information in this
14 deposition.
15 Q. Did you design the TJ roll bar?
16 A. No.
17 Q. Do you have any hands-on experience in
18 designing the TJ?
19 A. No.
20 Q. What year did you join American Motors?
21 A. 1983.
22 Q. And how is it that you've learned about the
23 CJ?
24 A. Through litigation.
25 Q. Litigation. Have you ever spoken with

**Page 139**

1  American Motors' employees concerning the TJ?
2       MS. JEFFREY: The TJ?
3       MR. HALPIN: Excuse me. The CJ.
4  Q. (BY MR. HALPIN) Have you ever spoken with
5  American Motors' employees concerning the CJ?
6  A. Some, yes.
7  Q. Did you ever speak to Mr. James Thornton
8  concerning the CJ?
9  A. Not when I was in American Motors.
10 Q. At any time have you ever spoken to James
11 Thornton concerning the CJ?
12 A. I probably have.
13 Q. And did Mr. Thornton have hands-on experience
14 in designing the CJ?
15 A. You'd have to ask him about that.
16 Q. Do you know what Mr. Thornton's role was at
17 American Motors?
18 A. I know he was involved with Jeeps down in
19 Toledo, Ohio, and his -- I think he was the chief
20 engineer of Jeep down in Toledo, but I don't know
21 anything beyond that.
22 Q. Do you know Richard Swando (phonetic)?
23 A. No, I do not.
24      MS. JEFFREY: How do you spell that?
25      MR. HALPIN: (No response)

**Page 140**

1  Q. (BY MR. HALPIN) Do you know what the
2  relationship is between Francois Castaing and
3  Mr. Swando?
4  A. No, I don't.
5  Q. As part of your job responsibilities do you
6  sometimes investigate accident scenes?
7  A. Yes, I do.
8  Q. As part of your job responsibilities do you
9  sometimes investigate vehicles that were in accidents,
10 Jeeps that were in accidents?
11 A. Yes, I do.
12 Q. What was your purpose in inspecting the
13 vehicles?
14 A. To ascertain the condition of the vehicle at
15 the time of my inspection.
16 Q. Who asks that you inspect the vehicles?
17 A. The general counsel's office of
18 DaimlerChrysler.
19 Q. Do you relay your observations directly to
20 DaimlerChrysler engineers without the presence of
21 counsel?
22 A. Could you repeat that, please?
23 Q. After you investigate a vehicle that was in an
24 accident, do you return to DaimlerChrysler and
25 sometimes speak to DaimlerChrysler engineers outside

**Page 141**

1  the presence of counsel about your investigations?
2  A. No, I don't.
3  Q. How many times have you inspected a YJ where
4  the A pillar made contact with the ground during a
5  rollover?
6       MS. JEFFREY: I'm going to object to
7  this line of questioning. The inspections he does are
8  pursuant to the direction of counsel in connection
9  with litigation. They are work product, they are
10 attorney-client privilege and I'm going to direct him
11 not to answer any questions about investigations.
12 Q. (BY MR. HALPIN) Do you photograph the
13 vehicles that you investigate?
14      MS. JEFFREY: It's all right.
15 A. Yes.
16 Q. (BY MR. HALPIN) Have you ever been
17 questioned by a plaintiff's attorney in depositions
18 relating to the photographs you take of vehicles that
19 you investigate?
20 A. Yes.
21 Q. How many of the times where you were
22 questioned by plaintiff attorneys in depositions of
23 the photographs that you took of your vehicle accident
24 investigations was the vehicle a YJ?
25 A. No.

36 (Pages 138 to 141)

Esquire Deposition Services, LLC
(800) 866-5560

142

1  Q. Was the vehicle a CJ?
2  A. One was.
3  Q. Was the vehicle a TJ?
4  A. No.
5  Q. Can you describe for me what happened to one
6  CJ the plaintiff's attorneys questioned you about
7  during a deposition?
8       MS. JEFFREY: I'm going to object to
9  this line of questioning in view of the motion for
10 protective order and it's just too far afield of what
11 he's being presented for today.
12      MR. HALPIN: Is it strictly due to
13 the motion for protective order or is it --
14      MS. JEFFREY: I'm not claiming
15 attorney-client privilege about what he testified
16 about in a public record, no. What's this from,
17 Exhibit 47?
18      MR. HALPIN: You produced it to me.
19 I cannot tell what it was from at the moment.
20      MS. JEFFREY: We produced brochures
21 related to all YJ vehicles.
22      MR. HALPIN: I can only speculate
23 that it's YJ.
24      MS. JEFFREY: You don't know what
25 model year, though?

