UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re Jeep Wrangler Class Action | ) |
| | ) |
| Angela Phelan, Administratix of the Estate of Christopher Phelan, Class Member, and Individually | ) ) ) ) |
| | ) Civil No. 3:02 CV 1219 JBA |
| Plaintiff, | ) ) |
| v. | ) ) |
| DaimlerChrysler Corporation | ) January 22, 2004 |
| | ) |
| Defendant. | ) |

**DEFENDANT DAIMLERCHRYSLER CORPORATION'S
MOTION FOR EXTENSION OF TIME TO FILE A REPLY BRIEF TO PLAINTIFF'S
OPPOSITION TO DAIMLERCHRYSLER CORPORATION'S MOTION FOR
<u>PROTECTIVE ORDER</u>**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b), the defendant, DaimlerChrysler Corporation ("Defendant"), respectfully requests that this Court allow a 10-day extension of time for Defendant to file a Reply brief to Plaintiff's Opposition to DaimlerChrysler Corporation's Motion for Protective Order ("Opposition").

As further grounds for this Motion, Defendant states the following:

1. Defendant filed its Motion for Protective Order on December 8, 2003. Plaintiff's Opposition was originally due on December 29, 2003.

2. Plaintiff had more than ample time in which to prepare an Opposition under the Court's rules. Even so, plaintiff sought an additional two weeks to January 12, 2004 to file its Opposition, and was granted an extension.

3. Plaintiff apparently filed its Opposition on January 12, 2004. However, Plaintiff's counsel failed to accomplish timely service of the Opposition upon defense counsel. While plaintiff's counsel certified in its Opposition that "a copy of the foregoing was sent, postage prepaid, on January 12, 2004" to all defense counsel (Opposition at page 21), defense counsel did not receive a copy of the Opposition until January 20, 2004. In fact, the Opposition was returned to plaintiff's counsel for insufficient postage on January 12. (Exhibit A). Moreover, the Opposition was ultimately served without the page (page 20 of plaintiff's Opposition) containing plaintiff's specific request for relief. (Exhibit B).

4. The current deadline under Local Rule 7(d) for defendant to file its Reply is January 27, 2004.

5. Given the inexcusably late service of the Opposition as a result of plaintiff's counsel's misfeasance, the defendant requests that this court extend the time for filing its Reply brief by 14 days, to February 10, 2004.

6. Pursuant to Local Rule 7(b)(3), Defendant has consulted with Plaintiff's counsel regarding this extension. Plaintiff's counsel objects to the relief sought in this Motion.

WHEREFORE, Defendant DaimlerChrysler Corporation respectfully requests that this Court allow its Motion for Extension of Time to File a Reply Brief to Plaintiff's Opposition to DaimlerChrysler Corporation's Motion for Protective Order, and extend the deadline to file such Reply to February 10, 2004.

        Defendant,
        DaimlerChrysler Corporation
        By its attorneys,

        _/s/ James P. Kerr_
        Peter M. Durney (Fed. Bar ID# CT14569)
          pdurney@cornellgollub.com
        James P. Kerr (Fed. Bar ID# CT24142)
          jkerr@cornellgollub.com
        CORNELL & GOLLUB
        75 Federal Street
        Boston, MA 02110
        (617) 482-8100
        (617) 482-3917 Fax

## CERTIFICATE OF SERVICE

     I, James P. Kerr, attorney for defendant DaimlerChrysler Corporation, hereby certify that on this 22nd day of January, 2004, a true copy of the foregoing Defendant DaimlerChrysler Corporation's Motion for Extension of Time to File a Reply Brief to Plaintiff's Opposition to DaimlerChrysler Corporation's Motion for Protective Order, was served via first class mail, directed to:

Steven E. Arnold, Esq.
Peter Van Dyke, Esq.
James Halpin, Esq.
Stanger & Arnold, LLP
29 South Main Street, Suite 325
West Hartford, Connecticut 06107

Attorney for Plaintiff

and:

Daniel J. Krisch, Esq.
Horton, Shields & Cormier
90 Gillett Street
Hartford, Connecticut 06105

Lewis H. Goldfarb, Esq.
Hogan & Hartson, LLP
875 Third Avenue
New York, New York 10022

M. Sheila Jeffrey, Esq.
Miller, Canfield, Paddock & Stone, P.L.C.
Seventh Floor
101 North Main
Ann Arbor, MI 48104

Co-counsel for Defendant

Christopher Miller
c/o Robinson Correctional Facility
285 Shaker Road
P.O. Box 1600
Enfield, CT 06082

Third-Party Defendant

Terri S. Reiskin, Esq.
Hogan & Hartson, LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004

James A. Hourihan, Esq.
Hogan & Hartson, LLP
555 Thirteenth Street
Washington, D.C. 20004

_____
James P. Kerr



STANGER & ARNOLD, LLP
29 SOUTH MAIN STREET
WEST HARTFORD, CT 06107

TO:

M. Sheila Jeffrey, Esq.
Miller, Canfield, Paddock & Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI 48098

$1.30

RETURNED FOR POSTAGE

FIRST CLASS MAIL

6.65



A.



# STANGER & ARNOLD, LLP
### Attorneys and Counselors at Law

29 South Main Street • Suite 325 • West Hartford, Connecticut 06107
Tel: 860.561.0650 · Fax: 860.561.0646

CONFIDENTIALITY NOTICE: This facsimile, together with any and all document(s) accompanying it contain information from this law firm which is confidential or privileged. The information is intended to be used only by the individual or entity named on this cover sheet. If you are not the intended recipient, be aware that any disclosure, reproduction, distribution or use of the contents of this facsimile information is prohibited. If you have received this facsimile in error, please notify us collect, by telephone, immediately, so that we can arrange for the retrieval of the original document(s) at no cost to you.

## FACSIMILE TRANSMITTAL SHEET

| TO: | James P. Kerr, Esq. | FROM: | Pam Blass |
|---|---|---|---|
| COMPANY: | | DATE: | 1/21/04 |
| FAX NO.: | 617-482-3917 | TOTAL WITH THIS PAGE: | |
| PHONE NO.: | | OUR REFERENCE NO.: | |
| RE: | Phelan v. DaimlerChrysler | YOUR REFERENCE NO.: | |

NOTES AND COMMENTS:

Page "20" of Plaintiffs' Opposition to Defendant's Motion For Protective Order Regarding Plaintiffs' Deposition Discovery (1/12/04).

B

## VII. CONCLUSION

For the foregoing reasons and authorities Plaintiffs oppose Defendant' Motion For Protective Order, and Plaintiffs submit that instead, the Court should impose sanctions against Defendant for its continued bad faith motion and discovery practices in this case.

        Respectfully submitted,
        PLAINTIFFS

        BY _____
        Steven E. Arnold, ct07966
        sea@SAlaw.us
        Peter Van Dyke, ct24747
        pvd@SAlaw.us
        James H. Halpin, Jr., ct25357
        jhh@SAlaw.us
        Stanger & Arnold, LLP
        29 South Main Street
        West Hartford, CT 06107
        Tel. (860) 561-0650
        Fax. (860) 561-0646
        Their Attorneys

20

STANGER & ARNOLD, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042