UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
Nov 20  10 05 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

In re Jeep Wrangler Class Action        )
                                        )
Angela Phelan, Administratix of         )
the Estate of Christopher Phelan,       )
Class Member, and Individually          )
                                        )   Civil No. 3:02 CV 1219 JBA
        Plaintiffs,                     )
                                        )
        v.                              )
                                        )
DaimlerChrysler Corporation             )   November 19, 2003
                                        )
        Defendant.                      )
                                        )

**DEFENDANT DAIMLERCHRYSLER CORPORATION'S MOTION FOR AN
EXTENSION OF TIME—ASSENTED-TO**

Defendant DaimlerChrysler Corporation moves this court pursuant to Fed. R. Civ. P. 6(b) for an extension of time in which to file a reply brief to Plaintiffs' Memorandum in Opposition to Defendant's Motion to Exclude Expert Evidence and Testimony and Motion for Summary Judgment. In support of its motion, DaimlerChrysler Corporation states that its counsel only received plaintiffs' Opposition on November 18, 2003 due to a mailing delay for which neither party was responsible. Defendant requires additional time to that permitted under L. R. 7(d) to review plaintiffs' Opposition, and if it should prove necessary, consult with defendant's experts regarding Plaintiffs' opposition to prepare a Reply. The defendant requests an extension of time to December 3, 2003 in which to file its Reply.

Plaintiffs do not object to this motion.