UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
JAN 13  11:27 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

IN RE JEEP WRANGLER CLASS ACTION  :  CIVIL NO. 3:02 CV 1219 (JBA)

ANGELA PHELAN, ADMINISTRATRIX OF  :
THE ESTATE OF CHRISTOPHER PHELAN,
CLASS MEMBER, AND INDIVIDUALLY  :

      Plaintiffs  :

VS.  :

DAIMLERCHRYSLER CORPORATION  :

      Defendant  :

VS.  :

CHRISTOPHER MILLER, ET AL.,  :

      Third-Party Defendants  :  January 13, 2004

### ASSENTED-TO MOTION TO
### TO CONTINUE TRIAL READY DATE

The defendant respectfully moves the Court to revise the current Scheduling Order in this case so that the date by which the individual product liability claims in this matter are to be trial ready is extended from March 2, 2004 to a date convenient for the Court in September 2004.

As reasons in support of its Motion, the defendant states that:

FILED
JAN 26  9:38 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

This action by the Estate of Christopher Phelan includes both individual product liability claims and class action claims against DaimlerChrysler Corporation. Under the Court's

*1/16/04: Motion GRANTED, absent objection, to and including September 2004. New Haven, Connecticut. IT IS SO ORDERED. Janet Bond Arterton, U.S.D.J.*