UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE JEEP WRANGLER CLASS ACTION | : | CIVIL NO. 3:02 CV 1219 (JBA) |
| | : | |
| ANGELA PHELAN, ADMINISTRATRIX OF THE ESTATE OF CHRISTOPHER PHELAN, CLASS MEMBER, AND INDIVIDUALLY<br>Plaintiffs | : | |
| VS. | : | |
| DAIMLERCHRYSLER CORPORATION<br>Defendant | : | November 24, 2003 |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6), Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Defendant, **DaimlerChrysler Corporation**, for the purpose of discovery or as evidence in this action on **December 9, 2003** at **10:00 a. m.** before a notary public or some officer authorized to administer oaths at the offices of Miller, Canfield, Paddock & Stone, P.L.C., 840 West Long Lake Road, Suite 200, Troy, MI 48098. Such deposition will be recorded by stenographer and videotape.

The above-named Corporation, pursuant to Rule 30(b)(6), shall designate an individual or individuals with personal knowledge to appear and attend at the time and place specified for the purposes of testifying to the following areas of inquiry in accordance with the foregoing Topics of Notice to be questioned upon:

TOPICS OF NOTICE:

1. Roll over testing done by DaimlerChrysler and roll over testing done by Mercedes-Benz.
2. Mercedes Benz roof crush standards, or roof strength requirements, for SUVs.

STANGER & ARNOLD, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

3. Documents and videos relating to Mercedes-Benz SUV roof strength.
4. The 2003 Mercedes Benz SL convertible with an automatic rollbar.

This deposition shall continue day to day until such time as it is concluded.

PLAINTIFFS

BY ______________________

Steven E. Arnold, ct07966
sea@SAlaw.us
Peter M. Van Dyke, ct24747
pvd@SAlaw.us
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
Tel. (860) 561-0650
Their Attorneys

2

STANGER & ARNOLD, LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

**CERTIFICATION**

I hereby certify that a copy of the foregoing was sent via facsimile transmission and via certified mail, on November 24, 2003 to:

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

and via first class mail to:

Daniel Krisch, Esq.
Horton, Shields & Knox
90 Gillett Street
Hartford, CT 06105

Lewis H. Goldfarb, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY 10022

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson
555 Thirteenth Street
Washington, DC 20004

M. Sheila Jeffrey, Esq.
Miller, Canfield, Paddock & Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI 48098

Steven E. Arnold



STANGER & ARNOLD, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042