IN THE CIRCUIT COURT OF TENNESSEE
FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

129

FILED

MAR 12 2001

CIRCUIT COURT CLERK
BY _____ D.C.

JAMES W. GILLESPIE and SANDRA )
GILLESPIE, Parents and Next )
of Kin of JAMES WADE GILLESPIE, )
Deceased, )
 )
    Plaintiffs )
 )  NO. 76600-9 T.D.
v. )  DR 315
 )
DAIMLERCHRYSLER )
CORPORATION and )
JEEP EAGLE, Division of the Chrysler )
Corporation, )
 )
    Defendants )

---

**ORDER ON DAIMLERCHRYSLER CORPORATION'S MOTION TO VACATE ORDER DATED NOVEMBER 27, 2000**

---

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that DaimlerChrysler Corporation's Motion to Vacate Order Dated November 27, 2000 is hereby granted.

_____
JUDGE

DATE: 3-12-01

Approved by: AS TO FORM ONLY:

_____
Attorney for Plaintiffs

_____
Lawrence A. Sutter
Attorney for Defendant

G:\gillespie\plead\ORDER ON MOT TO VACATE.wpd