UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **In re Jeep Wrangler Class Action** ) | |
| ) | |
| **Angela Phelan, Administratrix of** ) | |
| **the Estate of Christopher Phelan,** ) | |
| **Class Member, and Individually** ) | |
| ) | |
|        **Plaintiff,** ) | |
| ) | |
|        **v.** ) | Civil No. 302CV1219 JBA |
| ) | |
| **DaimlerChrysler Corporation** ) | |
| ) | |
|        **Defendant** ) | February 13, 2004 |

**DEFENDANT DAIMLERCHRYSLER CORPORATION'S
MOTION FOR SUMMARY JUDGMENT ON COUNT I
OF PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, defendant DaimlerChrysler Corporation ("DCC") hereby moves for summary judgment on Count I of plaintiff's Amended Complaint. As set forth in the accompanying Local Rule 56(a)(1) Statement and Memorandum of Law, both of which are incorporated herein by reference, plaintiff's claim under the Connecticut Unfair Trade Practices Act "("CUTPA) should be dismissed. The Court has previously held that anyone who purchased a Jeep Wrangler prior to July 17, 1999, is barred by the statute of limitations from asserting a CUTPA claim against DCC. The undisputed evidence in this case shows that plaintiff's decedent – Christopher Phelan – purchased the subject vehicle on July 9, 1999, and, therefore, plaintiff's claim is clearly time-barred. Moreover, even if DCC committed any CUTPA violations (which it did not), they occurred on or before the vehicle was purchased on July 9, 1999, and plaintiff's claim is therefore time-barred.

WHEREFORE, defendant DaimlerChrysler Corporation respectfully requests that the Court issue an order granting summary judgment in favor of DCC and dismissing Count I of plaintiff's Amended Complaint with prejudice.

Respectfully submitted,

DAIMLERCHRYSLER CORPORATION

By:_____
   Daniel J. Krisch (Fed. Bar ID# CT21994)
     dkrisch@hsclaw.com
   HORTON, SHIELDS & CORIMIER, P.C.
   90 Gillett Street
   Hartford, Connecticut 06105
   (860) 522-8338
   (860) 728-0401 (facsimile)

   Terri S. Reiskin (Fed. Bar ID# CT24015)
     tsreiskin@hhlaw.com
   HOGAN & HARTSON L.L.P.
   555 Thirteenth Street, N.W.
   Washington, D.C. 20004
   (202) 637-5600
   (202) 637-5910 (facsimile)

   Lewis H. Goldfarb (Fed Bar ID# CT24014)
     lhgoldfarb@hhlaw.com
   HOGAN & HARTSON L.L.P.
   875 Third Avenue
   New York, New York 10022
   (212) 918-3000
   (212) 918-3100 (facsimile)

   Marie E. Chafe (Fed. Bar ID# CT20114)
      mchafe@cornellgollub.com
   Peter M. Durney (Fed. Bar ID# CT14569)
      pdurney@cornellgollub.com
   James P. Kerr (Fed. Bar ID# CT24142)
      jkerr@cornellgollub.com
   CORNELL & GOLLUB
   75 Federal Street

Boston, Massachusetts 02110
(617) 482-8100
(617) 482-3917 (facsimile)

Attorneys for Defendant
DaimlerChrysler Corporation

## CERTIFICATE OF SERVICE

      I, Daniel J. Krisch, attorney for defendant DaimlerChrysler Corporation, hereby certify that on this _____ day of February, 2004, a true and correct copy of the foregoing Defendant DaimlerChrysler Corporation's Motion for Summary Judgment on Count I of Plaintiff's Amended Complaint was served via first-class, postage pre-paid, U.S. Mail on:

Steven E. Arnold, Esq.  
Stanger & Arnold, LLP  
29 South Main Street, Suite 325  
West Hartford, Connecticut 06107  
  Attorney for Plaintiff

Christopher Miller  
c/o Robinson Correctional Facility  
285 Shaker Road  
P.O. Box 1600  
Enfield, Connecticut 06082  
  Third-Party Defendant

Rikki Timbo, Inc.  
Agent for Service: Richard W. Tomc, Esq.  
49 Main Street  
Middletown, CT 06457  
  Third-Party Defendant

Maurice Samuelian  
Kathleen Samuelian  
52 Mallard Avenue  
East Hampton, CT 06424  
  Third-Party Defendant

Lewis H. Goldfarb, Esq.  
HOGAN & HARTSON L.L.P.  
875 Third Avenue  
New York, New York 10022  
  Co-counsel for Defendant

Marie E. Chafe, Esq.  
Peter M. Durney, Esq.  
James P. Kerr, Esq.  
CORNELL & GOLLUB  
75 Federal Street  
Boston, Massachusetts 02110  
  Co-counsel for Defendant

Terri S. Reiskin, Esq.  
HOGAN & HARTSON L.L.P.  
555 Thirteenth Street, N.W.  
Washington, D.C. 20004  
  Co-counsel for Defendant

 

_____  
Daniel J. Krisch

\\\DC - 85646/0043 - 1789842 v1