UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **In re Jeep Wrangler Class Action** | ) | |
| | ) | |
| Angela Phelan, Administratrix of | ) | |
| the Estate of Christopher Phelan, | ) | |
| Class Member, and Individually | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 302CV1219 JBA |
| | ) | |
| **DaimlerChrysler Corporation** | ) | |
| | ) | |
| Defendant | ) | February 13, 2004 |

**LOCAL RULE 56(a)(1) STATEMENT IN SUPPORT OF
DEFENDANT DAIMLERCHRYSLER CORPORATION'S
MOTION FOR SUMMARY JUDGMENT ON
<u>COUNT I OF PLAINTIFF'S AMENDED COMPLAINT</u>**

Pursuant to Local Rule 56(a)(1), defendant DaimlerChrysler Corporation ("DCC") hereby submits the following statement of material facts as to which there is no genuine issue for trial:

1.  Christopher Phelan purchased the 1994 Jeep Wrangler as a used vehicle from Gallagher Buick-Pontiac-GMC, Inc. <u>See</u> Plaintiff's Answers and Objections to Defendant's First Set of Requests for Admission Dated October 22, 2003 ("RFA") No. 34 (attached as Ex. B to DCC's Memorandum of Law in Support of its Motion for Summary Judgment ("DCC's Mem.")).

2.  Gallagher Buick is not an authorized DaimlerChrysler Corporation dealer. RFA No. 37.

3. On July 6, 1999, Christopher Phelan agreed to purchase the used 1994 Jeep Wrangler from Gallagher Buick for $11,500.00. RFA No. 5.

4. On July 7, 1999, Christopher Phelan paid a deposit of $100 toward the purchase of the 1994 Jeep Wrangler to Gallagher Buick. RFA No. 9.

5. Christopher Phelan wrote a personal check to Gallagher Buick in the amount of $2,332.50, dated July 9, 1999. Exhibit C to DCC's Mem.; RFA No. 16 (admitting authenticity of check).

6. On July 9, 1999, Christopher Phelan endorsed a $10,000 check from his lender, NationsBank (now known as Bank of America), to Gallagher Buick. Exhibit D to DCC's Mem.; RFA No. 17 (admitting authenticity of NationsBank check).

7. Gallagher Buick issued a sales receipt that shows it received $12,332.50 from Christopher Phelan on July 9, 1999. Exhibit E to DCC's Mem.; RFA No. 15 (admitting authenticity of receipt).

8. Christopher Phelan signed the Retail Purchase Order for the 1994 Jeep Wrangler on July 9, 1999. Exhibit A to DCC's Mem.; RFA No. 21 (admitting authenticity of Retail Purchase Order).

9. The Retail Purchase Order for the 1994 Jeep Wrangler states that the vehicle was "to be delivered on or about" July 9, 1999. Exhibit A to DCC's Mem.

10. Christopher Phelan signed the application for registration of the 1994 Jeep Wrangler on July 9, 1999. Exhibit F to DCC's Mem.; RFA No. 18 (admitting authenticity of application for registration).

11. The application for registration of the 1994 Jeep Wrangler shows the "date of lien" as July 9, 1999. Exhibit F to DCC's Mem.

12. The application for registration of the 1994 Jeep Wrangler shows the "purchase date" as July 9, 1999. Id.

13. The salvage title to the 1994 Jeep Wrangler shows the purchase date as July 9, 1999. Exhibit G to DCC's Mem.; RFA No. 19 (admitting authenticity of salvage title).

14. The Used Vehicle Dealer Limited Warranty given to Christopher Phelan shows that the warranty for the 1994 Jeep Wrangler began to run on July 9, 1999. Exhibit H to DCC's Mem.; RFA No. 20 (admitting authenticity of Used Vehicle Dealer Limited Warranty).

15. Phelan's automobile insurance for the 1994 Jeep Wrangler became effective on July 9, 1999. Exhibit I to DCC's Mem.

16. The Odometer Disclosure Statement shows the "date sold" and the "date of lien" as July 9, 1999. Exhibit J to DCC's Mem.

17. James Gallagher, president of Gallagher Buick, testified that Phelan purchased the Jeep Wrangler on July 9, 1999. Deposition of James T. Gallagher, June 25, 2003 ("Gallagher Dep.") (relevant portions attached as Exhibit K to DCC's Mem.).

