# EXHIBIT A

# GALLAGHER BUICK-PONTIAC-GMC, INC.
325 Columbus Boulevard
NEW BRITAIN, CONN. 06050

**RETAIL PURCHASE ORDER FOR MOTOR VEHICLE**

New Britain: 229-4881
Toll Free 1-800-932-8971

Date: 07/09/99
Salesperson: ROBERT T PARADIS
Bus. Phone: _____
Phone: (860)657-3046

Purchaser's Name: CHRISTOPHER A PHELAN
Address: 38 KINNE RD
City: GLASTONBURY
State: CT
Zip: 06033

Please Enter My Order For: ☒ USED ☐ NEW ☐ DEMONSTRATOR
Year: 1994  Make: JEEP  Model: WRANGLER  Cyl: 6  Stock No.: 88672A
Ident. No.: 1J4FY29SXRP456105
Trim: ___  Color: BLACK  To Be Delivered On Or About: 07/09/99
Body Type: 2DR
THE MILEAGE AS SHOWN ON THE ODOMETER OF THE MOTOR VEHICLE TO BE PURCHASED IS: 63774

| | |
|---|---|
| SELLING PRICE OF CAR OR TRUCK AS EQUIPPED | 11500.00 |
| 60 DAY OR 3000 MILES WHICH EVER COMES FIRST LUBE OIL FILTER SAFETY CHECK | |
| CASH PRICE | 11500.00 |
| LUXURY TAX | |
| SALES TAX | 697.50 |
| LIC. / REG. / TRANS. / TITLE $125.00 / LIEN / CONVEYANCE FEE | 235.00 |
| 1. TOTAL CASH PRICE DELIVERED | 12432.50 |
| 2. CASH DOWN PAYMENT — DEPOSIT SUBMITTED WITH ORDER 100.00 / CASH ON DELIVERY 12332.50 / REBATE | 12432.50 |
| NO REFUND OF DEPOSIT | |
| 3. TRADE IN — LESS BALANCE OWING TO | |
| 4. TOTAL DOWN PAYMENT | 12432.50 |
| 5. UNPAID BALANCE OF CASH PRICE | |
| 6. OTHER CHARGES — INSURANCE / VENDER'S SINGLE INTEREST FEE | |
| 7. AMOUNT FINANCED | |
| 8. FINANCE CHARGE | |
| 9. TOTAL OF PAYMENTS | |
| 10. TOTAL SALE PRICE | 12432.50 / 12432.50 |
| 11. ANNUAL PERCENTAGE RATE | % |

THE DEALER CONVEYANCE "FEE" IS NOT PAYABLE TO THE STATE OF CONN.

☒ NO INSURANCE IS INCLUDED IN THIS ORDER
☐ Enter My Order For Insurance as follows:
☐ Life $ ___ ☐ Accident and Health $ ___ ☐ Auto Medical $ ___
My Insurance Company is: ___
CT. Insurance I.D. No.: ___
Purchaser's Signature: ___

☐ THIS MOTOR VEHICLE NOT GUARANTEED BY ___
THIS VEHICLE IS SUBJECT TO A LIMITED WARRANTY OF
FOR ___ MILES OR ___ MONTHS WHICHEVER OCCURS FIRST. COPY GIVEN CUSTOMER.

**$3,000 OR MORE BUT LESS THAN $5,000**
☐ THIS MOTOR VEHICLE IS GUARANTEED TO BE MECHANICALLY OPERATIONAL AND SOUND FOR A PERIOD OF 30 DAYS OR 1,500 MILES WHICHEVER PERIOD ENDS FIRST. THIS GUARANTEE SHALL INCLUDE THE FULL COST OF BOTH PARTS AND LABOR. ALL LABOR MUST BE PERFORMED IN OUR SHOP. NO OUTSIDE INVOICE FOR REPAIRS CAN BE HONORED BY US.

**$5,000 OR MORE**
☐ THIS MOTOR VEHICLE IS GUARANTEED TO BE MECHANICALLY OPERATIONAL AND SOUND FOR A PERIOD OF 60 DAYS OR 3,000 MILES WHICHEVER PERIOD ENDS FIRST. THIS GUARANTEE SHALL INCLUDE THE FULL COST OF BOTH PARTS AND LABOR. ALL LABOR MUST BE PERFORMED IN OUR SHOP. NO OUTSIDE INVOICE FOR REPAIRS CAN BE HONORED BY US.

☐ THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE:

☐ OTHER
FINAL PAYMENT CASH OR CERTIFIED CHECK
☐ REGISTRATION
☐ TITLE
☐ INSURANCE CARD
☐ TOTAL AMOUNT DUE $ ___
☐ COST OF OPTIONAL MECHANICAL BREAKDOWN PROTECTION $ ___
TAX $ ___
TOTAL $ ___

PLEASE FINANCE AS FOLLOWS:
Name of Co.: ___
Contract: 1  At $ ___
Payment: At $ ___
First Payment Due: JULY 09, 1999

I have read the terms and conditions on the back hereof and agree to them as a part of this order the same as if they were printed above my signature. The front and back hereof comprise the entire agreement affecting this order and no other agreement or understanding of any nature has been made or entered into. I hereby acknowledge receipt of a copy of this order and certify that I am of legal age. THIS ORDER SHALL NOT BE BINDING UPON THE SELLER UNTIL IT IS ACCEPTED BY ITS AUTHORIZED OFFICER AS SHOWN BY HIS SIGNATURE ON THE ORIGINAL ORDER ON THE FORM BELOW.

Purchaser's Signature: [signed]
And I have received a copy of this order
CT. LIC. #: 226022041   D.O.B.: 10/20/70

Co-Buyer Signature: ___
CT. LIC. #: ___   D.O.B.: ___

Accepted By: [signed]
By: [signed]

Dealer Recommended By: ___
(Name and Title) Date: 07/09/99

FINAL PAYMENT CASH OR CERTIFIED CHECK   SEE OTHER SIDE FOR ADDITIONAL TERMS AND CONDITIONS

AUTOMOTIVE WARES, INC., Rocky Hill, CT 06067  1-800-447-8259 IN CT  1-800-448-8259 NATIONWIDE

FORM 495
8/95