EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE JEEP WRANGLER CLASS ACTION : CIVIL NO. 3:02 CV 1219 (JBA)
:
ANGELA PHELAN, ADMINISTRATRIX OF :
THE ESTATE OF CHRISTOPHER PHELAN, :
CLASS MEMBER, AND INDIVIDUALLY :
:
Plaintiffs :
:
VS. :
:
DAIMLERCHRYSLER CORPORATION : NOVEMBER 24, 2003
:
Defendant :

**PLAINTIFFS' ANSWERS AND OBJECTIONS TO DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSION DATED OCTOBER 22, 2003**

**OBJECTION RE: SCOPE OF DEFENDANT'S REQUESTS FOR ADMISSION**

Plaintiffs object to Defendant's First Set of Requests for Admission dated October 22, 2003 to the extent Defendant seeks admissions beyond the limited scope of determining whether Angela Phelan's individual CUTPA claim is time-barred.

On December 20, 2002, the Court stayed all class discovery. United States Magistrate Judge Joan Glazer Margolis' July 31, 2003 Recommend Ruling (Recommend Ruling) stated that "any class members who purchased their vehicles before July 17, 1999 are time-barred from

STANGER & ARNOLD, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

pursuing [a CUTPA claim] as the statute of limitations has not been tolled." On September 26, 2003, the Court approved and adopted the Recommend Ruling, and the Court ordered class discovery to remain stayed, except for limited class discovery "to first determine whether plaintiff's CUTPA claim is time barred." Id. at 4. Therefore, Plaintiffs object to Defendant's First Set of Requests for Admission to the extent Defendant seeks admissions beyond that which was ordered and restricted by the Court.

## REQUESTS FOR ADMISSION

**REQUEST NO. 1.:** Christopher Phelan first visited Gallagher Buick-Pontiac-GMC, Inc. on or before July 6, 1999.

**RESPONSE:** Admitted.

**REQUEST NO. 2.:** At the time of his visit to Gallagher Buick on or before July 6, 1999, Christopher Phelan inquired about or expressed interest in the 1994 Jeep Wrangler.

**RESPONSE:** Admitted.

**REQUEST NO. 3.:** At the time of his visit to Gallagher Buick on or before July 6, 1999, Christopher Phelan test-drove the 1994 Jeep Wrangler.

**RESPONSE:** Admitted.

**REQUEST NO. 4.:** Angela Phelan did not accompany Christopher Phelan to Gallagher Buick on or before July 6, 1999.

**RESPONSE:** Admitted.

**REQUEST NO. 5.:** On July 6, 1999, Christopher Phelan agreed to purchase the 1994 Jeep Wrangler for $11,500.00.

**RESPONSE:** Admitted.

**REQUEST NO. 6.:** The document attached as Exhibit A is a true and correct copy of Gallagher Buick's "Retail Purchase Order for Motor Vehicle" relating to the 1994 Jeep Wrangler, dated July 6, 1999.

**RESPONSE:** Admitted that Exhibit A is a true and correct copy of the document.

**REQUEST NO. 7.:** Angela Phelan was not present at Gallagher Buick when Christopher Phelan agreed to purchase the 1994 Jeep Wrangler on July 6, 1999.

**RESPONSE:** Admitted.

**REQUEST NO. 8.:** Angela Phelan has no personal knowledge of any communications between Christopher Phelan and Robert Paradis or any other employee of Gallagher Buick that took place on or before July 6, 1999, relating to the 1994 Jeep Wrangler.

**RESPONSE:** Denied.

**REQUEST NO. 9.:** On July 7, 1999, Christopher Phelan paid a deposit of $100 toward the purchase of the 1994 Jeep Wrangler to Gallagher Buick.

**RESPONSE:** Admitted.

REQUEST NO. 10.: Angela Phelan has no personal knowledge of any communications between Christopher Phelan and Robert Paradis or any other employee of Gallagher Buick that took place on or before July 7, 1999, relating to the 1994 Jeep Wrangler.

RESPONSE: Denied.

REQUEST NO. 11.: Attached as Exhibit B is a true and correct copy of a receipt from Gallagher Buick showing the receipt of $100 from Christopher Phelan on July 7, 1999.

RESPONSE: Admitted that Exhibit B is a true and correct copy of the document.

REQUEST NO. 12.: Angela Phelan was not present at Gallagher Buick on July 7, 1999, when Christopher Phelan paid a $100 deposit toward the purchase of the 1994 Jeep Wrangler.

RESPONSE: Admitted.

REQUEST NO. 13.: Christopher Phelan purchased the 1994 Jeep Wrangler on July 9, 1999, from Gallagher Buick.

