# EXHIBIT B (CONTINUED)

RESPONSE: Denied.

REQUEST NO. 51.: Christopher Phelan did not see any DCC advertisements for 1994 Jeep Wrangler vehicles on, or prior to, July 9, 1999.

RESPONSE: Denied.

REQUEST NO. 52.: Angela Phelan has no evidence that Christopher Phelan ever saw any DaimlerChrysler Corporation advertisements for the 1994 Jeep Wrangler on, or prior to, July 9, 1999.

RESPONSE: Denied.

REQUEST NO. 53.: Christopher Phelan did not see any DCC advertisements for 1994 Jeep Wrangler vehicles after July 9, 1999.

RESPONSE: Denied.

REQUEST NO. 54.: Angela Phelan has no evidence that Christopher Phelan ever saw any DaimlerChrysler Corporation advertisements for the 1994 Jeep Wrangler after July 9, 1999.

RESPONSE: Denied.

REQUEST NO. 55.: To Angela Phelan's knowledge, Christopher Phelan never saw any DaimlerChrysler Corporation promotional materials for the 1994 Jeep Wrangler before he purchased the subject vehicle.

RESPONSE: Denied.

REQUEST NO. 56.: Angela Phelan has no evidence that Christopher Phelan ever saw any DaimlerChrysler Corporation promotional materials for the 1994 Jeep Wrangler before he purchased the subject vehicle.

RESPONSE: Denied.

REQUEST NO. 57.: To Angela Phelan's knowledge, Christopher Phelan never saw any DaimlerChrysler Corporation promotional materials for 1994 Jeep Wrangler vehicles.

RESPONSE: Denied.

REQUEST NO. 58.: Angela Phelan has no evidence that Christopher Phelan ever saw any DaimlerChrysler Corporation promotional materials for the 1994 Jeep Wrangler.

RESPONSE: Denied.

REQUEST NO. 59.: Christopher Phelan did not see any DCC promotional materials for 1994 Jeep Wrangler vehicles on, or prior to, July 9, 1999.

RESPONSE: Denied.

REQUEST NO. 60.: Angela Phelan has no evidence that Christopher Phelan ever saw any DaimlerChrysler Corporation promotional materials for the 1994 Jeep Wrangler on, or prior to, July 9, 1999.

RESPONSE: Denied.

REQUEST NO. 61.: Christopher Phelan did not see any DCC promotional materials for 1994 Jeep Wrangler vehicles after July 9, 1999.

RESPONSE: Denied.

REQUEST NO. 62.: Angela Phelan has no evidence that Christopher Phelan ever saw any DaimlerChrysler Corporation promotional materials for the 1994 Jeep Wrangler after July 9, 1999.

RESPONSE: Denied.

REQUEST NO. 63.: To Angela Phelan's knowledge, Christopher Phelan never saw any DaimlerChrysler Corporation advertisements for any model year Jeep Wrangler before he purchased the subject vehicle.

RESPONSE: Denied.

REQUEST NO. 64.: Angela Phelan has no evidence that Christopher Phelan ever saw any DaimlerChrysler Corporation advertisements for any model year Jeep Wrangler before he purchased the subject vehicle.

RESPONSE: Denied.

REQUEST NO. 65.: To Angela Phelan's knowledge, Christopher Phelan never saw any DaimlerChrysler Corporation advertisements for any model year Jeep Wrangler vehicles.

RESPONSE: Denied.

REQUEST NO. 66.: Angela Phelan has no evidence that Christopher Phelan ever saw any DaimlerChrysler Corporation advertisements for any model year Jeep Wrangler.

RESPONSE: Denied.

REQUEST NO. 67.: Christopher Phelan did not see any DCC advertisements for any model year Jeep Wrangler vehicles on, or prior to, July 9, 1999.

RESPONSE: Denied.

REQUEST NO. 68.: Angela Phelan has no evidence that Christopher Phelan ever saw any DaimlerChrysler Corporation advertisements for any model year Jeep Wrangler on, or prior to, July 9, 1999.

RESPONSE: Denied.

REQUEST NO. 69.: Christopher Phelan did not see any DCC advertisements for any model year Jeep Wrangler vehicles after July 9, 1999.

RESPONSE: Denied.

REQUEST NO. 70.: Angela Phelan has no evidence that Christopher Phelan ever saw any DaimlerChrysler Corporation advertisements for any model year Jeep Wrangler after July 9, 1999.

RESPONSE: Denied.

REQUEST NO. 71.: To Angela Phelan's knowledge, Christopher Phelan never saw any DaimlerChrysler Corporation promotional materials for any model year Jeep Wrangler before he purchased the subject vehicle.

RESPONSE: Denied.

REQUEST NO. 72.: Angela Phelan has no evidence that Christopher Phelan ever saw any DaimlerChrysler Corporation promotional materials for any model year Jeep Wrangler before he purchased the subject vehicle.

RESPONSE: Denied.

REQUEST NO. 73.: To Angela Phelan's knowledge, Christopher Phelan never saw any DaimlerChrysler Corporation promotional materials for any model year Jeep Wrangler vehicles.

RESPONSE: Denied.

REQUEST NO. 74.: Angela Phelan has no evidence that Christopher Phelan ever saw any DaimlerChrysler Corporation promotional materials for any model year 1994 Jeep Wrangler.

RESPONSE: Denied.

