# EXHIBIT C



# EXHIBIT D

faxed 7-9-99
3-5-??

**BUYERS CHECKLIST:**

☐ Select a dealer, vehicle, add-ons (i.e. warranty). If desired, get exact payments by calling 888-871-6372 or visiting http://www.CarFinance.com/wks106464993

☐ Fill in dealer's name/phone beneath your name on the "Pay to the order of" line. Select desired Loan Type.

☐ Write in Amount on Draft for total vehicle price plus accessories, warranty, minus down-payment (if any).

☐ Endorse Draft on back. Present to dealer with driver license(s), proof of insurance and income (W2 or pay stub)

☐ Receive updated Loan Agreement with exact payments in US mail.

☐ Questions? Call 888-871-6372


**DEALER CHECKLIST (non-franchised dealers call for prior approval)**

☐ If desired, call 888-871-6372 to get exact payments or answers to questions.

☐ 100% advance limitation based on loan to value. Taxes, tags, F & I products may be added. F & I add limited to $2,000. Vehicles 1994 and newer with less than 75,000 miles are eligible.

☐ Complete vehicle information on Draft, acknowledge terms by endorsing back of Draft, detach and deposit.

☐ Fax copies of the following to 838-322-9850: completed lien perfection, bill of sale, factory invoice (if new vehicle), driver license(s), proof of insurance and income.

LIEN HOLDER: NATIONSBANK, N.A., PO Box 2759, Jacksonville, FL 32203-2759

*** DOCUMENTS MUST BE PRESENTED FOR DRAFT TO BE PAID/COLLECTED. ***

---

DO NOT DETACH UNTIL DEPOSITED

THIS DOCUMENT HAS A COLORED BACKGROUND WITH A VOID PANTOGRAPH ON THE FACE AND MICROPRINTING IN THE BORDER.

**NationsBank**    Loan No. 9860 25BRM    Issue Date 7/01/1999    No. 000171040
Void 60 days after Issue Date

Pay to the order of:                                Non-Transferable Documentary Draft
BORROWER 1: CHRISTOPHER PHELAN                      Not Valid for More Than    ******$12,000.00
BORROWER 2:                                         TWELVE THOUSAND DOLLARS AND 00 CENTS ********
SELLER: Gallagher Buick                             Loan not to exceed 100% MSRP for new vehicles or
PHONE: (800) 359-4581    STATE: CT                  NADA retail value for used vehicles.
Loan Type: ☒ Loan 60 Month  ☐ Easy Own  Month       Amount  $ 10,000

Vehicle
YEAR: 1994    ☐ NEW/DEMO  ☒ USED                    Ten Thousand 00/100                     Dollars
MAKE: Jeep    MODEL: Wrangler
VIN: 1J4FY29SXRP456101

**NationsBank**
NationsBank, PO Box 2759, Jacksonville, FL 32203-2759

⑈000171040⑈ ⑆063105683⑇ 20000⑆3844⑈

# EXHIBIT E

   

**GALLAGHER**
BUICK · PONTIAC · GMC
325 Columbus Blvd. • P.O. Box 1448
NEW BRITAIN, CT. 06050
Tel. (860) 229-4881 • Toll Free: 1-800-932-8971



CASH RECEIVED FROM: CHRISTOPHER A PHELAN, 38 KINNE RD, GLASTONBURY, CONNECTICUT 06033
RECEIPT NUMBER: 18983
RECEIVED BY: CARMEN D FARINA
DATE: 07/07/99
TIME: 10:52
PAYMENT TYPE: CHECK
AMOUNT: 100.00

| ACCT. | AMOUNT | CONTROL NUMBER |
|---|---|---|
| 220A | 100.00 | 16494 |

REMARKS / MESSAGE:

---

   

**GALLAGHER**
BUICK · PONTIAC · GMC
325 Columbus Blvd. • P.O. Box 1448
NEW BRITAIN, CT. 06050
Tel. (860) 229-4881 • Toll Free: 1-800-932-8971



CASH RECEIVED FROM: CHRISTOPHER A PHELAN, 38 KINNE RD, GLASTONBURY, CONNECTICUT 06033
RECEIPT NUMBER: 18985
RECEIVED BY: CARMEN D GRZESCZYK
DATE: 07/07/99
TIME: 14:50
PAYMENT TYPE: CHECK
AMOUNT: 12,332.50

| ACCT. | AMOUNT | CONTROL NUMBER |
|---|---|---|
| 220A | 12,332.50 | 16494 |

REMARKS / MESSAGE:

