# EXHIBIT H

# USED VEHICLE DEALER LIMITED WARRANTY

## Do Not Misplace

Keep this Warranty in a safe place. If your vehicle should need service covered by its terms, please present this Warranty to our Service Department prior to your repair. You will be given the full cash discount you are entitled to under provisions of the Used Vehicle Dealer Warranty.

## USED VEHICLE DEALER LIMITED WARRANTY

| SYSTEM | COVERED PARTS | | NOT COVERED PARTS |
|---|---|---|---|
| A. ENGINE | A.I.R. Pump Pulley Belt<br>Block<br>Carburetor<br>Carburetor Linkage<br>Catalytic Converter<br>Cylinder Head<br>Distributor Assembly<br>Engine and All Internal Parts<br>Engine Mounts<br>Exhaust Manifold<br>Exhaust Systems<br>Fan and Fan Belt<br>Flywheel (only on cars w/auto trans.)<br>Intake Manifold | Fuel Lines<br>Fuel Pump<br>Fuel Vapor Cannister<br>Ignition Coil<br>P.C.V.<br>Radiator Hoses<br>and Thermostat<br>Radiator and Shroud<br>Spark Plugs<br>Vacuum Advance<br>and Hoses<br>Water Pump, Gasket & Seals | Coolant (except when necessary as the result of repairs to a part covered)<br>Fuel, Air and Oil Filters |
| B. TRANSMISSION | The Transmission Case and All Internal parts including the torque converter. | Transmission Linkage<br>Transmission Mounts<br>Vacuum Modulator Valve | Friction Clutch and Flywheel and Pressure Plate (Manual Trans.) |
| C. DRIVE AXLE | Axle Shaft<br>Front and/or Rear Drive Axle Housing including all internal parts<br>Bearing Retainer Gasket | Suspension Linkage<br>Tie Rods and Stabilizer<br>Wheel Bearing Outer Retainer<br>Wheel Bearing<br>Wheel Bearing Inner Retainer<br>Universal Joints | Oil Seal<br>Shock Absorbers-unless leaking<br>Springs |
| 1. BRAKES | Backing Plates<br>Brake Shoes and Disc. Caliper<br>Discs<br>Emergency or Parking Brake<br>Hubs and Drums<br>Hydraulic Lines and Fittings<br>Pads | Linkage and Cables<br>Master Cylinders<br>Return Springs<br>Self-Adjusting Mechanism and Return Springs<br>Vacuum Assist Booster<br>Wheel Cylinders | |
| 2. ELECTRICAL | Battery<br>Generator or Alternator<br>Heater Motor<br>Horns and Horn Relay<br>Instruments<br>Power Seat Motors | Power Windows Motors<br>Radio (Operational)<br>Tape Player & CD<br>Starter Motor<br>Switches<br>Voltage Regulator<br>Windshield Wiper Motor | Clock<br>Fuses, Bulbs, Lamps<br>Wire Harnesses<br>Power Antennas<br>Alarms<br>Remote Starter<br>Air Horns<br>After Market Accessories<br>Wheel Alignment<br>Tires |
| 3. STEERING | Power Steering Pump<br>Power Steering Pump Hoses<br>Rack and Pinion<br>Steering Column | Steering Linkage<br>Steering Shaft<br>The Steering Gear Housing<br>Valve Body | |
| 4. AIR CONDITIONER | Controls and Ducts<br>Condensor<br>Compressor<br>Dehydrator<br>Evaporator | Expansion Valve<br>Hoses and Pipes<br>P.O.A. Valve<br>Valves in Receiver | Refrigerant (Except when necessary as the result of repairs to a part covered) |

OTHER ITEMS NOT COVERED: Oil Leaks, Water Leaks of T-Tops and Sun Roofs, Rattles & Squeaks, Sheet Metal, Interior Trim & Upholstery, Windshield, Other Glass and Paint.
ADDITIONAL PARTS NOT MENTIONED ABOVE ARE NOT COVERED.

