EXHIBIT M

**E·LOAN**   *A better way to get a loan*

## DECLARATION OF CUSTODIAN OF RECORDS

I, Cheryl M. Edsen declare:

1. I am over the age of 18 years and not a party to this action.

2. I am the duly authorized custodian of the business records of E-Loan, Inc.

3. The accompanying records are true and correct copies of the complete records maintained in the regular course and scope of the business of E-Loan, Inc.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January 8, 2004 at Pleasanton, California.

Cheryl M. Edsen

Page 1 of 2

Customer Information

## Customer Search

Social Security Number: [_____]

EXACT CMSI Number: [_____]

Customer Email: [_____]

Last Name: [_____]   Full Last Name?: ☑
Active in Last 60 Days?: ☑

First Name: [_____] (not required)
Pre-approved? ☐
Display Closed records? ☐

Draft# [_____]

VIN [_____]
Active in Last 6 Months?: ☑

<u>Purchase Manual Add</u>    <u>Refinance Manual Add</u>

## Credit Management

| AppID | Source | SocSec | Status | Applicant | Co-Applicant | Applied | Maximum Monthly Payment | Maximum Loan Amount |
|-------|--------|--------|--------|-----------|--------------|---------|-------------------------|---------------------|
| Visit Credit Screen APP APP2 APPV STAT Credit Card | CFC | 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 | FORMS Funded by Bank of America | PHELAN, CHRISTOPHER cap5828@yahoo.com | | 07/01/1999 | $201.52 | $10,000.00 |

## Dealer Contact

| Applied Date | Apply Status | Name | Loan Term | Vehicle | Dealer | Deal Status |
|--------------|--------------|------|-----------|---------|--------|-------------|
| 07/01/1999 | status:Funded by Bank of America 07/17/1999<br><br>SST#:<br><br>Etrack<br>• Printed: Final<br>Contract:07/20/1999 | CHRISTOPHER PHELAN<br>(860) 739-8475 (W)<br>(860) 657-3046 (H)<br>cap5828@yahoo.com<br><br>Bank Rate Monitor Rates:<br>Electronic Payments:No<br><br>New:7.29% | 9860725<br>Check No.171040<br>Monthly Payment:$201.52<br>Amt Required:$10,000.00<br>Max Loan Amt:$10,000.00<br>Tier:1<br>Term Selected:60<br>DownPmt:$2,000.00<br>State: CT | AUTO<br>0<br>[Booking Sheet] | Dealer Activation<br><br>NonFranchise Form<br><br>Loan Processor:<br><br>Doc Receipt | No Dealer Selected<br>07/19/1999<br>08:32:59Funded Loan print:<br>07/13/1999<br>14:06:56Draft Presented for Payment kolakowskie:<br>Presenment detail 7/13 scheduled to bounce 7/16 Draft #171040 $10000.00<br>07/12/1999 |

Customer Information

| | | | | | FAX DEALERx | |
|---|---|---|---|---|---|---|
| • Printed: Lender Contract07/19/1999 <br> • Printed: Disclosures07/01/1999 <br> • Printed: Check07/01/1999 | Used:7.74% <br><br> Valid through: 08/29/1999 Mail)Draft | | | | | 10:44:01 Dealer Docs Received flowersat: rcvd bos 07/12/1999 10:40:46 flowersat: rcvd ben_d\_ins\_&\_inc 07/01/1999 16:31:32Misc Comment APPROVED: USER:greg MAXLOANAMT:12000 MONTHLY:243 <br><br> No Stips |

Credit - Main Menu

## Credit - Main Menu [FAQ]

Date: `01/07/2004`    Agent: `_____`

○ Pending    ○ Declined Bona Fide    ○ Approved    ○ Printed    ○ Contact    ○ Closed
○ Declined Non-Bona Fide    ○ Manual Add    ○ Approved- SubPrime    ○ Declined- SubPrime    ○ Quick Form    ○ Handoff
☐ Never Contacted Credit Card Entered    ☐ Time Frame:    ○ 72 Hour    ○ 1 Week

| AppID | Source | SocSec/Password | Status | Applicant | Status |
|---|---|---|---|---|---|
| [App] | CFC | Credit Card | Funded Loan | PHELAN,CHRISTOPHER | Jul 1 13:31 | Misc |
| [App2] | 07/19/1999:Funded Loan | 1 to 2 weeks | | GLASTONBURY, CT | Comment |
| [Email] | 07/19/1999:Funded Loan | | | 06033 | APPROVED: USER:greg |
| [Stat] | 07/01/1999:Approved | ● | | cap5828@yahoo.com | MAXLOANAMT:12000 |
| [FAQ] | 07/01/1999:Pending | Printed (4) | | | MONTHLY:243 |
| [RePrint] | 07/01/1999:Quick Form | | | | |
| [UserSearch] | | | | | |

