EXHIBIT O

| | | | |
|---|---|---|---|
| Citation<br>IN ST 26-1-2-511<br>IC 26-1-2-511<br>**C** | Found Document | Rank 1 of 1 | Database<br>IN-ST-ANN |

*WEST'S* ANNOTATED INDIANA CODE
TITLE 26. COMMERCIAL LAW
ARTICLE 1. UNIFORM COMMERCIAL CODE
CHAPTER 2. SALES
26-1-2-511 Tender of payment by buyer; payment by check

Sec. 511. (1) Unless otherwise agreed, tender of payment is a condition to the seller's duty to tender and complete any delivery.

(2) Tender of payment is sufficient when made by any means or in any manner current in the ordinary course of business, unless the seller demands payment in legal tender and gives any extension of time reasonably necessary to procure it.

(3) Subject to the provisions of IC 26-1-3.1-802 on the effect of an instrument on an obligation, payment by check is conditional and is defeated as between the parties by dishonor of the check on due presentment.

CREDIT(S)

As amended by P.L.152-1986, SEC.148; P.L.222-1993, SEC.4.

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

# EXHIBIT P



CarFinance.com
270 S. Service Road
Melville, NY 11747

**NationsBank**

www.CarFinance.com   phone:1-888-324-4957   fax:1-888-322-9850

CHRISTOPHER PHELAN                                                7/01/1999
38 KINNE RD
GLASTONBURY, CT 06033

Dear CHRISTOPHER PHELAN :

You've been approved for a new or used vehicle Installment Loan up to a MAXIMUM AMOUNT of $ 12,000

Financing is available for most any vehicle purchased at a franchised dealer (dealer selling both new and used cars) that is a model year 1994 or newer with fewer than 75,000 miles.

You're eligible for special Internet-user interest rates of 7.29% APR for new cars (60 months) and 7.74% APR for used cars (60 months ).

We provide the following items to assist in your purchase:

   1. Loan Check Draft - Works like your own personal check; simply fill
      in amount up to approved limit and present to dealer as payment.

   2. New and Used Car Loan Agreements - select the appropriate
      one and carefully review the terms. Agreements are completed as if
      you were to use entire approved amount.

   3. Loan Worksheet - Since you're likely to use only a portion
      of your approved amount,
      please visit http://www.CarFinance.com/wks106464993
      to view what your exact borrowing costs and monthly
      payments would be at various loan amounts and for virtually
      any car or truck.

Please bring a valid drivers license, proof of income (pay stub or W2) and insurance card upon your visit to the dealer. If you have any questions, please do not hesitate to e-mail us at fininfo@CarFinance.com or call us toll-free at 1-888-324-4964 Mon-Fri 8:30am-11pm, Sat-Sun 10am-6pm ET.

If, for any reason, the dealer is reluctant to accept Check Drafts or is hesitant to release your car until the Draft clears, please call 1-888-871-6372. CarFinance.com will make direct payment to the dealer in these rare occasions (same-day if possible).

Sincerely,
CarFinance.com - a subsidiary of NationsBank                    (O/14/brm)

# This is your CarFinance.com Approval Package

It contains:

1. **A check draft** made out to a maximum amount, valid at any franchised auto dealer - simply fill in the exact amount of your purchase (less than or equal to the maximum approved amount).

2. **Sample contracts.** One for new cars and one for used, select the contract that's appropriate for your vehicle.

3. **A list of Frequently Asked Questions and answers** (see below).

**If you have any issues at the dealership, regarding Maximum Loan Amount, Interest Rates or Loan-to-Value ratio, please call:**

Our Toll-Free Number
**1-888-324-4957**



**Installment Loan - F.A.Q. Frequently Asked Questions**

### What is a Check Draft?
A Check Draft is just like a bank check except that it requires the dealer to fax certain documents to CarFinance.com before the money is transferred.

### Are the Contracts in my Approval Package only samples?
Yes, the Contracts that come with the Approval Package are only samples. They are made out for the maximum amount. Your actual contracts would look exactly the same except that they would indicate the exact amount financed. You will be sent a welcome letter that includes the "final contract" including the exact loan amount, payment and interest information after you have used the Check Draft to make your vehicle purchase.

### What is the $28 charge for VSI insurance (some states)?
VSI insurance covers the lender in the event that the vehicle is repossessed and there is damage not covered by the borrower's insurance.

### Do I have to use the full Loan Amount?
CarFinance.com approves customers up to a maximum amount. You are not required to use the full amount. Use only what you need, so long as the amount of your vehicle purchase is greater than $7,500 and less than or equal to your maximum approved amount.

### I would like a higher loan amount, do I need to re-apply?
You don't need to re-apply. To request a higher loan amount, contact CarFinance.com by sending an email to finstatus@CarFinance.com.

### What choices do I have in Loan Terms?
You have selected a loan term when you applied, if you would like to change the term, please send an email to finstatus@CarFinance.com.

