# EXHIBIT R



| CUSTOMER NO. | ADVISOR JEFFREY ADAMS | CARD NO. 617 | INVOICE DATE 07/15/99 | INVOICE NO. |
|---|---|---|---|---|
| 7274 | | | | |

CHRIS PHELAN
98 RINNE RD
GLASTONBURY, CT 06033

LABOR RATE: 52.00
YEAR/MAKE/MODEL: 94 JEEP WRANGLER/SE 4WD
MILEAGE IN: 84197
COLOR: BLACK
DELIVERY DATE: 04/15/94

LABOR & PARTS
# 1 ODJEZ    ADJUSTMENTS    UNITS: 2.00 TECHS: 168    124.00
C/S INSTALL SOFT TOP..
INSTALLED CUST SUPPLIED SOFT TOP..

JOB # 1 TOTAL LABOR & PARTS    124.00

TOTAL LABOR.... 124.00
TOTAL PARTS.... 0.00
TOTAL SUBLET... 0.00
TOTAL G.O.G.... 0.00
TOTAL MISC CHG. 0.00
TOTAL MISC DISC 0.00
TOTAL TAX...... 7.44
TOTAL INVOICE $ 131.44

**BURNSIDE MOTORS, INC.**
**540 CONNECTICUT BLVD.**
**EAST HARTFORD, CT 06108**
**(860) 289-7401**

**BURNSIDE JEEP, INC.**
**546 CONNECTICUT BLVD.**
**EAST HARTFORD, CT 06108**
**(860) 289-7401**


DEFENDANT'S DEPOSITION EXHIBIT

| | | | | INVOICE NO. 6755 |
|---|---|---|---|---|
| VEHICLE I.D. | YEAR 9? | MAKE/MODEL Wrangler | STOCK NO. | R.O. DATE 07/15/? |
| | | COLOR Black | PRODUCTION DATE | SELLING DEALER NO. |
| CHRIS PHELAN | CUSTOMER NO. 7274 | | DELIVERY DATE | ADVISOR 242? |
| 38 KINNE RD | SERVICE CONTRACT | | EXPIRATION DATE | CARD NO. |
| GLASTONBURY, CT 06033 | | | | MILEAGE 541 |
| RESIDENCE PHONE 657-3046 | BUSINESS PHONE | | CONTRACT NO. | TRANS. |
| TIME RECEIVED 08:12am | DATE/TIME PROMISED 07/15/99 05:30pm | PRIORITY 3 | | AIR COND. |
| | | LABOR RATE 62.00 | | TURBO |
| | | | | P.S. |

**CALL WHEN READY:** ☐ YES ☐ NO

**SAVE PARTS FOR CUSTOMER:** ☐ YES ☐ NO

**APPOINTMENT:** ☒ YES ☐ NO

**WAIVER OF ADVANCE ESTIMATE**

I voluntarily request that repairs be performed on my vehicle without an advance estimate of their cost. By signing this form, I authorize reasonable and necessary costs to remedy the problems complained of, up to a maximum of $_____. The repair shop may not exceed this amount without my written or oral consent.

I.D. OF VEHICLE _____ (YEAR, MAKE OR MODEL, I.D. NO.)

DATE _____ TIME _____

X _____ CUSTOMER SIGNATURE

DATE _____ TIME _____ EMPL _____

**PHONE ESTIMATE FOR AUTHORIZED ADDITIONS**

SPOKE TO:
TIME CALLED:
REPAIRS:
AMOUNT:
BY:

**CHRYSLER Plymouth**
BURNSIDE MOTORS, INC.
540 CONNECTICUT BLVD.
EAST HARTFORD, CT 06108
(860)289-7401

**Jeep. Eagle**
BURNSIDE JEEP EAGLE
546 CONNECTICUT BLVD.
EAST HARTFORD, CT 06108
(860)289-7401

SALES    (860) 289-0246
SERVICE  (860) 289-7401
PARTS    (860) 289-3378

**LABOR INSTRUCTIONS**

JOB 1
ORIGINAL CUSTOMER ESTIMATE:
STATE REG# 2
TOTAL 124.00

ORIGINAL ESTIMATE $ _____
ADDITIONAL ESTIMATE $ _____
ADD. EST. OK'D BY _____

SERVICE TECHNICIAN _____

FORM ERA-1-RO

**LABOR RECORD**

How satisfied are you with the quality of the SERVICE work performed on your vehicle?

**FIX IT RIGHT. THE FIRST TIME** Mileage In _____ Mileage Out _____

Complaint: Soft Top
Cause: Aerosn
Correction: Install restorer supplied Soft Top

Complaint:
Cause:
Correction:

Complaint:
Cause:
Correction:

Complaint:
Cause:
Correction:

Complaint:
Cause:
Correction:

REPAIR ORDER TIME: OFF 9:30 JUL 15 / 13:82 JUL 15
FLAT RATE TIME: 2.0
MECH. PAY $: 189.00
R.O. NO / W.O. NO: 61568
EMPL NO: 758