# EXHIBIT S

12

```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF CONNECTICUT
* * * * * * * * * * * * * * * *
                               *
IN RE JEEP WRANGLER CLASS ACTION * CIVIL NO. 3:02 CV 1219
                               *              JBA
ANGELA PHELAN, ADMINISTRATIX   *
OF THE ESTATE OF CHRISTOPHER   *
PHELAN, CLASS MEMBER, AND      *
INDIVIDUALLY                   *
       Plaintiffs,             *
                               *
V.                             *
                               *
DAIMLERCHRYSLER CORPORATION    *
       Defendant.              * JULY 15, 2003
                               *
* * * * * * * * * * * * * * * *
```

                DEPOSITION OF KORINNA ZAPPALA

APPEARANCES:

        STANGER & ARNOLD
            Attorneys for the Plaintiff
            29 South Main Street
            West Hartford, Connecticut  06107
        BY:  PETER VAN DYKE, ESQ.

        CORNELL & GOLLUB
            Attorneys for the Defendant
            75 Federal Street
            Boston, Massachusetts  02110
        BY:  JAMES P. KERR, ESQ.

        HALLORAN & SAGE
            Attorneys for Korinna Zappala
            One Goodwin Square
            Hartford, Connecticut  06103
        BY:  JAMES SOMERS, ESQ.

            LEE J. WILDER
      CERTIFIED PROFESSIONAL REPORTER

20

16

```
 1  two.
 2      Q    Now, there's a date on this invoice on the
 3  repair order.  I'm looking at Exhibit 3.
 4      A    On 3B.
 5      Q    Yeah.
 6      A    Yes, there is.
 7      Q    And where is the date?
 8      A    Second -- I'm sorry.  Right-hand side, second
 9  line down, 7/15/99.
10      Q    And what does that date indicate?
11      A    That indicates the date that the customer
12  brought in the vehicle or the date that the repair order
13  was written if it were a night drop.
14      Q    And there's a category on 3B that is entitled
15  labor instruction.  Do you see that, Ms. Zappala?
16      A    Labor instruction?
17      Q    (Indicating.)  Looking right there.
18      A    I'm sorry.  Yes.
19      Q    And there's some printed matter underneath
20  labor instruction.  Do you see that?
21      A    Yes.
22      Q    Can you explain the signature of that printed
23  matter?
24      A    The customer was given an original estimate
25  of hundred twenty four dollars.  The -- under job it lists
```

LEE J. WILDER/COURT REPORTING SERVICES (860) 651-3247

```
                                                          21
16    1   one, meaning there was only one complaint or request by
      2   the customer.
      3        Q    How do you know that from looking at the
      4   document?
      5        A    Because there's only one. Normally if there
      6   were more, it would be two, three, four, five et cetera.
      7             Um, C would indicate that it's customer pay.
      8   That it's not warranty or internal repair. The zero zero
      9   JEZ indicates -- zero zero is what we use for the code for
     10   adjustment. The JEZ is for Jeep. As it came up,
     11   adjustment, and then it's C slash S which is customer
     12   states installs soft top.
     13        Q    Is there any way of telling, from the
     14   documents we've marked as Exhibits 3A and B whether or not
     15   this particular activity, installing a soft top, was
     16   completed?
     17        A    On the back of 3B it indicates by the
     18   technician number one sixty-eight. The complaint was soft
     19   top, the correction was installed. Customer supplied soft
     20   top. That was written in by the technician.
     21        Q    Can I just take a look at that document?
     22        A    (Handing.)
     23        Q    How do you tell from the back of Exhibit 3B
     24   that the installation was actually completed?
     25        A    Because it is written under correction.
```

LEE J. WILDER/COURT REPORTING SERVICES (860) 651-3247