EXHIBIT T

Case 3:02-cv-01219-JBA   Document 119-14   Filed 02/13/2004   Page 1 of 5

1

1         SUPERIOR COURT
2      JUDICIAL DISTRICT OF HARTFORD
3            AT HARTFORD
4
5
6  ANGELA PHELAN, ADMINISTRATOR : NO. CV 01-0805150-S
   OF THE ESTATE OF            :
7  CHRISTOPHER PHELAN          :
                               :
8       V.                     :
                               :
9  CHRISTOPHER A. MILLER, ET AL. : June 24, 2002
10
11
12
13         DEPOSITION OF ANGELA PHELAN
14
15
16
17
18
19
20
21
22         BARBARA C. LETSON
           Licensed Shorthand Reporter
23         49 Long View Drive
           Simsbury, Connecticut 06070
24         (860) 658-0500
           FAX (860) 658-1199
25

23   testimony, but just for your information, it's
24   my recollection that she observed him also
25   when he was put to plea and then at the end

ALLAN REPORTING SERVICE (860) 658-0500
49 LONG VIEW DRIVE, SIMSBURY, CT 06070-2643

34

1    when the sentencing occurred.
2        MR. KERR: Okay.
3        MR. ARNOLD: So when he was first
4    arraigned and put to plea and pled not guilty,
5    and from that point thereafter with all the
6    criminal proceedings and investigation to the
7    point where there were plea bargain agreements
8    and then the actual sentencing.
9  BY MR. KERR:
10   Q   Mrs. Phelan, you recall being present at the
11  actual sentencing of Christopher Miller?
12   A   Yes, I do.
13   Q   Is that where you gave the statement you
14  described a few minutes ago?
15   A   Yes, it is.
16   Q   Okay.
17       MR. KERR: Thanks.
18       MR. ARNOLD: Uh-huh.
19  BY MR. KERR:
20   Q   I'm going to ask you a few questions about
21  Christopher's purchase of the Jeep Wrangler; just simply

22  tell me what you know about it. Do you have any

23  information about who was present during the purchase when

24  Christopher made the purchase?

25      A   Well, it was a salesman that -- actually, I

ALLAN REPORTING SERVICE (860) 658-0500
49 LONG VIEW DRIVE, SIMSBURY, CT 06070-2643

35

1   guess I was because he signed the papers finally when I

2   brought him to pick it up. I was present, the salesman he

3   was dealing with was present, and my son Christopher was

4   present.

5       Q   Was Timothy present?

6       A   No.

7       Q   Your other son John wasn't there?

8       A   No.

9       Q   So it was Christopher, it was you, and it was

10  the salesman from Gallagher Buick Pontiac?

11      A   That's correct.

12      Q   Do you remember what papers you had to sign?

13      A   I didn't sign any; he signed the purchase

14  agreement and gave him a check for a down payment and that

15  was it.

16      Q   And --

17      A   Well, that was part of the story. When my son

18  said, Get in, I'll take you for a ride before we leave, I

19  did get in, and the first thing I noticed was there were

20  no air bags in the vehicle. And I mentioned that to my

21  son Christopher and the salesman was standing by the open

22  window on the driver's side and he said that there was an

23  air bag on the driver's side of the vehicle, so as to calm

24  me, I guess, my concern as to the safety of the vehicle.

25      Q   Did you go for a ride in the vehicle after

1   that?

2       A   I went for a ride, a little ride around the

3   area where Gallagher Buick was.

4       Q   So you took a ride around the parking lot?

5       A   No. We actually went out into the street and

6   went a couple of blocks and came back. And Christopher

7   was pointing out the safety features in the vehicle

8   because we had looked at a number of vehicles together

9   prior to his purchasing the Wrangler. And my main concern

10  was the safety of any vehicle that he purchased.

11      Q   What safety features did he point out?

12      A   He said that there were roll bars that would

13  protect him should it roll because that was one of my

14  concerns; that should the vehicle roll over, would he be

15  protected. And the fact that there was a hard top on it,

16  the fact that there was a guarantee on it, that the brakes

17  and the tires were new, and that it was four-wheel drive.

18      Q   Did he point out any other features of the

19  vehicle that he considered safety features?