UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE JEEP WRANGLER CLASS ACTION | : CIVIL NO. 3:02 CV 1219 (JBA) |
| ANGELA PHELAN, ADMINISTRATRIX OF THE ESTATE OF CHRISTOPHER PHELAN, CLASS MEMBER, AND INDIVIDUALLY | : |
| Plaintiffs | : |
| VS. | : |
| DAIMLERCHRYSLER CORPORATION | : MARCH 1, 2004 |
| Defendant | : |

**PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES**

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure and Local Rule 7(a), Plaintiffs move to strike Defendant's first, twelfth, thirteenth, twenty-first, twenty-second, twenty-third, twenty-sixth, twenty-seventh, twenty-eighth, and twenty-ninth affirmative defenses to Plaintiffs' Amended Complaint for the reasons and authorities set forth in Plaintiffs' Memorandum Of Law In Support Of Motion To Strike Defendant's Affirmative Defenses.

**NO ORAL ARGUMENT REQUESTED**

1

        Respectfully submitted,
        PLAINTIFFS

BY_____
    Steven E. Arnold, ct07966
    sea@SAlaw.us
    Peter Van Dyke, ct24747
    pvd@SAlaw.us
    Stanger & Arnold, LLP
    29 South Main Street
    West Hartford, CT 06107
    Tel. (860) 561-0650
    Fax. (860) 561-0646
    Their Attorneys

2

Case 3:02-cv-01219-JBA   Document 121   Filed 03/01/2004   Page 2 of 3

**STANGER & ARNOLD,** LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed on March 1, 2004, postage prepaid, to all counsel and pro se parties of record as follows:

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

Daniel Krisch, Esq.
Horton, Shields & Knox, P.C.
90 Gillett Street
Hartford, CT 06105

Lewis H. Goldfarb, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY 10022

Courtesy copy to:

The Honorable Janet Bond Arterton
United States District Court
District of Connecticut
141 Church Street
New Haven, CT 06510

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson
555 Thirteenth Street
Washington, DC 20004

M. Sheila Jeffrey, Esq.
Miller, Canfield, Paddock & Stone, P.L.C.
Seventh Floor
101 North Main
Ann Arbor, MI 48104

The Honorable Joan Glazer Margolis
United States District Court
District of Connecticut
141 Church Street
New Haven, CT 06510

                                  Peter M. Van Dyke

**STANGER & ARNOLD,** LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042