UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE JEEP WRANGLER CLASS ACTION | : | CIVIL NO. 3:02 CV 1219 (JBA) |
| | : | |
| ANGELA PHELAN, ADMINISTRATRIX OF | : | |
| THE ESTATE OF CHRISTOPHER PHELAN, | : | |
| CLASS MEMBER, AND INDIVIDUALLY | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| VS. | : | |
| | : | |
| DAIMLERCHYSLER CORPORATION | : | MARCH 5, 2004 |
| | : | |
| Defendant | : | |

**PLAINTIFFS' LOCAL RULE 56(a)2 STATEMENT**

   **A.    Plaintiffs' response to Defendant's numbered paragraphs:**

1.  Admitted

2.  Admitted

3.  Admitted

4.   Admitted

5.  Admitted

6.  Denied

7.  Admitted

STANGER & ARNOLD, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

8.  Admitted

9.  Admitted

10.  Admitted

11.  Admitted

12.  Admitted

13.  Admitted

14.  Admitted

15.  Admitted

16. Admitted

17.  Denied, sold.

18.  Denied, letter of credit.

19.  Denied, letter of credit.

20.  Denied, letter of credit.

21.  Admitted

22.  Admitted

23.  Denied

2

**B.**      **Plaintiff's statement concerning a list of each issue of material fact as to which it is contended there is a genuine issue to be tried:**

Plaintiffs respectfully represent that, except for the facts admitted above, Defendant has put in issue and has contested all other facts that may be material to this action.

PLAINTIFFS

BY_____
            Steven E. Arnold, ct07966
            sea@SAlaw.us
            Peter M. Van Dyke, ct24747
            pvd@SAlaw.us
            Stanger & Arnold, LLP
            29 South Main Street
            West Hartford, CT 06107
            Tel. (860) 561-0650
            Fax. (860) 561-0646
            Their Attorneys

**STANGER & ARNOLD, LLP**
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on March 5, 2004, postage prepaid, to all counsel and pro se parties of record as follows:

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

Daniel Krisch, Esq.
Horton, Shields & Knox, P.C.
90 Gillett Street
Hartford, CT 06105

Lewis H. Goldfarb, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY 10022

Courtesy copy to:

The Honorable Janet Bond Arterton
United States District Court
District of Connecticut
141 Church Street
New Haven, CT 06510

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson
555 Thirteenth Street
Washington, DC 20004

M. Sheila Jeffrey, Esq.
Miller, Canfield, Paddock & Stone, P.L.C.
Seventh Floor
101 North Main
Ann Arbor, MI 48104

The Honorable Joan Glazer Margolis
United States District Court
District of Connecticut
141 Church Street
New Haven, CT 06510

_____
Peter M. Van Dyke

4

**STANGER & ARNOLD, LLP**
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042