UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **In re Jeep Wrangler Class Action** | ) | |
| | ) | |
| **Angela Phelan, Administratrix of** | ) | |
| **the Estate of Christopher Phelan,** | ) | |
| **Class Member, and Individually** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 302CV1219 JBA |
| | ) | |
| **DaimlerChrysler Corporation** | ) | |
| | ) | |
| Defendant | ) | March 3, 2004 |

### NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Lewis H. Goldfarb, Terri S. Reiskin, James A. Hourihan and the firm of Hogan & Hartson L.L.P. are hereby withdrawing as counsel for DaimlerChrysler Corporation in this matter. DaimlerChrysler Corporation will continue to be represented by Daniel J. Krisch of Horton, Shields & Cormier, P.C. and Marie E. Chafe, Peter M. Durney and James P. Kerr of Cornell & Gollub.

Respectfully submitted,

By:_____
Daniel J. Krisch (Fed. Bar ID# CT21994)
dkrisch@hsclaw.com
HORTON, SHIELDS & CORIMIER, P.C.
90 Gillett Street
Hartford, Connecticut 06105
(860) 522-8338
(860) 728-0401 (facsimile)

\\\DC - 85646/0043 - 1891446 v1

*/s/ Terri S. Reiskin*
_____
Terri S. Reiskin (Fed. Bar ID# CT24015)
tsreiskin@hhlaw.com
James A. Hourihan (Fed. Bar ID#CT24296)
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5600
(202) 637-5910 (facsimile)

*/s/ Lewis H. Goldfarb*
_____
Lewis H. Goldfarb (Fed Bar ID# CT24014)
lhgoldfarb@hhlaw.com
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
(212) 918-3000
(212) 918-3100 (facsimile)

Marie E. Chafe (Fed. Bar ID# CT20114)
mchafe@cornellgollub.com
Peter M. Durney (Fed. Bar ID# CT14569)
pdurney@cornellgollub.com
James P. Kerr (Fed. Bar ID# CT24142)
jkerr@cornellgollub.com
CORNELL & GOLLUB
75 Federal Street
Boston, Massachusetts 02110
(617) 482-8100
(617) 482-3917 (facsimile)

Attorneys for Defendant
DaimlerChrysler Corporation

## CERTIFICATE OF SERVICE

      I, Daniel J. Krisch, attorney for defendant DaimlerChrysler Corporation, hereby certify that on this _____ day of March, 2004, a true and correct copy of the foregoing Notice of Withdrawal of Counsel was served via first-class, postage pre-paid, U.S. Mail on:

Steven E. Arnold, Esq.
Stanger & Arnold, LLP
29 South Main Street, Suite 325
West Hartford, Connecticut 06107
  Attorney for Plaintiff

Rikki Timbo, Inc.
Agent for Service: Richard W. Tomc, Esq.
49 Main Street
Middletown, CT 06457
  Third-Party Defendant

Lewis H. Goldfarb, Esq.
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
  Co-counsel for Defendant

Terri S. Reiskin, Esq.
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004
  Co-counsel for Defendant

Christopher Miller
c/o Robinson Correctional Facility
285 Shaker Road
P.O. Box 1600
Enfield, Connecticut 06082
  Third-Party Defendant

Maurice Samuelian
Kathleen Samuelian
52 Mallard Avenue
East Hampton, CT 06424
  Third-Party Defendant

Marie E. Chafe, Esq.
Peter M. Durney, Esq.
James P. Kerr, Esq.
CORNELL & GOLLUB
75 Federal Street
Boston, Massachusetts 02110
  Co-counsel for Defendant

_____
Daniel J. Krisch