FILED

2004 JAN 12  P 4:58

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DISTRICT COURT
NEW HAVEN, CO...

| | |
|---|---|
| IN RE JEEP WRANGLER CLASS ACTION | : CIVIL NO. 3:02 CV 1219 (JBA) |
| ANGELA PHELAN, ADMINISTRATRIX OF THE ESTATE OF CHRISTOPHER PHELAN, CLASS MEMBER, AND INDIVIDUALLY | : |
| Plaintiffs | : |
| VS. | : |
| DAIMLERCHRYSLER CORPORATION | : JANUARY 12, 2004 |
| Defendant | : |

**PLAINTIFFS' OPPOSITION TO
DEFENDANT'S DECEMBER 19, 2003 MOTION TO PRECLUDE
PLAINTIFFS' EVIDENCE OF OTHER OCCURRENCES**

Plaintiffs oppose Defendant's December 19, 2003 Motion to Preclude Evidence of Other Occurrences for the following reasons and authorities.

I.   LAW AND ARGUMENT

   A. Plaintiffs Have Complied Fully With Interrogatory No. 4
      Based Upon The Information Provided By Defendant

Plaintiffs' December 2002 written discovery requests all of the information, and more, for Plaintiffs to be able to fully respond to Defendant's Interrogatory No. 4. Plaintiffs' Interrogatory No.10 requests that Defendant:

1

> Identify all Jeep Wrangler incidents, accidents, notices, claims, complaints, litigation, arbitration, mediation, hearings, orders, findings, settlements or judgments involving an Jeep Wrangler owner, occupant or representative, state or federal authority relating to the Jeep Wrangler roll cage, rollover characteristics or rollover safety.

Any adequate compliance with Plaintiffs' Interrogatory No. 10 would permit Plaintiffs to specifically respond to Defendant's Interrogatory No. 4.

Plaintiffs' June 26, 2003 Supplemental Response to Defendant's Interrogatory No. 4 stated: "On March 11, 2003, DaimlerChrysler provided . . . a list of lawsuits . . . in response to Plaintiffs' Interrogatory 10 . . . . Plaintiffs' response to Defendant's Interrogatory 4 was to give notice . . . [that] [w]hen DaimlerChrysler has fully complied with Plaintiffs' written discovery requests, Plaintiff reserves her right to seasonably supplement this list of witnesses she expects to call to testify at trial regarding similar accidents." On November 14, 2003 Plaintiff identified three other similar occurrences to further comply with this Courts Order. Plaintiffs do not yet know the particulars (vehicle identification number, model year, etc.) of these occurrences, only that they involve Jeep Wrangler rollover accidents. Defendant certainly is aware of the particulars of these occurrences, and Defendant should disclose this information as part of Defendant's discovery compliance requirements. Plaintiffs have fully complied, and Plaintiffs will supplement their responses with, all of the detailed information sought in Defendant's Interrogatory No. 4, based upon the information provided by defendant to date, and if additional information is forthcoming from defendant, as ordered by the Court. Defendant continues to

2

withhold information relating to Mr. Leon Neal's accident investigations, as well as withhold information relating to Defendant's Customer Assistance Inquiry Records (CAIR).

### B. Plaintiffs Received Only 2 Lists of Lawsuits From Which Plaintiffs Can Only Discern Limited Information Of Similar Occurrences

In May 2003 Defendant produced a list of 4 lawsuits limited to 1994 Jeep Wranglers, that Defendant identified by case title, court and docket number. Defendant also produced a list of 2 claimants and their accident locations. **Exhibit 1**. On June 27, 2003 Defendant produced a list of 75 additional Jeep Wrangler (YJ) (1986 – 1995) lawsuits. **Exhibit 2**. Defendant continues to refuse to produce any further information, some of which is incorrect and incomplete of information known to Defendant's attorneys, who also were Defendant's attorneys in other Jeep Wrangler litigation, including Defendant's CAIR records, and documents relating to Mr. Neal's Jeep Wrangler accident investigations.

