UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re Jeep Wrangler Class Action ) | |
| ) | |
| Angela Phelan, Administratix of ) | |
| the Estate of Christopher Phelan, ) | |
| Class Member, and Individually ) | |
| ) | Civil No. 3:02 CV 1219 JBA |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DaimlerChrysler Corporation ) | January 22, 2004 |
| ) | |
| Defendant. ) | |

**DEFENDANT DAIMLERCHRYSLER CORPORATION'S
MOTION FOR EXTENSION OF TIME TO FILE A REPLY BRIEF TO PLAINTIFF'S
OPPOSITION TO DAIMLERCHRYSLER CORPORATION'S MOTION FOR
PROTECTIVE ORDER**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b), the defendant, DaimlerChrysler Corporation ("Defendant"), respectfully requests that this Court allow a 10-day extension of time for Defendant to file a Reply brief to Plaintiff's Opposition to DaimlerChrysler Corporation's Motion for Protective Order ("Opposition").

As further grounds for this Motion, Defendant states the following:

1. Defendant filed its Motion for Protective Order on December 8, 2003. Plaintiff's Opposition was originally due on December 29, 2003.