UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In re Jeep Wrangler Class Action | ) | |
| | ) | |
| Angela Phelan, Administratix of | ) | |
| the Estate of Christopher Phelan, | ) | |
| Class Member, and Individually | ) | |
| | ) | Civil No. 3:02 CV 1219 JBA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DaimlerChrysler Corporation | ) | March 10, 2004 |
| | ) | |
| Defendant. | ) | |

**DEFENDANT DAIMLERCHRYSLER CORPORATION'S
MOTION TO STAY BRIEFING SCHEDULE AND FOR EXTENSION OF TIME
TO FILE AN OPPOSITION TO
PLAINTIFFS' MOTION TO STRIKE DEFENSES**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b), the

defendant, DaimlerChrysler Corporation ("Defendant"), respectfully requests that this Court stay

the briefing schedule on plaintiffs' Motion to Strike Defenses and allow an extension of time for

Defendant to file an Opposition to plaintiff's Motion a date 30 days after the Court has issued its

ruling on the defendant's Motion for Summary Judgment on Count I.

As further grounds for this Motion, Defendant states the following:

1.      Plaintiffs filed a Motion to Strike Defenses, with supporting Memorandum on

March 1, 2004.   Under L.R.Civ.P. 7(a)(1), the defendant's Opposition to that Motion would be

due on March 22, 2004.

2.      Plaintiffs' Motion to Strike is directed to a total of ten Affirmative Defenses asserted in the defendant's Amended Answer, including defenses relating specifically to the class action claims alleged in Count I of plaintiffs' Amended Complaint.  At present, there is Motion for Summary Judgment on Count I before the Court.  (See Dkt. #117-119, filed on February 13, 2004.  The Court's determination of this motion will have a direct impact on the status of plaintiff's claims and DaimlerChrysler's defenses, as well as a significant impact on the scope and contents of the defendant's Opposition.

3.      The defendant has also filed a Motion for Withdrawal of Counsel for Lewis H. Goldfarb, Terri S. Reiskin, and James A. Hourihan and Hogan & Hartson, who have served as class action counsel for the defendant up to this point.  (Dkt. #125).    While the defendant has engaged counsel to replace the Hogan & Hartson attorneys, additional time will required for new counsel to conduct an adequate review of the file and prepare arguments in opposition to plaintiff's Motion.

4.      Plaintiffs have consented through counsel to the relief sought in this Motion.

WHEREFORE, Defendant DaimlerChrysler Corporation respectfully requests that this Court stay the briefing schedule on plaintiffs' Motion to Strike Defenses and extend the time for filing an Opposition to a date 30 days after the Court's ruling on the Motion for Summary Judgment on Count I.

Defendant,
DaimlerChrysler Corporation
By its attorneys,

_____

Daniel J. Krisch (Fed. Bar ID# CT21994)
  dkrisch@hsklawfirm.com
HORTON, SHIELDS & KNOX, P.C.
90 Gillett Street
Hartford, CT 06105
(860) 522-8338
(860) 728-0401 (facsimile)

Peter M. Durney (Fed. Bar ID# CT14569)
  pdurney@cornellgollub.com
James P. Kerr (Fed. Bar ID# CT24142)
  jkerr@cornellgollub.com
CORNELL & GOLLUB
75 Federal Street
Boston, MA  02110
(617) 482-8100
(617) 482-3917 Fax

## CERTIFICATE OF SERVICE

I, Daniel J. Krisch, attorney for defendant DaimlerChrysler Corporation, hereby certify that on this _____ day of March, 2004, a true copy of the foregoing Defendant DaimlerChrysler Corporation's Motion to Stay Briefing Schedule and for Extension of Time to File an Opposition to Plaintiff's Motion to Strike Defenses, was served via first class mail, directed to:

Steven E. Arnold, Esq.                          Christopher Miller
Peter Van Dyke, Esq.                            c/o Robinson Correctional Facility
James Halpin, Esq.                              285 Shaker Road
Stanger & Arnold, LLP                           P.O. Box 1600
29 South Main Street, Suite 325                 Enfield, CT 06082
West Hartford, Connecticut  06107

Attorney for Plaintiff

                                                Maurice Samuelian
                                                Kathleen Samuelian
                                                52 Mallard Avenue
                                                East Hampton, CT 06424

                                                 Third-Party Defendants

- 3 -

and:

M. Sheila Jeffrey, Esq.
Miller, Canfield, Paddock & Stone, P.L.C.
Seventh Floor
101 North Main
Ann Arbor, MI 48104

Co-counsel for Defendant

_____
James P. Kerr