UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
MAR 10  1 19 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

In re Jeep Wrangler Class Action )
)
Angela Phelan, Administratix of )
the Estate of Christopher Phelan, )
Class Member, and Individually )
)                                   Civil No. 3:02 CV 1219 JBA
          Plaintiff,              )
)
     v.                           )
)
DaimlerChrysler Corporation       )    March 10, 2004
)
          Defendant.              )

## DEFENDANT DAIMLERCHRYSLER CORPORATION'S
## MOTION TO STAY BRIEFING SCHEDULE AND FOR EXTENSION OF TIME
## TO FILE AN OPPOSITION TO
## PLAINTIFFS' MOTION TO STRIKE DEFENSES

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b), the defendant, DaimlerChrysler Corporation ("Defendant"), respectfully requests that this Court stay the briefing schedule on plaintiffs' Motion to Strike Defenses and allow an extension of time for Defendant to file an Opposition to plaintiff's Motion a date 30 days after the Court has issued its ruling on the defendant's Motion for Summary Judgment on Count I.

As further grounds for this Motion, Defendant states the following:

1.  Plaintiffs filed a Motion to Strike Defenses, with supporting Memorandum on March 1, 2004. Under L.R.Civ.P. 7(a)(1), the defendant's Opposition to that Motion would be due on March 22, 2004.

2.  Plaintiffs' Motion to Strike is directed to a total of ten Affirmative Defenses asserted in the defendant's Amended Answer, including defenses relating specifically to the class action claims alleged in Count I of plaintiffs' Amended Complaint. At present, there is Motion

---

*[Handwritten margin annotation:]* 3/16/04: Motion GRANTED, absent objection, to and including 30 days after the Court's ruling on motion for summary judgment on Count I.

IT IS SO ORDERED.
Dated at New Haven, Connecticut.

/s/ Janet Bond Arterton, U.S.D.J.