UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE JEEP WRANGLER CLASS ACTION | : | CIVIL NO. 3:02 CV 1219 (JBA) |
| | : | |
| ANGELA PHELAN, ADMINISTRATRIX OF | : | |
| THE ESTATE OF CHRISTOPHER PHELAN, | : | |
| CLASS MEMBER, AND INDIVIDUALLY | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| VS. | : | |
| | : | |
| DAIMLERCHRYSLER CORPORATION | : | JUNE 13, 2003 |
| | : | |
| Defendant | : | |

PLAINTIFFS' SECOND SET OF PRODUCT LIABILITY
INTERROGATORIES AND REQUESTS FOR PRODUCTION

Pursuant to F.R.C.P. Rule 33 and Rule 34, Plaintiffs serve on Defendant Plaintiffs'

Second Set of Product Liability Interrogatories and Requests for Production:

INTERROGATORIES

18. Identify all engineering drawings for all roll cage component data including dimension,

thickness, cross section, materials specifications, yield strength, heat or hardness

STANGER & ARNOLD, LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

treatments or processes for Jeep Wrangler model years 1983 through 1986 (CJ-5 and CJ-7).

**ANSWER**:

19. Identify all stability, rollover, roof, roll cage, load bearing, crush, crashworthy, structural, or safety tests or analyses performed relating to the rollover characteristics and safety for Jeep Wrangler model years 1983 through 1986 (CJ-5 and CJ-7).

**ANSWER**:

## REQUESTS FOR PRODUCTION

Produce a copy of all of the following, and of all agent, project group or employee records, documents, media, presentations and publications, regarding:

9. All documents identified or referred to in preparing the answers to each interrogatory in Plaintiffs' Second Set Of Interrogatories above.

10. All prior and subsequent Jeep Wrangler series model or prototype roll cage or component tests or analyses regarding or related to vehicle stability, rollover, roof, roll cage, load bearing, crush, crashworthy, or other structural, safety or similar analyses relating to Jeep Wrangler model years 1983 through 1986 (CJ-5 and CJ-7).

11. All prior and subsequent Jeep Wrangler changes, notices to Jeep Wrangler dealers or owners concerning changes, retrofit or recall notices, documents concerning a possible recall or retrofit, or any documents concerning the need, or lack of need, to conduct a recall or retrofit concerning the roll cage or components of Jeep Wrangler model years 1983 through 1986 (CJ-5 and CJ-7).

PLAINTIFFS

BY_____
       Steven E. Arnold, ct07966
       sea@SAlaw.us
       Peter M. Van Dyke, ct24747
       pvd@SAlaw.us
       Stanger & Arnold, LLP
       29 South Main Street
       West Hartford, CT 06107
       Tel. (860) 561-0650
       Fax. (860) 561-0650
       Their Attorneys

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on June 13, 2003, postage prepaid, to all counsel and pro se parties of record as follows:

Daniel Krisch, Esq.
Horton, Shields & Knox
90 Gillett Street
Hartford, CT 06105

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

Sheila Jeffrey, Esq.
Miller, Canfield, Paddock and Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, Michigan 48098

Lewis H. Goldfarb, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY 10022

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson
555 Thirteenth Street, NW
Washington, DC 20004

_____
Peter Van Dyke



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN RE JEEP WRANGLER CLASS ACTION  :  CIVIL NO. 3:02 CV 1219 (JBA)

                                      :
ANGELA PHELAN, ADMINISTRATRIX OF :
THE ESTATE OF CHRISTOPHER PHELAN, :
CLASS MEMBER, AND INDIVIDUALLY  :
           Plaintiffs             :
                                        :
VS.                                   :
                                        :
DAIMLERCHRYSLER CORPORATION     :  MAY 23, 2003
        Defendant             :

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of Defendant, **DaimlerChrysler Corporation**, on **June 11, 2003** at **9:00 a. m.** at the offices of Miller, Canfield, Paddock and Stone, P.L.C., 840 West Long Lake Road, Suite 200, Troy, Michigan, through its representative(s) most knowledgeable about the Jeep Wrangler design and modification history relating to its roll cage system, rollover safety and crashworthiness for Jeep Wrangler model years 1983 through 2000 (CJ-5, CJ-7, YJ, TJ). Oral examination will be before a competent court reporter and will continue day to day until completed.

