| | |
|---|---|
| IN RE JEEP WRANGLER CLASS ACTION | : CIVIL NO. 3:02 CV 1219 (JBA) |
| | : |
| ANGELA PHELAN, ADMINISTRATRIX OF | : |
| THE ESTATE OF CHRISTOPHER PHELAN, | : |
| CLASS MEMBER, AND INDIVIDUALLY | : |
| Plaintiffs | : |
| | : |
| VS. | : |
| | : |
| DAIMLERCHRYSLER CORPORATION | : DECEMBER 5, 2003 |
| | : |
| Defendant | : |

## PLAINTIFF'S THIRD SET OF PRODUCT LIABILITY REQUESTS FOR PRODUCTION TO DAIMLERCHRYSLER CORPORATION

Pursuant to F.R.C.P. Rule 33 and Rule 34, the Plaintiff Estate of Christopher Phelan serves on Defendant Plaintiff's Third Set of Product Liability Requests for Production.

## DEFINITIONS

| YOU/YOUR | Defendant DaimlerChrysler including Jeep Eagle Division, and any and all of its other divisions, sister companies, and/or any and all of its subsidiaries; any and all of its departments; and any and all of its committees; and/or any Persons or entities acting or purporting to act on Your behalf, including but not limited to DaimlerChrysler and its employees, consultants, or agents of any nature and description whatsoever, including attorneys, attorney-investigators, lay-investigators, paralegals, accountants, consultants, or other persons of any nature or description directly or indirectly working for or on behalf of You in any capacity. This definition specifically includes DaimlerChrsyler and any of its predecessor corporations and divisions thereof, including Mercedes-Benz. |
|---|---|

1

STANGER & ARNOLD, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

| WRANGLER(S) | All Jeep Wrangler series model vehicles from date of first manufacture to present substantially similar in design and manufacture to Christopher Phelan's 1994 Jeep Wrangler, whether a production model, concept, and/or prototype including the CJ, YJ, TJ, YJ concept or prototype, YJ freshen(ing), YJ improvement, YJ refreshen(ing), Commando, CJ-7 improvement, CJ refresh, CJ refreshing, CJ-R, CJ-7, CJ freshened, CJ freshening and/or CJ-9, or the roll cage of any of these. |
|---|---|
| ROLL CAGE | Wrangler overhead and side components including hardtop roof, door frames, windshield, windshield supports, hinges, brackets substructures or subparts, glass, "rollbars", "sport" bars, "side" bars, "A", "B" and "C" pillars, attachment hardware, brackets, hinges, welds, glue, bolts and nuts and vehicle attachment points. |
| DOCUMENTS | A document shall include all writings, drawings, graphs, charts, photographs, videos, phone records, stenographic records, and other data compilations from which information can be obtained and translated, if necessary, through detective devices, including computers, into reasonably usable form. |
| AND, OR, AND/OR | All, any, every, each |

