125

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
MAR 5  1 54 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| In re Jeep Wrangler Class Action | ) |
| | ) |
| Angela Phelan, Administratrix of | ) |
| the Estate of Christopher Phelan, | ) |
| Class Member, and Individually | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil No. 302CV1219 JBA |
| | ) |
| DaimlerChrysler Corporation | ) |
| | ) |
| Defendant | )   March 4, 2004 |

### NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Lewis H. Goldfarb, Terri S. Reiskin, James A. Hourihan and the firm of Hogan & Hartston L.L.P. are hereby withdrawing as counsel for DaimlerChrysler Corporation in this matter. DaimlerChrysler Corporation will continue to be represented by Daniel J. Krisch of Horton, Shields & Knox, P.C. and Marie E. Chafe, Peter M. Durney and James P. Kerr of Cornell & Gollub.

Respectfully submitted,

By: _____
Daniel J. Krisch (Fed. Bar ID# CT21994)
dkrisch@hsklawfirm.com
HORTON, SHIELDS & KNOX, P.C.
90 Gillett Street
Hartford, Connecticut 06105
(860) 522-8338
(860) 728-0401 (facsimile)

FILED
APR 5  7 56 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

\DC - 85646/0043 - 1871885 v1

*[Margin annotations:]*

*Janet Bond Arterton, U.S.D.J.: Hogan and Harston counsel must file their own motion to withdraw.*

*4/2/04: Motion DENIED. Hogan and Harston counsel noting replacement counsel. New Haven, Connecticut.*