UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE JEEP WRANGLER CLASS ACTION

CIVIL NO. 3:02 CV 1219 (JBA)

ANGELA PHELAN, ADMINISTRATRIX OF
THE ESTATE OF CHRISTOPHER PHELAN,
CLASS MEMBER, AND INDIVIDUALLY
    Plaintiffs

VS.

DAIMLERCHRYSLER CORPORATION
    Defendant

APRIL 9, 2004

## MOTION FOR ADMISSION PRO HAC VICE

In order to address the class action issues and in light of Hogan & Hartson, LLP's upcoming request for withdrawal of counsel, pursuant to D. Conn. L. Civ. R. 2 (d), the undersigned, a member of the bar of this Court, hereby moves for permission for Raymond M. Kethledge and Stefanie E. Deller, of the law firm of Bush Seyferth & Kethledge PLLC, 3001 West Big Beaver Road, Suite 600, Troy, MI 48084, to appear *pro hac vice* and represent the defendant DaimlerChrysler Corporation in this case. In support of this motion, the undersigned represents the following:

1.    Raymond M. Kethledge and Stefanie E. Deller have a long standing attorney-client relationship with DaimlerChrysler Corporation and have a specialized knowledge of its affairs, particularly in the area of class action litigation, which is important to the defense of this action.

**ORAL ARGUMENT IS NOT REQUESTED**

2. Plaintiff's recently filed Amended Complaint contains in Count One class action claims pursuant to the Connecticut Unfair Trade Practices Act. Those claims are the subject of the defendant's Motion for Summary Judgment on Count One.

3. Attorneys Kethledge and Deller and their firm have been engaged by DaimlerChrysler Corporation to represent it on the pending class action claims in place of Hogan & Hartson.

4. Raymond M. Kethledge was admitted to practice in the State of Michigan in 1993 and the District of Columbia in 1996. He is also admitted to practice before the U.S. Supreme Court (1998), U.S. Court Appeals Sixth Circuit (1994), U.S. Court of Appeals Fourth Circuit (2001), and the United States District Court for the Eastern District of Michigan, Southern Division (1998).

5. Raymond M. Kethledge has not been denied admission or discipline in accordance with Local Rule 3, or been denied admission or discipline by any other Court.

6. Stefanie E. Deller was admitted to practice in the State of Michigan in 2000 and the Ohio bar in 1999. She is also admitted to practice before the Sixth Circuit Court of Appeals (2001), United States District Court Eastern District of Michigan, Southern Division (2004), United States District for Northern Ohio (2000), and the United States District for Southern Ohio (1999).

7. Stefanie E. Deller has not been denied admission or discipline in accordance with Local Rule 3, or been denied admission or discipline by any other Court.

8. Pursuant to the provisions of D. Conn. L. Civ. R. 2(d) the required application fee for each individual attorney has been submitted with this motion and Declarations signed by each applicant are attached hereto as Exhibits A and B.

WHEREFORE, the undersigned respectfully moves that this Court allow Raymond M. Kethledge and Stefanie E. Deller to participate in this action *pro hac vice*.

DAIMLERCHRYSLER CORPORATION

By: _____
Marie E. Chafe (Fed. Bar ID# CT20114)
mchafe@cornellgollub.com
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
(617) 482-8100
(617) 482-3917 Fax

and

Daniel J. Krisch (Fed Bar ID# CT21994)
dkrisch@hsclaw.com
HORTON, SHIELDS & CORMIER, P.C.
90 Gillett Street
Hartford, Connecticut 06105
(860) 522-8338
(860) 728-0401 Fax

## CERTIFICATE OF SERVICE

I, Marie E. Chafe, attorney for defendant DaimlerChrysler Corporation, hereby certify that on this 9th day of April, 2004, a true copy of the foregoing Motion for Admission Pro Hac Vice, was served via first class mail, postage prepaid, directed to:

Steven E. Arnold, Esq.  
Peter Van Dyke, Esq.  
James Halpin, Esq.  
Stanger & Arnold, LLP  
29 South Main Street, Suite 325  
West Hartford, CT  06107

Attorney for Plaintiff

Christopher Miller  
c/o Robinson Correctional Facility  
285 Shaker Road  
P.O. Box 1600  
Enfield, CT 06082

Maurice Samuelian  
Kathleen Samuelian  
52 Mallard Avenue  
East Hampton, CT 06424

Third-Party Defendants

_____  
Marie E. Chafe



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE JEEP WRANGLER CLASS ACTION

ANGELA PHELAN, ADMINISTRATRIX OF
THE ESTATE OF CHRISTOPHER PHELAN,
CLASS MEMBER, AND INDIVIDUALLY
    Plaintiffs

VS.

