# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

IN RE JEEP WRANGLER CLASS ACTION

ANGELA PHELAN, ADMINISTRATRIX OF
THE ESTATE OF CHRISTOPHER PHELAN,
CLASS MEMBER AND INDIVIDUALLY

       VS.                                         Civil No. 3:02 cv 1219 (PCD)

DAIMLER CHRYSLER CORPORATION

## ENDORSEMENT ORDER

      Defendant's motion for Admission Pro Hac Vice of Raymond M. Kethledge, Esq., and Stefanie E. Deller, Esq., (Doc. #137) is hereby ORDERED ACCORDINGLY.

      SO ORDERED.

      Dated at New Haven, Connecticut, April 15, 2004.

                                      KEVIN F. ROWE
                                      Clerk, U.S. District Court

                                      By /s/ _____
                                          Patricia A. Villano
                                          Deputy Clerk