UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re Jeep Wrangler Class Action | ) |
| | ) |
| Angela Phelan, Administratrix of the Estate of Christopher Phelan, Class Member, and Individually | ) ) ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 302CV1219 JBA |
| | ) |
| DaimlerChrysler Corporation | ) |
| | ) |
| Defendant | ) April 27, 2004 |

### MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 7(e), Lewis H. Goldfarb, Terri S. Reiskin, James A. Hourihan and the firm of Hogan & Hartson L.L.P. hereby respectfully move this Court for permission to withdraw as counsel for defendant DaimlerChrysler Corporation in this matter. DaimlerChrysler Corporation is aware of and approves of this request, and has been served with this motion by certified mail. DaimlerChrysler Corporation will continue to be represented in this matter by Daniel J. Krisch of Horton, Shields & Cormier, P.C. and Marie E. Chafe, Peter M. Durney and James P. Kerr of Cornell & Gollub. In addition, substitute counsel Raymond M. Kethledge and Stefanie E. Deller of Bush Seyferth & Kethledge, PLLC, have recently moved for admission *pro hac vice*.

\\\\DC - 85646/0043 - 1917038 v1

For all these reasons, Lewis H. Goldfarb, Terri S. Reiskin, James A. Hourihan and Hogan & Hartson L.L.P. respectfully request that their motion be granted.

Respectfully submitted,

By: _____
Terri S. Reiskin (Fed. Bar ID# CT24015)
tsreiskin@hhlaw.com
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5600
(202) 637-5910 (facsimile)

_____
James A. Hourihan (Fed. Bar ID#CT24296)
jahourihan@hhlaw.com
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5600
(202) 637-5910 (facsimile)

_____
Lewis H. Goldfarb (Fed Bar ID# CT24014)
lhgoldfarb@hhlaw.com
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
(212) 918-3000
(212) 918-3100 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April, 2004, a true and correct copy of the foregoing Motion to Withdraw As Counsel was served via first-class, postage pre-paid, U.S. Mail on:

Steven E. Arnold, Esq.
Stanger & Arnold, LLP
29 South Main Street, Suite 325
West Hartford, Connecticut 06107
  Attorney for Plaintiff

Rikki Timbo, Inc.
Agent for Service: Richard W. Tomc, Esq.
49 Main Street
Middletown, CT 06457
  Third-Party Defendant

Raymond Kethledge, Esq.
Bush Seyferth & Kethledge PLLC
3001 W. Big Beaver Rd. Suite 600
Troy, Michigan 48084
  Co-counsel for Defendant

Daniel J. Krisch, Esq.
Horton, Shields & Knox, P.C.
90 Gillett Street
Hartford, Connecticut 06105
  Co-counsel for Defendant

Christopher Miller
c/o Robinson Correctional Facility
285 Shaker Road
P.O. Box 1600
Enfield, Connecticut 06082
  Third-Party Defendant

Maurice Samuelian
Kathleen Samuelian
52 Mallard Avenue
East Hampton, CT 06424
  Third-Party Defendant

Marie E. Chafe, Esq.
Peter M. Durney, Esq.
James P. Kerr, Esq.
CORNELL & GOLLUB
75 Federal Street
Boston, Massachusetts 02110
  Co-counsel for Defendant

and by certified mail on:

Mary Waldrup, Esquire
DaimlerChrysler Corporation
CIMS 483-13-65
1000 Chrysler Drive
Auburn Hills, MI 48326-2766
  In-house counsel for DaimlerChrysler Corp.

/s/ Terri S. Reiskin
Terri S. Reiskin

\\\DC - 85646/0043 - 1917038 v1