# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

In Re Jeep Wranger Class Action

Angela Phelan, Administratrix of the
Estate of Chris Phelan, Class Member,
and Individually

v

DaimlerChrysler Corporation

## APPEARANCE

CASE NUMBER:   3:02 CV 1219 (JBA)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:   DaimlerChrysler Corporation

May 8, 2004
**Date**

**Connecticut Federal Bar Number**

(248) 822-7803
**Telephone Number**

(248) 822-7001
**Fax Number**

kethledge@bskjuris.com
**E-mail address**

*Signature*

Raymond M. Kethledge
**Print Clearly or Type Name**
Bush Seyferth & Kethledge PLLC
3001 W. Big Beaver Road, Ste. 600
**Address**

Troy, MI 48084

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached sheet for service list.

*Signature*

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

## SERVICE LIST

Appearance of Raymond M. Kethledge and Stefanie E. Deller
May 5, 2004

Steven E. Arnold, Esq.
Stranger & Arnold, LLP
29 South Main Street, Ste. 325
West Hartford, CT 06107

Christopher Miller
c/o Robinson Correctional Facility
285 Shaker Road
P.O. Box 1600
Enfield, CT 06082

Richard W. Tome, Esq.
Rikki Tombo, Inc.
49 Main Street
Middletown, CT 06457

Maurice Samuelian, Esq.
52 Mallard Avenue
East Hampton, CT 06424

Marie E. Chafe, Esq.
Cornel & Gollub
75 Federal Street
Boston, MA 02110

Daniel Krisch, Esq.
Horton, Shields & Knox, P.C.
90 Gillett Street
Hartford, CT 06105

M. Sheila Jeffrey, Esq.
Miller, Canfield, Paddock & Stone, P.L.C.
Seventh Floor
101 North Main
Ann Arbor, MI 48104