# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Angela Phelan, Administratrix of the Estate of
Christopher Phelan, Class Member and Individually

**APPEARANCE**

v

CASE NUMBER:    3:02 cv 1219 (PCD)

DaimlerChrysler Corporation

**To the Clerk of this court and all parties of record:**

Enter my appearance as counsel in this case for:

DaimlerChrysler Corporation

_June 16, 2004_
Date

_ct25861_
Connecticut Federal Bar Number

_248 822-7800_
Telephone Number

_248 822-7853_
Fax Number

_kethledge@bskjuris.com_
E-mail address

Signature

Raymond M. Kethledge
Print Clearly or Type Name
Bush Seyfarth & Kethledge PLLC
3001 W. Big Beaver Road, Ste. 600
Address

Troy, MI 48084

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

### SEE ATTACHED SHEET

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Steven E. Arnold, Esq.
Stranger & Arnold, LLP
29 South Main Street, Ste. 325
West Hartford, CT 06107

Christopher Miller
c/o Robinson Correctional Facility
285 Shaker Road
P.O. Box 1600
Enfield, CT 06082

Richard W. Tome, Esq.
Rikki Tombo, Inc.
49 Main Street
Middletown, CT 06457

Maurice Samuelian, Esq.
Kathleen Samuelian, Esq.
52 Mallard Avenue
East Hampton, CT 06424

Marie E. Chafe, Esq.
Peter Durney, Esq.
James P. Kerr, Esq.
Cornel & Gollub
75 Federal Street
Boston, MA 02110

Daniel Krisch, Esq.
Horton, Shields & Knox, P.C.
90 Gillett Street
Hartford, CT 06105

M. Sheila Jeffrey, Esq.
Miller, Canfield, Paddock & Stone, P.L.C.
Seventh Floor
101 North Main
Ann Arbor, MI 48104