UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In re Jeep Wrangler Class Action | ) | |
| | ) | |
| Angela Phelan, Administratix of | ) | |
| the Estate of Christopher Phelan, | ) | |
| Class Member, and Individually | ) | |
| | ) | Civil No. 3:02 CV 1219 JBA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DaimlerChrysler Corporation | ) | July 13, 2004 |
| | ) | |
| Defendant | ) | |

**ASSENTED-TO MOTION OF DAIMLERCHRYSLER CORPORATION FOR
EXTENSION OF TIME TO OPPOSE PLAINTIFF'S MOTION TO STRIKE
AFFIRMATIVE DEFENSES RELATING TO CLAIMS ALLEGED IN
<u>COUNT ONE OF PLAINTIFF'S AMENDED COMPLAINT</u>**

The defendant, DaimlerChrysler Corporation, respectfully moves this Court for an

extension of time to oppose plaintiff's motion to strike affirmative defenses relating to the claims

alleged in Count One of plaintiff's Amended Complaint, until such time as this Court's Ruling of

June 28, 2004  is either reversed by this Court or reversed and remanded by the United States

Court of Appeals for the Second Circuit.

As reasons in support of its Motion, DaimlerChrysler Corporation states the following:

1.        Plaintiff filed a Motion to Strike Defenses, with supporting Memorandum on

March 1, 2004.  That Motion is directed to a total of ten Affirmative Defenses, including

defenses relating to the claims contained in Count One of plaintiff's Amended Complaint. The Affirmative Defenses relating to the claims alleged in Count One include the twelfth and thirteenth, as well the twenty-sixth, twenty-seventh, twenty-eighth and twenty ninth defenses to the extent that they apply to plaintiff's punitive damage claims under CGS § 42-110g.

2.    The defendant filed a Motion to Stay Briefing Schedule and for Extension of Time to File an Opposition to Plaintiff's Motion to Strike Defenses, on March 10, 2004, seeking an extension of time to file an Opposition to a date 30 days after the Court had issued a ruling on the defendant's Motion for Summary Judgment on Count One. That Motion was allowed on March 16, 2004.

3.    The Court issued on June 28, 2004 a Ruling on Motion for Summary Judgment [Doc. 177], granting the defendant's Motion for Summary Judgment on Count One.

4.    Defendant's Opposition to the Motion to Strike would be due on July 28, 2004. Given the Court's disposition of the Motion for Summary Judgment on Count One, the parties have agreed that the defendant need not oppose plaintiff's Motion to Strike Affirmative Defenses with respect to defenses relating to Count One. The defendant intends to timely oppose Plaintiff's Motion to Strike with respect to the first, twenty-first, twenty-second and twenty-third affirmative defenses. Defendant will also timely oppose plaintiff's Motion to Strike with respect to the twenty-sixth, twenty-seventh, twenty-eighth and twenty-ninth defenses, to the extent that those defenses apply to plaintiff's individual product liability claims.

5.    Plaintiff through her counsel has consented to the relief sought herein.

2

WHEREFORE, the defendant DaimlerChrysler Corporation respectfully requests that this Court allow extend the time to oppose plaintiff's Motion to Strike Affirmative Defenses relating to the claims alleged in Count One of plaintiff's Amended Complaint, until such time as this Court's Ruling of June 28, 2004 is either reversed by this Court or reversed and remanded by the United States Court of Appeals for the Second Circuit.

Defendant,
DaimlerChrysler Corporation,
By Its Attorneys,


_____
James P. Kerr (Fed. Bar ID# CT24142)
  jkerr@cornellgollub.com
Peter M. Durney (Fed. Bar ID# CT14569)
  pdurney@cornellgollub.com
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
617/482-8100
(617) 482-3917 Fax


## CERTIFICATE OF SERVICE

I, James P. Kerr, attorney for defendant DaimlerChrysler Corporation, hereby certify that on this _____ day of July, 2004, a true copy of the foregoing was served via first class mail, postage prepaid, directed to:

Steven E. Arnold, Esq.
STANGER & ARNOLD, LLP
29 South Main Street, Suite 325
West Hartford, Connecticut  06107
Attorney for Plaintiff

Mr. Christopher Miller
c/o Robinson Correctional Facility
285 Shaker Road
P.O. Box 1400
Enfield, CT 06082
            Third-Party Defendant

Rikki Timbo, Inc.
Agent for Service: Richard W. Tomc, Esq.
49 Main Street
Middletown, CT 06457
    Third-party defendant

Daniel J. Krisch, Esq.
HORTON, SHIELDS & CORMIER
90 Gillett Street
Hartford, Connecticut  06105

Co-counsel for Defendant

M. Sheila Jeffrey, Esq.
MILLER, CANFIELD, PADDOCK & STONE, P.L.C.
Seventh Floor
101 North Main
Ann Arbor, MI 48104

Co-counsel for Defendant

Maurice Samuelian
Kathleen Samuelian
52 Mallard Avenue
East Hampton, CT 06424
Third-party defendant

Raymond M. Kethledge, Esq.
Stefanie E. Deller, Esq.
BUSH, SEYFERTH &
KETHLEDGE
3001 W. Big Beaver Road
Troy, MI 48084

Co-counsel for Defendant

---

James P. Kerr