UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PHELAN                    :

v.                        :    NO. 3:02cv1219 (JBA)

DAIMLERCHRYSLER           :

FILED

JUL 21  2 52 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

## ENDORSEMENT ORDER [DOC. #147]

Motion for Extension of Time [doc. #147] is GRANTED, with consent, to and including 30 days following any reversal or remand with respect to the court's ruling on Defendant's Motion for Summary Judgment on Count One (June 28, 2004).

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: July 21, 2004