UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re Jeep Wrangler Class Action ) | |
| ) | |
| Angela Phelan, Administratix of ) | |
| the Estate of Christopher Phelan, ) | |
| Class Member, and Individually ) | |
| ) | Civil No. 3:02 CV 1219 JBA |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DaimlerChrysler Corporation ) | September 14, 2004 |
| ) | |
| Defendant ) | |

**ASSENTED -TO MOTION FOR**
**EXTENSION OF TIME TO FILE JOINT TRIAL MEMORANDUM**

The defendant, DaimlerChrysler Corporation, and plaintiff Angela Phelan, Administratrix of the Estate of Christopher Phelan, respectfully move this Court for an extension of time to file the parties' Joint Trial Memorandum to November 15, 2004.

As reasons in support of its Motion, DaimlerChrysler Corporation states the following:

1. The Scheduling Order issued by the Court on October 11, 2002, provides that the Joint Trial Memorandum "shall be submitted for the Court's approval no later than 30 days after any decision of the court on dispositive motions that leaves open for trial any issue of material fact, or, in the event no such motions have been filed, 30 days after the completion of all discovery, or by a date ordered by the court, or as set forth above (date specific).

2.    The Court issued on August 26, 2004 a Ruling on Defendant's Motion to Exclude and for Summary Judgment. (Dkt. # 150). In the absence of a specific date or any other order by the Court regarding the deadline for the filing the Joint trial memorandum, it is the understanding of the parties that the Joint Trial Memorandum must be filed by September 27, 2004.

3.    The Court has indicated informally that the trial of this case cannot proceed until at least November, and has not yet issued a firm trial date. The trial ready date of September 1 has been superseded and a new trial ready date has not been issued. The Court has not yet issued a date for a Pre-Trial Conference.

4.    Counsel for the parties met on September 8, 2004 to discuss possible settlement. The outcome of the parties' settlement discussions remains unclear at this time.

5.    In view of the current uncertain status of the case, the parties request that the Court extend the time for filing their Joint Trial Memorandum to November 15, 2004.

6.    Plaintiff through her counsel has consented to the relief sought herein.

WHEREFORE, the parties respectfully request that this Court extend the time for filing the Joint Trial Memorandum to November 15, 2004.

Defendant,
DaimlerChrysler Corporation,
By Its Attorneys,

_____
James P. Kerr (Fed. Bar ID# CT24142)
jkerr@cornellgollub.com
Peter M. Durney (Fed. Bar ID# CT14569)
pdurney@cornellgollub.com
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
617/482-8100
(617) 482-3917 Fax

## CERTIFICATE OF SERVICE

I, James P. Kerr, attorney for defendant DaimlerChrysler Corporation, hereby certify that on this 14th day of September, 2004, a true copy of the foregoing was served via first class mail, postage prepaid, directed to:

Steven E. Arnold, Esq.
STANGER & ARNOLD, LLP
29 South Main Street, Suite 325
West Hartford, Connecticut 06107
Attorney for Plaintiff

Rikki Timbo, Inc.
Agent for Service: Richard W. Tomc, Esq.
49 Main Street
Middletown, CT 06457
    Third-party defendant

Daniel J. Krisch, Esq.
HORTON, SHIELDS & CORMIER
90 Gillett Street
Hartford, Connecticut 06105

Co-counsel for Defendant

Mr. Christopher Miller
c/o Robinson Correctional Facility
285 Shaker Road
P.O. Box 1400
Enfield, CT 06082
    Third-Party Defendant

Maurice Samuelian
Kathleen Samuelian
52 Mallard Avenue
East Hampton, CT 06424
Third-party defendant

Raymond M. Kethledge, Esq.
Stefanie E. Deller, Esq.
BUSH, SEYFERTH &
KETHLEDGE
3001 W. Big Beaver Road
Troy, MI 48084

Co-counsel for Defendant

3

M. Sheila Jeffrey, Esq.
MILLER, CANFIELD, PADDOCK & STONE, P.L.C.
Seventh Floor
101 North Main
Ann Arbor, MI 48104

Co-counsel for Defendant

_____
James P. Kerr