UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In re Jeep Wrangler Class Action | ) | |
| | ) | |
| Angela Phelan, Administratrix of | ) | |
| the Estate of Christopher Phelan, | ) | |
| Class Member, and Individually | ) | |
| | ) | Civil No. 3:02 CV 1219 JBA |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DaimlerChrysler Corporation | ) | November 3, 2004 |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO PERMIT COUNSEL TO MAKE
OPENING STATEMENTS AND INCORPORATED MEMORANDUM OF LAW**

Pursuant to the Court's Final Scheduling Order of October 8, 2004 ("Final Scheduling Order"), defendant/third-party plaintiff DaimlerChrysler Corporation and the plaintiff, Angela Phelan, Administratrix of the Estate of Christopher Phelan (collectively the "parties"), submit this Joint Motion to Permit Counsel to Make Opening Statements and Incorporated Memorandum of Law.

The parties hereby move the Court to allow their attorneys to make opening statements to the jury, not to exceed forty-five (45) minutes in length, at the beginning of trial.

The parties state the following in support of their Joint Motion:

1.     Local Rule 83.4 of the Local Civil Rules of the United States District Court for the District of Connecticut permits the parties' counsel in a civil jury trial to "make opening

statements subject to limitations imposed by the Judge", unless the Court directs otherwise. D. Conn. L. Civ. R. 83.4.    While the Final Scheduling Order does not provide for opening statements, it is within the Court's discretion to permit a party to make an opening statement at trial. See United States v. Salovitz, 701 F.2d 17, 21 (2d. Cir. 1983).

2.    "The function of an opening statement is to 'state what evidence will be presented', and to provide an 'outline of proposed proof.'" Id. (internal citations omitted). With respect to civil cases, the Second Circuit has held that an "opening is a privilege to be granted or withheld depending on the circumstances of the individual case." United States v. 5 Cases, More or Less, Containing "Figlia Mia Brand", 179 F.2d 519, 522 (2d. Cir. 1950).    The factors considered by the courts in determining whether to permit opening statements at trial include the complexity of the issues in the case and whether the court can clearly explain the issues to the jury during voir dire. See id.

3.    The issues to be tried in this case are complex.    Plaintiff has alleged claims against DaimlerChrysler Corporation under the Connecticut Product Liability Act, C.G.S. § 52-572m et seq., seeking damages for the death of Christopher Phelan, including economic losses, medical and funeral expenses.    The defendant has alleged third-party claims against Christopher Miller, the driver of the vehicle that struck Mr. Phelan's vehicle in the course of the subject accident.

4.    The trial evidence will include scientific and technical testimony by multiple expert witnesses for the parties, including extensive and detailed engineering and medical testimony, along with numerous illustrative exhibits.    It may also include testimony by as many

2

as twenty (20) fact witnesses. The parties anticipate that the trial will take at least four weeks to complete.

5.      Given the complexity and volume of the expected evidence, openings by counsel would clearly assist the jurors in understanding the various issues that are likely to be addressed during the course of an extended trial, and so will serve the interests of justice.

WHEREFORE, defendant/third-party plaintiff DaimlerChrysler Corporation and the plaintiff Angela Phelan, Administratrix of the Estate of Christopher Phelan, respectfully request that this Court permit their attorneys to make opening statements, not to exceed forty-five (45) minutes in length, at the start of this trial.

| | |
|---|---|
| Plaintiff,<br>Angela Phelan, Administratrix of the Estate<br>of Christopher Phelan<br>By her attorneys, | Defendant/Third-Party Plaintiff,<br>DaimlerChrysler Corporation<br>By its attorneys, |

Plaintiff,
Angela Phelan, Administratrix of the Estate
of Christopher Phelan
By her attorneys,

Defendant/Third-Party Plaintiff,
DaimlerChrysler Corporation
By its attorneys,

_Steven E. Arnold (jvk)_
Steven E. Arnold, Esq., (CT 07966)
    sea@SAlaw.us
Peter Van Dyke, Esq., (CT 24747)
    pvd@SAlaw.us
James H. Halpin, Jr., Esq. (CT 25357)
    jhh@SAlaw.us
STANGER & ARNOLD, LLP
29 South Main Street, Suite 325
West Hartford, Connecticut  06107
(860) 233-2066
(860) 561-0646 Fax

_James P. Kerr_
Peter M. Durney (Fed. Bar ID# CT14569)
    pdurney@cornellgollub.com
James P. Kerr (Fed. Bar ID# CT24142)
    jkerr@cornellgollub.com
CORNELL & GOLLUB
75 Federal Street
Boston, Massachusetts 02110
(617) 482-8100
(617) 482-3917 Fax

CERTIFICATE OF SERVICE

I, James P. Kerr, attorney for defendant DaimlerChrysler Corporation, hereby certify that on this 3rd day of November, 2004 a true copy of the foregoing Joint Motion to Permit Counsel to Make Opening Statements and Incorporated Memorandum of Law, was served via first class mail directed to:

Steven E. Arnold, Esq.                          Mr. Christopher Miller
Peter Van Dyke, Esq.                            Inmate #266075
James H. Halpin, Jr., Esq.                      c/o Willard-Cybulski Correctional
STANGER & ARNOLD, LLP                           Institution
29 South Main Street, Suite 325                 391 Shaker Road
West Hartford, Connecticut  06107               Enfield, CT 06082
    Attorney for Plaintiff                  Third-Party Defendant


Rikki Timbo, Inc.                               Maurice Samuelian
Agent for Service: Richard W. Tomc, Esq.        Kathleen Samuelian
49 Main Street                                  52 Mallard Avenue
Middletown, CT 06457                            East Hampton, CT 06424
    Third-party defendant                  Third-party defendant


_____
James P. Kerr

4