UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In re Jeep Wrangler Class Action | ) | |
| | ) | |
| Angela Phelan, Administratrix of | ) | |
| the Estate of Christopher Phelan, | ) | |
| Class Member, and Individually | ) | |
| | ) | Civil No. 3:02 CV 1219 JBA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DaimlerChrysler Corporation | ) | November 3, 2004 |
| | ) | |
| Defendant | ) | |

## DEFENDANT'S NOTICE OF MANUAL FILING OF EXHIBITS

    Defendant DaimlerChrysler Corporation hereby gives notice of manual filing of Exhibit A to Defendant DaimlerChrysler Corporation's Motion *in Limine* to Exclude References to, Testimony and/or Comments Regarding Punitive Damages and Incorporated Memorandum of Law.
.
.

    Defendant,
    DaimlerChrysler Corporation
    By its attorneys,


    _____/s/_____
    Peter M. Durney (Fed. Bar ID# CT14569)
      pdurney@cornellgollub.com
    James P. Kerr (Fed. Bar ID# CT24142)
      jkerr@cornellgollub.com
    CORNELL & GOLLUB
    75 Federal Street
    Boston, Massachusetts 02110
    (617) 482-8100
    (617) 482-3917 (facsimile)

CERTIFICATE OF SERVICE

      I, James P. Kerr, attorney for defendant DaimlerChrysler Corporation, hereby certify that on this 3rd day of November, 2004 a true copy of the foregoing Defendant Notice of Manual Filing of Exhibits, was served by first class mail postage prepaid, directed to:

Steven E. Arnold, Esq.
STANGER & ARNOLD, LLP
29 South Main Street, Suite 325
West Hartford, Connecticut  06107
Attorney for Plaintiff


Mr. Christopher Miller
Inmate #266075
c/o Willard-Cybulski Correctional Institution
391 Shaker Road
Enfield, CT 06082
Third-Party Defendant

| | |
|---|---|
| Rikki Timbo, Inc. | Maurice Samuelian |
| Agent for Service: Richard W. Tomc, Esq. | Kathleen Samuelian |
| 49 Main Street | 52 Mallard Avenue |
| Middletown, CT 06457 | East Hampton, CT 06424 |
| Third-party defendant | Third-party defendant |

                                                      _____/s/_____
                                                           James P. Kerr