UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PHELAN                                :

v.                                    :  NO. 3:02cv1219 (JBA)

DAIMLERCHRYSLER CORPORATION           :

## NOTICE TO COUNSEL

On November 19, 2004, Attorney Peter Van Dyke reported the above-entitled case as settled.  Under D. Conn. L. Civ. P. 41(b), a matter reported to be settled is to be dismissed if closing papers are not filed within (30) days thereafter.

Accordingly, an order of dismissal will be entered on December 20, 2004 unless closing papers are filed on or before that date.

The Court appreciates the parties' efforts in settling this matter.

                                      BY ORDER OF THE COURT,
                                      KEVIN F. ROWE, CLERK


                                      _____/s/_____
                                      Betty Jean Torday
                                      Courtroom Deputy

**Dated at New Haven, Connecticut: November 19, 2004**