**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **PHELAN** | : |
| **v.** | :  NO. 3:02cv1219 (JBA) |
| **DAIMLERCHRYSLER** | : |

### ENDORSEMENT ORDER [DOCS. #156, 157, 158, 160, 162, 163, 165, 167, 168, 169, 170, 171, 172, 173, 174]

Pending Motions are DENIED as moot, without prejudice, in light of the parties' reported settlement of this matter on this date.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: November   , 2004**