UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 DEC 20 P 2: 20

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| In re Jeep Wrangler Class Action | |
| Angela Phelan, Administratrix of the Estate of Christopher Phelan, Class Member, and Individually | |
| Plaintiff, | Civil No. 3:02 CV 1219 JBA |
| v. | |
| DaimlerChrysler Corporation | December 16, 2004 |
| Defendant | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Angela Phelan, Administratrix of the Estate of Christopher Phelan, Class Member, and Individually and Defendant, DaimlerChrysler Corporation hereby agree and stipulate, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that all claims by plaintiff, Angela Phelan Administratrix of the Estate of Christopher Phelan, Class Member, and Individually, be dismissed with prejudice and without costs to any party.

Plaintiff,
Angela Phelan, Administratrix of the
Estate of Christopher Phelan, Class Member,
and Individually
By her attorneys,

_____
Steven E. Arnold (CT 07966)
sea@SAlaw.us
STANGER & ARNOLD, LLP
29 South Main Street, Suite 325
West Hartford, CT 06107
860/233-2066
860/561-0646 Fax

Defendant,
DaimlerChrysler Corporation,
By its attorneys,

_____
James P. Kerr (Fed. Bar ID# CT24142)
jkerr@cornellgollub.com
Peter M. Durney (Fed. Bar ID# CT14569)
pdurney@cornellgollub.com
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
617/482-8100
617/482-3197

## CERTIFICATE OF SERVICE

    I, Steven E. Arnold, attorney for Plaintiff Angela Phelan, Administratrix of the Estate of Christopher Phelan, Class Member, and Individually hereby certify that on this _17th_ day of December, 2004, a true copy of the foregoing Stipulation of Dismissal With Prejudice was served via first class mail, postage prepaid, directed to:

Peter M. Durney, Esq.
James P. Kerr, Esq.
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
Attorneys for Defendant
DaimlerChrysler Corporation

Rikki Timbo, Inc.
Agent for Service: Richard W. Tomc, Esq.
49 Main Street
Middletown, CT 06457
    Third-party defendant

Mr. Christopher Miller
c/o Robinson Correctional Facility
285 Shaker Road
P.O. Box 1400
Enfield, CT 06082
Third-Party Defendant

Maurice Samuelian
Kathleen Samuelian
    52 Mallard Avenue
East Hampton, CT 06424
Third-party defendant

_____
Steven E. Arnold