UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANGELA PHELAN, ADMINISTRATRIX OF THE ESTATE OF CHRIS PHELAN | : | CIVIL NO. 3:02 CV 1219 (JBA) |
| | : | |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| DAIMLERCHRYSLER CORPORATION | : | NOVEMBER 1, 2004 |
| | : | |
| Defendant | : | |

## JOINT TRIAL MEMORANDUM – APPENDIX 8.B-1

## PLAINTIFF'S LIST OF EXHIBITS

1.    1994 Jeep Wrangler YJ Owner's Manual (Photocopy provided)

2.    1994 Jeep Service Manual and Supplement

3.    1994 Jeep Warranty Information (Photocopy provided)

4.    Jeep Wrangler YJ Sun Visor (Photocopy provided)

5.    1987-1992 and 1995 (YJ) Ads – Television

6.    1993 Jeep YJ Ads – Television

7.    1994 Jeep YJ Ads – Television

8.    Jeep Wrangler YJ Print Ad (Bates No. DC cd 2 1604)

9.    Jeep Wrangler YJ Print Ad (Bates No. DC cd 2 1607)

10.     Jeep Wrangler YJ Print Ad (Bates No. DC cd 2 1608)

11.     Jeep Wrangler YJ Print Ad (Bates No. DC cd 2 1609)

12.     Jeep Wrangler YJ Print Ad (Bates No. DC cd 2 1613)

13.     Jeep Wrangler YJ Print Ad (Bates No. DC cd 2 1625)

14.     Jeep Wrangler YJ Print Ad (Bates No. DC cd 2 1634)

15.     Jeep Wrangler YJ Print Ad (Bates No. DC cd 2 1635)

16.     Jeep Wrangler YJ Print Ad (Bates No. DC cd 2 1640)

17.     Jeep Wrangler YJ Print Ad (Bates No. DC cd 2 1645)

18.     Jeep Wrangler YJ Print Ad (Bates No. DC cd 2 1646)

19.     Jeep Wrangler YJ Print Ad (Bates No. DC cd 2 1647)

20.     Jeep Wrangler YJ Print Ad (Bates No. DC cd 2 1648)

21.     Photo Jeep Wrangler YJ - Exemplar – Front View

22.     Photo Jeep Wrangler YJ – Exemplar – Driver Side View

23.     Photo Jeep Wrangler YJ – Exemplar – Passenger Side View

24.     Photo Jeep Wrangler YJ – Exemplar – Sport Bar - Middle

25.     Photo Jeep Wrangler YJ – Exemplar – Sport Bar – Rear

26.     Photo Jeep Wrangler YJ – Exemplar – Side Bar – Front

27.     Photo Jeep Wrangler YJ – Exemplar – Diver Side View Door Open

28.     Photo Jeep Wrangler YJ – Exemplar – Driver Side Into Occupant Compartment – Upper

29.     Photo Jeep Wrangler YJ – Exemplar – Driver Side Into Occupant Compartment – Dash

30.     Photo Jeep Wrangler YJ – Exemplar – Driver Side Into Occupant Compartment – Lower

31.     Photo Jeep Wrangler YJ – Exemplar – Steering Wheel

32.    Photo Jeep Wrangler YJ – Exemplar – Dash – Passenger Side

33.    Photo Jeep Wrangler YJ – Exemplar – Driver Side Visor – Top

34.    Photo Jeep Wrangler YJ – Exemplar – Driver Side Visor – Bottom

35.    Exemplar Jeep Wrangler YJ

36.    Christopher Phelan's 1994 Jeep Wrangler YJ

37.    State of Connecticut Certificate of Title for Christopher Phelan's 1994 Jeep Wrangler YJ
       – Phelan's

38.    Blank

39.    State of Connecticut Certificate of Title for Christopher Phelan's 1994 Jeep Wrangler YJ
       – Meisinger's

40.    Gallagher Buick Invoice No. 6621

41.    Gallagher Buick Retail Purchase Order

42.    Christopher Phelan Check No. 274

43.    NationsBank Documentary Draft No. 000171040

44.    NationsBank Note

45.    1987 Sales Brochure

46.    1988 Sales Brochure

47.    1989 Sales Brochure

48.    1990 Sales Brochure

49.    1991 Sales Brochure

50.    1994 Sales Brochure

51.    1995 Sales Brochure

52.    1995-96 Sales Brochure

53.    1989 Service Manual

54.    1990 Service Manual

55.    1995 Service Manual

56.    1985 Jeep CJ Print Ad – Bates No. Gill 01472

57.    1985 Jeep CJ Print Ad – Bates No. Gill 01475

58.    1985 Jeep CJ Print Ad – Bates No. Gill 01476

59.    1985 Jeep CJ Print Ad – Bates No. Gill 01477

60.    CJ Service Manual, Page 7

61.    Jeep Owner's Manual Supplement, CJ-7 & Scrambler

62.    1986 CJ-7 Owner's Manual

63.    1997 Jeep Wrangler TJ Owner's Manual

64.    1997 Jeep Wrangler TJ Warranty Information

65.    Jeep Wrangler TJ Print Advertising – Jeep in mud/water.

66.    Jeep Wrangler TJ Print Advertising – JEPWRA-17954

67.    Jeep Wrangler TJ Print Advertising – JEPWRA-17957

68.    Jeep Wrangler TJ Print Advertising – JEPWRA-19430

69.    1997 Jeep Sales Brochure

70.    1997 TJ Service Manual

71.    1989 Jeep Marketing Plan

72.    1990 Jeep Marketing Plan

73.    1990 Marketing Account Planning Documents

74.   Jeep Long Range Strategy – 4-14-89

75.   Jeep Long Range Strategy – 4-88

76.   1989 Jeep Wrangler YJ Owner's Manual

77.   CT Department of Transportation Personnel Records

78.   CT DOT Three-Cable Guide Railing Eng. Drawing

79.   CT DOT Veterans Memorial Highway Map

80.   Aerial Photos Graphs of Veterans Memorial Highway

81.   Correspondence from Lori Atkins to the Phelan Family

82.   Trooper Sawyer Photo Nos. 1 – 49

83.   Trooper Roy Photos 1 – 26

84.   Trooper Cournoyer Site Photos 1 – 26

85.   Trooper Cournoyer Vehicle Photos 1 – 26

86.   Trooper Roy Accident Investigation and Map

87.   Trooper Roy Site Map, Roy Dep. Ex. 6

88.   Misc. Photos 1 – 5

89.   Malka B. Shah, M.D. Fed. R. Civ. P. 26(a)(2)(A) disclosure.

90.   Christopher A. Phelan Certificate of Death

91.   Medical Examiner's File No. 00-00977

92.   Telephone Notice of Death

93.   Christopher A. Phelan Toxicology report

94.   Body Identification Form

95.   Receipt of Evidence

96.     Professional Activities Log for Malka B, Shah, M.D.

97.     Ex. 6 to March 23, 2003 Malka B. Shah, M.D. Deposition

98.     Ex. 7 to March 23, 2003 Malka B. Shah, M.D. Deposition

99.     Ex. 8 to March 23, 2003 Malka B. Shah, M.D. Deposition

100.    Photos taken at the Medical Examiner's Office Nos. 1 -12

101.    4-23-73 Decision in May v. Portland Jeep

102.    On Road Crash Experience of Utility Vehicles, 2-80

103.    9-11-80 Products Liability Article – Jeeps and Other Utility Vehicles

104.    12-8-80 San Francisco Chronicle Article – Jeep Pays $2 Million to Settle Lawsuits

