UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re Jeep Wrangler Class Action ) | **ORIGINAL** |
| ) | |
| Angela Phelan, Administratrix of ) | |
| the Estate of Christopher Phelan, ) | |
| Class Member, and Individually ) | |
| ) | Civil No. 3:02 CV 1219 JBA |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DaimlerChrysler Corporation ) | December 16, 2004 |
| ) | |
| Defendant ) | |

### DAIMLERCHRYSLER CORPORATION'S MOTION FOR DISMISSAL OF THIRD-PARTY DEFENDANTS

The defendant/third-party plaintiff DaimlerChrysler Corporation hereby moves this Court for the dismissal of all claims against third-party defendants Christopher Miller, Rikki Timbo, Inc., Maurice Samuelian and Kathleen Samuelian, with prejudice and without costs to any party, pursuant to Fed.R.Civ.P. 41(a)(2).

Defendant,
DaimlerChrysler Corporation
By its attorneys,

_____
Peter M. Durney (Fed. Bar ID# CT14569)
 pdurney@cornellgollub.com
James P. Kerr (Fed. Bar ID# CT24142)
 jkerr@cornellgollub.com
CORNELL & GOLLUB
75 Federal Street
Boston, Massachusetts 02110
(617) 482-8100
(617) 482-3917 (facsimile)

## CERTIFICATE OF SERVICE

I, James P. Kerr, attorney for defendant DaimlerChrysler Corporation, hereby certify that on this 23rd day of December, 2004 a true copy of the foregoing was served via first class mail directed to:

Steven E. Arnold, Esq.
STANGER & ARNOLD, LLP
29 South Main Street, Suite 325
West Hartford, Connecticut 06107
   Attorney for Plaintiff

Rikki Timbo, Inc.
Agent for Service: Richard W. Tome, Esq.
49 Main Street
Middletown, CT 06457
   Third-party defendant

Mr. Christopher Miller
c/o Robinson Correctional Facility
285 Shaker Road
P.O. Box 1400
Enfield, CT 06082
   Third-Party Defendant

Maurice Samuelian
Kathleen Samuelian
52 Mallard Avenue
East Hampton, CT 06424
   Third-party defendant

_____
James P. Kerr