UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PHELAN | : | FILED |
| v. | : | NO. 3:02cv1219(JBA)   2004 DEC 23  P 12: 14 |
| DAIMLERCHRYSLER | : | U.S. DISTRICT COURT  NEW HAVEN, CT |

### ORDER

Motion for Dismissal of Third-Party Defendants is GRANTED, with prejudice. The Clerk is directed to docket defendant's Motion and close this case as to third-party defendants.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: December 22, 2004