143

1       MR. HALPIN: I do not.
2       (Marked for identification Deposition
3       Exhibit Number 46, 47.)
4       MS. JEFFREY: Before you question
5  him, Mr. Halpin, he's not being offered as a marketing
6  expert. You may ask him about the document that's
7  been marked as Exhibit 46, but that's not his
8  bailiwick.
9       Forty-seven, he wasn't involved in
10 producing brochures and that sort of thing, but you
11 can go ahead and ask him questions to the extent he
12 knows.
13      Could I see 46 for just a second?
14 Q. (BY MR. HALPIN) Are you familiar with
15 documents Exhibit 46 or Exhibit 47?
16 A. I'm not familiar with Exhibit 46 and Exhibit
17 47 I've probably seen before. It looks like a page
18 out of a sales brochure for Jeep Wrangler, a 1987
19 through 1991 Wrangler.
20 Q. And does that sales brochure use the term
21 standard roll bar?
22 A. Yes, it does.
23 Q. Exhibit 46, the last box states avoid
24 situations that are, by their nature, unsafe. Roll
25 bar and doors must be on vehicle.

144

1       Do you have any understanding why
2  those statements are included on that document?
3  A. No, I don't. This is something that customers
4  never see. It's an internal document within marketing
5  I'm sure.
6  Q. Getting back to your accident investigation
7  job responsibilities, did plaintiff's attorneys ever
8  question you about your investigations concerning YJs?
9  A. Probably. I don't recall any, but I'm sure
10 it's happened.
11 Q. Do you recall --
12      (Marked for identification Deposition
13      Exhibit Number 47.)
14 Q. As part of your job responsibilities did you
15 assist general counsel or outside counsel's office
16 with document production in some of the cases
17 indicated on Exhibit 48?
18      MS. JEFFREY: I'm going to object
19 and direct him not to answer. His assistance provided
20 to counsel is work product and attorney-client
21 privilege. If you want to ask him if he recalls
22 testifying in any of those cases on behalf of
23 DaimlerChrysler, that's fine. He serves a dual
24 capacity. Part of it is work product. He does not
25 necessarily turn over inspection notes or discusses

145

1  inspections in depositions assuming he's done any.
2       To the extent he's testified
3  obviously that would not be work product and to the
4  extent you'd like to ask him which ones of those he
5  recalls testifying in, he can.
6       MR. HALPIN: I'm more interested in
7  which one he assisted with producing documents in.
8       MS. JEFFREY: I can safely tell you
9  that he's assisted in just about every production
10 that's been done on a YJ case. I don't want any more
11 details being asked of him in connection with this.
12      MR. HALPIN: Do you have any
13 questions?
14      MS. JEFFREY: No.
15      MR. HALPIN: I'm done with the
16 understanding that there's protective orders and
17 objections and I feel there were some areas today that
18 Mr. Neal didn't address that maybe Mr. Thornton does
19 or Mr. Friday does.
20      So, I'd just like to leave the
21 deposition open pending the resolution of the
22 objections in the protective order and some of the
23 areas that the record will reflect weren't thoroughly
24 covered.
25      MS. JEFFREY: That's fine. As I

37 (Pages 142 to 145)

Esquire Deposition Services, LLC
(800) 866-5560

Case 3:02-cv-01219-JBA    Document 107-2    Filed 01/15/2004    Page 15 of 16

```
21   at 30 miles per hour, stopped suddenly at deceleration
22   rate of around 20 Gs, and then the vehicle was thrown
23   off of the dolly and it would roll down the asphalt.
24                   We did the test to see if it was
25   something we could use in the development of the roll
0037
 1   bar for the CJ-7 when we were doing the design work on
 2   the CJ-7.
 3                   And we concluded that the test would not
 4   be a repeatable test because the vehicle rolled and
 5   pitched and bounced, and we did not feel that if you ran
 6   two vehicles, one right after another, that they would
 7   act the same.  So it wasn't a way of us determining
 8   whether we made a better roll bar or not.
 9           Q.   BY MR. EVANS:  Are rollover accidents
10   repeatable, or do they also -- where they hit on the car
11   is subject to the different dynamics of the accident
12   itself?
13           A.   The dynamics of the accident itself.
14   There are an infinite number of kind of roll bars -- or
15   rollovers, I'm sorry.  But we were looking for a method
16   of evaluating different designs of the roll bar.  And if
17   the test is not repeatable, then you can't distinguish
18   between one roll bar design and another roll bar design
19   as to which is better or not.
20           Q.   So from a design standpoint, you
21   recognize in a rollover accident one time the point of
22   impact may be predominantly the hood of the vehicle,
23   another time it may be the roll bar, another time it may
24   be the windshield?
25           A.   Or all of them.
0038
 1           Q.   Or all of them.
 2                   From a design standpoint, did you also
 3   recognize that with a vehicle that was intended to be an
 4   off-road vehicle, such as the Jeep Wrangler, that there
 5   may be contact with trees, poles, or other items that
 6   are not located on the road?
 7           A.   Yes.
 8           Q.   Let me hand you a document and ask if you
 9   can identify that for us, please.
10           A.   This is a report of the test that I just
11   described, the dolly test.
12           MR. EVANS:  We'll mark that as Exhibit
13   No. 3.
14                   (Exhibit 3 was marked for
15   identification.)
16           Q.   BY MR. EVANS:  And this was a test done
17   at General Motors Proving Grounds?
18           A.   Yes.
```