18. Christopher Phelan received a loan agreement dated July 1, 1999, from NationsBank approving him for a loan of up to $12,000.00 for purchase of a motor vehicle. Exhibit P to DCC's Mem.

19. Christopher Phelan received a revised loan agreement dated July 17, 1999, with an attached cover letter stating that the document was identical to the original loan agreement, except that it reflects the actual amount financed ($10,000). Exhibit Q to DCC's Mem.

20. The loan agreement provides that interest would accrue from the date Christopher Phelan endorsed the check, and also provides that endorsement of the check constitutes agreement, in lieu of Phelan's signature. Exhibits P, Q to DCC's Mem.

21. Christopher Phelan took delivery of the 1994 Jeep Wrangler on July 9, 1999. Deposition of Angela Phelan, June 24, 2002, at 34-35 (relevant portions attached as Exhibit T to DCC's Mem.).

22. Christopher Phelan had a soft top installed on the 1994 Jeep Wrangler on July 15, 1999, at Burnside Jeep Eagle. Exhibits R, S to DCC's Mem.

23. Christopher Phelan purchased the 1994 Jeep Wrangler on July 9, 1999. Exhibits A, C-K, P & Q to DCC's Mem.; Gallagher Dep. at 6, 13-14, 15 (Exhibit K to DCC's Mem.).

Respectfully submitted,

DAIMLERCHRYSLER CORPORATION

By:_____
Daniel J. Krisch (Fed. Bar ID# CT21994)
 dkrisch@hsclaw.com
HORTON, SHIELDS & CORIMIER, P.C.
90 Gillett Street
Hartford, Connecticut 06105
(860) 522-8338
(860) 728-0401 (facsimile)

Terri S. Reiskin (Fed. Bar ID# CT24015)
 tsreiskin@hhlaw.com
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5600
(202) 637-5910 (facsimile)

Lewis H. Goldfarb (Fed Bar ID# CT24014)
 lhgoldfarb@hhlaw.com
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
(212) 918-3000
(212) 918-3100 (facsimile)

        Marie E. Chafe (Fed. Bar ID# CT20114)  
           mchafe@cornellgollub.com  
        Peter M. Durney (Fed. Bar ID# CT14569)  
           pdurney@cornellgollub.com  
        James P. Kerr (Fed. Bar ID# CT24142)  
           jkerr@cornellgollub.com  
**CORNELL & GOLLUB**  
75 Federal Street  
Boston, Massachusetts 02110  
(617) 482-8100  
(617) 482-3917 (facsimile)

Attorneys for Defendant  
DaimlerChrysler Corporation

## CERTIFICATE OF SERVICE

      I, Daniel J. Krisch, attorney for defendant DaimlerChrysler Corporation, hereby certify that on this _____ day of February, 2004, a true and correct copy of the foregoing Local Rule 56(a)(1) Statement in Support of Defendant DaimlerChrysler Corporation's Motion for Summary Judgment on Count I of Plaintiff's Amended Complaint was served via first-class, postage pre-paid, U.S. Mail on:

Steven E. Arnold, Esq.  
Stanger & Arnold, LLP  
29 South Main Street, Suite 325  
West Hartford, Connecticut 06107  
  Attorney for Plaintiff

Christopher Miller  
c/o Robinson Correctional Facility  
285 Shaker Road  
P.O. Box 1600  
Enfield, Connecticut 06082  
  Third-Party Defendant

Rikki Timbo, Inc.  
Agent for Service: Richard W. Tomc, Esq.  
49 Main Street  
Middletown, CT 06457  
  Third-Party Defendant

Maurice Samuelian  
Kathleen Samuelian  
52 Mallard Avenue  
East Hampton, CT 06424  
  Third-Party Defendant

Lewis H. Goldfarb, Esq.  
HOGAN & HARTSON L.L.P.  
875 Third Avenue  
New York, New York 10022  
  Co-counsel for Defendant

Marie E. Chafe, Esq.  
Peter M. Durney, Esq.  
James P. Kerr, Esq.  
CORNELL & GOLLUB  
75 Federal Street  
Boston, Massachusetts 02110  
  Co-counsel for Defendant

Terri S. Reiskin, Esq.  
HOGAN & HARTSON L.L.P.  
555 Thirteenth Street, N.W.  
Washington, D.C. 20004  
  Co-counsel for Defendant

_____  
Daniel J. Krisch