RESPONSE: Denied.

REQUEST NO. 14.: Attached as Exhibit C is a true and correct copy of the sales invoice for the 1994 Jeep Wrangler dated July 7, 1999.

RESPONSE: Admitted that Exhibit C is a true and correct copy of the document.

REQUEST NO. 15.: Attached as Exhibit D is a true and correct copy of a receipt from Gallagher Buick showing the receipt of $12,332.50 from Christopher Phelan on July 9, 1999.

**RESPONSE:** Admitted that Exhibit D is a true and correct copy of the document, but Plaintiffs deny that Gallagher Buick received payment for the vehicle on July 9, 1999.

**REQUEST NO. 16.:** Attached as Exhibit E is a true and correct copy of Christopher Phelan's personal check, number 274, written to Gallagher Buick in the amount of $2,332.50, dated July 9, 1999.

**RESPONSE:** Admitted that Exhibit E is a true and correct copy of the document.

**REQUEST NO. 17.:** Attached as Exhibit F is a true and correct copy of a bank draft from NationsBank to Christopher Phelan in the amount of $10,000.

**RESPONSE:** Admitted that Exhibit F is a true and correct copy of the document.

**REQUEST NO. 18.:** Attached as Exhibit G is a true and correct copy of an application for registration of the 1994 Jeep Wrangler dated July 9, 1999, signed by Christopher Phelan.

**RESPONSE:** Admitted that Exhibit G is a true and correct copy of the document.

**REQUEST NO. 19.:** Attached as Exhibit H is a true and correct copy of the salvage title to the 1994 Jeep Wrangler in Christopher Phelan's name showing a "purchase date" of July 9, 1999.

**RESPONSE:** Admitted that Exhibit H is a true and correct copy of the document.

**REQUEST NO. 20.:** Attached as Exhibit I is a true and correct copy of a Used Vehicle Dealer Limited Warranty for the 1994 Jeep Wrangler given to Christopher Phelan, dated July 9, 1999.

**RESPONSE:** Admitted that Exhibit I is a true and correct copy of the document.

REQUEST NO. 21.: Attached as Exhibit J is a true and correct copy of the Retail Purchase Order for the subject vehicle signed by Christopher Phelan on July 9, 1999.

RESPONSE: Admitted that Exhibit J is a true and correct copy of the document.

REQUEST NO. 22.: Angela Phelan accompanied Christopher Phelan to Gallagher Buick on July 9, 1999.

RESPONSE: Admitted.

REQUEST NO. 23.: Angela Phelan has no personal knowledge of any communications between Christopher Phelan and any employee of Gallagher Buick that occurred on July 9, 1999, relating to the safety of the 1994 Jeep Wrangler.

RESPONSE: Denied.

REQUEST NO. 24.: Angela Phelan has no personal knowledge of any communications between Christopher Phelan and any employee of Gallagher Buick that occurred at any time relating to the safety of the 1994 Jeep Wrangler.

RESPONSE: Denied.

REQUEST NO. 25.: Angela Phelan did not personally overhear any communications between Christopher Phelan and any employee of Gallagher Buick that occurred on July 9, 1999, relating to the safety of the 1994 Jeep Wrangler.

RESPONSE: Denied.

REQUEST NO. 26.: Angela Phelan did not personally overhear any communications between Christopher Phelan and any employee of Gallagher Buick that occurred at any time relating to the safety of the 1994 Jeep Wrangler.

RESPONSE: Denied.

REQUEST NO. 27.: Christopher Phelan never told Angela Phelan that any employee of Gallagher Buick told him that the 1994 Jeep Wrangler was safe.

RESPONSE: Denied.

REQUEST NO. 28.: Christopher Phelan never told Angela Phelan that any employee of Gallagher Buick told him that the 1994 Jeep Wrangler's roll bar would provide protection in the event of a roll-over accident.

RESPONSE: Denied.

REQUEST NO. 29.: Christopher Phelan never told Angela Phelan that any employee of Gallagher Buick told him that the 1994 Jeep Wrangler would be safe in the event of a rear-end collision.

RESPONSE: Denied. Christopher Phelan told Angela Phelan that an employee of Gallagher Buick told him that the 1994 Jeep Wrangler was safe. The employee did not tell Christopher Phelan that the 1994 Jeep Wrangler was safe except in the event of a rear-end collision.

REQUEST NO. 30.: Christopher Phelan purchased the 1994 Jeep Wrangler prior to July 17, 1999.

RESPONSE: Denied.