REQUEST NO. 75.: Christopher Phelan did not see any DCC promotional materials for any model year Jeep Wrangler vehicles on, or prior to, July 9, 1999.

RESPONSE: Denied.

REQUEST NO. 76.: Angela Phelan has no evidence that Christopher Phelan ever saw any DaimlerChrysler Corporation promotional materials for any model year Jeep Wrangler on, or prior to, July 9, 1999.

RESPONSE: Denied.

REQUEST NO. 77.: Christopher Phelan did not see any DCC promotional materials for any model year Jeep Wrangler vehicles after July 9, 1999.

RESPONSE: Denied.

REQUEST NO. 78.: Angela Phelan has no evidence that Christopher Phelan ever saw any DaimlerChrysler Corporation promotional materials for any model year Jeep Wrangler after July 9, 1999.

RESPONSE: Denied.

REQUEST NO. 79.: DCC did not advertise the 1994 Jeep Wrangler at any time after 1994.

RESPONSE: Denied.

REQUEST NO. 80.: Angela Phelan was aware prior to the purchase of the 1994 Jeep Wrangler by the decedent that sport utility vehicles such as the 1994 Jeep Wrangler have been reported in the media to have a higher incidence of rollovers than passenger vehicles.

RESPONSE: Admitted.

REQUEST NO. 81.: Christopher Phelan was aware prior to his purchase of the 1994 Jeep Wrangler that sport utility vehicles such as the 1994 Jeep Wrangler have been reported in the media to have a higher incidence of rollovers than passenger vehicles.

RESPONSE: Admitted.

REQUEST NO. 82.: Angela Phelan communicated to Christopher Phelan prior to his purchase of the 1994 Jeep Wrangler her concerns that the vehicle might not be sufficiently safe due to her belief that it had a greater propensity to roll over than other vehicles.

RESPONSE: Denied.

REQUEST NO. 83.: Christopher Phelan considered purchasing an Isuzu sport utility vehicle prior to buying the 1994 Jeep Wrangler.

RESPONSE: Admitted.

REQUEST NO. 84.: Christopher Phelan did not consider purchasing any vehicles other than sport utility vehicles in the 90 days prior to his purchase of the 1994 Jeep Wrangler.

RESPONSE: Denied.

REQUEST NO. 85.: No employee of Gallagher Buick told Christopher Phelan before the purchase of the 1994 Jeep Wrangler that it would be safe in a rear-end collision.

RESPONSE: Denied. See Plaintiffs' response to Request 29.

REQUEST NO. 86.: No employee of Gallagher Buick told Christopher Phelan before the purchase of the 1994 Jeep Wrangler that it would be safe in a rollover accident.

RESPONSE: Denied.

REQUEST NO. 87.: Any representations relating to the safety of the 1994 Jeep Wrangler that were made by any employee of Gallagher Buick to Angela Phelan were not made in the presence of Christopher Phelan.

RESPONSE: Denied.

REQUEST NO. 88.: Any representations relating to the safety of the 1994 Jeep Wrangler that were made by any employee of Gallagher Buick to Angela Phelan were not communicated to Christopher Phelan prior to his purchase of the subject vehicle.

RESPONSE: Denied.

REQUEST NO. 89.: Angela Phelan did not own the 1994 Jeep Wrangler prior to the death of Christopher Phelan.

RESPONSE: Admitted.

REQUEST NO. 90.: Angela Phelan, in her individual capacity, does not own the 1994 Jeep Wrangler.

RESPONSE: Admitted.

REQUEST NO. 91.: The 1994 Jeep Wrangler is owned by the Estate of Christopher Phelan.

**RESPONSE:** Admitted.

**REQUEST NO. 92.:** The Estate of Christopher Phelan has not sold or attempted to sell the 1994 Jeep Wrangler.

**RESPONSE:** Admitted.

**REQUEST NO. 93.:** The 1994 Jeep Wrangler was rendered a total loss as a result of the accident.

**RESPONSE:** Admitted

**REQUEST NO. 94.:** The 1994 Jeep Wrangler has no resale value, other than salvage value at this time.

**RESPONSE:** Admitted.

**REQUEST NO. 95.:** Angela Phelan has no evidence that Christopher Phelan "overpaid" for the 1994 Jeep Wrangler.

**RESPONSE:** Denied.

**REQUEST NO. 96.:** The purchase price of $11,500 was a fair market value for a 1994 Jeep Wrangler with mileage in excess of 63,000 miles and in the condition the subject vehicle was in when Christopher Phelan purchased it in July 1994.

**RESPONSE:** Denied.

**REQUEST NO. 97.:** Admit the genuineness of the documents attached as Exhibits A through J.

**RESPONSE:** Admitted that the documents attached as Exhibits A through J are true and correct copies of the documents they purport to be.

PLAINTIFFS

BY _____
Steven E. Arnold, ct07966
sea@SAlaw.us
Peter M. Van Dyke, ct24747
pvd@SAlaw.us
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
Tel. (860) 561-0650
Fax. (860) 561-0646
Their Attorneys

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on November 24, 2003, postage prepaid, to all counsel and pro se parties of record as follows:

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

Daniel Krisch, Esq.
Horton, Shields & Knox
90 Gillett Street
Hartford, CT 06105

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson
555 Thirteenth Street
Washington, DC 20004

Lewis H. Goldfarb, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY 10022

M. Sheila Jeffrey, Esq.
Miller, Canfield, Paddock & Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI 48098

_____
Peter M. Van Dyke