# EXHIBIT F

**DEALER ISSUE**

| DEALER NAME | DEALER'S LICENSE NO. |
|---|---|
| GALLAGHER BCK GMC INC<br>325 COLUMBUS BLVD BX 1448, NEW BRITAIN, CT 06050 | N660 |

| LIENHOLDER NAME & ADDRESS(if any) | DATE OF LIEN |
|---|---|
| NATIONSBANK NA<br>P.O. BOX 2759, JACKSONVILLE, FL 32203 | 07/09/1999 |

| SECOND LIENHOLDER(if any) | DATE OF LIEN |
|---|---|
| | |

| | | |
|---|---|---|
| REG: 70.00 | PURCHASE DATE | SALES/USE TAX # |
| TITLE: 25.00 | 07/09/1999 | 2414563000 |
| LIEN: 10.00 | TAX STATUS | TAX EXEMPT NO. |
| SAFETY: 5.00 | NONEXEMPT | |
| TOTAL: 110.00 | IDENTIFICATION # OF VEHICLE TRADED | TRADE-IN ALLOWANCE |

| TAXABLE SALES PRICE | NET TAXABLE SALES PRICE | SALES TAX |
|---|---|---|
| $ 11,625.00 | $ 11,625.00 | $ 697.50 |

| E74 | 07/09/1999 | 07/09/1999 |
|---|---|---|
| CLOCK | VALIDATION DATE | ISSUANCE DATE |

| 01 | 425NOJ | 07/09/2001 | ST WAG | BLK | 1994 |
|---|---|---|---|---|---|
| CC SC | MARKER NO. | EXP. DATE | BODY STYLE | COLOR(S) | YEAR |

| JEEP | WRANGLER | 1J4FY29SXRP456105 | 6 | G |
|---|---|---|---|---|
| MAKE | MODEL | IDENTIFICATION NUMBER | CYLINDERS | FUEL |

| 19990709111400E740158 | CT 0000000021724966 |
|---|---|
| VALIDATION NUMBER | PREVIOUS TITLE STATE AND NUMBER |

PASSENGER

| TOWN WHERE VEHICLE IS GARAGED | TAX TOWN |
|---|---|
| GLASTONBURY | 054 |

REGISTRANT(S):

| NAME OF AUTOMOBILE INSURANCE COMPANY |
|---|
| AMICA MUTUAL |
| AUTOMOBILE INSURANCE POLICY NUMBER |
| 9911064392 |

PHELAN CHRISTOPHER A

38 KINNE RD
GLASTONBURY, CT 06033
RESIDENT ADDRESS:

| TIRES | STAND CAP | SEAT CAP | AXLES | GROSS WEIGHT | LIGHT WEIGHT |
|---|---|---|---|---|---|
| 63,774 | 00210260 | | | USED | |
| ODOMETER | EMISSIONS STICKER NO. | | | VEHICLE(New or Used) | NOTICE |

The undersigned applicant for a Connecticut registration and/or title herein certify under penalties of false statement (1) that the Sales Tax Information on this form is complete and accurate, (2) that there are no liens on this vehicle at this date except as described above, and (3) that insurance required by Connecticut law is in effect and will be maintained during this registration period. If specification of vehicle weights is required for this registration, the undersigned certifies under penalty of false statement that this vehicle is registered in accordance with the Manufacturer's MAXIMUM GROSS VEHICLE WEIGHT RATING.

PRINT COMPLETE APPLICANT NAME
*Christopher A. Phelan*

| SIGNATURE OF APPLICANT | DATE SIGNED |
|---|---|
| X *[signature]* | 7/9/99 |

| DATE OF BIRTH | SEX | LICENSE STATE | DRIVER'S LICENSE NUMBER |
|---|---|---|---|
| 10/20/1970 | M | CT | 226022041 |

PRINT COMPLETE CO-APPLICANT NAME

| SIGNATURE OF CO-APPLICANT | DATE SIGNED |
|---|---|
| X | |

| CO-APPLICANT DATE OF BIRTH | SEX | LICENSE STATE | DRIVER'S LICENSE NUMBER |
|---|---|---|---|
| | | | |

| SIGNATURE OF DEALER | DATE SIGNED |
|---|---|
| X *[signature]* | 3-5-99 |

EXHIBIT G



# CERTIFICATE OF TITLE
## STATE OF CONNECTICUT
### DEPARTMENT OF MOTOR VEHICLES

VEHICLE IDENTIFICATION NUMBER (VIN): J4FY29SXRPH5B105
YEAR: 1997
MAKE: JEEP
MODEL: WRANGLER
BODY STYLE: SUV
CYL: 06
NEW/USED: USED