**GALLAGHER BUICK-GMC DOES NOT PROVIDE LOANERS OR OTHER FREE TRANSPORTATION.**

In witness whereof we have attached our signatures this _____ day of _____ 19 ___

_Gallagher Buick_ (Dealer's Name)   BY _____ (Department Head)

CITY _New Britain_  _CT_   _____ Purchaser



# GALLAGHER
BUICK · PONTIAC · GMC

325 Columbus Boulevard • Post Office Box 1448 • New Britain, Connecticut 06050
Phone: 860-229-_881 • Sales & Service: 800-932-8971 • Fax: 860-225-5_15

## Used Vehicle Dealer Limited Warranty

This Limited Warranty is hereby signed by the undersigned (herein called the "Dealer") in favor of

NAME _Christopher A. Phelan_ ADDRESS _38 Kinne Rd_
CITY _Glastonbury_ STATE _CT_

(herein called the "Purchaser") in connection with the purchase from the dealer of the motor vehicle described as follows, such vehicle being herein called the "Vehicle":

YEAR _94_     MAKE _Jeep_     TYPE _Wrangler_
SERIAL NO. _1J4FY29S_RP45405_ ODOMETER READING _63774_

1. Subject to the provisions and conditions hereinafter set forth, the Dealer warrants that the Vehicle has been inspected, road-tested and reconditioned as necessary to be in serviceable condition at the time of sale, and for the period of time or miles hereinafter stated, and, in the event of mechanical failure of the Vehicle, the Dealer agrees as follows.

    (a) For a period of 60 days beginning _7-9_ 19 _99_, or until the Vehicle has been driven 3,000 miles, whichever occurs first, the Dealer will pay 100% of the parts and labor bills, of the "covered parts: listed on the reverse side, necessary to keep the vehicle in serviceable condition under normal use, provided that the repairs are done in the Dealer's shop at the Dealer's regular retail price, and that such repairs do not qualify for adjustment under any new Vehicle warranty applicable to the Vehicle.

2. This Limited Warranty and the Dealer's undertakings hereunder shall not apply if the Vehicle is used for commercial, livery, rental, racing or delivery purposes, abuse, damage by accident, negligence, submersion or failure to maintain the vehicle.

3. This Limited Warranty is issued by the Dealer only and not by the Manufacturer of the Vehicle and is not assignable, and is included (without additional cost) as part of the purchase price of the vehicle.

4. (a) This Limited Warranty is expressly in lieu of any other warranties, express or implied. ALL IMPLIED WARRANTIES, INCLUDING WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE HEREBY SPECIFICALLY LIMITED TO THE SAME DURATION OF TIME (60 DAYS ONLY) AS THE EXPRESS WARRANTY AS PROVIDED ABOVE IN PARAGRAPH 1. (a).
    (b) The Dealer's liability hereunder is limited to repair or replacement as indicated herein and is further limited in amount in all events to the purchase price of the vehicle whether such liability arises from Contract, negotiation, warranty of any kind including warranty of merchantability or fitness beyond 60 days, and for any other cause. PURCHASER SHALL NOT BE ENTITLED TO RECOVER FROM THE DEALER ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.
    (c) Some States do no allow either (1) Limitations on how long an implied warranty lasts or (2) the exclusion of limitation of incidental or consequential damages, so these limitations may not apply to you.

5. This Limited Warranty commences with the date of the signing and is not valid unless signed by the Dealer's authorized Department Head and by the Purchaser, who is to retain a copy. All warranty repairs, questions concerning warranties and informal settlement (dispute) procedures should be referred to Dealer's Service Manager at the address and telephone number stated above.

6. I have read, understand and accept the terms of the Dealer Limited Warranty.

7. This warranty gives you specific legal rights, and you may also have other rights which may vary from State to State.

PURCHASER PLEASE SIGN REVERSE SIDE
SEE REVERSE SIDE FOR PARTS COVERED AND NOT COVERED

# EXHIBIT I

AUTOMOBILE INSURANCE IDENTIFICATION CARD
Issued pursuant to Connecticut Law
Amica Mutual Insurance Company

POLICY NUMBER        EFFECTIVE DATE
S91106-4392          07/09/99

YEAR   MAKE          VEHICLE IDENTIFICATION NUMBER
1994   JEEP          1J4FY29SXRP456105

NAME OF INSURED
CHRISTOPHER A. PHELAN
38 KINNE RD.
GLASTONBURY, CT 06033

KEEP THIS CARD IN THE VEHICLE AT ALL TIMES
SEE REVERSE SIDE

*Fairweather*
Authorized Representative

991106-4392

CHRISTOPHER A. PHELAN
38 KINNE RD.
GLASTONBURY, CT 06033

PSB