CMSI Report

```
CREDIT APP: CHRISTOPHER  PHELAN (I)
Time to Purchase 1 TO 2 WEEKS
   CMSI CODES: 08FL-IWR / 08WR9207
   TRADING W/ LOAN: N      FINANCING PREFERRED:   Loan
      LOAN AMOUNT REQUESTED:  10000   LOAN TERM:  60
      DOWN PAYMENT:  2000


   SOURCE:            RETAIL:RET

   DATE & TIME RECEIVED:   07/01/1999 Old App

   LAST NAME:              PHELAN
   FIRST NAME:             CHRISTOPHER
   SOC SEC NO:             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
   DATE OF BIRTH:          10/20/70
   HOME PHONE:             (860) 657-3046
   CELL PHONE:
   CURRENT ADDRESS:        38 KINNE RD
                           GLASTONBURY, CT 06033
   HOW LONG(YY/MM):        10/0
   PREVIOUS ADDRESS
   CITY,STATE,ZIP          , ,
   HOW LONG(YY/MM)         0/0

   EMPL TYPE/OCC:          TEACHER
   HOW LONG(YY/MM):        1/0
   EMPLOYER:               EAST LYME BOARD OF EDUCATION
   SELF EMPLOYED:
   PHONE:                  (860) 739-8475
   CITY,STATE,ZIP:         East lyme, CT
   PREVIOUS EMPL TYPE/OCC:
   HOW LONG(YY/MM):        0/0
   EMPLOYER:
   PHONE:
   CITY,STATE,ZIP:
   CURRENT GROSS SALARY:   3000/Month
   OTHER INCOME:           500/Month
   OTHER INCOME SOURCE:    Bartender

   RESIDENCE STATUS:       Rent
   MONTHLY PAYMENT:        350
   PREV RESIDENCE STATUS:  Own home-no mortgage
   PREV MONTHLY PAYMENT:

   MISC. INFORMATION:
   BANKING TYPE:
   HOUSE VALUE:
   DEALER APP:
   AUTO PAYMENTS:
   ELECTRONIC DOCS:  N
   USER ID:          106464993   APP SOURCE:  F
   EMAIL:            cap5828@yahoo.com
   PASSWORD:         mountain
```

# E LOAN

## Backoffice Manual Add / Update

### Dealer purchase application

**Partner Referral**

Partner: Bank Rate Monitor

**Personal details**

First Name: CHRISTOPHER

Last Name: PHELAN

Address: 38 KINNE RD

City: GLASTONBURY

State: CT

Zip: 06033

Email: cap5828@yahoo.com

**Loan details**

Loan term: 60 months

Loan amount: $ 10000

Downpayment (if known): $ 2000

Trading in a vehicle? ⦿ No ○ Yes

Monthly payment on trade-in: $

Time of purchase:

**Application type**

⦿ Individual – *If applying, and will hold title, by yourself.*

○ Joint – *If applying with another person, married and living in a community property state, or will hold title jointly.*

**Primary applicant information**

Time at current address: 10+ yrs 0 months

Residence type: Rent

If you own your home, please estimate the property value: $

Rent/Mortgage payment: $ 350 per month

Home phone: 860 657 3046

Birthdate: Oct 20 70

Social security number: 049 60 6233

**Primary applicant income**

Self Employed: ○ Yes ⦿ No

Employer: EAST LYME BOARD OF E

Occupation: TEACHER

Gross monthly income:                 $ 3000      per month

Time on job:                          1   yrs   0   months

Street:

City:

State:                                CT

Zip:

Work phone:                           860  739  8475  X:

**Optional:** Enter any other income you want considered.
*Note: Alimony, child support, or separate maintenance income need not be revealed if you do not wish it considered as a basis for repaying this obligation.*

Income from this source:              none

Gross amount:                         $ 500       per month

**Shipping Preferences**

Send PowerCheck to:                   Home

How would you like your PowerCheck sent    Overnight
to you?

**Forward to 3rd Party**

May we forward your application to financial institutions or business partners, including those that may offer or arrange for a direct loan and/or dealer financing. If our products do not meet your needs?