### When will I get my Payment Book?
You will automatically be sent a Payment Book 2-3 weeks after using the CarFinance.com Check Draft.

### At which dealerships can I purchase my vehicle?
You can purchase your new or used vehicle at any Franchised Auto Dealership, that is, dealers selling new vehicles for at least one domestic or import brand. If you plan to make your purchase at an independent dealership, you must contact CarFinance.com in advance and request approval.

### What is "Loan to Value Ratio"?
Loan to Value Ratio is a comparison of the Loan Amount to the Value of the vehicle that's published by a specific Auto Industry Pricing Guide such as "NADA" or "KBB".

### What does NADA or KBB mean?
NADA and KBB are Auto Industry Pricing Guides; NADA stands for "National Auto Dealer's Association" and KBB stands for "Kelly Blue Book". The NADA pricing guide is used to determine the "Loan to Value Ratio" in most states; the KBB pricing guide is used to determine the "Loan to Value Ratio" primarily in California.

### Will the dealer accept my Check Draft without a problem?
Using your CarFinance.com Check Draft is just like using a bank check to purchase your vehicle. Most dealers will accept it without any problems. However, dealers have the right to refuse any type of payment, including the CarFinance.com Check Draft. Although it is not common, if you encounter a dealer that will not accept the CarFinance.com Check Draft, please call 1-888-871-6372. CarFinance.com will make direct payment to the dealer in these rare occasions (same-day if possible).

### Are there any Insurance requirements for a CarFinance.com Loan?
With a CarFinance.com Loan you must have auto insurance with a maximum of $500 deductible for comprehensive and collision.

### Are there any penalties if I Pre-Pay my loan?
No, you can pre-pay your loan or pay-off the entire amount at any time, without incurring any penalties.

### How do I make the Monthly Payments?
You will receive a Payment Book via the US mail, each month, you must send in the corresponding payment stub along with a check for the required amount to CarFinance.com/EVRI 270 S. Service Rd. Melville, NY 11747.

### My Check Draft has expired, how do I get an extension?
Please contact CarFinance.com by sending an email to finstatus@CarFinance.com.

### If I don't use my Approval Package, what should I do?
You are not obligated to use your CarFinance.com Approval Package or Check Draft. If you decide not to use them, just tear them up and discard.

### If the dealer doesn't accept my Check Draft, what should I do?
If, for any reason, the dealer is reluctant to accept Check Drafts, please call 1-888-871-6372. CarFinance.com will make direct payment to the dealer in these rare occasions (same-day if possible).

-USED VEHICLE DISCLOSURES- SAMPLE

| LENDER'S NAME AND ADDRESS | BORROWER'S NAME AND ADDRESS | |
|---|---|---|
| NationsBank, N.A.<br>270 South Service Rd.<br>Melville, NY 11747<br>"You" means the Lender, its successors and assigns. | CHRISTOPHER PHELAN<br>38 KINNE RD<br>GLASTONBURY, CT 06033<br>"I" includes each Borrower above, jointly and severally. | Loan Number 9860725<br>Date 7/01/1999 'e'<br>Maturity Date 6/29/2004 'e'<br>Loan Amount $ 12,000.00 'e'<br>Renewal Of N/A |

TERMS FOLLOWING A ☒ APPLY ONLY IF CHECKED

**NOTE** - For value received, I promise to pay to you, or your order, at your address above, the principal sum of: Twelve Thousand 'e'. Dollars $ 12,000.00 'e',
plus interest from the date I endorse draft at the rate of 7.74 % per year until paid in full.

☐ **ADDITIONAL FINANCE CHARGE** - I also agree to pay a nonrefundable fee of $ NA, and it will be ☐ paid in cash. ☐ paid pro rata over the loan term. ☐ withheld from the proceeds. (If this fee is withheld from the proceeds, the amount is included in the principal sum.)

**PAYMENT** - I will pay this note as follows:
(a) ☐ Interest due: NA
    Principal due: NA
(b) ☒ This note has 60 payments. The first payment will be in the amount of $ 241.83 'e' and will be due 8/01/1999 'e'.
    A payment of $ 241.83 'e' will be due on the 01 day of each month thereafter.
    The final payment of the entire unpaid balance of principal and interest will be due 6/29/2004 'e'.

**INTEREST** - Interest accrues on a Simple interest- days basis. ☒ **POST-MATURITY INTEREST** - Interest will accrue at the rate of 7.74 % per year on the balance of this note not paid at maturity, including maturity by acceleration.

☐ **MINIMUM INTEREST CHARGE** - I agree to pay a minimum interest charge of $ NA if I pay this loan off before you have earned that much in interest.

☒ **LATE CHARGE** - If checked, I agree to pay a late charge of 5 % of the amount of any payment which is late by 10 days or more. This charge will not exceed $ 10.00.