## II.    CONCLUSION

Defendant cannot compel or sanction Plaintiffs to disclose information that Defendant has failed to provide to Plaintiffs. Plaintiffs will provide supplemental responses when and if additional information is forthcoming from Defendant, and as may be ordered by the Court. Defendant's Motion to Preclude evidence of similar occurrences has no basis and should be denied. Plaintiffs also urge the Court to compel Defendant's fullest discovery compliance, in order that Plaintiffs also may supplement their discovery compliance, and meet the Court's Joint Trial Management Order requirements for trial.

3

Respectfully submitted,

PLAINTIFFS

BY _____
Steven E. Arnold, ct07966
sea@SAlaw.us
Peter M. Van Dyke, ct24747
pvd@SAlaw.us
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
Tel. (860) 561-0650
Fax. (860) 561-0650
Their Attorneys

4

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by facsimile transmission and mailed on January 12, 2004, postage prepaid, to all counsel and pro se parties of record as follows:

Daniel Krisch, Esq.
Horton, Shields & Knox. P.C.
90 Gillett Street
Hartford, CT 06105

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

M. Sheila Jeffrey, Esq.
Miller, Canfield, Paddock and Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, Michigan 48098

Lewis H. Goldfarb, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY 10022

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson
555 Thirteenth Street, NW
Washington, DC 20004

The Honorable Joan Glazer Margolis
United States District Court
District of Connecticut
141 Church Street
New Haven, CT 06510

_____
Steven E. Arnold

5

## PHELAN (Angela) vs. DAIMLERCHRYSLER CORPORATION

List of Lawsuits
Responsive to Plaintiff's First Interrogatory No. 10

March 4, 2003

**THIS LISTING IS PROVIDED CONFIDENTIALLY AND IS PROHIBITED FROM COPYING OR DISCLOSURE UNDER ORDER OF THE COURT.**

This listing is a compilation of lawsuits served prior to January 18, 2000, in which it was alleged that a 1994 Jeep Wrangler (YJ) overturned, or in which it was alleged that a defect existed in the roll bar structure, and personal injury occurred. The information contained herein is organized as follows:

A. Title of Case
B. Court
C. Court Location
D. Docket Number

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A. Citizens Insurance Company, a/s/o Gibbs (Anthony) v. CC & Budd Company
B. District Court
C. Oakland, MI
D. 99c04313gc

A. Gibbs (Anthony) V. Chrysler Corporation
B. Circuit Court
C. Oakland, MI
D. 98009633NI

A. Harris (Jill) V. The Westover Companies, Et Al, Defendants/Third Party Pltfs V. Chrysler Jeep, Third Party Plaintiff
B. Superior Court
C. Middlesex, NJ
D. MIDL1063396

A. Junco (David) V. Chrysler Corporation
B. Circuit Court
C. Miami, Dade, FL
D. 9614745CA

## PHELAN (Angela) vs. DAIMLERCHRYSLER CORPORATION

List of Claims
Responsive to **Plaintiff's First Interrogatory No. 10**

March 4, 2003

**THIS LISTING IS PROVIDED CONFIDENTIALLY AND IS PROHIBITED FROM COPYING OR DISCLOSURE UNDER ORDER OF THE COURT.**

This listing is a compilation of claims received prior to January 18, 2000, in which it was alleged that a 1994 Jeep Wrangler (YJ) overturned, or in which it was alleged that a defect existed in the roll bar structure, and personal injury occurred. The information contained herein is organized as follows:

A.  Name of Claimant
B.  Accident Location

*****************************************************************

    A.  Fogerty (Jennifer)
    B.  Lemay Ferry Road   St. Louis, MO

    A.  Thompson (Analisa)
    B.  S/B Highway 101  San Francisco  San Francisco, CA

<u>PHELAN (Angela) vs. DAIMLERCHRYSLER CORPORATION</u>

Supplemental List of Lawsuits
Responsive to **Plaintiff's First Interrogatory No. 10 (Supplemental Response)**

June 27, 2003

**THIS LISTING IS PROVIDED CONFIDENTIALLY AND IS PROHIBITED FROM COPYING OR DISCLOSURE UNDER ORDER OF THE COURT.**

This listing is a compilation of lawsuits served prior to January 18, 2000, in which it was alleged that a 1987 through 1995 model year Jeep Wrangler (YJ) overturned, or in which it was alleged that a defect existed in the roll bar structure, and personal injury occurred. The information contained herein is organized as follows:

A. Title of Case
B. Court
C. Court Location
D. Docket Number

*****************************************************************************

    A.  Andrade (Iliana, Carmen, & Jesus) V. Chrysler Corporation, Et Al
    B.  Superior Court
    C.  Los Angeles, CA
    D.  BC181415

    A.  Andrews (Alan) Et Al. V. Chrysler Corporation, Et Al.
    B   Superior Court
    C.  San Bernardino, CA
    D.  24744

    A.  Ares (Robert) Et Al. V. Chrysler Et Al.
    B.  District Court
    C.  Midland, TX
    D.  B40139

    A.  Bates (Daniel A.) Et Al. V. Guillen (Julio C.) Et Al. & Cmc
    B.  District Court
    C.  Orleans, LA
    D.  9123309DIVE

    A.  Bazan (Sisto) Et Al. V. Solis (Joseph F.), Chrysler Corporation, Et
    B.  District Court
    C.  Bernalillo, NM
    D.  CV95002372

A.  Black (James) v. City of Huntington Beach, Chrysler Corp., et al.
B.  Superior Court
C.  Orange, CA
D.  786470

A.  Blanchard (Wayne) Et Al. V. Cmc
B.  District Court
C.  Taylor, TX
D.  4486D

A.  Bontos (Peter, Jr.) V. Chrysler Corporation
B.  Superior Court
C.  Essex, MA
D.  940337

A.  Bowen (Martha) Et Al. V. Royal Jeep Eagle, Chrysler Corp.
B.  9th Judicial Circuit Court
C.  Orange, FL
D.  CI94380834

A.  Bridges (Barry) et al v. Chrysler Corporation et al
B.  Circuit Court
C.  Broward, FL
D.  01014056

A.  Bridges (Kathryn) V. Chrysler Corporation
B.  U.S. District Court Western
C.  Austin, TX
D.  A98CA513SS

A.  Browning (Jennifer) v. South Alabama Auto Sales, Inc., DCC et al
B.  U.S. District Court
C.  AL
D.  020472CBC

A.  Carter (Jennifer L.) v. DaimlerChrysler Corp.
B.  Eastern District Court
C.  St. Louis, MO
D.  401CV00178MLM

A.  Christakos (Theofanis) and Christakos (Pauline), husband and wife, as surviving parents of Christakos (George), deceased v. DCC et al
B.  Superior Court
C.  Maricopa, AZ
D.  CV2000017707

A. Chung (Yun Jan) Et Al. V. Bravin (Seth), Chrysler Corporation, Et Al.
B. U.S. District Court, D.C.
C. DC
D. 195CV00496

A. Citizens Insurance Company, a/s/o Gibbs (Anthony) v. CC & Budd Company
B. District Court
C. Oakland, MI
D. 99c04313gc

A. Costa (Mary Joella), individually and as guardian ad litem for Costa (Justin), a minor, and Costa (Aron Jacob), a minor v. DCC et al
B. Superior Court
C. Shasta, CA
D. 140634

A. Cwik (Andrew) Et Al. V. American Motors Corporation, Chrysler Corporation, Et Al.
B. Circuit Court
C. Cook, IL
D. 95L004022

A. Delgado (Chris) V. Terhorst (Kimberly A.) V.Delgado (Chris), Chrysler Corporation Et Al.
B. Superior Court
C. Los Angeles, CA
D. PC009909W

A. Espaniola (Ismile P.) Et Al. V. Chrysler Corp.
B. District Court
C. Denver, CO
D. 93CV1140

A. Foltmer (Nancy) and Scorsone (Gary) individually, and on behalf of their deceased son, Scorsone (Anthony Harold); and on behalf of their minor daughter, Scorsone (Erin); and Scorsone (Jason) v. DCC et al
B. District Court
C. Jefferson, LA
D. 545-346, "P"