The deponent(s) is/are requested to bring with him/her/them to the deposition the items listed in the attached Schedule A.

PLAINTIFFS

BY

Steven E. Arnold, ct07966
sea@SAlaw.us
Peter M. Van Dyke, ct24747
pvd@SAlaw.us
Their Attorneys

1

**STANGER & ARNOLD**, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

## SCHEDULE A

All testing, data, analyses and information relating to the Jeep Wrangler roll cage system or components, pillars, windshield, bars and attachments, roof, doors and seat belt systems, and including:

1. . Rollover safety and crashworthiness

2. On- and off- road and emergency handling, stability or safety

3. Open- and closed- body design, handling and safety

4. Federal Motor Vehicle Safety Standards (FMVSS) 216 roof crush resistance, and other load bearing or crush safety

5. FMVSS 208, 209, 210 seat belt systems

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on May 23, 2003, postage prepaid, and sent via facsimile transmission, to all counsel and pro se parties of record as follows:

Daniel Krisch, Esq.
Horton, Shields & Cormier, P.C.
90 Gillett Street
Hartford, CT 06105

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

Lewis H. Goldfarb, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY 10022

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson
555 Thirteenth Street, NW
Washington, DC 20004

Steven E. Arnold

3

**STANGER & ARNOLD,** LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE JEEP WRANGLER CLASS ACTION | : | CIVIL NO. 3:02 CV 1219 (JBA) |
| | : | |
| ANGELA PHELAN, ADMINISTRATRIX OF | : | |
| THE ESTATE OF CHRISTOPHER PHELAN, | : | |
| CLASS MEMBER, AND INDIVIDUALLY | : | |
|      Plaintiffs | : | |
| | : | |
| VS. | : | |
| | : | |
| DAIMLERCHRYSLER CORPORATION | : | MAY 23, 2003 |
|      Defendant | | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of Defendant, **DaimlerChrysler Corporation**, on **June 11, 2003** at **2:00 p. m.** at the offices of Miller, Canfield, Paddock and Stone, P.L.C., 840 West Long Lake Road, Suite 200, Troy, Michigan, through its representative(s) most knowledgeable about the Jeep Wrangler Owner's Manual, glove box information, and vehicle decal design history and modifications for Jeep Wrangler model years 1983 through 2000 (CJ-5, CJ-7, YJ, TJ). Oral examination will be before a competent court reporter and will continue day to day until completed.

The deponent(s) is/are requested to bring with him/her/them to the deposition the items listed in the attached Schedule A.

PLAINTIFFS

BY _____
    Steven E. Arnold, ct07966
    sea@SAlaw.us
    Peter M. Van Dyke, ct24747
    pvd@SAlaw.us
    Their Attorneys

## SCHEDULE A

All communications, information and data relating to the Jeep Wrangler Owner's Manual, glove box information, parts manual, and vehicle decal design history and modifications, consumer or passenger perception or understanding of the Jeep Wrangler's roll cage system or components, pillars, windshield, bars, roofs, doors, handling qualities, open- and closed- body design, rollover safety, crashworthiness and focus group data or analyses for Jeep Wrangler model years 1983 through 2000 (CJ-5, CJ-7, YJ, TJ).

2

STANGER & ARNOLD, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE JEEP WRANGLER CLASS ACTION | : | CIVIL NO. 3:02 CV 1219 (JBA) |
| | : | |
| ANGELA PHELAN, ADMINISTRATRIX OF | : | |
| THE ESTATE OF CHRISTOPHER PHELAN, | : | |
| CLASS MEMBER, AND INDIVIDUALLY | : | |
| Plaintiffs | : | |
| | : | |
| VS. | : | |
| | : | |
| DAIMLERCHRYSLER CORPORATION | : | MAY 23, 2003 |
| Defendant | : | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of Defendant, **DaimlerChrysler Corporation**, on **June 12, 2003** at **9:00 a. m.** at the offices of Miller, Canfield, Paddock and Stone, P.L.C., 840 West Long Lake Road, Suite 200, Troy, Michigan, through its representative(s) most knowledgeable about Jeep Wrangler incident, accident and claims history relating to rollover safety, stability and crashworthiness for Jeep Wrangler model years 1983 through 2000 (CJ-5, CJ-7, YJ, TJ). Oral examination will be before a competent court reporter and will continue day to day until completed.