## REQUESTS FOR PRODUCTION

**12.** All documents relating to the CJ Windshield Structure Test(s).

**13.** All documents relating to Report No. 2E4-84-133-SL.

**14.** All documents relating to Safety Laboratory Tests 13.343-13.346.

**15.** All documents relating to bodies 13.343-13.346.

**16.** All documents relating to Safety Laboratory Tests 13.351-13.352.

**17.** All documents relating to bodies 13.351-13.352.

**18.** All documents relating to layout RSK #4973.

**19.** All documents relating to 8500 roof crush development, and roof crush or roll bar testing.

**20.** All documents relating to 8600 roof crush development, and roof crush or roll bar testing.

2

**21.** All documents relating to Report No. 2B3-85-013-SL.

**22.** All documents relating to Safety Laboratory Test 13.254.

**23.** All documents relating to body 13.254.

**24.** All documents relating to Report No. 2B3-78-029-SL.

**25.** All documents relating to Safety Laboratory Test 13.230.

**26.** All documents relating to body 13.230.

**27.** All documents relating to 7900 roof crush development.

**28.** All documents relating to Report No. 2B3-78-029-A-SL.

**29.** All documents relating to Safety Laboratory Test 13.232.

**30.** All documents relating to body 13.232.

**31.** All documents relating to Report No. 2B3-78-142-SL.

**32.** All documents relating to Safety Laboratory Test 13.244.

**33.** All documents relating to body 13.244.

**34.** All documents relating to Report No. 2B3-79-009-SL.

**35.** All documents relating to Safety Laboratory Test No. 13.254.

**36.** All documents relating to body 13.254.

**37.** All documents relating to Report No. 2B3-79-028-SL.

**38.** All documents relating to Safety Laboratory Tests 13.257-13-258.

**39.** All documents relating to bodies 13.257-13.258.

**40.** All documents relating to Report No. 2B3-81-028-SL.

**41.** All documents relating to Safety Laboratory Tests 13.283-13.287.

**42.** All documents relating to bodies 13.283-13.287.

**43.** All documents relating to 8200 roof crush development.

**44.** All documents relating to Report No. 2B3-81-039-SL.

**45.** All documents relating to Safety Laboratory Tests 13.288-13.295.

**46.** All documents relating to bodies 13.288-13.295.

**47.** All documents relating to Report No. 2B3-81-091-SL.

**48.** All documents relating to Safety Laboratory Tests 13.300-13.301.

3

49. All documents relating to bodies 13.300-13.301.

50. All documents relating to Report No. 2B3-82-292-SL.

51. All documents relating to Safety Laboratory Tests 13.322-13.323.

52. All documents relating to bodies 13.322-13.323.

53. All documents relating to Safety Laboratory Tests 13.314-13.321.

54. All documents relating to the halo and/or horseshoe designs.

55. All documents to or from BASF Wyandotte Corporation relating to AMC – Jeep window frames.

56. All documents relating to foam filled window frames on Wranglers.

57. All documents relating to a fixed windshield on the Wranglers.

58. All documents relating to cerrobend filled windshield frames on Wranglers.

59. All documents relating to foam filled windshield frames on Wranglers.

60. All documents relating to serrubin filled A pillars on Wranglers.

61. All documents relating to support tubes inside the A pillars on Wranglers.

62. All documents relating to the use of internal vertical reinforcements in the windshield frame on Wranglers.

63. All documents relating to the load vs. deflection characteristics of the windshield or roll bar on Wranglers.

64. All documents relating to the use of urethane bonded glass in the Wranglers.

65. The YJ open items list (Attachment #6) to the 1987 YJ Program Review Meeting Agenda.

66. All documents relating to YJ Program Review Meetings concerning the roll cage.

67. All documents relating to YJ Development Meetings concerning the roll cage.

68. All documents, agendas, meeting notes, meeting minutes, reports, presentations, participant/attendee lists, tape recordings and/or documents from the Product Planning Committee, or any related subcommittees, concerning Wrangler roll cages.

69. All documents relating to Wrangler customer focus groups from 1982-2000.

70. All documents relating to Wrangler customer clinical research from 1982-2000.

71. All documents relating to the modifications to the windshield structure and roll bar structure that were accepted at the December 6, 1984 Product Review meeting.

4

72. All documents relating to the five vehicles created to assess hardware alternatives and/or objectives assessed in the CJ Freshening Program.

73. All documents relating to the assessment of properties research conducted in Denver, Colorado, on or about October 4-6, 1982.

74. All documents relating to vehicles R, P, M, T, V used in market research in the CJ Freshening Program.

75. All documents, agendas, meeting notes, meeting minutes, reports, presentations, participant/attendee lists, tape recordings and/or documents from the Engineering Safety Committee relating to Wranglers.

76. All documents relating to "Features and Technology Strategy Alternatives" concerning Wrangler roll cages.

77. All documents relating to the Wrangler Engineering Program Reviews conducted at 'Jeep and Dodge Truck Engineering' concerning roll cages.

78. All of Defendant's internal engineering research filings and/or other documents concerning Failure Mode Effects Analysis or "FMEA" relating to Wrangler roll cages.

79. All documents relating 'Jeep and Dodge Truck Engineering' "Quality Council" concerning Wrangler roll cages.

80. All documents relating to 'Jeep and Dodge Truck Engineering' "Quality Improvement Teams" concerning Wranglers.

81. All documents relating to all iterations of any Wrangler Program Objectives Summary, sometimes called the "10-panel Chart," or "11-panel Chart," or "12-panel Chart."