DAIMLERCHRYSLER CORPORATION
    Defendant

CIVIL NO. 3:02 CV 1219 (JBA)

APRIL 7, 2004

## DECLARATION OF RAYMOND KETHLEDGE

STATE OF MICHIGAN    )
    ) SS
OAKLAND COUNTY    )

    I, Raymond Kethledge, Esquire declare that:

1. I am admitted to practice in the State of Michigan and have been a member in good standing of the State Bar of Michigan since 1993.

2. I am also a member of the District of Columbia bar and have been a member in good standing since 1996.

3. I am also admitted to practice before the U.S. Supreme Court (1998), U.S. Court of Appeals Sixth Circuit (1994), U.S. Court of Appeals Fourth Circuit (2001), and the United States District Court for the Eastern District of Michigan, Southern Division (1998).

4. I am a partner with the law firm of Bush Seyferth & Kethledge PLLC, 3001 West Big Beaver Road, Suite 600, Troy, Michigan 48084 (248) 822-7800.

5. There are no disciplinary proceedings pending against me in any jurisdiction.

6. I have never been reprimanded, suspended, placed on inactive status, disbarred nor resigned from the practice of law in any jurisdiction.

7.  I am familiar with the jurisdictional provisions of Title 28 U.S.C., the Federal Rules of Civil Procedure, and the Local Rules of this Court.

8.  Accordingly, it is respectfully requested that the application to permit me to appear pro hac vice be granted.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on April 7, 2004.

_____
Raymond M. Kethledge

Subscribed and Sworn to before me
this 7th day of April, 2004

_____
Laurel O. Seale, Notary Public
Macomb County, Michigan
*(Acting in Oakland County)*
My Commission Expires: 12/29/06

LAUREL O. SEALE
Notary Public, Macomb County, Michigan
My Commission Expires: December 29, 2006

B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE JEEP WRANGLER CLASS ACTION

ANGELA PHELAN, ADMINISTRATRIX OF
THE ESTATE OF CHRISTOPHER PHELAN,
CLASS MEMBER, AND INDIVIDUALLY
    Plaintiffs

VS.

DAIMLERCHRYSLER CORPORATION
    Defendant

CIVIL NO. 3:02 CV 1219 (JBA)

APRIL 7, 2004

## DECLARATION OF STEFANIE E. DELLER

STATE OF MICHIGAN    )
                                 ) SS
COUNTY OF OAKLAND    )

I, Stefanie E. Deller, Esquire declare that:

1. I am admitted to practice in the State of Michigan and have been a member in good standing of the Michigan State Bar Association since October 3, 2000.

2. I am also a member of the bar of Ohio and have been a member in good standing since November 8, 1999.

3. I am also admitted to practice before the Sixth Circuit Court of Appeals, United States District Court Eastern District of Michigan Southern Division, for the United States District Court for Northern Ohio, and the United States District Court for Southern Ohio.

4. I am an associate with the law firm of Bush Seyferth & Kethledge PLLC, 3001 West Big Beaver Road, Suite 600, Troy, Michigan, 48084 (248) 822-7800.

5. There are no disciplinary proceedings pending against me in any jurisdiction.

6.  I have never been reprimanded, suspended, placed on inactive status, disbarred nor resigned from the practice of law in any jurisdiction.

7.  I am familiar with the jurisdictional provisions of Title 28 U.S.C., the Federal Rules of Civil Procedure, and the Local Rules of this Court.

8.  Accordingly, it is respectfully requested that the application to permit me to appear pro hac vice be granted.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on April 7, 2004.

_____
Stefanie E. Deller

Subscribed and Sworn to before me
this 7th day of April, 2004

_____
Laurel O. Seale, Notary Public
Macomb County, MI
*(Acting in Oakland County)*
My Commission Expires: 12/29/06

LAUREL O. SEALE
Notary Public, Macomb County, Michigan
My Commission Expires: December 29, 2006

- 2 -