105.    Summary of Litigation involving Jeep Rollovers dated 12-19-80

106.    Reno Nevada Gazette Article – Jeep company films on CJ-5 rollovers viewed in court
        dated 1-8-81

107.    24 ATLA L. Rep. 325 summary of Leichtamer v. American Motors dated 9-81

108.    Jeep Litigation Statistical Information summary

109.    Detroit Free Press Article – Post office sells old Jeeps despite rollover statistics dated 5-
        31-83

110.    Free Press Article – Troubles in 'Jeep country' dated 5-31-83

111.    Products Liability Law Reporter Article – Jeep Litigation Settlements dated 12-84

112.    Automotive News Article – AMC insurers balk at high loss claims dated 11-4-85

113.    Wall Street Journal Article – Rollover Worry Plagues Utility Vehicles dated 5-23-88

114.    Automotive News Article – Jeep rollover costly dated 11-21-88

115.    Public Citizen Article – Rolling over for Detroit dated 1-90

116.   Jeep Wrangler TJ Willys Photos Nos. 1 – 2

117.   Jeep Wrangler TJ Willys Jeep Website Screen Shots

118.   4-6-82 CJ-7 Improvement bullet list

119.   5-3-82 Future CJ Refreshen Concepts correspondence

120.   5-17-82 Intermediate Range CJ Program Review memo

121.   Proposed Changes to CJ Freshening Program bullet list

122.   6-28-82 Proposed Changes for CJ Program bullet list

123.   7-13-82 CJ Forward Plans bullet list

124.   10-20-82 CJ Freshening Program bullet list

125.   11-12-82 CJ-7x Refresh Program memo

126.   11-23-82 CJ Rollcage Status Notes

127.   1-24-83 CJ Freshening Program Memo

128.   3-11-83 CJ-R work assignments notes

129.   10-10-83 CJ Replacement Impact on CJ-R memo

130.   10-10-83 CJ Replacement Impact on CJ-R memo 2

131.   10-11-83 CJ Task Force notes

132.   10-14-83 CJ needs Based on task force notes

133.   8-13-84 1987 YJ Program Review Meeting Agenda

134.   8-27-84 YJ Program Review Meeting Minutes

135.   9-18-84 YJ Development Meeting Minutes

136.   10-22-84 YJ/SJ Development Meeting Minutes

137.   11-27-84 YJ/SJ Development Meeting Minutes

7

138. 12-17-84 Product Review Minutes – Jeep – 12-6-84

139. 12-17-84 YJ/SJ Development Meeting Minutes

140. 4-3-85 Jeep Wrangler Product Benefits bullet list

141. 11-89 Product Decision Meeting Minutes

142. 11-14-89 Executive Engineers' Meeting memo

143. YJ Windshield Program notes

144. 11-27-73 CJ-5 roll over test documents

145. 2-9-79 – 2B3-79-009-SL static roof crush test documents

146. 2-9-79 – 2B3-79-009-A-SL static roof crush documents

147. 3-20-79 - 2B3-79-028-SL static roof crush documents

148. 3-6-81 – 2B3-81-028-SL static roof crush documents

149. 3-6-81 – 2B3-81-039-SL static roof crush documents

150. 5-27-81 – 2B3-81-039-SL static roof crush documents

151. 7-1-81 – 2B3-81-091-SL static roof crush documents

152. 12-2-82 – 2B3-82-225-SL static roof crush documents

153. 12-21-82 – 2B3-82-292-SL static roof crush documents

154. 12-14-82 – CJ Windshield Structure Test static roof crush documents

155. 12-14-82 I/P Mounted w/s rollbar static roof crush document

156. 11-13-84 – 2E4-84-133-SL static roof crush documents

157. 11-14-84 Vehicle Dynamics & Performance Evaluation Report

158. 3-11-85 – 2B3-85-013-SL static roof crush documents

159. 3-19-82 YJ investment notes

160. 5-8-82 – CJ Freshening – International Consideration bullet list

161. 7-6-82 – Proposed Design Objectives-Future CJ Replacement memo

162. 7-28-82 – CJ Forward Plans Review memo

163. 8-18-82 – CJ Freshening Program – Investment Reduction letter

164. 11-9-84 Windshield Program cost notes

165. 11-17-82 CJ-9 Program Key Issues bullet list

166. 10-12-83 CJR Investment breakdown

167. 1-27-84 YJ-S Variable Cost Analysis

168. 11-12-84 YJ Windshield Program cost breakdown

169. Design Considerations/CJ-9 bullet list

170. "New CJ" Major Freshening Cost Notes

171. 9-13-85 YJ Seat Belt Evaluations memo

172. 10-8-85 – YJ Seat Belt Systems Review Meeting memo

173. 2-3-86 – YJ Wrangler Problem Resolution memo

174. CAIR reports produced in Gillespie v. Chrysler

175. 12-4-85 YJ Side Bar Final Evaluation Report

176. 2-10-86 Burlington Proving Ground Progress Report Summary

177. Standard PS-79 – Change R

178. Standard MS-67 - Change T

179. Standard PS-6013 – Change E

180. Standard MS-8056 – Change E

181. Standard AM 16011

182. Standard AM 16002

183. Standard AM 16013

184. Standard AM 16025

185. Standard AM 16028

186. Standard AM 16032

187. Standard MS-5648 - Change C

188. Standard PS-5733 – Change E

189. Standard MS-4352 – Change J

190. Standard MS-4353 – Change F

191. Standard MS-PP7-2 – Change F

192. Standard MS-3028 - Change S

193. Standard MS-Bar – Change D

194. Standard PS-9336

195. Standard PS-4480 – Change Z]

196. Standard PS-9227 – Change C

197. Standard MS-PB45 – Change J

198. Standard MS-CC86 – Change E

199. Standard PS-7300 – Change C

200. Standard MS-6000 – Change Q

201. Standard PS-6763 – Change B

202. Standard MS-10065

203. Standard PF-Safety – Change Q

204.    Standard PS-Plating – Change V

205.    Standard MS-Steel – Change H

206.    Eng. Drawing 8955010621