REQUEST NO. 31.: Christopher Phelan purchased the 1994 Jeep Wrangler as a used vehicle with more than 63,000 miles on the odometer.

RESPONSE: Admitted.

REQUEST NO. 32.: Christopher Phelan did not purchase the 1994 Jeep Wrangler from an authorized DaimlerChrysler dealer.

RESPONSE: Admitted.

REQUEST NO. 33.: Christopher Phelan did not purchase the 1994 Jeep Wrangler from an authorized Chrysler, Dodge, Plymouth or Jeep dealer.

RESPONSE: Admitted.

REQUEST NO. 34.: Christopher Phelan purchased the 1994 Jeep Wrangler from Gallagher Buick-Pontiac-GMC, Inc.

RESPONSE: Admitted.

REQUEST NO. 35.: Gallagher Buick-Pontiac-GMC, Inc., is not an agent of DaimlerChrysler Corporation.

RESPONSE: Admitted.

REQUEST NO. 36.: Gallagher Buick-Pontiac-GMC, Inc., is not an authorized Chrysler, Dodge, Plymouth or Jeep dealer.

RESPONSE: Admitted.

REQUEST NO. 37.: Gallagher Buick-Pontiac-GMC, Inc. is not an authorized DaimlerChrysler Corporation dealer.

RESPONSE: Admitted.

REQUEST NO. 38.: Christopher Phelan never returned to Gallagher Buick after his purchase of the 1994 Jeep Wrangler on July 9, 1999.

RESPONSE: Denied. Christopher Phelan did not purchase the 1994 Jeep Wrangler on July 9, 1999.

REQUEST NO. 39.: Christopher Phelan never had the 1994 Jeep Wrangler serviced at Gallagher Buick following his purchase of the vehicle on July 9, 1999.

RESPONSE: Denied. Christopher Phelan did not purchase the 1994 Jeep Wrangler on July 9, 1999.

REQUEST NO. 40.: Christopher Phelan never had any communications with Gallagher-Buick or any of its employees about the safety of the 1994 Jeep Wrangler after July 9, 1999.

RESPONSE: Plaintiffs object to this Request because it seeks an admission beyond the scope of the Court's September 26, 2003 Order.

REQUEST NO. 41.: Christopher Phelan never had any communications, written or oral, with DaimlerChrysler Corporation relating to the 1994 Jeep Wrangler.

RESPONSE: Denied.

REQUEST NO. 42.: Christopher Phelan did not have any communications, written or oral, with DaimlerChrysler Corporation relating to the 1994 Jeep Wrangler on or before July 9, 1999.

RESPONSE: Denied.

REQUEST NO. 43.: Christopher Phelan did not have any communications, written or oral, with DaimlerChrysler Corporation relating to the 1994 Jeep Wrangler at any time after July 9, 1999.

RESPONSE: Denied.

REQUEST NO. 44.: Christopher Phelan did not have any communications, written or oral, with any authorized dealer of DaimlerChrysler Corporation relating to the 1994 Jeep Wrangler on or before July 9, 1999.

RESPONSE: Denied.

REQUEST NO. 45.: Christopher Phelan did not have any communications, written or oral, with any authorized dealer of DaimlerChrysler Corporation relating to the safety of the 1994 Jeep Wrangler at any time on or after July 17, 1999.

RESPONSE: Denied.

REQUEST NO. 46.: Christopher Phelan did not have any communications, written or oral, with any authorized dealer of DaimlerChrysler Corporation relating to the roll bars or the rollover protection of the 1994 Jeep Wrangler at any time on or after July 17, 1999.

RESPONSE: Plaintiffs have made reasonable inquiry and the information known or readily obtainable is insufficient to enable Plaintiffs to admit or deny this Request.

REQUEST NO. 47.: To Angela Phelan's knowledge, Christopher Phelan never saw any DaimlerChrysler Corporation advertisements for the 1994 Jeep Wrangler before he purchased the subject vehicle.

RESPONSE: Denied.

REQUEST NO. 48.: Angela Phelan has no evidence that Christopher Phelan ever saw any DaimlerChrysler Corporation advertisements for the 1994 Jeep Wrangler before he purchased the subject vehicle.

RESPONSE: Denied.

REQUEST NO. 49.: To Angela Phelan's knowledge, Christopher Phelan never saw any DaimlerChrysler Corporation advertisements for 1994 Jeep Wrangler vehicles.

RESPONSE: Denied.

REQUEST NO. 50.: Angela Phelan has no evidence that Christopher Phelan ever saw any DaimlerChrysler Corporation advertisements for the 1994 Jeep Wrangler.