TITLE NUMBER: 024920669
DATE OF ISSUE: 08/19/1999
PRIOR TITLE NUMBER: 000212416
PRIOR TITLE STATE: CT
PURCHASE DATE: 07/09/1999
ODOMETER READING: 063774

**SALVAGE**

OWNER(S):
PHELAN CHRISTOPHER A
38 KINNE RD
GLASTONBURY    CT 06033
DATE OF BIRTH: 10/20/1970

FIRST LIENHOLDER:
NATIONSBANK NA
P.O. BOX 2759
JACKSONVILLE    FL 32203
DATE OF LIEN: 07/09/1999

SECOND LIENHOLDER:    DATE OF LIEN:

### RELEASE OF LIENS

FIRST LIEN INTEREST IN DESCRIBED VEHICLE IS HEREBY RELEASED
NAME: Nationsbank NA
AUTHORIZED SIGNATURE: X _____
DATE RELEASED: 3/15/10

SECOND LIEN INTEREST IN DESCRIBED VEHICLE IS HEREBY RELEASED
NAME:
AUTHORIZED SIGNATURE: X
DATE RELEASED:

The Commissioner of Motor Vehicles hereby certifies that an application for a certificate of title for the motor vehicle described herein has been duly filed pursuant to the provisions of the laws of the State of Connecticut and based on the statements of the applicant and the records on file with this agency. The applicant named is the owner of said vehicle. The Department of Motor Vehicles further certifies that the vehicle is subject to any security interests shown herein.

IN WITNESS WHEREOF, I have affixed my hand.


Jose O. Salinas
COMMISSIONER OF MOTOR VEHICLES

NATIONSBANK NA
P.O. BOX 2759
JACKSONVILLE    FL 32203

VEHICLE IDENTIFICATION NUMBER (VIN)    TITLE NUMBER

**WARNING**
ALL PURCHASERS OF THE VEHICLE DESCRIBED HEREIN MUST RECORD THEIR NAME AND THE REVERSE SIDE. THIS VEHICLE CANNOT BE RETITLED WITHOUT PASSING INSPECTION UNDER SECTION OF THE GENERAL STATUTES. THIS DOCUMENT MUST BE SUBMITTED AT THE TIME OF INSPECTION.

VOID IF ALTERED

SSIGN TITLE OF A VEHICLE WITHOUT INSERTING THE BUYER'S NAME AND ADDRESS ON THE ASSIGNMENT AND WARRANTY OF TITLE.

## ASSIGNMENT OF OWNERSHIP

**NOTICE: ANY ALTERATION OR ERASURE VOIDS THE ASSIGNMENT.**

BUYER(S): Do not sign below until all sections of the assignment have been completed and signed by seller(s). Federal law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

cle at the time of sale in condition for legal operation on the highway(s) of this state? *(Only Dealers must respond to this question)* ☐ YES ☐ NO

**CHECK A BOX BELOW ONLY IF APPLICABLE**

e best of my knowledge ometer reading specified ctual mileage, unless one atements is checked:

ODOMETER READING (No tenths)

☐ I hereby certify that the odometer reading reflects the amount of mileage in excess of its mechanical limits. (The odometer started at zero again)

☐ I hereby certify that the odometer reading is not actual mileage. WARNING: ODOMETER DISCREPANCY

DEALER'S LICENSE NO. *(If dealer)*

TO BE SHOWN ON NEW TITLE *(If no lien, print "NONE")*

DATE OF LIEN

PRINTED NAME OF BUYER(S) *(Authorized official)*

DATE SOLD

DEALER'S LICENSE NO. *(If dealer)*

PRINTED NAME OF SELLER(S) *(Authorized official)*

[second assignment block — same fields repeated]

[third assignment block — same fields repeated]