                    ○ Yes   ◉ No

## Billing Choice

○ **Electronic Payments** - Loan rate (APR) is 1/2 percentage point (0.50) lower than payments by mail.

◉ **Payments by mail**

**What type of car are you shopping for?**

Make:                                 Not sure yet

Model:

Type of Purchase:                     Used

**Promotional Information**

Enter promotional code provided by customer.

For United Mileage Plus® customers, please enter the customer's eleven digit Mileage Plus # below.

For Delta SkyMiles Customers, please enter the customer's ten digit SkyMiles # below.

Promotional code:                     mountain

**Credit Card details**

Card Type:                            MasterCard

Name on Card:

Card Number:

Expiration Date:                      01  2001  (mm/yyyy)

🔒 SECURE / ENCRYPTED TRANSMISSION 🔒

edit - Main Menu

CHRISTOPHER PHELAN APPLIED: 07/01/1999 NB/

| Status | Maximum Monthly Payment | Maximum Loan Amount | Amount Required |
|---|---|---|---|
| ○ Approved | | | |
| ○ Declined Bona Fide | | | |
| ○ Decline more income | | | |
| ○ Declined Non-Bona Fide | | | |
| ○ Pending | | | |
| ○ Investigate | | | |
| ○ Contact | 201.52 | 10000.00 | 10000.00 |
| ◉ Funded Loan | | | |
| ○ Funded Lease | | | |
| ○ Pending- SubPrime | | | |
| ○ Approved- SubPrime | | | |
| ○ Declined- SubPrime | | | |
| ○ Funded- SubPrime | | | |

| CMSI ID | TIER | Price to Book |
|---|---|---|
| 9860725 | 1 | 100 % |

☐ Approval for previously declined app.   ☐ Override Dup SSN

Term: 60   Credit Score: [    ]

☐ Send to subprime lender. Lender: Paragon

**E-LOAN**    *A better way to get a loan.™*    🔍 Search E-LOAN [          ]

🔒 Privacy and Security Guaranteed.    📧 My Loan Status: Home   Auto

| HOME PURCHASE | REFINANCE MORTGAGE | HOME EQUITY | AUTO & MOTORCYCLE PURCHASE | AUTO REFINANCE | PERSONAL LOANS | PERSONAL FINANCING STRATEGIES | CREDIT PROBLEMS | CREDIT REPORTS |

## E-Track

### Application Status
Your application is funded.
If you have any questions, please email us at
Info@auto.eloan.com or call 1-800-598-3272.



**Special Offers from E-LOAN**



- Free auto insurance quote - Spend two minutes and save up to $300 on your auto insurance.

  Vehicle purchase loans
  Refinance your existing auto loan
  Home equity loans

- Free vehicle price quote - Make sure you get the best price on your new vehicle purchase. AutoWeb.com saves you time and money with a simple, no haggle process.

  

  Shopping tips
  Frequently asked questions
  What to expect

- Extended warranty service - Warranty-Link provides the most comprehensive and reliable extended warranty for your new or used car, truck, van, or sport utility vehicle.

- Free credit report - Check your credit history for mistakes or identity fraud. Instant online delivery.

| | |
|---|---|
| **Help:** | Contact Us   Site Map   Frequently Asked Questions   Glossary   1-888-533-5333 |
| **Services:** | Newsletters   Free Credit Report   Manage Your Debt   Your Personal Page |
| **Tools:** | Mortgage Calculator   Auto Loan Calculator   Track Mortgage Rates   Other Calculators and Tools |
| **Loans:** | Mortgage Purchase   Mortgage Refinance   Home Equity Loans   Vehicle Loans - Purchase   Auto Refinance Loans   Unsecured Personal Loans   Student Loans   Credit Cards   Consolidate Debt   Bad Credit Mortgages - Purchase   Bad Credit Mortgage Refinancing   Bad Credit Auto Loans |
| **About us:** | Corporate Summary   Investor & Media Relations   Press   Affiliate Program   Privacy Policy |



Copyright 1997-2004 E-LOAN Inc. All rights reserved. Home mortgages and car loans subject to credit review and approval. Properties and vehicles securing all loans must be located in the U.S. View Current State licenses for eloan.com.

 VeriSign Secure Site    

| Date | Name | CMSI | Contract |
|---|---|---|---|

07/01/1999   PHELAN, CHRISTOPHER   9860725   AMOUNT 10000   07/17/1999
38 KINNE RD                                      Mode A
GLASTONBURY, CT 06033
H

Not Sample: ☐
Printed in NY: ☐