**THE PURPOSE OF THIS LOAN IS** - to purchase a vehic[le]

**SECURITY** - You have certain rights that may affect my property as explained on page 2. This loan ☒ is ☐ is not further secured.
(a) ☐ This loan is secured by _____, dated _____.
(b) ☒ Security Agreement - I give you a security interest in the Property described below. The rights I am giving you in this Property and the obligations this agreement secures are defined on page 2 of this agreement.

Vehicle as described on face of proceeds check.

This Property will be used for personal purposes.

| ANNUAL PERCENTAGE RATE<br>The cost of my credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost me. | AMOUNT FINANCED<br>The amount of credit provided to me or on my behalf. | TOTAL OF PAYMENTS<br>The amount I will have paid when I have made all scheduled payments. | I have the right to receive at this time an itemization of the Amount Financed. |
|---|---|---|---|---|
| 7.74 % | $ 2,509.80 'e' | $ 12,000.00 'e' | $ 14,509.80 'e' | XX  YES - I want an itemization.<br>___ NO - I do not want an itemization. |

My **Payment Schedule** will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 60 | $ 241.83 'e' | Monthly, beginning 8/01/1999 'e' |
| | $ | |
| | $ | |
| | $ | |

"e" means an estimate.
$ _____ Filing Fees
$ _____ Nonfiling Insurance

☐ This note has a demand feature. ☐ This note is payable on demand and all disclosures are based on an assumed maturity of one year.

**Security** - I am giving a security interest in:  ☐ (brief description of other property)
☒ the goods or property being purchased.
☐ collateral securing other loans with you may also secure this loan.
☐ my deposit accounts and other rights to the payment of money from you.

☒ **Late Charge** - If checked, I agree to pay a late charge of 5 % of the amount of any payment which is late by 10 days or more. This charge will not exceed $ 10.00.

☐ **Required Deposit** - The annual percentage rate does not take into account my required deposit.
**Prepayment** - If I pay off this note early, I ☐ may ☒ will not have to pay a minimum interest charge.
☐ If I pay off this note early, I will not be entitled to a refund of part of the additional finance charge.
☐ **Assumption** - Someone buying the property securing this obligation cannot assume the remainder of the obligation on the original terms.
I can see my contract documents for any additional information about nonpayment, default, any required repayment before the scheduled date, and prepayment refunds and penalties.

**CREDIT INSURANCE** - Credit life insurance and credit disability insurance are not required to obtain credit, and will not be provided unless I sign and agree to pay the additional costs.

| Type | Premium | Term |
|---|---|---|
| Credit Life | N/A | |
| Credit Disability | N/A | |
| Joint Credit Life | N/A | |

I ☐ do ☒ do not want credit life insurance.
I ☐ do ☒ do not want credit disability insurance.
I ☐ do ☒ do not want joint credit life insurance.
I ☐ do ☐ do not want _____ insurance.
X _____ DOB 10/20/70
X _____ DOB 3/9/56

**PROPERTY INSURANCE** - I may obtain property insurance from anyone I want that is acceptable to you. If I get the insurance from or through you I will pay $ N/A for N/A of coverage.

**SINGLE INTEREST INSURANCE** - I may obtain single interest insurance from anyone I want that is acceptable to you. If I get the insurance from or through you I will pay $ 0 for VSI % of coverage.

(Optional)
Signed _____ For Lender
Title _____

**ITEMIZATION OF AMOUNT FINANCED**
AMOUNT GIVEN TO ME DIRECTLY  $ 12,000.00 'e'
AMOUNT PAID ON MY (LOAN) ACCOUNT  $ N/A
                                                                 $ 0
AMOUNTS PAID TO OTHERS ON MY BEHALF:
                             to Insurance Companies  $ 0
                             to Public Officials  $ 0
                                                                 $ 0
                                                                 $ 0
                                                                 $ 0
(less) PREPAID FINANCE CHARGE(S)  $ 0
                 Amount Financed  $ 12,000.00 'e'
(Add all items financed and subtract prepaid finance charges.)

**SIGNATURES** - I AGREE TO THE TERMS SET OUT ON PAGE 1 AND PAGE 2 OF THIS AGREEMENT. I HAVE RECEIVED A COPY OF THIS DOCUMENT ON TODAY'S DATE.
COSIGNERS - SEE SEPARATE NOTICE BEFORE SIGNING.

Signature  I understand by endorsing the proceeds draft for this loan, I acknowledge receipt of a copy of this Note and Security Agreement and I agree to the terms and conditions hereof.

Signature _____

SIMPLE INTEREST NOTE, DISCLOSURE, AND SECURITY AGREEMENT

CONSUMER LOAN - NOT FOR OPEN-END CREDIT
(page 1 of 2)

## ADDITIONAL TERMS OF THE NOTE

**DEFINITIONS** - "I," "me" or "my" means each Borrower who signs this note. "I," "me" or "my" also includes each other person or legal entity (including guarantors, endorsers, and sureties) who agrees to pay this note. Together these persons are referred to as "us." "You" or "your" means the Lender and its successors and assigns.