A. Force (Megan) v. Sidekicks Saloon, DaimlerChrysler Corp., et al.
B. Common Pleas Court
C. Columbia, PA
D. 2000cv521

A. Gallagher Buick-Pontiac-GMC, Inc. v. DCC
B. Superior Court
C. CT
D. X07-CV-02-0080394-S

A. Gibbs (Anthony) V. Chrysler Corporation
B. Circuit Court
C. Oakland, MI
D. 98009633NI

A. Gillespie (James W.) Et Al. V. Chrysler Corporation, Et Al.
B. Circuit Court
C. Shelby, TN
D. 76600TD9

A. Griffin (Joe W.) V. Chrysler Corp. Et Al.
B. District Court
C. Morris, TX
D. 16716

A. Griffin (Martina and Jeffrey) v. DCC
B. U.S. District Court
C. KY
D. 100CV160R

A. Gutierrez (Armando R. & Evangeline), Both Indiv. & As Reps. of Est of Gutierrez (Gabriel Ramon) V. Chrysler Corporation & Rodriguez (Thomas E.)
B. 138th District Court
C. Willacy, TX
D. 98165

A. Hamilton (Suzanne) V. Ocean County Board of Chosen Freeholders & Jeep, Inc. Et Al.
B. Superior Court
C. Ocean, NJ
D. OCNL372790

A. Harding (Norman) Jr, Et Al V. Kaufman County / Kaufman County V. Meridian Aggregate, Inc., Et Al, Incl. Chrysler Corporation, Third Party Defendants
B. District Court
C. Kaufman, TX
D. 3252

A. Harris (Jill) V. The Westover Companies, Et Al, Defendants/Third Party Pltfs V. Chrysler Jeep, Third Party Plaintiff
B. Superior Court
C. Middlesex, NJ
D. MIDL1063396

A. Hickey (Matthias) et al. v. Chrysler Corporation
B. Supreme Court
C. Westchester, NY
D. 0384394

A. Holden (James F.) V. Peck Jeep Eagle & Chrysler Corp.
B. Superior Court
C. San Diego, CA
D. 649980

A. Jones (Joyce C.), Et Al. V. Chrysler Corp., Et Al.
B. Superior Court
C. Riverside, CA
D. 232852

A. Junco (David) V. Chrysler Corporation
B. Circuit Court
C. Miami, Dade, FL
D. 9614745CA

A. Juricic (Stanley) v. DCC
B. Superior Court
C. ON
D. C48001

A. Larrick (Leslie W.) V. Chrysler Corporation, Et Al.
B. Superior Court
C. Contra Costa, CA
D. C 94-00747

A. Latona (Joanne D.) Et Al. V. Chrysler Corporation
B. Supreme Court
C. Richmond, NY
D. 1371096

A. Latona (Joanne D.), As Administratrix of Goods, Chattels and Credits of Latona (Angelo), Et Al V. New York (City of) / New York (City of) V. Daimlerchrysler Corporation
B. Supreme Court
C. Richmond, NY
D. A1311595

A. Law (Maynard D.) V. Serway (Charles F.), Chrysler Corporation, Et Al.
B. Supreme Court
C. Oneida, NY
D. 94-12004

A. Lehman (Laura) V. Terhorst (Kimberly A.), Chrysler Corporation Et Al.
B. Superior Court
C. Los Angeles, CA
D. PC010020W

A. Macdonald (Kevin) V. U.S.A., Chrysler, Et Al.
B. U.S. District Court
C. Central Dist, CA
D. 940657

A. Maldonado (Joseph A.) Estate, Et. Al. V. Jeremiahs Restaurants, Inc.,
B. Superior Court
C. Los Angeles, CA
D. PC010169W

A. Margosian (Charles), Et Al V. Chrysler Corporation & Cherubini (Christopher Thomas)
B. U.S. District Court
C. Missoula Div., MT
D. CV97206MDWM

A. Mariani (Melissa) V. Serway (Charles Fl.) Et Al. & Cmc
B. Supreme Court
C. Oneida, NY
D. 92C1511

A. Mazzarella (Susan) Et Al. V. Chrysler Corp.
B. District Court
C. Harris, TX
D. 9220733

A. Mcdaniel (Stephen W.) Et Al. V. Chrysler Corp. Et Al.
B. District Court
C. Morris, TX
D. 16657

A. Mcnulty (Heidi) Et Al. V. Chrysler Corp. Et Al.
B. Superior Court
C. Norfolk, MA
D. 9100691

A. Mendicello (Les) Et Al. V. Chrysler Corp. Et Al.
B. District Court
C. Morris, TX
D. 16946

A. Miner (Keith ), as next of kin and acting Administrator for the estate of Miner (Jason), deceased v. DCC
B. Common Pleas Court
C. Lucas, OH
D. G481CI200004393