The deponent(s) is/are requested to bring with him/her/them to the deposition the items listed in the attached Schedule A.

PLAINTIFFS

BY_____

Steven E. Arnold, ct07966
sea@SAlaw.us
Peter M. Van Dyke, ct24747
pvd@SAlaw.us
Their Attorneys

1

**STANGER & ARNOLD,** LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

## SCHEDULE A

All information, documents and data relating to complaints or claims involving the Jeep Wrangler roll cage system or components, pillars, windshield, bars, roof, doors, handling qualities, rollover safety or crashworthiness for Jeep Wrangler model years 1983 through 2000 (CJ-5, CJ-7, YJ, TJ), including:

1. DaimlerChrysler's customer service, intra-company, third-party claims administration, agency or insurance files

2. DaimlerChrysler's expert witness data and reports produced by defendant in other litigation

3. Defendant's testing, analyses and reports (excluding third-party non testifying consultants) in preparation for litigation or other proceedings, whether or not produced

2

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on May 23, 2003, postage prepaid, and sent via facsimile transmission, to all counsel and pro se parties of record as follows:

Daniel Krisch, Esq.
Horton, Shields & Cormier, P.C.
90 Gillett Street
Hartford, CT 06105

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

Lewis H. Goldfarb, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY 10022

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson
555 Thirteenth Street, NW
Washington, DC 20004

Steven E. Arnold

3

**STANGER & ARNOLD,** LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN RE JEEP WRANGLER CLASS ACTION     :    CIVIL NO. 3:02 CV 1219 (JBA)

                               :

ANGELA PHELAN, ADMINISTRATRIX OF    :
THE ESTATE OF CHRISTOPHER PHELAN,    :
CLASS MEMBER, AND INDIVIDUALLY     :
         Plaintiffs                   :

                               :

VS.                                 :

                               :

DAIMLERCHRYSLER CORPORATION      :    MAY 23, 2003
         Defendant

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of Defendant**,**
**DaimlerChrysler Corporation**, on **June 12, 2003** at **2:00 p. m.** at the offices of Miller, Canfield,
Paddock and Stone, P.L.C., 840 West Long Lake Road, Suite 200, Troy, Michigan, through its
representative(s) most knowledgeable about Jeep Wrangler dealer and customer sales
information, documents and training relating to the Jeep Wrangler handling qualities, rollover
safety and crashworthiness for Jeep Wrangler model years 1983 through 2000 (CJ-5, CJ-7, YJ,
TJ). Oral examination will be before a competent court reporter and will continue day to day
until completed.

The deponent(s)is/are requested to bring with him/her/them to the deposition the items
listed in the attached Schedule A.

PLAINTIFFS

BY

Steven E. Arnold, ct07968
sea@SAlaw.us
Peter M. Van Dyke, ct24747
pvd@SAlaw.us
Their Attorneys

1

**STANGER & ARNOLD**, LLP
29 South Main Street • Suite 325 • West Hartford, CT 06107 • 860.561.0650 • Facsimile: 860.561.0646
Juris No. 419042

## SCHEDULE A

All communications, information, literature, manuals, videos or other media relating to dealer or sales education or training, and customer information and documents, concerning the Jeep Wrangler roll cage system, pillars, windshield, bars, roof, doors, handling qualities, rollover safety and crashworthiness for the model years 1983 through 2000 (CJ-5, CJ-7, YJ, TJ).

**STANGER & ARNOLD**, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on May 23, 2003, postage prepaid, and sent via facsimile transmission, to all counsel and pro se parties of record as follows:

Daniel Krisch, Esq.
Horton, Shields & Cormier, P.C.
90 Gillett Street
Hartford, CT 06105

Lewis H. Goldfarb, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY 10022

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson
555 Thirteenth Street, NW
Washington, DC 20004