82. All documents relating to the Full Roll Cage feature(s) assessed in the CJ Freshening Program.

83. All documents relating to research presentation(s) covering the clinic conducted in Denver, Colorado, on or about October 4-6, 1982.

84. All Product Committee meeting documents relating to Wrangler roll cages.

85. All Product Committee meetings documents relating to the approval of the Jeep Wrangler YJ production model.

86. All documents relating to a CJ-7 silver vehicle proposal shown to the Product Committee in March 1982.

87. All documents relating to project number 606100.

88. All documents relating to the FMVSS 208 test of a CJ-5 in 1974 or 1973.

89. All documents relating to the FMVSS 216 test of a CJ-5 in 1974 or 1973.

5

**STANGER & ARNOLD, LLP**
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

90. All documents relating to the April 29, 1974 memo from F.J. LaVoie to A.J. Junker regarding CJ-5 Roll Bar.

91. All documents relating to the roll cage on the Ultimate Rescue.

92. All documents relating to the Functional Cage on the Ultimate Rescue.

93. All documents relating to Functional Roll Cages for use on open body vehicles and/or Wranglers.

94. All documents relating to the roll cage on the Mountain Biker.

95. All documents relating to the modular hardtop roof system with Integral roll cage.

96. All documents relating to the roll cage on the Ikon.

97. All documents relating to the Integrated Safety Cage on the Ikon.

98. All documents relating to any rollover accident, rollover test or rollover maneuver in your possession or control that Defendant believes is relevant to its defenses in this lawsuit.

99. All documents relating to Your roll cage, rollover protection, roof structure, A-Pillar, B-Pillar and C-Pillar standards and/or safety programs or initiatives.

100. Access to Your databases for Plaintiffs to conduct searches dealing with the Jeep CJ-7, Wranglers and/or Motor Vehicles similarly built by Mercedes-Benz.

101. All documents relating to all A pillar and/or rollbar (roll cage) specifications for any 1994-2000 model year Mercedes built with a roll bar (roll cage)/sports bar (sports cage).

102. All documents relating to any rollover standards in place for any 1994-2000 model year Mercedes built with a roll bar (roll cage)/sports bar (sports cage).

103. All documents relating to Mercedes roof crush standards and/or roof strength requirements for SUVs.

104. Produce all competitive teardown reports as compiled and distributed by either the DaimlerChrysler Engineering department of Competitive Teardown or the DaimlerChrysler department of Technical Cost Planning, or any similar departments, involving the teardown of any and all competitive Sport Utility Vehicle products, including those manufactured by Ford Motor Company (e.g. "Explorer, Bronco et al"), General Motors (Chevy Blazer, etc.), Honda Motor Company (Passport, etc.), Toyota Motor Corporation (4Runner, Highlander, etc.), Nissan Motor Company (Pathfinder, etc.), Mercedes, during calendar years 1982-2000.

105. All documents relating to written comments concerning rollover mitigation, Docket No. NHTSA-2003-14622.

6

STANGER & ARNOLD, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

106.    All documents relating to Defendant's comments to the NHSB's and/or NHTSA's proposal(s) concerning a static test of roof crush strength.

107.    All documents relating to NHSB's and/or NHTSA's proposal(s) concerning a static test of roof crush strength.

108.    All documents relating to NHTSA NPRM published on February 27, 1997.

109.    All documents relating to Defendant's comments in connection with NHTSA NPRM published on February 27, 1997.

110.    All documents sent by any member of the DaimlerChrysler staffs, whether managerial, engineering or legal, to any member of the National Highway Traffic Safety Administration (NHTSA) relating to Wrangler roll cages and/or occupant protection during a rollover from 1982-2000.

111.    All documents sent by any member of the National Highway Traffic Safety Administration (NHTSA) to any member of the DaimlerChrysler staffs relating to Wrangler roll cages and/or occupant protection during a rollover from 1982-2000.