207.    Eng. Drawing 89550105901

208.    Eng. Drawing 55010600

209.    Eng. Drawing 55029610

210.    Eng. Drawing 55344665

211.    Eng. Drawing 5750914

212.    Eng. Drawing 5750932

213.    Eng. Drawing – Roll Bar, Misc.

214.    Eng. Drawing 55344690

215.    Eng. Drawing 55344690

216.    Eng. Drawing 5756595

217.    Eng. Drawing 5764145 R

218.    Eng. Drawing 5764145 D

219.    TJ Roll Bar Eng. Drawings

220.    Eng. Drawing 5453811

221.    Eng. Drawing 5453812

222.    Eng. Drawing 55023065

223.    Eng. Drawing 8955009414

224.    Eng. Drawing 8955010610 R.H & 611 L.H.

225.    Eng. Drawing 8955010616 R.H. & 617 L.H.

226.    Eng. Drawing 8955050140

227.    Eng. Drawing 5457040

228.    Eng. Drawing 8955010618

229.    Eng. Drawing 55023064

230.    Eng. Drawing 57002529

231.    TJ Windshield Eng. Drawings

232.    2-11-66 Ford Motor Company Rollover Bar Evaluation

233.    49 C.F.R. Part 571; Docket 2-6, Notice 4

234.    3-23-71 NHTSA Advisory Council Comments to Docket 2-6

235.    NHTSA Contract No. FH-11-7549 – Load Displacement Chart

236.    4-5-71 – Center For Auto Safety correspondence to Docket 2-6

237.    4-5-71 – General Motors Corporation correspondence to Docket 2-6

238.    12-8-71 – 49 C.F.R. 571; Docket 2-6, Notice 5

239.    4-17-91 – 49 C.F.R. 571; Docket 89-22, Notice 3

240.    2-13-95 American Automobile Manufacturers Assoc. correspondence to Docket 94-97, notice 1

241.    3-22-95 Mercedes correspondence to Docket 94-97, Notice 1

242.    49 C.F.R. 571; Docket 99-5572, Notice 3

243.    49 C.F.R. 571.216

244.    Chart re: GM comment chart re 216

245.    GM 1969 Design Safety Goals

246.    11-1-66 AMA comments to roll-over protection proposal

247. 4-4-67 – Jeep CJ5 Dynamic Rollover Crash Test Nos. 1096 & 1109

248. 12-27-67 – Jeep Dynamic Rollover Crash Test Nos. 1216, 1217, 1218, 1219, & 1220

249. 12-14-67 Docket No. 2-6 Notice of Proposed Rule Making

250. 7-15-68 Kaiser Jeep Comments to Docket 2-6

251. 11-6-68 General Motors Corporation Comments to Docket 2-6

252. Kenneth Orlowski testimony re: GM design of 216

253. 9-4-69 CJ-5 Dynamic Rollover test results

254. SAE Technical Report J857a

255. 9-22-70 DOT memo re: fatalities in rollovers

256. 1-6-71 49 C.F.R. 571; Docket 2-6, Notice 4

257. 1-12-71 Ford Notes re: roof crush requirements proposal

258. 4-11-04 Detroit News Article re: 216

259. 3-23-71 Fisher Body Eng. Static Roof Crush documents

260. 3-5-72 Fisher Body Eng. Static Roof Crush documents

261. 3-30-71 Chrysler comments to Docket 2-6, Notice 4

262. 4-2-71 comment to Docket 2-6, Notice 4 re: NHTSA Contract FH-11-7549

263. 4-5-71 AMA comments to Docket 2-6, Notice 4

264. 11-27-73 Jeep correspondence re: CJ5 dynamic rollover testing

265. 3-5-71 NHTSA Contract No. FH-11-7549 Final Report

266. 4-29-74 American Motors correspondence re: CJ5 rollbar testing under 208 or 216

267. 6-14-74 CJ5 static roof crush testing documents

268. 2-5-75 CJ5 static roof crush testing documents

269.   4-15-74 CJ5 static roof crush testing documents

270.   3-28-78 CJ7 static roof crush testing documents

271.   4-6-78 CJ7 static roof crush testing documents

272.   5-3-78 CJ5 static roof crush testing documents

273.   6-5-78 CJ5 static roof crush testing documents

274.   8-17-79 discussion paper for NHTSA meeting re: static roof crush testing

275.   5-31-79 Jeep letter to NHTSA re: static roof crush testing

276.   5-18-79 NHTSA letter to American Motors re: static roof crush testing

277.   6-14-93 NHTSA memo re: CJ safety design defects

278.   4-12-84 YJ Program Review Meeting Agenda

279.   NHTSA letter to Chrysler requesting information as to 216 testing

280.   5-19-87 American Motors letter to NHTSA regarding 216 testing

281.   1-23-89 NHTSA letter to Chrysler regarding 216 testing

282.   2-2-89 memo regarding meeting with NHTSA discussion on 216 testing

283.   1-30-89 Chrysler letter to NHTSA regarding 216 testing

284.   2-2-89 Eng. Safety Committee minutes

285.   1-1-89 216 Laboratory Test Procedure 216

286.   8-21-89 Chrysler letter to NHTSA re: handling and crashworthiness

287.   12-21-89 Chrysler letter to NHTSA re: 216

288.   4-27-99 49 C.F.R. 571; Docket 99-4572, Notice 3

289.   10-22-01 49 C.F.R. 571; Docket 99-5572, Notice 2

290.   12-3-01 DaimlerChrysler letter to NHTSA Docket 99-5572

291.  12-6-01 Alliance of Automobile Manufacturers letter to NHTSA re Docket 99-5572

292.  8-30-04 USA Today Article re: 216

293.  Static Roof Crush Slide re: size of test platen

294.  NHTSA research Note re: untripped rollovers

295.  12-25-70 49 C.F.R. 571; Docket 2-6, Notice 4

296.  11-28-80 NHTSA letter to auto manufacturer re: standards

297.  NHTSA memo submission (35) to Docket 99-5572

298.  5-19-87 American Motors letter to NHTSA re 216

299.  1-30-89 Chrysler letter to NHSTA re 216

300.  12-21-89 Chrysler letter to NHTSA re 216

301.  3-5-90 Chrysler letter to NHTSA re 216

302.  4-17-91 49 C.F.R. 571; Docket 89-22, Notice 3

303.  1-31-03 Fed. R. Civ. P. 26(a)(2)(A) disclosure of Irving U. Ojalvo, Sc.D.