**APPLICABLE LAW** - This note and any agreement securing this note will be governed by the laws of the state of Connecticut. The federal Truth-in-Lending disclosures on page 1 are disclosures only and are not intended to be terms of this agreement. The fact that any part of this note cannot be enforced will not affect the rest of this note. Any change to this note or any agreement securing this note must be in writing and signed by you and me.

**PAYMENTS** - Each payment I make on this loan will be applied first to any charges I owe other than principal and interest. Payments will then be applied to interest that is due, and finally to principal that is due. No late charge will be assessed on any payment when the only delinquency is due to late fees assessed on earlier payments and the payment is otherwise a full payment. The actual amount of my final payment will depend on the interest rates and my payment record. If any payment due under this loan does not equal or exceed the amount of interest due, you may, increase the amount of the payment due. You may also increase all future payments to an amount that will pay off this loan in equal payments over the remaining term of this loan.

**PREPAYMENT** - I may prepay this loan in whole or in part at any time. If I prepay in part, I must still make each later payment in the original amount as it becomes due until this note is paid in full.

**DEFAULT** - I will be in default if any one or more of the following occurs.

(a) I fail to make a payment in full when due;
(b) I die, am declared incompetent, or become insolvent;
(c) I fail to keep any promise I have made in connection with this loan;
(d) I fail to pay, or keep any other promise on, any other loan or agreement I have with you;
(e) I make any written statement or provide any financial information that is untrue or inaccurate at the time it is provided;
(f) Any creditor of mine attempts to collect any debt I owe through court proceedings, set-off or self-help repossession;
(g) The Property is damaged, destroyed or stolen;
(h) I fail to provide any additional security that you may require;
(i) Anything else happens that causes you to believe that you will have difficulty collecting the amount I owe you.

If any of us are in default on this note or any security agreement, you may exercise your remedies against any or all of us.

**REMEDIES** - If I am in default on this loan or any agreement securing this loan, you have the following remedies.

(a) Make unpaid principal, earned interest and all other agreed charges I owe you under this loan immediately due except as provided below;
(b) Use the right of set-off as explained below;
(c) Demand more security or new parties obligated to pay this loan (or both) in return for not using any other remedy;
(d) Make a claim for any and all insurance benefits or refunds that may be available on my default;
(e) Use any remedy you have under state or federal law; and
(f) Use any remedy given to you in any agreement securing this loan.

If this is a Second Mortgage Loan you may charge loan fees, points, commission, transaction fees or similar prepaid finance charges. If I agree to these charges and fail to make payments on time or in the amount due there shall be no acceleration unless I am in default for more than sixty days. Upon acceleration, you may demand immediate payment as well as exercise any other remedy available to you. You may foreclose this note in the manner provided by law.

By choosing any one or more of these remedies you do not give up your right to use another remedy later. By deciding not to use any remedy should I be in default, you do not give up your right to consider the event a default if it happens again.

**COSTS OF COLLECTION AND ATTORNEYS' FEES** - If you must hire a lawyer to collect this note, and a lawsuit is commenced, I must pay his or her fee (not exceeding 15% of what is due on this note). I also agree to pay court costs. This provision shall apply if I file a petition or any other claim for relief under any bankruptcy rule or law of the United States. This provision also shall apply if such petition or other claim for relief is filed against me by another.

**SET-OFF** - If I agree that you may set off any amount due and payable under this note against any right I have to receive money from you.

"Right to receive money from you" means:
(a) Any deposit account balance I have with you;
(b) Any money owed to me on an item presented to you or in your possession for collection or exchange; and
(c) Any repurchase agreement or other nondeposit obligation.

"Any amount due and payable under this note" means the total amount of which you are entitled to demand payment under the terms of this note at the time you set off. This total includes any balance the due date for which you properly accelerate under this note.

Attach FTC "Preservation of Consumer Claims and Defenses" Notice if Applicable

If my right to receive money from you is owned by someone else not paying this note, you can only set off funds I could withdraw on my sole request or endorsement. Your right of set-off does not apply to an account or other obligation where my rights arise only in a representative capacity. It also does not apply to any Individual Retirement Account or other tax-deferred retirement account.

You will not be liable for the dishonor of any check when the dishonor occurs because you set off this debt against any of my accounts. I agree to hold you harmless from any such claims arising as a result of your exercise of your right of set-off.

**OBLIGATIONS INDEPENDENT** - I understand that my obligation to pay this loan is independent of the obligation of any other person who has also agreed to pay it. You may, without notice, release me or any of us. You may give up any right you have against any of us. You may extend new credit to any of us. You may renew or change this note one or more times and for any term, and I will still be obligated to pay this loan. You may, without notice, fail to perfect your security interest in, impair, or release any security and I will still be obligated to pay this loan.