A. Morgan (Jeannine A.) V. Pacific International Services Corporation, Dba Dollar Rent A Car, Chrysler Corporation, Et Al
B. Circuit Court
C. HI
D. 97081013

A. Motto (Lawrence D.) V. Oughton (Stephen), Chrysler
B. Superior Court
C. Ocean, NJ
D. OCNL361194

A. Mulvey (Crista) V. Chrysler Corporation, Et Al.
B. 17th Judicial Circuit Court
C. Broward, FL
D. 96009592

A. Mutschler (Kevin R.) Et Al. V. Chrysler Corporation
B. U.S. District Court
C. WA
D. 97-24-BU-DWM

A. Olonan (Laura) V. Chrysler Corporation
B. Superior Court
C. Los Angeles, CA
D. BC085809

A. Phelan (Angela), Estate of Christopher A. Phelan v. DaimlerChrysler Corp., et al.
B. Superior Court
C. Hartford, CT
D. cv010075700S

A. Ruiz (Maria) Et Al. V. Chrysler Corp. Et Al.
B. Superior Court
C. Santa Clara, CA
D. 714541

A. Schwartz (Suzanne) Et Al V. Chrysler Corporation
B. Superior Court
C. San Bernardino, CA
D. BCV03903

A. Shackelford (Linus) et al. v. DaimlerChrysler Corp., et al.
B. Circuit Court
C. Hinds, MS
D. 9944

A. Shamel (Shirley), Indiv. & As Special Adm. of Est. of Shamel (Brian), Et Al V. Daimlerchrysler Corporation, Et Al
B. District Court
C. Southern, IL
D. 98926GPM

A. Snellen (Tracey) V. Chrysler Corporation & Brangers (Glen M.)
B. Circuit Court
C. Jefferson, KY
D. 97CI02707

A. Snyder (Paul D. Jr.) Et Al. V. Chrysler Corporation
B. Circuit Court
C. Hamilton, TN
D. 94CV1480

A. Stockstill (Lyle G. and Labree H.) v. DCC et al
B. District Court
C. Jefferson, LA
D. 548461-G

A. Stone (Stephanie A.) V. Lawson (Drake J.), Chrysler Motors Corp.
B. Superior Court
C. Tulare, CA
D. 143249

A. Tansey (Joanne R.) Et. Al. V. Chrysler Canada, Et. Al.
B. General Court
C. Ontario, ONCAN
D. 7606893

A. Tenaglia (Thomas J. Jr.) Et Al. V. Chrysler Corp. Et Al.
B. U.S. District Court
C. Camden, NJ
D. 92CV3385

A. Trainor (Joseph P.) V. Chrysler Et Al.
B. Superior Court
C. Suffolk, MA
D. SUCV9404165

A. Waitt (Jeffrey & Mary R.), Co-Conservators of Est. and Person of Waitt (Heather), and Padula (Wendy) Admin. of Est of Padula (Tara Rose) V. Chrysler Corporation
B. Superior Court
C. Hartford, CT
D. UNK

A. Webster (Stanley B.) Et Al. V. Chrysler Corp. Et Al.
B. Circuit Court
C. Marshall, AL
D. CV92370

A. Wilkens (Randy) Et. Al. V. Lusted (Donna L.), Chrysler Corporation, Et. Al.
B. District Court
C. East Baton Rouge, LA
D. 375602DIVA

A. Williams (Laura) V. Chrysler Corporation
B. Circuit Court
C. Bessemer, Jefferson, AL
D. CV96000059

A. Wiltz (Angelica) Et Al. V. Buerge Jeep/Eagle, Chrysler Corporation, Et Al.
B. Superior Court
C. Los Angeles, CA
D. SC027498

A. Winchell (Anna) Et Al. V. Chrysler Corp. Et Al.
B. District Court
C. Washoe, NV
D. CV9300651

A. Woodmore (Larry and Scott Michael) v. DCC
B. Circuit Court
C. Davidson, TN
D. 00C561

A. Zamora (Louie Robert, Jr.) V. Mossy Nissan Escondido, Chrysler Corporation, Et Al
B. Superior Court
C. San Diego, CA
D. 716456