Steven E. Arnold

**STANGER & ARNOLD,** LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE JEEP WRANGLER CLASS ACTION | : | CIVIL NO. 3:02 CV 1219 (JBA) |
| | : | |
| ANGELA PHELAN, ADMINISTRATRIX OF | : | |
| THE ESTATE OF CHRISTOPHER PHELAN, | : | |
| CLASS MEMBER, AND INDIVIDUALLY | : | |
| Plaintiffs | : | |
| | : | |
| VS. | : | |
| | : | |
| DAIMLERCHRYSLER CORPORATION | : | MAY 23, 2003 |
| Defendant | : | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of Defendant, **DaimlerChrysler Corporation**, on **July 1, 2003** at **9:00 a.m.** at the offices of Miller, Canfield, Paddock and Stone, P.L.C., 840 West Long Lake Road, Suite 200, Troy, Michigan, through its representative(s) most knowledgeable about Defendant's Jeep Wrangler sales, advertising and marketing in the North Atlantic Region of the United States for Jeep Wrangler model years 1983 through 2000 (CJ-5, CJ-7, YJ, TJ). Oral examination will be before a competent court reporter and will continue day to day until completed.

The deponent(s) is/are requested to bring with him/her/them to the deposition the items listed in the attached Schedule A.

PLAINTIFFS

BY _____
Steven E. Arnold, ct07966
sea@SAlaw.us
Peter M. Van Dyke, ct24747
pvd@SAlaw.us
Their Attorneys

**STANGER & ARNOLD,** LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

## SCHEDULE A

All Jeep Wrangler sales, advertising and marketing files materials and scheduling data and information for Jeep Wrangler model years 1983 through 2000 (CJ-5, CJ-7, YJ, TJ), including all briefs, plans, print, radio television or other copy, video, disk or media advertising agency, project manager, group or employee files or data.

2

STANGER & ARNOLD, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on May 23, 2003, postage prepaid, and sent via facsimile transmission, to all counsel and pro se parties of record as follows:

Daniel Krisch, Esq.
Horton, Shields & Cormier, P.C.
90 Gillett Street
Hartford, CT 06105

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

Lewis H. Goldfarb, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY 10022

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson
555 Thirteenth Street, NW
Washington, DC 20004

Steven E. Arnold

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN RE JEEP WRANGLER CLASS ACTION          :     CIVIL NO. 3:02 CV 1219 (JBA)
                                          :
ANGELA PHELAN, ADMINISTRATRIX OF          :
THE ESTATE OF CHRISTOPHER PHELAN,         :
CLASS MEMBER, AND INDIVIDUALLY            :
          Plaintiffs                      :
                                          :
VS.                                       :
                                          :
DAIMLERCHRYSLER CORPORATION               :     MAY 23, 2003
          Defendant                       :

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of Defendant, **DaimlerChrysler Corporation**, on **July 2, 2003** at **9:00 a.m.** at the offices of Miller, Canfield, Paddock and Stone, P.L.C., 840 West Long Lake Road, Suite 200, Troy, Michigan, through its representative(s) most knowledgeable about Defendant's and Defendant's predecessors' representation or liaison with the National Highway Transportation Safety Administration (NHTSA) relating to Jeep Wrangler roof crush resistance, rollover safety and crashworthiness data, testing or recommendations for the Jeep Wrangler model years 1983 through 2000 (CJ-5, CJ-7, YJ, TJ). Oral examination will be before a competent court reporter and will continue day to day until completed.

The deponent(s) is/are requested to bring with him/her/them to the deposition the items listed in the attached Schedule A.

PLAINTIFFS

By: _____
        Steven E. Arnold, ct07966
        sea@SAlaw.us
        Peter M. Van Dyke, ct24747
        pvd@SAlaw.us
        Their Attorneys

**STANGER & ARNOLD**, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

## SCHEDULE A

All communications, information and data relating to NHTSA information, investigation, analyses, standards, recommendations, hearings, directives or orders regarding matters relating to the Jeep Wrangler roll cage system, pillars, windshield, bars, roof, doors, handling qualities, open- and closed- body design, rollover safety and crashworthiness for Jeep Wrangler model years 1983 through 2000 (CJ-5, CJ-7, YJ, TJ), including all Defendant, NHTSA or other agency notices, positions, presentations, component or safety changes, retrofit or recalls or proposals.

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on May 23, 2003, postage prepaid, and via facsimile transmission, to all counsel and pro se parties of record as follows:

Daniel Krisch, Esq.
Horton, Shields & Cormier, P.C.
90 Gillett Street
Hartford, CT 06105

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

Lewis H. Goldfarb, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY 10022

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson
555 Thirteenth Street, NW
Washington, DC 20004

Steven E. Arnold

3