112.    All documents relating to 3-D loading.

113.    All documents relating to the objective(s) of 3-D loading tests.

114.    All documents relating to the development of 3-D loading.

115.    All documents identifying what vehicles are subject to 3-D loading.

116.    All documents relating to the roll cage on any Wranglers and/or open body vehicles, or for use, application, or consideration for the roll cage on any open body vehicles, whether in production, design, proposal or evaluation from 1973-2000.

117.    All documents relating to changes made, evaluated or proposed for the roll cage on the YJ between 1986-1996.

118.    All iterations of Wrangler product plans, sometimes called "Product Plan Book – Change Transmittal."

119.    All transcripts of trial and deposition testimony, including any exhibits entered into during said testimony, taken in those matters identified in response to Plaintiff's Product Liability Interrogatory No. 10 of all your past and present corporate officers and directors, employees, agents, or liability experts that are in your possession or control, including those stored, as a result of this or other matters, with any of your attorneys, liability experts, or agents.

120.    Produce all court orders, all DaimlerChrysler court filings including attachments, and all DaimlerChrysler court briefings including attachments, filed in the matter of Gillespie v DaimlerChrysler Corporation, et al.

7

121.   All transcripts of trial and deposition testimony, including any exhibits entered into during said testimony, in Your possession or control taken of W.R. Kirk, J. Sanderson, M. Currin, D.E. Higley, R. Jubenville, S.W. Schramm, J.E. Pinsonneault, P. Simenton, D. DeRees, T. Ballard, F. Castaing, R.A. O'Brien, D. Renneker, J. Thorton, A. Van Campenhout, J. Tarian, H. Farrah, R. Friday, S. Gifford, and/or L. Neal.

122.   All documents relating to why and/or how the roll cage in the production model YJ was selected.

123.   Make available for access, inquiry and inspection Defendant's and Defendant's attorney databases storing or indexing your documents, including the CAIR database, that contain references relating to Wrangler roll cages.

124.   All DCCAC CAIR file records concerning or alluding to in any way the YJs roll cage during the years 1985 through 2000.

125.   All documents contained in databases linked to DCCAC CAIR that concern or allude to in any way the YJs roll cage during the years 1985 through 2000.

126.   All DCCAC CAIR file records concerning or alluding to in any way the YJs roll cage during the years 1985 through 2000 prior to any alteration of said documents by any person.

127.   All DCCAC CAIR file records concerning or alluding to in any way the subject of YJs roll cage during the years 1985 through 2000 after any alteration of said documents by any person.

128.   All documents relating to DCCAC CAIR file records concerning or alluding to in any way the YJs roll cage during the years 1985 through 2000.

129.   All documents relating to the process and/or procedures individuals use to enter information into DCCAC CAIR.

130.   All documents relating to the manipulation of the DCCAC CAIR file records.

131.   All documents relating to the CAIR Mirror Server for Legal Discovery.

132.   All customer letters sent at any time to any member of the DaimlerChrysler staff concerning YJ roll cages and/or rollovers, and any response thereto.

133.   All documents relating to H.R.P. $0 and/or H.R.P. 40 steel called out in Ass'y – Roll Bar drawing for part no. 5764146.

134.   All documents relating to the strength and stiffness properties of H.R.P. $0 and/or H.R.P. 40 steel called out in Ass'y – Roll Bar drawing file no. 5764146.

135.   All documents relating to the supplier(s) of H.R.P. $0 and/or H.R.P. 40 steel called out in Ass'y – Roll Bar drawing for part no. 5764146.

8

136.   All documents relating to C.R. steel per AM 16002, Galv. Per AM 16028 called out in drawing file nos. 55023064.

137.   All documents relating to the strength and stiffness properties of C.R. steel per AM 16002, Galv. Per AM 16028 called out in drawing file no. 55023064.

138.   All documents relating to the supplier(s) of C.R. steel per AM 16002, Galv. Per AM 16028 called out in drawing file no. 55023064.

139.   All documents to or from any previous or existing supplier(s) of any components of a Wrangler roll cage, roll bar or related components from 1982-2000.

140.   All documents relating to the process, procedure or protocol Defendant's employees follow to cause changes in Owner's Manuals, vehicle labels, vehicle decals, glove box information, and/or parts/service manuals.