304.  Dr. Irving U. Ojalvo CV

305.  1-03 CTA Report w/all attachments individually

306.  CTA Computer Simulations

307.  A-Rite Auto YJ Roll Bar Receipt

308.  A-Rite Auto YJ Windshield Receipt

309.  Quasi-Static and Dynamic Roof Crush Testing, Rains and Van Voorhis

310.  Graphic slide depicting the Phelan Jeep's Windshield impact point motion as well as Jeep
      CG during its roll sequence

311.  12-16-03 J.Mundo Eng. Report

312.    10-14-04 CJ7 Windshield Receipt

313.    CJ/YJ windshield and roll bar testing plots of data

314.    CJ/YJ Test Photos Nos. 1 - 9

315.    Exemplar CJ Windshield – Post Testing

316.    Exemplar YJ Roll Bar and Windshield – Post Testing

317.    Exemplar TJ Windshield

318.    TJ Windshield Receipt

319.    Ultimate Rescue Photo Nos. 1 - 2

320.    Misc. Rollcage designs

321.    Kevin J. Walsh Photo Nos. 1 – 42

322.    Kevin J. Walsh Site Diagram

323.    Turnpike Motors Inc. YJ Roll Bar Receipt

324.    6 Point Enduro Cage Photo

325.    8 Point Roll Cage Photo

326.    NASCAR Roll Cage Photo

327.    NASCAR Roll Cage 2 Photo

328.    NASCAR Roll Cage 3 Photo

329.    Ultimate Rescue Description

330.    Plaintiff's 4-2-04 Supplemental Discovery Response

331.    Defendant's 3-4-03 List of Lawsuits and List of Claims

332.    Defendant's 6-27-03 List of Lawsuits

333.    Defendant's TJ List of Lawsuits and List of Claims

334.   Gillespie Police Accident Report and Photo Nos. 1 – 27

335.   Mutschler News Article

336.   Mutschler Personal Photo Nos. 1 – 3

337.   Mutschler Site and Vehicle Photo Nos. 1 – 7

338.   Mutschler Post Accident News Clipping / Personal Photo

339.   Copy of Complaint in Mustchler v. Chrysler Corporation

340.   Mustchler Police Accident Report

341.   Shamel Police Accident Report

342.   Shamel Corner's Hearing documents

343.   Shamel News Clipping re: rollover

344.   Shamel Deposition of Sergeant Frederick Scholl

345.   Shamel Victim, Site and Vehicle Photo Nos. 1 – 37

346.   Shamel Medical Records

347.   Wilson C. Hayes, Ph.D. 5-21-03 Fed. R. Civ. P. 26(a)(2)(A) disclosure

348.   Wilson C. Hayes, Ph.D. 1-31-03 Report

349.   Wilson C. Hayes Computer Simulations

350.   Wilson C. Hayes CV

351.   Slide indicating Christopher Phelan's height, weight, and position/orientation within the vehicle

352.   Slide indicating forces and accelerations imposed on Christopher Phelan's head during rollover

353.   Comparison of head loads/accelerations with injury tolerance thresholds

354. Slide indicating forces and accelerations imposed on Christopher Phelan's head during rollover with adequate rollover protection

355. Comparison of head loads/accelerations with injury tolerance thresholds with adequate rollover protection

356. Composite of HVE vehicle

357. SAE Paper No. 851734

358. SAE Paper No. 902314

359. SAE Paper No. 950131

360. SAE Paper No. 950134

361. SAE Paper No. 980210

362. SAE Paper No. 970967

363. Passenger Car Roof Crush Strength Requirements, Henderson & Paine

364. A Review of Mathematical Occupant Simulation Models, Prasad & Chou

365. The Abbreviated Injury Scale, 1990 Revision, Update 98

366. Supplement: Development of Improved Injury Criteria for the Assessment of Advanced Automotive Restraint Systems – II, Eppinger, et al.

367. 1996 Paper - Material Modeling & Component testing of Plastic for Head Impact Protection, D.Dorow, Senior Eng. Chrysler Corp

368. Michael S. Wogalter, Ph.D. 2-14-03 Fed. R. Civ. P. 26(a)(2)(A) disclosure

369. Michael S. Wogalter 2-14-03 Report

370. A-Rite Jeep Visor Receipt

371. 49 C.F.R. 571.3

372. Excerpt form DaimlerChrysler parts manual

373. Detachable Components Roll Bar Excerpt from Service Manual

374. 1987 Jeep Wrangler Sales Brochure

375. 49 C.F.R. 575; Docket No. 82-20, Notice 1

376. American Motors comments to Docket 82-20, Notice 1

377. Chrysler Corporation comments to Docket 82-20, Notice 1

378. 49 C.F.R. 575; Docket No. 82-20, Notice 2

379. 49 C.F.R. 575; Docket No. 82-20, Notice 3

380. American Motors letter to NHTSA re: 49 C.F.R. 575.105

381. 1-18-90 Eng. Safety Committee Minutes

382. 5-9-91 Engineering Safety Committee Minutes

383. Mercedes-Benz comments to Docket No. 98-3381-2

384. Effectiveness of Warnings, Wogalter, et al.

385. Handbook of Human Factors and Ergonomics, Salvendy

386. On the Reading of Product Owner's Manuals: Perceptions and Product Complexity, Wogalter, et al.

387. American National Standard for Criteria for Safety Symbols, Z535.3-1991

388. American National Standard, Z535.4-1991

389. 2-25-85 Automotive News Article – FTC cancels double warning on Jeep CJ

390. 16 CFR 13, Docket No. C-3093

391. 12-1-81 Wall Street Journal Article – American Motors Settles FTC Charge on Jeep Ad Claims

392.   2-2-82 Center for Auto Safety Comments on FTC consent agreement concerning CJ handling

393.   7-6-82 FTC complaint against American Motors and Jeep

394.   Driving Your 4-Wheel-Drive Vehicle Instructions

395.   Docket No. C-3093 Decision and Order

396.   Bureau of Consumer Protection Memo re Docket C-3093

397.   7-29-82 letter re: Docket C-3093

398.   8-20-82 Customer Notification letter with warning label

399.   Docket C-3093 Compliance Report

400.   1-10-83 Automotive News article Warning stickers proposed for all new utility vehicles

401.   3-25-83 letter re: compliance with Docket C-3093

402.   4-1-83 letter re: compliance with Docket C-3093

403.   4-18-83 letter re: compliance with Docket C-3093

404.   5-16-83 letter re: compliance with Docket C-3093

405.   6-1-83 memo re: compliance with driving instructions requirements

406.   5-26-83 memo re: special consumer information program

407.   6-13-83 letter re: special consumer information program

408.   6-12-83 supplemental compliance report with C-3093

409.   1-13-84 letter re: compliance with Docket C-3093

410.   Review CJ Profile notes

411.   5-4-82 – Clinic Vehicles

412.   5-5-82 – 1982 Clinic Properties memos

413.    5-10-82 – Work Projects on CJ Properties

414.    5-21-82 – CJ7 Clinic Vehicle Rework notes

415.    6-82 – Maroon Car notes

416.    8-27-82 – CJ Freshening Exterior/Interior Clinic

417.    9-13-82 – CJ7 Freshening Clinic

418.    10-18-82 198x CJ-Freshen Program notes

419.    10-27-82 – CJ Freshening Program memo

420.    CJ Freshening Program Market Research memo

421.    11-5-82 CJ Freshening Program Market Research Key Findings

422.    12-3-82 – CJ9 Advanced Product memo

423.    6-21-83 CJR Presentation

424.    Label No. 8955009555

425.    Label No. 8955014372

426.    Label No. 8955013320

427.    6-23-82 CJ Refresh Proposal photos

428.    Hand drawings of clinic vehicles

429.    1987 10-K & Report to Shareholders

430.    1988 10-K & Report to Shareholders

431.    1989 10-K & Report to Shareholders

432.    1990 10-K & Report to Shareholders

433.    1991 10-K & Report to Shareholders

434.    1992 10-K & Report to Shareholders

435.    1993 10-K & Report to Shareholders

436.    1994 10-K & Report to Shareholders

437.    1995 10-K & Report to Shareholders

438.    1-30-04 Fed. R. Civ. P. 26(a)(2)(A) disclosure of Gary M. Crakes, PhD

439.    5-17-98 Christopher Phelan letter to John Reynolds

440.    Christopher A. Phelan CV

441.    Christopher Phelan Response to Employment Offer

442.    Christopher Phelan Background Search required for employment

443.    Christopher Phelan professional certificate endorsement record

444.    Christopher Phelan teaching appraisal

445.    1998-2001 East Lyme Board of Education East Lyme Teachers' Association Agreement