## ADDITIONAL TERMS OF THE SECURITY AGREEMENT

**SECURED OBLIGATIONS** - This security agreement secures this loan (including all extensions, renewals, refinancings and modifications) and any other debt I have with you now or later. Property described in this security agreement will not secure other such debts if:

(a) you fail to give any required notice of the right of rescission with respect to the property;
(b) this security agreement will not secure other debts if this security interest is in "household goods" and the other debt is a "consumer loan." "Household goods" and "consumer loan" are defined in federal regulations governing unfair and deceptive credit practices; and the other debt is a consumer loan.
This security agreement will last until it is discharged in writing.

For the sole purpose of determining the extent of a purchase money security interest arising under this security agreement:

(a) Payments on any nonpurchase money loan also secured by this agreement will not be deemed to apply to the Purchase Money Loan; and
(b) Payments on the Purchase Money Loan will be deemed to apply first to the nonpurchase money portion of the loan, if any. Payments will then apply to the purchase money obligations in the order in which the items were acquired.

No security interest will be terminated by application of this formula. A loan is a "Purchase Money Loan" when all or part of the proceeds of the loan are used to purchase the property which secures the loan. All extensions, renewals, consolidations and refinancings of such loan are also a Purchase Money Loan.

**PROPERTY** - The word "Property," as used here, includes all property that is listed in the security agreement on page 1. If a general description is used, the word Property includes all my property fitting the general description. Property also means all benefits that arise from the described Property. It also means property that now or later is attached to, is a part of, or results from the Property.

**OWNERSHIP AND DUTIES TOWARD PROPERTY** - Unless a co-owner(s) of the Property signed a third party agreement, I represent that I own all the Property. I will defend the Property against any other claim. I agree to do whatever you require to perfect your interest and keep your priority. I will not do anything to harm your position.

I will keep the Property in my possession (except if pledged and delivered to you). I will keep it in good repair and use it only for its intended purposes. I will keep it at my address unless we agree otherwise in writing.

I will not try to sell or transfer the Property. I will not permit the Property to become attached to any real estate, without your written consent. I will pay all taxes and charges on the Property as they become due. I will inform you of any loss or damage to the Property. You have the right of reasonable access in order to inspect the Property.

**INSURANCE** - I agree to buy insurance on the Property against the risks and for the amounts you require. I will name you as loss payee on any such policy. You may require added security on this loan if you agree that insurance proceeds may be used to repair or replace the Property. I agree that if the insurance proceeds do not cover the amounts I still owe you, I will pay the difference. I will buy the insurance from a firm authorized to do business in Connecticut. The firm will be reasonably acceptable to you. I will keep the insurance until all debts secured by this agreement are paid.

**DEFAULT AND REMEDIES** - If I am in default, you have a number of remedies. Some remedies were listed in the note portion of this document. In addition, after giving notice and waiting a period of time, if required by law, you have the following remedies.

(a) If I default by failing to pay taxes or other charges, you may pay them (but are not required to do so). If you do, I will repay to you the amount you paid plus interest at the rate this note will earn if paid as agreed.
(b) You may require me to gather the Property and make it available to you in a reasonable fashion.
(c) You may repossess the Property and sell it as provided by law. You may apply what you receive from the sale of the Property to your expenses and then to the debt. If what you receive from the sale of the Property is less than what I owe you, you may take me to court to recover the difference (except when prohibited by law).
(d) In some cases, you may keep the Property to satisfy the debt.

Notice to me of your intended sale or disposition of the Property is reasonable if it is sent by first class mail 10 days before the intended sale or disposition. The notice will be sent to me at my last known address. I agree to inform you in writing of any change in my address.

**FILING** - A copy of this security agreement may be used as a financing statement when allowed by law.

(page 2 of 2)

Bankers Systems, Inc., St. Cloud, MN (1-800-397-2341) Form NDaS-SI-CT 3/24/93

**NEW VEHICLE DISCLOSURES- SAMPLE**

| | | |
|---|---|---|
| NationsBank, N.A.<br>270 South Service Rd.<br>Melville, NY 11747<br><br>**LENDER'S NAME AND ADDRESS**<br>"You" means the Lender, its successors and assigns. | CHRISTOPHER PHELAN<br><br>38 KINNE RD<br>GLASTONBURY, CT 06033<br><br>**BORROWER'S NAME AND ADDRESS**<br>"I" includes each Borrower above, jointly and severally. | Loan Number 9860725<br>Date 7/01/1999 'e'<br>Maturity Date 6/29/2004 'e'<br>Loan Amount $ 12,000.00 'e'<br>Renewal Of N/A |

TERMS FOLLOWING A ☒ APPLY ONLY IF CHECKED

**NOTE** - For value received, I promise to pay to you, or your order, at your address above, the principal sum of: _____ Dollars $ 12,000.00 'e',
Twelve Thousand 'e'.
plus interest from the date I endorse draft at the rate of 7.29 % per year until paid in full.