141.   All documents relating to Decal 895500955 and/or any prior or subsequent version of it.

142.   All documents relating to Decal 8955013320 and/or any prior or subsequent version of it.

143.   All documents relating to the difference(s) and/or change in the statement on page one of the 1989 YJ Owner's Manual stating, "Even though your Jeep vehicle has a roll bar and side bars for some extra protection, it is truly open-vehicle-there is no steel structural integrated top and it has low sides and a folding windshield" than similar statements in language in all preceding YJ and TJ Owner's Manuals.

144.   All documents relating to the difference(s) and/or change in the statements on pages 23 and 26 of the 1989 YJ Owner's Manual stating, "these structural elements" than similar statements in language in all preceding YJ and TJ Owner's Manuals.

145.   All documents relating to the term sports bar as used in connection with Wranglers.

146.   All documents relating to the term side bar as used in connection with Wranglers.

147.   All documents relating to the selection or exclusion of the term roll bar and/or rollbar in connection with Wranglers.

148.   All documents relating to customer perception of the roll cage, sports bar, side bars, sidebars, and/or windshield on all Wranglers.

149.   All documents relating to FMVSS test nos. 21694286-2169599.

150.   All documents relating to the instruction to marketing companies that the roll bar and doors must be on the YJ in all advertisements and marketing.

151.   All documents relating to the welds used in the YJ roll cage.

9

STANGER & ARNOLD, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

152. All documents relating to the nuts and bolts used in the YJ roll cage.

153. All documents relating to the glass used in the YJ roll cage.

154. All documents relating to Defendant's document retention policy.

155. All documents in Your possession or control relating to Mr. Leon Neal's investigations of YJ accidents where the A-Pillar made contact with the ground or some object, often resulting in the displacement of the A-Pillar windshield frame.

PLAINTIFFS

BY _____

Steven E. Arnold, ct07966
sea@SAlaw.us
Peter M. Van Dyke, ct24747
pvd@SAlaw.us
James H. Halpin, Jr., ct25357
jhh@SAlaw.us
Stanger & Arnold, LLP
29 South Main Street
West Hartford, CT 06107
Tel. (860) 561-0650
Their Attorneys

10

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via facsimile transmission and via first class mail, on December 5, 2003 to:

Peter M. Durney, Esq.
Marie E. Chafe, Esq.
James P. Kerr, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

Daniel Krisch, Esq.
Horton, Shields & Knox
90 Gillett Street
Hartford, CT 06105

Terri S. Reiskin, Esq.
James A. Hourihan, Esq.
Hogan & Hartson
555 Thirteenth Street
Washington, DC 20004

Lewis H. Goldfarb, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY 10022

M. Sheila Jeffrey, Esq.
Miller, Canfield, Paddock & Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI 48098

_____
James H. Halpin, Jr.

11

STANGER & ARNOLD, LLP
29 South Main Street · Suite 325 · West Hartford, CT 06107 · 860.561.0650 · Facsimile: 860.561.0646
Juris No. 419042