446.    2001-2004 East Lyme Board of Education East Lyme Teachers' Association Agreement

447.    Teachers Retirement System Memo

448.    Christopher Phelan tax return transcripts

449.    Hallmark Tire Company Invoice 12782

450.    Check No. 104 to Hallmark Tire

451.    Goodrich Automotive Inc. Invoice

452.    Copart Salvage Auto Auctions Invoice

453.    Copart Salvage Auto Auction activity report

454.    Glastonbury Funeral Home Invoice

455.    Grave Site Financing statements

456.    Screenshot of www.chrisphelan.com – photo

457.    Screenshot of www.chrisphelan.com – obituary

458.    The Day article re: Christopher Phelan

459.    The Day article re: Christopher Phelan

460.    The East Lyme Times article re: Christopher Phelan

461.    Invitation - A Celebration of the Life of Christopher A. Phelan

462.    Screenshot of www.chrisphelan.com – letter from sister

463.    Screenshot of www.chrisphelan.com – letter from Jennyanne

464.    Letter from Diane Sorrentino re: Christopher Phelan

465.    Letter from members of the PTA Board re: Christopher Phelan

466.    Letter from Lori DeLucca re: Christopher Phelan

467.    Letter from Carolyn Boucher re: Christopher Phelan

468.    Letter from Denise Rodgers re: Christopher Phelan

469.    Letter from Cheryl Whipple re: Christopher Phelan

470.    Letter from Laura Hartzell re: Christopher Phelan

471.    Letter from Beth Furuno re: Christopher Phelan

472.    Letter from Terry Philbrick re: Christopher Phelan

473.    Video from school memorial gathering re: Christopher Phelan

474.    Department of Transportation Report HS 807 049 – Simulation of Restrained Occupant
        Dynamics During Vehicle Rollover

475.    Department of Transportation Report HS 807 598 – Simulation of Vehicle Dynamics
        During Rollover

476.    SAE Paper 930887

477.   SAE Paper 950133

478.   SAE Paper 880655

479.   SAE Paper 980357

480.   Findings of Fact, Conclusions of Law and Judgment in Buckholt v. Jeep Corporation and American Motors Corporation

481.   Misc. Hedonic Damage Exhibits (Est. 20-30)

Plaintiff reserves the right to use as exhibits at trial any documents or things which have been produced or identified by Defendant during this litigation, to introduce rebuttal or impeachment witnesses and evidence, to offer exemplars, enlargements or overlays of any of the exhibits listed, described or referred to above.

Plaintiff is presently unaware of the exhibits which the Defendant intends to offer at trial. Further, by mutual agreement of the parties, Plaintiff will depose Craig Winn prior to trial. Accordingly, Plaintiff reserves the right to use additional exhibits at trial after deposing Mr. Winn, and to rebut any exhibits offered by Defendant which were not timely disclosed or have yet to be disclosed, and Plaintiff reserves the right to add, re-group and re-number the final trial exhibits and corresponding exhibit list at trial.

Plaintiff also reserves the right to identify and offer into evidence additional exhibits relating to Plaintiff's non-economic hedonic damage claims, including family pictures, documents and things relevant thereto. Plaintiff's counsel has refrained from discussing these

additional hedonic damage exhibits with the Phelan family members until a further Settlement

Conference, in an effort to avoid inflaming further the family members' feelings and sentiments.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANGELA PHELAN, ADMINISTRATRIX OF :    CIVIL NO. 3:02 CV 1219 (JBA)
THE ESTATE OF CHRIS PHELAN        :
                                    :
         Plaintiff             :
                                      :
VS.                                 :
                                    :
DAIMLERCHRYSLER CORPORATION    :    NOVEMBER 1, 2004
                                    :
        Defendant          :

**JOINT TRIAL MEMORANDUM – APPENDIX 8.B-2**

**DEFENDANT'S LIST OF EXHIBITS**

1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In re Jeep Wrangler Class Action | ) | |
| | ) | |
| Angela Phelan, Administratrix of | ) | |
| the Estate of Christopher Phelan, | ) | Civil No. 302CV1219 JBA |
| Class Member, and Individually | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DaimlerChrysler Corporation | ) | November 1, 2004 |
| | ) | |
| Defendant. | ) | |

# DAIMLERCHRYSLER CORPORATION'S PRELIMINARY TRIAL EXHIBIT LIST

500.    Diagram of accident scene--hand drawn by Lori Atkins (Atkins #2)

501.    2 pages of State Police Report – Atkins' statement to police (Atkins #3)

502.    Diagram of accident scene-- hand drawn by Amy Bouchard (Bouchard #2)

503.    Glastonbury Fire Department Incident Report (Bouchard #3)

504.    Burnside Jeep Eagle Service Order (Burnside #3)

505.    Burnside Jeep Eagle Invoice re: soft top installation (Burnside #4)

506.    Burnside Jeep Eagle Work Order re:  soft top installation by Christopher Phelan (Burnside #5)

507.    Burnside Jeep Eagle Work Order re:  soft top installation by Gary Meisinger (Burnside #6)

508.    Hartford Hospital Discharge Summary re: Christopher Miller (Cortes #3)

509.    Hartford Hospital Emergency Room record re: Christopher Miller (Cortes #5)

510.    Hartford Hospital Laboratory reports – 5 pages

511.  Toxicology report of Hartford Hospital re: Christopher Miller (Cortes #6; Milzoff #3A)

512.  Hartford Hospital Emergency Room record re: Christopher Miller – 5 pages

513.  Hartford Hospital Emergency Room record re: Christopher Miller (time blood drawn) (Cortes #7)

514.  Hartford Hospital Emergency Room record re: Christopher Miller (Cortes #7; Milzoff #3)

515.  Certified copy of police report (original) (Sawyer #2)

516.  Fatal Accident Motor Vehicle Information, Jeep Wrangler with attached supplemental report of Trooper Cournoyer (Cournoyer #4)

517.  Photo log report of Trooper Richard Cournoyer (Cournoyer #5)

518.  Fatal Accident Motor Vehicle Information, Ford Taurus (Cournoyer #7)

519.  Continuation of Investigation Report, photo supplemental report of Trooper Cournoyer (Cournoyer #8)

520.  26 photographs taken by Trooper Cournoyer (Cournoyer #9)