☐ **ADDITIONAL FINANCE CHARGE** - I also agree to pay a nonrefundable fee of $ NA, and it will be ☐ paid in cash. ☐ paid pro rata over the loan term. ☐ withheld from the proceeds. (If this fee is withheld from the proceeds, the amount is included in the principal sum.)

**PAYMENT** - I will pay this note as follows:
(a) ☐ Interest due: NA
    Principal due: NA
(b) ☒ This note has 60 payments. The first payment will be in the amount of $ 239.26 'e' and will be due 8/01/1999 'e'.
    A payment of $ 239.26 'e' will be due on the 01 day of each month thereafter.
    The final payment of the entire unpaid balance of principal and interest will be due 6/29/2004 'e'.

**INTEREST** - Interest accrues on a Simple interest- basis.   ☒ **POST-MATURITY INTEREST** - Interest will accrue at the rate of
☐ **MINIMUM INTEREST CHARGE** - I agree to pay a $ minimum   7.29 % per year on the balance of this note not paid at maturity,
interest charge of $ NA if I pay this loan off before you have   including maturity by acceleration.
earned that much in interest.

☒ **LATE CHARGE** - If checked, I agree to pay a late charge of 5 %
of the amount of any payment which is late by 10 days or   **THE PURPOSE OF THIS LOAN IS** - to purchase a vehicl
more. This charge will not exceed $ 10.00.

**SECURITY** - You have certain rights that may affect my property as explained on page 2. This loan ☒ is ☐ is not further secured.
(a) ☐ This loan is secured by _____, dated _____.
(b) ☒ Security Agreement - I give you a security interest in the Property described below. The rights I am giving you in this Property and the obligations this agreement secures are defined on page 2 of this agreement.

Vehicle as described on face of proceeds check.

This Property will be used for personal purposes.

| ANNUAL<br>PERCENTAGE RATE<br>The cost of my credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost me. | AMOUNT FINANCED<br>The amount of credit provided to me or on my behalf. | TOTAL OF PAYMENTS<br>The amount I will have paid when I have made all scheduled payments. | I have the right to receive at this time an itemization of the Amount Financed. |
|---|---|---|---|---|
| 7.29 % | $ 2,355.60 'e' | $ 12,000.00 'e' | $ 14,355.60 'e' | XX YES - I want an itemization.<br>NO - I do not want an itemization. |

**My Payment Schedule will be:**

| Number of Payments | Amount of Payments | When Payments Are Due | |
|---|---|---|---|
| 60 | $ 239.26 'e' | Monthly, beginning 8/01/1999 'e' | "a" means an estimate. |
|  | $ |  | $ _____ Filing Fees |
|  | $ |  | $ _____ Nonfiling Insurance |
|  | $ |  | |

☐ This note has a demand feature.   ☐ This note is payable on demand and all disclosures are based on an assumed maturity of one year.

**Security** - I am giving a security interest in:   ☐ (brief description of other property)
☒ the goods or property being purchased.
☐ collateral securing other loans with you may also secure this loan.
☐ my deposit accounts and other rights to the payment of money from you.

☒ **Late Charge** - If checked, I agree to pay a late charge of 5 % of the amount of any payment which is late by 10 days or more. This charge will not exceed $ 10.00.

☐ **Required Deposit** - The annual percentage rate does not take into account my required deposit.

**Prepayment** - If I pay off this note early, I ☐ may ☒ will not have to pay a minimum interest charge.
☐ If I pay off this note early, I will not be entitled to a refund of part of the additional finance charge.

☐ **Assumption** - Someone buying the property securing this obligation cannot assume the remainder of the obligation on the original terms.
I can see my contract documents for any additional information about nonpayment, default, any required repayment before the scheduled date, and prepayment refunds and penalties.

**CREDIT INSURANCE** - Credit life insurance and credit disability insurance are not required to obtain credit, and will not be provided unless I sign and agree to pay the additional costs.

| Type | Premium | Term |
|---|---|---|
| Credit Life | N/A | |
| Credit Disability | N/A | |
| Joint Credit Life | N/A | |

I ☐ do ☒ do not want credit life insurance.
I ☐ do ☒ do not want credit disability insurance.
I ☐ do ☒ do not want joint credit life insurance.
I ☐ do ☐ do not want _____ insurance.
X _____ DOB 10/20/70
X _____ DOB 3/9/56

**PROPERTY INSURANCE** - I may obtain property insurance from anyone I want that is acceptable to you. If I get the insurance from or through you I will pay $ N/A for N/A of coverage.

**SINGLE INTEREST INSURANCE** - I may obtain single interest insurance from anyone I want that is acceptable to you. If I get the insurance from or through you I will pay $ 0 for VSI % of coverage.