1

1      IN THE DISTRICT COURT OF THE UNITED STATES

2         FOR THE DISTRICT OF CONNECTICUT

3

4

5   IN RE JEEP WRANGLER CLASS ACTION

6   ANGELA PHELAN, ADMINISTRATRIX OF

7   THE ESTATE OF CHRISTOPHER PHELAN,

8   CLASS MEMBER, AND INDIVIDUALLY,

9                   Plaintiffs,

10      -vs-                  Civil Action

11                      No. 3:02 CV 1219 (JBA)

12   DAIMLERCHRYSLER CORPORATION,

13                  Defendant.

14   _____ /

15        V I D E O    D E P O S I T I O N

16

17   DEPONENT:    LEON NEAL

18   DATE:        Monday, December 15, 2003

19   TIME:        9:06  a.m.

20   LOCATION:    840 W. Long Lake, Troy, Michigan

21   REPORTER:    Nora Morrissy, RMR, CRR, CSR-2642

22

23

24

25

2

```
 1    APPEARANCES:

 2

 3    STANGER & ARNOLD, LLP

 4    BY: Mr. James H. Halpin, Jr.

 5    29 South Main Street

 6    West Hartford, CT  06107

 7    860-561-0650

 8        Appearing on behalf of the Plaintiffs.

 9

10    MILLER, CANFIELD, PADDOCK & STONE

11    BY: Ms. Sheila Jeffrey

12    101 North Main, 7th floor

13    Ann Arbor, MI  48104

14    734-668-7797

15

16    DAIMLERCHRYSLER CORPORATION

17    BY: Ms. Rita A. Burns

18    1000 Chrysler Drive

19    Auburn Hills, MI  48326

20        Appearing on behalf of the Defendant.

21

22

23

24

25
```

43

1    Q.   We'll get there.  Not yet.

2         MS. JEFFREY:  If you can answer it

3  based on not looking at a document, Leon, Mr. Neal, if

4  not, say so.

5    A.   Those words by themselves don't mean anything

6  to me.  I need to have some context before I really

7  can answer your question properly.

8    Q.   (BY MR. HALPIN)   What meaning does

9  DaimlerChrysler intend the public to understand the

10  term integrated safety cage to be?

11    A.   I don't know without some context.

12    Q.   What is a roll bar?

13    A.   A roll bar is an item like in Exhibit 3 from

14  my deposition here, sport bar, roll bar, that's what's

15  shown Exhibit 3 figure 119.

16    Q.   Is the roll bar the same as a roll cage?  Let

17  me rephrase.  Is a roll bar the same as a full roll

18  cage?

19    A.   Is roll bar the same as a racing roll cage?

20  No.

21    Q.   In the event of a driver side leading rollover

22  where the A pillar area of a vehicle contacts the

23  ground, does a full roll cage provide more protection

24  than a roll bar?

25    A.   I take your question to mean would a race car

44

1    perform better in that accident than a Jeep Wrangler

2    with a roll bar/sport bar in it, yes, but you also

3    have to use roll bar -- roll race car safety equipment

4    which consists of five or six point seatbelts, a

5    racing seat, and the driver wearing a helmet at a

6    minimum.

7        Q.    Assuming the driver of a vehicle with a roll

8    bar was belted in the same manner the driver of a

9    vehicle with a full roll cage, would the full roll

10   cage provide more occupant protection than the roll

11   bar?

12       A.    I take your question to mean would a NASCAR

13   Winston Cup car perform better than a Wrangler in a

14   crash, it would depend on the crash.

15       Q.    In a driver side leading rollover where the A

16   pillar area of the vehicle first impacts the ground

17   before any other part of the vehicle in which case the

18   drivers were wearing the same seatbelt with no other

19   safety devices such as a helmet, would a full roll

20   cage or a roll bar provide better occupant protection?

21                MS. JEFFREY:   Object to form.

22       A.    Not necessarily.

23       Q.    (BY MR. HALPIN)    Why would that not provide

24   better protection?

25       A.    It would depend on the severity of the crash.

45

1    Q.    In a crash at the approximate speed of 40

2    miles per hour.

3    A.    I can't say.

4    Q.    Why would someone within DaimlerChrysler

5    propose that a YJ be built with a NASCAR roll bar

6    system?

7                    MS. JEFFREY:  Object to form.

8    Q.    (BY MR. HALPIN)    You can answer.

9    A.    Would you repeat the question, please?

10    Q.    Why would someone within DaimlerChrysler

11    propose that a YJ be built with a NASCAR roll bar

12    system?

13                    MS. JEFFREY:  Further object to the

14    foundation of that question.

15    A.    Well, if I speculated I'd say it sounds like

16    we are going to use the Wrangler in a racing

17    situation.

18    Q.    (BY MR. HALPIN)    Why would someone within

19    DaimlerChrysler propose that a production -- let me

20    rephrase.  Why would someone within DaimlerChrysler

21    propose that the production YJs contain a full roll

22    cage similar to one contained in a NASCAR race

23    vehicle?

24                    MS. JEFFREY:  Object to form and

25    foundation.

50

1    A.    Yes.

2    Q.    Did the original CJ have a roll bar?

3    A.    No.

4    Q.    Why was the term sports bar selected to

5    describe a roll bar of the production YJ?