521.  Hand drawn diagram of accident scene by Cassandra Daniels (Daniels #2)

522.  Witness statement to police by Cassandra Daniels (Daniels #3)

523.  Statement given by Norma Foster on date of accident (Foster #1)

524.  Document – Nutmeg Dart League dated 1/18/00 (Foster #2)

525.  Diagram of Jakes Café drawn by Foster (Foster #3)

526.  Certificate of Title for subject vehicle (Gallagher #3A)

527.  Sale document to Christopher Phelan (Gallagher #3B)

528.  Assignment of Ownership (Gallagher #3C)

529.  Gallagher Buick Invoice re: sublet repair windshield (Gallagher #3D)

530.  Gallagher Buick Repair Order dated 7/6/99 (Gallagher #3E)

531.  Gallagher Buick Labor Sheet dated 7/9/99 (Gallagher #3F)

532.  Used Vehicle Dealer Limited Warranty (Gallagher #3G)

533.   Report on subject accident by Trooper Matthew Gunsalus, 24 pages (Gunsalus #3A)

534.   Accident Code chart overlay – 2 pages (Gunsalus #4)

535.   First 2 pages of police report (Gunsalus #3B)

536.   Two pages from police report re: arrest of Christopher Miller (Gunsalus #3C)

537.   Statement of Witness Paul Shea – 2 pages (Gunsalus #3E)

538.   Statement of Scott Noel – 3 pages (Gunsalus #3F)

539.   Officer's DUI Arrest and Alcohol Test – 2 pages (Gunsalus #3G)

540.   Supplemental investigation and arrest report – 3 pages (Gunsalus #3H)

541.   Application for Arrest Warrant – 15 pages (Gunsalus #5)

542.   Continuation of Investigation Report re: reconstruction – 3 pages (Gunsalus #3K)

543.   Accident scene diagram drawn by Officer James Kennedy, Glastonbury Police Department (Kennedy #1)

544.   Glastonbury Police Department Complaint/Case Report (Kennedy #3)

545.   216 test performed on 1995 YJ (Neal #22, Friday #7)

546.   CTA Billing Statement (Ojalvo #1)

547.   14 photographs of accident vehicle taken by Trooper Michael Pendleton (Pendleton #2)

548.   Pendleton's report of photos taken in accident vehicle (Pendleton #4)

549.   Release under policy for uninsured and underinsured coverage by Estate of Christopher Phelan (Phelan #6)

550.   Amica Mutual Insurance Company application for benefits by Estate of Christopher Phelan (Phelan #7)

551.   Co-Parts' Lot notes 4/6/00 – 8/2/01 on subject vehicle (Rittner #3E)

552.   Co-Parts' Pick-up Order (Rittner #3F)

553.   Co-Parts' Seller Billing (Rittner #3G)

554.   Co-Parts' Lot Display Lot Notes 4/6/00 – 5/9/00 (Rittner #3K)

555.   Co-Parts' Lot Display Lot Notes 5/15/00 – 9/11/00 (Rittner #3L)

556.  Reconstruction report of Trooper Steven Roy (Roy #3)

557.  Photo report of Trooper Steven Roy (Roy #4)

558.  Diagram of accident scene (Roy #6)

559.  49 photographs taken by Trooper John Sawyer (Sawyer #3)

560.  11 photographs taken by Detective Jeffrey Schaeffer (Schaeffer #4)

561.  1987-93 compliance reports FMVSS #208 on microfiche

562.  1987-93 compliance reports FMVSS #209 on microfiche

563.  1987-93 compliance reports FMVSS #210 on microfiche

564.  Documents relating to testing to confirm compliance of the front seat belts of the 1994 Jeep Wrangler (YJ) with FMVSS 208, 209 and 210

565.  Engineering drawing – Label – Seat Belt Assy, 5207384

566.  Engineering drawing – Passive Restraint sun visor, 4507448

567.  Engineering drawing – Label – Seat Belt Warning, 8955013320

568.  Engineering drawing – Label – Closed- Body Utility Vehicle Driver's Warning, SF-8955014372

569.  Submissions to NHTSA from DCC and the Alliance of Automobile Manufacturers to Docket 99-5572 – Roof Crush Resistance - Although FMVSS 216 – Roof Crush Resistence, is not applicable to open-bodied vehicles, tests were conducted on the roll bar structure used on the 1994 Jeep Wrangle (YJ) using FMVSS 216 as a guideline

570.  Amica check made payable to Angela Phelan for $5000.00

571.  Amica check made payable to Howard, Kohn, Sprague & Fitzgerald and Angela Phelan for $35,000.0

572.  Hallmark Tire Company tow slip

573.  Goodrich Automotive Inc. invoice for post accident vehicle inspection

574.  Court documents re: Christopher Miller

575.  Miller's driving history

576.  Glastonbury Police Department Complaint/Case Report

577.  Records of Connecticut Department of Transportation

578.  Records of Burnside Jeep-Eagle

579.  72 scene and vehicle photographs of Amica Insurance

580.  Videotape inversion testing, 4/7/03

581.  FMVSS 301 Compliance Testing materials

582.  Accident site survey drawing – Sealed by SurveyorScene

583.  drawing colored and plotted at scales of 1"=2'

584.  drawing colored and plotted at scales of 1"=5'