(Optional)
Signed _____ For Lender
Title _____

**ITEMIZATION OF AMOUNT FINANCED**
AMOUNT GIVEN TO ME DIRECTLY $ 12,000.00 'e'
AMOUNT PAID ON MY (LOAN) ACCOUNT $ N/A
$ 0
AMOUNTS PAID TO OTHERS ON MY BEHALF:
  to Insurance Companies $ 0
  to Public Officials $ 0
$ 0
$ 0
$ 0
(less) PREPAID FINANCE CHARGE(S) $ 0
Amount Financed $ 12,000.00 'e'
(Add all items financed and subtract prepaid finance charges.)

**SIGNATURES** - I AGREE TO THE TERMS SET OUT ON PAGE 1 AND PAGE 2 OF THIS AGREEMENT. I HAVE RECEIVED A COPY OF THIS DOCUMENT ON TODAY'S DATE.
COSIGNERS - SEE SEPARATE NOTICE BEFORE SIGNING.

Signature I understand by endorsing the proceeds draft for this loan, I acknowledge receipt of a copy of this Note and Security Agreement and I agree to the terms and conditions hereof.

Signature _____

SIMPLE INTEREST NOTE, DISCLOSURE, AND SECURITY AGREEMENT          CONSUMER LOAN - NOT FOR OPEN-END CREDIT

## ADDITIONAL TERMS OF THE NOTE

**DEFINITIONS** - "I," "me" or "my" means each Borrower who signs this note. "I," "me" or "my" also includes each other person or legal entity (including guarantors, endorsers, and sureties) who agrees to pay this note. Together these persons are referred to as "us." "You" or "your" means the Lender and its successors and assigns.

**APPLICABLE LAW** - This note and any agreement securing this note will be governed by the laws of the state of Connecticut. The federal Truth-in-Lending disclosures on page 1 are disclosures only and are not intended to be terms of this agreement. The fact that any part of this note cannot be enforced will not affect the rest of this note. Any change to this note or any agreement securing this note must be in writing and signed by you and me.

**PAYMENTS** - Each payment I make on this loan will be applied first to any charges I owe other than principal and interest. Payments will then be applied to interest that is due, and finally to principal that is due. No late charge will be assessed on any payment when the only delinquency is due to late fees assessed on earlier payments and the payment is otherwise a full payment. The actual amount of my final payment will depend on the interest rates and my payment record. If any payment due under this loan does not equal or exceed the amount of interest due, you may, increase the amount of the payment due. You may also increase all future payments to an amount that will pay off this loan in equal payments over the remaining term of this loan.

**PREPAYMENT** - I may prepay this loan in whole or in part at any time. If I prepay in part, I must still make each later payment in the original amount as it becomes due until this note is paid in full.

**DEFAULT** - I will be in default if any one or more of the following occurs.

(a) I fail to make a payment in full when due;
(b) I die, am declared incompetent, or become insolvent;
(c) I fail to keep any promise I have made in connection with this loan;
(d) I fail to pay, or keep any other promise on, any other loan or agreement I have with you;
(e) I make any written statement or provide any financial information that is untrue or inaccurate at the time it is provided;
(f) Any creditor of mine attempts to collect any debt I owe through court proceedings, set-off or self-help repossession;
(g) The Property is damaged, destroyed or stolen;
(h) I fail to provide any additional security that you may require;
(i) Anything else happens that causes you to believe that you will have difficulty collecting the amount I owe you.

If any of us are in default on this note or any security agreement, you may exercise your remedies against any or all of us.

**REMEDIES** - If I am in default on this loan or any agreement securing this loan, you have the following remedies.

(a) Make unpaid principal, earned interest and all other agreed charges I owe you under this loan immediately due except as provided below;
(b) Use the right of set-off as explained below;
(c) Demand more security or new parties obligated to pay this loan (or both) in return for not using any other remedy;
(d) Make a claim for any and all insurance benefits or refunds that may be available on my default;
(e) Use any remedy you have under state or federal law; and
(f) Use any remedy given to you in any agreement securing this loan.

If this is a Second Mortgage Loan you may charge loan fees, points, commission, transaction fees or similar prepaid finance charges. If I agree to these charges and fail to make payments on time or in the amount due there shall be no acceleration unless I am in default for more than sixty days. Upon acceleration, you may demand immediate payment as well as exercise any other remedy available to you. You may foreclose this note in the manner provided by law.

By choosing any one or more of these remedies you do not give up your right to use another remedy later. By deciding not to use any remedy should I be in default, you do not give up your right to consider the event a default if it happens again.

**COSTS OF COLLECTION AND ATTORNEYS' FEES** - If you must hire a lawyer to collect this note, and a lawsuit is commenced, I must pay his or her fee (not exceeding 15% of what is due on this note). I also agree to pay court costs. This provision shall apply if I file a petition or any other claim for relief under any bankruptcy rule or law of the United States. This provision also shall apply if such petition or other claim for relief is filed against me by another.

**SET-OFF** - I agree that you may set off any amount due and payable under this note against any right I have to receive money from you.

"Right to receive money from you" means:
(a) Any deposit account balance I have with you;
(b) Any money owed to me on an item presented to you or in your possession for collection or exchange; and
(c) Any repurchase agreement or other nondeposit obligation.