6    A.    I don't know.

7    Q.    Who would know why the term sports bar was

8    selected to describe a roll bar of the production YJ?

9    A.    I don't know who would know.

10    Q.    Have you ever heard why the term sports bar

11    was selected to describe the production model YJ?

12    A.    No.

13    Q.    Have you ever seen any documents explaining

14    why the term sports bar was selected to describe the

15    production model YJ?

16    A.    No, I don't.  I don't recall seeing any

17    documents on that subject.

18    Q.    Have you ever looked for documents that

19    explained why the term sports bar was selected to

20    describe the roll bar on the production model YJ?

21    A.    No, I don't recall ever specifically looking

22    for documents that describe the reason why that term

23    sport bar was used.

24    Q.    Have you ever read the deposition testimony of

25    any DaimlerChrysler employee explaining why the term

51

1  sports bar was selected to describe the production

2  model YJ's roll bar?

3      A.  No, I have not.

4      Q.  If you were to look for any documents

5  explaining why the term sports bar was used to

6  describe the production model YJ's roll bar, where

7  would you look?

8      A.  I wouldn't know where to look.

9      Q.  If you were to ask any DaimlerChrysler

10 employee for the reasons why the term sports bar was

11 selected to describe the production model YJ's roll

12 bar, who would you ask?

13              MS. JEFFREY:  Object to form.

14     A.  I wouldn't know who to ask.  Actually I think

15 I might know who to ask.  An engineer that used to

16 work for the company named Jim Thornton, I'd ask him.

17 He's got lineage back into the early Wrangler days.

18     Q.  (BY MR. HALPIN)  In all of your time

19 assisting both inhouse counsel and outside counsel for

20 DaimlerChrysler, have you ever been asked to look for

21 documents that explained the use of the term sports

22 bar?

23     A.  I don't remember.

24     Q.  Do you recall that you may or may not have

25 looked for such documents?

52

1    A.   No, I don't recall one way or the other.  I've

2  been in this group for over 14 years and I've done a

3  lot in those years and I just don't remember

4  everything that I've done.

5    Q.   Who would have asked you to look for those

6  documents?

7            MS. JEFFREY:  Object to form and

8  foundation.  Stated he didn't recall.

9            MR. HALPIN:  Can we have that

10  marked?

11            (Marked for identification Deposition

12            Exhibit Number 11.)

13            MS. JEFFREY:  We produced all the YJ

14  owner's manuals in this case.  Can you let us know

15  which manual that comes from?

16            MR. HALPIN:  Exhibit 11 is from the

17  1994 Wrangler owner's manual.

18    Q.   (BY MR. HALPIN)   Can you tell me what the

19  term structural integrated top refers to on the

20  right-hand column of Exhibit 11 in the first full

21  paragraph?

22    A.   Could you repeat your question again?

23    Q.   What does structural integrated top mean on

24  Exhibit 11?

25    A.   I don't -- oh.  That means a top that's a part

140

1    Q.    (BY MR. HALPIN)    Do you know what the

2   relationship is between Francois Castaing and

3   Mr. Swando?

4    A.    No, I don't.

5    Q.    As part of your job responsibilities do you

6   sometimes investigate accident scenes?

7    A.    Yes, I do.

8    Q.    As part of your job responsibilities do you

9   sometimes investigate vehicles that were in accidents,

10  Jeeps that were in accidents?

11   A.    Yes, I do.

12   Q.    What was your purpose in inspecting the

13  vehicles?

14   A.    To ascertain the condition of the vehicle at

15  the time of my inspection.

16   Q.    Who asks that you inspect the vehicles?

17   A.    The general counsel's office of

18  DaimlerChrysler.

19   Q.    Do you relay your observations directly to

20  DaimlerChrysler engineers without the presence of

21  counsel?

22   A.    Could you repeat that, please?

23   Q.    After you investigate a vehicle that was in an

24  accident, do you return to DaimlerChrysler and

25  sometimes speak to DaimlerChrysler engineers outside

141

1     the presence of counsel about your investigations?