585.  Impact match-up drawings showing orientation between Taurus and Wrangler plotted at scale of 1"=2'

586.  Vehicle crush profile template drawing

587.  Vehicle crush profile template drawing

588.  Conn. DOT guardrail repair record

589.  Conn. DOT guardrail repair record

590.  115 vehicle inspection photographs of Steven Bailo from 11/19/01

591.  95 vehicle inspection photographs of Steven Bailo from 11/25/03

592.  64 accident site inspection photographs of Steven Bailo from 11/19/01

593.  87 exemplar vehicle inspection photographs of Steven Bailo

594.  Enlargement of key vehicle inspection photograph

595.  Enlargement of key vehicle inspection photograph

596.  Enlargement of key vehicle inspection photograph

597.  Enlargement of key vehicle inspection photograph

598.  Enlargement of key vehicle inspection photograph

599.    Enlargement of key vehicle inspection photograph

600.    Enlargement of key vehicle inspection photograph

601.    Enlargement of key vehicle inspection photograph

602.    Enlargement of key vehicle inspection photograph

603.    Enlargement of key vehicle inspection photograph

604.    Enlargement of key vehicle inspection photograph

605.    Enlargement of key vehicle inspection photograph

606.    Enlargement of key vehicle inspection photograph

607.    Enlargement of key vehicle inspection photograph

608.    Enlargement of key vehicle inspection photograph

609.    Enlargement of key vehicle inspection photograph

610.    Enlargement of key vehicle inspection photograph

611.    Enlargement of key vehicle inspection photograph

612.    Enlargement of key vehicle inspection photograph

613.    Enlargement of key vehicle inspection photograph

614.    Enlargement of key vehicle inspection photograph

615.    Enlargement of key vehicle inspection photograph

616.    Enlargement of key vehicle inspection photograph

617.    Enlargement of key vehicle inspection photograph

618.    Enlargement of key vehicle inspection photograph

619.    Enlargement of key vehicle inspection photograph

620.    Enlargement of key vehicle inspection photograph

621.    Enlargement of key vehicle inspection photograph

622.    Enlargement of key site inspection photograph

623.    Enlargement of key site inspection photograph

624.    Enlargement of key site inspection photograph

625.    Enlargement of key police photograph

626.    Enlargement of key police photograph

627.    Enlargement of key police photograph

628.    Enlargement of key police photograph

629.    Enlargement of key police photograph

630.    Enlargement of key police photograph

631.    Enlargement of key police photograph

632.    Enlargement of key police photograph

633.    Enlargement of key police photograph

634.    Enlargement of key police photograph

635.    Enlargement of key police photograph

636.    Enlargement of key police photograph

637.    Enlargement of key police photograph

638.    Enlargement of key police photograph

639.    Enlargement of key police photograph

640.    Enlargement of key police photograph

641.    Enlargement of key police photograph

642.    Enlargement of key police photograph

643.    Enlargement of key police photograph

644.    Enlargement of key police photograph

645.    Enlargement of key police photograph

646.    Enlargement of key police photograph

647.    Enlargement of key police photograph

648.    Enlargement of key police photograph

649.    Enlargement of key police photograph

650.    Enlargement of key police photograph

651.    Enlargement of key police photograph

652.    Enlargement of key police photograph

653.    Enlargement of key police photograph

654.    Enlargement of key police photograph

655.    Enlargement of key police photograph

656.    Enlargement of key police photograph

657.    Enlargement of key police photograph

658.    Enlargement of key police photograph

659.    Enlargement of key exemplar vehicle inspection photograph

660.    Enlargement of key exemplar vehicle inspection photograph

661.    Enlargement of key exemplar vehicle inspection photograph

662.    Enlargement of key exemplar vehicle inspection photograph

663.    Enlargement of key exemplar vehicle inspection photograph

664.    Definitions in Accident Reconstruction

665.    Accident scene scaled model containing impact location and entire motion path of Wrangler to rest and a portion of the Ford Taurus post impact motion. Model constructed at a scale of 1"=2', and includes damaged and undamaged vehicle models and damaged and undamaged guardrail system.