"Any amount due and payable under this note" means the total amount of which you are entitled to demand payment under the terms of this note at the time you set off. This total includes any balance the due date for which you properly accelerate under this note.

If my right to receive money from you is owned by someone else not paying this note, you can only set off funds I could withdraw on my sole request or endorsement. Your right of set-off does not apply to an account or other obligation where my rights arise only in a representative capacity. It also does not apply to any Individual Retirement Account or other tax-deferred retirement account.

You will not be liable for the dishonor of any check when the dishonor occurs because you set off this debt against any of my accounts. I agree to hold you harmless from any such claims arising as a result of your exercise of your right of set-off.

**OBLIGATIONS INDEPENDENT** - I understand that my obligation to pay this loan is independent of the obligation of any other person who has also agreed to pay it. You may, without notice, release me or any of us. You may give up any right you have against any of us. You may extend new credit to any of us. You may renew or change this note one or more times and for any term, and I will still be obligated to pay this loan. You may, without notice, fail to perfect your security interest in, impair, or release any security and I will still be obligated to pay this loan.

## ADDITIONAL TERMS OF THE SECURITY AGREEMENT

**SECURED OBLIGATIONS** - This security agreement secures this loan (including all extensions, renewals, refinancings and modifications) and any other debt I have with you now or later. Property described in this security agreement will not secure other such debts if:

(a) you fail to give any required notice of the right of rescission with respect to the property;
(b) this security agreement will not secure other debts if this security interest is in "household goods" and the other debt is a "consumer loan." "Household goods" and "consumer loan" are defined in federal regulations governing unfair and deceptive credit practices; and the other debt is a consumer loan.

This security agreement will last until it is discharged in writing.

For the sole purpose of determining the extent of a purchase money security interest arising under this security agreement:

(a) Payments on any nonpurchase money loan also secured by this agreement will not be deemed to apply to the Purchase Money Loan; and
(b) Payments on the Purchase Money Loan will be deemed to apply first to the nonpurchase money portion of the loan, if any. Payments will then apply to the purchase money obligations in the order in which the items were acquired.

No security interest will be terminated by application of this formula. A loan is a "Purchase Money Loan" when all or part of the proceeds of the loan are used to purchase the property which secures the loan. All extensions, renewals, consolidations and refinancings of such loan are also a Purchase Money Loan.

**PROPERTY** - The word "Property," as used here, includes all property that is listed in the security agreement on page 1. If a general description is used, the word Property includes all my property fitting the general description. Property also means all benefits that arise from the described Property. It also means property that now or later is attached to, is a part of, or results from the Property.

**OWNERSHIP AND DUTIES TOWARD PROPERTY** - Unless a co-owner(s) of the Property signed a third party agreement, I represent that I own all the Property. I will defend the Property against any other claim. I agree to do whatever you require to perfect your interest and keep your priority. I will not do anything to harm your position.

I will keep the Property in my possession (except if pledged and delivered to you). I will keep it in good repair and use it only for its intended purposes. I will keep it at my address unless we agree otherwise in writing.

I will not try to sell or transfer the Property. I will not permit the Property to become attached to any real estate, without your written consent. I will pay all taxes and charges on the Property as they become due. I will inform you of any loss or damage to the Property. You have the right of reasonable access in order to inspect the Property.

**INSURANCE** - I agree to buy insurance on the Property against the risks and for the amounts you require. I will name you as loss payee on any such policy. You may require added security on this loan if you agree that insurance proceeds may be used to repair or replace the Property. I agree that if the insurance proceeds do not cover the amounts I still owe you, I will pay the difference. I will buy the insurance from a firm authorized to do business in Connecticut. The firm will be reasonably acceptable to you. I will keep the insurance until all debts secured by this agreement are paid.

**DEFAULT AND REMEDIES** - If I am in default, you have a number of remedies. Some remedies were listed in the note portion of this document. In addition, after giving notice and waiting a period of time, if required by law, you have the following remedies.

(a) If I default by failing to pay taxes or other charges, you may pay them (but are not required to do so). If you do, I will repay to you the amount you paid plus interest at the rate this note will earn if paid as agreed.
(b) You may require me to gather the Property and make it available to you in a reasonable fashion.
(c) You may repossess the Property and sell it as provided by law. You may apply what you receive from the sale of the Property to your expenses and then to the debt. If what you receive from the sale of the Property is less than what I owe you, you may take me to court to recover the difference (except when prohibited by law).
(d) In some cases, you may keep the Property to satisfy the debt.

Notice to me of your intended sale or disposition of the Property is reasonable if it is sent by first class mail 10 days before the intended sale or disposition. The notice will be sent to me at my last known address. I agree to inform you in writing of any change in my address.

**FILING** - A copy of this security agreement may be used as a financing statement when allowed by law.

Attach FTC "Preservation of Consumer Claims and Defenses" Notice if Applicable