2         A.   No, I don't.

3         Q.   How many times have you inspected a YJ where

4     the A pillar made contact with the ground during a

5     rollover?

6              MS. JEFFREY:   I'm going to object to

7     this line of questioning.  The inspections he does are

8     pursuant to the direction of counsel in connection

9     with litigation.  They are work product, they are

10    attorney-client privilege and I'm going to direct him

11    not to answer any questions about investigations.

12        Q.   (BY MR. HALPIN)   Do you photograph the

13    vehicles that you investigate?

14             MS. JEFFREY:   It's all right.

15        A.   Yes.

16        Q.   (BY MR. HALPIN)   Have you ever been

17    questioned by a plaintiff's attorney in depositions

18    relating to the photographs you take of vehicles that

19    you investigate?

20        A.   Yes.

21        Q.   How many of the times where you were

22    questioned by plaintiff attorneys in depositions of

23    the photographs that you took of your vehicle accident

24    investigations was the vehicle a YJ?

25        A.   No.

142

1      Q.   Was the vehicle a CJ?

2      A.   One was.

3      Q.   Was the vehicle a TJ?

4      A.   No.

5      Q.   Can you describe for me what happened to one

6   CJ the plaintiff's attorneys questioned you about

7   during a deposition?

8              MS. JEFFREY:   I'm going to object to

9   this line of questioning in view of the motion for

10   protective order and it's just too far afield of what

11   he's being presented for today.

12              MR. HALPIN:   Is it strictly due to

13   the motion for protective order or is it --

14              MS. JEFFREY:   I'm not claiming

15   attorney-client privilege about what he testified

16   about in a public record, no.   What's this from,

17   Exhibit 47?

18              MR. HALPIN:   You produced it to me.

19   I cannot tell what it was from at the moment.

20              MS. JEFFREY:   We produced brochures

21   related to all YJ vehicles.

22              MR. HALPIN:   I can only speculate

23   that it's YJ.

24              MS. JEFFREY:   You don't know what

25   model year, though?

143

1          MR. HALPIN:  I do not.

2      (Marked for identification Deposition

3      Exhibit Number 46, 47.)

4          MS. JEFFREY:  Before you question

5  him, Mr. Halpin, he's not being offered as a marketing

6  expert.  You may ask him about the document that's

7  been marked as Exhibit 46, but that's not his

8  bailiwick.

9          Forty-seven, he wasn't involved in

10  producing brochures and that sort of thing, but you

11  can go ahead and ask him questions to the extent he

12  knows.

13          Could I see 46 for just a second?

14      Q.   (BY MR. HALPIN)   Are you familiar with

15  documents Exhibit 46 or Exhibit 47?

16      A.   I'm not familiar with Exhibit 46 and Exhibit

17  47 I've probably seen before.  It looks like a page

18  out of a sales brochure for Jeep Wrangler, a 1987

19  through 1991 Wrangler.

20      Q.   And does that sales brochure use the term

21  standard roll bar?

22      A.   Yes, it does.

23      Q.   Exhibit 46, the last box states avoid

24  situations that are, by their nature, unsafe.  Roll

25  bar and doors must be on vehicle.

144

1    Do you have any understanding why

2 those statements are included on that document?

3    A.  No, I don't.  This is something that customers

4 never see.  It's an internal document within marketing

5 I'm sure.

6    Q.  Getting back to your accident investigation

7 job responsibilities, did plaintiff's attorneys ever

8 question you about your investigations concerning YJs?

9    A.  Probably.  I don't recall any, but I'm sure

10 it's happened.

11    Q.  Do you recall --

12        (Marked for identification Deposition

13        Exhibit Number 47.)

14    Q.  As part of your job responsibilities did you

15 assist general counsel or outside counsel's office

16 with document production in some of the cases

17 indicated on Exhibit 48?

18        MS. JEFFREY:  I'm going to object

19 and direct him not to answer.  His assistance provided

20 to counsel is work product and attorney-client

21 privilege.  If you want to ask him if he recalls

22 testifying in any of those cases on behalf of

23 DaimlerChrysler, that's fine.  He serves a dual

24 capacity.  Part of it is work product.  He does not

25 necessarily turn over inspection notes or discusses