666.    Enlargement of crash test data photograph

667.    Enlargement of crash test data photograph

668.    Enlargement of crash test data photograph

669.    Enlargement of crash test data photograph

670.    Enlargement of crash test data photograph

671.    Enlargement of crash test data photograph

672.    Crash test videotape

673.    Enlargement of police report diagram and related data

674.    Posts and section of cable from 3-strand wire guardrail system

675.    Section of cable from 3-strand wire guardrail system

676.    Selected pages from "Cable Guiderail Breakaway Terminal Ends" report

677.    100 Accident vehicle inspection photographs of Michelle Vogler

678.    Enlargement of Accident/Exemplar vehicle match-up photograph

679.    Enlargement of Accident/Exemplar vehicle match-up photograph

680.    Enlargement of Accident/Exemplar vehicle match-up photograph

681.    Enlargement of Accident Vehicle Damage Photograph

682.    Enlargement of Accident Vehicle Damage Photograph

683.    Enlargement of Accident Vehicle Damage Photograph

684.    Enlargement of Accident Vehicle Damage Photograph

685.    Enlargement of Accident Vehicle Damage Photograph

686.    Enlargement of Accident Vehicle Damage Photograph

687.    NHTSA FMVSS 216 Results for Sport Utility Vehicles, Vans, and Pickups

688.    FMVSS 216 Test Data – Sport Utility Vehicles, Small Vans, and Pickups

689.    FMVSS 216 Test Data – SUV's and 1990's Passenger Cars

690.    Chrysler Corporation Test No. 21694287 – 1995 YJ-Body With Sport and Side Bars – FMVSS 216 Dev.

691.    Distribution of Accident Vehicles by Total Delta-V Rear Impact Accidents

692.    Distribution of Accident Vehicles by Total Delta-V (Cumulative)Rear Impact Accidents

693.    Distribution of Occupant Injuries by Total Delta-V (Cumulative)Rear Impact Accidents

694.    Occupant Injury Risks for Vehicle Categories (Percent of Occupants with Fatal/Severe Injuries)

695.    Belted Occupant Injury Risks for Vehicle Categories (Percent of Occupants with Fatal/Severe Injuries)

696.    Unbelted Occupant Injury Risks for Vehicle Categories (Percent of Occupants with Fatal/Severe Injuries)

697.    Occupant Injury Risk in Rollovers by Vehicle (Percent of Occupants with Fatal/Severe Injuries)

698.    Belted Occupant Injury Risk in Rollovers by Vehicle (Percent of Occupants with Fatal/Severe Injuries)

699.    Unbelted Occupant Injury Risk in Rollovers by Vehicle (Percent of Occupants with Fatal/Severe Injuries)

700.    Occupant Fatality Risk in Rollovers by Vehicle (Percent of Occupants with Fatal Injuries)

701.    Belted Occupant Fatality Risk in Rollovers by Vehicle (Percent of Occupants with Fatal Injuries)

702.    Unbelted Occupant Fatality Risk in Rollovers by Vehicle (Percent of Occupants with Fatal Injuries)

703.    Comparison of Fatal/Severe Injuries of Non-ejected Occupants *(pie charts)*

704.    Comparison of Fatal/Severe Injuries in All Rollover Accidents*(pie charts)*

705.    Influence of Belt Use on Fatalities in Rollover Accidents *(pie chart)*

706.    Occupant Risk in Vehicle Rollovers *(pie/Bar chart)*

707.   Distribution of Fatal Occupants in Vehicle Rollovers *(pie/Bar chart)*

708.   Accident Frequency 2000 *(pie chart)*

709.   Accident Risks for Vehicle Categories *(bar charts)*

710.   Jeep Wrangler 1987-95 (per vehicle registered for one year)

711.   Accident Risks by Vehicle *(scatter chart)*

712.   Rollover Accident Risks by Vehicle *(scatter chart)*

713.   Comparative Analysis - Rollover Rate in Single Vehicle Accidents *(chart)*

714.   Fatal/Severe Accident Risks by Vehicle *(scatter chart)*

715.   Fatal/Severe Rollover Accident Risks by Vehicle *(scatter chart)*

716.   Belted Fatal/Severe Accident Risks by Vehicle *(scatter chart)*

717.   Belted Fatal/Severe Rollover Accident Risks by Vehicle *(scatter chart)*

718.   Fatal Rollover Frequency 2000 *(pie chart)*

719.   Fatal Accident Risks by Vehicle *(scatter chart)*

720.   Fatal Rollover Accident Risks by Vehicle *(scatter chart)*

721.   Motor Vehicle Accident Sequence

722.   Percentage of Rollover Accidents Associated with Accident Specific Factors   *(bar chart)*

723.   Percent of Fatal Accident Vehicles that Rollover when Driver Factor is Noted *(bar chart)*

724.   Percent of Fatal Accident Vehicles that Rollover when Vehicle Factor is Noted *(bar chart)*

725.   Vehicles with Different Single Vehicle Accident Rollover Rates and Similar T/2H Values *(bar chart)*

726.   Vehicles with Different Fatal Single Vehicle Accident Rollover Rates and Similar T/2H Values *(bar chart)*

727.   Vehicles with Different T/2H Values and Similar Single Vehicle Accident Rollover Rates *(bar chart)*

728.   Vehicles with Different T/2H Values and Similar Fatal Single Vehicle Accident Rollover Rates *(bar chart)*

729.   Variation in Single Vehicle Rollover Rates with Different Body Styles of the same model *(bar chart)*

730.   Variation in Fatal Single Vehicle Rollover Rates with Different Body Styles of the Same Model *(bar chart)*

731.   SVA Rollovers per SVA Accident By NHTSA's 5-Star Rating

732.   SVA Rollovers per RVY By NHTSA's 5-Star Rating

733.   All Rollovers per RVY By NHTSA's 5-Star Rating

734.   Fatal SVA Rollovers per RVY By NHTSA's 5-Star Rating

735.   Fatal Rollovers per RVY By NHTSA's 5-Star Rating

736.   Exemplar 1994 Jeep Wrangler Windshield Header Section

737.   Exemplar 1992 Cavalier Windshield Header Section

738.   Exemplar 1998 BMW Z-3 Windshield Header Section

739.   Enlargement of excerpted segments or pages of the 1994 Jeep Wrangler Owner's Manual

740.   Enlargement of excerpted segments or pages of the 1994 Jeep Wrangler Owner's Manual

741.   Enlargement of excerpted segments or pages of the 1994 Jeep Wrangler Owner's Manual

742.   Enlargement of excerpted segments or pages of the 1994 Jeep Wrangler Owner's Manual

743.   Enlargement of excerpted segments or pages from the depositions and /or exhibits of Michael Wogalter

744.   Enlargement of excerpted segments or pages from the depositions and /or exhibits of Michael Wogalter

745.  Enlargement of excerpted segments or pages from the depositions and /or exhibits of Michael Wogalter

746.  Enlargement of photograph from Bailo inspection of accident vehicle

747.  Enlargement of photograph from Bailo inspection of accident vehicle

748.  Selected photographs of exemplar Jeep Wrangler taken by Arndt

749.  Excerpted segment of Code of Federal Regulation Title 49 Part 575

750.  Excerpted segment of Code of Federal Regulation Title 49 Part 575

751.  Exemplar visor label or reproduction of label from a 1994 Jeep Wrangler

752.  Utility Vehicle Visor Label Requirements vs. Visor Label Present in Phelan Vehicle

753.  Exemplar hard top label or reproduction of label from a 1994 Jeep Wrangler

754.  Selected marketing materials for Jeep Wrangler produced by DCC

755.  Document entitled "Detachable Components – Roll Bar" (Arndt #6)

756.  Document entitled "Jeep Wrangler Off Road" (Arndt #7)

757.  FMVSS 216

758.  Conn. Gen. Stat. Ann. Section 14-218a

759.  Conn. Gen. Stat. Ann. Section 14-230

760.  Conn. Gen. Stat. Ann. Section 14-222

761.  Conn. Gen. Stat. Ann. Section 14-219

762.  Conn. Gen. Stat. Ann. Section 14-227a

763.  SAE Paper # 950131 "Using ATB in Collision Reconstruction."

764.  SAE Paper # 950133 "Pickup Truck Rollover Accident Reconstruction Using the ATB Model."

765.  SAE Paper # 950134 "ATB Model Simulation of a Rollover Accident with Occupant Ejection."

766.  SAE Paper # 971045 "Limitations of ATB/CVS as an Accident Reconstruction Tool"

767.  Occupant Kinematics in Forensics: Evaluating the Appropriateness of an ATB Application," by Brian G. McHenry, McHenry Software

768.  Plaintiff's Revised Amended Complaint from State court action

769.  Physical model of the head and neck

770.  Computer model of the head and neck

771.  Head-window frame impact video and documentation

772.  124 Spit test photographs

773.  SAE article – Matched-Pair Rollover Impacts of Rollcaged and Production Roof Cars Using the Controlled Rollover Impact System (CRIS) (Moffat)

774.  Article by Rechnitzer et al

775.  Article by Nightingale et al

776.  Article by Arndt et al.

777.  Article by Myers et al.

778.  CV of Barry Myers, M.D., Ph.D.

779.  CV of Steven Bailo

780.  CV of Michelle Vogler, Ph.D.

781.  CV of Steven Arndt, Ph.D.

782.  C.V. of Michael James

783.  C.V. of Craig Winn

784.  Malibu Tests

785.  1994 Jeep Wrangler (YJ) Interior Mock-up (full scale)

786.  Autopsy report and certain photographs of Christopher Phelan

787.  Plaintiff's responses to requests for admissions dated 10/22/03

788.  Plaintiff's responses to requests for admissions dated 11/24/03

789.    Plaintiff's responses to interrogatories re: warnings 5/9/03

790.    ATB Animation video and DVD (subject to Court's ruling on defendant's objection to the admissibility of ATB animation video)

791.    Input data from the GATB Run (subject to Court's ruling on defendant's objection to the admissibility of ATB animation video)

792.    Input data from the DR-Roll Run (subject to Court's ruling on defendant's objection to the admissibility of ATB animation video)

793.    Jeep history video

794.    Selected image captured from animations produced by plaintiff's experts (subject to Court's ruling on defendant's objection to the admissibility of ATB animation video)

795.    Selected image captured from animations produced by plaintiff's experts (subject to Court's ruling on defendant's objection to the admissibility of ATB animation video)

796.    Selected image captured from animations produced by plaintiff's experts (subject to Court's ruling on defendant's objection to the admissibility of ATB animation video)

797.    Crash test data & videotape, selected photographs & still images captured from video

798.    Crash test data & videotape, selected photographs & still images captured from video and enlarged

799.    Crash test data & videotape, selected photographs & still images captured from video and enlarged

800.    Crash test data & videotape, selected photographs & still images captured from video and enlarged

801.    Crash test data & videotape, selected photographs & still images captured from video and enlarged

802.    Crash test data & videotape, selected photographs & still images captured from video and enlarged

803.    Wrangler Design Parameters

804.    Evolution of Vehicle Designs 1940-1995

805.    Dimensional Comparison

806.   Vehicle photographs taken by plaintiff's counsel within two weeks of the accident (copies of which were produced for the first time on 10/29/04)

807.   The accident vehicle and all of its component parts


Defendant DaimlerChrysler Corporation reserves the right to delete from or supplement their exhibit list after receipt of plaintiff's exhibit list and the Court's rulings on the pending motions *in limine*, and to utilize and introduce statements, photographs, documents and other materials as needed to refresh or rebut witness testimony during the course of the trial.